IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., and HONEYWELL INTELLECTUAL PROPERTIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC.; ARGUS a/k/a HARTFORD COMPUTER GROUP, INC.; CASIO COMPUTER CO., LTD.; CASIO, INC.; CONCORD CAMERAS; DELL INC.; EASTMAN KODAK COMPANY; FUJI PHOTO FILM CO., LTD.; FUJI PHOTO FILM U.S.A., INC.; FUJITSU LIMITED; FUJITSU AMERICA, INC.; FUJITSU COMPUTER PRODUCTS OF AMERICA, INC.; KYOCERA WIRELESS CORP.; MATSUSHITA ELECTRICAL INDUSTRIAL CO.; MATSUSHITA ELECTRICAL CORPORATION OF AMERICA; NAVMAN NZ LIMITED; NAVMAN U.S.A. INC.; OLYMPUS CORPORATION; OLYMPUS AMERICA, INC.; PENTAX CORPORATION; PENTAX U.S.A., INC.; SONY CORPORATION, SONY CORPORATION OF AMERICA; SONY ERICSSON MOBILE COMMUNICATIONS AB; SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.; TOSHIBA CORPORATION; and TOSHIBA AMERICA, INC. <br><br> Defendants. <br> _____ | C.A. No. 04-1338 (KAJ) |

**PROPOSED ORDER**

WHEREAS, Seiko Epson Corporation has moved this Court, pursuant to Federal Rule of

Civil Procedure 42, to intervene in the present action as a defendant and counterclaimant; and

\\\LA - 81747/0239 - 232182 v1

2

WHEREAS, having reviewed the evidence and pleadings before it, having considered oral argument of the parties, and having found that Seiko Epson Corporation satisfies the requirements for intervention under Federal Rule of Civil Procedure 42(a) and (b);

IT IS HEREBY ORDERED that Seiko Epson's Motion to Intervene is GRANTED. Seiko Epson Corporation's Answer and Complaint in Intervention is hereby deemed filed as of this date. Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties, Inc. are ordered to answer Seiko Epson's counterclaims no later than 20 days from the date of this Order.

Dated _____    _____
                                         UNITED STATES DISTRICT JUDGE