IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL, INC., ET AL., | ) ) ) | |
| Plaintiff, | ) ) | **Case No. 04-1338-KAJ** |
| v. | ) ) | |
| APPLE COMPUTER, INC., ET AL. | ) ) ) | |
| Defendants; | ) ) | |
| KYOCERA WIRELESS CORPORATION, | ) ) ) | JURY TRIAL DEMANDED |
| Counterclaim Plaintiff, | ) ) | |
| v. | ) ) | |
| HONEYWELL INTERNATIONAL, INC., ET AL., | ) ) ) | |
| Counterclaim Defendants; | ) ) | |
| KYOCERA WIRELESS CORPORATION, | ) ) ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, WINTEK ELECTRO-OPTICS CORPORATION, and OPTREX AMERICA, INC., | ) ) ) ) ) | |
| Third Party Defendants. | ) ) | |

TO:   Clerk
       U.S. District Court
        District of Delaware
       844 N. King St.
       Lockbox 18
       Wilmington, DE 19801

L: clients\Hogan\kyocera\Documents\Praecipe.doc

## PRAECIPE

Please issue a Summons to effect service of the Complaint upon the Third-Party Defendants as follows:

Philips Electronics North America Corp.,
2711 Centerville Rd., Ste. 400
Wilmington, DE 19808

Wintek Electro-Optics Corp.
2711 Centerville Rd., Ste. 400
Wilmington, DE 19808

Optrex America, Inc.
The Corporation Trust Company
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

HUNTLEY & ASSOCIATES, LLC.

_____
Donald W. Huntley, I(No. 2096)
1105 North Market Street, Ste. 800
P.O. Box 948
Wilmington, DE 19899-0948
(302) 426-0610

Of Counsel:
Stuart Lubitz
Hogan & Hartson LLP
500 S. Grand Avenue, Suite 1900
Los Angeles, CA 90071

Dated: March 16, 2005