AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware

PLAINTIFF

Honeywell International, Inc., et al.

V. DEFENDANT AND THIRD PARTY PLAINTIFF

Apple Computer, Inc., et al.
          Defendants
and
Kyocera Wireless Corporation
          Third Party Plaintiff

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 04-1338 KAJ

V. THIRD PARTY DEFENDANT

Philips Electronics North America Corp.
Wintek Electro-Optics Corp., and
Optrex America, Inc.

To: Name and address of Third Party Defendant

Philips Electronics North America Corp.
Corporation Service Company
2711 Centerville Road., Ste. 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Donald W. Huntley, Esquire
Huntley & Associates, LLC
1105 N. Market St., Ste. 800
Wilmington, DE 19801

an answer to the third-party complaint which is served on you with this summons, within ___20___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO            3-16-05

CLERK            DATE

(By) DEPUTY CLERK

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>3/16/05 |
| NAME OF SERVER (PPJNT)<br>KEVIN DUNN | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   SERVED: PHILIPS ELECTRONICS NORTH AMERICA CORP C/O THE CORPORATION SERVICE COMPANY AT 2711 CENTERVILLE RD. WILMINGTON, DE; COPIES THEREOF WERE ACCEPTED BY: MARY MESSINA (PROCESS AGENT)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/16/05
                Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

ALIAS THIRD PARTY SUMMONS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.