AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware

PLAINTIFF
Honeywell International, Inc., et al.

Alias
**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF
Apple Computer, Inc., et al.
          Defendants
and

Case Number: 04-1338

Kyocera Wireless Corporation
          Third Party Plaintiff

V. THIRD PARTY DEFENDANT
Philips Electronics North America Corp.
Wintek Electro-Optics Corp., and
Optrex America, Inc.

To: Name and address of Third Party Defendant

Optrex America, Inc.
The Corporation Trust Company
Corporation Trust Center
1209 Orange St., Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
|  | Donald W. Huintley<br>Huntley & Associates, LLC<br>1105 N. Market St., Ste. 800<br>Wilmington, DE 19801 |

an answer to the third-party complaint which is served on you with this summons, within   20   days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, _unless_ (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, _and_ (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                                3-16-05

CLERK                                                      DATE

(By) DEPUTY CLERK
AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 3/16/05 |
| NAME OF SERVER (PPJNT) KEVIN DUNN | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: OPTREX AMERICA, INC C/O THE CORPORATION TRUST CO. AT 1209 ORANGE STREET. WILMINGTON, DE; COPIES THEREOF WERE ACCEPTED BY:BRIAN PENROD (PROCESS AGENT)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/16/05
                   Date

Signature of Server
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

ALIAS THIRD PARTY SUMMONS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.