IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 04-1338-KAJ |
| APPLE COMPUTER, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |
| OPTREX AMERICA, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-1536-KAJ |
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the interested parties and subject to the approval of the Court, that the briefing on *Honeywell's Motion for Consolidation and Stay Pursuant to Federal Rule of Civil Procedure 42* (Doc. No. 134 in C.A. No. 03-1338; Doc. No. 14 in C.A. No. 04-1536) shall proceed as follows:

    Opening brief:    Filed and served March 10, 2005

    Answering brief:    To be filed and served by March 28, 2005

    Reply brief:    To be filed and served by April 8, 2005

| BOUCHARD MARGULES & FRIEDLANDER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| /s/ Karen L. Pascale<br>Andre G. Bouchard (#2504)<br>Karen L. Pascale (#2903)<br>  [kpascale@bmf-law.com]<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE  19801<br>(302) 573-3500<br>  *Attorneys for Optrex America, Inc.*<br>  *(Third-Party Defendant in 04-1338-KAJ;*<br>  *Plaintiff in C.A. No. 04-1536-KAJ)* | /s/ Thomas C. Grimm<br>Thomas C. Grimm (#1098)<br>  [tgrimm@mnat.com]<br>Leslie A. Polizoti (#4299)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>  *Attorneys for Honeywell International Inc.*<br>  *and Honeywell Intellectual Properties Inc.*<br>  *(Plaintiffs in C.A. No. 04-1338-KAJ;*<br>  *Defendants in C.A. No. 04-1536-KAJ)* |

SO ORDERED this _____ day of March, 2005.


_____
United States District Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2005, I caused the foregoing document to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Thomas C. Grimm, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19899-1347
[tgrimm@mnat.com]
  *Attorneys for Honeywell International Inc.*
  *and Honeywell Intellectual Properties, Inc.*

Frederick L. Cottrell, III, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
[Cottrell@rlf.com]
  *Attorneys for Apple Computer, Inc., and Eastman Kodak Company*

Amy Elizabeth Evans, Esquire
CROSS & SIMON LLC
913 North Market Street, Suite 1001
Wilmington, DE 19801
[aevans@crosslaw.com]
  *Attorneys for ARGUS a/k/a Hartford Computer Group, Inc.*

Thomas L. Halkowski, Esquire
FISH & RICHARDSON, P.C.
919 Market Street, Suite 1100
Wilmington, DE 19899-1114
[halkowski@fr.com]
  *Attorneys for Casio Computer Co., Ltd., and Casio Inc.*

Richard L. Horwitz, Esquire
POTTER ANDERSON & CORROON
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801
[rhorwitz@potteranderson.com]
  *Attorneys for Concord Cameras, Dell Inc., Fujitsu Limited, Fujitsu America Inc., and*
  *Fujitsu Computer Products of America Inc., Toshiba Corporation, and Toshiba*
  *America Inc.*

Philip A. Rovner, Esquire
POTTER, ANDERSON & CORROON
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801
[provner@potteranderson.com]
  *Attorneys for Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A. Inc.*

Donald W. Huntley, Esquire
HUNTLEY & ASSOCIATES, LLC
1105 North Market Street
P.O. Box. 948
Wilmington, DE 19899-0948
[huntley@monopolize.com]
  *Attorneys for Kyocera Wireless Corp.*

William J. Wade, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
[wade@rlf.com]
   *Attorneys for Matsushita Electrical Industrial Co., and Matsushita Electrical
   Corporation of America*

Arthur G. Connolly, III, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
[aconnollyIII@cblh.com]
  *Attorneys for Navman NZ Limited, and Navman U.S.A. Inc.*

John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
[jshaw@ycst.com]
  *Attorneys for Olympus Corporation, and Olympus America Inc., Sony Corporation, and
  Sony Corp of America*

2

Adam W. Poff, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
[apoff@ycst.com]
   *Attorneys for Pentax Corporation, and Pentax U.S.A. Inc.*

Francis DiGiovanni, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
[fdigiovanni@cblh.com]
   *Attorneys for Sony Ericsson Mobile Communications AB, and Sony Ericsson Mobile Communications (USA) Inc.*

I further certify that on March 17, 2005, I caused a copy of the foregoing document to be served by First Class U.S. Mail on the above-listed counsel.

          /s/ Karen L. Pascale
BOUCHARD MARGULES & FRIEDLANDER, P.A.
Andre G. Bouchard (#2504) [abouchard@bmf-law.com]
Karen L. Pascale (#2903) [kpascale@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
   *Attorneys for Optrex America, Inc.
   (Plaintiff in C.A. No. 04-1536-KAJ)*