IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Honeywell International Inc  and Honeywell Intellectual Properties Inc. | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No  04-1338-KAJ |
| v | ) ) | |
| Apple Computer, Inc , et al | ) ) ) | |
| Defendants. | ) ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83 5 and the attached certification, counsel moves the admission

pro hac vice of David J  Edwards  to represent Defendant Eastman Kodak Company in this

matter

Frederick L  Cottrell, III (#2555)
Chad M  Shandler (#3796)
Richards, Layton & Finger
One Rodney Square
P.O  Box 551
Wilmington, DE  19899
(302) 651-7700
cottrell@rlfl com
shandler@rlf com
Attorneys for Defendant Eastman Kodak
Company

Dated.  March 21, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted

Dated.  _____        _____
United States District Judge

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, the United States Court of Appeals for the Second Circuit, the United States District Court for the Western District of New York, the United States District Court for the Northern District of New York, and the United States District Court for the Southern District of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been ☐ paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

David J. Edwards
Harris Beach PLLC
99 Garnsey Road
Pittsford, NY   14534
(585) 419-8800

Dated:  March **16**, 2005

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2005, I electronically filed the foregoing

Motion for Admission Pro Hac Vice with the Clerk of Court using CM/ECF which will send

notification of such filing(s) and Hand Delivered to the following:

Thomas C. Grimm, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

Thomas L. Halkowski, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114

William J. Wade, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899

Richard L. Horwitz, Esquire
Potter Anderson & Corroon
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19899

Philip A. Rovner, Esquire
Potter Anderson & Corroon
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19899

Arthur G. Connolly, III, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor
17th Floor, The Brandywine Building
1000 West Street
Wilmington, DE 19899

Adam Wyatt Poff, Esquire
Young, Conaway, Stargatt & Taylor
17th Floor, The Brandywine Building
1000 West Street
Wilmington, DE 19899

Francis DiGiovanni, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street, P.O. Box 2207
Wilmington, DE 19899

Amy Elizabeth Evans, Esq.
Cross & Associates
913 North Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE 19899-1380

Donald W. Huntley, Esquire
1105 N. Market Street
P.O. Box 948
Wilmington, DE 19899-0948

Karen L. Pascale, Esquire
Bouchard, Margules, Friedlander
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

Chad M. Shandler (#3796)
Richards, Layton & Finger, P A
One Rodney Square
P O  Box 551
Wilmington, DE  19899
(302) 651-7700
shandler@rlf com