IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL, INC., ET AL., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-1338-KAJ |
| APPLE COMPUTER, INC., ET AL. | ) ) ) | |
| Defendants; | ) ) ) | |
| KYOCERA WIRELESS CORPORATION, | ) ) ) | JURY TRIAL DEMANDED |
| Counterclaim Plaintiff, | ) ) | |
| v. | ) ) | |
| HONEYWELL INTERNATIONAL, INC., ET AL., | ) ) ) ) | |
| Counterclaim Defendants; | ) ) | |
| KYOCERA WIRELESS CORPORATION, | ) ) ) ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, WINTEK ELECTRO-OPTICS CORPORATION, and OPTREX AMERICA, INC., | ) ) ) ) ) ) | |
| Third Party Defendants. | ) | |

**STIPULATION AND ORDER**

WHEREAS, the 27 defendants in this action seek to file a coordinated response to *Honeywell's Motion for Consolidation and Stay Pursuant to Federal Rule of Civil Procedure 42* (D.I. 134), for the convenience of the parties and the Court;

WHEREAS, the parties in this action seek additional time in which to prepare and file their respective answering and reply briefs;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for all of the parties to this action, that the briefing schedule for *Honeywell's Motion for Consolidation and Stay Pursuant to Federal Rule of Civil Procedure 42* (D.I. 134) shall proceed as follows:

| | |
|---|---|
| Opening Brief: | Filed and served March 10, 2005 |
| Answering Brief: | To be filed and served by April 11, 2005 |
| Reply Brief: | To be filed and served by April 25, 2005 |

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Thomas C. Grimm
Thomas C. Grimm (#1098)
[tgrimm@mnat.com]
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

HUNTLEY & ASSOCIATES, LLC.

/s/ Donald W. Huntley
Donald W. Huntley, (No. 2096)
1105 North Market Street, Suite 800
P.O. Box 948
Wilmington, DE 19899-0948
(302) 426-0610
*Attorneys for Defendant and Counterclaimant Kyocera Wireless Corporation*

SO ORDERED this ___ day of March, 2005

_____
United States District Judge

457052

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Frederick L. Cottrell, III
RICHARDS LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551
[cottrell@rlf.com]
*Attorneys for Eastman Kodak Company*

William J. Wade
RICHARDS LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551
[wade@rlf.com]
*Attorneys for Matsushita Electrical Industrial Co. and Matsushita Electrical Corporation of America*

Thomas L. Halkowski
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
[halkowski@fr.com]
*Attorneys for Apple Computer, Inc., Casio Computer Co., Ltd., and Casio, Inc.*

John W. Shaw
YOUNG CONAWAY STARGATT
  & TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
[jshaw@ycst.com]
*Attorneys for Olympus Corporation, Olympus America, Inc., Sony Corporation and Sony Corporation of America*

Richard L. Horwitz
David E. Moore
POTTER ANDERSON
  & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899
[rhorwitz@potteranderson.com]
*Attorneys for Concord Cameras, Dell Inc., Fujitsu Limited, Fujitsu America, Inc. and Fujitsu Computer Products of America, Inc., Toshiba Corporation, and Toshiba America, Inc.*

Adam Wyatt Poff
YOUNG CONAWAY STARGATT
  & TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
[apoff@ycst.com]
*Attorneys for Pentax Corporation and Pentax U.S.A., Inc.*

2

| | |
|---|---|
| Philip A. Rovner<br>POTTER ANDERSON<br>  & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE  19899<br>[provner@potteranderson.com]<br>*Attorneys for Fuji Photo Film Co..*<br>*Ltd. and Fuji Photo Film U.S.A., Inc.* | Francis DiGiovanni<br>James M. Olsen<br>CONNOLLY, BOVE, LODGE<br>  & HUTZ<br>The Nemours Building, 8th Floor<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899<br>[fd@cblh.com]<br>*Attorneys for Sony Ericcson Mobile*<br>*Communications AB and Sony Ericcson*<br>*Mobile Communications (USA) Inc.* |
| Arthur G. Connolly, III<br>CONNOLLY, BOVE, LODGE<br>  & HUTZ<br>The Nemours Building, 8th Floor<br>1007 N. Orange Street, P.O. Box 2207<br>Wilmington, DE  19899<br>[ac3@cblhlaw.com]<br>*Attorneys for Navman NZ Limited*<br>*and Navman U.S.A. Inc.* | Amy Evans<br>CROSS & SIMON<br>913 N. Market Street, Suite 1001<br>P.O. Box 1380<br>Wilmington, DE  19899-1380<br>[aevans@crosslaw.com]<br>*Attorneys for Argus a/k/a Hartford*<br>*Computer Group, Inc.* |
| Donald W. Huntley<br>HUNTLEY & ASSOCIATES, LLC.<br>1105 North Market Street, Suite 800<br>P.O. Box 948<br>Wilmington, DE  19899-0948<br>[huntley@monopolize.com]<br>*Attorneys for Kyocera Wireless Corp.* | Andre G. Bouchard, Esquire<br>Karen L. Pascale, Esquire<br>BOUCHARD MARGULES<br>  & FRIEDLANDER, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE  19801<br>[abouchard@bmf-law.com]<br>*Attorneys for Third-Party Defendant*<br>*Optrex America, Inc.* |

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Thomas C. Grimm*
　　　　　　　　　　　　　　　　　　　　　　　Thomas C. Grimm (#1098)

457052

2