IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL, INC., ET AL., | ) ) ) | |
| Plaintiff, | ) ) | **Case No. 04-1338-KAJ** |
| v. | ) ) ) | |
| APPLE COMPUTER, INC., ET AL. | ) ) ) | |
| Defendants; | ) ) ) | |
| KYOCERA WIRELESS CORPORATION, | ) ) ) | JURY TRIAL DEMANDED |
| Counterclaim Plaintiff, | ) ) | |
| v. | ) ) ) | |
| HONEYWELL INTERNATIONAL, INC., ET AL., | ) ) ) | |
| Counterclaim Defendants; | ) ) | |
| KYOCERA WIRELESS CORPORATION, | ) ) ) ) | |
| Third-Party Plaintiff, | ) ) ) | |
| v. | ) ) | |
| PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, WINTEK ELECTRO-OPTICS CORPORATION, and OPTREX AMERICA, INC., | ) ) ) ) ) ) | |
| Third Party Defendants. | ) ) | |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 of the Civil Practice and Procedure of the United States

\\\LA - 88549/0003 - 225841 v1

District Court for the District of Delaware and the attached certifications, counsel moves the admission *pro hac vice* of Stuart Lubitz, William Wright and Robert J. Benson, to represent defendant and third party plaintiff Kyocera Wireless Corporation in the above matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25 for each attorney is transmitted contemporaneously herewith by first class mail with a copy of this motion.

HUNTLEY & ASSOCIATES, LLC.

_____
Donald W. Huntley, (No. 2096)
1105 North Market Street, Ste. 800
P.O. Box 948
Wilmington, DE 19899-0948
(302) 426-0610

ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: March          2005

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

*Stuart Lubitz*
Stuart Lubitz
Hogan & Hartson LLP
500 S. Grand Avenue, Suite 1900
Los Angeles, CA 90071

Dated: March 23, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

    _____
    William Wright
    Hogan & Hartson LLP
    500 S. Grand Avenue, Suite 1900
    Los Angeles, CA 90071

Dated: March 23, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

                                              Robert J. Benson
                                              Hogan & Hartson LLP
                                              500 S. Grand Avenue, Suite 1900
                                              Los Angeles, CA 90071

Dated: March 23, 2005

## CERTIFICATE OF SERVICE

It is hereby certified that the Defendant Kyocera Wireless Corp.'s Motion and Order for Admission Pro Hac Vice was served on March 29, 2005 electronically to:

Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Thomas Lee Halkowski
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Amy E. Evans
Cross & Simon, LLC
913 Market Street
Suite 1001
Wilmington, DE 19801

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

Philip A. Rovner
Potter Anderson & Corroon, LLP
1313 N. Market St.
Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

William J. Wade
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Arthur G. Connolly, III
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

John W. Shaw
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Adam Wyatt Poff
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Francis DiGiovanni
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Karen L. Pascale
Bouchard Margules & Friedlander P.A.
222 Delaware Avenue, Ste 1400
Wilmington, DE 19801

/s/Donald W. Huntley
Donald W. Huntley