IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., et al, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 04-1338 (KAJ) |
| KYOCERA WIRELESS CORPORATION, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> HONEYWELL INTERNATIONAL, INC., et al., <br><br> Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) |
| KYOCERA WIRELESS CORPORATION, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> PHILIPS ELECTRONICS NORTH AMERICA CORP., WINTEK ELECTRO-OPTICS CORPORATION, and OPTREX AMERICA, INC., <br><br> Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the interested parties and subject to the approval of the Court, that the time by which Optrex

America, Inc. shall answer, move, or otherwise respond to Kyocera's Third-Party Complaint (Doc. No. 114) is hereby extended to and including May 26, 2005.

| BOUCHARD MARGULES & FRIEDLANDER, P.A. | HUNTLEY & ASSOCIATES, LLC |
|---|---|
| /s/ Karen L. Pascale<br>Andre G. Bouchard (#2504)<br>Karen L. Pascale (#2903)<br>[kpascale@bmf-law.com]<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>(302) 573-3500<br>*Attorneys for Third-Party Defendant*<br>*Optrex America, Inc.* | /s/ Donald W. Huntley<br>Donald W. Huntley (#2096)<br>[huntley@monopolize.com]<br>1105 North Market Street<br>P.O. Box 948<br>Wilmington, DE 19899-0948<br>(302) 426-0610<br>*Attorneys for Defendant*<br>*and Third-Party Plaintiff*<br>*Kyocera Wireless Corporation* |

SO ORDERED this _____ day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2005, I caused the foregoing document to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Thomas C. Grimm, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19899-1347
[tgrimm@mnat.com]
  *Attorneys for Honeywell International Inc.*
  *and Honeywell Intellectual Properties, Inc.*

Frederick L. Cottrell, III, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
[Cottrell@rlf.com]
  *Attorneys for Apple Computer, Inc., and Eastman Kodak Company*

Amy Elizabeth Evans, Esquire
CROSS & SIMON LLC
913 North Market Street, Suite 1001
Wilmington, DE 19801
[aevans@crosslaw.com]
  *Attorneys for ARGUS a/k/a Hartford Computer Group, Inc.*

Thomas L. Halkowski, Esquire
FISH & RICHARDSON, P.C.
919 Market Street, Suite 1100
Wilmington, DE 19899-1114
[halkowski@fr.com]
  *Attorneys for Casio Computer Co., Ltd., and Casio Inc.*

Richard L. Horwitz, Esquire
POTTER ANDERSON & CORROON
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801
[rhorwitz@potteranderson.com]
  *Attorneys for Concord Cameras, Dell Inc., Fujitsu Limited, Fujitsu America Inc., and*
  *Fujitsu Computer Products of America Inc., Toshiba Corporation, and Toshiba*
  *America Inc.*

Philip A. Rovner, Esquire
POTTER, ANDERSON & CORROON
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801
[provner@potteranderson.com]
  *Attorneys for Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A. Inc.*

Donald W. Huntley, Esquire
HUNTLEY & ASSOCIATES, LLC
1105 North Market Street
P.O. Box. 948
Wilmington, DE 19899-0948
[huntley@monopolize.com]
  *Attorneys for Kyocera Wireless Corp. and Seiko Epson Corporation*

William J. Wade, Esquire
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
[wade@rlf.com]
  *Attorneys for Matsushita Electrical Industrial Co., and Matsushita Electrical Corporation of America*

Arthur G. Connolly, III, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
[aconnollyIII@cblh.com]
  *Attorneys for Navman NZ Limited, and Navman U.S.A. Inc.*

John W. Shaw, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
[jshaw@ycst.com]
  *Attorneys for Olympus Corporation, and Olympus America Inc., Sony Corporation, and Sony Corp of America*

Adam W. Poff, Esquire
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
[apoff@ycst.com]
 *Attorneys for Pentax Corporation, and Pentax U.S.A. Inc.*

Francis DiGiovanni, Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899
[fdigiovanni@cblh.com]
 *Attorneys for Sony Ericsson Mobile Communications AB, and Sony Ericsson Mobile Communications (USA) Inc.*

I further certify that on April 1, 2005, I caused a copy of the foregoing document to be served by First Class U.S. Mail on the above-listed counsel.

          /s/ Karen L. Pascale
BOUCHARD MARGULES & FRIEDLANDER, P.A.
Andre G. Bouchard (#2504) [abouchard@bmf-law.com]
Karen L. Pascale (#2903) [kpascale@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
 *Attorneys for Optrex America, Inc.*
 *(Third-Party Defendant in C.A. No. 04-1338-KAJ)*

3