IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., et al,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE COMPUTER, INC, et al.,<br><br>    Defendants. | C.A. No. 04-1338 (KAJ) |
| KYOCERA WIRELESS CORPORATION,<br><br>    Counterclaim Plaintiff,<br><br>    v.<br><br>HONEYWELL INTERNATIONAL, INC., et al.,<br><br>    Counterclaim Defendants. | |
| KYOCERA WIRELESS CORPORATION,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>PHILIPS ELECTRONICS NORTH AMERICA CORP.,<br>WINTEK ELECTRO-OPTICS CORPORATION,<br>and OPTREX AMERICA, INC.,<br><br>    Third-Party Defendants. | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the interested parties and subject to the approval of the Court, that the time by which Philips

Electronics North America Corp. shall answer, move, or otherwise respond to Kyocera's Third-Party Complaint (Doc. No. 114) is hereby extended to and including April 25, 2005.

| POTTER ANDERSON & CORROON, LLP | HUNTLEY & ASSOCIATES, LLC |
|---|---|
| /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>[rhorwitz@potteranderson.com]<br>David E. Moore (#3983)<br>[dmoore@potteranderson.com]<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000 (Main)<br>(302) 658-1192 (Fax) | /s/ Donald W. Huntley<br>Donald W. Huntley (#2096)<br>[huntley@monopolize.com]<br>1105 North Market Street<br>P.O. Box 948<br>Wilmington, DE 19899-0948<br>(302) 426-0610<br><br>*Attorneys for Defendant<br>and Third-Party Plaintiff<br>Kyocera Wireless Corporation* |

Of Counsel:

Alan M. Grimaldi
Thomas M. Dunham
Nelson M. Kee
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Ave., NW
Washington, DC 20004-2401
(202) 783-0800 (Main)
(202) 383-6610 (Fax)

*Attorneys for Third-Party Defendant
Philips Electronics North America Corp.*

SO ORDERED this _____ day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE

676599