IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 4, 2005, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

**VIA E FILE:**

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE  19899

William J. Wade
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

John W. Shaw
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551

Adam W. Poff
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market St., Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114

Thomas C. Grimm
Kristen Healey, Esquire
Sean T. O'Kelly, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

Francis DiGiovanni
James M. Olsen
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

| | |
|---|---|
| Arthur G. Connolly, III<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 | Chad M. Shandler<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899-0551 |
| Amy Evans<br>Cross & Simon, LLC<br>913 N. Market Street, Suite 1001<br>P.O. Box 1380<br>Wilmington, DE  19899-1380 | Donald W. Huntley<br>Huntley & Associates<br>1105 North Market Street, Suite 800<br>P. O. Box 948<br>Wilmington, DE  19899-0948 |
| Karen L. Pascale<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE  19801 | |

I hereby certify that on April 4, 2005, I have Federal Expressed the documents to the following non-registered participants:

**VIA FEDERAL EXPRESS:**

| | |
|---|---|
| Matthew W. Siegal<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY  10038-4982 | David J. Lender<br>Steven J. Rizzi<br>Weil, Gotshal & Manges<br>767 Fifth Avenue<br>New York, NY  10153 |
| Richard M. Rosati<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY  10004-1050 | Neil L. Slifkin<br>Harris Beach LLP<br>99 Garnsey Road<br>Pittsford, NY  14534 |

| | |
|---|---|
| Michael J. Fink<br>Greenblum and Bernstein, P.L.C.<br>1950 Roland Clarke Place<br>Reston, VA  20191 | John T. Johnson<br>Citigroup Center – 52nd Floor<br>153 East 53rd Street<br>New York, NY  10022-4611 |
| Martin R. Lueck<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN  55402-2015 | Arthur I. Neustadt<br>Oblon, Spivak, McClelland, Maier &<br>Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA  22314 |
| Roderick B. Williams<br>Avelyn M. Ross<br>Vinson & Elkins<br>The Terrace 7<br>2801 Via Fortuna, Suite 100<br>Austin, TX  78746-7568 | Christopher E. Chalsen<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005-1413 |
| Brian D. Roche<br>Sachnoff & Weaver, Ltd.<br>29th Floor<br>30 S. Wacker Drive<br>Chicago, IL  60606-7484 | |

**VIA EMAIL**

Scott L. Lampert
Intellectual Property and Business
 Development Counsel
Concord Camera Corp.
4000 Hollywood Boulevard, Suite 650N
Hollywood, FL  33021

/s/  David E. Moore
David E. Moore

676614