IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., et al, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> APPLE COMPUTER, INC, et al., ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) <br> ) <br> KYOCERA WIRELESS CORPORATION, ) <br> ) <br> Counterclaim Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HONEYWELL INTERNATIONAL, INC., et al., ) <br> ) <br> Counterclaim Defendants. ) <br> _____ ) <br> ) <br> KYOCERA WIRELESS CORPORATION, ) <br> ) <br> Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PHILIPS ELECTRONICS NORTH AMERICA CORP., ) <br> WINTEK ELECTRO-OPTICS CORPORATION, ) <br> and OPTREX AMERICA, INC., ) <br> ) <br> Third-Party Defendants. ) <br> _____ ) | **C.A. No. 04-1338 (KAJ)** |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the interested parties and subject to the approval of the Court, that the time by which Wintek

Electro-Optics Corp. shall answer, move or otherwise respond to Kyocera's Third-Party Complaint (Doc. No. 114) is hereby extended to and including May 5, 2005.

| HUNTLEY & ASSOCIATES, LLC | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Donald W. Huntley<br>Donald W. Huntley (#2096)<br>1105 North Market Street<br>P.O. Box 948<br>Wilmington, DE 19899-0948<br>(302) 426-0610<br>Huntley@monopolize.com<br><br>*Attorneys for Defendant and*<br>*Third-Party Plaintiff*<br>*Kyocera Wireless Corporation* | By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Third-Party Defendant*<br>*Wintek Electro-Optics Corporation* |

SO ORDERED this _____ day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE

676776

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on April 5, 2005, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899

John W. Shaw
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Adam W. Poff
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Thomas C. Grimm
Kristen Healey, Esquire
Sean T. O'Kelly, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

William J. Wade
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market St., Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Francis DiGiovanni
James M. Olsen
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Amy Evans
Cross & Simon, LLC
913 N. Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE 19899-1380

Andre G. Bouchard
Karen L. Pascale
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

Donald W. Huntley
Huntley & Associates
1105 North Market Street, Suite 800
P. O. Box 948
Wilmington, DE 19899-0948

By:  /s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

676821