IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., and HONEYWELL INTELLECTUAL PROPERTIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC.; ARGUS a/k/a HARTFORD COMPUTER GROUP, INC.; CASIO COMPUTER CO., LTD.; CASIO, INC.; CONCORD CAMERAS; DELL INC.; EASTMAN KODAK COMPANY; FUJI PHOTO FILM CO., LTD.; FUJI PHOTO FILM U.S.A., INC.; FUJITSU LIMITED; FUJITSU AMERICA, INC.; FUJITSU COMPUTER PRODUCTS OF AMERICA, INC.; KYOCERA WIRELESS CORP.; MATSUSHITA ELECTRICAL INDUSTRIAL CO.; MATSUSHITA ELECTRICAL CORPORATION OF AMERICA; NAVMAN NZ LIMITED; NAVMAN U.S.A. INC.; OLYMPUS CORPORATION; OLYMPUS AMERICA, INC.; PENTAX CORPORATION; PENTAX U.S.A., INC.; SONY CORPORATION, SONY CORPORATION OF AMERICA; SONY ERICSSON MOBILE COMMUNICATIONS AB; SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.; TOSHIBA CORPORATION; and TOSHIBA AMERICA, INC. <br><br> Defendants. | C.A. No. 04-1338 (KAJ) |

**DECLARATION OF DON TIMMS IN SUPPORT OF DEFENDANTS' RESPONSE TO HONEYWELL'S MOTION TO CONSOLIDATE AND OPPOSITION TO HONEYWELL'S MOTION TO STAY**

\\\CC - 88549/0003 - 46556 v1

I, Don Timms, declare as follows:

1. I have been continuously employed by Kyocera Wireless Corporation ("KWC") and its predecessor since 1997. I am currently the Director of Licensing for KWC. As part of my responsibilities, I have knowledge of and have access to documents concerning the manufacture of mobile handsets sold by KWC in the United States and the procurement of the LCD modules used in those handsets. Unless otherwise stated herein, I have personal knowledge of the facts set forth in this declaration and I would and could testify competently thereto.

2. KWC is in the business of, among other things, manufacturing and selling mobile handsets and other wireless products. The handsets manufactured and sold by KWC contain liquid crystal displays ("LCDs"). I understand that Honeywell International Inc. and Honeywell Intellectual Properties Inc. ("Honeywell") have asserted that their '371 patent covers certain types of LCD structures and that Honeywell has accused any KWC handsets that incorporate such LCDs of infringing the patent.

3. While the handsets sold by KWC include LCD modules, KWC does not design, manufacture, or assemble any of the LCD modules, nor does KWC have any technical information regarding the internal structure of the LCDs. Rather, the LCD modules used in the handsets manufactured and sold by KWC are purchased from various LCD suppliers.

4. I declare the foregoing to be true and correct under penalty of perjury under the laws of the United States, and that this declaration was executed on April 11, 2005, in San Diego, California.

_____
Don Timms