IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., ET AL., | ) ) ) |
| Plaintiff, | ) **Case No. 04-1338-KAJ** ) |
| v. | ) ) |
| APPLE COMPUTER, INC., ET AL. | ) ) ) |
| Defendants; | ) ) ) |
| KYOCERA WIRELESS CORPORATION, Counterclaim Plaintiff, | ) JURY TRIAL DEMANDED ) ) |
| v. | ) ) |
| HONEYWELL INTERNATIONAL, INC., ET AL., | ) ) ) |
| Counterclaim Defendants; | ) ) |
| KYOCERA WIRELESS CORPORATION, | ) ) |
| Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, WINTEK ELECTRO-OPTICS CORPORATION, and OPTREX AMERICA, INC., | ) ) ) ) |
| Third Party Defendants. | ) ) ) ) ) |

**APPENDIX TO
DEFENDANTS' RESPONSE TO HONEYWELL'S MOTION TO CONSOLIDATE AND
<u>OPPOSITION TO HONEYWELL'S MOTION TO STAY</u>**

**TABLE OF CONTENTS**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | *Honeywell International Inc.* 2/22/2005 MNPUS 23:42:58 |
| B | *Fairchild v. Victor et al.*, 92-Cv-00128 (E.D.N.Y 1995) Order |
| C | *Beck Systems, Inc. v. Marimba, Inc., et al.* 2001 WL 1502338 (N.D.Ill. 2001) |
| D | *Collier, et al. v. Airtite, Inc., et al.* 1988 WL 96363 (N.D.Ill. 1988) |
| E | *Commissariat A L'Energie Atomique v. Dell Computer Corporation, et al.* 2004 WL 1554382 (D.Del. 2004) |
| F | *Ellenby Technologies, Inc., et al. v. At Systems Inc., et al.* 2002 WL 356686 (D. Del. 2002) |
| G | *Nikken, USA, Inc., v. Rob Insons-May, Inc.* 2003 WL 21781149 (C.D. Cal. 2003) |
| H | *Rates Technology, Inc. v. New York Telephone Company, et al.* 1995 WL 438954 (S.D.N.Y. 1995) |
| I | *Smith, et al. v. Ferris Corporation, et al.* 1987 WL 7496 (N.D. Ill. 1987) |

\\\LA - 81747/0239 - 231875 v1