NewsRoom

2/22/05 MNPUS 23:42:58                                                                Page 1


2/22/05 Mkt. News Pub. US 23:42:58

Market News Publishing US
Copyright 2005 Market News Publishing Inc.

February 22, 2005

Patented Display Technology Licensed by NEC LCD Technologies;


HONEYWELL INTERNATIONAL INC

Honeywell Technology Increases Brightness of Images on LCDs

Honeywell announced that Honeywell and NEC LCD Technologies, Ltd.("NEC LCD") have signed a license agreement enabling NEC LCD to use aHoneywell technology relating to liquid crystal display (LCD) products.

The patented technology increases the brightness of images and reducesthe appearance of certain interference effects on LCDs. Terms of theagreement were not disclosed.

LCDs are widely used in products such as desktop PC monitors, notebookcomputers, cell phones, personal digital assistants, portable DVD players,portable LCD TVs, video game systems, and digital still cameras.

The agreement provides NEC LCD a license to use Honeywell's technologyprotected by U.S. Patent Number 5,280,371 - the "'371" patent. LG.PhilipsLCD and Samsung Electronics Co., Ltd., have previously taken licenses underthe '371 patent.

As announced on October 6, 2004, Honeywell recently filed a lawsuit inU.S. District Court for the District of Delaware against 34 electronicscompanies alleging infringement of the '371 patent.

"Honeywell's investment in technology is very significant, and as aresult, we vigorously promote the licensed use of our intellectualproperty," said John Donofrio, Vice President of Intellectual Property atHoneywell.

"We are pleased that NEC LCD has joined LG.Philips and SamsungElectronics as distinguished participants in our licensing program and willbenefit from our technology," said Loria Yeadon, CEO, HoneywellIntellectual Properties Inc.

Honeywell International is a $25 billion diversified technology andmanufacturing leader, serving customers worldwide with aerospace productsand services; control technologies for buildings, homes, and industry;automotive products; turbochargers; and specialty materials. Based inMorris Township,

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2/22/05 MNPUS 23:42:58                                                          Page 2

Honeywell's shares are traded on the New York, London, Chicago, and Pacific Stock Exchanges. It is one of the 30 stocks that makeup the Dow Jones Industrial Average and is also a component of the Standard& Poor's 500 Index. For additional information, please visitwww.honeywell.com.

This release contains forward-looking statements as defined in Section21E of the Securities Exchange Act of 1934, including statements aboutfuture business operations, financial performance, and market conditions.Such forward-looking statements involve risks and uncertainties inherent inbusiness forecasts as further described in our filings under the SecuritiesExchange Act.

_____   (c)2005
Market News Publishing Inc.   All rights reserved.   Toronto:(416)366-8881
Vancouver:(604)689-1101   Fax:(604)689-1106

---- INDEX REFERENCES ----

COMPANY: SAMSUNG ELECTRONICS CO LTD; SAMSUNG ELECTRONICS; HONEYWELL INTERNATIONAL INC

NEWS SUBJECT:  (Business Management (1BU42); Corporate Strategy & Strategic Planning (1XO03); Business Strategy (1BU97); Major Corporations (1MA93))

INDUSTRY:  (Consumer Electronics Technology (1CO38); I.T. (1IT96); Theoretical Analysis (1TH79); Consumer Electronics (1CO61); Electronics (1EL16); I.T. in Manufacturing (1IT56); Semiconductor (1SE88); Manufacturing (1MA74); Science & Engineering (1SC33); Visual Display (1VI97); Computer Equipment Manufacturing (1CO57); Semiconductor Products (1SE02); Computer Equipment (1CO77); Business Theory (1BU14); Flat Panel Displays (1FL81))

REGION:   (Americas (1AM92); North America (1NO39); USA (1US73); Canada (1CA33))

Language:   EN

OTHER INDEXING:   (DVD; HONEYWELL; HONEYWELL INTELLECTUAL PROPERTIES INC; HONEYWELL INTERNATIONAL INC; INTELLECTUAL PROPERTY; LCDS; MARKET NEWS PUBLISHING INC; PACIFIC STOCK; PATENTED DISPLAY; PC; SAMSUNG ELECTRONICS; SAMSUNG ELECTRONICS CO LTD; US DISTRICT COURT; US PATENT)   (Increases Brightness; John Donofrio; LCD; LCD TVs; Loria Yeadon; NEC LCD; Philips; Philips LCD)

Word Count: 545
2/22/05 MNPUS 23:42:58

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.