IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and<br>HONEYWELL INTELLECTUAL<br>PROPERTIES INC.,<br><br>      Plaintiffs,<br><br>      v.<br><br>APPLE COMPUTER, INC., et al.,<br><br>      Defendants. | )<br>)<br>)<br>)   C.A. No. 04-1338-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions pro hac vice of John Flock, Robert L. Hails, and Clement J. Naples to represent Defendants Sony Corporation and Sony Corporation of America in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

                                                      _____<br>
                                                      John W. Shaw (No. 3362)<br>
                                                      YOUNG CONAWAY STARGATT<br>
                                                      &amp; TAYLOR, LLP<br>
                                                      The Brandywine Building, 17th Floor<br>
                                                      1000 West Street<br>
                                                      Wilmington, DE  19801<br>
                                                      (302) 571-6600

                                                      Attorneys for Defendants Sony Corporation<br>
                                                      and Sony Corporation of America

Dated:  April 12, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for the admissions <u>pro</u> <u>hac</u> <u>vice</u> of John Flock, Robert L. Hails, and Clement J. Naples is granted.

Date: April ___, 2005

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: March 21, 2005

John Flock
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: March 24, 2005

Robert L. Hails
KENYON & KENYON
1500 K Street, NW
Washington, DC 20005-1257
202-220-4200

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: April 4, 2005

_____
Clement J. Naples
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

## CERTIFICATE OF SERVICE

I, John W. Shaw hereby certify that on April 12, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Thomas Lee Halkowski, Esquire
>Fish & Richardson, P.C.
>919 N. Market Street, Suite 1100
>P.O. Box 1114
>Wilmington, DE 19899-1114
>  *Attorneys for Apple Computer, Inc., Casio Computer Co., Ltd., Casio, Inc.*
>
>Amy Elizabeth Evans, Esquire
>Cross & Simon, LLC
>913 Market Street, Suite 1001
>Wilmington, DE 19801
>  *Attorneys for Argus*
>
>Richard L. Horwitz, Esquire
>Potter Anderson & Corroon, LLP
>1313 N. Market Street, 6th Floor
>P.O. Box 951
>Wilmington, DE 19899-0951
>  *Attorneys for Concord Cameras, Dell Inc., Fujitsu America Inc., Fujitsu Computer Products of America Inc., Fujitsu Limited, Toshiba America Inc., Toshiba Corporation, Wintek Electro-Optics Corporation*
>
>Frederick L. Cottrell, III, Esquire
>Richards, Layton & Finger
>One Rodney Square
>P.O. Box 551
>Wilmington, DE 19899
>  *Attorneys for Eastman Kodak Comp.*
>
>Philip A. Rovner, Esquire
>Potter Anderson & Corroon, LLP
>1313 N. Market Street, 6th Floor
>P.O. Box 951
>Wilmington, DE 19899-0951
>  *Attorneys for Fuji Photo Film Co. Ltd., Fuji Photo Film U.S.A. Inc.*

Thomas C. Grimm, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
  *Attorneys for Honeywell Intellectual Properties, Inc.,*
  *Honeywell International Inc.*

Donald W. Huntley, Esquire
1105 N. Market Street
P.O. Box 948
Wilmington, DE 19899-0948
  *Attorneys for Kyocera Wireless Corp., Seiko Epson Corporation*

William J. Wade, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
  *Attorneys for Matsushita Electrical Corporation of America,*
  *Matsushita Electrical Industrial Co.,*

Arthur G. Connolly, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
  *Attorneys for Navman NZ Limited and Navman U.S.A. Inc.*

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
  *Attorneys for Olympus America Inc. and Olympus Corporation*

Karen L. Pascale, Esquire
Bouchard, Margues & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
  *Attorneys for Optrex America Inc.*

WP3:1102477.1

58704.1004

Adam W. Poff, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
  *Attorneys for Pentax Corporation and Pentax U.S.A. Inc.*

Arthur G. Connolly, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
  *Attorneys for Sony Ericsoon Mobile Communications (USA) Inc., Sony Ericsson Mobile Communications AB*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ John W. Shaw
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

Attorneys for Sony Corporation and
Sony Corporation of America

WP3:1102477.1

58704.1004