## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC., and<br>HONEYWELL INTELLECTUAL PROPERTIES INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AUDIOVOX COMMUNICATIONS CORP.; | ) | |
| AUDIOVOX ELECTRONICS CORPORATION; | ) | |
| NIKON CORPORATION; NIKON INC.; | ) | |
| NOKIA CORPORATION; NOKIA INC.; | ) | C.A. No. 04-1337-KAJ |
| SANYO ELECTRIC CO., LTD.; and | ) | |
| SANYO NORTH AMERICA CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| HONEYWELL INTERNATIONAL INC., and<br>HONEYWELL INTELLECTUAL PROPERTIES INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 04-1338-KAJ |
| APPLE COMPUTER, INC.; ARGUS A/K/A | ) | |
| HARTFORD COMPUTER GROUP, INC.; CASIO | ) | |
| COMPUTER CO., LTD.; CASIO, INC.; CONCORD | ) | |
| CAMERAS; DELL INC.; EASTMAN KODAK | ) | |
| COMPANY; FUJI PHOTO FILM CO., LTD.; FUJI | ) | |
| PHOTO FILM U.S.A., INC.; FUJITSU LIMITED; | ) | |
| FUJITSU AMERICA, INC.; FUJITSU COMPUTER | ) | |
| PRODUCTS OF AMERICA, INC.; KYOCERA | ) | |
| WIRELESS CORP.; MATSUSHITA ELECTRICAL | ) | |
| INDUSTRIAL CO.; MATSUSHITA ELECTRICAL | ) | |
| CORPORATION OF AMERICA; NAVMAN NZ | ) | |
| LIMITED; NAVMAN U.S.A. INC.; OLYMPUS | ) | |
| CORPORATION; OLYMPUS AMERICA, INC.; | ) | |
| PENTAX CORPORATION; PENTAX U.S.A., INC.; | ) | |
| SONY CORPORATION; SONY CORPORATION OF | ) | |
| AMERICA; SONY ERICSSON MOBILE | ) | |
| COMMUNICATIONS AB; SONY ERICSSON MOBILE | ) | |
| COMMUNICATIONS (USA) INC.; TOSHIBA | ) | |
| CORPORATION; and TOSHIBA AMERICA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## CUSTOMER DEFENDANTS' JOINT MOTION TO STAY CASES PENDING
## RESOLUTION OF LCD MODULE MANUFACTURERS' CASES

Defendants Nikon Corporation and Nikon Inc. ("Nikon"), Pentax Corporation and Pentax of America, Inc. ("Pentax"), and Kyocera Wireless Corp. ("KWC"), as customer defendants, respectfully request this Court to enter an Order staying the above-captioned actions against the customer defendants pending final resolution of Plaintiffs', Honeywell International Inc. and Honeywell Intellectual Properties Inc. ("Honeywell"), claims against the device manufacturers in the actions. As purchasers and users of the allegedly infringing devices, the customer defendants have no technical information concerning the design or manufacture of the allegedly infringing devices, nor any ability to address fully and thoroughly the substance of the claims raised by Honeywell. Rather, it is the device manufacturers in these actions who have an overriding interest in defending their products and who have the technical information necessary to defend against claims of patent infringement.

The grounds for this Motion are fully set forth in the accompanying Opening Brief In Support Of Customer Defendants' Joint Motion To Stay Cases. A Proposed Order granting the Customer Defendants' Joint Motion to Stay is attached as Exhibit A.

**Rule 7.1.1 Certification:** Counsel for movant Nikon, on behalf of the joint movants, discussed this Motion with counsel for Honeywell; however, Honeywell has yet to clarify its position on the Motion.

OF COUNSEL:

Barry W. Graham
John F. Hornick
Darren M. Jiron
FINNEGAN, HENDERSON FARABOW,
GARRETT & DUNNER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
Phone: (302) 984-6000

*Attorneys for Defendants Nikon
Corporation and Nikon Inc.*


OF COUNSEL:

Stuart Lubitz
David H. Ben-Meir
Robert J. Benson
HOGAN & HARTSON, LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067

HUNTLEY & ASSOCIATES, LLC

By: _____
Donald W. Huntley
1105 North Market Street
P.O. Box 948
Wilmington, DE 19899-0948
Phone: (302) 426-0610

*Attorneys for Defendants
Kyocera Wireless Corp.*


OF COUNSEL:

Michael J. Fink
P. Branko Pejic
Neil F. Greenblum
GREENBLUM AND BERNSTEIN, PLC
1950 Roland Clarke Place
Reston, VA 20191

YOUNG, CONAWAY, STARGATT, &
TAYLOR

By: _____
Adam Wyatt Poff
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Phone: (302) 571-6600

*Attorneys for Defendants
Pentax Corporation and
Pentax of America, Inc.*

DATED: April 12, 2005
677754

3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 12, 2005, the attached document

was electronically filed with the Clerk of the Court using CM/ECF which will send

notification of such filing(s) to the following and the document is available for viewing

and downloading from CM/ECF:

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899

William J. Wade
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

John W. Shaw
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

Adam W. Poff
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market St., Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Thomas C. Grimm
Kristen Healey, Esquire
Sean T. O'Kelly, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Francis DiGiovanni
James M. Olsen
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Amy Evans
Cross & Simon, LLC
913 N. Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE  19899-1380

Andre G. Bouchard
Karen L. Pascale
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801

Donald W. Huntley
Huntley & Associates
1105 North Market Street, Suite 800
P. O. Box 948
Wilmington, DE  19899-0948

By: _____
    Richard L. Horwitz
    David E. Moore
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

676821

2