## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

_____

HONEYWELL INTERNATIONAL INC., et al.,

    *Plaintiffs*,

    v.

APPLE COMPUTER INC., et al.,

    *Defendants*.

_____

)
)
)
)
)
)
)
)
)
)
)
)
)

    C.A. No. 04-1338 (KAJ)

## DEFENDANTS OLYMPUS CORPORATION AND OLYMPUS AMERICA INC.'S MOTION TO STAY THE ACTION WITH RESPECT TO <u>OLYMPUS CORPORATION AND OLYMPUS AMERICA INC.</u>

OF COUNSEL:

George E. Badenoch
Richard M. Rosati
Michael J. Freno
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

John W. Shaw (#3362)
Glenn C. Mandalas (#4432)
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
(302) 571-6642
jshaw@ycst.com

*Attorneys for Defendants*
*Olympus Corporation and Olympus America Inc.*

Dated: April 14, 2005

Defendants Olympus Corporation and Olympus America Inc. (collectively "Olympus"), as pure customers, respectfully join in *Customer Defendants' Joint Motion to Stay Cases (Defendants Nikon Corporation, Nikon, Inc., Kyocera Wireless Corp., Pentax Corporation, and Pentax U.S.A. Inc.)*, No. 04-1337, filed April 12, 2005 (D.I. 60, 61), and specifically request this Court to enter an Order staying the above-captioned action as to Olympus pending final resolution of plaintiffs, Honeywell International Inc. and Honeywell Intellectual Properties Inc.'s ("Honeywell"), claims against the device manufacturers in the actions.  The grounds for this Motion are fully set forth in the accompanying *Defendants Olympus Corporation And Olympus America Inc.'s Opening Brief In Support Of Their Motion To Stay The Action With Respect To Olympus Corporation And Olympus America Inc.*  A Proposed Order Granting Olympus' Motion to Stay is attached as Exhibit A.

Rule 7.1.1 Certification: Counsel for Olympus discussed the subject of this motion with counsel for Honeywell, but Honeywell has declined to agree to stay this lawsuit with respect to Olympus.

|  |  |
|---|---|
| | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP |
| OF COUNSEL: | |
| | By: _____ |
| George E. Badenoch | John W. Shaw (#3362) |
| Richard M. Rosati | Glenn C. Mandalas (#4432) |
| Michael J. Freno | 1000 West Street, 17th Floor |
| KENYON & KENYON | P. O. Box 391 |
| One Broadway | Wilmington, DE   19899-0391 |
| New York, NY  10004 | (302) 571-6642 |
| (212) 425-7200 | jshaw@ycst.com |
| | |
| | *Attorneys for Defendants* |
| | *Olympus Corporation and* |
| | *Olympus America Inc.* |

Dated:  April 14, 2005

- 1 -