# CERTIFICATE OF SERVICE

I, Glenn C. Mandalas, hereby certify that on April 14, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

ATTORNEYS FOR PLAINTIFFS

Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington DE 19899

*Attorneys for Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

ATTORNEYS FOR DEFENDANTS

Frederick L. Cottrell, III
RICHARDS, LAYTON & FINGER
One Rodney Square
P. O. Box 551
Wilmington, DE 19899-0551

*Attorneys for Eastman Kodak Company*

Thomas L. Halkowski
FISH & RICHARDSON P.C.
919 N. Market St., Suite 1100
Wilmington, DE 19899-1114

*Attorneys for Apple Computer, Inc., Casio Computer Co., Ltd., and Casio, Inc.*

William J. Wade
RICHARDS, LAYTON & FINGER
One Rodney Square
P. O. Box 551
Wilmington, DE 19899-0551

*Attorneys for Matsushita Electrical Industrial Co. and Matsushita Electrical Corporation of America*

John W. Shaw
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

*Attorneys for Sony Corporation and Sony Corporation of America*

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE  19899-0951

*Attorneys for Concord Cameras, Dell Inc., Fujitsu Limited, Fujitsu America, Inc. and Fujitsu Computer Products of America, Inc., Kyocera Wireless Corp. and Toshiba America, Inc.*

Philip A. Rovner
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE  19899

*Attorneys for Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc.*

Arthur G. Connolly, III
CONNOLLY, BOVE, LODGE & HUTZ
The Nemours Building, 8th Floor
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE  19899

*Attorneys for Navman NZ Limited and Navman U.S.A. Inc.*

Adam W. Poff
YOUNG, CONAWAY, STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899-0391

*Attorneys for Pentax Corporation and Pentax U.S.A., Inc.*

Francis DiGiovanni
James M. Olsen
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building, 8th Floor
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19899

*Attorneys for Sony Ericcson Mobile Communications AB and Sony Ericcson Mobile Communications (USA) Inc.*

Amy Evans
CROSS & SIMON
913 N. Market Street, Suite 1001
P. O. Box 1380
Wilmington, DE  19899-1380

*Attorneys for Argus a/k/a Hartford Computer Group, Inc.*

I further certify that on April 14, 2005, I caused a copy of the foregoing document to be served by hand delivery on the aforementioned counsel of record and on the following counsel of record in the manner indicated:

**VIA FIRST CLASS MAIL:**

Martin R. Lueck
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

*Attorneys for Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties, Inc.*

Christopher E. Chalsen
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

*Attorneys for Defendants Fujitsu America, Inc. Fujitsu Computer Products of America*

Arthur I. Neustadt
Oblon, Spivak, McClelland, Maier
 & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22313

*Attorneys for Toshiba America, Inc.*

David J. Lender
Steven J. Rizzi
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

*Attorneys for Defendants Matsushita Electrical Industrial Co. and Matsushita Electrical Corporation of America*

Roderick B. Williams
Avelyn M. Ross
Vinson & Elkins
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

*Attorneys for Defendant Dell, Inc.*

Scott L. Lamper
Intellectual Property and Business
 Development Counsel
Concord Camera Corp.
4000 Hollywood Boulevard, Suite 650N
Hollywood, FL 33021

*Intellectual Property & Business Development Counsel for Concord Camera Corp.*

Lawrence Rosenthal
Matthew W. Siegal
Stroock & Stroock & Lavan L.L.P.
180 Maiden Lane
New York, NY 10038-4982

*Attorneys for Defendants Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc.*

Brian D. Roche
Sachinoff & Weaver, Ltd.
30 S. Wacker Drive
Chicago, IL 60606

*Attorneys for Defendant Argus a/k/a Hartford Computer Group, Inc.*

David J. Lender
Steven J. Rizzi
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

*Attorneys for Matsushita Electrical Industrial Co. and Matsushita Electrical Corporation of America*

Kelly C. Hunsaker, Esquire
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

*Attorney for Apple Computer Inc.*

Michael J. Fink
Neil F. Greenblum
Greenblum and Berstein, P.L.C.
1950 Roland Clarke Place
Reston, VA 20191

*Attorneys for Defendant Pentax Corporation and Pentax U.S.A., Inc.*

Neil L. Slifkin
Harris Beach LLP
99 Garnsey Road
Pittsford, NY 14534

*Attorneys for Eastman Kodak Co.*

Matthew W. Siegal
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*Attorney for Fuji Photo Film U.S.A., Inc. and Fuji Photo Film Co., Ltd.*

_____
Glenn C. Mandalas (#4432)