**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

_____
)
)
HONEYWELL INTERNATIONAL INC., and    )
HONEYWELL INTELLECTUAL PROPERTIES    )
INC.,                                )
                                     )
                _Plaintiffs_,        )
                                     )
        v.                           )
                                     )
APPLE COMPUTER INC.; ARGUS A/K/A      )
HARTFORD COMPUTER GROUP, INC.; CASIO  )
COMPUTER CO., LTD.; CASIO, INC.; CONCORD )
CAMERAS; DELL INC.; EASTMAN KODAK     )
COMPANY; FUJI PHOTO FILM CO., LTD.; FUJI )
PHOTO FILM U.S.A., INC.; FUJITSU COMPUTER )
PRODUCTS OF AMERICA, INC.; FUJITSU    )
COMPUTER PRODUCTS OF AMERICA, INC.;   )   C.A. No. 04-1338 (KAJ)
KYOCERA WIRELESS CORP.; MATSUSHITA    )
ELECTRICAL INDUSTRIAL CO.; MATSUSHITA )
ELECTRICAL CORPORATION OF AMERICA;    )
NAVMAN NZ LIMITED; NAVMAN U.S.A. INC.; )
OLYMPUS CORPORATION; OLYMPUS          )
AMERICA, INC.; PENTAX CORPORATION;    )
PENTAX U.S.A., INC.; SONY CORPORATION; )
SONY CORPORATION OF AMERICA; SONY     )
ERICSSON MOBILE COMMUNICATIONS AB;    )
SONY ERICSSON MOBILE COMMUNICATIONS   )
(USA) INC.; TOSHIBA CORPORATION; and  )
TOSHIBA AMERICA, INC.,                )
                                     )
                _Defendants_.        )
_____ )

**PROPOSED ORDER**

Upon consideration of the Motion To Stay the Action With Respect to Olympus Corporation and Olympus America Inc., filed by defendants Olympus Corporation and Olympus America Inc. for the above-captioned case:

It is hereby ORDERED this _____ day of _____, 2005 that the Motion To Stay the Action With Respect to Olympus Corporation and Olympus America Inc. is hereby GRANTED.  Movants' and similarly situated customer defendants' participation in these cases is stayed pending resolution of Plaintiffs' cases against the LCD module manufacturers.

_____

United States District Judge