IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | C.A. No. 04-1338 (KAJ) |
| v. ) | |
| ) | |
| APPLE COMPUTER INC., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PROPOSED ORDER**

Upon consideration of the Motion for Bifurcation of Liability and Damages filed by Defendant Toshiba Corporation:

It is hereby ORDERED this _____ day of _____, 2005 that the Motion for Bifurcation of Liability and Damages is GRANTED. The issues of liability and damages (including willfulness) are bifurcated for trial and discovery.

_____
United States District Judge

678400