IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | C.A. No. 04-1338 (KAJ) |
| ) | |
| APPLE COMPUTER, INC. et. al. ) | |
| ) | |
| Defendants. ) | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Ezra S. Gollogly, Jacob S. Zimmerman, and Marta M. Chou of Robins, Kaplan, Miller & Ciresi L.L.P., 2800 LaSalle Plaza, 800 LaSalle Ave., Minneapolis, MN 55402-2015, and Alan E. McKenna and Jeremy C. McDiarmid of Robins, Kaplan, Miller & Ciresi L.L.P., 800 Boylston Street, 25th floor, Boston, MA 02199-7610 to represent Plaintiffs in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Leslie A. Polizoti
_____
Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
Attorneys for Plaintiffs

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____   _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of Minnesota, and pursuant to Local Rule 83.6, submit to disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this court's Local Rules.

```
In accordance with Standing Order for District
Court Fund effective 1/1/05, I further certify
that the fee payment of $25.00 will be submitted
to the Clerk's Office upon the filing of this motion.
```

Dated: April, 21 2005          Signed:_____
                                      Ezra S. Gollogly

                               ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
                               2800 LaSalle Plaza
                               800 LaSalle Avenue
                               Minneapolis, MN 55402
                               Telephone: 612-349-8500
                               Facsimile: 612-339-4181

Word 20132318.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of Minnesota, and pursuant to Local Rule 83.6, submit to disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 21, 2005

Signed: _____
Jacob S. Zimmerman

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Word 20132325.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of Minnesota, and pursuant to Local Rule 83.6, submit to disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April, 21 2005        Signed: /s/ Marta M. Chou
                                     (Marta M. Chou)

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Word 20132317.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of Massachusetts, and pursuant to Local Rule 83.6, submit to disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this court's Local Rules.

Dated: April 21, 2005    Signed: /s/ Alan E. McKenna
Alan E. McKenna

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199-7610
Telephone: 617-267-2300
Facsimile: 617-267-8288

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Word 20132328.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of Massachusetts, and pursuant to Local Rule 83.6, submit to disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this court's Local Rules.

Dated: April 21, 2005          Signed: _____
                                       Jeremy C. McDiarmid

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199-7610
Telephone: 617-267-2300
Facsimile: 617-267-8288

    In accordance with Standing Order for District Court Fund effective
1/1/05, I further certify that the fee payment of $25.00 will be submitted
to the Clerk's Office upon the filing of this motion.

Word 20132330.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: Arthur G. Connolly, III (aconnollyIII@cblh.com); Frederick L. Cottrell, III (cottrell@rlf.com); Francis DiGiovanni (fdigiovanni@cblh.com, et al.); Amy Elizabeth Evans (aevans@crosslaw.com); Thomas C. Grimm (tcgefiling@mnat.com); Thomas L. Halkowski (halkowski@fr.com, et al.); Richard L. Horwitz (rhorwitz@potteranderson.com, et al.); Donald W. Huntley (huntley@monopolize.com, et al.); Adam W. Poff (apoff@ycst.com, et al.); Philip A. Rovner (provner@potteranderson.com, et al.); John W. Shaw (jshaw@ycst.com, et al.); William J. Wade (wade@rlf.com, et al.); and Karen L. Pascale (kpascale@bmf-law.com, et al.).

I also certify that on April 27, 2005, I caused to be served true and correct copies of the foregoing document on the following by hand:

Frederick L. Cottrell, III
RICHARDS LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
*Attorney for Eastman Kodak Company*

William J. Wade
RICHARDS LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
*Attorney for Matsushita Electrical Industrial Co. and Matsushita Electrical Corporation of America*

Adam Wyatt Poff
YOUNG CONAWAY STARGATT & TAYLOR
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Pentax Corporation and Pentax U.S.A., Inc.*

John W. Shaw
YOUNG CONAWAY STARGATT & TAYLOR
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Olympus Corporation, Olympus America, Inc., Sony Corporation and Sony Corporation of America*

Richard L. Horwitz
POTTER ANDERSON & CORROON
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

Philip A. Rovner
POTTER ANDERSON & CORROON
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

*Attorneys for Concord Cameras, Dell Inc., Fujitsu Limited, Fujitsu America, Inc., Fujitsu Computer Products of America, Inc., Toshiba Corporation, Toshiba America, Inc., and Wintek Electro-Optics Corporation*

Arthur G. Connolly, III
CONNOLLY, BOVE, LODGE & HUTZ
The Nemours Building, 8th Floor
1007 N. Orange Street, P.O. Box 2207
Wilmington, DE 19899
*Attorneys for Navman NZ Limited and Navman U.S.A. Inc.*

Thomas L. Halkowski
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
*Attorneys for Apple Computer, Inc., Casio Computer Co., Ltd., and Casio, Inc.*

Donald W. Huntley
HUNTLEY & ASSOCIATES, LLC.
1105 North Market Street, Suite 800
P.O. Box 948
Wilmington, DE 19899-0948
*Attorneys for Kyocera Wireless Corp. and Seiko Epson Corporation*

*Attorneys for Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc.*

Francis DiGiovanni
CONNOLLY, BOVE, LODGE & HUTZ
The Nemours Building, 8th Floor
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Attorneys for Sony Ericcson Mobile Communications AB and Sony Ericcson Mobile Communications (USA) Inc.*

Amy Evans
CROSS & SIMON
913 N. Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE 19899-1380
*Attorneys for Argus a/k/a Hartford Computer Group, Inc.*

Karen L. Pascale
BOUCHARD MARGULES & FRIEDLANDER
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
*Attorneys for Optrex America, Inc.*

/s/ *Leslie A. Polizoti* (#4299)
MORRIS, NICHOLS, ARSHT AND TUNNELL
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com

3