## IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | C. A. No. 04-1338 (KAJ) |
| ) | |
| APPLE COMPUTER INC., et al. ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendants. ) | |

### STIPULATION AND ORDER

Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. (collectively "Plaintiffs") and defendant Toshiba Corporation do hereby stipulate, subject to approval by the Court, to an extension of time until and including May 9, 2005 to enable Toshiba Corporation to file its Reply Brief on its pending Motion for Bifurcation of Liability and Damages (D.I. 164).

MORRIS, NICHOLS ARSHT & TUNNELL          POTTER ANDERSON & CORROON LLP

By: /s/ Thomas C. Grimm                     By: /s/ David E. Moore
    Thomas C. Grimm (#1098)                   Richard L. Horwitz (#2246)
    Leslie A. Polizoti (#4299)                David E. Moore (#3983)
    1201 N. Market Street                     Hercules Plaza, 6th Floor
    P.O. Box 1347                             1313 N. Market Street
    Wilmington, DE  19899-1347                P. O. Box 951
    (302) 658-9200                            Wilmington, DE  19899
                                              (302) 984-6000

*Attorneys for Plaintiffs Honeywell*
*International Inc. and Honeywell*               *Attorneys for Defendant Toshiba*
*Intellectual Properties, Inc.*                 *Corporation*

SO ORDERED this _____ day of _____, 2005.


_____
United States District Judge

680759

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 4, 2005, the attached document

was served via hand-delivery and was electronically filed with the Clerk of the Court

using CM/ECF which will send notification of such filing(s) to the following and the

document is available for viewing and downloading from CM/ECF:

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899

William J. Wade
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

John W. Shaw
Glenn Christopher Mandalas
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Frederick L. Cottrell, III
Chad Michael Shandler
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

Adam W. Poff
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market St., Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Thomas C. Grimm
Kristen Healey, Esquire
Sean T. O'Kelly, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Francis DiGiovanni
James M. Olsen
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Amy Evans
Cross & Simon, LLC
913 N. Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE  19899-1380

Andre G. Bouchard
Karen L. Pascale
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801

Donald W. Huntley
Huntley & Associates
1105 North Market Street, Suite 800
P. O. Box 948
Wilmington, DE  19899-0948

Arthur G. Connolly, III
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

By: _____
          Richard L. Horwitz
          David E. Moore
          Potter Anderson & Corroon LLP
          Hercules Plaza, 6th Floor
          1313 N. Market Street
          P.O. Box 951
          Wilmington, DE  19899-0951
          (302) 984-6000
          rhorwitz@potteranderson.com
          dmoore@potteranderson.com

676821

2