**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., )<br>and HONEYWELL INTELLECTUAL )<br>PROPERTIES INC., )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　Plaintiffs, )<br>v.　　　　　　　　　　　　　　　　　) 　　C.A. No. 04-1338-KAJ<br>　　　　　　　　　　　　　　　　　　)<br>APPLE COMPUTER, INC.; ARGUS a/k/a )<br>HARTFORD COMPUTER GROUP, INC.; )<br>CASIO COMPUTER CO., LTD.; CASIO, )<br>INC.; CONCORD CAMERAS; DELL )<br>INC.; EASTMAN KODAK COMPANY; )<br>FUJI PHOTO FILM CO., LTD.; FUJI )<br>PHOTO FILM U.S.A., INC.; FUJITSU )<br>LIMITED; FUJITSU AMERICA, INC.; )<br>FUJITSU COMPUTER PRODUCTS OF )<br>AMERICA, INC.; KYOCERA WIRELESS )<br>CORP.; MATSUSHITA ELECTRICAL )<br>INDUSTRIAL CO.; MATSUSHITA )<br>ELECTRICAL CORPORATION OF )<br>AMERICA; NAVMAN NZ LIMITED; )<br>NAVMAN U.S.A. INC.; OLYMPUS )<br>CORPORATION; OLYMPUS AMERICA, )<br>INC.; PENTAX CORPORATION; )<br>PENTAX U.S.A., INC.; SONY )<br>CORPORATION; SONY CORPORATION )<br>OF AMERICA; SONY ERICSSON )<br>MOBILE COMMUNICATIONS AB; )<br>SONY ERICSSON MOBILE )<br>COMMUNICATIONS (USA) INC.; )<br>TOSHIBA CORPORATION; and )<br>TOSHIBA AMERICA, INC.; )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　Defendants. ) | |

**WITHDRAWAL OF APPEARANCE AND
<u>ENTRY OF APPEARANCE</u>**

　　　　The undersigned hereby withdraws his appearance as attorney for Seiko Epson Corporation, defendant.

10002430.WPD

        HUNTLEY & ASSOCIATES

        /s/ Donald W. Huntley
        Donald W. Huntley (ID No. 2096)
        1105 North Market Street, Suite 800
        P.O. Box 948
        Wilmington, DE 19899-0948
        (302) 426-0610

The undersigned hereby enter their appearances as attorneys for Seiko Epson Corporation, defendant.

        SMITH, KATZENSTEIN & FURLOW LLP

        /s/ Robert J. Katzenstein
        Robert J. Katzenstein (ID No. 378)
        Joelle E. Polesky (ID No. 3694)
        800 Delaware Avenue, 7th Floor
        P.O. Box 410
        Wilmington, DE 19899
        (302) 652-8400