IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 04-1338-KAJ |
| v. | ) ) | |
| APPLE COMPUTER, INC., et al., | ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I hereby certify that copies of the following documents were caused to be served upon counsel of record in the manner, and on the dates, indicated below:

Plaintiffs' First Sets of Interrogatories to: Pentax Corporation, Pentax U.S.A., Inc., Olympus Corporation, Olympus America, Inc., Sony Corporation, Sony Corporation of America, Argus, Eastman Kodak Company, Concord Camera Corporation, Dell, Inc., Fujitsu Limited, Fujitsu America, Inc., Fujitsu Computer Products of America, Inc., Matsushita Electrical Industrial Co., Matsushita Electrical Corporation of America, Navman NZ Limited, Navman U.S.A., Inc., Apple Computer, Inc., Kyocera Wireless Corporation, Sony Ericsson Mobile Communications AB, Sony Ericsson Mobile Communications (USA), Inc., Cascio Inc., Cascio Computer Co., Ltd., Toshiba Corporation, Toshiba America, Inc., and Optrex America, Inc. ("the Parties");

Plaintiffs' First Sets of Requests for the Production of Documents and Things to each of the Parties; and

Plaintiffs' First Sets of Requests for Admission to each of the Parties.

**BY HAND (on April 28, 2005):**

Frederick L. Cottrell, III
RICHARDS LAYTON & FINGER
One Rodney Square,
P.O. Box 551
Wilmington, DE 19899-0551
*Attorneys for Eastman Kodak Company*

William J. Wade
RICHARDS LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
*Attorneys for Matsushita Electrical Industrial Co. and Matsushita Electrical Corporation of America*

Adam Wyatt Poff
YOUNG CONAWAY STARGATT
 & TAYLOR
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Pentax Corporation and Pentax U.S.A., Inc.*

John W. Shaw
YOUNG CONAWAY STARGATT & TAYLOR
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Olympus Corporation, Olympus America, Inc., Sony Corporation and Sony Corporation of America*

Richard L. Horwitz
POTTER ANDERSON & CORROON
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899
*Attorneys for Concord Camera Corporation, Dell Inc., Fujitsu Limited, Fujitsu America, Inc., Fujitsu Computer Products of America, Inc., Toshiba Corporation, Toshiba America, Inc., and Wintek Electro-Optics Corporation*

Philip A. Rovner
POTTER ANDERSON & CORROON
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899
*Attorneys for Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc.*

Arthur G. Connolly, III
CONNOLLY, BOVE, LODGE & HUTZ
The Nemours Building, 8th Floor
1007 N. Orange Street, P.O. Box 2207
Wilmington, DE 19899
*Attorneys for Navman NZ Limited and Navman U.S.A. Inc.*

Francis DiGiovanni
CONNOLLY, BOVE, LODGE & HUTZ
The Nemours Building, 8th Floor
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Attorneys for Sony Ericcson Mobile Communications AB and Sony Ericcson Mobile Communications (USA) Inc.*

Thomas L. Halkowski
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
*Attorneys for Apple Computer, Inc., Casio Computer Co., Ltd., and Casio, Inc.*

Amy Evans
CROSS & SIMON
913 N. Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE  19899-1380
*Attorneys for Argus a/k/a Hartford Computer Group, Inc.*

Donald W. Huntley
HUNTLEY & ASSOCIATES, LLC.
1105 North Market Street, Suite 800
P.O. Box 948
Wilmington, DE  19899-0948
*Attorneys for Kyocera Wireless Corp. and Seiko Epson Corporation*

Andre G. Bouchard
Karen L. Pascale
BOUCHARD MARGULES & FRIEDLANDER
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801
*Attorneys for Optrex America, Inc.*

**BY FEDERAL EXPRESS (on April 29, 2005):**

Neal L. Slifkin
Paul J. Yesawich, III
Laura W. Smalley
David J. Edwards
HARRIS BEACH LLP
99 Garnsey Road
Pittsford, NY  14534
*Attorneys for Eastman Kodak Company*

David J. Lender
Steven J. Rizzi
Mamoni Bhattacharyya
Steven Alan Reiss
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153

*Attorneys for Matsushita Electrical Industrial Co. and Matsushita Electrical Corporation of America*

Neil F. Greenblum
Michael J. Fink
P. Branko Pejic
GREENBLUM & BERNSTEIN, P.L.C.
1950 Roland Clarke Place
Reston, VA  20191
*Attorneys for Pentax Corporation
and Pentax U.S.A., Inc.*

Scott L. Lampert
CONCORD CAMERA CORP.
4000 Hollywood Boulevard
Suite 650N
Hollywood, FL  33021
*Attorneys for Concord Cameras*

