MAY 04 '05 01:24PM EK CORP COMM AFFAIRS                                P.2/4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC., et al. | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 04-1337-KAJ |
| AUDIOVOX COMMUNICATIONS CORP., et al. | ) ) ) | |
| Defendants. | ) ) ) | |
| HONEYWELL INTERNATIONAL INC., et al. | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 04-1338-KAJ |
| APPLE COMPUTER, INC., et al. | ) ) ) | |
| Defendants. | ) ) | |

### DECLARATION OF GREGORY R. WESTBROOK

1. I am a Vice President of Eastman Kodak Company ("Kodak"), and I submit this Declaration on behalf of Kodak in support of the pure customer defendants' motion to stay the above-entitled actions.

2. I have been continuously employed by Kodak since 1990 and have held a variety of research, manufacturing and general management positions directly involved with Kodak's professional and consumer imaging business. Among the positions I have held at Kodak, I have served as Business Operations Manager of Kodak's Digital Capture,

MAY 04 '05 01:24PM EK CORP COMM AFFAIRS                    P.3/4

Digital and Applied Imaging Division, General Manager of Digital Cameras and Home Printing Hardware, and currently serve as General Manager, Digital Capture, Digital and Film Imaging Systems. By virtue of these positions, I am familiar with Kodak's electronic product design and manufacturing activities, including, but not limited to, those relating to Kodak's digital still camera products.

3. Kodak is in the business of, among other things, the manufacture and sale of digital still cameras, including digital cameras that contain an LCD screen.

4. Kodak does not, nor has it ever, designed, manufactured or assembled any of the LCD screens that are attached to any Kodak brand product, including digital still cameras. Rather, Kodak purchases all of the LCD screens from outside suppliers and manufacturers.

5. Pursuant to Section 1746 of Title 28 of the United States Code, I declare the foregoing to be true and correct under the penalties of perjury of the United States of America.

Dated:   Rochester, New York
         May 4, 2005

                                                _____
                                                GREGORY R. WESTBROOK

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2005, I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Thomas C. Grimm, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

Thomas L. Halkowski, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114

William J. Wade, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899

Richard L. Horwitz, Esquire
Potter Anderson & Corroon
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19899

Philip A. Rovner, Esquire
Potter Anderson & Corroon
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19899

Arthur G. Connolly, III, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor
17th Floor, The Brandywine Building
1000 West Street
Wilmington, DE 19899

Adam Wyatt Poff, Esquire
Young, Conaway, Stargatt & Taylor
17th Floor, The Brandywine Building
1000 West Street
Wilmington, DE 19899

Francis DiGiovanni, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street, P.O. Box 2207
Wilmington, DE 19899

Amy Elizabeth Evans, Esq.
Cross & Associates
913 North Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE 19899-1380

Donald W. Huntley, Esquire
1105 N. Market Street
P.O. Box 948
Wilmington, DE 19899-0948

Karen L. Pascale, Esquire
Bouchard, Margules, Friedlander
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

_____
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com