IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL INC.,
et al
        Plaintiffs,

v.

AUDIOVOX COMMUNICATIONS CORP.,
et al
        Defendants.

C.A. No. 04-1337-KAJ

HONEYWELL INTERNATIONAL INC.,
et al.
        Plaintiffs,

v.

APPLE COMPUTER, INC., et al
        Defendants

C.A. No. 04-1338-KAJ

### DECLARATION OF MITCHELL MARKOW

1. I am an employee of Dell Inc. ("Dell"), and I submit this Declaration on behalf of Dell in support of the pure customer defendants' Motion to Stay the above-entitled actions.

2. I have been continuously employed by Dell since August 2000 and have held a variety of positions directly involved with Dell's product development business. Among the positions I have held at Dell, I have served as Senior Manager Audio Development Group, Senior Manager Flat Panel Displays Group and Acting Director of Flat Panel and Television Development. By virtue of these positions and in my current

role as Senior Manager Performance Notebook Engineering, I am familiar with Dell's products containing Liquid Crystal Display ("LCD") panels.

3. Dell is in the business of, among other things, the sale of televisions, computer monitors, laptop computers, personal digital assistants, digital still cameras and digital video recorders which contain an LCD panel.

4. Dell does not, nor has it ever, designed or manufactured any LCD panels which are part of any Dell product. Rather, Dell purchases all LCD panels used in Dell products from third party suppliers and manufacturers.

5. Pursuant to Section 1746 of Title 28 of the United States Code, I declare the foregoing to be true and correct under the penalties of perjury of the United States of America.

Dated:   May 5, 2005

Mitchell Markow

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2005, I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Thomas C. Grimm, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

Thomas L. Halkowski, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114

William J. Wade, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899

Richard L. Horwitz, Esquire
Potter Anderson & Corroon
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19899

Philip A. Rovner, Esquire
Potter Anderson & Corroon
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19899

Arthur G. Connolly, III, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor
17th Floor, The Brandywine Building
1000 West Street
Wilmington, DE 19899

Adam Wyatt Poff, Esquire
Young, Conaway, Stargatt & Taylor
17th Floor, The Brandywine Building
1000 West Street
Wilmington, DE 19899

Francis DiGiovanni, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street, P.O. Box 2207
Wilmington, DE 19899

Amy Elizabeth Evans, Esq
Cross & Associates
913 North Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE 19899-1380

Donald W. Huntley, Esquire
1105 N. Market Street
P.O. Box 948
Wilmington, DE 19899-0948

Karen L. Pascale, Esquire
Bouchard, Margules, Friedlander
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

_/s/ Frederick L. Cottrell, III_
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com

RLF1-2872558-1