IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al.,<br><br>Plaintiffs,<br><br>v<br><br>APPLE COMPUTER INC., et al.,<br><br>Defendants. | Civil Action No. 04-1338-KAJ |

**SONY CORPORATION'S MOTION TO STAY THE CASE INSOFAR AS
SONY IS A CUSTOMER DEFENDANT**

By this paper, Sony Corporation ("Sony") moves the Court to stay the case with respect to Sony's activity as a customer defendant, for the same reasons expressed in the Customer Defendants' Motion to Stay The Case, filed by Apple Computer, Inc., Argus a/k/a Hartford Computer Group, Audiovox Communications Corp., Audiovox Electronics Corporation, Concord Camera Corp., Dell Inc., Eastman Kodak Company, Navman NZ Limited, and Navman USA Inc. on May 6, 2005 (D.I. 181) (herein, "the Apple motion"). Sony also supports the Customer Defendants' Joint Motion to Stay Cases Pending Resolution of LCD Module Manufacturers' Cases, filed by Nikon Corporation, Nikon Inc., Pentax Corporation, Pentax of America, Inc. and Kyocera Wireless Corp. on April 12, 2005 (D.I. 158) (herein, "the Nikon motion") as described below.

Sony purchases liquid crystal display ("LCD") modules from others. Sony respectfully moves the Court to extend to Sony the stay sought in the Apple motion insofar as Honeywell claims infringement against Sony products that include LCD modules that Sony obtains from other manufacturers. In its role as a customer defendant, Sony's position is identical to those of

the movants of the Apple motion. Sony has very little knowledge regarding the design of those non-Sony modules and, therefore, Sony is ill-equipped to defend infringement claims against them. By extending the stay to Sony, the Court will simplify management of this litigation because the burden of production will fall upon Honeywell and those who can best respond to Honeywell's infringement charges. The Court will be freed from having to resolve discovery disputes involving parties that cannot provide meaningful evidence on the basic issues of liability. Accordingly, Sony requests a stay of the case with respect to Honeywell's infringement claims made against Sony for products that include LCD modules purchased from other suppliers.

Sony also is a manufacturer of LCD modules and a supplier to certain defendants. To Sony's knowledge, Honeywell has not particularly identified any Sony-equipped Nikon device, Pentax device or Kyocera Wireless device as an accused product. If at some later point, however, Honeywell properly presents infringement charges against another party's product that contains an LCD module for which Sony is legally responsible, Sony will be present in the litigation and available to defend charges against the module. Sony has the best knowledge of the display modules that it manufactures and, therefore, Sony is in the best position to defend infringement claims brought against them. Sony supports the Nikon motion on this basis.

May 6, 2005                                  YOUNG CONAWAY STARGATT & TAYLOR LLP

_____
John W. Shaw (No. 3362)
Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, DE  19801-0391
(302) 571-6672

Of Counsel:

John Flock
Robert Hails
KENYON & KENYON
One Broadway
New York, NY  10004
(212) 425-7200

*Attorneys for Defendants*
*Sony Corporation and Sony Corporation of America*

## CERTIFICATE OF SERVICE

I, Glenn C. Mandalas, hereby certify that on May 6, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington DE  19899
*Attorneys for Plaintiffs Honeywell
International Inc. and Honeywell Intellectual
Properties Inc.*

Frederick L. Cottrell, III
RICHARDS, LAYTON & FINGER
One Rodney Square
P. O. Box 551
Wilmington, DE  19899-0551
*Attorneys for Eastman Kodak Company*

William J. Wade
RICHARDS, LAYTON & FINGER
One Rodney Square
P. O. Box 551
Wilmington, DE  19899-0551
*Attorneys for Matsushita Electrical Industrial
Co. and Matsushita Electrical Corporation of
America*

Thomas L. Halkowski
FISH & RICHARDSON P.C.
919 N. Market St., Suite 1100
Wilmington, DE  19899-1114
*Attorneys for Apple Computer, Inc.,
Casio Computer Co., Ltd., and Casio, Inc.*

