IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al.,<br><br>                        Plaintiffs,<br><br>                  v<br><br>APPLE COMPUTER INC., et al.,<br><br>                        Defendants. | Civil Action No. 04-1338-KAJ |

**PROPOSED ORDER**

Upon consideration of Sony Corporation's Motion to Stay the Case Insofar as Sony is a Customer Defendant, and the Customer Defendants' Motion to Stay the Case, filed by defendants Apple Computer, Inc., Argus a/k/a Hartford Computer Group, Audiovox Electronics Corporation, Concord Camera Corp., Dell Inc., Eastman Kodak Company, Navman NZ Limited and Navman USA Inc.:

It is hereby ORDERED this ____ day of _____, 2005 that Sony Corporation's Motion to Stay the Case Insofar as Sony is a Customer Defendant is GRANTED. Movant's participation in this case, insofar as Sony is a Customer Defendant, is stayed pending resolution of Plaintiffs' cases against the LCD module manufacturers.

                                                                                                                                                                                                        _____
                                                                                     United States District Judge