**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al., | |
| Plaintiffs, | |
| v | Civil Action No.  04-1338-KAJ |
| APPLE COMPUTER INC., et al., | |
| Defendants. | |

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1.1**

I, Glenn C. Mandalas, Esquire, hereby certify pursuant to Local Rule 7.1.1, that counsel for the Defendant Sony Corporation has made a reasonable effort to reach agreement with counsel for Plaintiffs on the matters set forth in the foregoing motion.

_____
Glenn C. Mandalas (No.4432)

Dated:  May 6, 2005