IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et al., <br><br> Defendants. | ) ) ) ) ) C.A. No. 04-1338-KAJ ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that the undersigned, counsel for Sony Corporation, caused copies of (i) Sony Corporation's First Set of Requests for Admission (Nos. 1-75), (ii) Sony Corporation's First Set of Requests for Documents and Things (Nos. 1-50), and (iii) Sony Corporation's First Set of Interrogatories (Nos. 1-9) to be served on May 9, 2005, on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington DE  19899
*Attorneys for Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

Frederick L. Cottrell, III
RICHARDS, LAYTON & FINGER
One Rodney Square
P. O. Box 551
Wilmington, DE  19899-0551
*Attorneys for Eastman Kodak Company*

William J. Wade
RICHARDS, LAYTON & FINGER
One Rodney Square
P. O. Box 551
Wilmington, DE  19899-0551
*Attorneys for Matsushita Electrical Industrial Co. and Matsushita Electrical Corporation of America*

Thomas L. Halkowski
FISH & RICHARDSON P.C.
919 N. Market St., Suite 1100
Wilmington, DE 19899-1114
*Attorneys for Apple Computer, Inc.,*
*Casio Computer Co., Ltd., and Casio, Inc.*

John W. Shaw
YOUNG, CONAWAY, STARGATT
  & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Olympus Corporation and*
*Olympus America Inc.*

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899-0951
*Attorneys for Concord Cameras, Dell Inc.,*
*Fujitsu Limited, Fujitsu America, Inc. and*
*Fujitsu Computer Products of America, Inc.,*
*Kyocera Wireless Corp. and Toshiba America,*
*Inc.*

Adam W. Poff
YOUNG, CONAWAY, STARGATT
  & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Pentax Corporation*
*and Pentax U.S.A., Inc.*

Philip A. Rovner
POTTER ANDERSON
  & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE 19899
*Attorneys for Fuji Photo Film Co., Ltd. and*
*Fuji Photo Film U.S.A., Inc.*

Francis DiGiovanni
James M. Olsen
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building, 8th Floor
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899
*Attorneys for Sony Ericcson Mobile*
*Communications AB and Sony Ericcson*
*Mobile Communications (USA) Inc.*

Arthur G. Connolly, III
CONNOLLY, BOVE, LODGE & HUTZ
The Nemours Building, 8th Floor
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899
*Attorneys for Navman NZ Limited*
*and Navman U.S.A. Inc.*

Amy Evans
CROSS & SIMON
913 N. Market Street, Suite 1001
P. O. Box 1380
Wilmington, DE 19899-1380
*Attorneys for Argus a/k/a Hartford*
*Computer Group, Inc.*

**VIA FEDERAL EXPRESS:**

Martin R. Lueck
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
*Attorneys for Plaintiffs Honeywell
International Inc. and Honeywell Intellectual
Properties, Inc.*

Christopher E. Chalsen
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
*Attorneys for Defendants Fujitsu America, Inc.
Fujitsu Computer Products of America*

Roderick B. Williams
Avelyn M. Ross
Vinson & Elkins
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
*Attorneys for Defendant Dell, Inc.*

Arthur I. Neustadt
Oblon, Spivak, McClelland, Maier
  & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22313
*Attorneys for Toshiba America, Inc.*

Scott L. Lamper
Intellectual Property and Business
  Development Counsel
Concord Camera Corp.
4000 Hollywood Boulevard, Suite 650N
Hollywood, FL 33021
*Intellectual Property & Business Development
Counsel for Concord Camera Corp.*

David J. Lender
Steven J. Rizzi
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
*Attorneys for Defendants Matsushita
Electrical Industrial Co. and Matsushita
Electrical Corporation of America*

Lawrence Rosenthal
Matthew W. Siegal
Stroock & Stroock & Lavan L.L.P.
180 Maiden Lane
New York, NY 10038-4982
*Attorneys for Defendants Fuji Photo Film Co.,
Ltd. and Fuji Photo Film U.S.A., Inc.*

Brian D. Roche
Sachinoff & Weaver, Ltd.
30 S. Wacker Drive
Chicago, IL 60606
*Attorneys for Defendant Argus a/k/a Hartford
Computer Group, Inc.*

Michael J. Fink
Neil F. Greenblum
Greenblum and Berstein, P.L.C.
1950 Roland Clarke Place
Reston, VA 20191
*Attorneys for Defendant Pentax
Corporation and Pentax U.S.A., Inc.*

| | |
|---|---|
| George E. Badenoch<br>Richard M. Rosati<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY  10004<br>(212) 425-7200<br>*Attorneys for Olympus Corporation and*<br>*Olympus America Inc.* | Neil L. Slifkin<br>Harris Beach LLP<br>99 Garnsey Road<br>Pittsford, NY  14534<br>*Attorneys for Eastman Kodak Co.* |

Kelly C. Hunsaker, Esquire
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
*Attorney for Apple Computer Inc.*

The undersigned further certifies that on May 9, 2005, copies of this Notice of Service were caused to be served upon the above listed local counsel by CM/ECF and on the above listed out-of-town counsel in the manner indicated.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
John W. Shaw (No. 3362)
Glenn C. Mandalas  (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
gmandalas@ycst.com

*Attorneys for Defendants Sony Corporation and*
*Sony Corporation of America*

OF COUNSEL:

John Flock
Robert Hails
KENYON & KENYON
One Broadway
New York, NY  10004
(212) 425-7200