IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Honeywell International, Inc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> Apple Computer, Inc., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) |
| Kyocera Wireless Corporation, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> Honeywell International, Inc., et al., <br><br> Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) )  C. A. No. 04-1338 (KAJ) |
| Kyocera Wireless Corporation, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> Philips Electronics North America Corp., <br> Wintek Electro-Optics Corporation, <br> and Optrex America, Inc. <br><br> Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**WINTEK ELECTRO-OPTICS CORPORATION'S DISCLOSURE STATEMENT
UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Under Federal Rule of Civil Procedure 7.1, Wintek Electro-Optics Corporation, by counsel, discloses that it is a wholly owned subsidiary of Wintek Corporation, a Taiwanese company having a place of business in Taichung Hsien, Taiwan, R.O.C. Wintek Corporation is publicly traded on the Taiwan Stock Exchange.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Robert E. Yoches<br>Elizabeth A. Niemeyer<br>FINNEGAN, HENDERSON,<br>FARABOW<br>  GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, DC 20001<br>Tel.: (202) 408-4000 | By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19899<br>Tel.: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| York M. Faulkner<br>FINNEGAN, HENDERSON,<br>FARABOW<br>  GARRETT & DUNNER, L.L.P.<br>11955 Freedom Drive<br>Reston, VA 20190<br>Tel.: (571) 203-2700 | *Attorneys for Defendant*<br>*Wintek Electro-Optics Corporation* |
| John R. Alison<br>Ya-Chiao Chang<br>FINNEGAN, HENDERSON,<br>FARABOW<br>  GARRETT & DUNNER, L.L.P.<br>12D, 167 DunHua North Road<br>Taipei 105, Taiwan, ROC<br>Tel.: (886)-2-2712-7001 | |

Dated: May 10, 2005

681552

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on May 10, 2005, the attached document was served via hand-delivery and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE  19899

John W. Shaw
Glenn Christopher Mandalas
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Adam W. Poff
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Thomas C. Grimm
Kristen Healey, Esquire
Sean T. O'Kelly, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

William J. Wade
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

Frederick L. Cottrell, III
Chad Michael Shandler
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market St., Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114

Francis DiGiovanni
James M. Olsen
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

| | |
|---|---|
| Amy Evans<br>Cross & Simon, LLC<br>913 N. Market Street, Suite 1001<br>P.O. Box 1380<br>Wilmington, DE  19899-1380 | Donald W. Huntley<br>Huntley & Associates<br>1105 North Market Street, Suite 800<br>P. O. Box 948<br>Wilmington, DE  19899-0948 |
| Andre G. Bouchard<br>Karen L. Pascale<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE  19801 | Arthur G. Connolly, III<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 |

By: _____
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

676821

2