IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL INC.,               )
et al.                                       )
           Plaintiffs,                    )
                                             )
v.                                           )        **C.A. No. 04-1338-KAJ**
                                             )
APPLE COMPUTER, INC., et al.                 )
                                             )
           Defendants.                    )

## EASTMAN KODAK COMPANY'S JOINDER
## IN TOSHIBA'S FED. R. CIV. P. 42(b)
## MOTION FOR BIFURCATION OF LIABILITY AND DAMAGES

Pursuant to Fed. R. Civ. P. 42(b), and for the reasons set forth in Toshiba

Corporation's ("Toshiba") Fed. R. Civ. P. 42(b) Motion for Bifurcation of Liability and

Damages (D.I. 164) (and memorandum in support thereof; D.I. 165), Eastman Kodak

Company ("Kodak") joins in Toshiba's motion for bifurcation of liability and damages.

Rule 7.1.1 Certification. As stated in Toshiba's motion papers, counsel

for Toshiba discussed the subject of this motion with counsel for plaintiffs, but plaintiffs

did not agree to bifurcate liability and damages.

As Toshiba has articulated, this action should be bifurcated as to liability

and damages (with willfulness being a damages issue) to make this case more

manageable, to simplify issues, to reduce effort and expense, to conserve judicial

resources, and to avoid what may be an unnecessary damages trial and discovery with

respect thereto. Kodak's present joinder in Toshiba's motion is in addition to the position

articulated in its joint motion with other customer defendants that the case should be

stayed as to it and the other non-manufacturer defendants.

Frederick L. Cottrell, III (2555)
cottrell@rlf com
Chad M. Shandler 3796)
shandler@rlf com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551
(302) 651-7700
*Attorneys for Defendant*
*Eastman Kodak Company*

OF COUNSEL:

Paul J. Yesawich, III
Neal L. Slifkin
David J. Edwards
Laura W. Smalley
HARRIS BEACH PLLC
99 Garnsey Road
Pittsford, NY  14534
(585) 419-8800

Dated: May 10, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2005, I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following.

Thomas C. Grimm, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899-1347

Thomas L. Halkowski, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114

William J. Wade, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899

Richard L. Horwitz, Esquire
Potter Anderson & Corroon
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19899

Philip A. Rovner, Esquire
Potter Anderson & Corroon
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19899

Arthur G. Connolly, III, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor
17th Floor, The Brandywine Building
1000 West Street
Wilmington, DE 19899

Adam Wyatt Poff, Esquire
Young, Conaway, Stargatt & Taylor
17th Floor, The Brandywine Building
1000 West Street
Wilmington, DE 19899

Francis DiGiovanni, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street, P.O. Box 2207
Wilmington, DE 19899

Amy Elizabeth Evans, Esq.
Cross & Associates
913 North Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE 19899-1380

Donald W. Huntley, Esquire
1105 N. Market Street
P.O. Box 948
Wilmington, DE 19899-0948

Karen L. Pascale, Esquire
Bouchard, Margules, Friedlander
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

_____
Chad M. Shandler (#3796)
shandler@rlf.com