IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> APPLE COMPUTER, INC., et al., ) <br> ) <br> Defendants. ) | C.A. No. 04-1338-KAJ |

**DEFENDANTS SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.'S
AND SONY ERICSSON MOBILE COMMUNICATIONS AB'S
JOINDER IN CUSTOMER DEFENDANTS' JOINT MOTIONS TO STAY CASES
PENDING RESOLUTION OF LCD MODULE MANUFACTURERS' CASES**

Defendants Sony Ericsson Mobile Communications (USA) Inc. ("SEMC") and Sony Ericsson Mobile Communications AB ("SEAB"), hereby join in and hereby incorporate by reference as if fully stated herein, the Customer Defendants' Joint Motion To Stay Cases Pending Resolution Of LCD Module Manufacturers' Cases (D.I. 158) and the Opening Brief In Support Thereof (D.I. 159 and the Customer Defenants' Motion To Stay The Case (D.I. 181) and The Customer Defendants' Memorandum In Support Of Their Motion To Stay The Case (D.I. 182)). In support of this joinder, SEMC and SEAB have attached the Declaration of Janice Olivas, which evidences that SEMC and SEAB are "similarly situated customer defendants" under the Customer Defendants' Proposed Orders (*see* attachment #1 to D.I. 159 and attachment to D.I. 181).

WHEREFORE, SEMC and SEAB request that the action be stayed against them until resolution of the action as to the LCD manufacturers, assemblers and suppliers, currently before the Court or in the process of being joined as third-parties or interveners.

2

          CONNOLLY BOVE LODGE & HUTZ LLP

By:   /s/ James M. Olsen
       James M. Olsen (#3763)
       N. Richard Powers (#494)
       Samuel D. Brickley II (#3276)
       The Nemours Building
       1007 North Orange Street
       P.O. Box 2207
       Wilmington, Delaware 19899
       Telephone: (302) 658-9141

*Attorneys for Defendants*
*Sony Ericsson Mobile Communications (USA) Inc.*
Dated: May 11, 2005    *and Sony Ericsson Mobile Communications AB*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2005, I electronically filed **DEFENDANTS SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.'S AND SONY ERICSSON MOBILE COMMUNICATIONS AB'S JOINDER IN CUSTOMER DEFENDANTS' JOINT MOTIONS TO STAY CASES PENDING RESOLUTION OF LCD MODULE MANUFACTURERS' CASES and DECLARATION OF JANICE OLIVAS** with the Clerk of Court using CM/ECF which will send notification of such filing and we will serve via hand delivery to the following parties:

Thomas C. Grimm, Esq.
Sean T. O'Kelly, Esq.
Kristen Healey, Esq.
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre, 18th Floor
1201 North Market Street
Wilmington, DE 19801

John Shaw, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

Adam Wyatt Poff, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

Philip A. Rovner, Esq.
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

Frederick L. Cottrell, III, Esq.
Anne Shea Gaza, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801

William J. Wade, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

Thomas L. Halkowski, Esq.
Fish & Richardson P.C.
919 North Market Street
Suite 1100
Wilmington, DE 19899-1114

Amy E. Evans, Esq.
Cross & Simon LLC
913 North Market Street
Suite 1001
Wilmington, DE 19899-1380

Donald W. Huntley, Esq.
HUNTLEY & ASSOCIATES, LLC
1105 N. Market Street
Wilmingotn, DE 19899-0948

Arthur G. Connolly, III
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building – 8th Floor
1007 North Orange Street
Wilmington, DE 19899

Karen L. Pascale, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue – Suite 1400
Wilmington, DE 19801

    /s/ James M. Olsen
James M. Olsen (#3763)
N. Richard Powers (#494)
Samuel D. Brickley II (#3276)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
Telephone: (302) 658-9141
jolsen@cblh.com

*Attorneys for Defendants*
*Sony Ericsson Mobile Communications (USA) Inc.*
*and Sony Ericsson Mobile Communications AB*

Dated: May 11, 2005

395681v1