IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No. 04-1338-KAJ |
| v. ) | |
| ) | |
| APPLE COMPUTER, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF JANICE OLIVAS

I, Janice Olivas, declare as follows:

1. I have been continuously employed by Sony Ericsson Mobile Communications (USA) Inc. ("SEMC") since January, 1998. I am currently a Global Commodity Manager in the Procurement Group of SEMC. As part of my responsibilities, I have knowledge of and access to documents relating to the cellular phones sold by SEMC in the United States and the procurement of the Liquid Crystal Display ("LCD") modules used in the cellular phones. Unless otherwise stated herein, I have personal knowledge of the facts set forth in this declaration and I could testify competently thereto.

2. SEMC and Sony Ericsson Mobile Communications AB ("SEAB") are in the business of selling cellular phones. The cellular phones sold by SEMC and SEAB contain LCD modules.

3. SEMC and SEAB do not design the internal structure of the LCD modules used in its cellular phones, nor do SEMC and SEAB manufacture, assemble, or supply the LCD modules used in its cellular phones. The LCD modules used in the cellular phones sold by SEMC and SEAB are purchased from various LCD module suppliers.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief; and that this declaration was executed at Research Triangle Park, North Carolina, this 10th day of May, 2005.

*Janice Olivas*   10-May-05
Janice Olivas