## RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

WILLIAM J. WADE
DIRECTOR

DIRECT DIAL NUMBER
302-651-7718
WADE@RLF.COM

May 12, 2005

**BY E-FILING**

The Honorable Kent A. Jordan
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

          Re:    *Honeywell InternationaL, Inc., et al. v. Apple Computer, Inc., et al.*,
                  **C.A. No. 04-1338-KAJ**

Dear Judge Jordan:

      With the hope that it will assist the Court at the conference scheduled for Monday, May 16, 2005, in the captioned action (and related actions), I enclose a chart which I believe correctly reflects the positions of the parties on the various proposed Scheduling Orders. If the chart is not 100% correct, I apologize and I suspect that will be pointed out to Your Honor at the conference.

      If prior to the conference Your Honor should have any questions concerning the enclosed chart or if we can provide you with any further information, counsel are available at Your Honor's convenience.

                                          Very truly yours,

                                          William J. Wade

WJW/bw
Enclosure

cc:
      Clerk of the Court (By ECF and Hand Delivery)
      All Local Counsel of Record (By ECF and Hand Delivery)

RLF1-2875518-1