IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL INC. and )
HONEYWELL INTELLECTUAL PROPERTIES INC., )
 )
   Plaintiffs, )
 )
   v. )   C.A. No. 04-1338-KAJ
 )
APPLE COMPUTER, INC., et al., )
 )
   Defendants. )
 )

## STIPULATION AND ORDER TO EXTEND TIME

   IT IS HEREBY AGREED by counsel for plaintiffs and counsel for Philips Electronics North America Corporation, subject to the approval of the Court, that the time for plaintiffs to answer Philips' Declaratory Judgment Cross-claim Against Honeywell (D.I. 168) is hereby extended to June 15, 2005.

MORRIS, NICHOLS, ARSHT & TUNNELL  POTTER ANDERSON & CORROON


_____*/s/ Thomas C. Grimm*_____   _____*/s/ Richard L. Horwitz*_____
Thomas C. Grimm (#1098)      Richard L. Horwitz (#2246)
Leslie A. Polizoti (#4299)      David E. Moore (#3983)
1201 N. Market Street       Hercules Plaza, 6th floor
P.O. Box 1347        1313 North Market Street
Wilmington, DE  19899-1347    P.O. Box 951
(302) 658-9200       Wilmington, DE 19899-0951
tcgefiling@mnat.com      (302) 984-6000
lpolizoti@mnat.com       rhorwitz@potteranderson.com
*Attorneys for Honeywell International Inc. and* dmoore@potteranderson.com
*Honeywell Intellectual Properties Inc.*  *Attorneys for Philips Electronics North America Corporation*

      SO ORDERED this ___ day of May, 2005


      _____
      United States District Judge

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 13, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: Arthur G. Connolly, III (aconnollyIII@cblh.com); Frederick L. Cottrell, III (cottrell@rlf.com); Francis DiGiovanni (fdigiovanni@cblh.com, et al.); Amy Elizabeth Evans (aevans@crosslaw.com); Thomas C. Grimm (tcgefiling@mnat.com); Thomas L. Halkowski (halkowski@fr.com, et al.); Richard L. Horwitz (rhorwitz@potteranderson.com, et al.); Adam W. Poff (apoff@ycst.com, et al.); Philip A. Rovner (provner@potteranderson.com, et al.); John W. Shaw (jshaw@ycst.com, et al.); Robert J. Katzenstein (rkatzenstein@skfdelaware.com); William J. Wade (wade@rlf.com, et al.); and Karen L. Pascale (kpascale@bmf-law.com, et al.).

I also certify that on May 13, 2005, I caused to be served true and correct copies of the foregoing document on the following by hand:

Frederick L. Cottrell, III
RICHARDS LAYTON & FINGER
One Rodney Square,
P.O. Box 551
Wilmington, DE 19899-0551
*Attorneys for Eastman Kodak Company*

William J. Wade
RICHARDS LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
*Attorneys for Matsushita Electrical Industrial Co. and Matsushita Electrical Corporation of America*

Adam Wyatt Poff
YOUNG CONAWAY STARGATT
  & TAYLOR
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Pentax Corporation and Pentax U.S.A., Inc.*

John W. Shaw
YOUNG CONAWAY STARGATT & TAYLOR
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Olympus Corporation, Olympus America, Inc., Sony Corporation and Sony Corporation of America*

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE  19899
*Attorneys for Concord Cameras, Dell
Inc., Fujitsu Limited, Fujitsu America,
Inc., Fujitsu Computer Products of
America, Inc., Toshiba Corporation,
Toshiba America, Inc., Philips Electronics
North America Corp. and Wintek
Electro-Optics Corporation*

Philip A. Rovner
POTTER ANDERSON & CORROON
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE  19899
*Attorneys for Fuji Photo Film Co., Ltd. and
Fuji Photo Film U.S.A., Inc.*

Arthur G. Connolly, III
CONNOLLY, BOVE, LODGE & HUTZ
The Nemours Building, 8th Floor
1007 N. Orange Street, P.O. Box 2207
Wilmington, DE  19899
*Attorneys for Navman NZ Limited
and Navman U.S.A. Inc.*

Francis DiGiovanni
CONNOLLY, BOVE, LODGE & HUTZ
The Nemours Building, 8th Floor
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
*Attorneys for Sony Ericcson Mobile
Communications AB and Sony Ericcson
Mobile Communications (USA) Inc.*

Thomas L. Halkowski
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
*Attorneys for Apple Computer, Inc., Casio
Computer Co., Ltd., and Casio, Inc.*

Amy Evans
CROSS & SIMON
913 N. Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE  19899-1380
*Attorneys for Argus a/k/a Hartford
Computer Group, Inc.*

Robert J. Katzenstein
Joelle E. Polesky
SMITH, KATZENSTEIN
  & FURLOW LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899
*Attorneys for Kyocera Wireless Corp.
and Seiko Epson Corporation*

Andre G. Bouchard
Karen L. Pascale
BOUCHARD MARGULES & FRIEDLANDER
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801
*Attorneys for Optrex America, Inc.*

*/s/ Thomas C. Grimm* (#1098)
tgrimm@mnat.com

464770