IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et al. <br><br> Defendants. | C.A. No. 04-1338-JJF |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Lewis E. Hudnell, III, to represent defendants Casio Computer Co., Ltd. and Casio, Inc. in this matter.

Dated: May 13, 2005         FISH & RICHARDSON P.C.

                            By: /s/ Thomas L. Halkowski
                                Thomas L. Halkowski (#4099)
                                919 N. Market Street, Suite 1100
                                P.O. Box 1114
                                Wilmington, DE 19899-1114
                                (302) 652-5070
                                (302) 652-0607

                            Attorneys for
                            Casio Computer Co., Ltd. and Casio, Inc.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____, 2005      _____
                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of California and New York, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: May 13, 2005           Signed: _Lewis E. Hudnell III_
                                      Lewis E. Hudnell, III
                                      Citigroup Center - 52nd Floor
                                      153 East 53rd Street
                                      New York, NY 10022-4611
                                      Tel: 212-765-5070
                                      Fax: 212-258-2291

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2005, I electronically filed the attached **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Thomas C. Grimm<br>Morris Nichols Arsht & Tunnell<br>Chase Manhattan Centre<br>1201 North Market Street, Suite 2100<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br><br>*Attorneys for Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties, Inc.* | Frederick L. Cottrell, III<br>Richards Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899-0551<br><br>*Attorneys for Defendant Eastman Kodak Company* |
| Richard L. Horwitz<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br><br>*Attorneys for Defendants Concord Cameras, Dell, Inc., Fujitsu Limited, Fujitsu America, Inc. Fujitsu Computer Products of America, Inc., Toshiba Corporation, and Toshiba America, Inc.* | Philip A. Rovner<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br><br>*Attorneys for Defendants Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc.* |
| William J. Wade<br>Richards Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899-0551<br><br>*Attorneys for Defendants Matsushita Electrical Industrial Co. and Matsushita Electrical Corporation of America* | John W. Shaw<br>Young Conaway Stargatt & Taylor LLP<br>1000 West Street, 17th floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br><br>*Attorneys for Defendants Olympus Corporation, Olympus America, Inc., Sony Corporation and Sony Corporation of America* |

| | |
|---|---|
| Adam Wyatt Poff<br>Young Conaway Stargatt & Taylor LLP<br>1000 West Street, 17th floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br><br>*Attorneys for Defendant Pentax Corporation and Pentax U.S.A., Inc.* | Francis DiGiovanni<br>Connolly Bove Lodge & Hutz<br>The Nemours Building, 8th floor<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899-2207<br><br>*Attorneys for Defendants Sony Ericcson Mobile Communications AB and Sony Ericcson Mobile Communications (USA) Inc.* |
| Arthur G. Connolly, III<br>Connolly Bove Lodge & Hutz<br>The Nemours Building, 8th floor<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899-2207<br><br>*Attorneys for Defendants Navman NZ Limited and Navman U.S.A. Inc.* | Amy Evans<br>Cross & Simons, LLC<br>913 N. Market Street, Suite 1001<br>P.O. Box 1380<br>Wilmington, DE 19899-1380<br><br>*Attorneys for Defendant Argus a/k/a Hartford Computer Group, Inc.* |
| Robert J. Katzenstein<br>Joelle E. Polesky<br>Smith Kathzenstein & Furlow LLP<br>800 Delaware Avenue, 7th floor<br>P.O. Box 410<br>Wilmington, DE 19899<br>*Attorneys for Defendant Kyocera Wireless Corporation and Seiko Epson Corporation* | Karen L. Pascale<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br><br>*Attorneys for Third Party Defendant Optrex America, Inc.* |

/s/ Thomas L. Halkowski
Thomas L. Halkowski

80024594.doc