# HONEYWELL V. AUDIOVOX, ET AL.

| C.A. No | Defendant | Pending Motions |
|---|---|---|
| **04-1337** | Audiovox Communications | 1) Motion to Stay (D.I. 112) |
| | Audiovox Electronics | 1) Customer defendants' Motion to Stay (D.I. 101) |
| | Nikon Corporation<br>Nikon Inc. | 1) Motion to Stay (D.I. 60) |
| | Nokia Corporation<br>Nokia Inc. | 1) Motion for leave to file third party complaint (D.I. 57)<br><br>2) Motion to Stay (D.I. 63)<br><br>3) Joinder in Toshiba's Motion to Bifurcate filed in C.A. No. 04-1138 at D.I. 164 (D.I. 97) |
| | Sanyo Electric Co.<br>Sanyo North America | No Motions |
| | Curitel Communications (Third Party Deft) | No Motions |
| | Toshiba Corp. (Third Party Deft) | No Motions |
| | Seiko Epson Corporation (non-party) | 1) Motion to Intervene (D.I. 50) |

**HONEYWELL V. APPLE COMPUTER, ET AL.**

| C.A. No | Defendant | Pending Motions |
|---|---|---|
| **04-1338** | Apple Computer | 1) Joinder (D.I. 172) in Toshiba's motion to bifurcate (D.I. 164)<br><br>2) motion to stay (D.I. 181) |
| | Argus a/k/a Hartford Computer | 1) motion to stay (D.I. 181) |
| | Casio Computer<br>Casio Inc. | 1) Joinder (D.I. 172) in Toshiba's motion to bifurcate (D.I. 164) |
| | Concord Cameras | 1) Joinder (D.I. 172) in Toshiba's motion to bifurcate (D.I. 164)<br><br>2) motion to stay (D.I. 181) |
| | Dell Inc. | 1) Joinder (D.I. 172) in Toshiba's motion to bifurcate (D.I. 164)<br><br>2) motion to stay (D.I. 181) |
| | Eastman Kodak | 1) Joinder (D.I. 194) in Toshiba's motion to bifurcate (D.I. 164)<br><br>2) motion to stay (D.I. 181) |
| | Fuji Photo Film<br>Fuji Photo Film USA | 1) motion for more definite statement, for stay, and for partial dismissal (D.I. 95)<br><br>2) motion to transfer (D.I. 97)<br><br>3) brief filed (D.I. 156) in support of Seiko Epson's motion to intervene (D.I. 136)<br><br>4) briefs filed (D.I. 166, 183) in support of Toshiba's motion to bifurcate (D.I. 164) |
| | Fujitsu Limited<br>Fujitsu America<br>Fujitsu Computer | 1) Joinder (D.I. 172) in Toshiba's motion to bifurcate (D.I. 164) |
| | Kyocera Wireless | 1) motion to stay (D.I. 158) |

| | | |
|---|---|---|
| | Matsushita Electrical Industrial<br>Matsushita Electrical Corp. | 1) Joinder (D.I. 172) in Toshiba's<br>motion to bifurcate (D.I. 164) |
| | Navman NZ<br>Navman USA | 1) motion to stay (D.I. 181) |
| | Olympus Corp.<br>Olympus America | 1) motion to stay (D.I. 161) |
| | Pentax Corporation<br>Pentax USA | 1) motion to stay (D.I. 158)<br><br>2) Joinder (D.I. 172) in Toshiba's<br>motion to bifurcate (D.I. 164) |
| | Sony Corp.<br>Sony Corp. Of America | 1) Joinder (D.I. 172) in Toshiba's<br>motion to bifurcate (D.I. 164)<br><br>2) motion to stay (D.I. 189) |
| | Sony Ericsson Mobile AB<br>Sony Ericsson Mobile USA | 1) Joinder (D.I. 196) in motion to stay<br>(D.I. 158) |
| | Toshiba Corporation | 1) motion to bifurcate (D.I. 164) |
| | Toshiba America | no motions |
| | Philips Electronics (3rd pty dft) | no motions |
| | Wintek Electro-Optics (3rd pty<br>dft) | no motions |
| | Optrex America (3rd pty dft) | no motions |
| | Seiko Epson (non-party) | 1) motion to intervene (D.I. 136) |
| | **PLAINTIFFS - HONEYWELL** | 1) motion to consolidate and for stay<br>(D.I. 134) |

**OPTREX AMERICA INC. V. HONEYWELL**

| C.A. No | Defendant | Pending Motions |
|---------|-----------|-----------------|
| **04-1536** | Honeywell International | 1) Motion to consolidate and for stay (D.I. 14) |
| | Honeywell Intellectual Properties | 1) Motion to consolidate and for stay (D.I. 14) |