IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> APPLE COMPUTER, INC. et al., ) <br> ) <br> Defendants. ) <br> _____ ) | C.A. No. 04-1338 (KAJ) |

**HONEYWELL'S RESPONSE TO EASTMAN KODAK'S JOINDER IN TOSHIBA'S**
**FED. R. CIV. P. 42(b) MOTION**
**FOR BIFURCATION OF LIABILITY AND DAMAGES (D.I. 194)**

For the reasons stated in Honeywell's Answering Brief In Opposition To Toshiba's Motion For Bifurcation Of Liability And Damages (D.I. 164) And In Opposition To Fuji Photo Film's And Toshiba's Memoranda In Support Of Toshiba's Motion (D.I. 165, 166) (C.A. No. 04-1338, D.I. 170) ("Honeywell's Answering Brief"), Honeywell respectfully requests that this Court deny Toshiba's Motion to stay discovery and bifurcate liability and damages at trial in its entirety. Honeywell hereby incorporates by reference, and respectfully refers the Court to, Honeywell's Answering Brief (D.I. 170) from C.A. No. 04-1338.

2.

        MORRIS, NICHOLS, ARSHT & TUNNELL

        */s/ Leslie A. Polizoti*

        _____
        Thomas C. Grimm (#1098)
        Leslie Polizoti (#4299)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 658-9200
          *Attorneys for Plaintiffs*

OF COUNSEL:

Martin R. Lueck
Matthew L. Woods
Stacie E. Oberts
Denise S. Rahne
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza, 800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

Anthony A. Froio
Marc N. Henschke
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA 02199-7610
(617) 267-2300

May 18, 2005

465877

CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: Arthur G. Connolly, III (aconnollyIII@cblh.com); Frederick L. Cottrell, III (cottrell@rlf.com); Francis DiGiovanni (fdigiovanni@cblh.com, et al.); Amy Elizabeth Evans (aevans@crosslaw.com); Thomas C. Grimm (tcgefiling@mnat.com); Thomas L. Halkowski (halkowski@fr.com, et al.); Richard L. Horwitz (rhorwitz@potteranderson.com, et al.); Robert J. Katzenstein (rkatzenstein@skfdelaware.com); Adam W. Poff (apoff@ycst.com, et al.); Philip A. Rovner (provner@potteranderson.com, et al.); John W. Shaw (jshaw@ycst.com, et al.); William J. Wade (wade@rlf.com, et al.); and Karen L. Pascale (kpascale@bmf-law.com, et al.).

I also certify that on May 18, 2005, I caused to be served true and correct copies of the foregoing document on the following by hand:

Frederick L. Cottrell, III
RICHARDS LAYTON & FINGER
One Rodney Square,
P.O. Box 551
Wilmington, DE  19899-0551
*Attorneys for Eastman Kodak Company*

William J. Wade
RICHARDS LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551
*Attorneys for Matsushita Electrical Industrial Co. and Matsushita Electrical Corporation of America*

Adam Wyatt Poff
YOUNG CONAWAY STARGATT
  & TAYLOR
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Attorneys for Pentax Corporation and Pentax U.S.A., Inc.*

John W. Shaw
YOUNG CONAWAY STARGATT & TAYLOR
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Attorneys for Olympus Corporation, Olympus America, Inc., Sony Corporation and Sony Corporation of America*

2.

Richard L. Horwitz
POTTER ANDERSON & CORROON
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE  19899
*Attorneys for Concord Cameras, Dell Inc., Fujitsu Limited, Fujitsu America, Inc., Fujitsu Computer Products of America, Inc., Toshiba Corporation, Toshiba America, Inc., and Wintek Electro-Optics Corporation*

Philip A. Rovner
POTTER ANDERSON & CORROON
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE  19899
*Attorneys for Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc.*

Arthur G. Connolly, III
CONNOLLY, BOVE, LODGE & HUTZ
The Nemours Building, 8th Floor
1007 N. Orange Street, P.O. Box 2207
Wilmington, DE  19899
*Attorneys for Navman NZ Limited and Navman U.S.A. Inc.*

Francis DiGiovanni
CONNOLLY, BOVE, LODGE & HUTZ
The Nemours Building, 8th Floor
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
*Attorneys for Sony Ericcson Mobile Communications AB and Sony Ericcson Mobile Communications (USA) Inc.*

Thomas L. Halkowski
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
*Attorneys for Apple Computer, Inc., Casio Computer Co., Ltd., and Casio, Inc.*

Amy Evans
CROSS & SIMON
913 N. Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE  19899-1380
*Attorneys for Argus a/k/a Hartford Computer Group, Inc.*

Robert J. Katzenstein
SMITH, KATZENSTEIN & FURLOW LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899
*Attorneys for Kyocera Wireless Corp. and Seiko Epson Corporation*

Andre G. Bouchard
Karen L. Pascale
BOUCHARD MARGULES & FRIEDLANDER
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801
*Attorneys for Optrex America, Inc.*

*/s/ Leslie A. Polizoti* (#4299)
MORRIS, NICHOLS, ARSHT AND TUNNELL
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com