**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL, INC., et al | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **C.A. No. 04-1338 (KAJ)** |
| | ) | |
| APPLE COMPUTER, INC, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| KYOCERA WIRELESS CORPORATION | ) | |
| | ) | |
| Counterclaim Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HONEYWELL INTERNATIONAL, INC., et al. | ) | |
| | ) | |
| Counterclaim Defendants; | ) | |
| | ) | |
| KYOCERA WIRELESS CORPORATION | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PHILIPS ELECTRONICS NORTH AMERICA CORP. | ) | |
| WINTEK ELECTRO-OPTICS CORPORATION | ) | |
| and OPTREX AMERICA, INC. | ) | |
| | ) | |
| Third-Party Defendant | ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the interested parties and subject to the approval of the court, that Optrex America, Inc.'s Answer to Kyocera's Third Party Complaint (Doc. No. 114) shall be filed and served on or before June 27, 2005.

| | |
|---|---|
| BOUCHARD MARGULES & FRIEDLANDER, P.A. | SMITH, KATZENSTEIN & FURLOW LLP |
| /s/ Karen L. Pascale | /s/ Robert K. Beste |
| Andre G. Bouchard (#2504) | Robert J. Katzenstein (#378) |
| Karen L. Pascale (#2903) | Robert K. Beste (#3931) |
| [kpascale@bmf-law.com] | rjk@skfdelaware.com |
| 222 Delaware Avenue, Suite 1400 | 800 Delaware Ave., 7th Floor |
| Wilmington, DE 19801 | P.O. Box 410 |
| (302) 573-3500 | Wilmington, DE 19899 |
| | (302) 652-8400 |
| *Attorneys for Optrex America, Inc.* | |
| *(Third-Party Defendant in 04-1338-KAJ;* | *Attorneys for Kyocera Wireless Corp.* |
| *Plaintiff in C.A. No. 04-1536-KAJ)* | *(Third-Party Plaintiff and Defendant in C.A. No. 04-1338-KAJ)* |

SO ORDERED this _____ day of _____ 2005.

_____
United States District Judge

{10003154.DOC}