## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **C.A. No. 04-1338 (KAJ)** |
| ) | |
| APPLE COMPUTER, INC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____) | |
| ) | |
| KYOCERA WIRELESS CORPORATION, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PHILIPS ELECTRONICS NORTH AMERICA CORP., ) | |
| WINTEK ELECTRO-OPTICS CORPORATION, ) | |
| and OPTREX AMERICA, INC., ) | |
| ) | |
| Third-Party Defendants. ) | |
| _____) | |

### REVISED STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the interested parties and subject to the approval of the Court, that the time by which Optrex America, Inc. shall answer, move, or otherwise respond to Kyocera's Third-Party Complaint (Doc. No. 114) is hereby extended to and including June 27, 2005.

| BOUCHARD MARGULES | SMITH, KATZENSTEIN & FURLOW |
|   & FRIEDLANDER, P.A. | |

| ___/s/ Karen L. Pascale_____ | ___/s/ Robert K. Beste, III_____ |
|---|---|
| Andre G. Bouchard (#2504) | Robert J. Katzenstein (#378) |
| Karen L. Pascale (#2903) | Robert K. Beste, III (#3931) |
| [kpascale@bmf-law.com] | [rjk@skfdelaware.com] |
| 222 Delaware Avenue, Suite 1400 | 800 Delaware Avenue |
| Wilmington, DE  19801 | P.O. Box 410 |
| (302) 573-3500 | Wilmington, DE 19899 |
|   *Attorneys for Third-Party Defendant* | (302) 652-8400 |
|   *Optrex America, Inc.* |   *Attorneys for Defendant* |
| |   *and Third-Party Plaintiff* |
| |   *Kyocera Wireless Corporation* |

SO ORDERED this _____ day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE