# EXHIBIT D

Case 1:04-cv-01338-JJF   Document 208-4   Filed 06/01/2005   Page 1 of 3

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500 Fax: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

Matthew L. Woods
612-349-8272

May 27, 2005

<u>Via E-Mail</u>

ALL COUNSEL OF RECORD

Re:   Honeywell International Inc., et al. v. Audiovox Communications Corp., et al.
      Civil Action No. 04-1337 (KAJ)
      Honeywell International Inc., et al. v. Apple Computer, Inc., et al.
      Civil Action No. 04-1338 (KAJ)
      Optrex America, Inc. v. Honeywell International Inc., et al.
      Civil Action No. 04-1536 (KAJ)
      Our File No. 019896-0229

Dear Counsel:

As you know, since November of 2004, Honeywell has always identified the bases for its infringement claim in response to requests from individual defendants. As a result, Honeywell was dismayed when the defendants represented to the Court that Honeywell had not "stepped up" and informed them which products were being accused of infringement. In order to avoid any further inaccuracies in the record, we thought it would be worthwhile to consolidate the information previously provided to individual defendants in one global letter to all defendants. For many parties, the information below is redundant of information already provided. Given the Court's direction that the case be reconfigured as a case against the LCD Module Suppliers, we have also identified specific LCD module models, where such information is available.

Viewed from the perspective of the end product manufacturers, Honeywell has confirmed that the following products practice at least Claim 3 of the '371 patent, and, if not licensed, infringe that patent:

**Apple**: Notebook models Powerbook G4, i book G4 12-inch.

**Argus**: Camera models DC3640, DC3520, DC1730.

**ACC**: Phone model 4100.

ALL COUNSEL OF RECORD
May 27, 2005
Page 3

      Viewed from the perspective of the LCD module suppliers, Honeywell has confirmed that the following LCD modules practice at least Claim 3 of the '371 patent, and, if not licensed, infringe that patent:

**ArimaDisplay**: part number MC16G03A.

**AU**: part numbers A015AN02, A015AN03, B121EW01.

**Casio**: part numbers 3L15DD052741, 3Y0325721, 3H16ACB000374, 4B 18CXD007 147, 4A16AWB725030, 3L16ARD009138, 3E16ZB109369, 9H25AEB27418, 3D16RD150663, 4D25ADN02731.

**CPT**: part number CLAA150XH01.

**Seiko Epson**: part numbers 2F0145P00, CV90-1216-01, L2F0011 S5, L2F50011, L2F500..., L2F50126.

**GiantPlus**: part number 30703941.

**Hannstar**: part number HSD150PX11-B.

**Hitachi**: part numbers 05D97VMB42H, 05D96VMR42T, 05D97VMB415, TX39D89VC1FAA, TX06D16M1EA4, TX41D97VC1HAA.

**ID Tech**: part numbers AXG01A, N141X7-L04, N150X4-L01.

**LG Phillips**: part numbers LB070W02, LP154W01, LP150X08, LP171W01, LP171W02.

**NEC**: part numbers NL2432HC22-23B, 35FF007-A.

**Optrex**: part numbers F-51629, F51719AA.

**Panasonic**: part number EDTCA32QSF.

**Quanta**: part numbers QD141X1LH03, QD141X1LH12, QD14FLL07, QD15XL06.

**Samsung**: part numbers LTN152W5-L02, LTN154X1-L01, LTS350Q1-PE1, LTN154X1-L02, LTN170WX-L03, LTN154P1.

**Samsung SDI**: part numbers LJ41-02032A, LJ41-01753A.

**Sanyo**: part numbers 127CLXD, 127CLXD 345F06E, 127CLXE 329A05A, 127CLXE.