

# Potter
# Anderson
# & Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
provner@potteranderson.com
302 984-6140 Direct Phone
302 658-1192 Fax

June 8, 2005

**BY E-FILE**

The Honorable Kent A. Jordan
United States District Court
  for the District of Delaware
U.S. Courthouse
844 King Street
Wilmington, Delaware 19801

> Re: Honeywell International, Inc., et al., v. Apple Computer, Inc., et al.,
> D. Del., C.A. No. 04-1338-KAJ

Dear Judge Jordan:

     We represent defendants Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc. ("Fuji") in the above-referenced action. At the conference on May 16, 2005, Fuji requested that Your Honor schedule a hearing on its pending motion to transfer venue pursuant to 28 U.S.C. § 1404(a). That hearing has been scheduled for June 16, 2005, at 2:00 p.m. (D.I. 210).

     In light of Your Honor's comments at the hearing and the Court's subsequent Order of May 18, we believed that Fuji's other pending motion, its motion for a more definite statement pursuant to Fed. R. Civ. P. 12(e), could be resolved by the parties. Since the hearing, we have met and conferred with counsel for Honeywell in an attempt to reach agreement on that motion. We regret that we have not yet been able to do so. Accordingly, we ask that, in addition to arguing Fuji's transfer motion on June 16, the Court consider also argument on Fuji's motion for a more definite statement. In its June 6 Order, the Court allotted one hour for the transfer motion. We believe that the one hour will be more than sufficient to permit both motions to be heard.

The Honorable Kent A. Jordan
June 8, 2005
Page 2

      Should Your Honor have any questions, counsel are available at the Court's convenience.

      Respectfully,

      Philip A. Rovner
      E-mail: provner@potteranderson.com

PAR/mes/685325
cc:    All Local Counsel of Record – By ECF and hand delivery