IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>APPLE COMPUTER, INC., et al., )<br>)<br>Defendants. )<br>_____)<br>KYOCERA WIRELESS CORPORATION, )<br>)<br>Counterclaim Plaintiff, )<br>)<br>v. )<br>)<br>HONEYWELL INTERNATIONAL, INC., et al., )<br>)<br>Counterclaim Defendants. )<br>_____)<br>KYOCERA WIRELESS CORPORATION, )<br>)<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>PHILIPS ELECTRONICS NORTH AMERICA CORP., )<br>WINTEK ELECTRO-OPTICS CORPORATION, )<br>and OPTREX AMERICA, INC. )<br>)<br>Third-Party Defendants. ) | C. A. No. 04-1338 (KAJ) |

## **MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of E. Robert Yoches and Elizabeth A. Niemeyer of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., 901 New York Avenue, N.W. Washington, DC 20001; York M. Faulkner of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., 11955 Freedom Drive, Reston, VA 20190; and John R. Alison and

Ya-Chiao Chang of Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., 12D, 167 DunHua North Road, Taipei 105, Taiwan, ROC to represent third-party defendant Wintek Electro-Optics Corporation in this matter.

                        POTTER ANDERSON & CORROON LLP

                        By: /s/ Richard L. Horwitz
                              Richard L. Horwitz
                              David E. Moore
                              Hercules Plaza, 6th Floor
                              1313 N. Market Street
                              Wilmington, Delaware 19899-0951
                              (302) 984-6000
                              rhorwitz@potteranderson.com
                              dmoore@potteranderson.com

Dated: June 10, 2005

681749

*Attorneys for Third-Party Defendant*
*Wintek Electro-Optics Corporation*

## ORDER GRANTING MOTION

       IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____
                                       United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: May 13, 2005            Signed: _____
                                      E. Robert Yoches
                                      FINNEGAN, HENDERSON, FARABOW
                                        GARRETT & DUNNER, L.L.P.
                                      901 New York Avenue, N.W.
                                      Washington, DC 20001
                                      Telephone: (202) 408-4000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Virginia and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

    In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

☐ has been paid to the Clerk of the Court.

☒ will be submitted to the Clerk's Office upon the filing of this motion.

Date: May 11, 2005    Signed: _E. Niemeyer_____

Elizabeth A. Niemeyer
FINNEGAN, HENDERSON, FARABOW
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 408-4000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as an inactive member of the Bar of the State of Utah and active member of the Bars of the District of Columbia and Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: May 17, 2005        Signed: _____
                                   York M. Faulkner
                                   FINNEGAN, HENDERSON, FARABOW
                                      GARRETT & DUNNER, L.L.P.
                                   11955 Freedom Drive
                                   Reston, VA  20190
                                   Telephone: (571) 203-2700

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

      In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: May 31, 2005

Signed: _____
John R. Alison
FINNEGAN, HENDERSON, FARABOW
  GARRETT & DUNNER, L.L.P.
12D, 167 DunHua North Road
Taipei 105, Taiwan, ROC
Telephone: (886)-2-2712-7001

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New Jersey and New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: May /2, 2005         Signed: _____
                            Ya-Chiao Chang
                            FINNEGAN, HENDERSON, FARABOW
                              GARRETT & DUNNER, L.L.P.
                            12D, 167 DunHua North Road
                            Taipei 105, Taiwan, ROC
                            Telephone: (886)-2-2712-7001

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on June 10, 2005, the attached document was served via hand-delivery and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899

John W. Shaw
Glenn Christopher Mandalas
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Adam W. Poff
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Thomas C. Grimm
Kristen Healey, Esquire
Sean T. O'Kelly, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

William J. Wade
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

Frederick L. Cottrell, III
Chad Michael Shandler
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market St., Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Francis DiGiovanni
James M. Olsen
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

| | |
|---|---|
| Amy Evans<br>Cross & Simon, LLC<br>913 N. Market Street, Suite 1001<br>P.O. Box 1380<br>Wilmington, DE 19899-1380 | Donald W. Huntley<br>Huntley & Associates<br>1105 North Market Street, Suite 800<br>P. O. Box 948<br>Wilmington, DE 19899-0948 |
| Andre G. Bouchard<br>Karen L. Pascale<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 | Arthur G. Connolly, III<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 |

By: /s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

676821