IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., et al, <br><br>　　　　Plaintiffs, <br><br>　　　　v. <br><br>APPLE COMPUTER, INC, et al., <br><br>　　　　Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-1338 (KAJ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| KYOCERA WIRELESS CORPORATION, <br><br>　　　　Third-Party Plaintiff, <br><br>　　　　v. <br><br>PHILIPS ELECTRONICS NORTH AMERICA CORP., WINTEK ELECTRO-OPTICS CORPORATION, and OPTREX AMERICA, INC., <br><br>　　　　Third-Party Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the interested parties and subject to the approval of the Court, that the time by which Optrex America, Inc. shall answer, move, or otherwise respond to Kyocera's Third-Party Complaint (Doc. No. 114) is hereby extended three weeks, to and including July 18, 2005.

| BOUCHARD MARGULES & FRIEDLANDER, P.A. | SMITH, KATZENSTEIN & FURLOW |
|---|---|
| /s/ Karen L. Pascale<br>Andre G. Bouchard (#2504)<br>Karen L. Pascale (#2903)<br>  [kpascale@bmf-law.com]<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>(302) 573-3500<br>*Attorneys for Third-Party Defendant*<br>*Optrex America, Inc.* | /s/ Robert K. Beste<br>Robert J. Katzenstein (#378)<br>  [RJK@skfdelaware.com]<br>Robert K. Beste (#3931)<br>  [RKB@skfdelaware.com]<br>800 Delaware Avenue<br>P.O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400<br>  *Attorneys for Defendant*<br>  *and Third-Party Plaintiff*<br>  *Kyocera Wireless Corporation* |

SO ORDERED this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2005, I caused the foregoing document to be electronically filed with the Clerk of Court using CM/ECF, which will send notification of such filing to the following and indicate that the document is available for viewing and downloading from CM/ECF:

Thomas C. Grimm, Esquire [tcgefiling@mnat.com]
Leslie A. Polizoti, Esquire [lpolizoti@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19899-1347
  *Attorneys for Honeywell International Inc., and Honeywell Intellectual Properties, Inc.*

Thomas Lee Halkowski, Esquire [halkowski@fr.com]
FISH & RICHARDSON, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
  *Attorneys for Apple Computer, Inc., Casio Computer Co., Ltd., Casio Inc., and Eastman Kodak Company*

Amy Elizabeth Evans, Esquire [aevans@crosslaw.com]
CROSS & SIMON LLC
913 North Market Street, Suite 1001
Wilmington, DE 19801
  *Attorneys for ARGUS a/k/a Hartford Computer Group, Inc.*

Richard L. Horwitz, Esquire [rhorwitz@potteranderson.com]
David E. Moore, Esquire [dmoore@potteranderson.com]
POTTER ANDERSON & CORROON
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801
  *Attorneys for Concord Cameras, Dell Inc., Fujitsu Limited, Fujitsu America Inc., and Fujitsu Computer Products of America Inc., Toshiba Corporation, Toshiba America Inc, Philips Electronics North America Corporation, and Wintek Electro-Optics Corporation*

Frederick L. Cottrell, III, Esquire [cottrell@rlf.com]
Chad M. Shandler, Esquire [shandler@rlf.com]
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
  *Attorneys for Eastman Kodak Company*

Philip A. Rovner, Esquire [provner@potteranderson.com]
POTTER, ANDERSON & CORROON
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801
  *Attorneys for Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A. Inc.*

Robert J. Katzenstein, Esquire [rjk@skfdelaware.com]
Robert K. Beste, Esquire [rkb@skfdelaware.com]
SMITH, KATZENSTEIN & FURLOW
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
  *Attorneys for Kyocera Wireless Corp., and Seiko Epson Corporation*

William J. Wade, Esquire [wade@rlf.com]
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
  *Attorneys for Matsushita Electrical Industrial Co., and Matsushita Electrical Corporation of America*

Arthur G. Connolly, III, Esquire [aconnollyIII@cblh.com]
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
  *Attorneys for Navman NZ Limited, and Navman U.S.A. Inc.*

John W. Shaw, Esquire [jshaw@ycst.com]
Glenn C. Mandalas, Esquire [gmandalas@ycst.com]
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
  *Attorneys for Olympus Corporation, and Olympus America Inc., Sony Corporation, and Sony Corp of America*

Adam W. Poff, Esquire [apoff@ycst.com]
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
  *Attorneys for Pentax Corporation, and Pentax U.S.A. Inc.*

Francis DiGiovanni, Esquire [fdigiovanni@cblh.com]
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
  *Attorneys for Sony Ericsson Mobile Communications AB, and Sony Ericsson Mobile Communications (USA) Inc.*

.

           /s/ Karen L. Pascale
BOUCHARD MARGULES & FRIEDLANDER, P.A.
Andre G. Bouchard (#2504) [abouchard@bmf-law.com]
Karen L. Pascale (#2903) [kpascale@bmf-law.com]
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
  *Attorneys for Optrex America, Inc.*
  *(Third-Party Defendant in C.A. No. 04-1338-KAJ)*

3