IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and<br>HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE COMPUTER, INC., et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-1338-KAJ<br>)<br>)<br>)<br>)<br>) |

## THIRD STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY AGREED by counsel for plaintiffs and counsel for Philips Electronics North America Corporation, subject to the approval of the Court, that the time for plaintiffs to answer Philips' Declaratory Judgment Cross-claim Against Honeywell (D.I. 168) is hereby extended to August 15, 2005.

| MORRIS, NICHOLS, ARSHT & TUNNELL | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Leslie A. Polizoti | /s/ Richard L. Horwitz |
| Thomas C. Grimm (#1098)<br>Leslie A. Polizoti (#4299)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>tcgefiling@mnat.com<br>lpolizoti@mnat.com<br>*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.* | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>*Attorneys for Philips Electronics North America Corporation* |

　　　　　　　　　　　　　　　　SO ORDERED this ___ day of July, 2005

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: Arthur G. Connolly, III; Frederick L. Cottrell, III; Francis DiGiovanni; Amy Elizabeth Evans; Thomas C. Grimm; Thomas L. Halkowski; Richard L. Horwitz; Adam W. Poff; Philip A. Rovner; John W. Shaw; Robert J. Katzenstein; William J. Wade; and Karen L. Pascale.

I also certify that on July 14, 2005, I caused to be served true and correct copies of the foregoing document on the following by hand:

Frederick L. Cottrell, III
RICHARDS LAYTON & FINGER
One Rodney Square,
P.O. Box 551
Wilmington, DE 19899-0551
*Attorneys for Eastman Kodak Company*

William J. Wade
RICHARDS LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
*Attorneys for Matsushita Electrical Industrial Co. and Matsushita Electrical Corporation of America*

Adam Wyatt Poff
YOUNG CONAWAY STARGATT
  & TAYLOR
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Pentax Corporation and Pentax U.S.A., Inc.*

John W. Shaw
YOUNG CONAWAY STARGATT & TAYLOR
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Olympus Corporation, Olympus America, Inc., Sony Corporation and Sony Corporation of America*

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899
*Attorneys for Concord Cameras, Dell Inc., Fujitsu Limited, Fujitsu America, Inc., Fujitsu Computer Products of America, Inc., Toshiba Corporation, Toshiba America, Inc., Philips Electronics North America Corp. and Wintek Electro-Optics Corporation*

Philip A. Rovner
POTTER ANDERSON & CORROON
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899
*Attorneys for Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc.*

| | |
|---|---|
| Arthur G. Connolly, III<br>CONNOLLY, BOVE, LODGE & HUTZ<br>The Nemours Building, 8th Floor<br>1007 N. Orange Street, P.O. Box 2207<br>Wilmington, DE  19899<br>*Attorneys for Navman NZ Limited*<br>*and Navman U.S.A. Inc.* | Francis DiGiovanni<br>CONNOLLY, BOVE, LODGE & HUTZ<br>The Nemours Building, 8th Floor<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899<br>*Attorneys for Sony Ericcson Mobile*<br>*Communications AB and Sony Ericcson*<br>*Mobile Communications (USA) Inc.* |
| Thomas L. Halkowski<br>FISH & RICHARDSON P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE  19899-1114<br>*Attorneys for Apple Computer, Inc., Casio Computer Co., Ltd., and Casio, Inc.* | Amy Evans<br>CROSS & SIMON<br>913 N. Market Street, Suite 1001<br>P.O. Box 1380<br>Wilmington, DE  19899-1380<br>*Attorneys for Argus a/k/a Hartford*<br>*Computer Group, Inc.* |
| Robert J. Katzenstein<br>Joelle E. Polesky<br>SMITH, KATZENSTEIN<br>   & FURLOW LLP<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE  19899<br>*Attorneys for Kyocera Wireless Corp.*<br>*and Seiko Epson Corporation* | Andre G. Bouchard<br>Karen L. Pascale<br>BOUCHARD MARGULES & FRIEDLANDER<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE  19801<br>*Attorneys for Optrex America, Inc.* |

*/s/ Leslie A. Polizoti* (#4299)
MORRIS, NICHOLS, ARSHT AND TUNNELL
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com

474247

2