IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., and HONEYWELL INTELLECTUAL PROPERTIES, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE COMPUTER, INC.; ARGUS a/k/a HARTFORD COMPUTER GROUP, INC.; CASIO COMPUTER CO., LTD.; CASIO, INC.; CONCORD CAMERAS; DELL INC.; EASTMAN KODAK COMPANY; FUJI PHOTO FILM CO., LTD.; FUJI PHOTO FILM U.S.A., INC.; FUJITSU LIMITED; FUJITSU AMERICA, INC.; FUJITSU COMPUTER PRODUCTS OF AMERICA, INC.; KYOCERA WIRELESS CORP.; MATSUSHITA ELECTRICAL INDUSTRIAL CO.; MATSUSHITA ELECTRICAL CORPORATION OF AMERICA; NAVMAN NZ LIMITED; NAVMAN U.S.A. INC.; OLYMPUS CORPORATION; OLYMPUS AMERICA, INC.; PENTAX CORPORATION; PENTAX U.S.A., INC.; SONY CORPORATION, SONY CORPORATION OF AMERICA; SONY ERICSSON MOBILE COMMUNICATIONS AB; SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.; TOSHIBA CORPORATION; and TOSHIBA AMERICA, INC.<br><br>    Defendants.<br>_____ | C.A. No. 04-1338 (KAJ) |

**DEFENDANT KYOCERA WIRELESS CORPORATION'S NOTICE OF VOLUNTARY DISMISSAL OF THIRD PARTY COMPLAINT AGAINST OPTREX AMERICA, INC.**

{10004843.DOC}
\\\CC - 88549/0003 - 49940 v1

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Defendant and Third Party Plaintiff KYOCERA WIRELESS CORPORATION ("KWC") hereby voluntarily dismisses its Third Party Complaint against OPTREX AMERICA, INC.  Third Party Defendant Optrex America, Inc. has not yet filed a responsive pleading to KWC's Third Party Complaint, and therefore the stipulation of other parties is not required.  This dismissal is without prejudice and without costs.  This dismissal does not apply to the other defendants identified in Kyocera Wireless Corporations' Third Party Complaint.

SMITH, KATZENSTEIN & FURLOW LLP


/s/ Robert J. Katzenstein
Robert J. Katzenstein (ID No. 378)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Tel: (302) 652-8400

*Attorneys for Defendant and Third Party Plaintiff Kyocera Wireless Corporation*

OF COUNSEL:
Stuart Lubitz
Robert J. Benson
Hogan & Hartson LLP
500 S. Grand Avenue, Suite 1900
Los Angeles, CA 90071
(213) 337-6840

July 18, 2005