**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

    I, Robert J. Katzenstein, hereby certify that on July 18, 2005, I electronically filed the attached Defendant Kyocera Wireless Corporation's Notice of Voluntary Dismissal of Third Party Complaint Against Optrex America, Inc. with the Clerk of Court using CM/ECF which will send notification of such filing to the following and caused two true and correct copies of same to be served by first class mail on the following:

| | |
|---|---|
| Thomas C. Grimm, Esquire<br>Leslie A. Polizoti, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | William J. Wade, Esquire<br>Frederick L. Cottrell, III, Esquire<br>Chad M. Shandler, Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 |
| Thomas L. Halkowski, Esquire<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114 | Amy E. Evans, Esquire<br>Cross & Simon, LLC<br>913 N. Market Street, Suite 1001<br>P.O. Box 1380<br>Wilmington, DE 19899-1380 |
| Richard L. Horwitz, Esquire<br>Philip A. Rovner, Esquire<br>David Ellis Moore, Esquire<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St.<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | Arthur G. Connolly, III, Esquire<br>Francis DiGiovanni, Esquire<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 |
| John W. Shaw, Esquire<br>Adam Wyatt Poff, Esquire<br>Glenn C. Mandalas, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Karen L. Pascale, Esquire<br>Bouchard, Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 |

10004844.WPD

        /s/ Robert J. Katzenstein
Robert J. Katzenstein (ID No. 378)
SMITH, KATZENSTEIN & FURLOW LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
302-652-8400
rjk@skfdelaware.com

Date:   July 18, 2005