IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and<br>HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>     Plaintiffs,<br><br>v.<br><br>APPLE COMPUTER, INC., et al.,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-1338-KAJ<br>)<br>)<br>)<br>)<br>) |

## FIFTH STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY AGREED by counsel for plaintiffs and counsel for Philips Electronics North America Corporation, subject to the approval of the Court, that the time for plaintiffs to answer Philips' Declaratory Judgment Cross-claim Against Honeywell (D.I. 168) is hereby extended to October 17, 2005.

| MORRIS, NICHOLS, ARSHT & TUNNELL | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Leslie A. Polizoti | /s/ David E. Moore |
| Thomas C. Grimm (#1098)<br>Leslie A. Polizoti (#4299)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>tcgefiling@mnat.com<br>lpolizoti@mnat.com<br>*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.* | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th floor<br>1313 North Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>*Attorneys for Philips Electronics North America Corporation* |

SO ORDERED this ___ day of September, 2005

_____
United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: Arthur G. Connolly, III; Frederick L. Cottrell, III; Francis DiGiovanni; Amy Elizabeth Evans; Thomas C. Grimm; Thomas L. Halkowski; Richard L. Horwitz; Adam W. Poff; Philip A. Rovner; John W. Shaw; Robert J. Katzenstein; William J. Wade; and Karen L. Pascale.

I also certify that on September 15, 2005, I caused to be served true and correct copies of the foregoing document on the following by hand:

Frederick L. Cottrell, III
RICHARDS LAYTON & FINGER
One Rodney Square,
P.O. Box 551
Wilmington, DE 19899-0551
*Attorneys for Eastman Kodak Company*

William J. Wade
RICHARDS LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
*Attorneys for Matsushita Electrical Industrial Co. and Matsushita Electrical Corporation of America*

Adam Wyatt Poff
YOUNG CONAWAY STARGATT
  & TAYLOR
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Pentax Corporation and Pentax U.S.A., Inc.*

John W. Shaw
YOUNG CONAWAY STARGATT & TAYLOR
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Olympus Corporation, Olympus America, Inc., Sony Corporation and Sony Corporation of America*

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899
*Attorneys for Concord Cameras, Dell Inc., Fujitsu Limited, Fujitsu America, Inc., Fujitsu Computer Products of America, Inc., Toshiba Corporation, Toshiba America, Inc., Philips Electronics North America Corp. and Wintek Electro-Optics Corporation*

Philip A. Rovner
POTTER ANDERSON & CORROON
Hercules Plaza, 6th Floor
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899
*Attorneys for Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc.*

Arthur G. Connolly, III
CONNOLLY, BOVE, LODGE & HUTZ
The Nemours Building, 8th Floor
1007 N. Orange Street, P.O. Box 2207
Wilmington, DE  19899
*Attorneys for Navman NZ Limited
and Navman U.S.A. Inc.*

Francis DiGiovanni
CONNOLLY, BOVE, LODGE & HUTZ
The Nemours Building, 8th Floor
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
*Attorneys for Sony Ericcson Mobile
Communications AB and Sony Ericcson
Mobile Communications (USA) Inc.*

Thomas L. Halkowski
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
*Attorneys for Apple Computer, Inc., Casio
Computer Co., Ltd., and Casio, Inc.*

Amy Evans
CROSS & SIMON
913 N. Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE  19899-1380
*Attorneys for Argus a/k/a Hartford
Computer Group, Inc.*

Robert J. Katzenstein
Joelle E. Polesky
SMITH, KATZENSTEIN
  & FURLOW LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899
*Attorneys for Kyocera Wireless Corp.
and Seiko Epson Corporation*

Andre G. Bouchard
Karen L. Pascale
BOUCHARD MARGULES & FRIEDLANDER
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801
*Attorneys for Optrex America, Inc.*

*/s/ Leslie A. Polizoti* (#4299)
MORRIS, NICHOLS, ARSHT AND TUNNELL
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com

483212