# BOUCHARD MARGULES & FRIEDLANDER
A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

ANDRE G. BOUCHARD
JOEL FRIEDLANDER
DAVID J. MARGULES

JOANNE P. PINCKNEY
COUNSEL
KAREN L. PASCALE
JOHN M. SEAMAN
DOMINICK T. GATTUSO
JAMES G. MCMILLAN, III

September 30, 2005

*By E-Filing and Hand Delivery*

The Honorable Kent A. Jordan
United States District Court for the District of Delaware
844 North King Street
Room 6325, Lockbox 10
Wilmington, Delaware 19801

Re:  *Honeywell International Inc., et al. v. Audiovox Communications Corp. et al.,*
C.A. No. 04-1337-KAJ
*Honeywell International Inc., et al. v. Apple Computer, Inc., et al.,*
C.A. No. 04-1338-KAJ
*Optrex America, Inc. v. Honeywell International Inc., et al.,*
C.A. No. 04-1536-KAJ

Dear Judge Jordan:

In addition to joining the letter of September 30, 2005 submitted by the -1337 and -1338 defendants, Optrex also wishes to advise the Court that Optrex is prepared to resume bilateral discovery with Honeywell within 30 days if the Court is inclined allow regular discovery between Optrex and Honeywell at this time.

Optrex and Honeywell served discovery requests on each other at the end of April and the beginning of May of this year. Honeywell and Optrex agreed to stay discovery as to each other pending issuance of a schedule by the Court. As pointed out in the letter submitted by the -1337 and -1338 defendants, Honeywell's current proposal effectively gives Honeywell one-sided discovery against the manufacturers while precluding the manufacturers from taking discovery against Honeywell until after all manufacturers have been added to the case. Honeywell's proposal to take one-sided discovery of the manufacturers also fails to advance the goal of transitioning the case from the customer defendants to the manufacturers.

In response to Honeywell's proposal in its September 23, 2005 letter to the Court, Optrex proposed to Honeywell that Optrex and Honeywell resume bilateral formal discovery and answer all pending discovery responses within 30 days. Honeywell declined the Optrex invitation to resume bilateral discovery. Nonetheless, Optrex remains willing to resume bilateral discovery

The Honorable Kent A. Jordan
September 30, 2005
Page 2

with Honeywell within 30 days if the Court believes it would be helpful to advancing the progress of this litigation.

Respectfully submitted,

/s/ *Karen L. Pascale*

Karen L. Pascale (#2903)

cc: Clerk of the Court (by CM/ECF E-Filing)
    CM/ECF Counsel of Record (by E-Filing)