AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL, INC. and
HONEYWELL INTELLECTUAL PROPERTIES, INC.

        Plaintiffs,

v.

APPLE COMPUTER, INC.; ALL AROUND CO., LTD.,
ARGUS A/K/A HARTFORD COMPUTER GROUP, INC.;
ARIMA DISPLAY; AU OPTRONICS CORP.; AU
OPTRONICS CORPORATION AMERICA; BOE
TECHNOLOGY GROUP COMPANY LTD.; BEIJING BOE
OPTOELECTRONICS TECHNOLOGY CO., LTD.;
BOE-HYDIS TECHNOLOGY CO., LTD.; CASIO COMPUTER CO.,
LTD.; CASIO, INC.; CITIZEN SYSTEMS EUROPE; CITIZEN
SYSTEMS AMERICA CORPORATION; CONCORD CAMERAS;
DELL INC.; EASTMAN KODAK COMPANY; FUJI PHOTO FILM CO.,
LTD.; FUJI PHOTO FILM U.S.A., INC.; FUJITSU LIMITED; FUJITSU
AMERICA, INC.; FUJITSU COMPUTER PRODUCTS OF AMERICA, INC.;
HANNSTAR DISPLAY CORPORATION; HITACHI, LTD.; HITACHI
DISPLAYS, LTD.; HITACHI DISPLAY DEVICES, LTD.; HITACHI
ELECTRONIC DEVICES (USA), INC.; INNOLUX DISPLAY
CORPORATION; INTERNATIONAL DISPLAY TECHNOLOGY;
INTERNATIONAL DISPLAY TECHNOLOGY USA, INC.;
KONINKLIJKE PHILIPS ELECTRONICS N.V.; PHILIPS
CONSUMER ELECTRONICS NORTH AMERICA; PHILIPS
ELECTRONICS NORTH AMERICA CORPORATION; KYOCERA
WIRELESS CORP.; MATSUSHITA ELECTRICAL INDUSTRIAL CO.;
MATSUSHITA ELECTRICAL CORPORATION OF AMERICA;
NAVMAN NZ LIMITED; NAVMAN U.S.A. INC.; OLYMPUS
CORPORATION; OLYMPUS AMERICA, INC.; PENTAX
CORPORATION; PENTAX U.S.A., INC.; PICVUE ELECTRONICS
LIMITED; QUANTA DISPLAY INC.; SAMSUNG SDI CO., LTD;
SAMSUNG SDI AMERICA, INC.; SONY CORPORATION; SONY
CORPORATION OF AMERICA; SONY ERICSSON MOBILE
COMMUNICATIONS AB; SONY ERICSSON MOBILE
COMMUNICATIONS (USA) INC.; ST LIQUID CRYSTAL DISPLAY CORP.;
TOPPOLY OPTOELECTRONICS CORP.; TOSHIBA CORPORATION;
TOSHIBA AMERICA, INC.; WINTEK CORP.; WINTEK ELECTRO-
OPTICS CORPORATION; WISTRON CORPORATION; and
M-DISPLAY OPTRONICS CORP.,

        Defendants.

**SUMMONS IN A CIVIL ACTION**
C.A. No. 04-1338 (KAJ)

TO:    Philips Consumer Electronics North America
        c/o Secretary of State
        John G. Townsend Building
        Federal and Duke of York Streets
        Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFFS' ATTORNEYS:

    Thomas C. Grimm, Esquire (#1098)
    Leslie A. Polizoti, Esquire (#4299)
    MORRIS, NICHOLS, ARSHT & TUNNELL
    1201 N. Market Street, P.O. Box 1347
    Wilmington, DE 19899-1347

an answer to the amended complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO              NOV 0 7 2005

_____      _____
CLERK                                                   DATE

*[signature]*
_____
BY DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>11/08/05 |
| NAME OF SERVER (PPJNT)<br>GRANVILLE MORRIS | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: PHILLIPS CONSUMER ELECTRONICS NORTH AMERICA C/O THE DELAWARE SECRETARY OF STATE DOVER, DE COPIES THEREOF WERE ACCEPTED BY MARTINA MARTIN (PROCESS AGENT)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/8/05
                   Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.