IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 04-1338-KAJ |

**STIPULATION AND ORDER TO EXTEND TIME FOR
PHILIPS ELECTRONICS NORTH AMERICA CORP.
TO ANSWER PLAINTIFFS' FIRST AMENDED COMPLAINT**

WHEREAS on April 25, 2005 Third-Party Defendant Philips Electronics North America Corp. (Philips North America) filed a Declaratory Judgment Cross-claim (D.I. 168) against Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. (collectively "Plaintiffs");

WHEREAS on October 17, 2005 Plaintiffs answered the Cross-claim and filed a Counterclaim (D.I. 238) against Philips North America;

WHEREAS Philips North America's answer to the Counterclaim was due on November 7, 2005;

WHEREAS on November 7, 2005, pursuant to the Court's Memorandum Order dated October 7, 2005 (D.I. 237), Plaintiffs filed a First Amended Complaint (D.I. 239), naming Philips North America as one of many defendants;

WHEREAS the Court's October 7, 2005 Memorandum Order provides for a ninety (90) day response time for defendants named in the First Amended Complaint and

requires defendants named in the First Amended Complaint to cooperate with Plaintiffs on pretrial matters;

WHEREAS the Plaintiffs and Philips North America wish to cooperate with one another on pretrial matters as mandated in the Court's Memorandum Order and to streamline the pleading process in this case for the convenience of themselves and the Court;

NOW, THEREFORE, Plaintiffs and Philips North America do hereby stipulate, subject to approval by the Court, that Philips North America is relieved of its obligation to respond to Plaintiffs' Counterclaim (D.I. 238) and that Philips North America shall have ninety (90) days from service to answer, move or otherwise respond to the First Amended Complaint (D.I. 239).

| MORRIS, NICHOLS ARSHT & TUNNELL | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Thomas C. Grimm<br>Thomas C. Grimm (#1098)<br>Leslie A. Polizoti (#4299)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200 | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000 |
| *Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties, Inc.* | *Attorneys for Philips Electronics North America Corp.* |

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

706527

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on November 18, 2005, a true and correct copy of the within document was caused to be served on the attorney of record at the following addresses as indicated:

**VIA HAND DELIVERY:**

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899

William J. Wade
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

John W. Shaw
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Frederick L. Cottrell, III
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

Adam W. Poff
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market St., Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Thomas C. Grimm
Kristen Healey, Esquire
Sean T. O'Kelly, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Francis DiGiovanni
James M. Olsen
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Amy Evans
Cross & Simon, LLC
913 N. Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE 19899-1380

Donald W. Huntley
Huntley & Associates
1105 North Market Street, Suite 800
P. O. Box 948
Wilmington, DE 19899-0948

**VIA FEDERAL EXPRESS**:

Matthew W. Siegal
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Richard M. Rosati
Kenyon & Kenyon
One Broadway
New York, NY 10004-1050

Michael J. Fink
Greenblum and Bernstein, P.L.C.
1950 Roland Clarke Place
Reston, VA 20191

Martin R. Lueck
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Roderick B. Williams
Avelyn M. Ross
Vinson & Elkins
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568

Brian D. Roche
Sachnoff & Weaver, Ltd.
29th Floor
30 S. Wacker Drive
Chicago, IL 60606-7484

David J. Lender
Steven J. Rizzi
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

Neil L. Slifkin
Harris Beach LLP
99 Garnsey Road
Pittsford, NY 14534

John T. Johnson
Citigroup Center – 52nd Floor
153 East 53rd Street
New York, NY 10022-4611

Arthur I. Neustadt
Oblon, Spivak, McClelland, Maier &
Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

Christopher E. Chalsen
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413

**VIA EMAIL**

Scott L. Lampert
Intellectual Property and Business
 Development Counsel
Concord Camera Corp.
4000 Hollywood Boulevard, Suite 650N
Hollywood, FL  33021

           */s/ David E. Moore*
            David E. Moore

656099