IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and<br>HONEYWELL INTELLECTUAL<br>PROPERTIES, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>APPLE COMPUTER, INC.; et al.<br><br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 04-1338-KAJ<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants Matsushita Electric Industrial Co., Ltd., and Panasonic Corporation of North America (f/n/a Matsushita Electric Corporation of America) (collectively, "Matsushita"), through their respective counsel and subject to the approval of the Court, that the time within which Matsushita shall move, answer or otherwise respond to the First Amended Complaint filed herein is extended to and including December 22, 2005.

/s/ Thomas C. Grimm
Thomas C. Grimm (#10998)
Kristen Healey (#4512)
Sean T. O'Kelly (#4349)
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

Attorneys for Plaintiffs

Dated: November 21, 2005

/s/ William J. Wade
William J. Wade (#704)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Attorneys for Defendants
Matsushita Electric Industrial Co. and
Matsushita Electric Corporation of America

Dated: November 21, 2005

SO ORDERED this _____ day of November, 2005.

_____
United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 21, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Thomas C. Grimm, Esquire
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Thomas L. Halkowski, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon
6th Floor, Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

Frederick L. Cottrell, III, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Philip A. Rovner, Esquire
Potter Anderson & Corroon
6th Floor, Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

Adam Wyatt Poff, Esquire
Young, Conaway, Stargatt & Taylor
17th Floor, The Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, DE 19899

Francis DiGiovanni, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Arthur G. Connolly, III, Esquire
Connolly Bove Lodge & Hutz
8th Floor, The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Amy Evans, Esquire
Cross & Simons, LLC
Suite 1001, 913 N. Market Street
P.O. Box 1380
Wilmington, DE 19899

Robert J. Katzenstein, Esquire
Joelle E. Polesky, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

| | |
|---|---|
| John W. Shaw, Esquire<br>Young, Conaway, Stargatt & Taylor<br>17th Floor, The Brandywine Building<br>1000 West Street<br>Wilmington, DE 19899 | Andre G. Bouchard<br>Karen L. Pascale, Esquire<br>Bouchard, Margules, Friedlander<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 |

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)