

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

November 22, 2005

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court for the District of Delaware
844 King Street
Wilmington, Delaware 19801

      Re:    **Honeywell International Inc., et al. v. Audiovox Communications Corp., et al.**
              **C.A. No. 04-1337-KAJ**
              **Honeywell International Inc., et al. v. Apple Computer, Inc., et al..**
              **C.A. 04-1338-KAJ**
              **Optrex America, Inc. v. Honeywell International Inc., et al.**
              **C.A. No. 04-1536-KAJ**

Dear Judge Jordan:

      I write on behalf of certain "customer defendants"[1] in the above-referenced consolidated cases to respectfully apprise the Court that, pursuant to paragraph 4 of the October 7, 2005 Memorandum Order, the customer defendants listed in footnote 1 do not intend at this time to answer or otherwise respond to Honeywell International Inc. and Honeywell Intellectual Properties Inc.'s (collectively, "Honeywell") Amended Complaints (filed November 7, 2005) in the above-referenced actions. In recent correspondence, Honeywell confirmed that the aforementioned customer defendants "need not answer the Amended Complaint at this time."

---

[1] The following customer defendants join in this letter: Apple Computer, Inc.; Audiovox Communications Corp; Audiovox Electronics Corporation; Casio, Inc.; Concord Cameras; Dell, Inc.; Eastman Kodak Company; Fujitsu America Inc.; Fujitsu Computer Products of America, Inc.; Fujitsu Limited; Kyocera Wireless Corp.; Nikon Corporation; Nikon, Inc.; Nokia Corporation; Nokia, Inc.; Olympus America, Inc.; Olympus Corporation; Pentax Corporation; Pentax U.S.A. Inc.; Sanyo Electric Co., Ltd.; Sanyo North America Corporation; Sony Ericsson Mobile Communications AB; Sony Ericsson Mobile Communications (USA) Inc.; Toshiba America, Inc.; and Toshiba Corporation.

The Honorable Kent A. Jordan
November 22, 2005
Page 2

      It is the expectation of the customer defendants that the litigation will proceed against the LCD manufacturers as specified in the Court's October 7, 2005 Order.

      Respectfully,

      */s/ Richard L. Horwitz*

      Richard L. Horwitz

RLH/708449

cc:    Clerk of the Court (via ECF and hand delivery)
       All Local Counsel of Record (via ECF and hand delivery)