Richard H. Cross, Jr.
Christopher P. Simon
Judy M. Jones
Nancy Walsh Law
Donna L. Harris
Amy E. Evans
Erica Niezgoda Finnegan
Charles T. Williams, III
Sean T. O'Kelly
Kristen Healey Cramer

**CROSS & SIMON, LLC**
ATTORNEYS AT LAW
913 NORTH MARKET STREET
11TH FLOOR
WILMINGTON, DELAWARE 19801
302-777-4200 / 302-777-4224 (FAX)
e-mail: aevans@crosslaw.com
www.crosslaw.com

MAILING ADDRESS:
P.O. BOX 1380
WILMINGTON, DE  19899-1380

November 25, 2005

<u>VIA ELECTRONIC FILING</u>
The Honorable Kent A. Jordan
United States District Court for the District of Delaware
844 King Street, Lockbox 10
Wilmington, Delaware 19801

> Re:  **Honeywell International Inc., et al. v. Audiovox Communications Corp., et al.**
> C.A. No. 04-1337-KAJ  (Docket #142)
> **Honeywell International Inc., et al. v. Apple Computer, Inc., et al..**
> C.A. 04-1338-KAJ  (Docket #250)
> **Optrex America, Inc. v. Honeywell International Inc., et al.**
> C.A. No. 04-1536-KAJ  (Docket #41)

Dear Judge Jordan:

Argus d/b/a Hartford Computer Group, Inc. joins in the November 22, 2005 letter from Richard Horowitz submitted on behalf of certain of the "customer defendants" apprising the Court that the customer defendants do not intend at this time to answer or otherwise plead to the Amended Complaints filed in the above referenced actions.

Sincerely,

Amy Evans (No. 3829)
Enclosure

cc:  Local Counsel of Record (via ECF and hand delivery)
     File Copy