IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE COMPUTER, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 04-1338-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF EXTENSION AND ORDER**

IT IS HEREBY AGREED, subject to the approval of the Court, that the time for defendant Citizen Systems America Corporation to answer, move or otherwise plead in response to the First Amended Complaint in this action is extended to and including December 5, 2005.

MORRIS NICHOLS ARSHT & TUNNELL

/s/ Leslie A. Polizoti
_____
Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Attorneys for Plaintiffs*

SO ORDERED this ___ day of _____, 2005.

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Christopher E. Chalsen, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Amy Elizabeth Evans, York M. Faulkner, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Richard L. Horwitz, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, David Ellis Moore, Arthur I. Neustadt, Elizabeth A. Niemeyer, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, Steven J. Rizzi, Avelyn M. Ross, Philip A. Rovner, Carl E. Schlier, Chad Michael Shandler, John W. Shaw, William J. Wade, Roderick B. Williams and Edward R. Yoches.

I further certify that on November 28, 2005, I caused to be served copies of the foregoing document upon the following in the manner indicated:

**BY FACSIMILE (978-926-1098)**

Mark Stohlman, Esq. (Citizen Systems America Corporation)

*/s/ Leslie A. Polizoti* (#4299)