IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br>Plaintiffs, <br><br>v. <br><br>APPLE COMPUTER, INC., et al., <br><br>Defendants. | ) ) ) ) ) ) ) C.A. No. 04-1338-KAJ ) ) ) ) ) ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Honeywell International Inc. and Honeywell Intellectual Properties Inc. and defendant International Display Technology USA, Inc. ("IDTech USA") that the time for defendant IDTech USA to answer, move or otherwise plead in response to the First Amended Complaint in this action is extended to and including December 5, 2005.

| MORRIS, NICHOLS, ARSHT & TUNNELL | FISH & RICHARDSON, P.C. |
|---|---|
| */s/ Thomas C. Grimm* | */s/ William J. Marsden, Jr.* |
| Thomas C. Grimm (#1098) <br> Leslie A. Polizoti (#4299) <br> 1201 N. Market Street, P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 <br> tcgefiling@mnat.com <br> lpolizoti@mnat.com <br> *Attorneys for Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc.* | William J. Marsden, Jr. (#2247) <br> 919 N. Market Street, Suite 1100 <br> P.O. Box 1114 <br> Wilmington, DE 19899-1114 <br> (302) 778-8401 <br> marsden@fr.com <br> *Attorneys for Defendant International Display Technology USA, Inc.* |

SO ORDERED this ___ day of November, 2005

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Christopher E. Chalsen, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Amy Elizabeth Evans, York M. Faulkner, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Richard L. Horwitz, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, David Ellis Moore, Arthur I. Neustadt, Elizabeth A. Niemeyer, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, Steven J. Rizzi, Avelyn M. Ross, Philip A. Rovner, Carl E. Schlier, Chad Michael Shandler, John W. Shaw, William J. Wade, Roderick B. Williams and Edward R. Yoches.

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

494402