IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and<br>HONEYWELL INTELLECTUAL PROPERTIES INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) C.A. No. 04-1338-KAJ<br>) |
| APPLE COMPUTER, INC., et al., | )<br>) |
| Defendants. | )<br>) |

**STIPULATION AND ORDER**

      IT IS HEREBY STIPULATED AND AGREED by and between counsel for Honeywell International Inc. and Honeywell Intellectual Properties Inc. and counsel for defendants Wintek Corp. and Wintek Electro-Optics Corporation (collectively "Wintek entities") that:

      1.    On behalf of the Wintek entities, the undersigned counsel for the Wintek entities accepts service and waives formal service of the First Amended Complaint in this action; and

      2.    The Wintek entities shall have an extension to and including February 10, 2006, to answer, move, or otherwise plead in response to the First Amended Complaint.

2

| MORRIS, NICHOLS, ARSHT & TUNNELL | POTTER, ANDERSON & CORROON LLP |
|---|---|
| */s/ Thomas C. Grimm* | */s/ Richard L. Horwitz* |
| Thomas C. Grimm (#1098) | Richard L. Horwitz (#2246) |
| Leslie A. Polizoti (#4299) | Hercules Plaza, 6th Floor |
| 1201 N. Market Street, P.O. Box 1347 | 1313 N. Market Street |
| Wilmington, DE 19899-1347 | P.O. Box 951 |
| (302) 658-9200 | Wilmington, DE 19899 |
| tcgefiling@mnat.com | (302) 984-6000 |
| lpolizoti@mnat.com | rhorwitz@potteranderson.com |
| *Attorneys for Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc.* | *Attorneys for Defendants Wintek Corp. and Wintek Electro-Optics Corporation* |

SO ORDERED this ___ day of _____, 2005.

_____
United States District Judge

494599

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Christopher E. Chalsen, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Amy Elizabeth Evans, York M. Faulkner, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Richard L. Horwitz, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, David Ellis Moore, Arthur I. Neustadt, Elizabeth A. Niemeyer, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, Steven J. Rizzi, Avelyn M. Ross, Philip A. Rovner, Carl E. Schlier, Chad Michael Shandler, John W. Shaw, William J. Wade, Roderick B. Williams and Edward R. Yoches.

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

494599