IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and<br>HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE COMPUTER, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>) C.A. No. 04-1338-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF MAILING AND OF SERVICE PURSUANT TO D. DEL. LR 4.1(b)

I, Leslie A. Polizoti, declare as follows:

1. I am an associate in the law firm of Morris, Nichols, Arsht & Tunnell, Delaware counsel for plaintiffs in this action.

2. Copies of the summons and amended complaint in this action were served on November 8, 2005 on AU Optronics Corporation America, Citizen Systems America Corporation, Philips Consumer Electronics North America and Samsung SDI America, Inc., pursuant to 10 Del. C. § 3104, by hand delivery to the Delaware Secretary of State with the statutory fee of $2.00.

3. Copies of the summonses showing service on the Secretary of State were filed on November 9, 2005 (D.I. 244-47).

4. On November 10, 2005, copies of the summons and amended complaint were sent by Registered Mail, Return Receipt Requested, to:

| AU Optronics Corporation America<br>7711 O'Connor Drive, #516<br>Round Rock, TX 78681 | Citizen Systems America Corporation<br>363 Van Ness Way, Suite 404<br>Torrance, CA 90501 |
|---|---|
| Philips Consumer Electronics North America<br>64 Perimeter Center East<br>Atlanta, GA 30346-7300 | Samsung SDI America, Inc.<br>18600 S. Broadwick Street<br>Rancho Dominguez, CA 90220 |

The summons and amended complaint were sent with a notice stating that service of the originals of such process had been made upon the Delaware Secretary of State, and that under 10 Del. C. § 3104, such service is effective for all intents and purposes as if it had been made upon defendants personally within this State. See Exhibit A.

     5.    The registered mail receipts showing that the summons and amended complaint were delivered to AU Optronics Corporation America and Philips Consumer Electronics North America are attached. See Exhibit B. Return receipts have not been received for Citizen Systems America Corporation or Samsung SDI America, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 29, 2005

Leslie A. Polizoti (#4299)

# EXHIBIT A

# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Leslie A. Polizoti
302 575 7415
302 425 3084 Fax
lpolizoti@mnat.com

November 10, 2005

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

AU Optronics Corporation America
7711 O'Connor Drive, #516
Round Rock, TX 78681

      Re:    *Honeywell, et al. v. Apple Computer, Inc., et al.*, C.A. No. 04-1338

Dear Sir or Madam:

      This letter constitutes notice under 10 Del. C. § 3104 that suit has been instituted against AU Optronics Corporation America in the United States District Court for the District of Delaware.

      Please be advised that the summons and first amended complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon AU Optronics. Under the provisions of 10 Del. C. § 3104, such service is effective for all intents and purposes as if it had been made upon AU Optronics personally within this State.

      Enclosed is a copy of the summons and first amended complaint as served on the Secretary of State, which explains the basis of the lawsuit.

Sincerely,

Leslie A. Polizoti

LAP/dla
Enclosures

# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Leslie A. Polizoti
302 575 7415
302 425 3084 Fax
lpolizoti@mnat.com

November 10, 2005

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Citizen Systems America Corporation
363 Van Ness Way, Suite 404
Torrance, CA 90501

      Re:    *Honeywell, et al. v. Apple Computer, Inc., et al.*, C.A. No. 04-1338

Dear Sir or Madam:

      This letter constitutes notice under 10 Del. C. § 3104 that suit has been instituted against Citizen Systems America Corporation in the United States District Court for the District of Delaware.

      Please be advised that the summons and first amended complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon Citizen Systems. Under the provisions of 10 Del. C. § 3104, such service is effective for all intents and purposes as if it had been made upon Citizen Systems personally within this State.

      Enclosed is a copy of the summons and first amended complaint as served on the Secretary of State, which explains the basis of the lawsuit.

      Sincerely,

      Leslie A. Polizoti

LAP/dla
Enclosures

# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Leslie A. Polizoti
302 575 7415
302 425 3084 Fax
lpolizoti@mnat.com

November 10, 2005

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Philips Consumer Electronics North America
64 Perimeter Center East
Atlanta, GA 30346-7300

      Re:    *Honeywell, et al. v. Apple Computer, Inc., et al.*, C.A. No. 04-1338

Dear Sir or Madam:

      This letter constitutes notice under 10 Del. C. § 3104 that suit has been instituted against Philips Consumer Electronics North America in the United States District Court for the District of Delaware.

      Please be advised that the summons and first amended complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon Philips. Under the provisions of 10 Del. C. § 3104, such service is effective for all intents and purposes as if it had been made upon Philips personally within this State.

      Enclosed is a copy of the summons and first amended complaint as served on the Secretary of State, which explains the basis of the lawsuit.

Sincerely,

Leslie A. Polizoti

LAP/dla
Enclosures

# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Leslie A. Polizoti
302 575 7415
302 425 3084 Fax
lpolizoti@mnat.com

November 10, 2005

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Samsung SDI America, Inc.
18600 S. Broadwick Street
Rancho Dominguez, CA 90220

    Re:    *Honeywell, et al. v. Apple Computer, Inc., et al.*, C.A. No. 04-1338

Dear Sir or Madam:

    This letter constitutes notice under 10 Del. C. § 3104 that suit has been instituted against Samsung SDI America, Inc. in the United States District Court for the District of Delaware.

    Please be advised that the summons and first amended complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon Samsung. Under the provisions of 10 Del. C. § 3104, such service is effective for all intents and purposes as if it had been made upon Samsung personally within this State.

    Enclosed is a copy of the summons and first amended complaint as served on the Secretary of State, which explains the basis of the lawsuit.

Sincerely,

Leslie A. Polizoti

LAP/dla
Enclosures

# EXHIBIT B

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Philips Consumer Electronics
North America
64 Perimeter Center East
Atlanta, GA  30346-____

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_          ☐ Agent
                         ☐ Addressee

B. Received by (Printed Name): Richard Segal          C. Date of Delivery: 11/15/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Samsung SDI America, Inc.
18600 S. Broadwick Street
Rancho Dominguez, CA  90220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_          ☐ Agent
                         ☐ Addressee

B. Received by (Printed Name):           C. Date of Delivery: 11/16/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540