IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and<br>HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>      Plaintiffs,<br><br>  v.<br><br>APPLE COMPUTER, INC., et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 04-1338-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Honeywell International Inc. and Honeywell Intellectual Properties Inc. and counsel for defendants Sony Corporation, Sony Corporation of America, and ST Liquid Crystal Display Corp. (collectively, the "Sony entities"), that:

    1.    On behalf of the Sony entities, the undersigned counsel for the Sony entities accepts service and waives formal service of the First Amended Complaint in this action; and

    2.    The Sony entities shall have an extension to and including February 10, 2006, to answer, move, or otherwise plead in response to the First Amended Complaint.

2

| MORRIS, NICHOLS, ARSHT & TUNNELL | YOUNG CONAWAY STARGATT & TAYLOR |
|---|---|
| /s/ Leslie A. Polizoti | /s/ Karen Keller |
| Thomas C. Grimm (#1098)<br>Leslie A. Polizoti (#4299)<br>1201 N. Market Street, P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>tcgefiling@mnat.com<br>lpolizoti@mnat.com<br>*Attorneys for Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc.* | John W. Shaw (#3362)<br>Karen Keller (#4489)<br>1000 West Street, 17th floor<br>P.O. Box 391<br>Wilmington, DE 19899<br>jshaw@ycst.com<br>kkeller@ycst.com<br>*Attorneys for Defendants Sony Corporation, Sony Corporation of America, and ST Liquid Crystal Display Corp.* |

SO ORDERED this ___ day of _____, 2005.

_____
United States District Judge

494886

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Christopher E. Chalsen, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Amy Elizabeth Evans, York M. Faulkner, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Richard L. Horwitz, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, David Ellis Moore, Arthur I. Neustadt, Elizabeth A. Niemeyer, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, Steven J. Rizzi, Avelyn M. Ross, Philip A. Rovner, Carl E. Schlier, Chad Michael Shandler, John W. Shaw, William J. Wade, Roderick B. Williams and Edward R. Yoches.

*/s/ Leslie A. Polizoti* (#4299)