# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

November 30, 2005

Leslie A. Polizoti, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

      Re:  Honeywell International, Inc. v. Apple Computer, Inc., et al.
            Civil Action 04-1338-KAJ

Ms. Polizoti

    I write with respect to the several requests for letters rogatory filed in the captioned action. In the forms you have presented, there is a section II, headed "Facts of Case." Please strike that heading and replace it with the heading, "Plaintiffs' Allegations." Then, following the sentence "This is an action for infringement of a United States patent pursuant to 35 U.S.C. § 271," please insert the following two sentences: "Following is a summary of allegations made by the plaintiffs. This court has not reached any conclusions regarding the facts of the case and does not endorse the accuracy of the plaintiffs' allegations." You should then indent the remaining paragraphs in that section, to further identify them as your clients' statement rather than a statement of the court.

    I have not reviewed each of the forms to see whether the changes I have directed here will be sufficient to make clear that I am not taking a position on your clients' allegations. I trust that, with these changes in mind, you will make any further changes that are necessary to meet the goal I have just described.

Very truly yours,

*[signature]*

Kent A. Jordan

KAJ:cas
cc    All Counsel of Record
       Clerk of the Court