**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>APPLE COMPUTER, INC.; ALL AROUND CO., LTD., )<br>ARGUS A/K/A HARTFORD COMPUTER GROUP, INC.; )<br>ARIMA DISPLAY; AU OPTRONICS CORP.; AU )<br>OPTRONICS CORPORATION AMERICA; BOE )<br>TECHNOLOGY GROUP COMPANY LTD.; BEIJING BOE )<br>OPTOELECTRONICS TECHNOLOGY CO., LTD.; BOE- )<br>HYDIS TECHNOLOGY CO., LTD.; CASIO COMPUTER )<br>CO., LTD.; CASIO, INC.; CITIZEN SYSTEMS EUROPE; )<br>CITIZEN SYSTEMS AMERICA CORPORATION; )<br>CONCORD CAMERAS; DELL INC.; EASTMAN KODAK )<br>COMPANY; FUJI PHOTO FILM CO., LTD.; FUJI PHOTO )<br>FILM U.S.A., INC.; FUJITSU LIMITED; FUJITSU )<br>AMERICA, INC.; FUJITSU COMPUTER PRODUCTS OF )<br>AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; )<br>HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI )<br>DISPLAY DEVICES, LTD.; HITACHI ELECTRONIC )<br>DEVICES (USA), INC.; INNOLUX DISPLAY )<br>CORPORATION; INTERNATIONAL DISPLAY )<br>TECHNOLOGY; INTERNATIONAL DISPLAY )<br>TECHNOLOGY USA, INC.; KONINKLIJKE PHILIPS )<br>ELECTRONICS N.V.; PHILIPS CONSUMER )<br>ELECTRONICS NORTH AMERICA; PHILIPS )<br>ELECTRONICS NORTH AMERICA CORPORATION; )<br>KYOCERA WIRELESS CORP.; MATSUSHITA )<br>ELECTRICAL INDUSTRIAL CO.; MATSUSHITA )<br>ELECTRICAL CORPORATION OF AMERICA; NAVMAN )<br>NZ LIMITED; NAVMAN U.S.A. INC.; OLYMPUS )<br>CORPORATION; OLYMPUS AMERICA, INC.; PENTAX )<br>CORPORATION; PENTAX U.S.A., INC.; PICVUE )<br>ELECTRONICS LIMITED; QUANTA DISPLAY INC.; )<br>SAMSUNG SDI CO., LTD; SAMSUNG SDI AMERICA, )<br>INC.; SONY CORPORATION; SONY CORPORATION OF )<br>AMERICA; SONY ERICSSON MOBILE )<br>COMMUNICATIONS AB; SONY ERICSSON MOBILE )<br>COMMUNICATIONS (USA) INC.; ST LIQUID CRYSTAL )<br>DISPLAY CORP.; TOPPOLY OPTOELECTRONICS CORP.; )<br>TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; ) | C.A. No. 04-1338-KAJ<br><br>**JURY TRIAL DEMAND** |

| | |
|---|---|
| WINTEK CORP.; WINTEK ELECTRO-OPTICS CORPORATION; WISTRON CORPORATION; and M-DISPLAY OPTRONICS CORP., | ) ) ) ) |
| Defendants. | ) |

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) | |
| Plaintiffs | ) | |
| v. | ) ) | C.A. No. 04-1337-KAJ |
| AUDIOVOX COMMUNICATIONS CORP.; AUDIOVOX ELECTRONICS CORPORATION; NIKON CORPORATION; NIKON, INC; NOKIA CORPORATION; NOKIA INC.; SANYO ELECTRIC CO., LTD.; AND SANYO NORTH AMERICA CORPORATION; and SANYO EPSON IMAGING DEVICES CORPORTION | ) ) ) ) ) ) ) ) | |
| Defendants. | | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications counsel moves the admission pro hac vice of Stephen S. Korniczky and Elizabeth L. Brann of Paul, Hastings, Janofsky & Walker LLP, 3579 Valley Centre Drive, San Diego, CA 92130 and Hamilton Loeb, Carolyn E. Morris and Alana A. Prills of Paul, Hastings, Janofsky & Walker LLP, 875 15th Street, N.W., Washington, D.C. 20005 to represent Defendant Samsung SDI Co., in this matter.

