# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Leslie A. Polizoti
302 575 7415
302 425 3084 Fax
lpolizoti@mnat.com

December 1, 2005

**BY HAND**

The Honorable Kent A. Jordan
U.S. District Court, District of Delaware
844 N. King Street
Lockbox 10
Wilmington, DE 19801

Re: *Honeywell International Inc., et al. v. Apple Computer, Inc., et al.*
C.A. No. 04-1338-KAJ

Dear Judge Jordan:

Thank you for your November 30, 2005 letter regarding plaintiffs' requests for letters rogatory. We have made the changes that you requested, and have reviewed the requests and confirmed that nothing in them suggests that the Court is taking a position on plaintiffs' allegations. If the revised requests meet with the Court's approval, we ask that the Court sign and seal two originals for each of the eleven defendants. Pursuant to my phone conversation today with Ms. Stein, we are sending the revised requests to Mr. Cruikshank via electronic mail. We have also enclosed hard copies. We thank the Court for its assistance and apologize for any inconvenience.

Respectfully,

Leslie A. Polizoti

Enclosures

cc: Dr. Peter T. Dalleo, Clerk of the Court (via hand delivery)

495290

CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Christopher E. Chalsen, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Amy Elizabeth Evans, York M. Faulkner, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Richard L. Horwitz, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, David Ellis Moore, Arthur I. Neustadt, Elizabeth A. Niemeyer, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, Steven J. Rizzi, Avelyn M. Ross, Philip A. Rovner, Carl E. Schlier, Chad Michael Shandler, John W. Shaw, William J. Wade, Roderick B. Williams and Edward R. Yoches.

/s/ *Leslie A. Polizoti* (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com