IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and<br>HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE COMPUTER, INC., et al.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)  C.A. No. 04-1338-KAJ<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF EXTENSION AND ORDER**

IT IS HEREBY AGREED, subject to the approval of the Court, that:

1. On behalf of defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Display Devices, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively, the "Hitachi entities"), Robert C. Scheinfeld, Esq. and Neil P. Sirota, Esq. of Baker Botts L.L.P., 30 Rockefeller Plaza, New York, New York 10112, 212-408-2500, robert.scheinfeld@bakerbotts.com and neil.sirota@bakerbotts.com, respectively, counsel for the Hitachi entities, accept service and waive formal service of the First Amended Complaint in this action; and

2. The Hitachi entities shall have an extension to and including February 10, 2006, to answer, move, or otherwise plead in response to the First Amended Complaint.

2

        MORRIS, NICHOLS, ARSHT & TUNNELL

        /s/ Leslie A. Polizoti
        ―――――――――――――――――――――
        Thomas C. Grimm (#1098)
        Leslie A. Polizoti (#4299)
        1201 N. Market Street, P.O. Box 1347
        Wilmington, DE  19899-1347
        (302) 658-9200
        tcgefiling@mnat.com
        lpolizoti@mnat.com
        *Attorneys for Plaintiffs Honeywell International*
        *Inc. and Honeywell Intellectual Properties Inc.*

SO ORDERED this ___ day of _____, 2005.

        ―――――――――――――――――――――
        United States District Judge

495299

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Christopher E. Chalsen, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Amy Elizabeth Evans, York M. Faulkner, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Richard L. Horwitz, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, David Ellis Moore, Arthur I. Neustadt, Elizabeth A. Niemeyer, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, Steven J. Rizzi, Avelyn M. Ross, Philip A. Rovner, Carl E. Schlier, Chad Michael Shandler, John W. Shaw, William J. Wade, Roderick B. Williams and Edward R. Yoches.

I further certify that on December 1, 2005, I served a copy of the foregoing document by electronic mail on Robert C. Scheinfeld, Esq. and Neil P. Sirota, Esq. of Baker Botts L.L.P., 30 Rockefeller Plaza, New York, New York 10112, at robert.scheinfeld@bakerbotts.com and neil.sirota@bakerbotts.com.

*/s/ Leslie A. Polizoti* (#4299)