IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and <br> HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-1338-KAJ <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Honeywell International Inc. and Honeywell Intellectual Properties Inc. and counsel for defendants AU Optronics Corp. and AU Optronics Corporation America (collectively "AU Optronics entities") that:

1. On behalf of the AU Optronics entities, the undersigned counsel for the AU Optronics entities accepts service and waives formal service of the First Amended Complaint in this action; and

2. The AU Optronics entities shall have an extension to and including February 10, 2006, to answer, move, or otherwise plead in response to the First Amended Complaint.

| MORRIS, NICHOLS, ARSHT & TUNNELL | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ Thomas C. Grimm | /s/ Gerard M. O'Rourke #494, fa |
| Thomas C. Grimm (#1098) | Gerard M. O'Rourke (#3265) |
| Leslie A. Polizoti (#4299) | 1007 North Orange Street |
| 1201 N. Market Street, P.O. Box 1347 | P.O. Box 2207 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 658-9141 |
| tcgefiling@mnat.com | gorourke@cblh.com |
| lpolizoti@mnat.com | *Attorneys for Defendants AU Optronics Corp.* |
| *Attorneys for Plaintiffs Honeywell International* | *and AU Optronics Corporation America* |
| *Inc. and Honeywell Intellectual Properties Inc.* | |

SO ORDERED this ___ day of December, 2005.

_____
United States District Judge

495659