IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and<br>HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE COMPUTER, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-1338-KAJ<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Honeywell International Inc. and Honeywell Intellectual Properties Inc. and counsel for defendants International Display Technology and International Display Technology USA, Inc. (the "ID Tech entities") that:

1. On behalf of the ID Tech entities, the undersigned counsel for the ID Tech entities accepts service and waives formal service of the First Amended Complaint in this action; and

2. The ID Tech entities shall have an extension to and including February 10, 2006, to answer, move, or otherwise plead in response to the First Amended Complaint.

MORRIS, NICHOLS, ARSHT & TUNNELL     FISH & RICHARDSON, P.C.

*/s/ Thomas C. Grimm*                                              */s/ William J. Marsden, Jr.*

Thomas C. Grimm (#1098)                                    William J. Marsden, Jr. (#2247)
Leslie A. Polizoti (#4299)                                       919 N. Market Street, Suite 1100
1201 N. Market Street, P.O. Box 1347                  P.O. Box 1114
Wilmington, DE 19899-1347                                  Wilmington, DE 19899-1114
(302) 658-9200                                                        (302) 778-8401

2

| | |
|---|---|
| tcgefiling@mnat.com | marsden@fr.com |
| lpolizoti@mnat.com | *Attorneys for Defendants International* |
| *Attorneys for Plaintiffs Honeywell International* | *Display Technology and International* |
| *Inc. and Honeywell Intellectual Properties Inc.* | *Display Technology USA, Inc.* |

SO ORDERED this ___ day of December, 2005.

_____
United States District Judge

497111

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Christopher E. Chalsen, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Amy Elizabeth Evans, York M. Faulkner, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Richard L. Horwitz, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, David Ellis Moore, Arthur I. Neustadt, Elizabeth A. Niemeyer, Gerard M. O'Rourke, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, Steven J. Rizzi, Avelyn M. Ross, Philip A. Rovner, Carl E. Schlier, Chad Michael Shandler, John W. Shaw, William J. Wade, Roderick B. Williams and Edward R. Yoches.

I also hereby certify that on December 12, 2005, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY HAND**

William J. Marsden, Jr.
FISH & RICHARDSON, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

497111