IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL INC.
and HONEYWELL INTELLECTUAL
PROPERTIES INC.,

        Plaintiffs,

        v.

APPLE COMPUTER, INC., et al.

        Defendants.

C.A. No. 04-1338-KAJ

## SECOND STIPULATION AND ORDER TO EXTEND TIME

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned

attorneys for the respective parties, that, subject to the Court's approval, the time for defendant

Casio Computer Co., Ltd. to answer, move or otherwise plead in response to the First Amended

Complaint in this action shall be extended to January 10, 2006.

Dated:  December 22, 2005

MORRIS NICHOLS ARSHT & TUNNELL

*/s/ Leslie A. Polizoti*
Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
Tel: (302) 658-9200

*Attorneys for Plaintiffs*
*Honeywell International Inc. and*
*Honeywell Intellectual Properties Inc.*

FISH & RICHARDSON P.C.

*/s/ Thomas L. Halkowski*
Thomas L. Halkowski (#4099)
919 N. Market Street, #1100
P.O. Box 1114
Wilmington, DE 19899-1114
Tel:  (302) 652-5070

*Attorneys for Defendants*
*Casio Computer Co. Ltd.. and Casio Inc.*

**SO ORDERED,** this _____ day of _____, 2005.

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2005, I electronically filed the attached

**SECOND STIPULATION AND ORDER TO EXTEND TIME** with the Clerk of

Court using CM/ECF which will send notification of such filing(s) to the following:

Frederick L. Cottrell, III
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza, 6th floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

William J. Wade
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

John W. Shaw
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th floor
P.O. Box 391
Wilmington, DE 19899-0391

Adam Wyatt Poff
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th floor
P.O. Box 391
Wilmington, DE 19899-0391

James M. Olsen
N. Richard Powers
Connolly Bove Lodge & Hutz
The Nemours Building, 8th floor
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Arthur G. Connolly, III
Connolly Bove Lodge & Hutz
The Nemours Building, 8th floor
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Amy Evans
Cross & Simons, LLC
913 N. Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE 19899-1380

Robert J. Katzenstein
Joelle E. Polesky
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th floor
P.O. Box 410
Wilmington, DE 19899

Karen L. Pascale
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

*/s/ Thomas L. Halkowski*
Thomas L. Halkowski