IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and <br> HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-1338-KAJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF EXTENSION AND ORDER**

IT IS HEREBY AGREED, subject to the approval of the Court, that:

1. On behalf of defendant BOE-Hydis Technology Co., Ltd. ("BOE-Hydis"), Kevin M. O'Brien, Esq. of Baker McKenzie LLP, 813 Connecticut Avenue NW, Washington D.C. 20006, kevin.m.o'brien@bakernet.com, 202-452-7032, counsel for BOE-Hydis, accepts service and waive formal service of the First Amended Complaint in this action; and

2. BOE-Hydis shall have an extension to and including February 21, 2006, to answer, move, or otherwise plead in response to the First Amended Complaint.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        /s/ *Leslie A. Polizoti*
        _____
        Thomas C. Grimm (#1098)
        Leslie A. Polizoti (#4299)
        1201 N. Market Street, P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 658-9200
        tcgefiling@mnat.com
        lpolizoti@mnat.com
        *Attorneys for Plaintiffs Honeywell International Inc.*
        *and Honeywell Intellectual Properties Inc.*

SO ORDERED this ____ day of January, 2006.

        _____
        United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Christopher E. Chalsen, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Amy Elizabeth Evans, York M. Faulkner, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Richard L. Horwitz, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, David Ellis Moore, Arthur I. Neustadt, Elizabeth A. Niemeyer, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, Steven J. Rizzi, Avelyn M. Ross, Philip A. Rovner, Carl E. Schlier, Chad Michael Shandler, John W. Shaw, William J. Wade, Roderick B. Williams and Edward R. Yoches.

I further certify that on January 4, 2006, I served a copy of the foregoing document by electronic mail on Kevin M. O'Brien, Esq. of Baker McKenzie LLP, 813 Connecticut Avenue NW, Washington D.C. 20006, at kevin.m.o'brien@bakernet.com.

*/s/ Leslie A. Polizoti* (#4299)