CERTIFICATE PURSUANT TO D. DEL. LR 7.1.1
FOR NOTICE OF EXTENSION AND ORDER (BOE-HYDIS)

I hereby certify, pursuant to D. Del. LR 7.1.1, that the subject of the foregoing Notice of Extension and Order has been discussed with counsel for BOE-Hydis, and that counsel for BOE-Hydis does not oppose this Notice.

/s/ *Leslie A. Polizoti* (#4299)
Leslie A. Polizoti