IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and<br>HONEYWELL INTELLECTUAL PROPERTIES INC., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | C.A. No. 04-1338-KAJ |
| APPLE COMPUTER, INC., et al., | )<br>)<br>) | |
| Defendants. | ) | |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that, pursuant to Fed. R. Civ. P. 41(a)(2), Honeywell International Inc. and Honeywell Intellectual Properties Inc. ("Honeywell") hereby dismiss, without prejudice, the First Amended Complaint against defendant Citizen Systems America Corporation, and Citizen Systems America Corporation hereby dismisses, without prejudice, its counterclaims (D.I. 292) against Honeywell.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
| /s/ Leslie A. Polizoti | /s/ John M. Seaman |
| Thomas C. Grimm (#1098)<br>Leslie A. Polizoti (#4299)<br>1201 N. Market Street, P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>tcgefiling@mnat.com<br>lpolizoti@mnat.com<br>*Attorneys for Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc.* | David J. Margules (#2254)<br>John M. Seaman (#3868)<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>(302) 573-3500<br>jseaman@bmf-law.com<br>*Attorneys for Defendant Citizen Systems America Corporation* |

SO ORDERED this ___ day of January, 2006.

_____
United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Elizabeth L. Brann, Christopher E. Chalsen, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Amy Elizabeth Evans, York M. Faulkner, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Richard L. Horwitz, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, Stephen S. Korniczky, Hamilton Loeb, David J. Margules, David Ellis Moore, Carolyn E. Morris, Arthur I. Neustadt, Elizabeth A. Niemeyer, Gerard M. O'Rourke, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, Alana A. Prills, Steven J. Rizzi, Avelyn M. Ross, Philip A. Rovner, Carl E. Schlier, Chad Michael Shandler, John W. Shaw, William J. Wade, Roderick B. Williams and Edward R. Yoches.

/s/ Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com