IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and<br>HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>                    Plaintiffs,<br><br>            vs.<br><br>APPLE COMPUTER, INC.; ALL AROUND CO., LTD.,<br>ARGUS A/K/A HARTFORD COMPUTER GROUP, INC.;<br>ARIMA DISPLAY; AU OPTRONICS CORP.; AU<br>OPTRONICS CORPORATION AMERICA; BOE<br>TECHNOLOGY GROUP COMPANY LTD.; BEIJING BOE<br>OPTOELECTRONICS TECHNOLOGY CO., LTD.; BOE--<br>HYDIS TECHNOLOGY CO., LTD.; CASIO COMPUTER<br>CO., LTD.; CASIO, INC.; CITIZEN SYSTEMS EUROPE;<br>CITIZEN SYSTEMS AMERICA CORPORATION;<br>CONCORD CAMERAS; DELL INC.; EASTMAN KODAK<br>COMPANY; FUJI PHOTO FILM CO., LTD.; FUJI PHOTO<br>FILM U.S.A., INC.; FUJITSU LIMITED; FUJITSU<br>AMERICA, INC.; FUJITSU COMPUTER PRODUCTS OF<br>AMERICA, INC.; HANNSTAR DISPLAY<br>CORPORATION; HITACHI, LTD.; HITACHI DISPLAYS,<br>LTD.; HITACHI DISPLAY DEVICES, LTD.; HITACHI<br>ELECTRONIC DEVICES (USA), INC.; INNOLUX<br>DISPLAY CORPORATION; INTERNATIONAL DISPLAY<br>TECHNOLOGY; INTERNATIONAL DISPLAY<br>TECHNOLOGY USA, INC.; KONINKLIJKE PHILIPS<br>ELECTRONICS N.V.; PHILIPS CONSUMER<br>ELECTRONICS NORTH AMERICA; PHILIPS<br>ELECTRONICS NORTH AMERICA CORPORATION;<br>KYOCERA WIRELESS CORP.; MATSUSHITA<br>ELECTRICAL INDUSTRIAL CO.; MATSUSHITA<br>ELECTRICAL CORPORATION OF AMERICA; NAVMAN<br>NZ LIMITED; NAVMAN U.S.A. INC.; OLYMPUS<br>CORPORATION; OLYMPUS AMERICA, INC.; PENTAX<br>CORPORATION; PENTAX U.S.A., INC.; PICVUE<br>ELECTRONICS LIMITED; QUANTA DISPLAY INC.;<br>SAMSUNG SDI CO., LTD; SAMSUNG SDI AMERICA,<br>INC.; SONY CORPORATION; SONY CORPORATION OF<br>AMERICA; SONY ERICSSON MOBILE<br>COMMUNICATIONS AB; SONY ERICSSON MOBILE<br>COMMUNICATIONS (USA) INC.; ST LIQUID CRYSTAL<br>DISPLAY CORP.; TOPPOLY OPTOELECTRONICS | C.A. No. 04-1338-KAJ<br><br><br><br><br><br>DEFENDANT CITIZEN<br>SYSTEMS AMERICA'S<br>MOTION FOR<br>ADMISSION<br>PRO HAC VICE<br>OF DAVID BEN-MEIR |

CORP.; TOSHIBA CORPORATION; TOSHIBA )
AMERICA, INC.; WINTEK CORP.; WINTEK ELECTRO- )
OPTICS CORPORATION; WISTRON CORPORATION; )
and M-DISPLAY OPTRONICS CORP., )
)
                             Defendants. )
)

## DEFENDANT CITIZEN SYSTEMS AMERICA'S
## MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF DAVID BEN-MEIR

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of the following attorney to represent Defendant Citizen Systems America ("CSA"):

David H. Ben-Meir, Hogan & Harson, LLP, 1999 Avenue of the Stars, Suite 1400, Los Angeles,

CA 90067-6047, (310) 785-4600.

                                                 BOUCHARD MARGULES & FRIEDLANDER, P.A.

OF COUNSEL:                     /s/ John M. Seaman
                                        David Margules (Bar No. 2554)
Stuart Lubitz                         John M. Seaman (Bar No. 3868)
David H. Ben-Meir                 222 Delaware Avenue, Suite 1400
Robert J. Benson                   Wilmington, DE 19801
HOGAN & HARTSON LLP         Tel: (302) 573-3508
1999 Avenue of the Stars, Suite 1400   Fax: (302) 573-3501
Los Angeles, CA 90067-6047         E-mail: dmargules@bmf-law.com
Tel: (310) 785-4600                 E-mail: jseaman@bmf-law.com

                                            *Attorneys for Defendant*
Dated: January 6, 2006               *Citizen Systems America Corporation*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of January, 2006, that counsel's

motion for admission *pro hac vice* is granted.

                                                 _____
                                                 United States District Judge