## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2006, I electronically filed the foregoing document entitled **DEFENDANT CITIZEN SYSTEMS AMERICA'S MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF DAVID BEN-MEIR** with the Clerk of Court using CM/ECF. I also caused a copy of the document to be served upon the following recipients in the manner indicated.

| | |
|---|---|
| **BY CM/ECF EMAIL NOTIFICATION**<br><br>Thomas C. Grimm, Esq.<br>Leslie A. Polizoti, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>E-mail: lpolizoti@mnat.com<br>E-mail: tcgefiling@mnat.com | **ATTORNEYS FOR PLAINTIFFS HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC.** |
| **BY CM/ECF EMAIL NOTIFICATION**<br><br>Thomas Lee Halkowski, Esq.<br>Fish & Richardson, P.C.<br>919 N. Market Street<br>Suite 1100<br>Wilmington, DE 19899-1114<br>E-mail: halkowski@fr.com | **ATTORNEYS FOR DEFENDANTS APPLE COMPUTER INC.; CASIO COMPUTER CO., LTD; CASIO INC.** |
| **BY CM/ECF EMAIL NOTIFICATION**<br><br>Amy Elizabeth Evans, Esq.<br>Cross & Simon, LLC<br>913 Market Street<br>Suite 1001<br>Wilmington, DE 19801<br>E-mail: aevans@crosslaw.com | **ATTORNEYS FOR DEFENDANT ARGUS** *also known as* **HARTFORD COMPUTER GROUP INC.** |
| **BY CM/ECF EMAIL NOTIFICATION**<br><br>Richard L. Horwitz, Esq.<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza<br>6th Fl.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>E-mail: rhorwitz@potteranderson.com | **ATTORNEYS FOR DEFENDANTS CONCORD CAMERAS; DELL, INC.; FUJITSU LIMITED; FUJITSU AMERICA INC.; FUJITSU COMPUTER PRODUCTS OF AMERICA INC.; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.** |

| | |
|---|---|
| **BY CM/ECF EMAIL NOTIFICATION**<br><br>Avelyn M. Ross, Esq.<br>Roderick V. Williams, Esq.<br>Vinson & Elkins LLP<br>The Terrace 7, 2801 Via Fortuna,<br>Suite 100<br>Austin, TX 78746-7568<br>E-mail: aross@velaw.com<br>E-mail: rickwilliams@velaw.com | **ATTORNEYS FOR DEFENDANTS<br>DELL, INC.** *pro hac vice* |
| **BY CM/ECF EMAIL NOTIFICATION**<br><br>Christopher E. Chalsen, Esq.<br>Christopher J. Gaspar, Esq.<br>Parker H. Bagley, Esq.<br>Milbank, Tweed, Hadley & McCloy, LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br>E-mail: cchalsen@milbank.com<br>E-mail: cgaspar@milbank.com<br>E-mail: pbagley@milbank.com | **ATTORNEYS FOR DEFENDANTS<br>FUJITSU AMERICA INC. and FUJITSU<br>COMPUTER PRODUCTS OF AMERICA<br>INC.** *pro hac vice* |
| **BY CM/ECF EMAIL NOTIFICATION**<br><br>David Ellis Moore, Esq.<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St.<br>Hercules Plaza, 6th Fl.<br>Wilmington, DE 19801<br>Email: dmoore@potteranderson.com | **ATTORNEYS FOR DEFENDANTS<br>TOSHIBA CORPORATION and<br>TOSHIBA AMERICA, INC.** |
| **BY FIRST CLASS MAIL**<br><br>Arthur I. Neustadt, Esq.<br>Carl E. Schlier, Esq.<br>Oblon, Spivak, McClelland, Maier<br>& Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA 2231 | **ATTORNEYS FOR DEFENDANTS<br>TOSHIBA CORPORATION and<br>TOSHIBA AMERICA, Inc.** *pro hac vice* |
| **BY CM/ECF EMAIL NOTIFICATION**<br><br>Frederick L. Cottrell, III, Esq.<br>Chad Michael Shandler, Esq.<br>Richards, Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>E-mail: cottrell@rlf.com<br>E-mail: shandler@rlf.com | **ATTORNEYS FOR DEFENDANT<br>EASTMAN KODACK COMP.** |

