IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br>  Plaintiffs, <br><br> vs. <br><br> APPLE COMPUTER, INC.; ALL AROUND CO., LTD.; ARGUS A/K/A HARTFORD COMPUTER GROUP, INC.; ARIMA DISPLAY; AU OPTRONICS CORP.; AU OPTRONICS CORPORATION AMERICA; BOE TECHNOLOGY GROUP COMPANY LTD.; BEIJING BOE OPTOELECTRONICS TECHNOLOGY CO., LTD.; BOE-- HYDIS TECHNOLOGY CO., LTD.; CASIO COMPUTER CO., LTD.; CASIO, INC.; CITIZEN SYSTEMS EUROPE; CITIZEN SYSTEMS AMERICA CORPORATION; CONCORD CAMERAS; DELL INC.; EASTMAN KODAK COMPANY; FUJI PHOTO FILM CO., LTD.; FUJI PHOTO FILM U.S.A., INC.; FUJITSU LIMITED; FUJITSU AMERICA, INC.; FUJITSU COMPUTER PRODUCTS OF AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI DISPLAY DEVICES, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; INNOLUX DISPLAY CORPORATION; INTERNATIONAL DISPLAY TECHNOLOGY; INTERNATIONAL DISPLAY TECHNOLOGY USA, INC.; KONINKLIJKE PHILIPS ELECTRONICS N.V.; PHILIPS CONSUMER ELECTRONICS NORTH AMERICA; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; KYOCERA WIRELESS CORP.; MATSUSHITA ELECTRICAL INDUSTRIAL CO.; MATSUSHITA ELECTRICAL CORPORATION OF AMERICA; NAVMAN NZ LIMITED; NAVMAN U.S.A. INC.; OLYMPUS CORPORATION; OLYMPUS AMERICA, INC.; PENTAX CORPORATION; PENTAX U.S.A., INC.; PICVUE ELECTRONICS LIMITED; QUANTA DISPLAY INC.; SAMSUNG SDI CO., LTD; SAMSUNG SDI AMERICA, INC.; SONY CORPORATION; SONY CORPORATION OF AMERICA; SONY ERICSSON MOBILE COMMUNICATIONS AB; SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.; ST LIQUID CRYSTAL DISPLAY CORP.; TOPPOLY OPTOELECTRONICS | C.A. No. 04-1338-KAJ <br><br><br><br><br><br> DEFENDANT CITIZEN SYSTEMS AMERICA'S MOTION FOR ADMISSION PRO HAC VICE OF STUART LUBITZ |

CORP.; TOSHIBA CORPORATION; TOSHIBA )
AMERICA, INC.; WINTEK CORP.; WINTEK ELECTRO- )
OPTICS CORPORATION; WISTRON CORPORATION; )
and M-DISPLAY OPTRONICS CORP., )
)
      Defendants. )
_____)

### DEFENDANT CITIZEN SYSTEMS AMERICA'S
### MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF STUART LUBITZ

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent Defendant Citizen Systems America ("CSA"):

Stuart Lubitz, Hogan & Harson, LLP, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067-6047, (310) 785-4600.

            BOUCHARD MARGULES & FRIEDLANDER, P.A.

| OF COUNSEL: | /s/ John M. Seaman |
|---|---|
| | David Margules (Bar No. 2554) |
| Stuart Lubitz | John M. Seaman (Bar No. 3868) |
| David H. Ben-Meir | 222 Delaware Avenue, Suite 1400 |
| Robert J. Benson | Wilmington, DE 19801 |
| HOGAN & HARTSON LLP | Tel: (302) 573-3508 |
| 1999 Avenue of the Stars, Suite 1400 | Fax: (302) 573-3501 |
| Los Angeles, CA 90067-6047 | E-mail: dmargules@bmf-law.com |
| Tel: (310) 785-4600 | E-mail: jseaman@bmf-law.com |
| | |
| | *Attorneys for Defendant* |
| Dated: January 6, 2006 | *Citizen Systems America Corporation* |

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of January, 2006, that counsel's motion for admission *pro hac vice* is granted.

            _____
            United States District Judge