HONEYWELL INTERNATIONAL INC. v.. APPLE COMPUTER, INC.
C.A. No. 04-1338-KAJ

LETTER DATED JANUARY 9, 2006 TO THE
HONORABLE KENT A. JORDAN FROM WILLIAM J. WADE

FILED UNDER SEAL