IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and <br> HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-1338-KAJ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF EXTENSION AND ORDER**

IT IS HEREBY AGREED, subject to the approval of the Court, that:

1. On behalf of defendant HannStar Display Corporation ("HannStar"), Yita Hu, Esq. of Akin Gump Strauss Hauer & Feld LLP, 1950 University Ave., Suite 505, East Palo Alto, CA 94303, yhu@akingump.com, 415-765-9580, counsel for HannStar, accepts service and waives formal service of the First Amended Complaint in this action; and

2. HannStar shall have an extension to and including March 3, 2006, to answer, move, or otherwise plead in response to the First Amended Complaint.

3. Pursuant to D. Del. LR 7.1.1, I hereby certify that the subject of this Notice of Extension has been discussed with counsel for HannStar, and that counsel for HannStar does not oppose this Notice.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Leslie A. Polizoti*

———————————————————
Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
1201 N. Market Street, P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tcgefiling@mnat.com
lpolizoti@mnat.com
*Attorneys for Plaintiffs Honeywell International Inc.*
*and Honeywell Intellectual Properties Inc.*

SO ORDERED this ___ day of _____, 2006.

———————————————————
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Christopher E. Chalsen, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Amy Elizabeth Evans, York M. Faulkner, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Richard L. Horwitz, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, David Ellis Moore, Arthur I. Neustadt, Elizabeth A. Niemeyer, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, Steven J. Rizzi, Avelyn M. Ross, Philip A. Rovner, Carl E. Schlier, Chad Michael Shandler, John W. Shaw, William J. Wade, Roderick B. Williams and Edward R. Yoches.

I further certify that on January 9, 2006, I served a copy of the foregoing document by electronic mail on Yita Hu, Esq. of Akin Gump Strauss Hauer & Feld LLP, at yhu@akingump.com.

*/s/ Leslie A. Polizoti* (#4299)
Leslie A. Polizoti