IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC.; et al. <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 04-1338-KAJ<br>)<br>)<br>)<br>) |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and

Defendants Matsushita Electric Industrial Co., Ltd., and Panasonic Corporation of North

America (f/n/a Matsushita Electric Corporation of America) (collectively, "Matsushita"),

through their respective counsel and subject to the approval of the Court, that, in light of the

pending issue before the Court regarding whether this action is stayed in its entirety as to

Matsushita, the time within which Matsushita shall move, answer or otherwise respond to the

First Amended Complaint filed herein is extended to and including January 31, 2006.

/s/ Leslie A. Polizoti

Thomas C. Grimm  (#1098)
Leslie A. Polizoti (#4299)
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200

Attorneys for Plaintiffs

Dated:  January 17, 2006

William J. Wade  (#704)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700

Attorneys for Defendants
Matsushita Electric Industrial Co. and
Matsushita Electric Corporation of America

Dated:  January 17, 2006

-1-

-2-

SO ORDERED this _____ day of January, 2006.

_____
United States District Judge

-2-