## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL INC.                )
and HONEYWELL INTELLECTUAL                   )
PROPERTIES INC.,                             )
                                             )
      Plaintiffs,                         )
                                             )
      v.                                  )    C.A. No. 04-1338-KAJ
                                             )
APPLE COMPUTER, INC.; et al.,                )    **JURY TRIAL DEMAND**
                                             )
      Defendants.                         )

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification counsel moves the

admission pro hac vice of John Caracappa of Akin Gump Strauss Hauer & Feld LLP,

Robert S. Strauss Building, 1333 New Hampshire Avenue, NW, Washington, D.C.

20036 to represent defendant HannStar Display Corporation in this matter.

                  POTTER ANDERSON & CORROON LLP

                  By:  */s/ David E. Moore*
                        Richard L. Horwitz (#2246)
                        David E. Moore
                        Hercules Plaza, 6th Floor
                        1313 N. Market Street
                        Wilmington, DE  19899
                        Tel:  (302) 984-6000
                        Fax: (302) 658-1192
                        rhorwitz@potteranderson.com
                        dmoore@potteranderson.com

Dated:  January 31, 2006          *Attorneys for Defendant*
716887 / 29980                *HannStar Display Corporation*

<u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED that counsel's motion for admission <u>pro hac vice</u> is granted.

Dated: _____        _____
                                          United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: January 31, 2006        Signed        _/s/ John M. Caracappa_
                                            John M. Caracappa
                                            Akin Gump Strauss Hauser & Feld LLP
                                            Robert S. Strauss Building
                                            1333 New Hampshire Avenue, NW
                                            Washington, D.C. 20036
                                            Tel: (202) 887-4000

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 31, 2006, the attached document

was served via hand-delivery and was electronically filed with the Clerk of the Court

using CM/ECF which will send notification of such filing(s) to the following and the

document is available for viewing and downloading from CM/ECF:

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE  19899

William J. Wade
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

John W. Shaw
Glenn Christopher Mandalas
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Frederick L. Cottrell, III
Chad Michael Shandler
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551

Adam W. Poff
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market St., Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114

Thomas C. Grimm
Kristen Healey
Sean T. O'Kelly
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

Francis DiGiovanni
James M. Olsen
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

Amy Evans
Cross & Simon, LLC
913 N. Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE 19899-1380

Karen L. Pascale
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Paul A. Bradley
Thomas D. Walsh
McCarter & English, LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19899

Gerard M. O'Rourke
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Robert J. Katzenstein, Esq.
Joelle E. Polesky, Esq.
Smith, Katzenstein, & Furlow
800 Delaware Avenue, 7th Fl.
P.O. Box 410
Wilmington, DE 19899

Arthur G. Connolly, III
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899

Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

By: /s/ David E. Moore
   Richard L. Horwitz
   David E. Moore
   Potter Anderson & Corroon LLP
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   P.O. Box 951
   Wilmington, DE 19899-0951
   (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com

709365                    2