IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 04-1338-KAJ |

## STIPULATION AND ORDER TO EXTEND TIME FOR HITACHI ENTITIES TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT

Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. ("Honeywell") and Defendants Hitachi, Ltd.; Hitachi Displays, Ltd.; Hitachi Display Devices, Ltd.; and Hitachi Electronic Devices (USA), Inc. (the "Hitachi Entities") do hereby stipulate, subject to approval by the Court, to an extension of time until and including February 17, 2006 to enable the Hitachi Entities to answer, move or otherwise respond to Honeywell's First Amended Complaint (D.I. 239).

| MORRIS, NICHOLS ARSHT & TUNNELL | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Thomas C. Grimm<br>Thomas C. Grimm (#1098)<br>Leslie A. Polizoti (#4299)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200 | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000 |
| *Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties, Inc.* | *Attorneys for Defendants Hitachi, Ltd.; Hitachi Displays, Ltd.; Hitachi Display Devices, Ltd.; and Hitachi Electronic Devices (USA), Inc.* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

719065