UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL INC., et al.,

*Plaintiffs,*
*Counterclaim-Defendants,*

vs.

CIVIL ACTION NO. 04-1338 (KAJ)

APPLE COMPUTER INC., et al.,

*Defendants,*
*Counterclaim-Plaintiffs.*

## DECLARATION IN SUPPORT OF ST-LCD's MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, Kenji Ogura, declare as follows:

1. I am currently President of ST Liquid Crystal Display Corporation ("ST-LCD").

2. ST-LCD was established in 1997 through a 50/50 joint venture between Toyota Industries Corporation and Sony Corporation.

3. ST-LCD maintains its own executive team. ST-LCD's executive team is responsible for the day-to-day management of ST-LCD.

4. ST-LCD maintains its own board of directors. The board of directors of ST-LCD is responsible for oversight of ST-LCD.

5. ST-LCD is organized under the laws of Japan and has its principal offices located at 50 Ogawa Azakamifunaki, Higashiura-cho, Chita-gun in Aichi-Prefecture, Japan.

6. ST-LCD manufactures liquid crystal display panels and modules ("LCDs") at its facility in Japan.

7. ST-LCD does not manufacture any goods in the State of Delaware or anywhere else in the United States.

8. ST-LCD does not sell, advertise or trade any goods or services in the State of Delaware or anywhere else in the United States.

9. ST-LCD does not import any goods into the United States.

10. ST-LCD does not maintain any offices or any other facilities in the State of Delaware or anywhere else in the United States.

11. ST-LCD does not own any property in the State of Delaware or anywhere else in the United States.

12. ST-LCD does not maintain any bank accounts in the State of Delaware or anywhere else in the United States.

13. ST-LCD has never commenced any legal action in the State of Delaware or been named as a defendant in any action in Delaware, except the current litigation.

14. ST-LCD has never paid taxes in the State of Delaware or anywhere else in the United States.

15. ST-LCD has never contracted to supply services or things in the State of Delaware or anywhere else in the United States.

16. ST-LCD has 1,048 employees, all of whom reside outside the United States.

17. ST-LCD has not contracted to insure or to act as a surety for any person, property or agreement relating to Delaware.

18. Sony Corporation purchases all of ST-LCD's output of LCDs; the purchase of the LCDs occurs in Japan.

19. ST-LCD does not have any authorized distributors of its LCDs in the State of Delaware or anywhere else in the United States.

20. ST-LCD's website is written in Japanese; ST-LCD provides no English translation of its website that is accessible via the Internet.

21. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 9, 2006

_Kenji Ogura_
Kenji Ogura
President, ST Liquid Crystal Display Corporation

## CERTIFICATE OF SERVICE

I, John W. Shaw, hereby certify that on February 10, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington DE 19899
*Attorneys for Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

Frederick L. Cottrell, III
RICHARDS, LAYTON & FINGER
One Rodney Square
P. O. Box 551
Wilmington, DE 19899-0551
*Attorneys for Eastman Kodak Company*

William J. Wade
RICHARDS, LAYTON & FINGER
One Rodney Square
P. O. Box 551
Wilmington, DE 19899-0551
*Attorneys for Matsushita Electrical Industrial Co. and Matsushita Electrical Corporation of America*

Thomas L. Halkowski
FISH & RICHARDSON P.C.
919 N. Market St., Suite 1100
Wilmington, DE 19899-1114
*Attorneys for Apple Computer, Inc., Casio Computer Co., Ltd., and Casio, Inc.*

John W. Shaw
YOUNG, CONAWAY, STARGATT
  & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Olympus Corporation and Olympus America Inc.*

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899-0951
*Attorneys for Concord Cameras, Dell Inc., Fujitsu Limited, Fujitsu America, Inc. and Fujitsu Computer Products of America, Inc., and Toshiba America, Inc.*

Adam W. Poff
YOUNG, CONAWAY, STARGATT
 & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899-0391
*Attorneys for Pentax Corporation
and Pentax U.S.A., Inc.*

