IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and<br>HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE COMPUTER, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 04-1338-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. (collectively, "Honeywell"), and counsel for defendant Toppoly Optoelectronics Corporation ("Toppoly"), that:

1. On behalf of Toppoly, the undersigned counsel for Toppoly accepts service and waives formal service of the Amended Complaint in this action;

2. Toppoly shall have an extension to and including April 15, 2006 to answer the Amended Complaint;

3. Toppoly will participate in any scheduling conference that is held before it answers the Amended Complaint; and

4. Toppoly will respond to any discovery propounded by Honeywell within ten (10) days of the filing of its Answer, or when otherwise due under the Federal Rules of Civil Procedure, whichever is later.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| /s/ *Leslie A. Polizoti* | /s/ *Richard L. Horwitz* |
| Thomas C. Grimm (#1098)<br>Leslie A. Polizoti (#4299)<br>1201 N. Market Street, P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>*Attorneys for Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc.* | Richard L. Horwitz (#2246)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>*Attorneys for Defendant Toppoly Optoelectronics Corporation* |

SO ORDERED this ___ day of February, 2006.

_____
United States District Judge