IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 04-1338-KAJ ) ) ) ) ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. (collectively, "Honeywell"), and counsel for defendant Quanta Display Inc. ("Quanta"), that:

1. On behalf of Quanta, the undersigned counsel for Quanta accepts service and waives formal service of the First Amended Complaint in this action; and

2. Quanta shall have an extension to and including February 21, 2006 to answer, move, or otherwise plead in response to the First Amended Complaint.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Leslie A. Polizoti | /s/ John W. Shaw |
| Thomas C. Grimm (#1098) <br> Leslie A. Polizoti (#4299) <br> 1201 N. Market Street, P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 <br> *Attorneys for Plaintiffs Honeywell* | John W. Shaw (#3362) <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> P.O. Box 391 <br> Wilmington, DE 19899 <br> (302) 571-6672 <br> *Attorney for Defendant Quanta* |

SO ORDERED this ___ day of February, 2006.

_____
United States District Judge