IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and<br>HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE COMPUTER, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-1338-KAJ<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER TO EXTEND TIME FOR
HITACHI ENTITIES TO RESPOND TO PLAINTIFFS'
FIRST AMENDED COMPLAINT**

Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. ("Honeywell") and Defendants Hitachi, Ltd.; Hitachi Displays, Ltd.; Hitachi Display Devices, Ltd.; and Hitachi Electronic Devices (USA), Inc. (the "Hitachi Entities") do hereby stipulate, subject to approval by the Court, to an extension of time until and including February 24, 2006 to enable the Hitachi Entities to answer, move or otherwise respond to Honeywell's First Amended Complaint (D.I. 239).

| | |
|---|---|
| MORRIS, NICHOLS ARSHT & TUNNELL | POTTER ANDERSON & CORROON LLP |
| By: */s/ Thomas C. Grimm* <br> Thomas C. Grimm (#1098) <br> Leslie A. Polizoti (#4299) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 | By: */s/ David E. Moore* <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> P. O. Box 951 <br> Wilmington, DE 19899 <br> (302) 984-6000 |
| *Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties, Inc.* | *Attorneys for Defendants Hitachi, Ltd.; Hitachi Displays, Ltd.; Hitachi Display Devices, Ltd.; and Hitachi Electronic Devices (USA), Inc.* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

719065

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on February 16, 2006, the attached document was served via electronic mail and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Philip A. Rovner<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19899 | William J. Wade<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899-0551 |
| John W. Shaw<br>Glenn Christopher Mandalas<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Frederick L. Cottrell, III<br>Chad Michael Shandler<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899-0551 |
| Adam W. Poff<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Thomas L. Halkowski<br>Fish & Richardson P.C.<br>919 N. Market St., Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114 |
| Thomas C. Grimm<br>Kristen Healey, Esquire<br>Sean T. O'Kelly, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Francis DiGiovanni<br>James M. Olsen<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 |

Amy Evans
Cross & Simon, LLC
913 N. Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE 19899-1380

Robert J. Katzenstein
Joelle E. Polesky
Robert Carl Beste, III
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P. O. Box 410
Wilmington, DE 19899

Karen L. Pascale
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Arthur G. Connolly, III
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

By: */s/ David E. Moore*
    Richard L. Horwitz
    David E. Moore
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

676821