IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and<br>HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE COMPUTER, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-1338-KAJ<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER TO EXTEND TIME FOR HITACHI, LTD.; HITACHI DISPLAY DEVICES, LTD.; AND HITACHI ELECTRONIC DEVICES (USA) TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. ("Honeywell") and Defendants Hitachi, Ltd.; Hitachi Display Devices, Ltd.; and Hitachi Electronic Devices (USA), Inc. do hereby stipulate, subject to approval by the Court, to an extension of time until and including March 20, 2006 to answer, move or otherwise respond to Honeywell's First Amended Complaint (D.I. 239).

| | |
|---|---|
| MORRIS, NICHOLS ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| /s/ Thomas C. Grimm | /s/ Richard L. Horwitz |
| Thomas C. Grimm (#1098)<br>Leslie A. Polizoti (#4299)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200 | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000 |
| *Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties, Inc.* | *Attorneys for Defendants Hitachi, Ltd.; Hitachi Displays, Ltd.; Hitachi Display Devices, Ltd.; and Hitachi Electronic Devices (USA), Inc.* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

508341

CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Elizabeth L. Brann, Christopher E. Chalsen, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Amy Elizabeth Evans, York M. Faulkner, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Richard L. Horwitz, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, Stephen S. Korniczky, Hamilton Loeb, David J. Margules, David Ellis Moore, Carolyn E. Morris, Arthur I. Neustadt, Elizabeth A. Niemeyer, Gerard M. O'Rourke, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, Alana A. Prills, Steven J. Rizzi, Avelyn M. Ross, Philip A. Rovner, Carl E. Schlier, John M. Seaman, Chad Michael Shandler, John W. Shaw, William J. Wade, Roderick B. Williams and Edward R. Yoches.

/s/ Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com