IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., et al.<br><br>        Plaintiff,<br><br>v.<br><br>APPLE COMPUTER INC., et al.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-1338 (KAJ)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER TO EXTEND TIME FOR AU OPTRONICS CORP. AND AU OPTRONICS CORPOATION AMERICA TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. ("Honeywell") and Defendants AU Optronics Corp. ("AUO Taiwan") and AU Optronics Corporation America ("AUO America") (the "AUO Entities") do hereby stipulate, subject to approval by the Court, to an extension of time until and including March 3, 2006 to enable the AUO Entities to answer, move or otherwise respond to Honeywell's First Amended Complaint (D.I. 239).

By: /s/ Leslie A. Polizoti
Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
*Attorney for Plaintiff Honeywell International Inc. and Honeywell Intellectual Properties, Inc.*

By: /s/ Gerard M. O'Rourke
Gerard M. O'Rourke (I.D. No. 3265)
CONNOLLY BOVE LODGE & HUTZ, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 888-6208
*Attorney for Defendant Au Optronics Corporation and Au Optronics Corporation America*

SO ORDERED this _____ day of February, 2006.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, hereby certify that on February 24, 2006, a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR AU OPTONICS CORP. AND AU OPTRONICS CORPOATION AMERICA TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** was served via electronic mail and was electronically filed with the Clerk of the Court using CM-ECF which will send notification of such filing to the following; the document was served by hand delivery to the following; and the document is available for viewing and downloading from CM-ECF.

| | |
|---|---|
| Thomas C. Grimm, Esq.<br>Leslie A. Polizoti, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>Chase Manhattan Centre, 18th Floor<br>1201 North Market Street<br>Wilmington, DE 19801<br>302-658-9200<br>*Attorneys for Plaintiffs Honeywell Int'l Inc. and Honeywell Intellectual Properties, Inc.*<br>lpolizoti@mnat.com<br>tgrimm@mnat.com | Thomas Lee Halkowski<br>John T. Johnson<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899<br>302-652-5070<br>*Attorneys for Defendant Apple Computer Inc.; Casio Computer Co., LTD.; Casio Inc.;*<br>halkowski@fr.com<br>jjohnson@fr.com |
| John Shaw, Esq.<br>Karen Keller<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19801<br>302-571-6600<br>*Attorney for Defendant Olympus Corp.; Olympus America Inc.; Sony Corp.; Sony Corp. of America*<br>jshaw@ycst.com<br>kkeller@ycst.com | Richard L. Horwitz, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>302-984-6000<br>*Attorney for Defendant Concord Camera; Dell Inc.; Fujitsu Limited; Fujitsu America Inc.; Fujitsu Computer Products of America Inc.; Hatachi Displays Ltd.; Hitachi Ltd.; Toshiba Corp.; Toshiba America Inc.; Philips Electronics North America Corp.; Wintek Electro-Optics Corp.*<br>rhorwitz@potteranderson.com |

| | |
|---|---|
| Adam Wyatt Poff, Esq.<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19801<br>302-571-6600<br>*Attorney for Defendant Pentax Corp.; Pentax U.S.A. Inc.*<br>apoff@ycst.com | William J. Wade, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7718<br>*Attorney for Defendant Matsushita Electrical Industrial Co.; Matsushita Electrical Corp. of America*<br>wade@rlf.com |
| Philip A. Rovner, Esq.<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>302-984-6000<br>*Attorney for Defendant Fuji Photo Film Co. Ltd.; Fuji Photo Film U.S.A. Inc.*<br>provner@potteranderson.com | Frederick L. Cottrell, III, Esq.<br>Chad M. Shandler, Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>302-658-6541<br>*Attorney for Eastman Kodak Comp.*<br>cottrell@rlf.com<br>shandler@rlf.com |
| Amy E. Evans, Esq.<br>Cross & Simon LLC<br>913 North Market Street<br>Suite 1001<br>Wilmington, DE 19899-1380<br>302-777-4200<br>*Attorney for Argus a/k/a Hartford Computer Group Inc.*<br>aevans@crosslaw.com | Arthur G. Connolly, III<br>Connolly, Bove, Lodge & Hutz LLP<br>The Nemours Building – 8th Floor<br>1007 North Orange Street<br>Wilmington, DE 19899<br>302-658-9141<br>*Attorney for Defendant Navman NZ Ltd.; Navman U.S.A. Inc.*<br>aconnollyIII@cblh.com |
| David Ellis Moore<br>Potter Anderson & Corroon LLP<br>1313 N. Market St. Hercules Plaza, 6th Fl.<br>P.O. Box 951<br>Wilmington, DE 19899<br>302-984-6000<br>*Attorney for Defendant Toshiba Corp.; Philips Electronics North America Corp.; Samsung SDI America Inc.; Samsung SKI Co. Ltd.; Samsung SDI Co. Ltd.; Hannstar Display Corp.; Hitachi Display Devices, Ltd.; Hitachi Ltd.*<br>dmoore@potteranderson.com | Karen L. Pascale, Esq.<br>Young Conaway Stargatt & Taylor LLP<br>The Brandywine Bldg. 17th Fl.<br>1000 West Street<br>Wilmington DE 19801<br>302-571-6600<br>*Attorney for Defendant Optrex America Inc.*<br>kpascale@ycst.com |

