# EXHIBIT G



Best Buy - Weekly Ad Specials - Microsoft Internet Explorer

Thousands of Possibilities | GET YOURS

Tell us what you think. Take our Survey>> CLICK HERE

Circulars & Catalogs > **Brand Browse: Sony**

**STORE LOCATION**
2201 FARRAND DRIVE
WILMINGTON, DE 19808
Tel: 302-993-0495
Map & driving directions
Select another location

**BROWSE THE ADS BY...**
Category
-- Click to select --
Brand
-- Click to select --
Search the ads
GO

**SHOPPING LIST**
0 items on your list
View list

**10-14** of **14** matches for **"Sony"** << prev | 1-9 | 10-14

Sort by: Price

**$699.99** thru Feb 18
**SONY® 5.1-Channel 1000-Watt Home Theater System** #7243967
- Buy online
- Add to shopping list
- More information

**$999.99** Before Savings thru Feb 18
**SONY® 19" LCD HDTV Monitor*** #7125416
$50 INSTANT SAVINGS
- Buy online
- Add to shopping list
- More information

**$1199.99** Before Savings thru Feb 18
**SONY® 23" LCD HDTV Monitor*** #7125443
$65 INSTANT SAVINGS
- Buy online
- Add to shopping list
- More information

**$1999.99** thru Feb 18
**SONY® 26" BRAVIA Digital Cable-Ready LCD HDTV** #7393288
- Buy online
- Add to shopping list
- More information

**$1999.99** Before Savings thru Feb 18
**SONY® 42" WEGA® Digital Cable-Ready LCD Projection HDTV** #7298998
$100 INSTANT SAVINGS, ALL ON SALE*, NO INTEREST FOR 18 MONTHS**
- Buy online
- Add to shopping list
- More information

**10-14** of **14** matches for **"Sony"** << prev | 1-9 | 10-14

Get What You Really Want! gift CARD Redeem your holiday Gift Cards online or in store. Find out how >>

Online prices and selection generally match our retail stores, but may vary. Prices and offers are subject to change.

Search Results
See Map of All Listed Stores

**Dover DE (Store 842)**
1165 N Dupont Hwy
Dover, DE 19901-2008
**Phone:** 302-677-0200
**Hours:** Mon-Sat 10:00am-9:00
Sun 11:00am-7:00pm
**This store also features:**
- Professional appliances instal

Preferred Stores

Page 1 Sec 1 1/1 At 1" Ln 1 Col 1 REC TRK EXT

start RKMC Delivered Appli... Calendar - Microsoft ... Search Results - Micr... Best Buy - Weekly Ad... Document1 - Microso... 9:44 AM

Search Results



WEEKLY AD    STORE LOCATOR    ? HELP    RESEARCH CENTER    CONTACT US

SEARCH    Entire Site

COMPUTERS | MUSIC, MOVIES, GAMES & TOYS | ELECTRONICS | CAMERAS & CAMCORDERS | HOME & APPLIANCES | PHONES & COMMUNICATIONS | OFFICE PRODUCTS

Thousands of Possibilities | GET YOURS

**Welcome.**
Please create an account or Sign in.

**Your Cart**
Contains **0** items
Subtotal: **$0.00**
View Cart | Checkout

Your Account
Best Buy Credit
Order Status
Wish List
Gift Cards

**NO INTEREST FINANCING**
Apply and Buy Today

**CUSTOMER CARE**

Store Locator questions?
Call Customer care at 1-888-BEST BUY (237-8289)

Pick up in store™

Find out how Best Buy protects your personal information.

## STORE LOCATOR

# Find a Best Buy Store

We have found several Best Buy stores near **19901**. Please see the store listings in the search results below.

## Modify Your Search

**ENTER *Required fields**

***ZIP Code**

**AND/OR**
Street Address

City

***State**
Select a State...



FIND STORES

**SELECT STORE SERVICES:**
Refine your search by selecting these additional services:

☐ Mobile electronic installation
☐ Large appliances on display
☐ Professional appliance installation

## Preferred Stores

**Find stores easier with Preferred Stores**
By adding up to 3 Preferred Stores to Your Account, you'll save yourself time and avoid shipping and handling when you can pick up in-store. If you already have Preferred Stores, view them by signing in. If you do not have an account, it takes only a few moments to create one.

