## Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Leslie A. Polizoti
302 351 9415
302 425 3084 Fax
lpolizoti@mnat.com

February 28, 2006

**BY E-FILING**

The Honorable Kent A. Jordan
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

**REDACTED – PUBLIC VERSION**

Re:   *Honeywell International Inc., et al. v. Apple Computer, Inc., et al.,*
      C.A. No. 04-1338-KAJ

Dear Judge Jordan:

We write briefly in furtherance of our January 13, 2006 letter to your Honor (D.I. 310) whereby Honeywell responded to Matsushita's letter of January 9, 2006. While both the ▮▮▮▮ module and the ▮▮▮▮ have been identified by Honeywell as part of Honeywell's infringement allegations, in our letter we erroneously indicated that the ▮▮▮▮ module is contained in the ▮▮▮▮. While we believe this error in no way impacts the basis for Honeywell's arguments in its January 13 letter, we did not want the error to go uncorrected. We apologize for any inconvenience to the Court.

Respectfully,

/s/ *Leslie A. Polizoti*

Leslie A. Polizoti (#4299)

cc:   Dr. Peter T. Dalleo, Clerk of the Court (by hand)
      William J. Wade (by hand)
      CM/ECF filing list

509029

Original Filing Date: February 28, 2006
Redacted Filing Date: February 28, 2006