IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and<br>HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE COMPUTER, INC<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 04-1338-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Honeywell International Inc. and Honeywell Intellectual Properties Inc. ("Honeywell") and counsel for defendant Arima Display Corporation ("Arima") that:

1. On behalf of Arima, the undersigned counsel for Arima accepts service and waives formal service of the First Amended Complaint in this action. Counsel has received a copy of said pleading; and

2. Arima shall have an extension to and including March 24, 2006, to answer, move, or otherwise plead in response to the First Amended Complaint.

3. Arima will participate in any scheduling conference that is held before it answers the Amended Complaint; and

4. Subject to Paragraph 5 below, Arima will respond to any discovery propounded by Honeywell within ten (10) days of the filing of its Answer, or when otherwise due under the Federal Rules of Civil Procedure, whichever is later.

5. Nothing in this Stipulation and Order will be construed as a waiver by Arima of any potential defense, including the defense of lack of personal jurisdiction in this forum (other

than the waiver of formal service indicated in Paragraph 1 above). Any participation by Arima in any scheduling conference that is held before Arima answers the First Amended Complaint shall also not be construed as waiver of any such potential defense.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| /s/ *Leslie A. Polizoti* | /s/ *William J. Wade* |
| Thomas C. Grimm (#1098)<br>Leslie A. Polizoti (#4299)<br>Chase Manhattan Centre, 18th Floor<br>1201 N. Market Street<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>lpolizoti@mnat.com<br>*Attorneys for Plaintiffs* | William J. Wade (#704)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>wade@rlf.com<br>*Attorneys for Defendant*<br>  *Arima Display Corporation* |

SO ORDERED this _____ day of March, 2006.

_____
United States District Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Elizabeth L. Brann, Christopher E. Chalsen, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Amy Elizabeth Evans, York M. Faulkner, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Richard L. Horwitz, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, Stephen S. Korniczky, Hamilton Loeb, David J. Margules, David Ellis Moore, Carolyn E. Morris, Arthur I. Neustadt, Elizabeth A. Niemeyer, Gerard M. O'Rourke, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, Alana A. Prills, Steven J. Rizzi, Avelyn M. Ross, Philip A. Rovner, Carl E. Schlier, John M. Seaman, Chad Michael Shandler, John W. Shaw, William J. Wade, Roderick B. Williams and Edward R. Yoches.

/s/ Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com