IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and<br>HONEYWELL INTELLECTUAL PROPERTIES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>APPLE COMPUTER, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 04-1338-KAJ<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY AGREED by plaintiffs and defendant ST Liquid Crystal Display ("ST-LCD"), subject to the approval of the Court, that the time for defendant ST-LCD to file and serve its Reply Brief in Support of its Motion to Dismiss for Lack of Personal Jurisdiction (D.I. 324) is hereby extended to and including March 15, 2006.

| MORRIS, NICHOLS, ARSHT &<br>TUNNELL LLP | YOUNG CONAWAY STARGATT &<br>TAYLOR, LLP |
|---|---|
| /s/ Leslie A. Polizoti | /s/ John W. Shaw |
| Leslie A. Polizoti (No. 4299)<br>1201 N. Market Street<br>Wilmington, DE  19801<br>(302) 658-9200<br>lpolizoti@mnat.com<br>*Attorneys for Honeywell International Inc.*<br>*And Honeywell Intellectual Properties Inc.* | John W. Shaw (No. 3362)<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801<br>(302) 571-6600<br>jshaw@ycst.com<br>*Attorneys for Defendant ST Liquid*<br>*Crystal Display* |

SO ORDERED this ____ day of March, 2006

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Michele Sherretta, hereby certify that on March 6, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P. O. Box 1347
Wilmington DE  19899
*Attorneys for Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

Frederick L. Cottrell, III
RICHARDS, LAYTON & FINGER
One Rodney Square
P. O. Box 551
Wilmington, DE  19899-0551
*Attorneys for Eastman Kodak Company*

William J. Wade
RICHARDS, LAYTON & FINGER
One Rodney Square
P. O. Box 551
Wilmington, DE  19899-0551
*Attorneys for Matsushita Electrical Industrial Co. and Matsushita Electrical Corporation of America*

Thomas L. Halkowski
FISH & RICHARDSON P.C.
919 N. Market St., Suite 1100
Wilmington, DE  19899-1114
*Attorneys for Apple Computer, Inc., Casio Computer Co., Ltd., and Casio, Inc.*

John W. Shaw
YOUNG, CONAWAY, STARGATT
  & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899-0391
*Attorneys for Olympus Corporation and Olympus America Inc.*

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE  19899-0951
*Attorneys for Concord Cameras, Dell Inc., Fujitsu Limited, Fujitsu America, Inc. and Fujitsu Computer Products of America, Inc., and Toshiba America, Inc.*

DB01:1610135.1

| | |
|---|---|
| Adam W. Poff<br>YOUNG, CONAWAY, STARGATT<br>   & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P. O. Box 391<br>Wilmington, DE 19899-0391<br>*Attorneys for Pentax Corporation<br>and Pentax U.S.A., Inc.* | Robert J. Katzenstein<br>SMITH, KATZENSTEIN, & FURLOW<br>800 Delaware Avenue<br>P.O. Box 410<br>Wilmington, DE 19899<br>*Attorneys for Seiko Epson Corporation* |
| Philip A. Rovner<br>POTTER ANDERSON<br>   & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P. O. Box 951<br>Wilmington, DE 19899<br>*Attorneys for Fuji Photo Film Co., Ltd. and<br>Fuji Photo Film U.S.A., Inc.* | Francis DiGiovanni<br>James M. Olsen<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>The Nemours Building, 8th Floor<br>1007 North Orange Street<br>P. O. Box 2207<br>Wilmington, DE 19899<br>*Attorneys for Sony Ericcson Mobile<br>Communications AB and Sony Ericcson<br>Mobile Communications (USA) Inc.* |
| Arthur G. Connolly, III<br>CONNOLLY, BOVE, LODGE & HUTZ LLP<br>The Nemours Building, 8th Floor<br>1007 N. Orange Street<br>P. O. Box 2207<br>Wilmington, DE 19899<br>*Attorneys for Navman NZ Limited<br>and Navman U.S.A. Inc.* | Amy E. Evans<br>CROSS & SIMON<br>913 N. Market Street, Suite 1001<br>P. O. Box 1380<br>Wilmington, DE 19899-1380<br>*Attorneys for Argus a/k/a Hartford<br>Computer Group, Inc.* |
| Gerard M. O'Rourke<br>CONNOLLY, BOVE, LODGE & HUTZ LLP<br>The Nemours Building, 8th Floor<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>*Attorneys for AU Optronics Corporation* | Robert K. Beste, III<br>SMITH, KATZENSTEIN, & FURLOW<br>800 Delaware Avenue<br>P.O. Box 410<br>Wilmington, DE 19899<br>*Attorneys for Kyocera Wireless Corp.* |

    I further certify that on March 6, 2006, I caused copies of the foregoing documents to be served by hand delivery on the above-listed counsel of record and on the following counsel in the manner indicated:

DB01:1610135.1

**VIA FEDERAL EXPRESS:**

Martin R. Lueck
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
*Attorneys for Plaintiffs Honeywell
International Inc. and Honeywell Intellectual
Properties, Inc.*

John Flock
Kenyon & Kenyon
One Broadway
New York, NY 10004
(212) 425-7200
*Attorneys for Sony Corporation and Sony
Corporation of America*

Christopher E. Chalsen
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
*Attorneys for Defendants Fujitsu America, Inc.
Fujitsu Computer Products of America*

Roderick B. Williams
Avelyn M. Ross
Vinson & Elkins
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
*Attorneys for Defendant Dell, Inc.*

Arthur I. Neustadt
Oblon, Spivak, McClelland, Maier
  & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22313
*Attorneys for Toshiba America, Inc. and
Toshiba Corporation*

Scott L. Lamper
Intellectual Property and Business
  Development Counsel
Concord Camera Corp.
4000 Hollywood Boulevard, Suite 650N
Hollywood, FL 33021
*Intellectual Property & Business Development
Counsel for Concord Camera Corp.*

Steven J. Rizzi
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
*Attorneys for Defendants Matsushita
Electrical Industrial Co. and Matsushita
Electrical Corporation of America*

Lawrence Rosenthal
Matthew W. Siegal
Stroock & Stroock & Lavan L.L.P.
180 Maiden Lane
New York, NY 10038-4982
*Attorneys for Defendants Fuji Photo Film Co.,
Ltd. and Fuji Photo Film U.S.A., Inc.*

Brian D. Roche
Sachinoff & Weaver, Ltd.
30 S. Wacker Drive
Chicago, IL 60606
*Attorneys for Defendant Argus a/k/a Hartford
Computer Group, Inc.*

Michael J. Fink
Neil F. Greenblum
Greenblum and Berstein, P.L.C.
1950 Roland Clarke Place
Reston, VA 20191
*Attorneys for Defendant Pentax
Corporation and Pentax U.S.A., Inc.*

DB01:1610135.1

George E. Badenoch
Richard M. Rosati
Kenyon & Kenyon
One Broadway
New York, NY 10004
(212) 425-7200
*Attorneys for Olympus Corporation and
Olympus America Inc.*

Neil L. Slifkin
Harris Beach LLP
99 Garnsey Road
Pittsford, NY 14534
*Attorneys for Eastman Kodak Co.*

Kelly C. Hunsaker, Esquire
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
*Attorney for Apple Computer Inc.*

John R. Alison, Esquire
Finnegan, Henderson, Farabow, Garrett
  & Dunner
*Attorneys for ThirdParty Defendant Wintek
Electro-Optics Corp.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Michele Sherretta*
Michele Sherretta (No. 4651)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
msherretta@ycst.com

DB01:1610135.1