Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302.351.9595
302 425 4661 Fax
tgrimm@mnat.com

March 8, 2006

**BY E-FILING**

The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    *Honeywell International Inc., et al. v. Audiovox Communications Corp., et al.*
           C.A. No. 04-1337 (KAJ)
         *Honeywell International Inc., et al. v. Apple Computer, Inc., et al.*
           C.A. No. 04-1338 (KAJ)
         *Optrex America, Inc. v. Honeywell International Inc., et al.*
           C.A. No. 04-1536 (KAJ)

Dear Judge Jordan:

      I am writing in regard to defendant Matsushita's request in the Honeywell – LCD litigation that it be treated as a "stayed" customer pending the remaining procedures in the case. It was our understanding that the Court may address this request at the upcoming Scheduling Conference on March 13th. This letter is to inform the Court that Honeywell has recently obtained additional information which further justifies maintaining Matsushita's current status as a "manufacturer" defendant.

      As the Court may recall, Matsushita's letter raised concerns that the module previously identified by Honeywell as the basis for the suit (Model No. EDTCA32QSF) was in fact manufactured by another company, TM Display, despite the fact that it bore a Matsushita brand. In support of this argument, Matsushita explained that in April 2002, it divested the majority of its module making activities to TM Display (which is its joint venture with Toshiba) and thus was no longer manufacturing that particular module.

The Honorable Kent A. Jordan
March 8, 2006
Page 2

      Since that submission, Honeywell has continued its search for additional Matsushita products, and has now identified a Matsushita module bearing Model No. EDMGRB6KAF.  This module uses the Accused Structure, bears the notation "Made in Japan Matsushita Electric Industrial Co., Ltd.," and appears to have been manufactured in 2000 – a year and a half before the formation of TM Display.

      Honeywell only recently uncovered this information and shared it with counsel for our analysis.  We have now shared this information with counsel for Matsushita, Mr. Steven Rizzi, and understand that he will need to confer with his client before providing a response.  However, in light of the upcoming hearing, we did not want to delay providing this information to the Court.

      We will be prepared to address this development, as well as the prior submissions on this issue, on Monday.

                                Respectfully,

                              */s/ Thomas C. Grimm*

                              Thomas C. Grimm (#1098)

TCG/dam
cc:    Dr. Peter T. Dalleo, Clerk of the Court (by hand)
        CM/ECF filing list
510285