# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

THOMAS C. GRIMM
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

March 20, 2006

**BY E-FILING**

The Honorable Kent A. Jordan
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    *Honeywell, et al. v. Apple Computer, et al.*, C.A. No. 04-1338-KAJ

Dear Judge Jordan:

    The briefing concerning defendant ST-LCD's Motion to Dismiss for Lack of Personal Jurisdiction (D.I. 324) is complete. Pursuant to D. Del. LR 7.1.4, Honeywell respectfully requests oral argument on this motion.

                        Respectfully,

                        */s/ Thomas C. Grimm*

                        Thomas C. Grimm (#1098)

cc:    Dr. Peter T. Dalleo, Clerk (via hand delivery)
       All Counsel of Record (via e-filing)