IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) Civil Action No. 04-1338-KAJ ) ) ) ) ) ) |

## ORDER

Oral argument on Matsushita's motion to stay (D.I. 301) and ST-LCD's motion to dismiss (D.I. 324) in the above-captioned action will be heard on **May 4, 2006** beginning at 2:30 p.m. and concluding at 4:00 p.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE

March 22, 2006
Wilmington, Delaware