# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

March 24, 2006

**BY E-FILING**

The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE  19801

     Re: *Honeywell, et al. v. Apple Computer, et al.*, C.A. No. 04-1338-KAJ

Dear Judge Jordan:

     At the conclusion of the scheduling conference conducted by the Court on March 13, 2006, Your Honor requested that counsel for Honeywell prepare a proposed scheduling order reflecting the dates provided by the Court during the conference. Honeywell did that and e-mailed the proposed order to all defendants the next day, Tuesday, March 14.

     To date, three defendants have responded that they have no objection. No other defendants have responded in any way. Therefore, presuming that their ten-day silence constitutes approval, we are enclosing herewith for the Court's consideration, the proposed scheduling order that Honeywell prepared and circulated to all counsel on March 14.

     Respectfully,

     */s/ Thomas C. Grimm*

     Thomas C. Grimm (#1098)

TCG
cc: Dr. Peter T. Dalleo, Clerk (via hand delivery)
     CM/ECF list (via e-filing)