## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-1338 (KAJ) |
| v. | ) ) | |
| APPLE COMPUTER, INC., et al., | ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-1337 (KAJ) |
| v. | ) ) | |
| AUDIOVOX COMMUNICATIONS CORP., et al., | ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| OPTREX AMERICA, INC., | ) ) | |
| Plaintiff, | ) ) | C.A. No. 04-1536 (KAJ) |
| v. | ) ) | |
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 30, 2006, copies of:

*Optrex America, Inc.'s Second Set of Requests for*
*Production of Documents (Nos. 27-41) to Defendants,*

were served upon the following counsel of record as indicated below:

### By Hand and E-Mail

Thomas C. Grimm [tgrimm@mnat.com]
Leslie A. Polizoti [lpolizoti@ mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE  19899-1347
*Attorneys for Honeywell International Inc. and Honeywell*
*Intellectual Properties Inc.*

### By E-Mail and FedEx

Martin R. Lueck [MRLueck@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
*Attorneys for Honeywell International Inc. and Honeywell*
*Intellectual Properties Inc.*

Alan E. McKenna [AEMckenna@rkmc.com]
Jeremy C. McDiarmid [JCMcDiarmid@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI LLP
111 Huntington Avenue, Suite 1300
Boston, MA 02199-7610
*Attorneys for Honeywell International Inc. and Honeywell*
*Intellectual Properties Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Karen L. Pascale*

March 30, 2006

Karen L. Pascale (#2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
*Attorneys for Optrex America, Inc.*

*Of Counsel:*

Richard D. Kelly
Andrew M. Ollis
Alexander E. Gasser
OBLON, SPIVAK, MCCLELLAND,
MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, hereby certify that on March 30, 2006, I caused to be electronically filed a true and correct copy of the foregoing document – *Notice of Service* – with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

John R. Alison    john.alison@finnegan.com

Parker H. Bagley    pbagley@milbank.com

Robert J. Benson    rjbenson@hhlaw.com,

Robert Karl Beste , III    rkb@skfdelaware.com, vkm@skfdelaware.com

Elizabeth L. Brann    elizabethbrann@paulhastings.com

John M. Caracappa    jcaracappa@akingump.com

Christopher E. Chalsen    cchalsen@milbank.com

Arthur G. Connolly , III    aconnollyIII@cblh.com

Frederick L. Cottrell , III    cottrell@rlf.com

Franc! is DiGiovanni    fdigiovanni@cblh.com, ddunmeyer@cblh.com; dkt@cblh.com

Thomas M. Dunham    dunhamt@howrey.com,

Kevin C. Ecker    kecker@stroock.com

Amy Elizabeth Evans    aevans@crosslaw.com,

York M. Faulkner    york.faulkner@finnegan.com

Christopher J. Gaspar    cgaspar@milbank.com

Alexander E. Gasser    agasser@oblon.com

Alan M. Grimaldi    grimaldia@howrey.com

Thomas C. Grimm    tcgefiling@mnat.com

065004.1001

Thomas Lee Halkowski     halkowski@fr.com, sub@fr.com

Angie Hankins     ahankins@stroock.com

Richard L. Horwitz     rhorwitz@potteranderson.com, dmoore@potteranderson.com;
nmcmenamin@potteranderson.com; achin@potteranderson.com;
mbaker@potteranderson.com; ebroyles@potteranderson.com;
ntarantino@potteranderson.com; iplitigation@potteranderson.com

Dan C. Hu     hu@tphm.com, gyount@tphm.com

John T. Johnson     jjohnson@fr.com

Robert J. Katzenstein     rjk@skfdelaware.com, eys@skfdelaware.com

Nelson M. Kee     keen@howrey.com,

Richard D. Kelly     rkelly@oblon.com

Stephen S. Korniczky     stephenkorniczky@paulhastings.com

Hamilton Loeb     hamiltonloeb@paulhastings.com

Robert L. Maier     Robert.Maier@BakerBotts.com

David J. Margules     dmargules@BMF-law.com, jspeakman@bmf-law.com

David Ellis Moore     dmoore@potteranderson.com, ntarantino@potteranderson.com

Carolyn E. Morris     carolynmorris@paulhastings.com

Arthur I. Neustadt     aneustadt@oblon.com

Elizabeth A. Niemeyer     elizabeth.niemeyer@finnegan.com

Kevin M. O'Brien     boehydis@bakernet.com

Gerard M. O'Rourke     gorourke@cblh.com, dsciarra@cblh.com

Andrew M. Ollis     aollis@oblon.com

Karen L. Pascale     kpascale@ycst.com, corporate@ycst.com; corpcal@ycst.com

Adam Wyatt Poff     apoff@ycst.com, corporate@ycst.com; corpcal@ycst.com

Leslie A. Polizoti     lpolizoti@mnat.com, lpolizoti@mnat.com

Alana A. Prills     alanaprills@paulhastings.com

Steven J Rizzi     steven.rizzi@weil.com

Lawrence Rosenthal     lrosenthal@stroock.com

Avelyn M. Ross     aross@velaw.com

Philip A. Rovner     provner@potteranderson.com, mstackel@potteranderson.com; nmcmenamin@potteranderson.com; iplitigation@potteranderson.com

