IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et. al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> **CONSOLIDATED CASES** <br><br> Civil Action No. 04-1338 (KAJ) |

**STIPULATION OF DISMISSAL**

On this day came on to be considered the above-entitled and numbered cause, and the Court being advised that the Plaintiffs have settled and resolved their differences with Defendants AU OPTRONICS CORPORATION and AU OPTRONICS CORPORATION AMERICA, and have entered into an Agreement setting out the terms and conditions of the settlement, having an effective date of March 15, 2006 ("Agreement"), and as part of such agreement have consented to the entry of an Order approving this Stipulation;

Now therefore, upon the consent of the Parties hereto, it is hereby Ordered, Adjudged and Decreed that:

1. This Court has jurisdiction over the subject matter of and the Parties to this action and venue is properly laid.

2. The Court shall retain and hereby retains continuing exclusive jurisdiction over the Parties and the subject matter hereto for the purpose of interpreting and enforcing the Agreement.

3. As a result of the Agreement, AU OPTRONICS CORPORATION and AU OPTRONICS CORPORATION AMERICA are hereby dismissed as Defendants by the Plaintiffs.

4. Each Party hereto shall bear its own costs and attorneys' fees incurred in this action.

SO ORDERED this ___ day of _____, 2006.


_____
Kent A. Jordan
United States District Judge

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| */s/ Leslie A. Polizoti*  <br>Thomas C. Grimm (#1098)  <br>Leslie A. Polizoti (#4299)  <br>1201 North Market Street  <br>Wilmington, DE 19801  <br>(302) 658-9200  <br>*Attorneys for Plaintiffs* | */s/ Gerard M. O'Rourke*  <br>Gerard M. O'Rourke (#3265)  <br>1007 North Orange Street  <br>P.O. Box 2207  <br>Wilmington, DE 19899  <br>(302) 888-6208  <br>*Attorney for Defendants AU Optronics Corp. and AU Optronics Corporation America* |

511322