IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al.    ) | |
| ) | |
| Plaintiffs,    ) | |
| ) | C.A. No. 04-1338-KAJ |
| ) | |
| v.    ) | |
| ) | |
| APPLE COMPUTER INC., et al.    ) | |
| ) | |
| Defendants.    ) | |
| ────────────────────────────────────) | |
| | |
| HONEYWELL INTERNATIONAL INC., et al.    ) | |
| ) | |
| Plaintiffs,    ) | |
| ) | |
| v.    ) | C.A. No. 04-1337-KAJ |
| ) | |
| AUDIOVOX COMMUNICATIONS CORP.,    ) | |
| et al.    ) | |
| ) | |
| Defendants.    ) | |

**NOTICE OF SERVICE**

I certify that on the 4th day of April 2006, copies of this NOTICE OF

SERVICE, DEFENDANT SEIKO EPSON CORPORATION'S FIRST SET OF

INTERROGATORIES TO PLAINTIFFS, AND DEFENDANT SEIKO EPSON

CORPORATION'S FIRST SET OF DOCUMENT REQUESTS TO PLAINTIFFS were

caused to be served on the following via first class mail:

Thomas C. Grimm, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Martin R. Lueck, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015

Alan E. McKenna, Esquire
Jeremy C. McDiarmid, Esquire
Robins, Kaplan, Miller & Ciresi LLP
111 Huntington Avenue, Suite 1300
Boston, MA  02199-7610

Steven J. Balick, Esquire
John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

Paul A. Bradley, Esquire
Thomas D. Walsh, Esquire
McCarter & English, LLP
919 N. Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

William J. Marsden, Jr., Esquire
Tara D. Elliott, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Matt Neiderman, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

William J. Marsden, Jr.
Thomas Lee Halkowski
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Amy Elizabeth Evans
Cross & Simon, LLC
913 North Market Street
11th Floor
Wilmington, DE 19801

Richard L. Horwitz
Philip A. Rovner
David Ellis Moore
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

Chad Michael Shandler
William J. Wade
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Arthur G. Connolly, III
Francis DiGiovanni
Gerard M. O'Rourke
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

John W. Shaw
Adam Wyatt Poff
Monte Terrell Squire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

David J. Margules
John M. Seaman
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801

Karen L. Pascale
Young Conaway Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801

                                   SMITH, KATZENSTEIN & FURLOW LLP

                                   /s/ Robert J. Katzenstein
                                   Robert J. Katzenstein (ID No. 378)
                                   800 Delaware Avenue, 7th Floor
                                   P.O. Box 410
                                   Wilmington,, DE 19899
                                   (Courier 19801)
                                   302-652-8400 – telephone
                                   302-652-8405 – fax
                                   rjk@skfdelaware.com – e-mail

                                   Attorneys for Defendant
                                   SEIKO EPSON CORPORATION

OF COUNSEL:
Stuart Lubitz
Robert J. Benson
HOGAN & HARTSON L.L.P.
1999 Avenue of the Stars
Suite 1400
Los Angeles, California 90067
Telephone:  (310) 785-4600
Facsimile:  (310) 785-4601