# EXHIBIT A



# WELCOME



The Leading Global Competitive Supplier of Products and Subassemblies for Computer, Consumer & Communication Industries;As Well As A Professional Electronics Manufacturing Supplier for Name Brands !

## News & Updates

>> Thanks to product mixture adjustmen..

>> Arima affiliate to buy Philips' opt..

>> Arima in Computex Taipei 2005..

>> Arima to Demonstrate Its Smart Phon..

>> Arima Group Inc. Announces LH500, A..

>> Arima CeBIT Spotlight..

>> Arima in CeBIT 2004, Hannover Germa..

>> Arima Group Chairman's Keynote Spee..

>> Arima in Computex Taipei 2003..



**Notebooks**

Mainstream
Performance
Value Line



**Digital Home**

LCD PC
LCD TV



**Server**

Server Board
Rackmount



**Ultra Mobility**

Tablet PC

© Copyright 2004 by Arima Computer Corporation

# EXHIBIT B





Arima Computer Corpor

HOME | SITEMAP |  **English**

Search for    [ Search ]



⊠ About Arima    ⊠ Products    ⊠ Support    ⊠ Manufacturing    ⊠ Investors    ⊠ Press    ⊠ Contac



WELCOME

The Leading Global Competitive Supplier
of Products and Subassemblies for
Computer, Consumer & Communication
Industries;As Well As A Professional
Electronics Manufacturing Supplier for
Name Brands !



## News & Updates

>> Thanks to product mixture adjustmen..

>> Arima affiliate to buy Philips' opt..

>> Arima in Computex Taipei 2005..

>> Arima to Demonstrate Its Smart Phon..

>> Arima Group Inc. Announces LH500, A..

>> Arima CeBIT Spotlight..

>> Arima in CeBIT 2004, Hannover Germa..

>> Arima Group Chairman's Keynote Spee..

>> Arima in Computex Taipei 2003..



**Notebooks**

Mainstream
Performance
Value Line





**Digital Home**

LCD PC
LCD TV



**Server**

Server Board
Rackmount



**Ultra Mobility**

Tablet PC

© Copyright 2004 by Arima Computer Corporation



## ● Notebooks

>> Notebook
>> Server
>> Ultra Mobility
>> Digital Home

----Mainstream------

  Products | Note

### Mainstream



| Intel | AMD |
|-------|-----|
| >> CP11-Pentium M (LV/ ULV) | |
| >> M621-UC (Centrino) | |
| >> W310-Di | |
| >> W820-Di | |

### Performance



| Intel | AMD |
|-------|-----|
| >> M621-DC (Centrino) | >> M622-DK8X (Turion) |
| >> M622-UCX (Centrino/Sonoma) | >> M622-UK8X (Turion) |
| >> M623-DCX (Centrino/Sonoma) | >> W622-DK8X (Turion) |
| >> W330-DCX (Centrino/Sonoma) | >> W622-UK8X (Turion) |
| >> W330-UCX (Centrino/Sonoma) | >> W720-K8M |
| >> W621 (Centrino) | >> W730-K8 DTR |
| >> W730-P4 DTR | >> W730-K8X |
| >> W810-DCX (Centrino/Sonoma) | >> W830-DA |

### Value Line



| Intel | AMD |
|-------|-----|
| >> M630-UC | |
| >> W221-Ui | |
| >> W812-Di | |
| >> W812-Ui | |

© Copyright 2004 by Arima Computer Corporation





>> Notebook
>> Server
>> Ultra Mobility
>> Digital Home

== Select Product ==    Products | Digital H

D100



MORE.

27" LCD TV



MORE.

© Copyright 2004 by Arima Computer Corporation

# EXHIBIT C



## Arima Group

About Arima | Arima G

>> Arima Computer    >> Arima Optoelectronics    >> Arima Communications    >> Arima Display    >> Arima Devices
>> Dynapack    >> Acme    >> Arima Digitech    >> E-dart    >> Aveo
>> Axon Optics
Technologies

**About Arima**

>> About arima
>> Vision
>> Visit Our Chairman
>> Milestone
>> Global Operations
>> Arima Group

