IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al.,<br>Plaintiffs,<br>Counter-Defendants,<br><br>vs.<br><br>APPLE COMPUTER INC., et al.,<br>Defendants,<br>Counterclaim Plaintiffs. | C.A. No. 04-1338-KAJ |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 3, 2006, copies of Sony Corporation and Sony Corporation of America's First Set of Requests for Documents and Things (Nos. 1-51) were caused to be served upon the following counsel of record as indicated:

**Apple Computer Inc.**

**E-MAIL**

Thomas Lee Halkowski – [halkowski@fr.com]
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801
(302) 652-5070

**Argus a/k/a Hartford Computer Group, Inc.**

**E-MAIL**

Amy Elizabeth Evans – [aevans@crosslaw.com]
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801
(302) 777-4200

**Arima Display**

**E-MAIL**

William J. Wade – [wade@rlf.com]
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801
(302) 651-7718

| | |
|---|---|
| **BOE-Hydis Technology Co Ltd.**<br><br>**E-MAIL** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>**David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **Citizen Displays Co Ltd**<br><br>**Citizen Watch Co Ltd**<br><br>**E-MAIL** | **David J. Margules** – [dmargules@BMF-law.com]<br>Bouchard, Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>(302) 573-3500 |
| **Eastman Kodak Comp.**<br><br>**E-MAIL** | **Frederick L. Cottrell, III** – [cottrell@rlf.com]<br>**Chad M. Shandler** – [shandler@rlf.com]<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801<br>(302) 658-6541 |
| **Fuji Photo Film Co. Ltd.**<br>**Fuji Photo Film U.S.A. Inc.**<br><br>**E-MAIL** | **Philip A. Rovner** – [provner@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **Honeywell Intellectual Properties, Inc.**<br>**Honeywell International Inc.**<br><br>**HAND DELIVERY & E-MAIL**<br><br><br>**E-MAIL** | **Thomas C. Grimm** – [tgrimm@mnat.com]<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801<br>(302) 658-9200<br><br>**Martin R. Lueck** – [MRLueck@rkmc.com]<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402-2015<br>(612) 349-8500 |

| | |
|---|---|
| **International Display Technology** <br> **International Display Technology USA Inc.** <br><br> **E-MAIL** | **William J. Marsden, Jr.** – [marsden@fr.com] <br> Fish & Richardson, P.C. <br> 919 N. Market Street, Suite 1100 <br> Wilmington, DE 19801 <br> (302) 652-5070 |
| **Kyocera Wireless Corp.** <br><br> **E-MAIL** | **Robert J. Katzenstein** – [rjk@skfdelaware.com] <br> **Robert Karl Beste, III** – [rkb@skfdelaware.com] <br> Smith, Katzenstein, & Furlow <br> 800 Delaware Avenue <br> Wilmington, DE 19801 <br> 302.652.8400 |
| **Navman NZ Limited** <br> **Navman U.S.A. Inc.** <br><br> **E-MAIL** | **Arthur G. Connolly, III** – [aconnollyIII@cblh.com] <br> Connolly, Bove, Lodge & Hutz <br> The Nemours Building <br> 1007 North Orange Street <br> Wilmington, DE 19801 <br> (302) 658-9141 |
| **Olympus America Inc.** <br> **Olympus Corporation** <br><br> **E-MAIL** | **John W. Shaw** – [jshaw@ycst.com] <br> Young, Conaway, Stargatt & Taylor, LLP <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE 19801 <br> (302) 571-6600 |
| **Optrex America Inc.** <br><br> **E-MAIL** | **Karen L. Pascale** – [kpascale@ycst.com] <br> Young Conaway Stargatt & Taylor, LLP <br> The Brandywine Building <br> 1000 West Street, 17th Fl. <br> Wilmington, DE 19801 <br> 302-571-6600 |
| **Pentax Corporation** <br> **Pentax U.S.A. Inc.** <br><br> **E-MAIL** | **Adam Wyatt Poff** – [apoff@ycst.com] <br> Young, Conaway, Stargatt & Taylor <br> The Brandywine Building <br> 1000 West Street, 17th Floor <br> Wilmington, DE 19801 <br> (302) 571-6600 |

DB01:2062752.1                                                                                                                    063672.1001

| | |
|---|---|
| **Quanta Display Inc.**<br><br>E-MAIL | **Monté Terrell Squire** – [msquire@ycst.com]<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6713 |
| **Sony Ericsson Mobile<br>  Communications (USA) Inc.**<br>**Sony Ericsson Mobile<br>  Communications AB**<br><br>E-MAIL | **Francis DiGiovanni** – [fdigiovanni@cblh.com]<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>(302) 658-9141 |

PLEASE TAKE FURTHER NOTICE that on April 10, 2006, this Notice of Service was filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to all registered participants, and further served as indicated above.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew A. Lundgren*
John W. Shaw (No. 3362)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
alundgren@ycst.com