# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER INC., et al, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )    C.A. No. 04-1338-KAJ |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 11, 2006, copies of Defendant Arima Display Corporation's Rule 26(a)(1) Initial Disclosures were served as follows:

## BY HAND

Thomas C. Grimm, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
tgrimm@mnat.com
lpolizoti@mnat.com

Adam Wyatt Poff, Esquire
Young, Conaway, Stargatt & Taylor
17th Floor, The Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, DE  19899
apoff@ycst.com

Thomas L. Halkowski, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
halkowski@fr.com

Francis DiGiovanni, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899
fdigiovanni@cblh.com

RLF1-3001937-1

-2-

Richard L. Horwitz, Esquire
Potter Anderson & Corroon
6th Floor, Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
rhorowitz@potteranderson.com

Arthur G. Connolly, III, Esquire
Connolly Bove Lodge & Hutz
8th Floor, The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
aconnollyIII@cblh.com

David E. Moore, Esquire
Potter Anderson & Corroon
6th Floor, Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
dmoore@potteranderson.com

Amy Evans, Esquire
Cross & Simons, LLC
Suite 1001, 913 N. Market Street
P.O. Box 1380
Wilmington, DE 19899
aevans@crosslaw.com

Frederick L. Cottrell, III, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
cottrell@rlf.com

Robert J. Katzenstein, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
rkatzenstein@skdelaware.com

Philip A. Rovner, Esquire
Potter Anderson & Corroon
6th Floor, Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
provner@potteranderson.com

David J. Margules, Esquire
Bouchard, Margules, Friedlander
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
dmargules@BMF-law.com

John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor
17th Floor, The Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, DE 19899
jshaw@ycst.com

Karen L. Pascale, Esquire
Young, Conaway, Stargatt & Taylor
17th Floor, The Brandywine Building
1000 West Street
Wilmington, DE 19899
kpascale@ycst.com

<div style="display: flex;">

William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899
marsden@fr.com

Monte Terrell Squire, Esquire
Young, Conaway, Stargatt & Taylor
17th Floor, The Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, DE 19899
msquire@ycst.com

</div>

*/s/ William J. Wade*

William J. Wade (#704)
Wade@rlf.com
Matthew W. King (#4566)
King@rlf.com
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Defendant*
*Arima Display Corporation*

OF COUNSEL:
Dan C. Hu
Diana M. Sangalli
TROP, PRUNER & HU, P.C.
Suite 100
8554 Katy Freeway
Houston, TX 77024

Dated: April 11, 2006

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 11, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following, and the document is available for viewing and downloading from CM/ECF, and the document has also been served as indicated:

## BY HAND

Thomas C. Grimm, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com
lpolizoti@mnat.com

Adam Wyatt Poff, Esquire
Young, Conaway, Stargatt & Taylor
17th Floor, The Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, DE 19899
apoff@ycst.com

Thomas L. Halkowski, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
halkowski@fr.com

Francis DiGiovanni, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
fdigiovanni@cblh.com

Richard L. Horwitz, Esquire
Potter Anderson & Corroon
6th Floor, Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
rhorowitz@potteranderson.com

Arthur G. Connolly, III, Esquire
Connolly Bove Lodge & Hutz
8th Floor, The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
aconnollyIII@cblh.com

| | |
|---|---|
| David E. Moore, Esquire<br>Potter Anderson & Corroon<br>6th Floor, Hercules Plaza<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>dmoore@potteranderson.com | Amy Evans, Esquire<br>Cross & Simons, LLC<br>Suite 1001, 913 N. Market Street<br>P.O. Box 1380<br>Wilmington, DE 19899<br>aevans@crosslaw.com |
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>cottrell@rlf.com | Robert J. Katzenstein, Esquire<br>Smith, Katzenstein & Furlow LLP<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899<br>rkatzenstein@skdelaware.com |
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon<br>6th Floor, Hercules Plaza<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>provner@potteranderson.com | David J. Margules, Esquire<br>Bouchard, Margules, Friedlander<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>dmargules@BMF-law.com |
| John W. Shaw, Esquire<br>Young, Conaway, Stargatt & Taylor<br>17th Floor, The Brandywine Building<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE 19899<br>jshaw@ycst.com | Karen L. Pascale, Esquire<br>Young, Conaway, Stargatt & Taylor<br>17th Floor, The Brandywine Building<br>1000 West Street<br>Wilmington, DE 19899<br>kpascale@ycst.com |
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899<br>marsden@fr.com | Monte Terrell Squire, Esquire<br>Young, Conaway, Stargatt & Taylor<br>17th Floor, The Brandywine Building<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE 19899<br>msquire@ycst.com |

/s/ William J. Wade
William J. Wade (#704)

Dated: March 23, 2006