IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-1338 (KAJ) |
| v. | ) ) | |
| APPLE COMPUTER, INC., et al., | ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-1337 (KAJ) |
| v. | ) ) | |
| AUDIOVOX COMMUNICATIONS CORP., et al., | ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| OPTREX AMERICA, INC., | ) ) | |
| Plaintiff, | ) ) | C.A. No. 04-1536 (KAJ) |
| v. | ) ) | |
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on April 11, 2006, copies of:

*Initial Disclosures of Optrex America, Inc. Pursuant to Fed. R. Civ. P. 26(a)(1),*

were served upon the following counsel of record as indicated below:

### By E-Mail and U.S. Mail

Thomas C. Grimm [tgrimm@mnat.com]
Leslie A. Polizoti [lpolizoti@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899-1347
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

Martin R. Lueck [MRLueck@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

Alan E. McKenna [AEMckenna@rkmc.com]
Jeremy C. McDiarmid [JCMcDiarmid@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI LLP
111 Huntington Avenue, Suite 1300
Boston, MA 02199-7610
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

### By E-Mail

Steven J. Balick [sbalick@ashby-geddes.com]
John G. Day [jday@ashby-geddes.com]
ASHBY & GEDDES
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

William J. Wade [wade@rlf.com]
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
*Attorneys for Arima Display Corporation, Matsushita Elecrical Industrial Co., and Matsushita Electrical Corporation of America*

Richard L. Horwitz [rhorwitz@potteranderson.com]
David E. Moore [dmoore@potteranderson.com]
POTTER ANDERSON & CORROON
6th Floor, Hercules Plaza
1313 N. Market Street
P.O. Box. 951
Wilmington, DE 19801
*Attorneys for BOE-Hydis Technology Co., Ltd., Hitachi Displays, Ltd., Koninklijke Philips Electronics N.V., Philips Electronics North America Corp., Samsung SDI America, Inc., and Samsung SDI Co., Ltd., Toppoly Oproelectronics Corp., Wintek Corp., Wintek Electro-Optics Corporation*

Thomas L. Halkowski [halkowski@fr.com]
FISH & RICHARDSON, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19801
*Attorneys for Casio Computer Co., Ltd., and Casio, Inc.*

Philip A. Rovner [provner@potteranderson.com]
POTTER, ANDERSON & CORROON
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801
*Attorneys for Fuji Photo Film Co. Ltd. And Fuji Photo Film U.S.A. Inc.*

William J. Marsden, Jr. [marsden@fr.com]
FISH & RICHARDSON, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
*Attorneys for International Display Technology and International Display Technology USA, Inc.*

John W. Shaw [jshaw@ycst.com]
Monté T. Squire [msquire@ycst.com]
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Quanta Display Inc., Sony Corporation, Sony Corporation of America, and ST Liquid Crystal Display Corp.*

Robert J. Katzenstein [rjk@skfdelaware.com]
Robert K. Beste, III [rkb@skfdelaware.com]
SMITH, KATZENSTEIN & FURLOW
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
*Attorneys for Seiko Epson Corporation and Sanyo Epson Imaging Devices Corporation*

David J. Margules [dmargules@bmf-law.com]
John M. Seaman [jseaman@bmf-law.com]
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
*Attorneys for Citizen Watch Co., Ltd., and Citizen Displays Co., Ltd.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

April 11, 2006

Karen L. Pascale (#2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
*Attorneys for Optrex America, Inc.*

*Of Counsel:*

    Richard D. Kelly
    Andrew M. Ollis
    Alexander E. Gasser
    OBLON, SPIVAK, MCCLELLAND,
    MAIER & NEUSTADT, P.C.
    1940 Duke Street
    Alexandria, VA 22314
    (703) 413-3000

**CERTIFICATE OF SERVICE**

I, Karen L. Pascale, hereby certify that on April 11, 2006, I caused to be electronically filed a true and correct copy of the foregoing document – *Notice of Service* – with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

John R. Alison     john.alison@finnegan.com

Parker H. Bagley     pbagley@milbank.com

Robert J. Benson     rjbenson@hhlaw.com,

Robert Karl Beste , III     rkb@skfdelaware.com, vkm@skfdelaware.com

Elizabeth L. Brann     elizabethbrann@paulhastings.com

Christopher E. Chalsen     cchalsen@milbank.com

Arthur G. Connolly , III     aconnollyIII@cblh.com

Frederick L. Cottrell , III     cottrell@rlf.com

Francis DiGiovanni     fdigiovanni@cblh.com, ddunmeyer@cblh.com; dkt@cblh.com

Thomas M. Dunham     dunhamt@howrey.com,

Kevin C. Ecker     kecker@stroock.com

Amy Elizabeth Evans     aevans@crosslaw.com,

York M. Faulkner     york.faulkner@finnegan.com

Christopher J. Gaspar     cgaspar@milbank.com

Alexander E. Gasser     agasser@oblon.com

Alan M. Grimaldi     grimaldia@howrey.com

Thomas C. Grimm     tcgefiling@mnat.com

Thomas Lee Halkowski     halkowski@fr.com, sub@fr.com

Angie Hankins    ahankins@stroock.com

Richard L. Horwitz    rhorwitz@potteranderson.com, dmoore@potteranderson.com; nmcmenamin@potteranderson.com; achin@potteranderson.com; mbaker@potteranderson.com; ebroyles@potteranderson.com; ntarantino@potteranderson.com; iplitigation@potteranderson.com

