IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al.,<br>Plaintiffs,<br>Counter-Defendants,<br><br>vs.<br><br>APPLE COMPUTER INC., et al.,<br>Defendants,<br>Counterclaim Plaintiffs. | C.A. No. 04-1338-KAJ |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that April 11, 2006, copies of (1) Defendant Sony Corporation's Initial Disclosures Under Rule 26(A)(1) and (2) Defendant Sony Corporation of America's Initial Disclosures Under Rule 26(A)(1) were caused to be served upon the following counsel of record as indicated:

**Apple Computer Inc.**

**HAND DELIVERY**

**Thomas Lee Halkowski** – [halkowski@fr.com]
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801
(302) 652-5070

**Argus a/k/a Hartford Computer Group, Inc.**

**HAND DELIVERY**

**Amy Elizabeth Evans** – [aevans@crosslaw.com]
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801
(302) 777-4200

**Arima Display**

**HAND DELIVERY**

**William J. Wade** – [wade@rlf.com]
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801
(302) 651-7718

**E-MAIL**

**Dan C. Hu** – [hu@tphm.com]
**Diana M. Sangalli** – [dsangalli@tphm.com]
Trop, Pruner & Hu, P.C.
8554 Katy Freeway, Suite 100
Houston, TX 77024
(713) 468-8880

| | |
|---|---|
| **BOE-Hydis Technology Co Ltd.**<br><br>**HAND DELIVERY** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com<br>**David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **E-MAIL** | **Kevin M. O'Brien** – [boehydis@bakernet.com]<br>**Jennifer Ancona Semko**<br>**Steven T. Dickey**<br>Baker & McKenzie LLP<br>815 Connecticut Avenue, N.W.<br>Washington, D.C. 20006<br>(202) 452-7032 |
| **Casio Computer Co., LTD**<br><br>**HAND DELIVERY** | **Thomas Lee Halkowski** – [halkowski@fr.com]<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801<br>(302) 652-5070 |
| **E-MAIL** | **John T. Johnson** – [jjohnson@fr.com]<br>**Lewis E. Hudnell** – [lhudnell@fr.com]<br>Fish & Richardson P.C.<br>153 East 53rd Street<br>New York, NY 10022-4611<br>(212) 765-5070 |
| **Casio Inc.**<br><br>**HAND DELIVERY** | **Thomas Lee Halkowski** – [halkowski@fr.com]<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801<br>(302) 652-5070 |
| **E-MAIL** | **John T. Johnson** – [jjohnson@fr.com]<br>**Lewis E. Hudnell** – [lhudnell@fr.com]<br>Fish & Richardson P.C.<br>153 East 53rd Street<br>New York, NY 10022-4611<br>(212) 765-5070 |
| **Citizen Displays Co Ltd**<br><br>**Citizen Watch Co Ltd**<br><br>**HAND DELIVERY** | **David J. Margules** – [dmargules@BMF-law.com]<br>Bouchard, Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>(302) 573-3500 |

| | |
|---|---|
| **Concord Cameras**<br><br>**HAND DELIVERY** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **Dell Inc.**<br><br>**HAND DELIVERY** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **E-MAIL** | **Willem G. Schuurman** –[bschuurman@velaw.com]<br>**Roderick B. Williams** – [rickwilliams@velaw.com]<br>**Avelyn M. Ross** – [aross@velaw.com]<br>Vinson & Elkins LLP<br>2801 Via Fortuna, Suite 100<br>Austin, TX 78746-7568<br>(512) 542-8400 |
| **Eastman Kodak Comp.**<br><br>**HAND DELIVERY** | **Frederick L. Cottrell, III** – [cottrell@rlf.com]<br>**Chad M. Shandler** – [shandler@rlf.com]<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801<br>(302) 658-6541 |
| **E-MAIL** | **Paul J. Yesawich, III** – [pyesawich@harrisbeach.com]<br>**Neal L. Slifkin** – [nslifkin@harrisbeach.com]<br>**David J. Edwards** – [dedwards@harrisbeach.com]<br>**Laura W. Smalley** – [lsmalley@harrisbeach.com]<br>Harris Beach PLLC<br>99 Garnsey Road<br>Pittsford, NY 14534<br>(585) 419-8800 |

