# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER INC., et al, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 04-1338-KAJ ) ) ) ) ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Defendant Arima Display Corporation shall file its Reply in Support of It's Motion to Dismiss for Lack of Personal Jurisdiction is extended through and including April 17, 2006.

| RICHARDS, LAYTON & FINGER | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| By: _____ <br> William J. Wade (#704) <br> Matthew W. King (#4566) <br> One Rodney Square <br> P. O. Box 551 <br> Wilmington, DE 19899 <br> (302) 651-7700 <br> wade@rlf.com <br> king@rlf.com | By: /s/ Leslie A Polizoti <br> Thomas C. Grimm, Esquire <br> Leslie A. Polizoti, Esquire <br> Morris, Nichols, Arsht & Tunnell <br> Chase Manhattan Centre <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> tgrimm@mnat.com <br> lpolizoti@mnat.com |
| Attorneys for Defendant Arima Display Corporation | Attorneys for Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. |
| Dated: April 13, 2006 | Dated: April 13, 2006 |

RLF1-3002966-1

IT IS SO ORDERED, this _____ day of _____, 2006.

_____
United States District Judge

RLF1-3002966-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 13, 2006, copies of the foregoing document were served on the following attorneys of record in the manner and at the addresses indicated:

**BY HAND**

| | |
|---|---|
| Thomas C. Grimm, Esquire<br>Leslie A. Polizoti, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>Chase Manhattan Centre<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>tgrimm@mnat.com<br>lpolizoti@mnat.com | Adam Wyatt Poff, Esquire<br>Young, Conaway, Stargatt & Taylor<br>17th Floor, The Brandywine Building<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE 19899<br>apoff@ycst.com |
| Thomas L. Halkowski, Esquire<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>halkowski@fr.com | Francis DiGiovanni, Esquire<br>Connolly, Bove, Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>fdigiovanni@cblh.com |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon<br>6th Floor, Hercules Plaza<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>rhorowitz@potteranderson.com | Arthur G. Connolly, III, Esquire<br>Connolly Bove Lodge & Hutz<br>8th Floor, The Nemours Building<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>aconnollyIII@cblh.com |

RLF1-3002977-1

| | |
|---|---|
| David E. Moore, Esquire<br>Potter Anderson & Corroon<br>6th Floor, Hercules Plaza<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>dmoore@potteranderson.com | Amy Evans, Esquire<br>Cross & Simons, LLC<br>Suite 1001, 913 N. Market Street<br>P.O. Box 1380<br>Wilmington, DE 19899<br>aevans@crosslaw.com |
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>cottrell@rlf.com | Robert J. Katzenstein, Esquire<br>Smith, Katzenstein & Furlow LLP<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899<br>rkatzenstein@skdelaware.com |
| Philip A. Rovner, Esquire<br>Potter Anderson & Corroon<br>6th Floor, Hercules Plaza<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>provner@potteranderson.com | David J. Margules, Esquire<br>Bouchard, Margules, Friedlander<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>dmargules@BMF-law.com |
| John W. Shaw, Esquire<br>Young, Conaway, Stargatt & Taylor<br>17th Floor, The Brandywine Building<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE 19899<br>jshaw@ycst.com | Karen L. Pascale, Esquire<br>Young, Conaway, Stargatt & Taylor<br>17th Floor, The Brandywine Building<br>1000 West Street<br>Wilmington, DE 19899<br>kpascale@ycst.com |
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899<br>marsden@fr.com | Monte Terrell Squire, Esquire<br>Young, Conaway, Stargatt & Taylor<br>17th Floor, The Brandywine Building<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE 19899<br>msquire@ycst.com |

/s/ Matthew L. King

Matthew W. King (#4566)
king@rlf.com

Dated: April 13, 2006

RLF1-3002977-1