**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and<br>HONEYWELL INTELLECTUAL PROPERTIES INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1338-KAJ |
| | ) | |
| APPLE COMPUTER INC., et al, | ) | |
| | ) | |
| Defendants. | ) | |

**SUPPLEMENTAL DECLARATION OF HSING-HUNG SHEN**
**IN SUPPORT OF ARIMA DISPLAY CORP.'S**
<u>**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**</u>

I, Hsing-Hung Shen, declare as follows:

1.   This declaration is offered to supplement my declaration executed on March 23, 2006, which was made in support of Arima Display's Motion to Dismiss for lack of Personal Jurisdiction.

2.   Arima Display has sold 2.66 inch LCD modules to Arima Computer Corporation for Arima Computer Corporation's internal use. Arima Display does not sell or supply to Arima Computer Corporation any LCD modules that Arima Computer Corporation incorporates into electronic products that are sold, distributed or assembled in the United States.

3.   Arima Display has four customers located in the United States. Those customers are:

    1.   AZ Displays
       Aliso Viejo, CA

    2.   Silicon Motion, Inc.
       San Jose, CA

    3.   Zebra Technologies Corporation
       Warwick, RI

    4.   Trade Management Solutions
       Plano, TX

4. The identities of Arima Display's Asian customers that manufacture end products that may be sold in the United States are:

    1. Arima Communications, Inc.
       Taipei, Taiwan

    2. VTech Telecommunications Ltd.
       Tai Po, Hong Kong

    3. Kaohsiung-Hitachi Electronics Co. Ltd.
       Kaohsiung, Taiwan

    4. Wistron
       Hsinchu, Taiwan

5. Arima Display has one European customer that manufactures end products that may be sold in the United States. That customer is:

    1. EM Microelectronics-Marin S.A.
       Marin, Switzerland

6. The page attached hereto as Exhibit A is not a request for quotation form in Chinese for any product manufactured by Arima Display. Rather, the page includes an error message indicating that the website cannot be found.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 17, 2006

_Hsing-Hung Shen_
Hsing-Hung Shen
Special Assistant to the President, Arima Display

# EXHIBIT A

找不到這個網頁

您所要找的網頁可能已經被移除了，可能是它的名稱已經變更，或暫時無法使用。

請嘗試執行下列動作：

- 如果您是在 [網址] 列鍵入網址，請確認網址的拼字是否正確。
- 開啟 www.anima.com.tw 首頁，然後查看您想尋找之資訊的連結。
- 按一下上一頁按鈕，試試其他的連結。

HTTP 404 - 找不到檔案
Internet Information Services

技術資訊 (供技術支援人員使用)

- 其他資訊：
  Microsoft Support

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 17, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following, and the document is available for viewing and downloading from CM/ECF, and the document has also been served as indicated:

### <u>BY HAND</u>

Thomas C. Grimm, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell
Chase Manhattan Centre
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
tgrimm@mnat.com
lpolizoti@mnat.com

Adam Wyatt Poff, Esquire
Young, Conaway, Stargatt & Taylor
17th Floor, The Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, DE  19899
apoff@ycst.com

Thomas L. Halkowski, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
halkowski@fr.com

Francis DiGiovanni, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899
fdigiovanni@cblh.com

Richard L. Horwitz, Esquire
Potter Anderson & Corroon
6th Floor, Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899
rhorowitz@potteranderson.com

Arthur G. Connolly, III, Esquire
Connolly Bove Lodge & Hutz
8th Floor, The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
aconnollyIII@cblh.com

-1-

David E. Moore, Esquire
Potter Anderson & Corroon
6th Floor, Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899
dmoore@potteranderson.com

Amy Evans, Esquire
Cross & Simons, LLC
Suite 1001, 913 N. Market Street
P.O. Box 1380
Wilmington, DE  19899
aevans@crosslaw.com

Frederick L. Cottrell, III, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
cottrell@rlf.com

Robert J. Katzenstein, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899
rkatzenstein@skdelaware.com

Philip A. Rovner, Esquire
Potter Anderson & Corroon
6th Floor, Hercules Plaza
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899
provner@potteranderson.com

David J. Margules, Esquire
Bouchard, Margules, Friedlander
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801
dmargules@BMF-law.com

John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor
17th Floor, The Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, DE  19899
jshaw@ycst.com

Karen L. Pascale, Esquire
Young, Conaway, Stargatt & Taylor
17th Floor, The Brandywine Building
1000 West Street
Wilmington, DE  19899
kpascale@ycst.com

William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899
marsden@fr.com

Monte Terrell Squire, Esquire
Young, Conaway, Stargatt & Taylor
17th Floor, The Brandywine Building
1000 West Street
P.O. Box 391
Wilmington, DE  19899
msquire@ycst.com

William J. Wade  (#704)

Dated:  April 17, 2006