# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

WILLIAM J. WADE
DIRECTOR

DIRECT DIAL NUMBER
302-651-7718
WADE@RLF.COM

April 19, 2006

**BY E-FILING**

The Honorable Kent A. Jordan
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    *Honeywell International Inc., et al. v. Apple Computer, Inc., et al.*,
             C.A. No. 04-1338-KAJ

Dear Judge Jordan:

      Pursuant to Local Rule 7.1.4, defendant Arima Display Corporation respectfully requests that the Court schedule oral argument on its Motion to Dismiss for Lack of Personal Jurisdiction.

                                                                          Respectfully,

                                                                        William J. Wade   (#704)

WJW/bw
Enclosure

cc:
      Clerk of the Court (By ECF and Hand Delivery)
      Thomas C. Grimm, Esquire (By ECF and Hand Delivery
      All Other Local Counsel of Record (By ECF)