IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | C.A. No. 04-1338-KAJ |
| ) | |
| APPLE COMPUTER, INC., *et al.*, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Hua Chen, Jay C. Chiu, Sang N. Dang, Maxwell A. Fox, Terry D. Garnett, Peter J. Wied, and Vincent K. Yip of Paul, Hastings, Janofsky & Walker LLP to represent Quanta Display, Inc. in this matter.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Monté T. Squire (No. 4764)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
msquire@ycst.com

*Attorneys for Quanta Display, Inc.*

Dated: April 25, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for the admission pro hac vice of Hua Chen, Jay C. Chiu, Sang N. Dang, Maxwell A. Fox, Terry D. Garnett, Peter J. Wied, and Vincent K. Yip is granted.

Date: April ___, 2006

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and was admitted to practice before the state courts in 2004 and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

_____
Hua Chen
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
(213) 683-6236

Date: 4/12/06

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and was admitted to practice before the state courts in 1999 and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

Jay C. Chiu
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
(213) 683-6315

Date: April 12, 2006

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and was admitted to practice before the state courts in 2001and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

Sang N. Dang
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
(213) 683-6251

Date: 4/17/06

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and was admitted to practice before the state courts in 1998 and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

_____
Maxwell A. Fox
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
(213) 683-6173

Date: 4/12/06

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and was admitted to practice before the state courts in 1990 and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

_____
Terry D. Garnett
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
(213) 683-6247

Date: 4/12/06

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and was admitted to practice before the state courts in 1998 and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

_____
Peter J. Wied
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
(213) 683-6276

Date: 4/12/06

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and was admitted to practice before the state courts in 1994 and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

_____
Vincent K. Yip
Paul, Hastings, Janofsky & Walker LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
(213) 683-6015

Date: 4/18/06

**CERTIFICATE OF SERVICE**

   I, **Monté T. Squire,** hereby certify that on April 25, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following registered parties listed below.

   Additionally, I certify that on April 25, 2006 I caused a copy of the foregoing document to be served by hand-delivery on the below-listed local counsel and by e-mail on the below-listed non-registered participants:

| | |
|---|---|
| **Apple Computer Inc.** | **Thomas Lee Halkowski** – [halkowski@fr.com]<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801<br>(302) 652-5070 |
| **Argus a/k/a Hartford Computer Group, Inc.** | **Amy Elizabeth Evans** – [aevans@crosslaw.com]<br>Cross & Simon, LLC<br>913 North Market Street, 11th Floor<br>Wilmington, DE 19801<br>(302) 777-4200 |
| **Arima Display** | **William J. Wade** – [wade@rlf.com]<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801<br>(302) 651-7718<br><br>**Dan C. Hu** – [hu@tphm.com]<br>**Diana M. Sangalli** – [dsangalli@tphm.com]<br>Trop, Pruner & Hu, P.C.<br>8554 Katy Freeway, Suite 100<br>Houston, TX  77024<br>(713) 468-8880 |

| | |
|---|---|
| **BOE-Hydis Technology Co Ltd.** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>**David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000<br><br>**Kevin M. O'Brien** – [boehydis@bakernet.com]<br>**Jennifer Ancona Semko**<br>**Steven T. Dickey**<br>Baker & McKenzie LLP<br>815 Connecticut Avenue, N.W.<br>Washington, D.C. 20006<br>(202) 452-7032 |
| **Casio Computer Co., LTD** | **Thomas Lee Halkowski** – [halkowski@fr.com]<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801<br>(302) 652-5070<br><br>**John T. Johnson** – [jjohnson@fr.com]<br>**Lewis E. Hudnell** – [lhudnell@fr.com]<br>Fish & Richardson P.C.<br>153 East 53rd Street<br>New York, NY 10022-4611<br>(212) 765-5070 |
| **Casio Inc.** | **Thomas Lee Halkowski** – [halkowski@fr.com]<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801<br>(302) 652-5070<br><br>**John T. Johnson** – [jjohnson@fr.com]<br>**Lewis E. Hudnell** – [lhudnell@fr.com]<br>Fish & Richardson P.C.<br>153 East 53rd Street<br>New York, NY 10022-4611<br>(212) 765-5070 |
| **Citizen Displays Co Ltd**<br><br>**Citizen Watch Co Ltd** | **David J. Margules** – [dmargules@BMF-law.com]<br>Bouchard, Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>(302) 573-3500 |

