IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al.,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>APPLE COMPUTER, INC., et al.,<br><br>　　　Defendants. | C.A. No. 04-1338-KAJ<br><br>JURY TRIAL DEMANDED |

## **STIPULATION AND ORDER TO EXTEND TIME**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective parties, and subject to approval of the Court, that the time within which Defendants International Display Technology and International Display Technology USA, Inc. shall respond to:

　　(a) Plaintiff's First Set of Document Requests To International Display Technology;

　　(b) Plaintiff's First Set of Interrogatories To International Display Technology;

　　(c) Plaintiff's First Set of Requests For Admission To International Display Technology;

　　(d) Plaintiff's First Set of Document Requests To International Display Technology USA, Inc.;

　　(e) Plaintiff's First Set of Interrogatories To International Display Technology USA, Inc.; and

　　(f) Plaintiff's First Set of Requests For Admission To International Display Technology USA, Inc.

　　is extended through and including May 29, 2006.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FISH & RICHARDSON P.C. |
| /s/ Leslie A. Polizoti | /s/ William J. Marsden, Jr. |
| Thomas C. Grimm (#1098) | William J. Marsden, Jr. (#2247) |
| Leslie A. Polizoti (#4299) | Sean P. Hayes (#4413) |
| 1201 N. Market Street | 919 N. Market Street, Suite 1100 |
| P.O. Box 1347 | P.O. Box 1114 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899-1114 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| *Honeywell International Inc. and* | *International Display Technology and* |
| *Honeywell Intellectual Properties Inc.* | *International Display Technology USA, Inc.* |

**SO ORDERED,** this ___ day of _____, 2006.

_____
United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of April, 2006, I electronically filed the attached **STIPULATION AND ORDER TO EXTEND TIME** with the Clerk of Court using CM/ECF which wills end notification of such filing(s) to the following individuals. A copy of this document was also hand delivered on this date.

Thomas C. Grimm
Morris Nichols Arsht & Tunnell LLP
Chase Manhattan Centre
1201 North Market Street, Suite 2100
P.O. Box 1347
Wilmington, DE  19899-1347

Frederick L. Cottrell, III
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza, 6th floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

William J. Wade
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

John W. Shaw
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th floor
P.O. Box 391
Wilmington, DE 19899-0391

Adam Wyatt Poff
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th floor
P.O. Box 391
Wilmington, DE 19899-0391

Francis DiGiovanni
Connolly Bove Lodge & Hutz
The Nemours Building, 8th floor
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Arthur G. Connolly, III
Connolly Bove Lodge & Hutz
The Nemours Building, 8th floor
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Amy Evans
Cross & Simons, LLC
913 N. Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE 19899-1380

Karen L. Pascale
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th floor
P.O. Box 391
Wilmington, DE 19899-0391

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th floor
Wilmington, DE 19899

Robert J. Katzenstein  
Smith, Katzenstein & Furlow  
800 Delaware Avenue, 7th floor  
P.O. Box 410  
Wilmington, DE 19899  

David J. Margules  
John M. Seaman  
Bouchard Margules & Friedlander, P.A.  
222 Delaware Avenue, Suite 1400  
Wilmington, DE 19801  

Thomas L. Halkowski  
Fish & Richardson P.C.  
919 N. Market Street, Suite 1100  
P.O. Box 1114  
Wilmington, DE 19899-1114  

Paul A. Bradley  
Thomas D. Walsh  
McCarter & English, LLP  
919 N. Market Street, Suite 1800  
Wilmington, DE 19801  

Matthew Neiderman  
Duane Morris LLP  
1100 N. Market Street, Suite 1200  
Wilmington, DE 19801  

/s/ *William J. Marsden, Jr.*  
William J. Marsden, Jr.