IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC.<br>and HONEYWELL INTELLECTUAL<br>PROPERTIES INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>APPLE COMPUTER, INC., et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 04-1338-KAJ<br>)<br>)   Consolidated<br>)<br>)<br>) |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. ("Honeywell") and defendant Seiko Epson Corporation ("Seiko"), subject to the approval of the Court, that: (1) the time for Seiko to respond to Honeywell's outstanding discovery requests is extended for one week to, and including, May 5, 2006, and (2) the time for Honeywell to respond to Seiko's outstanding discovery requests is extended for one week to, and including, May 15, 2006.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SMITH, KATZENSTEIN & FURLOW LLP |
|---|---|
| */s/ Thomas C. Grimm*<br>_____<br>Thomas C. Grimm (#1098)<br>Leslie A. Polizoti (#4299)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>*Attorneys for Honeywell International Inc.*<br>*and Honeywell Intellectual Properties Inc.* | */s/ Robert J. Katzenstein*<br>_____<br>Robert J. Katzenstein (#378)<br>Robert Karl Beste, III (#3931)<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE  19899<br>(302) 652-8400<br>*Attorneys for Defendant Seiko Epson*<br>*Corporation* |

2

SO ORDERED this _____ day of April, 2006.

_____
United States District Judge

517673

CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Elizabeth L. Brann, John M. Caracappa, Christopher E. Chalsen, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Amy Elizabeth Evans, York M. Faulkner, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Richard L. Horwitz, Dan C. Hu, John T. Johnson, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, Stephen S. Korniczky, Hamilton Loeb, Robert Maier, David J. Margules, David Ellis Moore, Carolyn E. Morris, Arthur I. Neustadt, Elizabeth A. Niemeyer, Kevin M. O'Brien, Gerard M. O'Rourke, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, Alana A. Prills, Steven J. Rizzi, Avelyn M. Ross, Philip A. Rovner, Diana M. Sangelli, Robert C. Scheinfeld, Carl E. Schlier, John M. Seaman, Chad Michael Shandler, John W. Shaw, Neil P. Sirota, Monte Terrell Squire, William J. Wade, Roderick B. Williams and Edward R. Yoches.

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tcgefiling@mnat.com

517673