IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-1338-KAJ |
| v. | ) ) | Consolidated |
| APPLE COMPUTER, INC., et al., | ) ) | |
| Defendants. | ) | |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. ("Honeywell") and defendants Citizen Watch Co., Ltd. and Citizen Displays Co., Ltd. ("Citizen"), subject to the approval of the Court, that the time for Citizen to respond to Honeywell's outstanding discovery requests is extended to, and including, May 19, 2006.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BOUCHARD, MARGULES & FRIEDLANDER, P.A. |
|---|---|
| */s/ Thomas C. Grimm* | */s/ John M. Seaman* |
| Thomas C. Grimm (#1098) | David Margules (#2554) |
| Leslie A. Polizoti (#4299) | John M. Seaman (#3868) |
| 1201 N. Market Street | 222 Delaware Avenue |
| P.O. Box 1347 | Suite 1400 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 573-3500 |
| *Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.* | *Attorneys for Defendants Citizen Watch Co., Ltd. and Citizen Displays Co. Ltd.* |

SO ORDERED this _____ day of April, 2006.

_____
United States District Judge

517871

CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Elizabeth L. Brann, John M. Caracappa, Christopher E. Chalsen, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Amy Elizabeth Evans, York M. Faulkner, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Richard L. Horwitz, Dan C. Hu, John T. Johnson, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, Stephen S. Korniczky, Hamilton Loeb, Robert Maier, David J. Margules, David Ellis Moore, Carolyn E. Morris, Arthur I. Neustadt, Elizabeth A. Niemeyer, Kevin M. O'Brien, Gerard M. O'Rourke, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, Alana A. Prills, Steven J. Rizzi, Avelyn M. Ross, Philip A. Rovner, Diana M. Sangelli, Robert C. Scheinfeld, Carl E. Schlier, John M. Seaman, Chad Michael Shandler, John W. Shaw, Neil P. Sirota, Monte Terrell Squire, William J. Wade, Roderick B. Williams and Edward R. Yoches.

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tcgefiling@mnat.com

517871