IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-1338-KAJ |
| v. | ) ) | Consolidated |
| APPLE COMPUTER, INC., et al., | ) ) | |
| Defendants. | ) | |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. ("Honeywell") and defendants Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc. ("Fuji"), subject to the approval of the Court, that the time for Fuji to respond to Honeywell's outstanding discovery requests is extended for thirty (30) days to, and including, May 30, 2006.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Thomas C. Grimm* | */s/ Philip A. Rovner* |
| Thomas C. Grimm (#1098) | Philip A. Rovner (#3215) |
| Leslie A. Polizoti (#4299) | Hercules Plaza, 6th Floor |
| 1201 N. Market Street | 1313 N. Market Street |
| P.O. Box 1347 | P.O. Box 951 |
| Wilmington, DE  19899-1347 | Wilmington, DE  19899 |
| (302) 658-9200 | (302) 984-6000 |
| *Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.* | *Attorneys for Defendants Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc.* |

SO ORDERED this _____ day of April, 2006.

_____
United States District Judge

518017

CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Elizabeth L. Brann, John M. Caracappa, Christopher E. Chalsen, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Amy Elizabeth Evans, York M. Faulkner, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Richard L. Horwitz, Dan C. Hu, John T. Johnson, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, Stephen S. Korniczky, Hamilton Loeb, Robert Maier, David J. Margules, David Ellis Moore, Carolyn E. Morris, Arthur I. Neustadt, Elizabeth A. Niemeyer, Kevin M. O'Brien, Gerard M. O'Rourke, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, Alana A. Prills, Steven J. Rizzi, Avelyn M. Ross, Philip A. Rovner, Diana M. Sangelli, Robert C. Scheinfeld, Carl E. Schlier, John M. Seaman, Chad Michael Shandler, John W. Shaw, Neil P. Sirota, Monte Terrell Squire, William J. Wade, Roderick B. Williams and Edward R. Yoches.

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tcgefiling@mnat.com

518017