IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-1338-KAJ |
| v. | ) ) | (C.A. No. 04-1536-KAJ) |
| APPLE COMPUTER, INC., et al., | ) ) ) | CONSOLIDATED |
| Defendants. | ) | |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. ("Honeywell") and defendant Optrex America, Inc. ("Optrex"), that: (1) the time for Optrex to respond to Honeywell's outstanding discovery requests is extended to, and including, May 9, 2006, and (2) the time for Honeywell to respond to Optrex's outstanding discovery requests is extended to, and including, May 10, 2006.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Thomas C. Grimm* | */s/ Karen L. Pascale* |
| _____ | _____ |
| Thomas C. Grimm (#1098) | Karen L. Pascale (#2903) |
| Leslie A. Polizoti (#4299) | 1000 West Street |
| 1201 N. Market Street | 17th Floor |
| P.O. Box 1347 | P.O. Box 391 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899-0301 |
| (302) 658-9200 | (302) 571-6600 |
| *Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.* | *Attorneys for Defendant Optrex America, Inc.* |

518001

CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Elizabeth L. Brann, John M. Caracappa, Christopher E. Chalsen, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Amy Elizabeth Evans, York M. Faulkner, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Richard L. Horwitz, Dan C. Hu, John T. Johnson, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, Stephen S. Korniczky, Hamilton Loeb, Robert Maier, David J. Margules, David Ellis Moore, Carolyn E. Morris, Arthur I. Neustadt, Elizabeth A. Niemeyer, Kevin M. O'Brien, Gerard M. O'Rourke, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, Alana A. Prills, Steven J. Rizzi, Avelyn M. Ross, Philip A. Rovner, Diana M. Sangelli, Robert C. Scheinfeld, Carl E. Schlier, John M. Seaman, Chad Michael Shandler, John W. Shaw, Neil P. Sirota, Monte Terrell Squire, William J. Wade, Roderick B. Williams and Edward R. Yoches.

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tcgefiling@mnat.com

518001