IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-1338-KAJ |
| v. | ) ) | Consolidated |
| APPLE COMPUTER, INC., et al., | ) ) | |
| Defendants. | ) | |

**SECOND STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. ("Honeywell") and defendant Seiko Epson Corporation ("Seiko"), subject to the approval of the Court, that, in light of Golden Week in Japan: (1) the time for Seiko to respond to Honeywell's outstanding discovery requests is extended for one week to, and including, May 12, 2006, and (2) the time for Honeywell to respond to Seiko's outstanding discovery requests is extended for one week to, and including, May 22, 2006.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SMITH, KATZENSTEIN & FURLOW LLP |
|---|---|
| */s/ Thomas C. Grimm* | */s/ Robert J. Katzenstein* |
| Thomas C. Grimm (#1098) | Robert J. Katzenstein (#378) |
| Leslie A. Polizoti (#4299) | Robert Karl Beste, III (#3931) |
| 1201 N. Market Street | 800 Delaware Avenue, 7th Floor |
| P.O. Box 1347 | P.O. Box 410 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 652-8400 |
| *Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.* | *Attorneys for Defendant Seiko Epson Corporation* |

2

SO ORDERED this _____ day of May, 2006.

_____
United States District Judge

518282

CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Elizabeth L. Brann, John M. Caracappa, Christopher E. Chalsen, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Amy Elizabeth Evans, York M. Faulkner, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Richard L. Horwitz, Dan C. Hu, John T. Johnson, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, Stephen S. Korniczky, Hamilton Loeb, Robert Maier, David J. Margules, David Ellis Moore, Carolyn E. Morris, Arthur I. Neustadt, Elizabeth A. Niemeyer, Kevin M. O'Brien, Gerard M. O'Rourke, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, Alana A. Prills, Steven J. Rizzi, Avelyn M. Ross, Philip A. Rovner, Diana M. Sangelli, Robert C. Scheinfeld, Carl E. Schlier, John M. Seaman, Chad Michael Shandler, John W. Shaw, Neil P. Sirota, Monte Terrell Squire, William J. Wade, Roderick B. Williams and Edward R. Yoches.

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tcgefiling@mnat.com

518282