IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL INC., and  )
HONEYWELL INTELLECTUAL PROPERTIES  )
INC.,                              )
                                   )
        Plaintiffs,             )  Civil Action No. 04-1338-KAJ
                                   )
v.                                 )
                                   )
APPLE COMPUTER, INC., et al.,      )
                                   )
        Defendants.             )

## ORDER

For the reasons set forth by the Court during the oral argument on May 4, 2006,

IT IS HEREBY ORDERED that ST-LCD's motion to dismiss (D.I. 324) is DENIED without prejudice and that plaintiffs' request for jurisdictional discovery is granted.

                                                          _\[signature\]_
                                                UNITED STATES DISTRICT JUDGE

May 5, 2006
Wilmington, Delaware