IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C.A. No. 04-1338 (KAJ) |
| APPLE COMPUTER, INC., et al., | ) ) ) | |
| Defendants. | ) | |

### ORDER

WHEREAS, Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. (collectively "Honeywell"), have filed Honeywell's Motion For Leave To File Sur-Reply In Opposition To Arima Display's Motion To Dismiss For Lack Of Personal Jurisdiction, and

WHEREAS, the Court having considered argument of the parties and found good cause for the motion,

IT IS HEREBY ORDERED this ___ day of _____, 2006 that Honeywell's Motion For Leave To File Sur-Reply is granted.

_____
United States District Court Judge

520471