UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

HONEYWELL INTERNATIONAL INC. and
HONEYWELL INTELLECTUAL PROPERTIES
INC.,

      Plaintiffs,

v.

APPLE COMPUTER, INC., et al.,

      Defendants.

C.A. No. 04-1338 (KAJ)

---

### AFFIDAVIT OF MICHAEL D. OKERLUND IN SUPPORT OF HONEYWELL'S MOTION FOR LEAVE TO FILE SUR REPLY IN OPPOSITION TO ARIMA DISPLAY'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

STATE OF MINNESOTA  )
                             ) ss
COUNTY OF HENNEPIN  )

I, Michael D. Okerlund, do hereby declare and state as follows:

    1.    I am one of the attorneys representing the Plaintiffs in this matter. I am submitting this Affidavit in Support of Honeywell's Motion for Leave to File Sur Reply in Opposition to Arima Display's Motion to Dismiss for Lack of Personal Jurisdiction. I believe that the documents attached to this Affidavit as Exhibits A – L are true and accurate copies of what they purport to be.

    2.    Attached as Exhibit A is a true and correct copy of Honeywell's Sur Reply to Arima Display's Motion to Dismiss for Lack of Personal Jurisdiction.

    3.    Attached as Exhibit B is a true and correct copy of excerpts from the May 4, 2006 Motions Hearing before this Court.

4.  Attached as Exhibit C is a true and correct copy of a May 8, 2006 letter from Honeywell's counsel, Matthew L. Woods, to Arima Display's Counsel, Dan C. Hu.

5.  Attached as Exhibit D is a true and correct copy of a May 9, 2006 letter from Arima Display's counsel, Dan C. Hu, to Honeywell's counsel, Matthew L. Woods.

6.  Attached as Exhibit E is a true and correct copy of the Supplemental Declaration of Hsing-Hung Shen in Support of Arima Display Corp.'s Motion to Dismiss for Lack of Personal Jurisdiction, filed on April 17, 2006.

7.  Attached as Exhibit F is a true and correct copy of Zebra Technologies Corporation's "Investor FAQs," which was located on the world wide web at: www.zebra.com/id/zebra/na/en/index/about_zebra/investor_relations/investor_faqs_glossary/investor_faqs.html#FAQ_0005.

8.  Attached as Exhibit G is a true and correct copy of a webpage published by Delaware's Secretary of State, listing the legal status of Zebra Technologies Corporation.

9.  Attached as Exhibit H is a true and correct copy of a webpage published by Delaware's Secretary of State listing the legal status of Silicon Motion International, Inc.

10. Attached as Exhibit I is a true and correct copy of a webpage published by AZ Displays, Inc., which can be located on the world wide web at: www.azo-store.com/newlcd/.

11. Attached as Exhibit J is a true and correct copy of a webpage published by AZ Displays, Inc., listing AZ Display's Sales Representative for Delaware, which was located on the world wide web at: www.azo-store.com/newlcd/externlink.php3?sesid=A;ZTZV3LYRQWWD55XKUO&link=http://www.azdisplays.com.

12. Attached as Exhibit K is a true and correct copy of a webpage published by AZ Displays, Inc., listing "Business Opportunities," which was located on the world wide web at:

www.azostore.com/newlcd/externlink.php3?sesid=A;ZTZV3LYRQWWD55XKUO&link=http://www.azdisplays.com.

13. Attached as Exhibit L is a true and correct copy of a webpage published by Delaware's Secretary of State, listing the legal status of Trade Management Solutions LLP.

Further, affiant sayeth not.

*[signature]*
Michael D. Okerlund

Subscribed and sworn to before me

this 15th day of May, 2006.

*[signature]*
Notary Public

> BEVERLEE M. DAMYANOVICH
> NOTARY PUBLIC - MINNESOTA
> MY COMMISSION EXPIRES 1-31-10

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Elizabeth L. Brann, John M. Caracappa, Christopher E. Chalsen, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Amy Elizabeth Evans, York M. Faulkner, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Richard L. Horwitz, Dan C. Hu, John T. Johnson, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, Stephen S. Korniczky, Hamilton Loeb, Robert Maier, David J. Margules, David Ellis Moore, Carolyn E. Morris, Arthur I. Neustadt, Elizabeth A. Niemeyer, Kevin M. O'Brien, Gerard M. O'Rourke, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, Alana A. Prills, Steven J. Rizzi, Avelyn M. Ross, Philip A. Rovner, Diana M. Sangelli, Robert C. Scheinfeld, Carl E. Schlier, John M. Seaman, Chad Michael Shandler, John W. Shaw, Neil P. Sirota, Monte Terrell Squire, William J. Wade, Roderick B. Williams and Edward R. Yoches.

I also certify that on May 15, 2006, I caused to be served true and correct copies of the foregoing on the following as indicated:

| BY HAND: | BY FEDERAL EXPRESS: |
|---|---|
| William J. Wade<br>RICHARDS LAYTON & FINGER<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE 19899-0551 | Dan C. Hu<br>TROP PRUNER & HU, P.C.<br>8554 Katy Freeway<br>Houston, TX 77024-1834 |

_/s/ Thomas C. Grimm_
Thomas C. Grimm (#1098)
tgrimm@mnat.com