FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 MAY 16  AM 11: 42

(436)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | )<br>)<br>) |
| Plaintiffs, | ) C.A. No. 04-1338-KAJ |
| v. | )<br>)<br>) |
| APPLE COMPUTER, INC., et al., | )<br>) |
| Defendants. | )<br>) |

## STIPULATION OF DISMISSAL

On this day came on to be considered the above-entitled and numbered cause, and the Court being advised that the Plaintiffs have settled and resolved their differences with Defendant HANNSTAR DISPLAY CORPORATION, and have entered into an Agreement setting out the terms and conditions of the settlement, having an effective date of March 30, 2006 ("Agreement"), and as part of such Agreement have consented to the entry of an Order approving this Stipulation;

NOW THEREFORE, upon the consent of the Parties hereto, it is hereby Ordered, Adjudged and Decreed that:

1. This Court has jurisdiction over the subject matter of and the Parties to this action and venue is properly laid.

2. The Court shall retain and hereby retains continuing exclusive jurisdiction over the Parties and the subject matter hereto for the purpose of interpreting and enforcing the Agreement.

3. As a result of the Agreement, HANNSTAR DISPLAY CORPORATION no longer has an interest in the subject matter of this action and therefore is hereby dismissed as a Defendant by the Plaintiffs.

4. Each Party hereto shall bear its own costs and attorneys' fees incurred in this action.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP    POTTER ANDERSON & CORROON LLP

/s/ Leslie A. Polizoti    /s/ Richard L. Horwitz

Thomas C. Grimm (#1098)    Richard L. Horwitz (#2246)
Leslie A. Polizoti (#4299)    David E. Moore (#3983)
1201 N. Market Street    Hercules Plaza, 6th Floor
P.O. Box 1347    1313 N. Market Street
Wilmington, DE  19899-1347    P.O. Box 951
(302) 658-9200    Wilmington, DE  19899
*Attorneys for Honeywell International Inc.*    (302) 984-6000
*and Honeywell Intellectual Properties Inc.*    *Attorneys for HannStar Display Corporation*

SO ORDERED this __16th__ day of May, 2006.

_____
United States District Judge

519377