IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> C.A. No. 04-1338 (KAJ) <br><br> **DEMAND FOR JURY TRIAL** <br><br> **CONTAINS CONFIDENTIAL INFORMATION SUBJECT TO L.R. 26.2 – OUTSIDE COUNSEL'S EYES ONLY** |

### NOTICE OF SERVICE

I hereby certify that on May 19, 2006, I caused copies of:

1. **RESPONSES AND OBJECTIONS OF DEFENDANTS CITIZEN WATCH CO., LTD. AND CITIZEN DISPLAYS CO., LTD. TO PLAINTIFFS' FIRST SET OF INTERROGATORIES**

2. **RESPONSES AND OBJECTIONS OF DEFENDANT CITIZEN DISPLAYS CO., LTD. TO PLAINTIFF HONEYWELL'S FIRST SET OF REQUESTS FOR ADMISSION**

3. **RESPONSES AND OBJECTIONS OF DEFENDANT CITIZEN DISPLAYS CO., LTD. TO PLAINTIFF HONEYWELL'S FIRST SET OF DOCUMENT REQUESTS**

to be served on the following by email and U.S. Mail:

Thomas C. Grimm
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801
tgrimm@mnat.com
lpolizoti@mnat.com

John W. Shaw
Karen Keller
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
kkeller@ycst.com

{W0001416.}

| | |
|---|---|
| Philip A. Rovner<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19801<br>provner@potteranderson.com | Thomas L. Halkowski<br>Fish & Richardson P.C.<br>919 N. Market St., Suite 1100<br>Wilmington, DE 19801<br>halkowski@fr.com |
| William J. Wade<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801<br>wade@rlf.com | Frederick L. Cottrell, III<br>Chad Michael Shandler<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801<br>Cottrell@rlf.com<br>shandler@rlf.com |
| Adam W. Poff<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>apoff@ycst.com | Francis DiGiovanni<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>fdigiovanni@cblh.com |
| Matthew Neiderman<br>Duane Morris LLP<br>1100 N. Market Street<br>Suite 1200<br>Wilmington, DE 19801<br>mneiderman@duanemorris.com | Robert J. Katzenstein<br>Smith, Katzenstein, & Furlow<br>800 Delaware Avenue, 7th Fl.<br>Wilmington, DE 19801<br>rkatzenstein@skfdelaware.com |
| Amy Evans<br>Cross & Simon, LLC<br>913 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>aevans@crosslaw.com | Karen L. Pascale<br>Young Conaway Stargatt & Taylor LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>kpascale@ycst.com |
| Arthur G. Connolly, III<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>ac3@cblhlaw.com | William J. Marsden, Jr.<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801<br>marsden@fr.com |

| | |
|---|---|
| Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>222 Delaware Avenue<br>17th Floor<br>Wilmington, DE 19801<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com | Paul A. Bradley<br>Thomas D. Walsh<br>McCarter & English, LLP<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801<br>pbradley@mccarter.com<br>twalsh@mccarter.com |

Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/ John M. Seaman
David J. Margules (Bar No. 2554)
John M. Seaman (Bar No. 3868)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Tel:   (302) 573-3508
Fax:   (302) 573-3501
E-mail: dmargules@bmf-law.com
E-mail: jseaman@bmf-law.com

*Attorneys for Defendants*
*Citizen Watch Co., Ltd. and*
*Citizen Displays Co., Ltd.*

OF COUNSEL:
Stuart Lubitz
David H. Ben-Meir
HOGAN & HARTSON, LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, California
90067-6047

DATED: May 19, 2006