IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) |
| Plaintiffs, | ) Civil Action No. 04-1338-KAJ ) |
| v. | ) ) |
| APPLE COMPUTER, INC., et al., | ) ) |
| Defendants. | ) |

### ORDER

For the reasons set forth by the Court during the oral argument on May 4, 2006,

IT IS HEREBY ORDERED that the motion to stay (D.I. 301) filed by defendants Matsushita Electric Industrial Co., Ltd. and Panasonic Corporation of North America (f/k/a Matsushita Electric Corporation of America) (collectively, "Matsushita") is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

May 22, 2006
Wilmington, Delaware