IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al.,<br><br>   Plaintiffs,<br>Counter-Defendants,<br><br>vs.<br><br>APPLE COMPUTER INC., et al.,<br>   Defendants,<br>Counterclaim Plaintiffs. | C.A. No. 04-1338-KAJ |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 19, 2006, copies of Sony Corporation's First Requests for Admission (Nos. 1-29) were caused to be served upon the following counsel of record as indicated.

| | |
|---|---|
| **Honeywell Intellectual Properties, Inc.**<br>**Honeywell International Inc.**<br><br>**HAND DELIVERY** | **Thomas C. Grimm** – [tgrimm@mnat.com]<br>**Leslie A. Polizoti** – [lpolizoti@mnat.com]<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801<br>(302) 658-9200 |
| **E-MAIL** | **Martin R. Lueck** – [MRLueck@rkmc.com]<br>**Matthew L. Woods** – [MLWoods@rkmc.com]<br>**Stacie E. Oberts** – [SEOberts@rkmc.com]<br>**Michael D. Okerlund** – [MDOkerlund@rkmc.com]<br>**Denise S. Rahne** – [DSRahne@rkmc.com]<br>**Peter N. Surdo** – [PNSurdo@rkmc.com]<br>**Marta M. Chou** – [MMChou@rkmc.com]<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402-2015<br>(612) 349-8500 |
| **E-MAIL** | **Anthony A. Froio** – [AAFroio@rkmc.com]<br>**Marc N. Henschke** – [MNHenschke@rkmc.com]<br>**Alan E McKenna** – [AEMcKenna@rkmc.com]<br>**Jeremy C. McDiarmid** – [JCMcDiarmid@rkmc.com]<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>111 Huntington Avenue, Suite 1300<br>Boston, MA 02199<br>(617) 267-2300 |

Due to the confidential nature of information contained in Sony's First Requests for Admission (Nos. 1-29), this document was only served upon Plaintiff's counsel pending entry of a protective order.

PLEASE TAKE FURTHER NOTICE that on May 22, 2006, this Notice of Service was filed with the Clerk of the Court using CM/ECF and served on the following as indicated:

| | |
|---|---|
| **Apple Computer Inc.**<br><br>**HAND DELIVERY** | **Thomas Lee Halkowski** – [halkowski@fr.com]<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801<br>(302) 652-5070 |
| **Argus a/k/a Hartford Computer Group, Inc.**<br><br>**HAND DELIVERY** | **Amy Elizabeth Evans** – [aevans@crosslaw.com]<br>Cross & Simon, LLC<br>913 North Market Street, 11th Floor<br>Wilmington, DE 19801<br>(302) 777-4200 |
| **Arima Display**<br><br>**HAND DELIVERY** | **William J. Wade** – [wade@rlf.com]<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801<br>(302) 651-7718 |
| **E-MAIL** | **Dan C. Hu** – [hu@tphm.com]<br>**Diana M. Sangalli** – [dsangalli@tphm.com]<br>Trop, Pruner & Hu, P.C.<br>8554 Katy Freeway, Suite 100<br>Houston, TX 77024<br>(713) 468-8880 |

| | |
|---|---|
| **BOE-Hydis Technology Co Ltd.**<br><br>**HAND DELIVERY** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>**David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **E-MAIL** | **Kevin M. O'Brien** – [boehydis@bakernet.com]<br>**Jennifer Ancona Semko**<br>**Steven T. Dickey**<br>Baker & McKenzie LLP<br>815 Connecticut Avenue, N.W.<br>Washington, D.C. 20006<br>(202) 452-7032 |
| **Casio Computer Co., LTD**<br><br>**HAND DELIVERY** | **Thomas Lee Halkowski** – [halkowski@fr.com]<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801<br>(302) 652-5070 |
| **E-MAIL** | **John T. Johnson** – [jjohnson@fr.com]<br>**Lewis E. Hudnell** – [lhudnell@fr.com]<br>Fish & Richardson P.C.<br>153 East 53rd Street<br>New York, NY 10022-4611<br>(212) 765-5070 |
| **Casio Inc.**<br><br>**HAND DELIVERY** | **Thomas Lee Halkowski** – [halkowski@fr.com]<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801<br>(302) 652-5070 |
| **E-MAIL** | **John T. Johnson** – [jjohnson@fr.com]<br>**Lewis E. Hudnell** – [lhudnell@fr.com]<br>Fish & Richardson P.C.<br>153 East 53rd Street<br>New York, NY 10022-4611<br>(212) 765-5070 |
| **Citizen Displays Co Ltd**<br><br>**Citizen Watch Co Ltd**<br><br>**HAND DELIVERY** | **David J. Margules** – [dmargules@BMF-law.com]<br>Bouchard, Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>(302) 573-3500 |

