## RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

WILLIAM J. WADE
DIRECTOR

DIRECT DIAL NUMBER
302-651-7718
WADE@RLF.COM

May 24, 2006

BY E-FILING

The Honorable Kent A. Jordan
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

    Re: *Honeywell International Inc., et al. v. Apple Computer, Inc., et al.*,
         C.A. No. 04-1338-KAJ

Dear Judge Jordan:

    We are in receipt of Honeywell's Motion for Leave to File Sur-Reply in Opposition to Arima Display's Motion to Dismiss for Lack of Personal Jurisdiction ("Motion"). Given that the response of Arima Display Corporation ("Arima") to that Motion would be largely the same as Arima's response to the proposed Sur-Reply, Arima withdraws its opposition to the Motion and requests leave to file a Sur-Response not to exceed ten (10) pages. Counsel for Honeywell have advised that they do not oppose this request. A proposed form of Order granting the request is attached hereto for Your Honor's consideration.

                             Respectfully,

                             William J. Wade

WJW/bw
Enclosure

cc:
    Clerk of the Court (By ECF and Hand Delivery)
    All Local Counsel of Record (By ECF and First Class Mail)

RLF1-3016086-1