IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and<br>HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE COMPUTER INC., et al,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-1338-KAJ<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER

WHEREAS, Defendant Arima Display Corporation ("Arima") does not oppose Plaintiffs' Honeywell International Inc. and Honeywell Intellectual Properties Inc. (collectively "Honeywell") Motion for Leave to File Sur-Reply in Opposition to Arima Display's Motion to Dismiss for Lack of Personal Jurisdiction;

WHEREAS, Honeywell does not oppose Arima's request for leave to file a Sur-Response;

IT IS HEREBY ORDERED this ____ day of May, 2006 as follows:

1. Arima is hereby granted leave to file a Sur-Response to Honeywell's Sur-Reply in Opposition to Arima Display's Motion to Dismiss for Lack of Personal Jurisdiction.

_____
HONORABLE KENT A. JORDAN
UNITED STATES DISTRICT JUDGE

1

RLF1-3017840-1