IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and ) <br> HONEYWELL INTELLECTUAL PROPERTIES INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v.  ) <br> ) <br> APPLE COMPUTER INC., et al, ) <br> ) <br> Defendants. ) | C.A. No. 04-1338-KAJ |

**[PROPOSED] ORDER**

WHEREAS, Defendant Arima Display Corporation ("Arima") does not oppose Plaintiffs' Honeywell International Inc. and Honeywell Intellectual Properties Inc. (collectively "Honeywell") Motion for Leave to File Sur-Reply in Opposition to Arima Display's Motion to Dismiss for Lack of Personal Jurisdiction;

WHEREAS, Honeywell does not oppose Arima's request for leave to file a Sur-Response;

IT IS HEREBY ORDERED this 25th day of May, 2006 as follows:

1.  Arima is hereby granted leave to file a Sur-Response to Honeywell's Sur-Reply in Opposition to Arima Display's Motion to Dismiss for Lack of Personal Jurisdiction.

HONORABLE KENT A. JORDAN
UNITED STATES DISTRICT JUDGE

1

RLF1-3017840-1