IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC.; and<br>HONEYWELL INTELLECTUAL PROPERTIES<br>INC.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE COMPUTER, INC., et al.,<br><br>　　　　　Defendants. | )<br>)<br>)　C.A. No. 04-1338 (KAJ)<br>)<br>)　CONSOLIDATED<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF TAKING DEPOSITION OF
RULE 30(b)(6) DESIGNEE OF DEFENDANT SONY CORPORATION**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure and this Court's Order of May 5, 2006, Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. (collectively "Honeywell") will take the deposition of Sony Corporation. The deposition will be taken on June 29, 2006, beginning at 9:00 a.m. (local time) and will be taken at the office of Morris, Nichols, Arsht & Tunnell LLP, Chase Manhattan Centre, 18th Floor, 1201 N. Market Street, Wilmington, DE 19899-1347, or at such other date, time or location to which the parties may stipulate. The deposition will continue from day to day and shall be taken before any officer qualified to administer oaths under the Federal Rules of Civil Procedure. The deposition will be recorded stenographically and by video.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), you are to designate one or more officers, directors, or managing agents, or persons who consent to testify on behalf of Sony Corporation regarding the following subjects, which should be interpreted broadly, and with

- 2 -

application of the definitions and instructions included in Plaintiffs' First Set of Document Requests to Sony Corp. and Plaintiffs' First Set of Interrogatories to Sony.

1. The formation, structure and corporate governance of ST-LCD, including any relationships between Sony and ST-LCD.

2. Sony's media, communications, or public relations efforts, that in any way relate to, implicate, or mention ST-LCD.

3. Sony's input, direction and guidance over what ST-LCD manufactures and ST-LCD's production timeline.

4. Sony's marketing strategies for LCD modules, including whether ST-LCD contributes in any way to Sony's marketing campaigns.

5. Sony's sales and distribution of Sony products containing ST-LCD's modules in the United States and Delaware, as well as sales to "big box" retailers such as Best Buy, Circuit City, and CompUSA.

6. Sony's communications with ST-LCD or anyone employed by ST-LCD regarding the sales and distribution of Sony products containing ST-LCD's modules.

7. Sony's communications with ST-LCD or anyone employed by ST-LCD regarding the sales and distribution of third-party products containing ST-LCD's modules.

8. The existence and terms of all Indemnification agreements among the Sony entities covering or related to ST-LCD's products.

9. The facts and circumstances underlying Mr. Robert L. Hails' representation in his October 28, 2005 letter to Matthew L. Woods, counsel for Honeywell, "with respect to the case against the manufacturers of the allegedly infringing LCD modules, Sony Corp. will stand in for ST-LCD."

10. The facts and circumstances underlying Mr. Robert L. Hails' representation in the May 4, 2006 hearing before this Court that with respect to ST-LCD, "[i]t's a joint venture formed by combination between Sony Corporation and the Toyota entity. And there is no doubt that there is a cooperative relationship between them," and "I would think that Delaware's interest in holding jurisdiction over ST-LCD . . . is ameliorated by the fact there are intermediaries that are ready and can satisfy any judgment that occurs."

- 3 -

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          /s/ Leslie A. Polizoti
_____
Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
Chase Manhattan Centre, 18th Floor
1201 N. Market Street
Wilmington, DE 19899-1347
302-658-9200
  *Attorneys for Plaintiffs*
  *Honeywell International Inc. and*
  *Honeywell Intellectual Properties Inc.*

OF COUNSEL:

Martin R. Lueck
Matthew L. Woods
Stacie E. Oberts
Denise S. Rahne
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

Anthony A. Froio
Marc N. Henschke
Robins, Kaplan, Miller & Ciresi L.L.P.
111 Huntington Ave., Suite 1300
Boston, MA  02199-7610
(617) 267-2300

May 26, 2006
522345

- 3 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 26, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Elizabeth L. Brann, John M. Caracappa, Christopher E. Chalsen, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Amy Elizabeth Evans, York M. Faulkner, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Richard L. Horwitz, Dan C. Hu, John T. Johnson, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, Stephen S. Korniczky, Hamilton Loeb, Robert Maier, David J. Margules, David Ellis Moore, Carolyn E. Morris, Arthur I. Neustadt, Elizabeth A. Niemeyer, Kevin M. O'Brien, Gerard M. O'Rourke, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, Alana A. Prills, Steven J. Rizzi, Avelyn M. Ross, Philip A. Rovner, Diana M. Sangelli, Robert C. Scheinfeld, Carl E. Schlier, John M. Seaman, Chad Michael Shandler, John W. Shaw, Neil P. Sirota, Monte Terrell Squire, William J. Wade, Roderick B. Williams and Edward R. Yoches.

I also certify that on May 26, 2006, I caused to be served true and correct copies of the foregoing on the following as indicated:

**BY HAND:**
John W. Shaw
Monte T. Squire
YOUNG CONAWAY STARGATT
  & TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

*Attorneys for Sony Corporation, Sony Corporation of America, ST Liquid Crystal Display and Quanta Display Inc.*

William J. Wade
RICHARDS LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

*Attorneys for Arima Display Corporation, Matsushita Electrical Industrial Co., and Matsushita Electrical Corporation of America*

2

| | |
|---|---|
| Karen L. Pascale<br>YOUNG CONAWAY STARGATT<br>  & TAYLOR, LLP<br>The Brandywine Building, 17th floor<br>1000 West Street<br>Wilmington, DE 19801<br><br>*Attorney for Optrex America, Inc.* | Philip A. Rovner<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br><br>*Attorneys for Fuji Photo Film Co., Ltd.*<br>*and Fuji Photo Film U.S.A., Inc.* |
| Thomas L. Halkowski<br>FISH & RICHARDSON P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br><br>*Attorneys for Casio Computer Co., Ltd.* | David Margules<br>John M. Seaman<br>BOUCHARD MARGULES<br>  & FRIEDLANDER, P.A.<br>222 Delaware Ave., Suite 1400<br>Wilmington DE 19801<br><br>*Attorneys for Citizen Watch Co., Ltd.*<br>*and Citizen Displays Co., Ltd.* |
| Robert J. Katzenstein<br>Robert Karl Beste, III<br>SMITH, KATZENSTEIN<br>  & FURLOW LLP<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899<br><br>*Attorneys for Seiko Epson Corporation* | William J. Marsden, Jr.<br>FISH & RICHARDSON, P.C.<br>919 North Market Street, Suite 1100<br>Wilmington DE 19899-1114<br><br>*Attorney for International Display Technology and*<br>*International Display Technology USA, Inc.* |

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

*Attorneys for BOE Hydis Technology Co., Ltd., Hitachi Displays, Ltd., Toppoly Optoelectronics Corp., Koninklijke Philips Electronics N.V., Philips Electronics North America Corp., Wintek Corp., Wintek Electro-Optics Corporation, Samsung SDI America, Inc. and Samsung SDI Co., Ltd.*

                              /s/ Leslie A. Polizoti
                              Leslie A. Polizoti (#4299)
                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                              1201 North Market Street
                              Wilmington, DE 19801
                              (302) 658-9200
                              lpolizoti@mnat.com

3