IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC.; and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et al., <br><br> Defendants. | C.A. No. 04-1338 (KAJ) <br><br> CONSOLIDATED |

**NOTICE OF TAKING DEPOSITION OF
<u>RULE 30(b)(6) DESIGNEE OF DEFENDANT ST-LCD CORPORATION</u>**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure and this Court's Order of May 5, 2006, Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. (collectively "Honeywell") will take the deposition of ST Liquid Crystal Display Corporation ("ST-LCD"). The deposition will be taken on June 28, 2006, beginning at 9:00 a.m. (local time) and will be taken at the office of Morris, Nichols, Arsht & Tunnell LLP, Chase Manhattan Centre, 18th Floor, 1201 N. Market Street, Wilmington, DE 19899-1347, or at such other date, time or location to which the parties may stipulate. The deposition will continue from day to day and shall be taken before any officer qualified to administer oaths under the Federal Rules of Civil Procedure. The deposition will be recorded stenographically and by video.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), you are to designate one or more officers, directors, or managing agents, or persons who consent to testify on behalf of ST-LCD regarding the following subjects, which should be interpreted broadly, and with application

of the definitions and instructions included in Plaintiffs' First Set of Document Requests to Sony Corp. and Plaintiffs' First Set of Interrogatories to Sony.

1. The formation, structure and corporate governance of ST-LCD, including any relationships between Sony and ST-LCD.

2. ST-LCD's marketing strategies for LCD modules, including whether ST-LCD contributes in any way to Sony's marketing campaigns.

3. Sony's input, direction and guidance over what ST-LCD manufactures and ST-LCD's production timeline.

4. ST-LCD's awareness of Sony's worldwide sales and distribution of ST-LCD's products.

5. ST-LCD's awareness of Sony's sales and distribution of ST-LCD's products containing ST-LCD's modules in the United States and Delaware, as well as sales to "big box" retailers such as Best Buy, Circuit City, and CompUSA.

6. ST-LCD's communications with Sony or anyone employed by Sony regarding the sales and distribution of ST-LCD's products or any products containing ST-LCD's modules.

7. ST-LCD's communications with Sony or anyone employed by Sony regarding the sales and distribution of third-party products containing ST-LCD's modules.

8. ST-LCD's communications with any company, person or entity doing or having done business in the United States that has purchased through ST-LCD or any Sony entity any product of ST-LCD manufacture.

9. The existence and terms of all Indemnification agreements among the Sony entities covering or related to ST-LCD's products.

10. The facts and circumstances underlying Mr. Robert L. Hails' representation in his October 28, 2005 letter to Matthew L. Woods, counsel for Honeywell, that "with respect to the case against the manufacturers of the allegedly infringing LCD modules, Sony Corp. will stand in for ST-LCD."

11. The facts and circumstances underlying Mr. Robert L. Hails' representation in the May 4, 2006 hearing before this Court that with respect to ST-LCD, "[i]t's a joint venture formed by combination between Sony Corporation and the Toyota entity. And there is no doubt that there is a cooperative relationship between them," and "I would think that Delaware's interest in holding jurisdiction over ST-LCD . . . is ameliorated by the fact there are intermediaries that are ready and can satisfy any judgment that occurs."

- 3 -

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Leslie A. Polizoti*

          _____
          Thomas C. Grimm (#1098)
          Leslie A. Polizoti (#4299)
          Chase Manhattan Centre, 18th Floor
          1201 N. Market Street
          Wilmington, DE 19899-1347
          302-658-9200
            *Attorneys for Plaintiffs*
            *Honeywell International Inc. and*
            *Honeywell Intellectual Properties Inc.*

OF COUNSEL:

Martin R. Lueck
Matthew L. Woods
Stacie E. Oberts
Denise S. Rahne
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

Anthony A. Froio
Marc N. Henschke
Robins, Kaplan, Miller & Ciresi L.L.P.
111 Huntington Ave., Suite 1300
Boston, MA 02199-7610
(617) 267-2300

May 26, 2006
522350

CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Elizabeth L. Brann, John M. Caracappa, Christopher E. Chalsen, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Amy Elizabeth Evans, York M. Faulkner, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Richard L. Horwitz, Dan C. Hu, John T. Johnson, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, Stephen S. Korniczky, Hamilton Loeb, Robert Maier, David J. Margules, David Ellis Moore, Carolyn E. Morris, Arthur I. Neustadt, Elizabeth A. Niemeyer, Kevin M. O'Brien, Gerard M. O'Rourke, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, Alana A. Prills, Steven J. Rizzi, Avelyn M. Ross, Philip A. Rovner, Diana M. Sangelli, Robert C. Scheinfeld, Carl E. Schlier, John M. Seaman, Chad Michael Shandler, John W. Shaw, Neil P. Sirota, Monte Terrell Squire, William J. Wade, Roderick B. Williams and Edward R. Yoches.

I also certify that on May 26, 2006, I caused to be served true and correct copies of the foregoing on the following as indicated:

**BY HAND:**

John W. Shaw
Monte T. Squire
YOUNG CONAWAY STARGATT
  & TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

*Attorneys for Sony Corporation, Sony Corporation of America, ST Liquid Crystal Display and Quanta Display Inc.*

William J. Wade
RICHARDS LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551

*Attorneys for Arima Display Corporation, Matsushita Electrical Industrial Co., and Matsushita Electrical Corporation of America*

Karen L. Pascale
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
The Brandywine Building, 17th floor
1000 West Street
Wilmington, DE 19801

*Attorney for Optrex America, Inc.*

Philip A. Rovner
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

*Attorneys for Fuji Photo Film Co., Ltd.
and Fuji Photo Film U.S.A., Inc.*

Thomas L. Halkowski
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

*Attorneys for Casio Computer Co., Ltd.*

David Margules
John M. Seaman
BOUCHARD MARGULES
  & FRIEDLANDER, P.A.
222 Delaware Ave., Suite 1400
Wilmington DE 19801

*Attorneys for Citizen Watch Co., Ltd.
and Citizen Displays Co., Ltd.*

Robert J. Katzenstein
Robert Karl Beste, III
SMITH, KATZENSTEIN
  & FURLOW LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

*Attorneys for Seiko Epson Corporation*

William J. Marsden, Jr.
FISH & RICHARDSON, P.C.
919 North Market Street, Suite 1100
Wilmington DE 19899-1114

*Attorney for International Display Technology and
International Display Technology USA, Inc.*

2

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

*Attorneys for BOE Hydis Technology Co., Ltd., Hitachi Displays, Ltd., Toppoly Optoelectronics Corp., Koninklijke Philips Electronics N.V., Philips Electronics North America Corp., Wintek Corp., Wintek Electro-Optics Corporation, Samsung SDI America, Inc. and Samsung SDI Co., Ltd.*

*/s/ Leslie A. Polizoti*
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
lpolizoti@mnat.com

3