IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et al., <br><br> Defendants. | C.A. No. 04-1338-KAJ <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 16, 2006, true and correct copies of

- **IDTECH'S OBJECTIONS AND RESPONSES TO HONEYWELL'S FIRST SET OF INTERROGATORIES**
- **IDTECH'S OBJECTIONS AND RESPONSES TO HONEYWELL'S FIRST SET OF REQUESTS** and
- **IDTECH'S OBJECTIONS AND RESPONSES TO HONEYWELL'S FIRST SET OF REQUESTS FOR PRODUCTION**

were caused to be served on the attorneys of record, at the following addresses via hand delivery:

Thomas C. Grimm
Morris Nichols Arsht & Tunnell
Chase Manhattan Centre
1201 North Market Street, Suite 2100
P.O. Box 1347
Wilmington, DE 19899-1347

Frederick L. Cottrell, III
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza, 6th floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

William J. Wade
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

John W. Shaw
Monté T. Squire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th floor
P.O. Box 391
Wilmington, DE 19899-0391

| | |
|---|---|
| Adam Wyatt Poff<br>Young Conaway Stargatt & Taylor LLP<br>1000 West Street, 17th floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Francis DiGiovanni<br>Connolly Bove Lodge & Hutz<br>The Nemours Building, 8th floor<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899-2207 |
| Arthur G. Connolly, III<br>Connolly Bove Lodge & Hutz<br>The Nemours Building, 8th floor<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899-2207 | Amy Evans<br>Cross & Simons, LLC<br>913 N. Market Street, Suite 1001<br>P.O. Box 1380<br>Wilmington, DE 19899-1380 |
| Karen L. Pascale<br>Young Conaway Stargatt & Taylor LLP<br>1000 West Street, 17th floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>222 Delaware Avenue, 17th floor<br>Wilmington, DE 19899 |
| Robert J. Katzenstein<br>Smith, Katzenstein & Furlow<br>800 Delaware Avenue, 7th floor<br>P.O. Box 410<br>Wilmington, DE 19899 | Paul A. Bradley<br>Thomas D. Walsh<br>McCarter & English, LLP<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801 |
| David J. Margules<br>John M. Seaman<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 | Matthew Neiderman<br>Duane Morris LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801 |

Dated: June 16, 2006

FISH & RICHARDSON P.C.

By: /s/ *Sean P. Hayes*

William J. Marsden, Jr. (#2247)
Sean P. Hayes (#4413)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Facsimile: (302) 652-0607

*Attorneys for Defendants*
*International Display Technology and International Display Technology USA*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 16, 2006, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following Delaware counsel. A copy was also delivered via hand delivery.

| | |
|---|---|
| Thomas C. Grimm<br>Morris Nichols Arsht & Tunnell<br>Chase Manhattan Centre<br>1201 North Market Street, Suite 2100<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Frederick L. Cottrell, III<br>Richards Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899-0551 |
| Richard L. Horwitz<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | Philip A. Rovner<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951 |
| William J. Wade<br>Richards Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899-0551 | John W. Shaw<br>Monté T. Squire<br>Young Conaway Stargatt & Taylor LLP<br>1000 West Street, 17th floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 |
| Adam Wyatt Poff<br>Young Conaway Stargatt & Taylor LLP<br>1000 West Street, 17th floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Francis DiGiovanni<br>Connolly Bove Lodge & Hutz<br>The Nemours Building, 8th floor<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899-2207 |
| Arthur G. Connolly, III<br>Connolly Bove Lodge & Hutz<br>The Nemours Building, 8th floor<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899-2207 | Amy Evans<br>Cross & Simons, LLC<br>913 N. Market Street, Suite 1001<br>P.O. Box 1380<br>Wilmington, DE 19899-1380 |
| Karen L. Pascale<br>Young Conaway Stargatt & Taylor LLP<br>1000 West Street, 17th floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>222 Delaware Avenue, 17th floor<br>Wilmington, DE 19899 |

| | |
|---|---|
| Robert J. Katzenstein<br>Smith, Katzenstein & Furlow<br>800 Delaware Avenue, 7th floor<br>P.O. Box 410<br>Wilmington, DE 19899 | Paul A. Bradley<br>Thomas D. Walsh<br>McCarter & English, LLP<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801 |
| David J. Margules<br>John M. Seaman<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 | Matthew Neiderman<br>Duane Morris LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801 |

/s/ *Sean P. Hayes*
Sean P. Hayes