IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 04-1338-KAJ <br> (Consolidated) |

## ORDER

Oral argument on Arima Display Corporation's motion to dismiss for lack of personal jurisdiction (D.I. 369) in the above-captioned action will be heard on **July 25, 2006** beginning at 2:00 p.m. and concluding at 3:00 p.m. in courtroom 6-A, 6th Floor, J. Caleb Boggs Federal Building, Wilmington, Delaware.

_/s/ Kent Jordan_
UNITED STATES DISTRICT JUDGE

July 3, 2006
Wilmington, Delaware