IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE COMPUTER, INC., et al.,<br><br>    Defendants. | C.A. No. 04-1338-KAJ |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 6, 2006, true and correct copies of

- **IDTECH'S FIRST SET OF INTERROGATORIES TO PLAINTIFFS (NOS 1-4) and**

- **IDTECH'S FIRST SET OF REQUESTS FOR PRODUCTION TO HONEYWELL**

were caused to be served on the attorneys of record, at the following addresses via hand delivery:

Thomas C. Grimm
Morris Nichols Arsht & Tunnell
Chase Manhattan Centre
1201 North Market Street, Suite 2100
P.O. Box 1347
Wilmington, DE  19899-1347

Frederick L. Cottrell, III
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza, 6th floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

William J. Wade
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

John W. Shaw
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th floor
P.O. Box 391
Wilmington, DE 19899-0391

| | |
|---|---|
| Adam Wyatt Poff<br>Young Conaway Stargatt & Taylor LLP<br>1000 West Street, 17th floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Francis DiGiovanni<br>Connolly Bove Lodge & Hutz<br>The Nemours Building, 8th floor<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899-2207 |
| Arthur G. Connolly, III<br>Connolly Bove Lodge & Hutz<br>The Nemours Building, 8th floor<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899-2207 | Amy Evans<br>Cross & Simons, LLC<br>913 N. Market Street, Suite 1001<br>P.O. Box 1380<br>Wilmington, DE 19899-1380 |
| Karen L. Pascale<br>Young Conaway Stargatt & Taylor LLP<br>1000 West Street, 17th floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>222 Delaware Avenue, 17th floor<br>Wilmington, DE 19899 |
| Robert J. Katzenstein<br>Smith, Katzenstein & Furlow<br>800 Delaware Avenue, 7th floor<br>P.O. Box 410<br>Wilmington, DE 19899 | Paul A. Bradley<br>Thomas D. Walsh<br>McCarter & English, LLP<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801 |
| David J. Margules<br>John M. Seaman<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 | Matthew Neiderman<br>Duane Morris LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801 |

Dated: July 6, 2006         FISH & RICHARDSON P.C.

By: /s/ *Sean P. Hayes*
    William J. Marsden, Jr. (#2247)
    Sean P. Hayes (#4413)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114
    Telephone: (302) 652-5070
    Facsimile: (302) 652-0607

*Attorneys for Defendants*
*International Display Technology and International Display Technology USA*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2006, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following Delaware counsel. A copy was also delivered via hand delivery.

Thomas C. Grimm
Morris Nichols Arsht & Tunnell
Chase Manhattan Centre
1201 North Market Street, Suite 2100
P.O. Box 1347
Wilmington, DE 19899-1347

Frederick L. Cottrell, III
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza, 6th floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

William J. Wade
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

John W. Shaw
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th floor
P.O. Box 391
Wilmington, DE 19899-0391

Adam Wyatt Poff
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th floor
P.O. Box 391
Wilmington, DE 19899-0391

Francis DiGiovanni
Connolly Bove Lodge & Hutz
The Nemours Building, 8th floor
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Arthur G. Connolly, III
Connolly Bove Lodge & Hutz
The Nemours Building, 8th floor
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Amy Evans
Cross & Simons, LLC
913 N. Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE 19899-1380

Karen L. Pascale
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th floor
P.O. Box 391
Wilmington, DE 19899-0391

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue, 17th floor
Wilmington, DE 19899

Robert J. Katzenstein  
Smith, Katzenstein & Furlow  
800 Delaware Avenue, 7th floor  
P.O. Box 410  
Wilmington, DE 19899  

David J. Margules  
John M. Seaman  
Bouchard Margules & Friedlander, P.A.  
222 Delaware Avenue, Suite 1400  
Wilmington, DE 19801  

Paul A. Bradley  
Thomas D. Walsh  
McCarter & English, LLP  
919 N. Market Street, Suite 1800  
Wilmington, DE 19801  

Matthew Neiderman  
Duane Morris LLP  
1100 N. Market Street, Suite 1200  
Wilmington, DE 19801  

/s/ *Sean P. Hayes*  
Sean P. Hayes