# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Honeywell International, Inc., et al., | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 04-1338 (KAJ) |
| v. | ) |
| Apple Computer, Inc., et al., | ) |
| Defendants. | ) |

## STIPULATION AND ORDER REGARDING
## WINTEK CORPORATION'S AMENDED ANSWER

IT IS HEREBY STIPULATED by Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. and by Defendant Wintek Corporation, subject to the approval of the Court, that Wintek Corporation may file the Amended Answer attached as Exhibit 1 to the [Proposed] Order attached hereto as Exhibit A.

Wintek's Amended Answer includes a Ninth Defense of inequitable conduct that is consistent with defenses already asserted by other co-defendants in this litigation. This Stipulation is filed within the deadline set by the Court for amending pleadings.

RESPECTFULLY SUBMITTED,

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Leslie A. Polizoti | /s/ David E. Moore |
| Thomas C. Grimm (#1098) | Richard L. Horwitz (#2246) |
| Leslie A. Polizoti (#4299) | David E. Moore (#3983) |
| 1201 N. Market Street | Hercules Plaza, 6th Floor |
| P. O. Box 1347 | 1313 N. Market Street |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 981-6000 |
| tgrimm@mnat.com | rhorwitz@potteranderson.com |
| lpolizoti@mnat.com | dmoore@potteranderson.com |
| Attorneys for Honeywell International, Inc. and Honeywell Intellectual Properties, Inc. | Attorneys for Wintek Corporation |