# EXHIBIT A

Case 1:04-cv-01338-JJF   Document 482-2   Filed 07/07/2006   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Honeywell International, Inc., et al., <br><br>            Plaintiffs, <br><br> v. <br><br> Apple Computer, Inc., et al., <br><br>            Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 04-1338 (KAJ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### [PROPOSED] ORDER

IT IS HEREBY ORDERED this _____ day of _____, 2006, that Wintek Corporation's Amended Answer, attached hereto as Exhibit 1, is deemed filed as of the date of this Order.

_____
United States District Court Judge

740128