IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Honeywell International, Inc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> Apple Computer, Inc., et al., <br><br> Defendants. | Civil Action No. 04-1338 (KAJ) |

**STIPULATION AND ORDER REGARDING
WINTEK ELECTRO-OPTICS CORPORATION'S AMENDED ANSWER**

IT IS HEREBY STIPULATED by Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. and by Defendant Wintek Electro-Optics Corporation ("WEOC"), subject to the approval of the Court, that WEOC may file the Amended Answer attached as Exhibit 1 to the [Proposed] Order attached hereto as Exhibit A.

WEOC's Amended Answer includes a Ninth Defense of inequitable conduct that is consistent with defenses already asserted by other co-defendants in this litigation. This Stipulation is filed within the deadline set by the Court for amending pleadings.

RESPECTFULLY SUBMITTED,

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Leslie A. Polizoti | /s/ David E. Moore |
| Thomas C. Grimm (#1098) | Richard L. Horwitz (#2246) |
| Leslie A. Polizoti (#4299) | David E. Moore (#3983) |
| 1201 N. Market Street | Hercules Plaza, 6th Floor |
| P. O. Box 1347 | 1313 N. Market Street |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 981-6000 |
| tgrimm@mnat.com | rhorwitz@potteranderson.com |
| lpolizoti@mnat.com | dmoore@potteranderson.com |
| Attorneys for Honeywell International, Inc. and Honeywell Intellectual Properties, Inc. | Attorneys for Wintek Electro-Optics Corporation |