# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Honeywell International, Inc., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 04-1338 (KAJ) |
| v. ) | |
| ) | |
| Apple Computer, Inc., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### [PROPOSED] ORDER

IT IS HEREBY ORDERED this _____ day of _____, 2006, that Wintek Electro-Optics Corporation's Amended Answer, attached hereto as Exhibit 1, is deemed filed as of the date of this Order.

_____
United States District Court Judge

740131