IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC.; and HONEYWELL INTELLECTUAL PROPERTIES INC.; | ) ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 04-1338-KAJ |
| v. | ) ) | |
| APPLE COMPUTER, INC., *et al.* | ) ) | |
| Defendants. | ) ) | |

**MANUFACTURER DEFENDANTS'
NON-OPPOSITION TO HONEYWELL'S MOTION FOR EXTENSION OF TIME**

The Manufacturer Defendants do not oppose Honeywell's Motion for Extension of Time filed July 7, 2006. The defendants first received notice of Honeywell's proposed motion on the afternoon of July 6, 2006, and were unable to coordinate a response before Honeywell filed its motion.

POTTER ANDERSON & CORROON LLP


By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE  19899-0951
    (302) 984-6000
    provner@potteranderson.com


*On behalf of the following Manufacturer Defendants:*

*Sony Corporation, Sony Corporation of America, ST Liquid Crystal Display, Quanta Display Inc., Optrex America, Inc., Casio Computer Co., Ltd., Seiko Epson Corporation, Arima Display Corporation, Matsushita Electrical Industrial Co., Matsushita Electrical Corporation of America, Fuji Photo Film Co., Ltd., Fuji Photo Film U.S.A., Inc., Citizen Watch Co., Ltd., Citizen Displays Co., Ltd., International Display Technology and International Display Technology USA, Inc., BOE Hydis Tecyhnology Co., Ltd., Hitachi Displays, Ltd., Toppoly Optoelectronics Corp., Koninklijke Philips Electronics N.V., Philips Electronics North America Corp., Wintek Corp., Wintek Electro-Optics Corporation, Samsung SDI America, Inc. and Samsung SDI Co., Ltd.*

Dated:  July 10, 2006
740291

# UNITED STATES DISTRICT COURT

# DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, hereby certify that, on July 10, 2006, the within document was electronically filed with the Clerk of the Court using CM-ECF which will send notification of such filing to the following; and the document is available for viewing and downloading from CM-ECF:

Thomas C. Grimm, Esq.
Leslie A. Polizoti, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
tgrimm@mnat.com
lpolizoti@mnat.com

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Thomas L. Halkowski, Esq.
Fish & Richardson P.C.
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE 19899
halkowski@fr.com

John W. Shaw, Esq.
Young, Conaway, Stargatt & Taylor LLP
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
jshaw@ycst.com

William J. Wade, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
wade@rlf.com

Karen L. Pascale, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801
kpascale@ycst.com

Robert J. Katzenstein, Esq.
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Fl.
P.O. Box 410
Wilmington, DE 19899
rkatzenstein@skfdelaware.com

Monte Terrell Squire, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
msquire@ycst.com

William J. Marsden, Jr., Esq.  
Fish & Richardson, P.C.  
919 N. Market Street, Suite 1100  
P. O. Box 1114  
Wilmington, DE 19899-1114  
marsden@fr.com

David J. Margules, Esq.  
John M. Seaman, Esq.  
Bouchard Margules & Friedlander, P.A.  
222 Delaware Avenue, Suite 1400  
Wilmington, DE 19801  
dmargules@bmf-law.com  
jseaman@bmf-law.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)  
Potter Anderson & Corroon LLP  
Hercules Plaza  
P.O. Box 951  
Wilmington, DE 19899  
(302) 984-6000  
E-mail: provner@potteranderson.com