IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Honeywell International, Inc., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Apple Computer, Inc., et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 04-1338 (KAJ) |

[PROPOSED] ORDER

IT IS HEREBY ORDERED this 10th day of July, 2006, that Wintek Electro-Optics Corporation's Amended Answer, attached hereto as Exhibit 1, is deemed filed as of the date of this Order.

_____
United States District Court Judge

740131