IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Honeywell International, Inc., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 04-1338 (KAJ) |
| v. ) | |
| ) | |
| Apple Computer, Inc., et al., ) | |
| ) | |
| Defendants. ) | |

[PROPOSED] ORDER

IT IS HEREBY ORDERED this 10th day of July, 2006, that Wintek Corporation's Amended Answer, attached hereto as Exhibit 1, is deemed filed as of the date of this Order.

_____
United States District Court Judge

740128