IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> APPLE COMPUTER INC., et al., ) <br> ) <br> Defendants. ) <br> ) | ) CIVIL ACTION NO. 04-1338 (KAJ) <br> ) <br> ) **JURY TRIAL DEMANDED** |

### RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT ST-LIQUID CRYSTAL DISPLAY CORP.

Pursuant to Fed. R. Civ. P. 7.1, defendant ST-Liquid Crystal Display Corp. ("ST-LCD"), through its attorney, declares that it is a joint venture between Toyota Industries Corporation and Sony Corporation. Sony Corporation is a Japanese corporation whose common stock trades principally on the Tokyo Stock Exchange and whose American Depository Receipts related to its common stock are traded on the New York Stock Exchange. Toyota Industries Corporation is a Japanese corporation whose common stock trades principally on the Tokyo Stock Exchange.

ST-LCD has no additional corporate or other parents, subsidiaries, affiliates, securities or other interests that are publicly held or traded on an American stock exchange.

                                    YOUNG CONAWAY STARGATT & TAYLOR

                                    /s/ signature

                                    John W. Shaw (No. 3362)
                                    Monté T. Squire (No. 4764)
                                    The Brandywine Building
                                    1000 West St., 17th Floor
                                    P.O. Box 391
                                    Wilmington, DE  19801-0391
                                    (302) 571-6713
                                    msquire@ycst.com
                                    *Attorneys for Defendants*
                                    *ST-Liquid Crystal Display Corp.*

Of Counsel:
John Flock
Robert Hails
KENYON & KENYON, LLP
One Broadway
New York, NY  10004
(212) 425-7200

Dated: July 10, 2006

2

## **CERTIFICATE OF SERVICE**

I, Monte T. Squire, Esquire, hereby certify that on July 10, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such document is available for viewing and downloading to the following counsel of record:

Thomas C. Grimm
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 North Market Street
P. O. Box 1347
Wilmington DE 19899
*Attorneys for Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

Frederick L. Cottrell, III
RICHARDS, LAYTON & FINGER
One Rodney Square
P. O. Box 551
Wilmington, DE 19899-0551
*Attorneys for Eastman Kodak Company*

William J. Wade
RICHARDS, LAYTON & FINGER
One Rodney Square
P. O. Box 551
Wilmington, DE 19899-0551
*Attorneys for Matsushita Electrical Industrial Co. and Matsushita Electrical Corporation of America*

Thomas L. Halkowski
FISH & RICHARDSON P.C.
919 N. Market St., Suite 1100
Wilmington, DE 19899-1114
*Attorneys for Apple Computer, Inc., Casio Computer Co., Ltd., and Casio, Inc.*

John W. Shaw
YOUNG, CONAWAY, STARGATT
  & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
*Attorneys for Olympus Corporation and Olympus America Inc.*

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P. O. Box 951
Wilmington, DE 19899-0951
*Attorneys for Concord Cameras, Dell Inc., Fujitsu Limited, Fujitsu America, Inc. and Fujitsu Computer Products of America, Inc., and Toshiba America, Inc.*

DB01:1610135.1

Adam W. Poff
YOUNG, CONAWAY, STARGATT
  & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE  19899-0391
*Attorneys for Pentax Corporation
and Pentax U.S.A., Inc.*

Philip A. Rovner
POTTER ANDERSON
  & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE  19899
*Attorneys for Fuji Photo Film Co., Ltd. and
Fuji Photo Film U.S.A., Inc.*

Arthur G. Connolly, III
CONNOLLY, BOVE, LODGE & HUTZ LLP
The Nemours Building, 8th Floor
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE  19899
*Attorneys for Navman NZ Limited
and Navman U.S.A. Inc.*

Gerard M. O'Rourke
CONNOLLY, BOVE, LODGE & HUTZ LLP
The Nemours Building, 8th Floor
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE  19899
*Attorneys for AU Optronics Corporation*

William J. Marsden, Jr.
FISH & RICHARDSON, P.C.
919 North Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Robert J. Katzenstein
SMITH, KATZENSTEIN, & FURLOW
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
*Attorneys for Seiko Epson Corporation*

