IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al. )<br>)<br>Plaintiffs and )<br>Counterclaim-Defendants, )<br>)<br>v. )<br>)<br>APPLE COMPUTER, INC., et al., )<br>)<br>Defendants and )<br>Counterclaim-Plaintiffs. ) | Civil Action No. 04-1338-KAJ<br>(Consolidated) |

### ORDER

At Wilmington this **11th** day of **July, 2006**,

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **July 21, 2006 at 11:00 a.m.** with the undersigned. **Counsel for Plaintiffs shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE