IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 04-1338-KAJ |
| v. | ) ) | |
| APPLE COMPUTER, INC., et al., | ) ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth by the Court during the oral argument today,

IT IS HEREBY ORDERED that Arima Display Corporation's motion to dismiss for lack of personal jurisdiction (D.I. 369) is DENIED without prejudice.

_____
UNITED STATES DISTRICT JUDGE

July 25, 2006
Wilmington, Delaware