IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE COMPUTER, INC., *et al.*,<br><br>　　　　　Defendants. | C.A. No. 04-1338-KAJ<br>(consolidated) |

## STIPULATION AND ORDER

WHEREAS plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. (collectively, "Honeywell") have filed a First (Second) Amended Complaint and demand for jury trial in the above-referenced matter.

WHEREAS, the First (Second) Amended Complaint names as defendant BOE HYDIS Technology Co., Ltd. ("BOE HYDIS"); and

WHEREAS, BOE HYDIS has identified, in its discovery responses a subsidiary, BOE HYDIS America, Inc. ("BHA"), that sells LCD modules that may become relevant to the above-referenced matter; and

WHEREAS, Honeywell and BOE HYDIS agree to direct, for now, Honeywell's claims only against BOE HYDIS to streamline the litigation and avoid unnecessary time and expense to the Court and to the parties;

NOW, THEREFORE, in consideration of the foregoing, Honeywell and BOE HYDIS hereby agree and stipulate as follows:

1.	Based upon the agreements contained herein, Honeywell will not further amend its first amended complaint to add as defendants any subsidiaries, affiliates or other related entities of BOE HYDIS identified in its discovery responses;

2.	BOE HYDIS represents that it has access to, and thus agrees to produce in this matter, relevant documentation and testimony from BHA, notwithstanding that BHA is not a named party in this matter.

3.	BOE HYDIS agrees that it will be bound by any judgment against it as a result of the conduct of BHA.

6.	BOE HYDIS has authorized its undersigned counsel to enter into this stipulation on its behalf.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Maria Granovsky | /s/ David E. Moore |
| Thomas C. Grimm (#1098) | Richard L. Horwitz (#2246) |
| Leslie A. Polizoti (#4299) | David E. Moore (#3983) |
| Maria Granovsky (#4709) | Hercules Plaza, 6th Floor |
| 1201 N. Market Street | 1313 N. Market Street |
| P. O. Box 1347 | Wilmington, DE 19899 |
| Wilmington, DE 19899-1347 | (302) 981-6000 |
| (302) 658-9200 | rhorwitz@potteranderson.com |
| tgrimm@mnat.com | dmoore@potteranderson.com |
| lpolizoti@mnat.com | |
| mgranovsky@mnat.com | |

*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

*Attorneys for BOE HYDIS Technology Co., Ltd.*

IT IS SO ORDERED this _____ day of _____, 2006

_____
United States District Court Judge

530387

2