IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 04-1338-KAJ <br> (consolidated) |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED by Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. and by Defendant BOE HYDIS Technology Co., Ltd., subject to the approval of the Court, that BOE HYDIS Technology Co., Ltd. may file its First Amended Answer to Honeywell's First Amended Complaint (Exhibit A hereto) and that the First Amended Answer is deemed filed and served as of the date of this Order.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Maria Granovsky <br> Thomas C. Grimm (#1098) <br> Leslie A. Polizoti (#4299) <br> Maria Granovsky (#4709) <br> 1201 N. Market Street <br> P. O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 <br> tgrimm@mnat.com <br> lpolizoti@mnat.com <br><br> *Attorneys for Honeywell International, Inc. and Honeywell Intellectual Properties, Inc.* | /s/ David E. Moore <br> Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19899 <br> (302) 981-6000 <br> rhorwitz@potteranderson.com <br> dmoore@potteranderson.com <br><br> *Attorneys for BOE HYDIS Technology Co., Ltd.* |

IT IS SO ORDERED this _____ day of _____, 2006

_____
United States District Court Judge

743093