IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and<br>HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>Plaintiff,<br><br>v.<br><br>APPLE COMPUTER, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 04-1338 (KAJ)<br>)   (Consolidated)<br>)<br>)<br>)<br>) |

## **ORDER**

The Court having considered Plaintiffs' Motion For Leave To File Its Second Amended Complaint, IT IS HEREBY ORDERED this _____ day of _____, 2006, that plaintiffs' motion is granted and that plaintiffs' Second Amended Complaint, attached hereto, is deemed filed as of the date of this Order.

                                                                                             _____
                                                                                             United States District Court Judge

530841