IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and<br>HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE COMPUTER INC., et al,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 04-1338-KAJ<br>)<br>)<br>)<br>)<br>) |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time within which Defendant Arima Display Corporation shall move, answer or otherwise plead in response to Plaintiff's First Amended Complaint (or Second Amended Complaint, if permitted to be filed) is extended to and including September 22, 2006.

RICHARDS, LAYTON & FINGER

By: /s/ William J. Wade
    William J. Wade (#704)
    Matthew W. King (#4566)
    One Rodney Square
    P. O. Box 551
    Wilmington, DE  19899
    (302) 651-7700
    wade@rlf.com
    king@rlf.com

Attorneys for Defendant Arima Display Corporation

Dated: August 2, 2006

MORRIS, NICHOLS, ARSHT & TUNNELL

By: /s/ Thomas C. Grimm
    Thomas C. Grimm, Esquire
    Leslie A. Polizoti, Esquire
    Morris, Nichols, Arsht & Tunnell
    Chase Manhattan Centre
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE  19899
    tgrimm@mnat.com
    lpolizoti@mnat.com

Attorneys for Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc.

Dated: August 2, 2006

RLF1-3043744-1

IT IS SO ORDERED, this _____ day of _____, 2006.

_____
United States District Judge