IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC.; *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 04-1338-KAJ <br> Consolidated |

### STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED by and between counsel for plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. ("Honeywell") and counsel for defendants Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc. ("Fuji") that, subject to the approval of the Court, Fuji's time to respond to Honeywell's Motion for Leave to File Its Second Amended Complaint (D.I. 515) is hereby extended to, and including, August 25, 2006.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP     POTTER ANDERSON & CORROON LLP

By: /s/ Leslie A. Polizoti
    Thomas C. Grimm (#1098)
    Leslie A. Polizoti (#4299)
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347
    (302) 658-9200
    tgrimm@mnat.com
    lpolizoti@mnat.com

Attorneys for Honeywell International Inc. and
Honeywell Intellectual Properties, Inc.

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    provner@potteranderson.com

Attorneys for Defendants
Fuji Photo Film Co., Ltd. and
Fuji Photo Film U.S.A., Inc.

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

744778

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, hereby certify that, on August 10, 2006, the within document was electronically filed with the Clerk of the Court using CM-ECF which will send notification of such filing to the following; the document was served by hand delivery on the following; and the document is available for viewing and downloading from CM-ECF:

| **BY HAND DELIVERY** | **BY HAND DELIVERY** |
|---|---|
| Thomas C. Grimm, Esq.<br>Leslie A. Polizoti, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>tgrimm@mnat.com<br>lpolizoti@mnat.com | Frederick L. Cottrell, III, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>Cottrell@rlf.com |
| Thomas L. Halkowski, Esq.<br>Fish & Richardson P.C.<br>919 N. Market Street<br>Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899<br>halkowski@fr.com | Richard L. Horwitz, Esq.<br>David E. Moore, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| William J. Wade, Esq.<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>wade@rlf.com | John W. Shaw, Esq.<br>Young, Conaway, Stargatt & Taylor LLP<br>1000 West Street, 17th Floor<br>P. O. Box 391<br>Wilmington, DE 19899-0391<br>jshaw@ycst.com |

Adam Wyatt Poff, Esq.
Young, Conaway, Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 3981
Wilmington, DE 19899-0391
apoff@ycst.com

Arthur G. Connolly, III, Esq.
Brian M. Gottesman, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building – 8th Floor
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19899-2207
Ac3@cblh.com

Robert J. Katzenstein, Esq.
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Fl.
P.O. Box 410
Wilmington, DE 19899
rkatzenstein@skfdelaware.com

William J. Marsden, Jr., Esq.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899-1114
marsden@fr.com

Paul A. Bradley, Esq.
McCarter & English, LLP
919 N. Market Street
Suite 1800
P.O. Box 111
Wilmington, DE 19899
pbradley@mccarter.com

Francis DiGiovanni, Esq.
James M. Olsen, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building – 8th Fl.
1007 N. Orange Street
Wilmington, DE 19899-2207
fdigiovanni@cblh.com

Amy Evans, Esq.
Cross & Simon, LLC
913 N. Market Street, Suite 1001
Wilmington, DE 19899-1380
aevans@crosslaw.com

Karen L. Pascale, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801
kpascale@ycst.com

Monte Terrell Squire, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391
msquire@ycst.com

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com

| | |
|---|---|
| Matthew Neiderman, Esq.<br>Duane Morris LLP<br>1100 N. Market Street<br>Suite 1200<br>Wilmington, DE  19801<br>mneiderman@duanemorris.com | David J. Margules, Esq.<br>John M. Seaman, Esq.<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE  19801<br>dmargules@bmf-law.com<br>jseaman@bmf-law.com |

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000
E-mail:  provner@potteranderson.com

665446