# EXHIBIT B

# CONFIDENTIAL EXHIBIT

Case 1:04-cv-01338-JJF    Document 530-3    Filed 08/18/2006    Page 2 of 2