**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC., et al., | ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 04-1338-KAJ |
| APPLE COMPUTER INC., et al., | ) ) ) | |
| Defendants. | ) | |
| _____ | ) ) | |
| HONEYWELL INTERNATIONAL INC., et al., | ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 04-1337-KAJ |
| AUDIOVOX COMMUNICATIONS CORP., et al., | ) ) ) ) | |
| Defendants. | ) | |

**APPLICATION FOR ORAL ARGUMENT**

       Pursuant to Local Rule 7.1.4, defendants Seiko Epson Corp. and Sanyo Epson Imaging Devices hereby request that the Court schedule oral argument on plaintiffs' motions for leave to file amended complaints in these two consolidated cases. The filings with respect to these motions are as follows:

       Plaintiffs' Motion for Leave to File Second Amended Complaint, C.A. No. 04-1338-KAJ, D.I. 515 (July 28, 2006);

       Plaintiffs' Motion for Leave to File Fourth Amended Complaint, C.A. No. 04-1337-KAJ, D.I. 206 (July 28, 2006);

       Seiko Epson Corp.'s and Sanyo Epson Imaging Devices' Brief in Opposition to Honeywell's Motions for Leave to File Amended Complaints, D.I. 523 in C.A. No.

10016818.WPD

04-1338-KAJ; D.I. 208 in C.A. No. 04-1337-KAJ (Aug. 11, 2006); and

The Honeywell Plaintiffs' Reply to Wintek Corporation, Wintek Electro-Optics Corporation, TPO Display Corporation, Seiko Epson Corp., and Sanyo Epson Imaging Devices' Briefs in Opposition to Honeywell's Motion for Leave to File Amended Complaints, D.I. 530 in C.A. No. 04-1338-KAJ; D.I. 214 in C.A. No. 04-1337-KAJ (Aug. 18, 2006).

| | |
|---|---|
| Date: August 21, 2006 | SMITH, KATZENSTEIN & FURLOW LLP |
| | /s/ Robert J. Katzenstein |
| | Robert J. Katzenstein (ID No. 378) |
| | 800 Delaware Avenue, 7th Floor |
| | P.O. Box 410 |
| OF COUNSEL: | Wilmington,, DE 19899 |
| Stuart Lubitz | (Courier 19801) |
| Robert J. Benson | 302-652-8400 – telephone |
| HOGAN & HARTSON L.L.P. | 302-652-8405 – fax |
| 1999 Avenue of the Stars, Suite 1400 | rjk@skfdelaware.com – e-mail |
| Los Angeles, California 90067 | |
| Telephone: (310) 785-4600 | Attorneys for Defendants |
| Facsimile: (310) 785-4601 | SEIKO EPSON CORPORATION and SANYO EPSON IMAGING DEVICES |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

      I, Robert J. Katzenstein, hereby certify that on August 21, 2006, I electronically filed the attached Defendants Seiko Epson Corp.'s and Sanyo Epson Imaging Devices' Application for Oral Argument with the Clerk of Court using CM/ECF which will send notification of such filing to the following and caused a true and correct copy of same to be served by first class mail on the following:

Philip A. Rovner, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951

William J. Wade, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

John W. Shaw, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Frederick L. Cottrell, III, Esquire
Chad Michael Shandler, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Adam Wyatt Poff, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Thomas Lee Halkowski, Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

Thomas C. Grimm, Esquire
Leslie A. Polizoti, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Martin R. Lueck, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015

Alan E. McKenna, Esquire
Jeremy C. McDiarmid, Esquire
Robins, Kaplan, Miller & Ciresi LLP
111 Huntington Avenue, Suite 1300
Boston, MA  02199-7610

Arthur G. Connolly, III, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

10016818.WPD

| | |
|---|---|
| Amy Elizabeth Evans, Esquire<br>Cross & Simon, LLC<br>913 North Market Street<br>11th Floor<br>Wilmington, DE 19801 | Karen L. Pascale, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Bldg., 17th Fl.<br>1000 West Street<br>Wilmington, DE 19801 |
| Alexander E. Gasser, Esquire<br>Oblon, Spivak, McClelland, Maier & Neustadt<br>1940 Duke Street<br>Alexandria, VA 22314 | Francis DiGiovanni, Esquire<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899 |
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114 | Steven J. Balick, Esquire<br>John G. Day, Esquire<br>Ashby & Geddes<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 |
| Richard L. Horwitz, Esquire<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | Monte Terrell Squire, Esquire<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 |
| Paul A. Bradley, Esquire<br>Maron & Marvel, P.A.<br>1300 North Broom Street<br>P.O. Box 288<br>Wilmington, DE 19899-0288 | David J. Margules, Esquire<br>John M. Seaman, Esquire<br>Bouchard, Margules & Friedlander, P.A.<br>222 Delaware Avenue<br>Suite 1400<br>Wilmington, DE 19801 |
| Matt Neiderman, Esquire<br>Duane Morris LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801 | David E. Moore, Esquire<br>Potter Anderson & Corroon, LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19899-0951 |

| | |
|---|---|
| Date:   August 21, 2006 | SMITH, KATZENSTEIN & FURLOW LLP |
| | |
| | /s/ Robert J. Katzenstein |
| | Robert J. Katzenstein (ID No. 378) |
| | 800 Delaware Avenue, 7th Floor |
| | P.O. Box 410 |
| OF COUNSEL: | Wilmington,, DE 19899 |
| Stuart Lubitz | (Courier 19801) |
| Robert J. Benson | 302-652-8400 – telephone |
| HOGAN & HARTSON L.L.P. | 302-652-8405 – fax |
| 1999 Avenue of the Stars, Suite 1400 | rjk@skfdelaware.com – e-mail |
| Los Angeles, California 90067 | |
| Telephone:  (310) 785-4600 | Attorneys for Defendants |
| Facsimile:  (310) 785-4601 | SEIKO EPSON CORPORATION and SANYO EPSON IMAGING DEVICES |