IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL INC.,
et al.,

                                    Plaintiffs,
                    Counter-Defendants,


                vs.                          C.A. No. 04-1338-KAJ


APPLE COMPUTER INC., et al.,

                                    Defendants,
                    Counterclaim Plaintiffs.

<u>**NOTICE OF SERVICE**</u>

PLEASE TAKE NOTICE that on August 24, 2006, copies of Defendant Sony

Corporation's First Supplemental Response to Plaintiff's First Set of Interrogatories (Nos. 1-16) were

caused to be served upon the following counsel of record as indicated:


| | |
|---|---|
| **Apple Computer Inc.**<br><br>**HAND DELIVERY** | **Thomas Lee Halkowski** – [halkowski@fr.com]<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801<br>(302) 652-5070 |
| **Argus a/k/a Hartford Computer Group, Inc.**<br><br>**HAND DELIVERY** | **Amy Elizabeth Evans** – [aevans@crosslaw.com]<br>Cross & Simon, LLC<br>913 North Market Street, 11th Floor<br>Wilmington, DE 19801<br>(302) 777-4200 |
| **Arima Display**<br><br>**HAND DELIVERY** | **William J. Wade** – [wade@rlf.com]<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801<br>(302) 651-7718 |
| **E-MAIL** | **Dan C. Hu** – [hu@tphm.com]<br>**Diana M. Sangalli** – [dsangalli@tphm.com]<br>Trop, Pruner & Hu, P.C.<br>8554 Katy Freeway, Suite 100<br>Houston, TX 77024<br>(713) 468-8880 |

| | |
|---|---|
| **BOE-Hydis Technology Co Ltd.**<br><br>**HAND DELIVERY** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com<br>**David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **E-MAIL** | **Kevin M. O'Brien** – [boehydis@bakernet.com]<br>**Jennifer Ancona Semko**<br>**Steven T. Dickey**<br>Baker & McKenzie LLP<br>815 Connecticut Avenue, N.W.<br>Washington, D.C.  20006<br>(202) 452-7032 |
| **Casio Computer Co., LTD**<br><br>**HAND DELIVERY** | **Thomas Lee Halkowski** – [halkowski@fr.com]<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801<br>(302) 652-5070 |
| **E-MAIL** | **John T. Johnson** – [jjohnson@fr.com]<br>**Lewis E. Hudnell** – [lhudnell@fr.com]<br>Fish & Richardson P.C.<br>153 East 53rd Street<br>New York, NY  10022-4611<br>(212) 765-5070 |
| **Casio Inc.**<br><br>**HAND DELIVERY** | **Thomas Lee Halkowski** – [halkowski@fr.com]<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801<br>(302) 652-5070 |
| **E-MAIL** | **John T. Johnson** – [jjohnson@fr.com]<br>**Lewis E. Hudnell** – [lhudnell@fr.com]<br>Fish & Richardson P.C.<br>153 East 53rd Street<br>New York, NY  10022-4611<br>(212) 765-5070 |
| **Citizen Displays Co Ltd**<br><br>**Citizen Watch Co Ltd**<br><br>**HAND DELIVERY** | **David J. Margules** – [dmargules@BMF-law.com]<br>Bouchard, Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>(302) 573-3500 |

2

**Concord Cameras**

**HAND DELIVERY**

**Richard L. Horwitz** – [rhorwitz@potteranderson.com]
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
Wilmington, DE 19801
(302) 984-6000

**Dell Inc.**

**HAND DELIVERY**

**Richard L. Horwitz** – [rhorwitz@potteranderson.com]
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
Wilmington, DE 19801
(302) 984-6000

**E-MAIL**

**Willem G. Schuurman** –[bschuurman@velaw.com]
**Roderick B. Williams** – [rickwilliams@velaw.com]
**Avelyn M. Ross** – [aross@velaw.com]
Vinson & Elkins LLP
2801 Via Fortuna, Suite 100
Austin, TX  78746-7568
(512) 542-8400

**Eastman Kodak Comp.**

**HAND DELIVERY**

**Frederick L. Cottrell, III** – [cottrell@rlf.com]
**Chad M. Shandler** – [shandler@rlf.com]
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801
(302) 658-6541

**E-MAIL**

**Paul J. Yesawich, III** – [pyesawich@harrisbeach.com]
**Neal L. Slifkin** – [nslifkin@harrisbeach.com]
**David J. Edwards** – [dedwards@harrisbeach.com]
**Laura W. Smalley** – [lsmalley@harrisbeach.com]
Harris Beach PLLC
99 Garnsey Road
Pittsford, NY  14534
(585) 419-8800

