## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and <br> HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC; *et al.*, <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 04-1338-KAJ <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT INNOLUX DISPLAY CORPORATION'S
### MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Pursuant to Fed.R.Civ.P. Rule 12(b)(2), Defendant InnoLux Display Corporation ("IDC") moves to dismiss the above-captioned action for lack of personal jurisdiction over IDC for the reasons set forth more fully in the brief filed concurrently herewith.

DATED: August 25, 2006

**DUANE MORRIS LLP**

/s/ Daniel V. Folt
Daniel V. Folt (Del. I.D. No. 3143)
Gary W. Lipkin (Del. I.D. No. 4044)
1100 North Market Street, 12th Floor
Wilmington, Delaware 19801
Tel:   302.657.4900
Fax:   302.657.4901
E-Mail:   dfolt@duanemorris.com
          gwlipkin@duanemorris.com

**OF COUNSEL:**

Donald R. McPhail
**DUANE MORRIS LLP**
1667 K Street, NW
Suite 700
Washington, DC 20006
(202) 776-7800
E-Mail: drmcphail@duanemorris.com

Attorneys for Defendant InnoLux Display Corp.

DM1\680402.1