## CERTIFICATE OF SERVICE

I, Gary W. Lipkin, hereby certify that on August 25, 2006, I filed the foregoing "Defendant Innolux Display Corporation's Motion To Dismiss For Lack Of Personal Jurisdiction" upon the following counsel of record via e-filing:

John W. Shaw
Monte T. Squire
Young, Conaway, Stargatt
 & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

William J. Wade
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Karen L. Pascale
Young, Conaway, Stargatt & Taylor
The Brandywine Building, 17th Fl.
1000 West Street
Wilmington, Delaware 19801

Philip A. Rovner
Potter, Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, Delaware 19899

David Margules
John M. Seaman
Bouchard, Margules &
Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 18th Floor
P.O. Box 1347
Wilmington, Delaware 19899

Robert J. Katzenstein
Robert Karl Beste, III
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Fl.
Wilmington, DE 19899

William J. Marsden, Jr.
Raymond N. Scott, Jr.
Fish & Richardson, P.C.
919 North Market Street, Ste. 1100
Wilmington, DE 19899

Richard L. Horwitz
David E. Moore
Potter, Anderson & Corroon LLP
Hercules Plaza, 6th Fl.
1313 N. Market Street
Wilmington, DE 19899

/s/ Gary W. Lipkin (Del. I.D. No. 4044)

DM1\681017.1