## **CERTIFICATE OF SERVICE**

I, Gary W. Lipkin, hereby certify that on August 25, 2006, I filed the foregoing "Brief in Support of Defendant Innolux Display Corporation's Motion to Dismiss for Lack of Personal Jurisdiction" upon the following counsel of record via e-filing:

| | |
|---|---|
| John W. Shaw<br>Monte T. Squire<br>Young, Conaway, Stargatt<br>  & Taylor LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 | William J. Wade<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 |
| Karen L. Pascale<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building, 17th Fl.<br>1000 West Street<br>Wilmington, Delaware 19801 | Philip A. Rovner<br>Potter, Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, Delaware 19899 |
| Thomas L. Halkowski<br>Fish & Richardson P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, Delaware 19899 | David Margules<br>John M. Seaman<br>Bouchard, Margules &<br>Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 |
| Leslie A. Polizoti<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street, 18th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899 | Robert J. Katzenstein<br>Robert Karl Beste, III<br>Smith, Katzenstein & Furlow LLP<br>800 Delaware Avenue, 7th Fl.<br>Wilmington, DE 19899 |
| William J. Marsden, Jr.<br>Raymond N. Scott, Jr.<br>Fish & Richardson, P.C.<br>919 North Market Street, Ste. 1100<br>Wilmington, DE 19899 | Richard L. Horwitz<br>David E. Moore<br>Potter, Anderson & Corroon LLP<br>Hercules Plaza, 6th Fl.<br>1313 N. Market Street<br>Wilmington, DE 19899 |

/s/ Gary W. Lipkin (Del. I.D. No. 4044)

DM1\681017.1