IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al.,<br><br>    Plaintiffs and<br>    Counterclaim-Defendants,<br><br>v.<br><br>APPLE COMPUTER, INC., et al.,<br><br>    Defendants and<br>    Counterclaim-Plaintiffs. | Civil Action No. 04-1338-KAJ<br>(Consolidated) |

### ORDER

At Wilmington this **1st** day of **September, 2006**,

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **September 14, 2006 at 11:00 a.m.** with the undersigned. **Counsel for Plaintiffs shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE