IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC.  )  <br>and HONEYWELL INTELLECTUAL  )  <br>PROPERTIES INC.,  )  <br>  )  <br>         Plaintiffs,  )  <br>  )     C.A. No. 04-1338-KAJ  <br>     v.  )  <br>  )     Consolidated  <br>APPLE COMPUTER, INC., et al.,  )  <br>  )  <br>         Defendants.  )  | |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. ("Honeywell") and defendant InnoLux Display Corporation ("IDC"), subject to the approval of the Court, that the time for Honeywell to file its Opposition to IDC's Motion to Dismiss for Lack of Personal Jurisdiction (D.I. 536) is extended to and including September 18, 2006.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP          DUANE MORRIS LLP

*/s/ Maria Granovsky*                                                            */s/ Daniel V. Folt*
_____         _____
Thomas C. Grimm (#1098)                                           Daniel V. Folt (#3143)
Leslie A. Polizoti (#4299)                                              Gary W. Lipkin (#4044)
Maria Granovsky (#4709)                                            1100 North Market Street
1201 N. Market Street                                                   12th Floor
P.O. Box 1347                                                                Wilmington, DE  19801
Wilmington, DE  19899-1347                                       dfolt@duanemorris.com
(302) 658-9200                                                              gwlipkin@duanemorris.com
tgrimm@mnat.com                                                      *Attorneys for Defendant InnoLux Display*
lpolizoti@mnat.com                                                     *Corporation*
mgranovsky@mnat.com
*Attorneys for Honeywell International Inc.*
*and Honeywell Intellectual Properties Inc.*

2

SO ORDERED this _____ day of September 2006.

_____
United States District Judge

536411

Case 1:04-cv-01338-JJF    Document 550    Filed 09/11/2006    Page 2 of 3

2

CERTIFICATE OF SERVICE

       I hereby certify that on September 11, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Elizabeth L. Brann, Christopher E. Chalsen, Hua Chen, Jay C. Chiu, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Kevin C. Ecker, Amy Elizabeth Evans, York M. Faulkner, Maxwell A. Fox, Terry D. Garnett, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Angie Hankins, Richard L. Horwitz, Dan C. Hu, John T. Johnson, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, Matthew W. King, Stephen S. Korniczky, Gary William Lipkin, Hamilton Loeb, Robert Maier, David J. Margules, David Ellis Moore, Carolyn E. Morris, Arthur I. Neustadt, Elizabeth A. Niemeyer, Kevin M. O'Brien, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, Alana A. Prills, Steven J. Rizzi, Lawrence Rosenthal, Avelyn M. Ross, Philip A. Rovner, Diana M. Sangelli, Robert C. Scheinfeld, Carl E. Schlier, Chad Michael Shandler, John W. Shaw, Matthew W. Siegal, Neil P. Sirota, Monte Terrell Squire, William J. Wade, Peter J. Wied, Roderick B. Williams, Vincent K. Yip, Edward R. Yoches.

                                  */s/ Maria Granovsky*

                                  Maria Granovsky (#4709)
                                  mgranovsky@mnat.com

536411