# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

WILLIAM J. WADE
DIRECTOR

DIRECT DIAL NUMBER
302-651-7718
WADE@RLF.COM

September 13, 2006

BY E-FILING

The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

Re: *Honeywell International Inc., et al. v. Apple Computer, Inc., et al.*,
C.A. No. 04-1338-KAJ

Dear Judge Jordan:

On behalf of Defendant Arima Display, I am writing in response to the Honeywell Plaintiffs' letter of September 7, 2006. In that letter, Honeywell states that, except for defendants Epson, Hitachi, BOE-Hydis, Wintek and Toppoly, the defendants "have made absolutely no commitments to produce documents." Honeywell also complains of various other alleged deficiencies in defendants' responses to discovery. To the extent that Honeywell intended to imply that Arima Display has failed to participate in discovery, Honeywell's statements should be clarified. By Stipulation and Orders entered March 1, 2006, and August 11, 2006, Arima Display's responses to Honeywell's discovery requests are not due until the first week of October. As such, the discovery issues that Honeywell has raised in its letter and any order entered by this Court relating to those issues should not apply to Arima Display.

Respectfully,

*William J. Wade*

William J. Wade

WJW/pc
Enclosure

cc: Clerk of the Court (By ECF and Hand Delivery)
    All Local Counsel of Record (By ECF and First Class Mail)

RLF1-3057807-1