# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

Thomas L. Halkowski
(302) 778-8407

Email
halkowski@fr.com

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

September 13, 2006

**VIA ECF**
Honorable Kent A. Jordan
United States District Court
   for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   *Honeywell International Inc., et al. v. Apple Computer, Inc., et al.*
       USDC-D. Del. - C.A. 04-1338-KAJ

Dear Judge Jordan:

On behalf of Casio Computer Co., Ltd. ("Casio Computer"), we write to respond to Honeywell's September 7 letter to the Court regarding discovery (D.I. 549). Casio Computer shares many of the concerns about Honeywell's approach to discovery that have already been voiced by other defendants, including the improper focus of Honeywell's original discovery requests on the Honeywell-crafted definition of "Accused Structure," Honeywell's unilateral demands for supplementation by a date certain (without conducting a proper meet and confer), and Honeywell's dilatory approach in identifying which specific LCD products are the subject of the case. Casio Computer will not burden the record by further discussing those concerns here.

Nonetheless, Casio Computer has produced documents to Honeywell and will continue toward diligently completing its production on a rolling basis. Casio Computer is also prepared to work with Honeywell to address any other outstanding discovery issues, including, expected dates for Casio Computer to supplement its interrogatory answers, as well as Honeywell's deficiencies regarding document production and interrogatory answers.

Respectfully,

/s/ *Thomas L. Halkowski*

Thomas L. Halkowski

TLH/sb

cc    Clerk of Court (via hand delivery)
       Counsel of Record (via ECF)

80036854.doc