IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et al. <br><br> Defendants. | C.A. No. 04-1338-KAJ |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael F. Autuoro, to represent defendant Casio Computer Co., Ltd. in this matter.

Dated:  September 15, 2006        FISH & RICHARDSON P.C.

                                  By:  /s/ *Thomas L. Halkowski*
                                       Thomas L.  Halkowski (#4099)
                                       919 N. Market Street, Suite 1100
                                       P.O. Box 1114
                                       Wilmington, DE 19899-1114
                                       Tel: (302) 652-5070
                                       Fax:  (302) 652-0607

                                  *Attorneys for Casio Computer Co., Ltd.*

**<u>ORDER GRANTING MOTION</u>**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated:  _____, 2006    _____
                                   United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective, 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

Dated: September 15, 2006

Signed: /s/ Michael F. Autuoro
Michael F. Autuoro
Fish & Richardson P.C.
Citigroup Center - 52nd Floor
153 East 53rd Street
New York, NY 10022-4611
Tel: 212-765-5070
Fax: 212-258-2291

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September 2006, I electronically filed the attached **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

Thomas C. Grimm
Morris Nichols Arsht & Tunnell
Chase Manhattan Centre
1201 North Market Street, Suite 2100
P.O. Box 1347
Wilmington, DE 19899-1347

Frederick L. Cottrell, III
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

Richard L. Horwitz
Potter Anderson & Corroon LLP
Hercules Plaza, 6th floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Philip A. Rovner
Potter Anderson & Corroon LLP
Hercules Plaza, 6th floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

William J. Wade
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

John W. Shaw
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th floor
P.O. Box 391
Wilmington, DE 19899-0391

Adam Wyatt Poff
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th floor
P.O. Box 391
Wilmington, DE 19899-0391

Francis DiGiovanni
Connolly Bove Lodge & Hutz
The Nemours Building, 8th floor
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Arthur G. Connolly, III
Connolly Bove Lodge & Hutz
The Nemours Building, 8th floor
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Amy Evans
Cross & Simons, LLC
913 N. Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE 19899-1380

| | |
|---|---|
| Karen L. Pascale<br>Young Conaway Stargatt & Taylor LLP<br>1000 West Street, 17th floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 | Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>222 Delaware Avenue, 17th floor<br>Wilmington, DE 19899 |
| Robert J. Katzenstein<br>Smith, Katzenstein & Furlow<br>800 Delaware Avenue, 7th floor<br>P.O. Box 410<br>Wilmington, DE 19899 | Paul A. Bradley<br>Thomas D. Walsh<br>McCarter & English, LLP<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801 |
| David J. Margules<br>John M. Seaman<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801 | Matthew Neiderman<br>Duane Morris LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801 |
| William J. Marsden, Jr.<br>Fish & Richardson P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899-1114 | |

/s/ *Thomas L. Halkowski*
Thomas L. Halkowski

80036933.doc