IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-1338-KAJ |
| v. | ) ) | (Consolidated) |
| APPLE COMPUTER, INC., et al., | ) ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

On this day came on to be considered the above-entitled and numbered cause, and the Court being advised that the Plaintiffs have settled and resolved their differences with Defendant QUANTA DISPLAY, INC., and have entered into an Agreement setting out the terms and conditions of the settlement, having an effective date of August 22, 2006 ("Agreement"), and as part of such agreement have consented to the entry of an Order approving this Stipulation;

Now therefore, upon the consent of the Parties hereto, it is hereby Ordered, Adjudged and Decreed that:

1.  This Court has jurisdiction over the subject matter of, and the Parties, to this action and venue is properly laid.

2.  The Court shall retain and hereby retains continuing exclusive jurisdiction over the Parties and the subject matter hereto for the purpose of interpreting and enforcing the Agreement.

3.  As a result of the Agreement, QUANTA DISPLAY, INC., is hereby dismissed as a Defendant by the Plaintiffs.

4. Each Party hereto shall bear its own costs and attorneys' fees incurred in this action.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|---|---|
| */s/ Thomas C. Grimm* | */s/ John W. Shaw* |
| _____ | _____ |
| Thomas C. Grimm (#1098) | John W. Shaw |
| Leslie A. Polizoti (#4299) | 1000 West Street, 17th Floor |
| Maria Granovsky (#4709) | P.O. Box 391 |
| 1201 N. Market Street | Wilmington, DE 19801 |
| P.O. Box 1347 | (302) 571-6600 |
| Wilmington, DE 19899-1347 | *Attorneys for Quanta Display* |
| (302) 658-9200 | |
| tgrimm@mnat.com | |
| lpolizoti@mnat.com | |
| mgranovsky@mnat.com | |
| *Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.* | |

SO ORDERED this _____ day of _____, 2006.

_____
Kent A. Jordan
UNITED STATES DISTRICT JUDGE

537240

CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Elizabeth L. Brann, Christopher E. Chalsen, Hua Chen, Jay C. Chiu, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Kevin C. Ecker, Amy Elizabeth Evans, York M. Faulkner, Maxwell A. Fox, Terry D. Garnett, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Angie Hankins, Richard L. Horwitz, Dan C. Hu, John T. Johnson, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, Matthew W. King, Stephen S. Korniczky, Gary William Lipkin, Hamilton Loeb, Robert Maier, David J. Margules, David Ellis Moore, Carolyn E. Morris, Arthur I. Neustadt, Elizabeth A. Niemeyer, Kevin M. O'Brien, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, Alana A. Prills, Steven J. Rizzi, Lawrence Rosenthal, Avelyn M. Ross, Philip A. Rovner, Diana M. Sangelli, Robert C. Scheinfeld, Carl E. Schlier, Chad Michael Shandler, John W. Shaw, Matthew W. Siegal, Neil P. Sirota, Monte Terrell Squire, William J. Wade, Peter J. Wied, Roderick B. Williams, Vincent K. Yip, Edward R. Yoches.

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
tgrimm@mnat.com

537240