Roderick B. Williams
Avelyn M. Ross
VINSON & ELKINS L.L.P.
The Terrace 7
2801 Via Fortuna,, Suite 100
Austin, TX  78746-7568
*Attorneys for Dell Inc.*

Christopher H. Chalsen
Parker H. Bagley
Christopher J. Gaspar
MILBANK, TWEED, HADLEY
  & McCLOY, LLP
1 Chase Manhattan Plaza
New York,  NY  10005
*Attorneys for Fujitsu Limited, Fujitsu America, Inc., and Fujitsu Computer Products of America, Inc.*

Arthur I. Neustadt
Carl E. Schlier
OBLON, SPIVAK, McCLELLAND,
  MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA  22314
*Attorneys for Toshiba Corporation and Toshiba America, Inc.*

Richard M. Rosati
George E. Badenoch
KENYON & KENYON
One Broadway
New York, NY  10004
*Attorneys for Olympus Corporation
and Olympus America, Inc.*

Richard S. Gresalfi
John Flock
Clement J. Naples
KENYON & KENYON
One Broadway
New York, NY  10004-1050

Robert L. Hails, Jr.
KENYON & KENYON
1500 K Street, N.W.
Washington, DC  20005-1257

*Attorneys for Sony Corporation and
Sony Corporation of America*

Lawrence Rosenthal
Matthew W. Siegal
Angie M. Hankins
STROOCK & STROOCK & LAVAN
  LLP
180 Maiden Lane
New York, NY  10038-4982
*Attorneys for Fuji Photo Film Co., Ltd.
and Fuji Photo Film U.S.A., Inc.*

Brian D. Roche
SACHNOFF & WEAVER, LTD.
30 S. Wacker Drive
Chicago, IL  60606
*Attorneys for Argus a/k/a Hartford
Computer Group, Inc.*

Bradford P. Lyerla
MARSHALL GERSTEIN & BORUM
Sears Tower, 63rd Floor
Chicago, IL 60606
*Attorneys for Navman NZ Limited and*
*Navman U.S.A. Inc.*

Kelly C. Hunsaker
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
*Attorneys for Apple Computer, Inc.*

Frank E. Scherkenbach
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
*Attorneys for Apple Computer, Inc.*

John T. Johnson
FISH & RICHARDSON P.C.
Citigroup Center - 52nd Floor
153 East 53rd Street
New York, NY 10022-4611
*Attorneys for Casio Computer Co., Ltd.,*
*and Casio, Inc.*

Richard D. Kelly
Andrew M. Ollis
Thomas J. Fisher
Alexander E. Gasser
OBLON, SPIVAK, McCLELLAND,
   MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
*Attorneys for Optrex America, Inc.*

Stuart Lubitz
William Wright
Robert J. Benson
HOGAN & HARTSON LLP
500 S. Grand Avenue, Suite 1900
Los Angeles, CA 90071
*Attorneys for Kyocera Wireless Corp.*
*and Seiko Epson Corporation*

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Leslie A. Polizoti*

---

Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
lpolizoti@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
   *Attorneys for Plaintiffs*

OF COUNSEL:

Martin R. Lueck
Matthew L. Woods
Stacie E. Oberts
Denise S. Rahne
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

Anthony A. Froio
Marc N. Henschke
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA  02199-7610
(617) 267-2300

May 5, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: Arthur G. Connolly, III (aconnollyIII@cblh.com); Frederick L. Cottrell, III (cottrell@rlf.com); Francis DiGiovanni (fdigiovanni@cblh.com, et al.); Amy Elizabeth Evans (aevans@crosslaw.com); Thomas C. Grimm (tcgefiling@mnat.com); Thomas L. Halkowski (halkowski@fr.com, et al.); Richard L. Horwitz (rhorwitz@potteranderson.com, et al.); Donald W. Huntley (huntley@monopolize.com, et al.); Adam W. Poff (apoff@ycst.com, et al.); Philip A. Rovner (provner@potteranderson.com, et al.); John W. Shaw (jshaw@ycst.com, et al.); William J. Wade (wade@rlf.com, et al.); and Karen L. Pascale (kpascale@bmf-law.com, et al.).

I further certify that I caused to be e-mailed a copy of the foregoing document to Robert J. Katzenstein (rjk@skfdelaware.com), who recently entered an appearance for Seiko Epson Corporation and Kyocera Wireless Corporation.

*/s/ Leslie A. Polizoti* (#4299)
MORRIS, NICHOLS, ARSHT AND TUNNELL
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com

441295