John W. Shaw
YOUNG, CONAWAY, STARGATT
  & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899-0391
*Attorneys for Olympus Corporation and
Olympus America Inc.*

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE  19899-0951
*Attorneys for Concord Cameras, Dell Inc., Fujitsu Limited, Fujitsu America, Inc. and Fujitsu Computer Products of America, Inc., Kyocera Wireless Corp. and Toshiba America, Inc.*

Adam W. Poff
YOUNG, CONAWAY, STARGATT
 & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899-0391
*Attorneys for Pentax Corporation and Pentax U.S.A., Inc.*

Philip A. Rovner
POTTER ANDERSON
 & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE  19899
*Attorneys for Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc.*

Francis DiGiovanni
James M. Olsen
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building, 8th Floor
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19899
*Attorneys for Sony Ericcson Mobile Communications AB and Sony Ericcson Mobile Communications (USA) Inc.*

Arthur G. Connolly, III
CONNOLLY, BOVE, LODGE & HUTZ
The Nemours Building, 8th Floor
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE  19899
*Attorneys for Navman NZ Limited and Navman U.S.A. Inc.*

Amy Evans
CROSS & SIMON
913 N. Market Street, Suite 1001
P. O. Box 1380
Wilmington, DE  19899-1380
*Attorneys for Argus a/k/a Hartford Computer Group, Inc.*

I further certify that on May 6, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**VIA FEDERAL EXPRESS:**

Martin R. Lueck
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
*Attorneys for Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties, Inc.*

Christopher E. Chalsen
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
*Attorneys for Defendants Fujitsu America, Inc. Fujitsu Computer Products of America*

Roderick B. Williams
Avelyn M. Ross
Vinson & Elkins
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
*Attorneys for Defendant Dell, Inc.*

Arthur I. Neustadt
Oblon, Spivak, McClelland, Maier
  & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22313
*Attorneys for Toshiba America, Inc.*

Scott L. Lamper
Intellectual Property and Business
   Development Counsel
Concord Camera Corp.
4000 Hollywood Boulevard, Suite 650N
Hollywood, FL 33021
*Intellectual Property & Business Development Counsel for Concord Camera Corp.*

David J. Lender
Steven J. Rizzi
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
*Attorneys for Defendants Matsushita Electrical Industrial Co. and Matsushita Electrical Corporation of America*

Lawrence Rosenthal
Matthew W. Siegal
Stroock & Stroock & Lavan L.L.P.
180 Maiden Lane
New York, NY 10038-4982
*Attorneys for Defendants Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc.*

| | |
|---|---|
| Brian D. Roche<br>Sachinoff & Weaver, Ltd.<br>30 S. Wacker Drive<br>Chicago, IL 60606<br>*Attorneys for Defendant Argus a/k/a Hartford Computer Group, Inc.* | Michael J. Fink<br>Neil F. Greenblum<br>Greenblum and Berstein, P.L.C.<br>1950 Roland Clarke Place<br>Reston, VA 20191<br>*Attorneys for Defendant Pentax Corporation and Pentax U.S.A., Inc.* |
| David J. Lender<br>Steven J. Rizzi<br>Weil, Gotshal & Manges<br>767 Fifth Avenue<br>New York, NY 10153<br>*Attorneys for Matsushita Electrical Industrial Co. and Matsushita Electrical Corporation of America* | Neil L. Slifkin<br>Harris Beach LLP<br>99 Garnsey Road<br>Pittsford, NY 14534<br>*Attorneys for Eastman Kodak Co.* |
| Kelly C. Hunsaker, Esquire<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>*Attorney for Apple Computer Inc.* | Matthew W. Siegal<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>*Attorney for Fuji Photo Film U.S.A., Inc. and Fuji Photo Film Co., Ltd.* |
| George E. Badenoch<br>Richard M. Rosati<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004<br>(212) 425-7200<br>*Attorneys for Olympus Corporation and Olympus America Inc.* | |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Glenn C. Mandalas*
_____
Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
gmandalas@ycst.com

WP3:1072842.1                                                                                                   058704.1004