                                                POTTER ANDERSON & CORROON LLP

                                      By: */s/ David E. Moore*
                                                Richard L. Horwitz (#2246)
                                                David E. Moore
                                                Hercules Plaza, 6th Floor
                                                1313 N. Market Street
                                                Wilmington, DE  19899
                                                Tel:  (302) 984-6000
                                                Fax: (302) 658-1192
                                                rhorwitz@potteranderson.com
                                                dmoore@potteranderson.com

Dated:  November 30, 2005

                                      *Attorneys for Defendant Samsung SDI Co.*

<u>ORDER GRANTING MOTION</u>

       IT IS HEREBY ORDERED that counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.

Dated: _____    _____
                                               United States District Judge

696104

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: November 30, 2005        Signed: */s/ Stephen S. Korniczky*
                                       Stephen S. Korniczky
                                       Paul, Hastings, Janofsky & Walker LLP
                                       3579 Valley Centre Drive
                                       San Diego, CA 92130
                                       Tel: (858) 720-2500

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: November 30, 2005        Signed: */s/ Elizabeth L. Brann*
                                       Elizabeth L. Brann
                                       Paul, Hastings, Janofsky & Walker LLP
                                       3579 Valley Centre Drive
                                       San Diego, CA 92130
                                       Tel: (858) 720-2500

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: November 30, 2005    Signed: */s/ Hamilton Loeb*
　　　　　　　　　　　　　　　　　　Hamilton Loeb
　　　　　　　　　　　　　　　　　　Paul, Hastings, Janofsky & Walker LLP
　　　　　　　　　　　　　　　　　　875 15th Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　Tel: (202) 551-1700

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: November 30, 2005    Signed: */s/ Carolyn E. Morris*
　　　　　　　　　　　　　　　　　　　Carolyn E. Morris
　　　　　　　　　　　　　　　　　　　Paul, Hastings, Janofsky & Walker LLP
　　　　　　　　　　　　　　　　　　　875 15th Street, N.W.
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　Tel: (202) 551-1700

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: November 30, 2005      Signed: */s/ Alana A. Prills*
　　　　　　　　　　　　　　　　　Alana A. Prills
　　　　　　　　　　　　　　　　　Paul, Hastings, Janofsky & Walker LLP
　　　　　　　　　　　　　　　　　875 15th Street, N.W.
　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　Tel: (202) 551-1700

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on November 30, 2005, the attached document was served via hand-delivery and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Philip A. Rovner<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE  19899 | William J. Wade<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899-0551 |
| John W. Shaw<br>Glenn Christopher Mandalas<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899-0391 | Frederick L. Cottrell, III<br>Chad Michael Shandler<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899-0551 |
| Adam W. Poff<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899-0391 | Thomas L. Halkowski<br>Fish & Richardson P.C.<br>919 N. Market St., Suite 1100<br>P.O. Box 1114<br>Wilmington, DE  19899-1114 |
| Thomas C. Grimm<br>Kristen Healey<br>Sean T. O'Kelly<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899 | Francis DiGiovanni<br>James M. Olsen<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 |

| | |
|---|---|
| Amy Evans<br>Cross & Simon, LLC<br>913 N. Market Street, Suite 1001<br>P.O. Box 1380<br>Wilmington, DE 19899-1380 | Robert J. Katzenstein, Esq.<br>Joelle E. Polesky, Esq.<br>Smith, Katzenstein, & Furlow<br>800 Delaware Avenue, 7th Fl.<br>P.O. Box 410<br>Wilmington, DE 19899 |
| Andre G. Bouchard<br>Karen L. Pascale<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 | Arthur G. Connolly, III<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 |
| William J. Marsden, Jr.<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114 | Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>222 Delaware Avenue<br>17th Floor<br>Wilmington, DE 19899 |
| Paul A. Bradley<br>Thomas D. Walsh<br>McCarter & English, LLP<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19899 | Leslie A. Polizoti<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 |

By: */s/ David E. Moore*
    Richard L. Horwitz
    David E. Moore
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

709365