2

| | |
|---|---|
| **BY FIRST CLASS MAIL**<br><br>Matthew W. Siegal, Esq.<br>Lawrence Rosenthal, Esq.<br>Stroock, Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038 | **ATTORNEYS FOR FUJI PHOTO FILM CO., LTD. and FUJI PHOTO FILM U.S.A., INC.** |
| **BY FIRST CLASS MAIL**<br><br>Philip A. Rovner, Esq.<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St.,<br>Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801 | *LOCAL COUNSEL* **FOR FUJI PHOTO FILM CO., LTD. and FUJI PHOTO FILM U.S.A., INC.** |
| **BY CM/ECF EMAIL NOTIFICATION**<br><br>Robert Karl Beste, III, Esq.<br>Robert J. Katzenstein, Esq.<br>Smith, Katzenstein, & Furlow<br>800 Delaware Ave.<br>P.O. Box 410<br>Wilmington, DE 19899<br>E-mail: rkb@skfdelaware.com<br>E-mail: rjk@skfdelaware.com | **ATTORNEYS FOR DEFENDANT KYOCERA WIRELESS CORPORATION; SEIKO EPSON CORPORATION** |
| **BY FIRST CLASS MAIL**<br><br>Robert J. Benson, Esq.<br>Hogan & Hartson, L.L.P.<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067-6047 | **ATTORNEYS FOR DEFENDANTS KYOCERA WIRELESS CORPORATION and SEIKO EPSON CORPORATION** *pro hac vice* |
| **BY CM/ECF EMAIL NOTIFICATION**<br><br>William J. Wade, Esq.<br>Richards, Layton & Finger<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE 19899<br>E-mail: wade@rlf.com | **ATTORNEYS FOR DEFENDANTS MATSUSHITA ELECTRICAL INDUSTRIAL CO.; MATSUSHITA ELECTRICAL CORPORATION OF AMERICA** |
| **BY CM/ECF EMAIL NOTIFICATION**<br><br>Steven J Rizzi, Esq.<br>767 Fifth Avenue<br>New York, NY 10153<br>Email: steven.rizzi@weil.com | **ATTORNEYS FOR MATSUSHITA ELECTRICAL INDUSTRIAL CO.; and MATSUSHITA ELECTRICAL CORPORATION OF AMERICA** *pro hac vice* |

| | |
|---|---|
| **BY CM/ECF EMAIL NOTIFICATION**<br><br>Arthur G. Connolly, III, Esq.<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>E-mail: aconnollyIII@cblh.com | **ATTORNEYS FOR DEFENDANTS NAVMAN NZ LIMITED; and NAVMAN U.S.A. INC.** |
| **BY CM/ECF EMAIL NOTIFICATION**<br><br>John W. Shaw, Esq.<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>E-mail: jshaw@ycst.com | **ATTORNEYS FOR DEFENDANTS OLYMPUS CORPORATION; OLYMPUS AMERICA INC.; SONY CORPORATION; and SONY CORP OF AMERICA** |
| **BY FIRST CLASS MAIL**<br><br>Robert L. Hails, Jr., Esq.<br>1500 K Street, NW<br>Suite 700<br>Washington, DC 20005-1257 | **ATTORNEYS FOR SONY CORPORATION AND SONY CORPORATION OF AMERICA; and ST LIQUID CRYSTAL DISPLAY CORPORATION** |
| **BY CM/ECF EMAIL NOTIFICATION**<br><br>Adam Wyatt Poff, Esq.<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>Email: apoff@ycst.com | **ATTORNEYS FOR DEFENDANTS PENTAX CORPORATION; and PENTAX U.S.A. INC.** |
| **BY CM/ECF EMAIL NOTIFICATION**<br><br>Francis DiGiovanni, Esq.<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>E-mail: fdigiovanni@cblh.com | **ATTORNEYS FOR DEFENDANTS SONY ERICSSON MOBILE COMMUNICATIONS AB; and SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.** |
| **BY FIRST CLASS MAIL**<br><br>Dan C. Hu, Esq.<br>Trop Pruner & Hu<br>8554 Katy Freeway<br>Houston, TX 77024-1834 | **ATTORNEYS FOR DEFENDANT ARIMA DISPLAY** |