Philip A. Rovner
POTTER ANDERSON
 & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE  19899
*Attorneys for Fuji Photo Film Co., Ltd. and
Fuji Photo Film U.S.A., Inc.*

Arthur G. Connolly, III
CONNOLLY, BOVE, LODGE & HUTZ LLP
The Nemours Building, 8th Floor
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE  19899
*Attorneys for Navman NZ Limited
and Navman U.S.A. Inc.*

Gerard M. O'Rourke
CONNOLLY, BOVE, LODGE & HUTZ LLP
The Nemours Building, 8th Floor
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
*Attorneys for AU Optronics Corporation*

Robert J. Katzenstein
SMITH, KATZENSTEIN, & FURLOW
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
*Attorneys for Seiko Epson Corporation*

Francis DiGiovanni
James M. Olsen
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building, 8th Floor
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19899
*Attorneys for Sony Ericcson Mobile
Communications AB and Sony Ericcson
Mobile Communications (USA) Inc.*

Amy E. Evans
CROSS & SIMON
913 N. Market Street, Suite 1001
P. O. Box 1380
Wilmington, DE  19899-1380
*Attorneys for Argus a/k/a Hartford
Computer Group, Inc.*

Robert K. Beste, III
SMITH, KATZENSTEIN, & FURLOW
800 Delaware Avenue
P.O. Box 410
Wilmington, DE  19899
*Attorneys for Kyocera Wireless Corp.*

   I further certify that on February 10, 2006, I caused copies of the foregoing documents to be served by hand delivery on the above-listed counsel of record and on the following counsel in the manner indicated:

**VIA FEDERAL EXPRESS:**

Martin R. Lueck
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
*Attorneys for Plaintiffs Honeywell
International Inc. and Honeywell Intellectual
Properties, Inc.*

Christopher E. Chalsen
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
*Attorneys for Defendants Fujitsu America, Inc.
Fujitsu Computer Products of America*

Roderick B. Williams
Avelyn M. Ross
Vinson & Elkins
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
*Attorneys for Defendant Dell, Inc.*

Arthur I. Neustadt
Oblon, Spivak, McClelland, Maier
  & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22313
*Attorneys for Toshiba America, Inc. and
Toshiba Corporation*

Scott L. Lamper
Intellectual Property and Business
  Development Counsel
Concord Camera Corp.
4000 Hollywood Boulevard, Suite 650N
Hollywood, FL 33021
*Intellectual Property & Business Development
Counsel for Concord Camera Corp.*

Steven J. Rizzi
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
*Attorneys for Defendants Matsushita
Electrical Industrial Co. and Matsushita
Electrical Corporation of America*

Lawrence Rosenthal
Matthew W. Siegal
Stroock & Stroock & Lavan L.L.P.
180 Maiden Lane
New York, NY 10038-4982
*Attorneys for Defendants Fuji Photo Film Co.,
Ltd. and Fuji Photo Film U.S.A., Inc.*

Brian D. Roche
Sachinoff & Weaver, Ltd.
30 S. Wacker Drive
Chicago, IL 60606
*Attorneys for Defendant Argus a/k/a Hartford
Computer Group, Inc.*

Michael J. Fink
Neil F. Greenblum
Greenblum and Berstein, P.L.C.
1950 Roland Clarke Place
Reston, VA 20191
*Attorneys for Defendant Pentax
Corporation and Pentax U.S.A., Inc.*

DB01:1610135.1

| | |
|---|---|
| George E. Badenoch<br>Richard M. Rosati<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004<br>(212) 425-7200<br>*Attorneys for Olympus Corporation and Olympus America Inc.* | Neil L. Slifkin<br>Harris Beach LLP<br>99 Garnsey Road<br>Pittsford, NY 14534<br>*Attorneys for Eastman Kodak Co.* |
| Kelly C. Hunsaker, Esquire<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>*Attorney for Apple Computer Inc.* | John R. Alison, Esquire<br>Finnegan, Henderson, Farabow, Garrett<br>  & Dunner<br>*Attorneys for ThirdParty Defendant Wintek Electro-Optics Corp.* |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ John W. Shaw*
_____
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com

DB01:1610135.1