| | |
|---|---|
| Robert K. Beste, III<br>Robert J. Katzenstein<br>Smith Katzenstein & Furlow<br>800 Delaware Ave.<br>P.O. Box 410<br>Wilmington, DE 19899<br>302-652-8400<br>*Attorney for Defendant Kyocera Wireless Corp.;*<br>*Seiko Epson Corp.*<br>rkb@skfdelaware.com<br>rjk@skfdelaware.com | Francis DiGiovanni<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Bldg.<br>1007 N. Orange Street<br>Wilmington, DE 19899<br>302-658-9141<br>*Attorney for Defendant Sony Ericsson Mobile*<br>*Communications (USA) Inc.; Sony Ericsson*<br>*Mobile Communications AB*<br>fdigiovanni@cblh.com |
| Arthur I. Neustadt, Esq.<br>Carl E. Schlier<br>Oblon, Spivak, McClelland, Maier<br> & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314<br>*Attorney for Defendant Toshiba Corp.; Toshiba*<br>*America Inc.*<br>aneustadt@oblon.com<br>cschlier@oblon.com | Roderick B. Williams, Esq.<br>Avelyn M. Ross, Esq.<br>Vinson & Elkins<br>The Terrace 7<br>2801 Via Fortuna, Suite 100<br>Austin TX 78746-7568<br>*Attorney for Defendant Dell Inc.*<br>aross@velaw.com<br>rickwilliams@velaw.com |
| Christopher E. Chalsen, Esq.<br>Parker H. Bagley, Esq.<br>Christopher J. Gaspar, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, N.Y. 10005-1413<br>*Attorney for Defendant Fujitsu America Inc.;*<br>*Fujitsu Computer Products of America Inc.*<br>cchalsen@milbank.com<br>cgaspar@milbank.com<br>pbagley@milbank.com | Steve J. Rizzi, Esq.<br>Weil, Gotshal & Manges<br>767 Fifth Avenue<br>New York, N.Y. 10153<br>*Attorney for Defendant Matsushita Electrical*<br>*Industrial Co.; Matsushita Electrical Corp. of*<br>*America*<br>Steven.rizzi@weil.com |

| | |
|---|---|
| Alan M. Grimaldi, Esq.<br>Nelson M. Kee, Esq.<br>Thomas M. Dunham, Esq.<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2402<br>202-783-0800<br>*Attorney for Defendant Philips Electronics North America Corp.*<br>grimaldia@howrey.com<br>keen@howrey.com<br>dunhamt@howrey.com | Elizabeth A. Niemeyer, Esq.<br>Edward R. Yoches, Esq.<br>John R. Alison, Esq.<br>York M. Faulkner, Esq.<br>Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, D.C. 20001<br>202-408-4000<br>*Attorneys for Defendant Wintek Electro-Optics Corp.*<br>Bob.yoches@finnegan.com<br>Elizabeth.niemeyer@finnegan.com<br>John.alison@finnegan.com<br>York.faulkner@finnegan.com |
| Alexander E. Gasser, Esq.<br>Oblon, Spivak, McClelland,<br>   Maier & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, Virginia 22314<br>(Independent City)<br>703-413-3000<br>*Attorney for Defendant Optrex America Inc.*<br>agasser@oblon.com<br>aollis@oblon.com<br>rkelly@oblon.com | Robert J. Benson<br>Hogan & Hartson L.L.P.<br>500 S. Grand Avenue<br>Los Angeles, CA 90071<br>rjbenson@hhlaw.com<br>*Attorney for Seiko Epson Corp.* |
| John Caracappa<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036-1564<br>202.887.4000<br>jcaracappa@akingump.com | Neil P. Sirota<br>Baker Botts L.L.P.<br>30 Rockefeller Plaza<br>New York, NY 10112-4498<br>Telephone: 212-408-2500<br>Neil.sirota@bakerbotts.com<br>*Attorney for Hitachi Display Devices, Ltd.* |
| Alana A. Prills<br>Carolyn E. Morris<br>Hamilton Loeb<br>Paul Hastings<br>875 15th Street, N.W.<br>Washington, DC 20005<br>United States of America<br>T 1(202) 551-1781<br>*Attorney for Samsung SDI Co. Ltd.*<br>alanaprills@paulhastings.com<br>carolynmorris@paulhastings<br>hamiltonloeb@paulhastings.com | Elizabeth L. Brann<br>Stephen S. Korniczky<br>Paul Hastings<br>3579 Valley Centre Drive<br>San Diego, CA 92130<br>United States of America<br>T 1(858) 720-263<br>*Attorney for Samsung SDI Co. Ltd.*<br>elizabethbrann@paulhastings.com<br>stephenkorniczky@paulhastings.com |

| | |
|---|---|
| Andrew M. Ollis<br>Richard D. Kelly<br>Oblon, Spivak, McClelland,<br>Maier & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314<br>Telephone: 703-413-3000<br>aollis@oblon.com<br>rkelly@oblon.com<br>*Attorney for Optrex America Inc.* | |

By:  /s/ Gerard M. O'Rourke
    Gerard M. O'Rourke (I.D. No. 3265)
    CONNOLLY BOVE LODGE & HUTZ LLP
    1007 North Orange Street
    P.O. Box 2207
    Wilmington, DE 19899
    (302) 888-6208
    Attorneys for Defendant AU Optronics
    Corp. and
    AU Optronics Corporation America

449012_1