**What are Preferred Stores?**
Preferred Stores are a great way to quickly check in-store

## Search Results

See Map of All Listed Stores







**Dover DE (Store 842)**
1165 N Dupont Hwy
Dover, DE 19901-2008
**Phone:** 302-677-0200
**Hours:** Mon-Sat 10:00am-9:00pm
Sun 11:00am-7:00pm

**This store also features:**
- Professional appliances installation

Map & Directions | Add to Preferred Stores



WEEKLY AD



**Wilmington DE (Store 575)**
2201 Farrand Dr
Wilmington, DE 19808
**Phone:** 302-993-0495
**Hours:** Mon-Sat 10:00am-9:00pm
Sun 11:00am-7:00pm

**This store also features:**
- Mobile electronics installation
- Large appliances on display
- Professional appliances installation



WEEKLY AD

Search Results

merchandise availability. Plus, you eliminate all shipping and
handling costs when you can pick up your purchase at one of
our stores. During checkout, you can easily make your final
store choices for pickup or delivery.

Featuring Microsoft MapPoint Technology. Review Terms of Use and Privacy
Statement.

Map & Directions | Add to Preferred Stores

**Mays Landing NJ (Store 581)** WEEKLY AD
100 Consumer Sq
Hamilton Mall
Mays Landing, NJ  08330
**Phone:** 609-485-0500
**Hours:** Mon-Sat 10:00am-9:00pm
Sun 11:00am-7:00pm

**This store also features:**
- Mobile electronics installation
- Large appliances on display
- Professional appliances installation

Map & Directions | Add to Preferred Stores



**Concord Pike DE (Store 465)** WEEKLY AD
4807 Concord Pike
Wilmington, DE  19803
**Phone:** 302-477-0305
**Hours:** Mon-Sat 10:00am-9:00pm
Sun 11:00am-7:00pm

**This store also features:**
- Mobile electronics installation
- Large appliances on display
- Professional appliances installation

Map & Directions | Add to Preferred Stores

NEXT 4 CLOSEST ▶

| COMPANY INFORMATION | STORE SERVICES | SHOPPING SERVICES | PRODUCT SERVICES | INSTALLATION SERVICES |
|---|---|---|---|---|
| About Us | Store Pickup | Financing Offers | Rebates | Car |
| News Center | Returns & Exchanges | Buy Gift Cards | Warranties | Home Entertainment |
| Careers | Store Locator | Check Gift Card Balance | Service Plans | Satellite |
| For Our Investors | Weekly Ad | Best Buy Credit Card | PC Upgrades | Appliances |
| Business to Business | | Affiliates Program | Repairs | |
| Community Relations | | Offer Sign-Up | Replacement Parts | |
| | | | Software End User License Agreement | |

Search Results



Conditions of Use | Legal Policies | Privacy Policy

Online prices and selection generally match our retail stores, but may vary. Prices and offers are subject to change. © 2003-2006 Best Buy. All rights reserved. Best Buy, BestBuy.com and the tag design are trademarks of Best Buy. For personal, noncommercial use only.

# EXHIBIT H

Preferred Brands - Sony

Shop by phone @ 1-800-843-2489

| Cart | Order Status | My Account | Help |

| TV & Video | Audio / MP3 | PCs | Cameras | Outlet | Car | Gift Cards | Home, Office & Phones | Shop by Brand | Weekly Ad | Store Locator | Catalog |

Just what I needed | What's New | Services | Games & Toys | Movies & Music |

Free shipping or 24/24 Pickup Guarantee℠ on orders $25 & up

**No interest until July 2007 on purchases $299 & up**

Sony

Home > Preferred Brands > Sony

**Narrow your search**

**TV & Video**
Televisions (23)
DVD Players and Recorders (8)
VCRs (1)
Portable DVD Players (2)
Stands, Mounts and Storage (5)
Accessories and Add-ons (21)
Home Theater (20)

**Audio / MP3**
Speakers and Subwoofers (5)
Receivers and Amplifiers (5)
Shelf Stereo Systems (6)
CD Players and Recorders (10)
Cassette Decks and Turntables (2)
MP3 Players & iPods (6)
Portable Audio (18)
Car Audio (14)
Accessories and Add-ons (39)

**Car**
Amplifiers (1)    Mobile Video (1)
Accessories and Add-ons (27)

**Games & Toys**

Search [_____] All products

[go]