Diana M. Sangalli     dsangalli@tphm.com

Robert C. Scheinfeld     robert.scheinfeld@bakerbotts.com

Carl E. Schlier     cschlier@oblon.com

John M. Seaman     jseaman@bmf-law.com, jfielder@bmf-law.com

Chad Michael Shandler     shandler@rlf.com, pstewart@rlf.com

John W. Shaw     jshaw@ycst.com, corporate@ycst.com; ptorterotot@ycst.com; corpcal@ycst.com

Matthew W. Siegal     msiegal@stroock.com

Neil P. Sirota     neil.sirota@bakerbotts.com

Monte Terrell Squire     msquire@ycst.com

William J. Wade     wade@rlf.com, wheeler@rlf.com

Roderick B. Williams     rickwilliams@velaw.com

Edward R. Yoches     bob.yoches@finnegan.com


Steven J. Balick     sbalick@ashby-geddes.com

Paul A. Bradley     pbradley@mccarter.com

John G. Day     jday@ashby-geddes.com

Tara D. Elliott     elliott@fr.com

Barry M. Graham      barry.graham@finnegan.com

Darren M. Jiron      darren.jiron@finnegan.com

William J. Marsden, Jr.  marsden@fr.com

Matt Neiderman      mneiderman@duanemorris.com

Timothy J. Vezeau    timothy.vezeau@kmzr.com

I further certify that on March 30, 2006, I caused a copy of the foregoing

document to be served by e-mail on the below-listed counsel:

Thomas C. Grimm [tgrimm@mnat.com]
Leslie A. Polizoti [lpolizoti@ mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899-1347
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

Steven J. Balick [sbalick@ashby-geddes.com]
John G. Day [jday@ashby-geddes.com]
ASHBY & GEDDES
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

Martin R. Lueck [MRLueck@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

Alan E. McKenna [AEMckenna@rkmc.com]
Jeremy C. McDiarmid [JCMcDiarmid@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI LLP
111 Huntington Avenue, Suite 1300
Boston, MA 02199-7610

*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

William J. Wade [wade@rlf.com]
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Attorneys for Arima Display Corporation, Matsushita Elecrical Industrial Co., and Matsushita Electrical Corporation of America*

Gerard M. O'Rourke [gorourke@cblh.com]
CONNOLLY, BOVE, LODGE & HUTZ
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

*Attorneys for AU Optronics Corp. and AU Optronics Corporation of America*

Richard L. Horwitz [rhorwitz@potteranderson.com]
David E. Moore [dmoore@potteranderson.com]
POTTER ANDERSON & CORROON
6th Floor, Hercules Plaza
1313 N. Market Street
P.O. Box. 951
Wilmington, DE 19801

*Attorneys for BOE-Hydis Technology Co., Ltd., Hannstar Display Corporation, Hitachi Displays, Ltd., Koninklijke Philips Electronics N.V., Philips Electronics North America Corp., Samsung SDI America, Inc., and Samsung SDI Co., Ltd., Toppoly Oproelectronics Corp., Wintek Corp., Wintek Electro-Optics Corporation;*

Thomas L. Halkowski [halkowski@fr.com]
FISH & RICHARDSON, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19801

*Attorneys for Casio Computer Co., Ltd., and Casio, Inc.*

Philip A. Rovner [provner@potteranderson.com]
POTTER, ANDERSON & CORROON
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801
*Attorneys for Fuji Photo Film Co. Ltd. And Fuji Photo Film U.S.A. Inc.*

William J. Marsden, Jr. [marsden@fr.com]
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
*Attorneys for International Display Technology and International Display Technology USA, Inc.*

John W. Shaw [jshaw@ycst.com]
Monté T. Squire [msquire@ycst.com]
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Quanta Display Inc., Sony Corporation, Sony Corporation of America, and ST Liquid Crystal Display Corp.*

Robert J. Katzenstein [rjk@skfdelaware.com]
Robert K. Beste, III [rkb@skfdelaware.com]
SMITH, KATZENSTEIN & FURLOW
800 Delaware Avenue
P.O. Box 410
Wilmington, DE  19899
*Attorneys for Seiko Epson Corporation and Sanyo Epson Imaging Devices Corporation*

David J. Margules [dmargules@bmf-law.com]
John M. Seaman [jseaman@bmf-law.com]
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
*Attorneys for Citizen Watch Co., Ltd., and Citizen Displays Co., Ltd.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

March 30, 2006

Karen L. Pascale. (#2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
    *Attorneys for Optrex America, Inc.*