| Arima Computer | Arima Optoelectronics |
|---|---|
| ¤Notebook<br>¤Server<br>¤ LCD Monitor<br>¤ LCD TV<br><br>¤http://www.arima.com.tw | ¤LED / LD<br>  -Epiwafers<br>  -Chips<br>  -Device<br>¤HBT<br><br>¤http://www.aocepi.com.tw |
| **Arima Communications** | **Arima Display** |
| ¤GSM/GPRS Handset<br>¤3G Handset<br>¤Smart Phone<br><br>¤http://www.arimacomm.com.tw | ¤Color Filter<br>¤Color LCD<br>¤LCD<br>¤LDM<br><br>¤http://www.arimadisp.com |
| **Arima Devices** | **Dynapack** |
| ¤DVD OPU<br>  -H/H Player<br>  -Slim Combo<br>  -Dual RW | ¤Battery Pack<br>¤Mobile Phone  Accessory<br><br>¤http://www.dynapack.com.tw |
| **Acme** | **Arima Digitech** |
| ¤Image Sensor<br>¤RF Module<br>¤Flash Memory Card | ¤DVD Drivers<br>¤Portable DVD Player<br>¤PMP<br><br>¤http://www.arimadigitech.com.tw |
| **E-dart** | **Aveo** |
| ¤Tooling<br>¤Painting<br>¤Plastic Injection<br>¤Metal Stamping<br>  ¤Cable<br>  ¤Harness<br>  ¤Connector<br>¤Termal Module | ¤ Phone Camera Controller<br>¤Notebook / PC Camera Controller<br>  ¤Image Processor |
| **Axon Optics Technologies** | |
| ¤Optical Lens<br>  -Glass  Plastic<br>  -Spherical<br>¤Aspherical<br>¤Prism<br>¤Collimator<br>¤View Finder | |

© Copyright 2004 by Arima Computer Corporation



== Select Product ==    Products | Digital H



>> Notebook
>> Server
>> Ultra Mobility
>> Digital Home

D100



MORE.

27" LCD TV



MORE.

© Copyright 2004 by Arima Computer Corporation



• Digital Home

Products | Digital H

27" LCD TV            Sear

**Products**

>> Notebook
>> Server
>> Ultra Mobility
>> Digital Home

# 27" LCD TV



## Specification

| | |
|---|---|
| Panel | ▪ Screen:27" Wide<br>▪ Supplier:CMO (V270W1-L03)<br>▪ Brightness(cd/m2):550<br>▪ Contrast:600<br>▪ Pixel Pitch:0.555(H) *0.4665(V) mm<br>▪ Resolution:1280*720<br>▪ ResponseTime:Tr : 15mS/Tf : 10mS<br>▪ View Angle:170° |
| TV System | ▪ NTSC<br>▪ PAL / SECAM (Pan Europe) |
| VGA (D-SUB) | ▪ WXGA |
| Function | ▪ TV(Analog)<br>▪ S-Video<br>▪ Composite Video(AV)<br>▪ Component(YCbCr/YPbPr)<br>▪ VGA(PC)<br>▪ DVI-I<br>▪ D-Connector[NTSC-J] ONLY |
| Key Buttons | ▪ Power ON / OFF<br>▪ Mode<br>▪ Volum Up<br>▪ Volum Down<br>▪ Channel Up<br>▪ Channel Down<br>▪ Menu Select |
| LED Indicator | ▪ Green for Power On<br>▪ Red forPower OFF |
| Dimensions [W*H*D] | ▪ 903 * 548 * 105 mm |
| Holder | ▪ STAND / Wall Mount |

© Copyright 2004 by Arima Computer Corporation

# EXHIBIT D

 ⋯ About Arima

### Who We Are?

**Arima** Group, not merely a publicly-held OEM / ODM company, has moved beyond to be the leading integrated service provider headquartered in Taoyuan, Taiwan, with the full-ranged professions and core technologies to design, manufacture, and deliver completely seamless integrated customized solution!



>> About arima
>> Vision
>> Visit Our Chairman
>> Milestone
>> Global Operations
>> Arima Group

As what miscellaneous does, Arima meets diverse customer

needs with its miscellaneous product lines that incorporate Notebook, Server, Internet Appliance, Set-top Box, PDA, Disp Optoelectronics, Communication Products and any other anticipated in the future! As what global does, Arima enables customers to net the needed supports of Arima products, technologies, and services with the worldwide manufacturing,

service and R&D facilities in Taiwan, China, Europe, Japan, and North America!

Long-term Partnership and R&D Capability are the most precious assets of Arima! By translating integrated services and advanced technologies into business value along with Arima ERP and SCM system, the company provides customers the abilities to achieve zero inventory & in-time service, save costs & time-to-market, increase profits & competence, and concentrate on their anticipated market needs & customer services that are all key drivers for top-tier business!

Arima's climb to market leadership is resulted from the synergies we have created for customers through the Reliability of product, Reengineering of technology, Responsiveness of service, Responsibility of business and the over-a-decade Reputation of Arima! These attributes commit you the quality needs of today and catalyze your successful moves of tomorrow!