Dan C. Hu    hu@tphm.com, gyount@tphm.com

John T. Johnson    jjohnson@fr.com

Robert J. Katzenstein    rjk@skfdelaware.com, eys@skfdelaware.com

Nelson M. Kee    keen@howrey.com,

Richard D. Kelly    rkelly@oblon.com

Stephen S. Korniczky    stephenkorniczky@paulhastings.com

Hamilton Loeb    hamiltonloeb@paulhastings.com

Robert L. Maier    Robert.Maier@BakerBotts.com

David J. Margules    dmargules@BMF-law.com, jspeakman@bmf-law.com

David Ellis Moore    dmoore@potteranderson.com, ntarantino@potteranderson.com

Carolyn E. Morris    carolynmorris@paulhastings.com

Arthur I. Neustadt    aneustadt@oblon.com

Elizabeth A. Niemeyer    elizabeth.niemeyer@finnegan.com

Kevin M. O'Brien    boehydis@bakernet.com

Andrew M. Ollis    aollis@oblon.com

Karen L. Pascale    kpascale@ycst.com, corporate@ycst.com; corpcal@ycst.com

Adam Wyatt Poff    apoff@ycst.com, corporate@ycst.com; corpcal@ycst.com

Leslie A. Polizoti    lpolizoti@mnat.com, lpolizoti@mnat.com

Alana A. Prills    alanaprills@paulhastings.com

Steven J Rizzi    steven.rizzi@weil.com

Lawrence Rosenthal    lrosenthal@stroock.com

Avelyn M. Ross    aross@velaw.com

Philip A. Rovner    provner@potteranderson.com, mstackel@potteranderson.com; nmcmenamin@potteranderson.com; iplitigation@potteranderson.com

Diana M. Sangalli    dsangalli@tphm.com

Robert C. Scheinfeld    robert.scheinfeld@bakerbotts.com

Carl E. Schlier    cschlier@oblon.com

John M. Seaman    jseaman@bmf-law.com, jfielder@bmf-law.com

Chad Michael Shandler    shandler@rlf.com, pstewart@rlf.com

John W. Shaw    jshaw@ycst.com, corporate@ycst.com; ptorterotot@ycst.com; corpcal@ycst.com

Matthew W. Siegal    msiegal@stroock.com

Neil P. Sirota    neil.sirota@bakerbotts.com

Monte Terrell Squire    msquire@ycst.com

William J. Wade    wade@rlf.com, wheeler@rlf.com

Roderick B. Williams    rickwilliams@velaw.com

Edward R. Yoches    bob.yoches@finnegan.com


Steven J. Balick    sbalick@ashby-geddes.com

Paul A. Bradley    pbradley@mccarter.com

John G. Day    jday@ashby-geddes.com

Tara D. Elliott    elliott@fr.com

Barry M. Graham    barry.graham@finnegan.com

Darren M. Jiron    darren.jiron@finnegan.com

William J. Marsden, Jr.   marsden@fr.com

Matt Neiderman     mneiderman@duanemorris.com

Timothy J. Vezeau    timothy.vezeau@kmzr.com

    I further certify that on April 11, 2006, I caused a copy of the foregoing document to be served by e-mail on the below-listed counsel:

Thomas C. Grimm [tgrimm@mnat.com]
Leslie A. Polizoti [lpolizoti@ mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE  19899-1347
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

Steven J. Balick [sbalick@ashby-geddes.com]
John G. Day [jday@ashby-geddes.com]
ASHBY & GEDDES
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

Martin R. Lueck [MRLueck@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

Alan E. McKenna [AEMckenna@rkmc.com]
Jeremy C. McDiarmid [JCMcDiarmid@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI LLP
111 Huntington Avenue, Suite 1300
Boston, MA 02199-7610
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

William J. Wade [wade@rlf.com]
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Attorneys for Arima Display Corporation, Matsushita Elecrical Industrial Co., and Matsushita Electrical Corporation of America*

Richard L. Horwitz [rhorwitz@potteranderson.com]
David E. Moore [dmoore@potteranderson.com]
POTTER ANDERSON & CORROON
6th Floor, Hercules Plaza
1313 N. Market Street
P.O. Box. 951
Wilmington, DE 19801

*Attorneys for BOE-Hydis Technology Co., Ltd., Hitachi Displays, Ltd., Koninklijke Philips Electronics N.V., Philips Electronics North America Corp., Samsung SDI America, Inc., and Samsung SDI Co., Ltd., Toppoly Oproelectronics Corp., Wintek Corp., Wintek Electro-Optics Corporation;*

Thomas L. Halkowski [halkowski@fr.com]
FISH & RICHARDSON, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19801

*Attorneys for Casio Computer Co., Ltd., and Casio, Inc.*

Philip A. Rovner [provner@potteranderson.com]
POTTER, ANDERSON & CORROON
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801

*Attorneys for Fuji Photo Film Co. Ltd. And Fuji Photo Film U.S.A. Inc.*

William J. Marsden, Jr. [marsden@fr.com]
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

*Attorneys for International Display Technology and International Display Technology USA, Inc.*

John W. Shaw [jshaw@ycst.com]
Monté T. Squire [msquire@ycst.com]
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Quanta Display Inc., Sony Corporation, Sony Corporation of America, and ST Liquid Crystal Display Corp.*

Robert J. Katzenstein [rjk@skfdelaware.com]
Robert K. Beste, III [rkb@skfdelaware.com]
SMITH, KATZENSTEIN & FURLOW
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
*Attorneys for Seiko Epson Corporation and Sanyo Epson Imaging Devices Corporation*

David J. Margules [dmargules@bmf-law.com]
John M. Seaman [jseaman@bmf-law.com]
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
*Attorneys for Citizen Watch Co., Ltd., and Citizen Displays Co., Ltd.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

April 11, 2006

Karen L. Pascale. (#2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
   *Attorneys for Optrex America, Inc.*