| | |
|---|---|
| **Fuji Photo Film Co. Ltd.**<br>**Fuji Photo Film U.S.A. Inc.**<br><br>**HAND DELIVERY** | **Philip A. Rovner** – [provner@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **E-MAIL** | **Lawrence Rosenthal** – [lrosenthal@stroock.com]<br>**Matthew W. Siegal** – [msiegal@stroock.com]<br>**Kevin C. Ecker** – [kecker@stroock.com]<br>**Angie M. Hankins** - [ahankins@stroock.com]<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038<br>(212) 806-5400 |
| **Fujitsu America Inc.**<br>**Fujitsu Computer Products of America Inc.**<br>**Fujitsu Limited**<br><br>**HAND DELIVERY** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **E-MAIL** | **Parker H. Bagley** – [pbagley@milbank.com]<br>**Christopher E. Chalsen** – [cchalsen@milbank.com]<br>**Christopher J. Gaspar** – [cgaspar@milbank.com]<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>(212) 530-5000 |
| **HannStar Display Corporation**<br><br>**HAND DELIVERY** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>**David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **E-MAIL** | **John M. Caracappa** – [jcaracappa@akingump.com]<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, NW<br>Washington, D.C. 20036<br>(202) 887-4000 |

| | |
|---|---|
| **Hitachi Display Devices, Ltd.**<br>**Hitachi Displays Ltd.**<br>**Hitachi Ltd.**<br>**Hitachi Electronic Devices (USA) Inc.**<br><br>**HAND DELIVERY** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>**David Ellis Moore -** [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **E-MAIL** | **Robert L. Maier** – [robert.Maier@BakerBotts.com]<br>**Robert C. Scheinfeld** [robert.scheinfeld@bakerbotts.com]<br>**Neil P. Sirota** – [neil.sirota@bakerbotts.com]<br>Baker Botts LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(212) 408-2500 |
| **Honeywell Intellectual Properties, Inc.**<br>**Honeywell International Inc.**<br><br>**HAND DELIVERY** | **Thomas C. Grimm** – [tgrimm@mnat.com]<br>**Leslie A. Polizoti** – [lpolizoti@mnat.com]<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801<br>(302) 658-9200 |
| **E-MAIL** | **Martin R. Lueck** – [MRLueck@rkmc.com]<br>**Matthew L. Woods** – [MLWoods@rkmc.com]<br>**Stacie E. Oberts** – [SEOberts@rkmc.com]<br>**Michael D. Okerlund** – [MDOkerlund@rkmc.com]<br>**Denise S. Rahne** – [DSRahne@rkmc.com]<br>**Peter N. Surdo** – [PNSurdo@rkmc.com]<br>**Marta M. Chou** – [MMChou@rkmc.com]<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402-2015<br>(612) 349-8500 |
| **E-MAIL** | **Anthony A. Froio** – [AAFroio@rkmc.com]<br>**Marc N. Henschke** – [MNHenschke@rkmc.com]<br>**Alan E McKenna** – [AEMcKenna@rkmc.com]<br>**Jeremy C. McDiarmid** – [JCMcDiarmid@rkmc.com]<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>111 Huntington Avenue, Suite 1300<br>Boston, MA 02199<br>(617) 267-2300 |

| | |
|---|---|
| **International Display Technology**<br>**International Display Technology USA Inc.**<br>**HAND DELIVERY** | **William J. Marsden, Jr.** – [marsden@fr.com]<br>**Sean P. Hayes** – [hayes@fr.com]<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801<br>(302) 652-5070 |
| **Koninklijke Philips Electronics N.V.**<br><br>**HAND DELIVERY** | **David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **E-MAIL** | **Alan M. Grimaldi** – [grimaldia@howrey.com]<br>**Thomas M. Dunham** – [dunhamt@howrey.com]<br>**Nelson M. Kee** – [keen@howrey.com]<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2401<br>(202) 783-0800 |
| **Kyocera Wireless Corp.**<br><br>**HAND DELIVERY** | **Robert J. Katzenstein** – [rjk@skfdelaware.com]<br>**Robert Karl Beste, III** – [rkb@skfdelaware.com]<br>Smith, Katzenstein, & Furlow<br>800 Delaware Avenue<br>Wilmington, DE 19801<br>302.652.8400 |
| **E-MAIL** | **Stuart Lubitz** – [slubitz@hhlaw.com]<br>**William Wright** – [whwright@hhlaw.com]<br>**Robert J. Benson** – [rjbensosn@hhlaw.com]<br>Hogan & Hartson LLP<br>500 S. Grand Avenue, Suite 1900<br>Los Angeles, CA 90071 |
| **Matsushita Electrical Corporation of America**<br>**Matsushita Electrical Industrial Co.**<br><br>**HAND DELIVERY** | **William J. Wade** – [wade@rlf.com]<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801<br>(302) 651-7718 |
| **E-MAIL** | **Steven J Rizzi** – [steven.rizzi@weil.com]<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>(212) 310-8734 |