2

| | |
|---|---|
| **Concord Cameras** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **Dell Inc.** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000<br><br>**Willem G. Schuurman** –[bschuurman@velaw.com]<br>**Roderick B. Williams** – [rickwilliams@velaw.com]<br>**Avelyn M. Ross** – [aross@velaw.com]<br>Vinson & Elkins LLP<br>2801 Via Fortuna, Suite 100<br>Austin, TX  78746-7568<br>(512) 542-8400 |
| **Eastman Kodak Comp.** | **Frederick L. Cottrell, III** – [cottrell@rlf.com]<br>**Chad M. Shandler** – [shandler@rlf.com]<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801<br>(302) 658-6541<br><br>**Paul J. Yesawich, III** – [pyesawich@harrisbeach.com]<br>**Neal L. Slifkin** – [nslifkin@harrisbeach.com]<br>**David J. Edwards** – [dedwards@harrisbeach.com]<br>**Laura W. Smalley** – [lsmalley@harrisbeach.com]<br>Harris Beach PLLC<br>99 Garnsey Road<br>Pittsford, NY  14534<br>(585) 419-8800 |

| | |
|---|---|
| **Fuji Photo Film Co. Ltd.**<br><br>**Fuji Photo Film U.S.A. Inc.** | **Philip A. Rovner** – [provner@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000<br><br>**Lawrence Rosenthal** – [lrosenthal@stroock.com]<br>**Matthew W. Siegal** – [msiegal@stroock.com]<br>**Kevin C. Ecker** – [kecker@stroock.com]<br>**Angie M. Hankins** - [ahankins@stroock.com]<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038<br>(212) 806-5400 |
| **Fujitsu America Inc.**<br><br>**Fujitsu Computer Products of America Inc.**<br><br>**Fujitsu Limited** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000<br><br>**Parker H. Bagley** – [pbagley@milbank.com]<br>**Christopher E. Chalsen** – [cchalsen@milbank.com]<br>**Christopher J. Gaspar** – [cgaspar@milbank.com]<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>(212) 530-5000 |
| **HannStar Display Corporation** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>**David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000<br><br>**John M. Caracappa** – [jcaracappa@akingump.com]<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, NW<br>Washington, D.C. 20036<br>(202) 887-4000 |

4

| | |
|---|---|
| **Hitachi Display Devices, Ltd.**<br><br>**Hitachi Displays Ltd.**<br><br>**Hitachi Ltd.**<br><br>**Hitachi Electronic Devices (USA) Inc.** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>**David Ellis Moore** - [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000<br><br>**Robert L. Maier** – [robert.Maier@BakerBotts.com]<br>**Robert C. Scheinfeld** [robert.scheinfeld@bakerbotts.com]<br>**Neil P. Sirota** – [neil.sirota@bakerbotts.com]<br>Baker Botts LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(212) 408-2500 |
| **Honeywell Intellectual Properties, Inc.**<br><br>**Honeywell International Inc.** | **Thomas C. Grimm** – [tgrimm@mnat.com]<br>**Leslie A. Polizoti** – [lpolizoti@mnat.com]<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801<br>(302) 658-9200<br><br>**Martin R. Lueck** – [MRLueck@rkmc.com]<br>**Matthew L. Woods** – [MLWoods@rkmc.com]<br>**Stacie E. Oberts** – [SEOberts@rkmc.com]<br>**Michael D. Okerlund** – [MDOkerlund@rkmc.com]<br>**Denise S. Rahne** – [DSRahne@rkmc.com]<br>**Peter N. Surdo** – [PNSurdo@rkmc.com]<br>**Marta M. Chou** – [MMChou@rkmc.com]<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402-2015<br>(612) 349-8500<br><br>**Anthony A. Froio** - [AAFroio@rkmc.com]<br>**Marc N. Henschke** – [MNHenschke@rkmc.com]<br>**Alan E McKenna** – [AEMcKenna@rkmc.com]<br>**Jeremy C. McDiarmid** – [JCMcDiarmid@rkmc.com]<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>111 Huntington Avenue, Suite 1300<br>Boston, MA 02199<br>(617) 267-2300 |