3

| | |
|---|---|
| **Concord Cameras**<br><br>**HAND DELIVERY** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **Dell Inc.**<br><br>**HAND DELIVERY** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **E-MAIL** | **Willem G. Schuurman** –[bschuurman@velaw.com]<br>**Roderick B. Williams** – [rickwilliams@velaw.com]<br>**Avelyn M. Ross** – [aross@velaw.com]<br>Vinson & Elkins LLP<br>2801 Via Fortuna, Suite 100<br>Austin, TX 78746-7568<br>(512) 542-8400 |
| **Eastman Kodak Comp.**<br><br>**HAND DELIVERY** | **Frederick L. Cottrell, III** – [cottrell@rlf.com]<br>**Chad M. Shandler** – [shandler@rlf.com]<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801<br>(302) 658-6541 |
| **E-MAIL** | **Paul J. Yesawich, III** – [pyesawich@harrisbeach.com]<br>**Neal L. Slifkin** – [nslifkin@harrisbeach.com]<br>**David J. Edwards** – [dedwards@harrisbeach.com]<br>**Laura W. Smalley** – [lsmalley@harrisbeach.com]<br>Harris Beach PLLC<br>99 Garnsey Road<br>Pittsford, NY 14534<br>(585) 419-8800 |

4

| | |
|---|---|
| **Fuji Photo Film Co. Ltd.**<br>**Fuji Photo Film U.S.A. Inc.**<br><br>**HAND DELIVERY**<br><br><br>**E-MAIL** | **Philip A. Rovner** – [provner@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000<br><br>**Lawrence Rosenthal** – [lrosenthal@stroock.com]<br>**Matthew W. Siegal** – [msiegal@stroock.com]<br>**Kevin C. Ecker** – [kecker@stroock.com]<br>**Angie M. Hankins** - [ahankins@stroock.com]<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038<br>(212) 806-5400 |
| **Fujitsu America Inc.**<br>**Fujitsu Computer Products of**<br>   **America Inc.**<br>**Fujitsu Limited**<br><br>**HAND DELIVERY**<br><br>**E-MAIL** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000<br><br>**Parker H. Bagley** – [pbagley@milbank.com]<br>**Christopher E. Chalsen** – [cchalsen@milbank.com]<br>**Christopher J. Gaspar** – [cgaspar@milbank.com]<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>(212) 530-5000 |
| **HannStar Display Corporation**<br><br>**HAND DELIVERY**<br><br><br><br>**E-MAIL** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>**David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000<br><br>**John M. Caracappa** – [jcaracappa@akingump.com]<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, NW<br>Washington, D.C. 20036<br>(202) 887-4000 |

| | |
|---|---|
| **Hitachi Display Devices, Ltd.**<br>**Hitachi Displays Ltd.**<br>**Hitachi Ltd.**<br>**Hitachi Electronic Devices (USA) Inc.**<br><br>**HAND DELIVERY** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>**David Ellis Moore** - [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **E-MAIL** | **Robert L. Maier** – [robert.Maier@BakerBotts.com]<br>**Robert C. Scheinfeld** [robert.scheinfeld@bakerbotts.com]<br>**Neil P. Sirota** – [neil.sirota@bakerbotts.com]<br>Baker Botts LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(212) 408-2500 |
| **Honeywell Intellectual Properties, Inc.**<br>**Honeywell International Inc.**<br><br>**HAND DELIVERY** | **Thomas C. Grimm** – [tgrimm@mnat.com]<br>**Leslie A. Polizoti** – [lpolizoti@mnat.com]<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801<br>(302) 658-9200 |
| **E-MAIL** | **Martin R. Lueck** – [MRLueck@rkmc.com]<br>**Matthew L. Woods** – [MLWoods@rkmc.com]<br>**Stacie E. Oberts** – [SEOberts@rkmc.com]<br>**Michael D. Okerlund** – [MDOkerlund@rkmc.com]<br>**Denise S. Rahne** – [DSRahne@rkmc.com]<br>**Peter N. Surdo** – [PNSurdo@rkmc.com]<br>**Marta M. Chou** – [MMChou@rkmc.com]<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402-2015<br>(612) 349-8500 |
| **E-MAIL** | **Anthony A. Froio** – [AAFroio@rkmc.com]<br>**Marc N. Henschke** – [MNHenschke@rkmc.com]<br>**Alan E McKenna** – [AEMcKenna@rkmc.com]<br>**Jeremy C. McDiarmid** – [JCMcDiarmid@rkmc.com]<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>111 Huntington Avenue, Suite 1300<br>Boston, MA 02199<br>(617) 267-2300 |