Francis DiGiovanni
James M. Olsen
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building, 8th Floor
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19899
*Attorneys for Sony Ericcson Mobile
Communications AB and Sony Ericcson
Mobile Communications (USA) Inc.*

Amy E. Evans
CROSS & SIMON
913 N. Market Street, Suite 1001
P. O. Box 1380
Wilmington, DE  19899-1380
*Attorneys for Argus a/k/a Hartford
Computer Group, Inc.*

Robert K. Beste, III
SMITH, KATZENSTEIN, & FURLOW
800 Delaware Avenue
P.O. Box 410
Wilmington, DE  19899
*Attorneys for Kyocera Wireless Corp.*

Paul A. Bradley
MCCARTER & ENGLISH LLP
919 North Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

| | |
|---|---|
| Matthew Neiderman<br>DUANE MORRIS LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801-1246 | Steven J. Balick<br>ASHBY & GEDDES<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899 |

I further certify that on July 10, 2006, I caused copies of the foregoing documents to be served by hand delivery on the above-listed counsel of record and on the following counsel in the manner indicated:

**BY E-MAIL:**

Martin R. Lueck
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
*Attorneys for Plaintiffs Honeywell
International Inc. and Honeywell Intellectual
Properties, Inc.*

| | |
|---|---|
| Christopher E. Chalsen<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005-1413<br>*Attorneys for Defendants Fujitsu America, Inc.*<br>*Fujitsu Computer Products of America* | Roderick B. Williams<br>Avelyn M. Ross<br>Vinson & Elkins<br>The Terrace 7<br>2801 Via Fortuna, Suite 100<br>Austin, TX 78746-7568<br>*Attorneys for Defendant Dell, Inc.* |
| Arthur I. Neustadt<br>Oblon, Spivak, McClelland, Maier<br>  & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA 22313<br>*Attorneys for Toshiba America, Inc. and*<br>*Toshiba Corporation* | Scott L. Lamper<br>Intellectual Property and Business<br>  Development Counsel<br>Concord Camera Corp.<br>4000 Hollywood Boulevard, Suite 650N<br>Hollywood, FL 33021<br>*Intellectual Property & Business Development*<br>*Counsel for Concord Camera Corp.* |

DB01:1610135.1

| | |
|---|---|
| Steven J. Rizzi<br>Weil, Gotshal & Manges<br>767 Fifth Avenue<br>New York, NY 10153<br>*Attorneys for Defendants Matsushita Electrical Industrial Co. and Matsushita Electrical Corporation of America* | Lawrence Rosenthal<br>Matthew W. Siegal<br>Stroock & Stroock & Lavan L.L.P.<br>180 Maiden Lane<br>New York, NY 10038-4982<br>*Attorneys for Defendants Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc.* |
| Brian D. Roche<br>Sachinoff & Weaver, Ltd.<br>30 S. Wacker Drive<br>Chicago, IL 60606<br>*Attorneys for Defendant Argus a/k/a Hartford Computer Group, Inc.* | Michael J. Fink<br>Neil F. Greenblum<br>Greenblum and Berstein, P.L.C.<br>1950 Roland Clarke Place<br>Reston, VA 20191<br>*Attorneys for Defendant Pentax Corporation and Pentax U.S.A., Inc.* |
| George E. Badenoch<br>Richard M. Rosati<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004<br>(212) 425-7200<br>*Attorneys for Olympus Corporation and Olympus America Inc.* | Neil L. Slifkin<br>Harris Beach LLP<br>99 Garnsey Road<br>Pittsford, NY 14534<br>*Attorneys for Eastman Kodak Co.* |
| Kelly C. Hunsaker<br>Fish & Richardson P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>*Attorney for Apple Computer Inc.* | John R. Alison<br>Finnegan, Henderson, Farabow, Garrett<br>  & Dunner<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>*Attorneys for ThirdParty Defendant Wintek Electro-Optics Corp.* |

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Monté T. Squire_

John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
msquire@ycst.com

DB01:1610135.1