DB01:2176199.1                                                                                                    058704.1004

| | |
|---|---|
| **Fuji Photo Film Co. Ltd.**<br>**Fuji Photo Film U.S.A. Inc.**<br><br>**HAND DELIVERY** | **Philip A. Rovner** – [provner@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **E-MAIL** | **Lawrence Rosenthal** – [lrosenthal@stroock.com]<br>**Matthew W. Siegal** – [msiegal@stroock.com]<br>**Kevin C. Ecker** – [kecker@stroock.com]<br>**Angie M. Hankins** - [ahankins@stroock.com]<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY  10038<br>(212) 806-5400 |
| **Fujitsu America Inc.**<br>**Fujitsu Computer Products of**<br>  **America Inc.**<br>**Fujitsu Limited**<br><br>**HAND DELIVERY** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **E-MAIL** | **Parker H. Bagley** – [pbagley@milbank.com]<br>**Christopher E. Chalsen** – [cchalsen@milbank.com]<br>**Christopher J. Gaspar** – [cgaspar@milbank.com]<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005<br>(212) 530-5000 |
| **HannStar Display Corporation**<br><br>**HAND DELIVERY** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>**David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **E-MAIL** | **John M. Caracappa** – [jcaracappa@akingump.com]<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, NW<br>Washington, D.C.  20036<br>(202) 887-4000 |

4

| | |
|---|---|
| **Hitachi Display Devices, Ltd.**<br>**Hitachi Displays Ltd.**<br>**Hitachi Ltd.**<br>**Hitachi Electronic Devices (USA) Inc.**<br><br>**HAND DELIVERY** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>**David Ellis Moore** - [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **E-MAIL** | **Robert L. Maier** – [robert.Maier@BakerBotts.com]<br>**Robert C. Scheinfeld** [robert.scheinfeld@bakerbotts.com]<br>**Neil P. Sirota** – [neil.sirota@bakerbotts.com]<br>Baker Botts LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>(212) 408-2500 |
| **Honeywell Intellectual Properties,**<br>**Inc.**<br>**Honeywell International Inc.**<br><br>**HAND DELIVERY** | **Thomas C. Grimm** – [tgrimm@mnat.com]<br>**Leslie A. Polizoti** – [lpolizoti@mnat.com]<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801<br>(302) 658-9200 |
| **E-MAIL** | **Martin R. Lueck** – [MRLueck@rkmc.com]<br>**Matthew L. Woods** – [MLWoods@rkmc.com]<br>**Stacie E. Oberts** – [SEOberts@rkmc.com]<br>**Michael D. Okerlund** – [MDOkerlund@rkmc.com]<br>**Denise S. Rahne** – [DSRahne@rkmc.com]<br>**Peter N. Surdo** – [PNSurdo@rkmc.com]<br>**Marta M. Chou** – [MMChou@rkmc.com]<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN 55402-2015<br>(612) 349-8500 |
| **E-MAIL** | **Anthony A. Froio** – [AAFroio@rkmc.com]<br>**Marc N. Henschke** – [MNHenschke@rkmc.com]<br>**Alan E McKenna** – [AEMcKenna@rkmc.com]<br>**Jeremy C. McDiarmid** – [JCMcDiarmid@rkmc.com]<br>Robins, Kaplan, Miller & Ciresi L.L.P.<br>111 Huntington Avenue, Suite 1300<br>Boston, MA 02199<br>(617) 267-2300 |

| | |
|---|---|
| **International Display Technology**<br>**International Display Technology**<br>  **USA Inc.**<br>**HAND DELIVERY** | **William J. Marsden, Jr.** – [marsden@fr.com]<br>**Sean P. Hayes** – [hayes@fr.com]<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801<br>(302) 652-5070 |
| **Koninklijke Philips Electronics N.V.**<br><br>**HAND DELIVERY** | **David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **E-MAIL** | **Alan M. Grimaldi** – [grimaldia@howrey.com]<br>**Thomas M. Dunham** – [dunhamt@howrey.com]<br>**Nelson M. Kee** – [keen@howrey.com]<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20004-2401<br>(202) 783-0800 |
| **Kyocera Wireless Corp.**<br><br>**HAND DELIVERY** | **Robert J. Katzenstein** – [rjk@skfdelaware.com]<br>**Robert Karl Beste, III** – [rkb@skfdelaware.com]<br>Smith, Katzenstein, & Furlow<br>800 Delaware Avenue<br>Wilmington, DE 19801<br>302.652.8400 |
| **E-MAIL** | **Stuart Lubitz** – [slubitz@hhlaw.com]<br>**William Wright** – [whwright@hhlaw.com]<br>**Robert J. Benson** – [rjbensosn@hhlaw.com]<br>Hogan & Hartson LLP<br>500 S. Grand Avenue, Suite 1900<br>Los Angeles, CA  90071 |
| **Matsushita Electrical Corporation of**<br>  **America**<br>**Matsushita Electrical Industrial Co.**<br><br>**HAND DELIVERY** | **William J. Wade** – [wade@rlf.com]<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801<br>(302) 651-7718 |
| **E-MAIL** | **Steven J Rizzi** – [steven.rizzi@weil.com]<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>(212) 310-8734 |