4

| | |
|---|---|
| **BY FIRST CLASS MAIL** | **ATTORNEYS FOR DEFENDANT AU OPTRONICS ENTITIES** |
| Gerald M. O'Rourke, Esq.<br>Connolly Bove Lodge & Hutz L.L.P.<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801 | |
| **BY FIRST CLASS MAIL** | **ATTORNEYS FOR DEFENDANT BOE-HYDIS** |
| Kevin M. O'Brien. Esq.<br>Baker & McKenzie LLP<br>815 Connecticut Avenue, N.W.<br>Washington, D.C. 20006 | |
| **BY FIRST CLASS MAIL** | **ATTORNEYS FOR DEFENDANT CASIO COMPUTER CO., LTD.** |
| John T. Johnson, Esq.<br>Fish & Richardson, P.C.<br>Citigroup Center - 52nd Floor<br>153 East 53rd Street<br>New York, NY 10022-4611 | |
| **BY FIRST CLASS MAIL** | |
| Mark E. Stohlman, Esq.<br>Sr. Counsel- In-House Counsel<br>Dataproducts Corporation<br>1757 Tapo Canyon Road<br>Simi Valley, CA 93063 | |
| **BY FIRST CLASS MAIL** | **ATTORNEYS FOR DEFENDANTS HITACHI ENTITIES** |
| Neil P. Sirota, Esq.<br>Robert C. Scheinfeld, Esq.<br>Baker Botts L.L.P<br>30 Rockefeller Plaza<br>New York, NY 10112 | |
| **BY FIRST CLASS MAIL** | **ATTORNEYS FOR DEFENDANT INTERNATIONAL DISPLAY** |
| William J. Marsden, Jr., Esq.<br>Fish & Richardson, P.CX.<br>919 North Market Street<br>Suite 1100<br>Wilmington, DE 19899-1114 | |

| | |
|---|---|
| **BY FIRST CLASS MAIL** | **ATTORNEYS FOR DEFENDANT SANYO EPSON IMAGING** |
| Robert J. Benson, Esq.<br>Hogan & Hartson, L.L.P.<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067-6047 | |
| **BY FIRST CLASS MAIL** | **ATTORNEYS FOR DEFENDANT OPTREX AMERICA, INC.** |
| Andrew M. Ollis, Esq.<br>Obion, Spivak, McClelland, Maier<br>  & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314 | |
| **BY CM/ECF EMAIL NOTIFICATION** | **ATTORNEYS FOR DEFENDANT PHILIPS ELECTRONICS NORTH AMERICA CORPORATION** |
| Alan M. Grimaldi, Esq.<br>Howrey LLP<br>1299 Pennsylvania Avenue, NW<br>Washington, D.C. 20004-2401<br>E-mail:   grimaldia@howrey.com | |
| **BY FIRST CLASS MAIL** | **ATTORNEYS FOR DEFENDANT QUANTA DISPLAY INC.** |
| Terry D. Garnett, Esq.<br>Peter J. Wied, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>515 South Flower Street<br>Los Angeles, CA 90071 | |
| **BY CM/ECF EMAIL NOTIFICATION** | **ATTORNEYS FOR DEFENDANT SAMSUNG SDI** |
| Stephen S. Korniczky, Esq.<br>Elizabeth L. Brann, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>3579 Valley Centre Drive<br>San Diego, CA 92130<br>E-E-mail:stephenkorniczky@paulhastings.com<br>E-mail:elizabethbrann@paulhastings.com | |
| **BY FIRST CLASS MAIL** | **ATTORNEYS FOR DEFENDANT ST LIQUID CRYSTAL DISPLAY CORPORATION** |
| John Flock, Esq.<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004-1050 | |

6

**BY FIRST CLASS MAIL**

Robert L. Hails, Jr., Esq.
1500 K Street, NW
Suite 700
Washington, DC 20005-1257

| | |
|---|---|
| **BY CM/ECF EMAIL NOTIFICATION**<br><br>John W. Shaw, Esq.<br>Karen E. Keller, Esq.<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899-0391<br>E-mail:  jshaw@ycst.com | *LOCAL COUNSEL* **FOR DEFENDANT FOR ST LIQUID CRYSTAL DISPLY CORPORATION** |
| **BY CM/ECF EMAIL NOTIFICATION**<br><br>York M. Faulkner, Esq.<br>Finnegan, Henderson, Farabow, Garrett<br>  & Dunner, L.L.P.<br>2 Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190<br>E-mail:  york.faulkner@finnegan.com | **ATTORNEYS FOR DEFENDANT WINTEK ELECTRO-OPTICS CORPORATION** |
| **BY CM/ECF EMAIL NOTIFICATION**<br><br>Richard L. Horwitz, Esq.<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza<br>6th Fl.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>E-mail:  rhorwitz@potteranderson.com | *LOCAL COUNSEL* **FOR DEFENDANT WINTEK ELECTRO OPTICS CORPORATION** |

                                    /s/ John M. Seaman
                             BOUCHARD MARGULES & FRIEDLANDER, P.A.
                             John M. Seaman (Bar No. 3868)
                             [jseaman@bmf-law.com]
                             222 Delaware Avenue, Suite 1400
                             Wilmington, DE 19801
                             (302) 573-3500
                             *Attorneys for Citizen Systems America*