Email a friend    Print

Visit the
Sony showcase
on CircuitCity.com

Click here ▶▶▶



**SONY®**

**Click & Learn**

**Sony SXRD TVs: HD redefined**
The advent of high-definition programming has given us a new perspective on TV shows, sports, movies and even video games. More...

see details

**Televisions**
See all 23



Sony 13" TV (KV-13FS100)
$179.99
☞ See sale
price in cart

**DVD Players and Recorders**
See all 8

Sony DVD Player (DVP-NS50PS)
$69.99
see available rebate(s)

**Portable DVD Players**
See all 2

**VCRs**
View this item



Sony VCR (SLV-N750)

Sony 7" Wireless LCD TV (LF-

Preferred Brands - Sony

Video Game Hardware (2)
Video Game Accessories (14)
**PCs**
Desktop Computers (4)
Notebook Computers (4)
Monitors (6)
Drives and Storage (8)
Accessories and Add-ons (14)
Bags and Cases (10)
Software (13)
**Cameras**
Digital Cameras (9)
Camcorders (17)
Photo Printers (1)
Memory Cards (9)
Accessories and Add-ons (54)
**Home, Office & Phones**
Office Electronics (8)
Clocks, Lighting and Furniture (3)



$69.99
see available rebate(s)



X5)

$1099.99
See sale price in cart

## Video Stands, Mounts and Storage
See all 5



Sony 30" TV Stand (SU-30HS1)
$67.99

## Video Accessories and Add-ons
See all 21

Sony VHS Tapes (4T1-60VLWS)
$8.99

## Home Audio Speakers and Subwoofers
See all 5



Sony Bookshelf Speakers (SS-MB150H)
$56.98 per pair

## Home Audio Receivers and Amplifiers
See all 5

Sony Stereo Receiver (STR-DE197)
$149.99
See sale price in cart

## Home Theater
See all 20



Sony Home Theater System (HT-DDW670)
$499.99
See sale price in cart

## Shelf Stereo Systems
See all 5

Sony Shelf System (CMTNEZ3)
$99.99
See sale price in cart

## CD Players and Recorders
See all 10



Sony Walkman® Portable CD Player (D-E001BLUE)

see available rebate(s)

## Cassette Decks and Turntables
See all 2

Sony Turntable System (PS-LX250H)

$29.99



$79.99
see available rebate(s)

## Car Amplifiers
View this Item

Sony 2-Channel Xplod
Amplifier (XM2200GTX)
~~$499.99~~
🛒 See sale
price in cart

## MP3 Players & iPods
See all 6



Sony Psyc® 512MB Digital
Music Player (NW-E105PSBLU)
$79.99

## Accessories and Add-ons
See all 27



Sony NiMH Rechargeable
Battery Pack (NP-NH25)
$10.99

## Portable Audio
See all 18



Sony Walkman® (SRF-
59SILVER)
$19.99

## Car Audio
See all 14



Sony 5" x 7" Speakers (XSW-
5721)
~~$69.99~~
🛒 See sale
price in cart

## Audio Accessories and Add-ons
See all 39



Sony MiniDiscs (5MDW80CL2)
$8.99

## Desktop Computers
See all 4

Sony VAIO® Desktop PC (VGC-
RB60G)
$974.99

## Notebook Computers
See all 4

Sony VAIO® Notebook PC
(VGN-FJ270/B)
$1369.99

## Monitors
See all 6



Sony Monitor (SDM-HS75P/S)
$299.99
see available rebate(s)

## Computer Accessories and Add-ons
See all 14

Sony DVD-R 25-Pack
(25DMR47LS3)
$49.99
☞ See sale
price in cart

## Camcorders
See all 17



Sony Handycam® Camcorder
(CCD-TRV138)
$239.99
☞ See sale
price in cart

## Digital Camera Memory Cards
See all 9

Sony 256MB Memory Stick
PRO Duo™ (MSX-M256S)
$39.99

## Computer Drives and Storage
See all 8



Sony Internal CD-RW Drive
(CRX230A/EU)
$39.99
see available rebate(s)



see available rebate(s)

see available rebate(s)