### Where We Do Business?

> **Arima Computer Corporation Taipei Office (Headquarters)**

No. 758, Sec. 4, Bade Road, Taipei, Taiwan, Republic China
Tel: 886-2-27495588

> **Da-Shi Factory & Service Center**



No.349, Sec. 2, Jenho Rd, Da-Shi, Tao-Yuan County, Taiwan, Republic of China
Tel: 886-3-3908877

-------------------------------------------------------------------------------------------------
---

> **YingKo Factory**



No.16, Lane 658, Ying Tao Rd, Yingko,Taipei County, Taiwan, Republic of China
Tel:886-2-2670-5577

-------------------------------------------------------------------------------------------------
---

> **Wujiang Factory No.1 Building**

288, Jiao Tong N. Rd, Wujiang Economy Development



Zone ,Jiang Su, China
Tel:86-512-6340-9898

-----------------------------------------------------------------------------------------------
---

### ⚡ Houston CTO/BTO/ Factory /Service center



9600 W. Gulf Bank RD. Houston TX, 77040, USA
Tel:1-713-983-0103

### ⚡ Arima Japan Service Center

6-80 2-Chome, Shimohaniawa Yonezawa-shi,Yamagata-ken 992-8520, Japan
Tel: 81-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

### ⚡ Arima UK Service Center

Unit 3, Dunrobin Court, Clydebank, Business Park Clydebank, Glasgow G81, 2QP U.K
Tel: 44-141-951-2461

© Copyright 2004 by Arima Computer Corporation

# EXHIBIT E



On-line Request For Quotation    Contact Us    Home    中文

About Arima    Quality System    Products    news

Company Profile | Organization Chart | Arima Group | Location | Company Policy | Financial

# Company Profile



- Founded   2000 / 6

- Capital   US$ 93Mio

- Chairman of the Board   Mr. Stephen Lee

- Location   Kaohsiung, Taiwan

- Space - TWN Factory   530K ft$^2$

- Employee   813 ( in Taiwan )

# EXHIBIT F

# 找不到這個網頁

## 找不到這個網頁

您所要找的網頁可能已經被移除了，可能是它的名稱已經變更，或暫時無法使用。

---

請嘗試執行下列動作：

- 如果您是在 [網址] 列鍵入網址，請確認網址的拼字是否正確。
- 開啟 www.arima.com.tw 首頁，然後查看您想尋找之資訊的連結。
- 按一下上一頁按鈕，試試其他的連結。

HTTP 404 - 找不到檔案
Internet Information Services

---

技術資訊 (供技術支援人員使用)

- 其他資訊：
  Microsoft Support

# EXHIBIT G



# EXHIBIT H

Order Confirmation                                                                  Page 1 of 2

**Check Out:** 

- **Thank you for your order, we appreciate it very much.**
- **Please print this page for your records.**

If you have any questions about your order, please <u>Contact Us</u>.

<u>**View Orders**</u>

**Confirmation**

**Tracking:**

**Order Date:** 09/16/04
**Order Number:** ustronics-24017
**Shipping Method:** UPS 3 Day Select[SM]

**Ship To**

Gloria Robinson
Honeywell
9201 San Mateo Blvd. N.E.
Albuquerque NM 87113-2227
505-828-6570

**Bill To**

Gloria Robinson
Honeywell
9201 San Mateo Blvd. N.E.
Albuquerque NM 87113-2227
505-828-6570

gloria.robinson@honeywell.com
(we will send order confirmation to this email)

<u>**Keep Shopping**</u>

160-OTH-SMN-PHN-M65

*Shipping today 9/16/04*

**Your Order**

| | Item Name | SubTotal |
|---|---|---|
| 1 | Siemens SL65 Triband GSM World Phone (unlocked) | 499.00 |
| 1 | Siemens M65 Triband GSM World Phone (Unlocked) | 399.95 |
| 1 | Siemens A60 Triband GSM World Phone | 149.95 |
| 1 | Sony Ericsson Z200 GSM World Phone (Unlocked) | 194.95 |
| 1 | Sony Ericsson P800 GSM World Phone (Unlocked) | 449.95 |
| 1 | Sony Ericsson T630 GSM World Cellular Phone (Unlocked) Colors:: Black | 269.95 |
| 1 | Nokia 6200 GSM 850/1800/1900 Cellular Phone (Unlocked) | 149.95 |
| 1 | Nokia 3200 Triband World GSM Phone (Unlocked) | 209.95 |
| 1 | Panasonic X70 GSM World Cellular Phone (Unlocked) | 354.95 |
| 1 | Panasonic G51M GSM World Cellular Phone (Unlocked) | 179.95 |
| 1 | Nokia 5100 GSM World | |

LCD074370

Order Confirmation

|  |  |
|---|---|
| Phone (Unlocked) | 189.95 |
| Subtotal: | 3048.50 |
| Shipping: | 46.41* |
| Tax: | 0.00 |
| **Total:** | **3094.91** |

* Includes Shipping & Handling Fees

* These shipping fees do not necessarily represent UPS published rates and may include handling charges levied by this store.

Information on this screen will be provided to UPS. You agree and acknowledge that UPS's use of this information will be pursuant to the current UPS Privacy Policy, and will not be subject to or restricted by the Yahoo! Privacy Policy.

UPS, UPS brandmark, and the Color Brown are trademarks of United Parcel Service of America, Inc. All Rights Reserved.

Copyright © 2004 Yahoo! Inc. All rights reserved.
Yahoo!'s Privacy Policy – Merchant's Privacy Policy

ttps://order.store.yahoo.com/cgi-bin/wg-thank-you?oid=ustronics-24017&vwoidc=507222ce64254bceac...    9/16/2004

LCD074371