| | |
|---|---|
| **Navman NZ Limited**<br>**Navman U.S.A. Inc.**<br><br>**HAND DELIVERY** | **Arthur G. Connolly, III** – [aconnollyIII@cblh.com]<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>(302) 658-9141 |
| **Olympus America Inc.**<br>**Olympus Corporation**<br><br>**HAND DELIVERY** | **John W. Shaw** – [jshaw@ycst.com]<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600 |
| **E-MAIL** | **George E. Badenoch** – [gbadenoch@kenyon.com]<br>**Richard M. Rosati** – [rrosati@kenyon.com]<br>**Michael J. Freno** – [mfreno@kenyon.com]<br>Kenyon & Kenyon LLP<br>One Broadway<br>New York, NY 10004<br>(212) 425-7200 |
| **Optrex America Inc.**<br><br>**HAND DELIVERY** | **Karen L. Pascale** – [kpascale@ycst.com]<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Fl.<br>Wilmington, DE 19801<br>302-571-6600 |
| **E-MAIL** | **Alexander E. Gasser** – [agasser@oblon.com]<br>**Richard D. Kelly** – [rkelly@oblon.com]<br>**Andrew M. Ollis** – [aollis@oblon.com]<br>Oblon Spivak McClelland Maier<br>& Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314<br>(703) 413-3000 |

| | |
|---|---|
| **Pentax Corporation**<br>**Pentax U.S.A. Inc.**<br><br>**HAND DELIVERY** | **Adam Wyatt Poff** – [apoff@ycst.com]<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600 |
| **E-MAIL** | **Neil F. Greenblum** – [ngreenblum@bgpatent.com]<br>**Michael J. Fink** – [mfink@bgpatent.com]<br>**P. Branko Pejic** – [bpejic@bgpatent.com]<br>Greenblum & Bernstein, P.L.C.<br>1950 Roland Clarke Place<br>Reston, VA 20191-1411<br>(703) 716-1191 |
| **Philips Consumer Electronics North America**<br>**Philips Electronics North America Corporation**<br><br>**HAND DELIVERY** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>**David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **E-MAIL** | **Alan M. Grimaldi** – [grimaldia@howrey.com]<br>**Thomas M. Dunham** – [dunhamt@howrey.com]<br>**Nelson M. Kee** – [keen@howrey.com]<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2401<br>(202) 783-0800 |
| **Quanta Display Inc.**<br><br>**HAND DELIVERY** | **Monté Terrell Squire** – [msquire@ycst.com]<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6713 |
| **E-MAIL** | **Peter J. Wied** – [peterwied@paulhastings.com]<br>Paul, Hastings, Janofsky & Walker LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071<br>(213) 683-6000 |

| | |
|---|---|
| **Samsung SDI America Inc.**<br>**Samsung SDI Co. Ltd.**<br><br>**HAND DELIVERY** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>**David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **E-MAIL** | **Stephen Korniczky** –<br>[stephenkorniczky@paulhastings.com]<br>**Elizabeth L. Brann** – [elizabethbrann@paulhastings.com]<br>Paul, Hastings, Janofsky & Walker LLP<br>3579 Valley Centre Drive<br>San Diego, CA 92130<br>(858) 720-2500 |
| **E-MAIL** | **Hamilton Loeb** – [hamiltonloeb@paulhastings.com]<br>**Carolyn E. Morris** – [carolynmorris@paulhastings.com]<br>**Alana A. Prills** – [alanaprills@paulhastings.com]<br>Paul, Hastings, Janofsky & Walker LLP<br>875 15th Street, N.W.<br>Washington, D.C. 20005<br>(202) 551-1700 |
| **Seiko Epson Corporation**<br><br>**HAND DELIVERY** | **Robert J. Katzenstein** – [rjk@skfdelaware.com]<br>Smith, Katzenstein, & Furlow<br>800 Delaware Ave.<br>Wilmington, DE 19801<br>(302) 652-8400 |
| **E-MAIL** | **Stuart Lubitz** – [slubitz@hhlaw.com[<br>**Robert J. Benson** – [rjbenson@hhlaw.com]<br>Hogan & Hartson<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>(310) 785-4600 |
| **Sony Corp of America**<br>**Sony Corporation**<br><br>**HAND DELIVERY** | **John W. Shaw** – [jshaw@ycst.com]<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600 |
| **E-MAIL** | **John Flock** – [jflock@kenyon.com]<br>**Robert Hails** – [rhails@kenyon.com]<br>Kenyon & Kenyon LLP<br>One Broadway<br>New York, NY 10004<br>(212) 425-7200 |