| | |
|---|---|
| **International Display Technology**<br><br>**International Display Technology USA Inc.** | **William J. Marsden, Jr.** – [marsden@fr.com]<br>**Sean P. Hayes** – [hayes@fr.com]<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801<br>(302) 652-5070 |
| **Koninklijke Philips Electronics N.V.** | **David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000<br><br>**Alan M. Grimaldi** – [grimaldia@howrey.com]<br>**Thomas M. Dunham** – [dunhamt@howrey.com]<br>**Nelson M. Kee** – [keen@howrey.com]<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2401<br>(202) 783-0800 |
| **Kyocera Wireless Corp.** | **Robert J. Katzenstein** – [rjk@skfdelaware.com]<br>**Robert Karl Beste, III** – [rkb@skfdelaware.com]<br>Smith, Katzenstein, & Furlow<br>800 Delaware Avenue<br>Wilmington, DE 19801<br>302.652.8400<br><br>**Stuart Lubitz** – [slubitz@hhlaw.com]<br>**William Wright** – [whwright@hhlaw.com]<br>**Robert J. Benson** – [rjbenson@hhlaw.com]<br>Hogan & Hartson LLP<br>500 S. Grand Avenue, Suite 1900<br>Los Angeles, CA 90071 |
| **Matsushita Electrical Corporation of America**<br><br>**Matsushita Electrical Industrial Co.** | **William J. Wade** – [wade@rlf.com]<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801<br>(302) 651-7718<br><br>**Steven J Rizzi** – [steven.rizzi@weil.com]<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>(212) 310-8734 |

6

| | |
|---|---|
| **Navman NZ Limited**<br><br>**Navman U.S.A. Inc.** | **Arthur G. Connolly, III** – [aconnollyIII@cblh.com]<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>(302) 658-9141 |
| **Olympus America Inc.**<br><br>**Olympus Corporation** | **John W. Shaw** – [jshaw@ycst.com]<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br><br>**George E. Badenoch** – [gbadenoch@kenyon.com]<br>**Richard M. Rosati** – [rrosati@kenyon.com]<br>**Michael J. Freno** – [mfreno@kenyon.com]<br>Kenyon & Kenyon LLP<br>One Broadway<br>New York, NY 10004<br>(212) 425-7200 |
| **Optrex America Inc.** | **Karen L. Pascale** – [kpascale@ycst.com]<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Fl.<br>Wilmington, DE 19801<br>302-571-6600<br><br>**Alexander E. Gasser** – [agasser@oblon.com]<br>**Richard D. Kelly** – [rkelly@oblon.com]<br>**Andrew M. Ollis** – [aollis@oblon.com]<br>Oblon Spivak McClelland Maier<br> & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314<br>(703) 413-3000 |

| | |
|---|---|
| **Pentax Corporation**<br><br>**Pentax U.S.A. Inc.** | **Adam Wyatt Poff** – [apoff@ycst.com]<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br><br>**Neil F. Greenblum** – [ngreenblum@bgpatent.com]<br>**Michael J. Fink** – [mfink@bgpatent.com]<br>**P. Branko Pejic** – [bpejic@bgpatent.com]<br>Greenblum & Bernstein, P.L.C.<br>1950 Roland Clarke Place<br>Reston, VA 20191-1411<br>(703) 716-1191 |
| **Philips Consumer Electronics North America**<br><br>**Philips Electronics North America Corporation** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>**David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000<br><br>**Alan M. Grimaldi** – [grimaldia@howrey.com]<br>**Thomas M. Dunham** – [dunhamt@howrey.com]<br>**Nelson M. Kee** – [keen@howrey.com]<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2401<br>(202) 783-0800 |
| **Quanta Display Inc.** | **Monté Terrell Squire** – [msquire@ycst.com]<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6713<br><br>**Peter J. Wied** – [peterwied@paulhastings.com]<br>Paul, Hastings, Janofsky & Walker LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071<br>(213) 683-6000 |