| | |
|---|---|
| **International Display Technology**<br>**International Display Technology USA Inc.**<br>**HAND DELIVERY** | William J. Marsden, Jr. – [marsden@fr.com]<br>Sean P. Hayes – [hayes@fr.com]<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801<br>(302) 652-5070 |
| **Koninklijke Philips Electronics N.V.**<br>**HAND DELIVERY** | David Ellis Moore – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **E-MAIL** | Alan M. Grimaldi – [grimaldia@howrey.com]<br>Thomas M. Dunham – [dunhamt@howrey.com]<br>Nelson M. Kee – [keen@howrey.com]<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2401<br>(202) 783-0800 |
| **Kyocera Wireless Corp.**<br>**HAND DELIVERY** | Robert J. Katzenstein – [rjk@skfdelaware.com]<br>Robert Karl Beste, III – [rkb@skfdelaware.com]<br>Smith, Katzenstein, & Furlow<br>800 Delaware Avenue<br>Wilmington, DE 19801<br>302.652.8400 |
| **E-MAIL** | Stuart Lubitz – [slubitz@hhlaw.com]<br>William Wright – [whwright@hhlaw.com]<br>Robert J. Benson – [rjbensosn@hhlaw.com]<br>Hogan & Hartson LLP<br>500 S. Grand Avenue, Suite 1900<br>Los Angeles, CA 90071 |
| **Matsushita Electrical Corporation of America**<br>**Matsushita Electrical Industrial Co.**<br>**HAND DELIVERY** | William J. Wade – [wade@rlf.com]<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801<br>(302) 651-7718 |
| **E-MAIL** | Steven J Rizzi – [steven.rizzi@weil.com]<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>(212) 310-8734 |

DB01:2100583.1                                                                                      063672.1001

| | |
|---|---|
| **Navman NZ Limited**<br>**Navman U.S.A. Inc.**<br><br>**HAND DELIVERY** | **Arthur G. Connolly, III** – [aconnollyIII@cblh.com]<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>(302) 658-9141 |
| **Olympus America Inc.**<br>**Olympus Corporation**<br><br>**HAND DELIVERY** | **John W. Shaw** – [jshaw@ycst.com]<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600 |
| **E-MAIL** | **George E. Badenoch** – [gbadenoch@kenyon.com]<br>**Richard M. Rosati** – [rrosati@kenyon.com]<br>**Michael J. Freno** – [mfreno@kenyon.com]<br>Kenyon & Kenyon LLP<br>One Broadway<br>New York, NY  10004<br>(212) 425-7200 |
| **Optrex America Inc.**<br><br>**HAND DELIVERY** | **Karen L. Pascale** – [kpascale@ycst.com]<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Fl.<br>Wilmington, DE 19801<br>302-571-6600 |
| **E-MAIL** | **Alexander E. Gasser** – [agasser@oblon.com]<br>**Richard D. Kelly** – [rkelly@oblon.com]<br>**Andrew M. Ollis** – [aollis@oblon.com]<br>Oblon Spivak McClelland Maier<br>  & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA  22314<br>(703) 413-3000 |

DB01:2100583.1                                                                                                                  063672.1001

| | |
|---|---|
| **Pentax Corporation**<br>**Pentax U.S.A. Inc.**<br><br>**HAND DELIVERY**<br><br><br><br>**E-MAIL** | **Adam Wyatt Poff** – [apoff@ycst.com]<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br><br>**Neil F. Greenblum** – [ngreenblum@gbpatent.com]<br>**Michael J. Fink** – [mfink@gbpatent.com]<br>**P. Branko Pejic** – [bpejic@gbpatent.com]<br>Greenblum & Bernstein, P.L.C.<br>1950 Roland Clarke Place<br>Reston, VA 20191-1411<br>(703) 716-1191 |
| **Philips Consumer Electronics North America**<br>**Philips Electronics North America Corporation**<br><br>**HAND DELIVERY**<br><br>**E-MAIL** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>**David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000<br><br>**Alan M. Grimaldi** – [grimaldia@howrey.com]<br>**Thomas M. Dunham** – [dunhamt@howrey.com]<br>**Nelson M. Kee** – [keen@howrey.com]<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2401<br>(202) 783-0800 |
| **Quanta Display Inc.**<br><br>**HAND DELIVERY**<br><br><br><br><br>**E-MAIL** | **Monté Terrell Squire** – [msquire@ycst.com]<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6713<br><br>**Peter J. Wied** – [peterwied@paulhastings.com]<br>Paul, Hastings, Janofsky & Walker LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071<br>(213) 683-6000 |