6

| | |
|---|---|
| **Navman NZ Limited**<br>**Navman U.S.A. Inc.**<br><br>**HAND DELIVERY** | **Arthur G. Connolly, III** – [aconnollyIII@cblh.com]<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>(302) 658-9141 |
| **Olympus America Inc.**<br>**Olympus Corporation**<br><br>**HAND DELIVERY** | **John W. Shaw** – [jshaw@ycst.com]<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600 |
| **E-MAIL** | **George E. Badenoch** – [gbadenoch@kenyon.com]<br>**Richard M. Rosati** – [rrosati@kenyon.com]<br>**Michael J. Freno** – [mfreno@kenyon.com]<br>Kenyon & Kenyon LLP<br>One Broadway<br>New York, NY  10004<br>(212) 425-7200 |
| **Optrex America Inc.**<br><br>**HAND DELIVERY** | **Karen L. Pascale** – [kpascale@ycst.com]<br>Young Conaway Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Fl.<br>Wilmington, DE 19801<br>302-571-6600 |
| **E-MAIL** | **Alexander E. Gasser** – [agasser@oblon.com]<br>**Richard D. Kelly** – [rkelly@oblon.com]<br>**Andrew M. Ollis** – [aollis@oblon.com]<br>Oblon Spivak McClelland Maier<br>  & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA  22314<br>(703) 413-3000 |

7

| | |
|---|---|
| **Pentax Corporation**<br>**Pentax U.S.A. Inc.**<br><br>**HAND DELIVERY** | **Adam Wyatt Poff** – [apoff@ycst.com]<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600 |
| **E-MAIL** | **Neil F. Greenblum** – [ngreenblum@gbpatent.com]<br>**Michael J. Fink** – [mfink@gbpatent.com]<br>**P. Branko Pejic** – [bpejic@gbpatent.com]<br>Greenblum & Bernstein, P.L.C.<br>1950 Roland Clarke Place<br>Reston, VA 20191-1411<br>(703) 716-1191 |
| **Philips Consumer Electronics North America**<br>**Philips Electronics North America Corporation**<br><br>**HAND DELIVERY** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>**David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **E-MAIL** | **Alan M. Grimaldi** – [grimaldia@howrey.com]<br>**Thomas M. Dunham** – [dunhamt@howrey.com]<br>**Nelson M. Kee** – [keen@howrey.com]<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2401<br>(202) 783-0800 |
| **Quanta Display Inc.**<br><br>**HAND DELIVERY** | **Monté Terrell Squire** – [msquire@ycst.com]<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6713 |
| **E-MAIL** | **Peter J. Wied** – [peterwied@paulhastings.com]<br>Paul, Hastings, Janofsky & Walker LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071<br>(213) 683-6000 |