## Digital Cameras
See all 9



Sony Cyber-shot® DSC-S600
Digital Camera
$199.99

## Photo Printers
View this Item



Sony Digital Photo Printer
(DPP-FP50)
$149.99

## Camera Accessories and Add-ons
See all 54

Sony Hi8 Tapes (P-
6120HMPL/3B)
$13.49

Preferred Brands - Sony



## Bags and Cases
See all 10

Sony Camera Case (LCSCST)
$14.99

## Office Electronics
See all 8



Sony Cassette Recorder (TCM-150)
$19.99

## Software
See all 13



Sony Jam Trax (PC)
$19.99

## Video Game Accessories
See all 14

Sony RFU Adapter (94093)
$11.99



## Mobile Video
View this item

Sony Overhead Mobile Video System (MV-900SDS)
$799.99
☞ See sale price in cart

## Clocks, Lighting and Furniture
See all 3



Sony AM/FM/TV/Weather CD Clock Radio (ICF-CD855VSIL)
$79.99

## Video Game Hardware
See all 2

Sony PlayStation®2 (97037)
$149.99

## This week's offers

Sign up for the hottest news and deals

email address

[ sign up ]

save

About Circuit City  Business Sales  Affiliates  Careers  Investor info & Newsroom

exempt



**Deals**
Financing
Sales & rebates
Outlet
Weekly ad
Catalog

**Service**
Pay my bill
24/24 Pickup Guarantee
Protection plans
Additional services
Request a catalog

Contact us  Tax-

**Trust**
Guaranteed security
Privacy policy
Automatic price protection

© 1996-2005 Circuit City Stores, Inc.

Terms of use  Site map

# EXHIBIT I

SonyStyle.com | Search Results

# sony style
USA

Order at 1.877.865.SON

Sony Style Retail Stores | For Business | Customer Care | Product Registration | Order Status

| Computers | Cameras & Camcorders | TV & Home Entertainment | MP3 & Portable Electronics | Movies, Music & Games | Gifts | lcd |

Back to: Home

## Search Results



165 matches for "Home / lcd"

Page 1 of 11  1 2 3 4 5 6 7 8 9 10  >

Sort by: Price: high-low

**New Search**
Enter Keyword

▶ Search

**Category**
TV & Home Entert
MP3 & Portable El
Computers (28)
Gifts (12)

**Color**
Black (1)

**Genre**
Latin (1)
Pop (2)
Reggae (1)
Rock (2)

**Price Range Elec**
Under $2,500.00 (
Between $2,500.0
(9)
Between $5,000.0
(1)
Over $7,500.00 (1

**Price Range Mov**
Under $20.00 (3)

**Screen Size**
15" (16)
15.4" (1)
16" (28)
17" (3)

**Size**
128MB (1)
13-24" (7)
27-32" (3)
42-51" (2)

**Products**



SXRD™ 1080P
Home Theater
Front
Projector
**$9,999.99**



70" XBR®
Grand WEGA™
3LCD Rear ...
**$6,999.99**



VPL-HS51A
Projector with
HCS-W80 80"
ChromaVue ...
**$4,999.98**



55" Grand
WEGA™ 3LCD
Projection
HDTV
**$3,699.99**



40" BRAVIA™
XBR® LCD
Flat Panel
HDTV
**$3,499.99**



60" Grand
WEGA™ 3LCD
Rear Projection
HDTV
**$3,299.99**



Cineza® LCD
Front Projector
**$2,999.99**



40" BRAVIA™
S-Series LCD
HDTV
**$2,999.99**



55" Grand
WEGA™ 3LCD
Rear
Projection
HDTV
**$2,799.99**

40" BRAVIA™
LCD HD Monitor
**$2,799.99**



32" BRAVIA™
XBR® LCD Flat
Panel HDTV
**$2,699.99**



50" Grand
WEGA™ 3LCD
Rear
Projection
HDTV
**$2,499.99**

   

**Type**
Phono (1)
RCA (1)
Thin and Light (21

**Watts**
500-600 (1)
600-700 (1)

**Ultra-Portable XGA Business Projector**
$2,199.00

**ChromaVue™ High Contrast Home Theater Screen**
$1,999.99

**42" Grand WEGA™ 3LCD Rear Projection HDTV**
$1,999.99

**26" BRAVIA™ XBR® LCD Flat Panel HDTV**
$1,999.99

Page 1 of 11

Keep me informed about Sony special offers, exclusive products and new product information.    Enter email address

Sony Style Retail Stores  |  Site Map  |  Privacy Policy/Your California Privacy Rights  |  Affiliate Program  |  Legal Info  |  Dis

Copyright© 2006 Sony Electronics Inc. All rights reserved.