| | |
|---|---|
| **Sony Ericsson Mobile Communications (USA) Inc.**<br>**Sony Ericsson Mobile Communications AB**<br><br>**HAND DELIVERY** | **Francis DiGiovanni** – [fdigiovanni@cblh.com]<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>(302) 658-9141 |
| **ST Liquid Crystal Display Corp.**<br><br>**HAND DELIVERY** | **John Shaw** – [jshaw@ycst.com]<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6689 |
| **E-MAIL** | **John Flock** – [jflock@kenyon.com]<br>**Robert Hails** – [rhails@kenyon.com]<br>**Clement J. Naples** – [cnaples@kenyon.com]<br>Kenyon & Kenyon LLP<br>One Broadway<br>New York, NY 10004<br>(212) 425-7200 |

| | |
|---|---|
| **Toppoly Optoelectronics Corp.**<br><br>**HAND DELIVERY** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>**David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **E-MAIL** | **E. Robert Yoches** – [bob.yoches@finnegan.com]<br>**Elizabeth Niemeyer** [elizabeth.niemeyer@finnegan.com]<br>Finnegan, Henderson, Farabow, Garrett<br>& Dunner, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001<br>(202) 408-4000 |
| **E-MAIL** | **York M. Faulkner** – [york.faulkner@finnegan.com]<br>Finnegan, Henderson, Farabow, Garrett<br>& Dunner, L.L.P.<br>11955 Freedom Drive<br>Reston, VA 20190<br>(571) 203-2700 |
| **E-MAIL** | **John R. Alison** – [john.alison@finnegan.com]<br>Finnegan, Henderson, Farabow, Garrett<br>& Dunner, L.L.P.<br>12D, 167 DunHua North Road<br>Taipeo 105, Taiwan, ROC<br>(886) 2-2712-7001 |
| **Toshiba America Inc.**<br>**Toshiba Corporation**<br><br>**HAND DELIVERY** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>**David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **E-MAIL** | **Arthur I. Neustadt** – [aneustadt@oblon.com]<br>**Carl E. Schlier-** [cschlier@oblon.com]<br>Oblon Spivak McClelland Maier<br>& Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314<br>(703) 413-3000 |

| | |
|---|---|
| **Wintek Corp.**<br>**Wintek Electro-Optics Corporation**<br><br>**HAND DELIVERY** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>**David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **E-MAIL** | **E. Robert Yoches** – [bob.yoches@finnegan.com]<br>**Elizabeth Niemeyer** [elizabeth.niemeyer@finnegan.com]<br>Finnegan, Henderson, Farabow, Garrett<br>& Dunner, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001<br>(202) 408-4000 |
| **E-MAIL** | **York M. Faulkner** – [york.faulkner@finnegan.com]<br>Finnegan, Henderson, Farabow, Garrett<br>& Dunner, L.L.P.<br>11955 Freedom Drive<br>Reston, VA 20190<br>(571) 203-2700 |
| **E-MAIL** | **John R. Alison** – [john.alison@finnegan.com]<br>Finnegan, Henderson, Farabow, Garrett<br>& Dunner, L.L.P.<br>12D, 167 DunHua North Road<br>Taipeo 105, Taiwan, ROC<br>(886) 2-2712-7001 |

PLEASE TAKE FURTHER NOTICE that on April 11, 2006, this Notice of Service was filed with the Clerk of the Court using CM/ECF and served as indicated above.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
msquire@ycst.com

Dated: April 11, 2006

Attorneys for Quanta Display, Inc.