8

| | |
|---|---|
| **Samsung SDI America Inc.**<br>**Samsung SDI Co. Ltd.** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>**David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000<br><br>**Stephen S. Korniczky** –<br>[stephenkorniczky@paulhastings.com]<br>**Elizabeth L. Brann** – [elizabethbrann@paulhastings.com]<br>Paul, Hastings, Janofsky & Walker LLP<br>3579 Valley Centre Drive<br>San Diego, CA  92130<br>(858) 720-2500<br><br>**Hamilton Loeb** – [hamiltonloeb@paulhastings.com]<br>**Carolyn E. Morris** – [carolynmorris@paulhastings.com]<br>**Alana A. Prills** – [alanaprills@paulhastings.com]<br>Paul, Hastings, Janofsky & Walker LLP<br>875 15th Street, N.W.<br>Washington, D.C.  20005<br>(202) 551-1700 |
| **Seiko Epson Corporation** | **Robert J. Katzenstein** – [rjk@skfdelaware.com]<br>Smith, Katzenstein, & Furlow<br>800 Delaware Ave.<br>Wilmington, DE 19801<br>(302) 652-8400<br><br>**Stuart Lubitz** – [slubitz@hhlaw.com[<br>**Robert J. Benson** – [rjbenson@hhlaw.com]<br>Hogan & Hartson<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA  90067<br>(310) 785-4600 |

9

DB01:2065047.1                                                                                                                                                                     063672.1001

| | |
|---|---|
| **Sony Corp of America**<br>**Sony Corporation** | **John W. Shaw** – [jshaw@ycst.com]<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br><br>**John Flock** – [jflock@kenyon.com]<br>**Robert Hails** – [rhails@kenyon.com]<br>Kenyon & Kenyon LLP<br>One Broadway<br>New York, NY 10004<br>(212) 425-7200 |
| **Sony Ericsson Mobile**<br>**Communications (USA) Inc.**<br><br>**Sony Ericsson Mobile**<br>**Communications AB** | **Francis DiGiovanni** – [fdigiovanni@cblh.com]<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>(302) 658-9141 |
| **ST Liquid Crystal Display Corp.** | **John Shaw** – [jshaw@ycst.com]<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6689<br><br>**John Flock** – [jflock@kenyon.com]<br>**Robert Hails** – [rhails@kenyon.com]<br>**Clement J. Naples** – [cnaples@kenyon.com]<br>Kenyon & Kenyon LLP<br>One Broadway<br>New York, NY 10004<br>(212) 425-7200 |

| | |
|---|---|
| **Toppoly Optoelectronics Corp.** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>**David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000<br><br>**E. Robert Yoches** – [bob.yoches@finnegan.com]<br>**Elizabeth Niemeyer** [elizabeth.niemeyer@finnegan.com]<br>Finnegan, Henderson, Farabow, Garrett<br>  & Dunner, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001<br>(202) 408-4000<br><br>**York M. Faulkner** – [york.faulkner@finnegan.com]<br>Finnegan, Henderson, Farabow, Garrett<br>  & Dunner, L.L.P.<br>11955 Freedom Drive<br>Reston, VA 20190<br>(571) 203-2700<br><br>**John R. Alison** – [john.alison@finnegan.com]<br>Finnegan, Henderson, Farabow, Garrett<br>  & Dunner, L.L.P.<br>12D, 167 DunHua North Road<br>Taipeo 105, Taiwan, ROC<br>(886) 2-2712-7001 |
| **Toshiba America Inc.**<br><br>**Toshiba Corporation** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>**David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000<br><br>**Arthur I. Neustadt** – [aneustadt@oblon.com]<br>**Carl E. Schlier-** [cschlier@oblon.com]<br>Oblon Spivak McClelland Maier<br>  & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314<br>(703) 413-3000 |

11

| | |
|---|---|
| **Wintek Corp.**<br><br>**Wintek Electro-Optics Corporation** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>**David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000<br><br>**E. Robert Yoches** – [bob.yoches@finnegan.com]<br>**Elizabeth Niemeyer** [elizabeth.niemeyer@finnegan.com]<br>Finnegan, Henderson, Farabow, Garrett<br> & Dunner, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001<br>(202) 408-4000<br><br>**York M. Faulkner** – [york.faulkner@finnegan.com]<br>Finnegan, Henderson, Farabow, Garrett<br> & Dunner, L.L.P.<br>11955 Freedom Drive<br>Reston, VA 20190<br>(571) 203-2700<br><br>**John R. Alison** – [john.alison@finnegan.com]<br>Finnegan, Henderson, Farabow, Garrett<br> & Dunner, L.L.P.<br>12D, 167 DunHua North Road<br>Taipeo 105, Taiwan, ROC<br>(886) 2-2712-7001 |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Monté T. Squire_
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
msquire@ycst.com

12