| | |
|---|---|
| **Samsung SDI America Inc.**<br>**Samsung SDI Co. Ltd.**<br><br>**HAND DELIVERY** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>**David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **E-MAIL** | **Stephen Korniczky** –<br>[stephenkorniczky@paulhastings.com]<br>**Elizabeth L. Brann** – [elizabethbrann@paulhastings.com]<br>Paul, Hastings, Janofsky & Walker LLP<br>3579 Valley Centre Drive<br>San Diego, CA  92130<br>(858) 720-2500 |
| **E-MAIL** | **Hamilton Loeb** – [hamiltonloeb@paulhastings.com]<br>**Carolyn E. Morris** – [carolynmorris@paulhastings.com]<br>**Alana A. Prills** – [alanaprills@paulhastings.com]<br>Paul, Hastings, Janofsky & Walker LLP<br>875 15th Street, N.W.<br>Washington, D.C.  20005<br>(202) 551-1700 |
| **Seiko Epson Corporation**<br><br>**HAND DELIVERY** | **Robert J. Katzenstein** – [rjk@skfdelaware.com]<br>Smith, Katzenstein, & Furlow<br>800 Delaware Ave.<br>Wilmington, DE 19801<br>(302) 652-8400 |
| **E-MAIL** | **Stuart Lubitz** – [slubitz@hhlaw.com[<br>**Robert J. Benson** – [rjbenson@hhlaw.com]<br>Hogan & Hartson<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA  90067<br>(310) 785-4600 |
| **Sony Corp of America**<br>**Sony Corporation**<br><br>**HAND DELIVERY** | **John W. Shaw** – [jshaw@ycst.com]<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600 |
| **E-MAIL** | **John Flock** – [jflock@kenyon.com]<br>**Robert Hails** – [rhails@kenyon.com]<br>Kenyon & Kenyon LLP<br>One Broadway<br>New York, NY  10004<br>(212) 425-7200 |

| | |
|---|---|
| **Sony Ericsson Mobile Communications (USA) Inc.** **Sony Ericsson Mobile Communications AB** **HAND DELIVERY** | **Francis DiGiovanni** – [fdigiovanni@cblh.com] Connolly, Bove, Lodge & Hutz The Nemours Building 1007 North Orange Street Wilmington, DE 19801 (302) 658-9141 |
| **Toppoly Optoelectronics Corp.** **HAND DELIVERY** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com] **David Ellis Moore** – [dmoore@potteranderson.com] Potter Anderson & Corroon, LLP 1313 N. Market St., Hercules Plaza, 6th Flr. Wilmington, DE 19801 (302) 984-6000 |
| **E-MAIL** | **E. Robert Yoches** – [bob.yoches@finnegan.com] **Elizabeth Niemeyer** [elizabeth.niemeyer@finnegan.com] Finnegan, Henderson, Farabow, Garrett  & Dunner, L.L.P. 901 New York Avenue, N.W. Washington, D.C. 20001 (202) 408-4000 |
| **E-MAIL** | **York M. Faulkner** – [york.faulkner@finnegan.com] Finnegan, Henderson, Farabow, Garrett  & Dunner, L.L.P. 11955 Freedom Drive Reston, VA 20190 (571) 203-2700 |
| **E-MAIL** | **John R. Alison** – [john.alison@finnegan.com] Finnegan, Henderson, Farabow, Garrett  & Dunner, L.L.P. 12D, 167 DunHua North Road Taipeo 105, Taiwan, ROC (886) 2-2712-7001 |

11

| | |
|---|---|
| **Toshiba America Inc.**<br>**Toshiba Corporation**<br><br>**HAND DELIVERY** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>**David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **E-MAIL** | **Arthur I. Neustadt** – [aneustadt@oblon.com]<br>**Carl E. Schlier**- [cschlier@oblon.com]<br>Oblon Spivak McClelland Maier<br>  & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314<br>(703) 413-3000 |
| **Wintek Corp.**<br>**Wintek Electro-Optics Corporation**<br><br>**HAND DELIVERY** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>**David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **E-MAIL** | **E. Robert Yoches** – [bob.yoches@finnegan.com]<br>**Elizabeth Niemeyer** [elizabeth.niemeyer@finnegan.com]<br>Finnegan, Henderson, Farabow, Garrett<br>  & Dunner, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001<br>(202) 408-4000 |
| **E-MAIL** | **York M. Faulkner** – [york.faulkner@finnegan.com]<br>Finnegan, Henderson, Farabow, Garrett<br>  & Dunner, L.L.P.<br>11955 Freedom Drive<br>Reston, VA 20190<br>(571) 203-2700 |
| **E-MAIL** | **John R. Alison** – [john.alison@finnegan.com]<br>Finnegan, Henderson, Farabow, Garrett<br>  & Dunner, L.L.P.<br>12D, 167 DunHua North Road<br>Taipeo 105, Taiwan, ROC<br>(886) 2-2712-7001 |

DB01:2100583.1                                                                                                                          063672.1001

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ John W. Shaw*
_____
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
jshaw@ycst.com

Dated: May 22, 2006

*Attorneys for Sony Corporation and Sony Corporation of America*