| | |
|---|---|
| **Samsung SDI America Inc.**<br>**Samsung SDI Co. Ltd.**<br><br>**HAND DELIVERY** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>**David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **E-MAIL** | **Stephen Korniczky** –<br>[stephenkorniczky@paulhastings.com]<br>**Elizabeth L. Brann** – [elizabethbrann@paulhastings.com]<br>Paul, Hastings, Janofsky & Walker LLP<br>3579 Valley Centre Drive<br>San Diego, CA  92130<br>(858) 720-2500 |
| **E-MAIL** | **Hamilton Loeb** – [hamiltonloeb@paulhastings.com]<br>**Carolyn E. Morris** – [carolynmorris@paulhastings.com]<br>**Alana A. Prills** – [alanaprills@paulhastings.com]<br>Paul, Hastings, Janofsky & Walker LLP<br>875 15th Street, N.W.<br>Washington, D.C.  20005<br>(202) 551-1700 |
| **Seiko Epson Corporation**<br><br>**HAND DELIVERY** | **Robert J. Katzenstein** – [rjk@skfdelaware.com]<br>Smith, Katzenstein, & Furlow<br>800 Delaware Ave.<br>Wilmington, DE 19801<br>(302) 652-8400 |
| **E-MAIL** | **Stuart Lubitz** – [slubitz@hhlaw.com[<br>**Robert J. Benson** – [rjbenson@hhlaw.com]<br>Hogan & Hartson<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA  90067<br>(310) 785-4600 |
| **Sony Ericsson Mobile**<br>   **Communications (USA) Inc.**<br>**Sony Ericsson Mobile**<br>   **Communications AB**<br><br>**HAND DELIVERY** | **Francis DiGiovanni** – [fdigiovanni@cblh.com]<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>(302) 658-9141 |

DB01:2176199.1                                                                                        058704.1004

**ST Liquid Crystal Display Corp.**

**HAND DELIVERY**

**John Shaw** – [jshaw@ycst.com]
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6689

**E-MAIL**

**John Flock** – [jflock@kenyon.com]
**Robert Hails** – [rhails@kenyon.com]
**Clement J. Naples** – [cnaples@kenyon.com]
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004
(212) 425-7200

**Toppoly Optoelectronics Corp.**

**HAND DELIVERY**

**Richard L. Horwitz** – [rhorwitz@potteranderson.com]
**David Ellis Moore** – [dmoore@potteranderson.com]
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
Wilmington, DE 19801
(302) 984-6000

**E-MAIL**

**E. Robert Yoches** – [bob.yoches@finnegan.com]
**Elizabeth Niemeyer** [elizabeth.niemeyer@finnegan.com]
Finnegan, Henderson, Farabow, Garrett
  & Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
(202) 408-4000

**E-MAIL**

**York M. Faulkner** – [york.faulkner@finnegan.com]
Finnegan, Henderson, Farabow, Garrett
  & Dunner, L.L.P.
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700

**E-MAIL**

**John R. Alison** – [john.alison@finnegan.com]
Finnegan, Henderson, Farabow, Garrett
  & Dunner, L.L.P.
12D, 167 DunHua North Road
Taipeo 105, Taiwan, ROC
(886) 2-2712-7001

DB01:2176199.1                                                      058704.1004

| | |
|---|---|
| **Toshiba America Inc.**<br>**Toshiba Corporation**<br><br>**HAND DELIVERY** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>**David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **E-MAIL** | **Arthur I. Neustadt** – [aneustadt@oblon.com]<br>**Carl E. Schlier-** [cschlier@oblon.com]<br>Oblon Spivak McClelland Maier<br>  & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA  22314<br>(703) 413-3000 |
| **Wintek Corp.**<br>**Wintek Electro-Optics Corporation**<br><br>**HAND DELIVERY** | **Richard L. Horwitz** – [rhorwitz@potteranderson.com]<br>**David Ellis Moore** – [dmoore@potteranderson.com]<br>Potter Anderson & Corroon, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>Wilmington, DE 19801<br>(302) 984-6000 |
| **E-MAIL** | **E. Robert Yoches** – [bob.yoches@finnegan.com]<br>**Elizabeth Niemeyer** [elizabeth.niemeyer@finnegan.com]<br>Finnegan, Henderson, Farabow, Garrett<br>  & Dunner, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, D.C.  20001<br>(202) 408-4000 |
| **E-MAIL** | **York M. Faulkner** – [york.faulkner@finnegan.com]<br>Finnegan, Henderson, Farabow, Garrett<br>  & Dunner, L.L.P.<br>11955 Freedom Drive<br>Reston, VA  20190<br>(571) 203-2700 |
| **E-MAIL** | **John R. Alison** – [john.alison@finnegan.com]<br>Finnegan, Henderson, Farabow, Garrett<br>  & Dunner, L.L.P.<br>12D, 167 DunHua North Road<br>Taipeo 105, Taiwan, ROC<br>(886) 2-2712-7001 |

DB01:2176199.1                                                                                                      058704.1004

PLEASE TAKE FURTHER NOTICE that on August 24, 2006, this Notice of Service was filed with the Clerk of the Court using CM/ECF and served as indicated above.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
(302) 571-6600
jshaw@ycst.com

Dated: August 24, 2006          Attorneys for Defendant Sony Corporation

DB01:2176199.1                                                      058704.1004