like.no.other™

# EXHIBIT J



**COMP USA**
WHERE AMERICA BUYS TECHNOLOGY.

PREPAID FOR CORPORATE
*** FOR CORPORATE **
18451 N. DALLAS PARKWAY
DALLAS        TX 752870000
ORD BY: WAYNE   GLANTZ

MAYNE GLANZ
33 THOMPSON RD
WILMINGTON      , DE 19893

FOR IMPORTANT INFORMATION SEE REVERSE SIDE

UPS SHP #:
677 WILMINGTON RETAIL WARE

| SALESMAN | WHSE. | DATE SHIPPED | PAYMENT TERMS | PURCHASE ORDER NO. | SHIP VIA | ORDER NUMBER | INVOICE NUMBER |
|---|---|---|---|---|---|---|---|
| 604 | 677 | 04/16/04 | 7 | WGLANZ0416604 | WI | 6771097 | 111145 |

| LINE | QTY. ORD. | QTY. SHIP | QTY. BO | PRODUCT # | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | 1 | 1 | | 3140831 | CONCORD EYEQ 4360Z CAMERA 4.0M | 199.99 | 199.99 |
| | 1 | 1 | | 3085533 | APL IB 800MHZ 256/256 12.1 I-BK | 1,099.97 | 1,099.97 |
| | 1 | 1 | | 3041400 | USI D ZIO PORTABLE DVD PLAY 601 | 269.99 | 269.99 |
| | | | | | | | |
| | | | | | THANKS FOR SHOPPING COMPUSA AARON | | |

## PACKING LIST — DO NOT PAY FROM THIS. — THIS IS NOT AN INVOICE

Exec. Order 11246 and 41 C.F.R. Parts 60-1.4, 60-250, 60-741.5 are
incorporated, if applicable.

Customer Nbr:
(001092263)

Store Customer
Service Phone #:

## CUSTOMER COPY
## SHIP CONFIRMATION
## LIST

| Credit Card Number | Expiration Date | CC Amount | Auth/Approval Number | COD/Check Amount |
|---|---|---|---|---|

Customer Nbr:
(001092263)

TEAR HERE

TEAR HERE

# EXHIBIT K





**Debt Got You Down?**
Visit LowerMyBills.com and learn how you can reduce your payments by up to 50%!



BUSINESS    RESIDENTIAL    GOVERNMENT    ADVERTISE WITH DEX

Welcome! Please Login or Register
Search tips | Registered user tools

Search for: [                    ] in: Wilmington    DE    ☑ Include surrounding areas?    SE

Category Matches

**Business name matches for: businesses with phone numbers matching (302) 475-4081 in All States (1)**

Sort Resul
dis

0 A B **C** D E F G H I J K L M N O P Q R S T U V W X Y Z

| REFINE YOUR SEARCH | ALPHABETICAL RESULTS |
|---|---|
| ▸ **Categories** | Circuit City |
| Computers & Telecommunications (1) | 4130 Concord Pike |

ALPHABETICAL RESULTS

Circuit City
4130 Concord Pike                                    Electronic Equip & Supls-New & Used
Wilmington, DE 19803 - 1402
**(302) 475-4081**
map | address book

- ADVERTISEM

0 A B **C** D E F G H I J K L M N O P Q R S T U V W X Y Z

MORE SEARCH OPTIONS
▸ Map a business
▸ Get driving directions
▸ Search by phone number
▸ Search by address
▸ Browse by category
▸ Search toll-free numbers

net Q

Some Business Information from infoUSA.com®, Copyright © 2000. All Rights Reserved.



*CiRcuit City*
*Concord Pike*
*Wilm, De*

**We're with you**

CIRCUIT CITY
(302)475-4081



Ticket Number : 315803987912

Sold To: WILLIAM GLANZ          04/16/04

| Item | Qty | Model | Amount |
|------|-----|-------|--------|
| 1 | SL 1 | SON DSCP32 | 199.99T |
| | | Sony Cyber-shot® 3.2-Megapixe.. | |

| | | | |
|------|---|---|--------|
| Subtotal | $ | | 199.99 |
| TOTAL | $ | | 199.99 |
| CSH | $ | | 200.00 |
| Change | $ | | -0.01 |

For manufacturer contact information,
please refer to your owner's manual or
visit circuitcity.com

Shop with us online at circuitcity.com.
CUSTOMER COPY
03158 03987912 009 088554 04/16/04 06:38

## Get a Chance to Win $10,000 in Gift Cards!

We are anxious to hear about your
shopping experience! Get a chance to win
$10,000 in Circuit City Gift Cards by
taking a few minutes to answer a short
survey at
WWW.CC.BIZRATE.COM
You will need the following customer
code to enter on-line:
979 K5K4 7X3P
No purchase necessary.
See Circuit City stores for details.
Void where prohibited.
Thanks for making your purchase at
Circuit City!

LCD065518

# EXHIBIT L



**Debt Got You Down?** Visit LowerMyBills.com and learn how you can reduce your payments by up to 50%!

© 2004 Lown

**Click H** www.LowerMy

BUSINESS    RESIDENTIAL    GOVERNMENT    ADVERTISE WITH DEX

Welcome! Please Login or Register
Search tips | Registered user tools

Search for: _____  in: Wilmington    DE    ☑ Include surrounding areas?    St

Category Matches

**Business name matches for: businesses with phone numbers matching (302) 655-4459 in All States (1)**

Sort Resul
dis

0 A B C D E F G H I J K L M N O P Q **R** S T U V W X Y Z

| REFINE YOUR SEARCH | ALPHABETICAL RESULTS | - ADVERTISEM |
|---|---|---|

**ALPHABETICAL RESULTS**

Ritz Camera Ctr
108 W 9th St
Wilmington, DE 19801 - 1618     Photographic Equipment & Supplies-Retail
**(302) 655-4459**
map | address book

**REFINE YOUR SEARCH**

› **Categories**
Shopping & Specialty Retail (1)

0 A B C D E F G H I J K L M N O P Q **R** S T U V W X Y Z

**MORE SEARCH OPTIONS**
› Map a business
› Get driving directions
› Search by phone number
› Search by address
› Browse by category
› Search toll-free numbers

CompUSA #677, Phone 302-479-7994
4211 Concord Pike Wilmington DE 19803

4/26/04 12:17 0677 01 0023 199619

306525
    ARGUS 2MP DIGITAL        129.99 1
**** TAX          .00 BAL   129.99
    Cash                    200.00
    CHANGE                   70 01
Trans Salesperson:0000199626
         ITEMS SOLD = 1
4/26/04 12:17 0677 01 0023 199619

SEE BACK OF RECEIPT FOR DETAILED
RETURN POLICY.
*  NO REFUND OR EXCHANGE AFTER 14 DAYS
*  NO REFUND WITHOUT ORIGINAL RECEIPT
*  A 15% OPEN BOX FEE WILL BE CHARGED
   FOR OPENED ITEMS *
*  OPENED SOFTWARE, MOVIES, VIDEOS,
   AND GAME CARTRIDGES MAY ONLY BE
   EXCHANGED FOR SAME ITEM *
*  SPECIAL RESTRICTIONS FOR REFUNDS
   IN EXCESS OF $250.00 AND REFUNDS
   MADE TO CREDIT CARDS *
* SEE BACK FOR FULL DETAILS

SHOP FROM HOME AND OFFICE AT
WWW.COMPUSA.COM

NEED A REBATE FORM? VISIT OUR
WEBSITE AT WWW.COMPUSA.COM
AND SELECT REBATE CENTER

Thank you for shopping at CompUSA
Where America Buys Technology

RITZ CAMERA CENTERS # 81
(302) 655-4459

81    1K    2474    4/22/2004 79293

541496071  MINOLTA DIMAGE G500   399.99
902041656  WINTER DIGITAL ADVA      .01
           ALLOWANCE                .01-
811090018  SILVER CD PHOTO DIR    29.95
           ALLOWANCE              29.95-
812700110  BIG PRINT 4X6 SAMPL     7.99
           ALLOWANCE               7.99-
812042216  FUSION 7 SOFTWARE F    149.99
           ALLOWANCE             149.99-
903031037  PHOTO COURSE FOR PU    70.00
           ALLOWANCE             70.00-

           SUBTOTAL              399.99
           TAXABLE               399.99
           TAX                      .00
           TOTAL                 399.99

TENDERED CASH                    400.00

           CHANGE AMOUNT            .01
ASSOCIATE: JAMES

This receipt must be with all returns &
warranty repair requests. Mdse must be
new, in original packaging with unopened
software. All digital, video & cellular
units must be returned within 10 days.
All others must be returned within 30
days. Cash refunds over $50 paid by
check.

           THANK YOU

        * * * FILE COPY * * *







LCD068398