UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL INC. and
HONEYWELL INTELLECTUAL PROPERTIES      C.A. No. 04-1338 (KAJ)
INC.,
       Plaintiffs,

v.

APPLE COMPUTER, INC., et al.,

       Defendants.

**AFFIDAVIT OF PETER N. SURDO IN SUPPORT OF
HONEYWELL'S OPPOSITION TO DEFENDANT INNOLUX DISPLAY
CORPORATION'S MOTION TO DISMISS FOR
LACK OF PERSONAL JURISDICTION**

STATE OF MINNESOTA   )
                               )ss
COUNTY OF HENNEPIN  )

I, Peter N. Surdo, do hereby declare and state as follows:

    1.    I am one of the attorneys representing the Plaintiffs in this matter. I am submitting this Affidavit in Support of Honeywell's Opposition to Defendant Innolux Display Corporation's Motion to Dismiss for Lack of Personal Jurisdiction. I believe the documents attached to this Affidavit are true and correct copies of what they purport to be.

    2.    Attached as Exhibit A is a true and correct copy of a receipt from Amazon.com, an online retailer, listing products purchased by Honeywell, including one Audiovox D2010 DVD Player which was "torn down" by Honeywell employees and found to contain an LCD module manufactured by Innolux Display.

1

3.   Attached as Exhibit B is a true and correct copy of a printout from Circuit City's website, http://www.circuitcity.com, that shows the availability of the Audiovox DT102DOPKG DVD player in the Wilmington, Delaware Circuit City store.

4.   Attached as Exhibit C is a true and correct copy of a printout from Hoovers regarding Hon Hai Precision Industry Co., Ltd., available at http://www.hoovers.com/hon-hai/--ID__58638--/free-co-factsheet.xhtml?cm_ven=PAID&cm_cat=INK&cm_pla=CO1&cm_ite=hon-hai.

5.   Attached as Exhibit D is a true and correct copy of a printout from the Delaware Secretary of State website, available at https://sos-res.state.de.us/tin/controller.

6.   Attached as Exhibit E is a true and correct copy of a printout from the EMS News Archives of a report titled, "Hon Hai to increase investment in Innolux," dated July 13, 2004, available at http://www.emsnow.com/newsarchives/archivedetails.cfm?ID=5574.

7.   Attached as Exhibit F is a true and correct copy of a printout from the Canadian government's Strategis website, entitled "Rising Capital Spending for Advanced TFT-LCD Panel Production in Taiwan," dated March 7, 2003, available at http://strategis.ic.gc.ca/epic/internet/inimr-ri.nsf/en/gr114707e.html.

8.   Attached as Exhibit G is a true and correct copy of a printout from the EMS News Archives of a report titled, "Hon Hai to challenge NT$2 Trillion for turnover," dated January 27, 2006, available at http://www.emsnow.com/newsarchives/archivedetails.cfm?ID=11678.

9.   Attached as Exhibit H is a true and correct copy of a printout from the Taipei Times of a report titled, "Innolux expects to turn profitable," dated October 7, 2005, available at http://www.taipeitimes.com/News/biz/archives/2005/10/07/2003274815.

MP3 20194662.1

10. Attached as Exhibit I is a true and correct copy of a printout from the Taipei Times of a report titled, "Innolux Display plans 2006 IPO," dated September 22, 2004, available at http://www. taipeitimes.com/News/biz/archives/2004/09/22/2003203902.

11. Attached as Exhibit J is a true and correct copy of a printout from the Financial Times Global 500 for 2006, available at http://media.ft.com/cms/adb61f66-f7bf-11da-9481-0000779e2340,dwp_uuid=c9034b2c-f175-11da-940b-0000779e2340.pdf.

12. Attached as Exhibit K is a true and correct copy of a printout from the Electronic Business Magazine titled, "Why is Hon Hai So Shy? One stealthy Taiwanese company is quietly sprinting to the top of the EMS sector," by Dennis Normile, dated April 2004, available at http://www.edn.com/index.asp?layout=article&articleid=CA405740&partner=eb&industryid= 21.

13. Attached as Exhibit L is a true and correct copy of a printout from Business Week Online's 2005 Information Technology 100 report, available at http://www.businessweek.com/it100/2005/company/HONHI.htm.

14. Attached as Exhibit M is a true and correct copy of a Datamonitor Company Profile for Hon Hai Precision Industry Company Limited.

15. Attached as Exhibit N is a true and correct copy of a MasterLink Securities Equity Research Report on Hon Hai Precision, available at http://web6.masterlink.com.tw/project/english/main_page/files/company_reports/2317%20TT%2020050624.pdf#search=%22hon%20hai%20lcd%22.

16. Attached as Exhibit O is a true and correct copy of a printout from The Inquirer of a report titled, "Hon Hai's profits almost double on Ipod boost," dated September 1, 2006, available at http://www.theinquirer.net/default.aspx?article=34089.

17. Attached as Exhibit P is a true and correct printout from the Foxconn website home page, available at www.foxconn.com.

18. Attached as Exhibit Q is a true and correct printout from the Foxconn website global network page, available at http://www.foxconn.com/about/global.asp.

19. Attached as Exhibit R is a true and correct printout from the Foxconn website contact us network page, available at http://www.foxconn.com/other/contactus.asp.

20. Attached as Exhibit S is are true and correct printouts from the Foxconn website iPaq store page, available at http://www.services.foxconn.com/.

21. Attached as Exhibit T is a true and correct printout of an e-mail from the Foxconn iPAQ store e-mail address.

22. Attached as Exhibit U is a true and correct copy of a printout from the EMS News Archives of a report titled, "Hon Hai breaks ground on new plant," dated May 22, 2003, available at http://www.emsnow.com/newsarchives/archivedetails.cfm?ID=1652.

23. Attached as Exhibit V is a true and correct copy of printouts from the Texas Comptroller of Public Accounts, available at http://ecpa.cpa.state.tx.us/coa/Index.html.

24. Attached as Exhibit W is a true and correct copy of printouts from Circuit City's website, produced by checking the availability of the following products in the Wilmington, Delaware store: (1) the HP LCD monitor, Model No. VS15; (2) the Acer LCD monitor, Model No. AL1716BS; and (3) the LG 23" LCD HDTV monitor, Model No. 23LX1RV.

25. Attached as Exhibit X is a true and correct copy of a printout from Circuit City's website, produced by checking the availability of ViewSonic LCD monitors for purchase through the Circuit City website.

26. Attached as Exhibit Y is a true and correct copy of printouts from Dell's website, available at www.dell.com, produced by selecting the UltraSharp 1907FP LCD monitor and selecting shipment to a zip code for Wilmington, Delaware.

YOUR AFFIANT SAYETH NOT.

_____
Peter N. Surdo

Subscribed and sworn to before me
this 15th day of September, 2006.

_____
Notary Public

JODY M. BUTLER
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 1-31-10

MP3 20194662.1

CERTIFICATE OF SERVICE

I certify that on September 18, 2006, I caused to be served true and correct copies of the foregoing on the following by hand and by e-mail:

| | |
|---|---|
| John W. Shaw<br>Monte T. Squire<br>YOUNG CONAWAY STARGATT<br>  & TAYLOR LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899-0391<br><br>*Attorneys for Sony Corporation, Sony Corporation of America, ST Liquid Crystal Display and Quanta Display Inc.* | William J. Wade<br>RICHARDS LAYTON & FINGER<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899-0551<br><br>*Attorneys for Arima Display Corporation, Matsushita Electrical Industrial Co., and Matsushita Electrical Corporation of America* |
| Karen L. Pascale<br>YOUNG CONAWAY STARGATT<br>  & TAYLOR, LLP<br>The Brandywine Building, 17th floor<br>1000 West Street<br>Wilmington, DE  19801<br><br>*Attorneys for Optrex America, Inc.* | Philip A. Rovner<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE  19899<br><br>*Attorneys for Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc.* |
| Thomas L. Halkowski<br>FISH & RICHARDSON P.C.<br>919 N. Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE  19899-1114<br><br>*Attorneys for Casio Computer Co., Ltd.* | David J. Margules<br>John M. Seaman<br>BOUCHARD MARGULES<br>  & FRIEDLANDER, P.A.<br>222 Delaware Ave., Suite 1400<br>Wilmington DE 19801<br><br>*Attorneys for Citizen Watch Co., Ltd. and Citizen Displays Co., Ltd.* |

Robert J. Katzenstein
Robert Karl Beste, III
SMITH, KATZENSTEIN
  & FURLOW LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899

*Attorneys for Seiko Epson Corporation*

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899

*Attorneys for BOE Hydis Technology Co., Ltd., Hitachi Displays, Ltd., Toppoly Optoelectronics Corp., Koninklijke Philips Electronics N.V., Philips Electronics North America Corp., Wintek Corp., Wintek Electro-Optics Corporation, Samsung SDI America, Inc.  and Samsung SDI Co., Ltd.*

William J. Marsden, Jr.
Raymond N. Scott, Jr.
FISH & RICHARDSON, P.C.
919 North Market Street, Suite 1100
Wilmington DE 19899-1114

*Attorneys for International Display Technology and International Display Technology USA, Inc.*

Daniel V. Folt
Gary W. Lipkin
DUANE MORRIS LLP
1100 North Market Street, 12th Floor
Wilmington, DE  19801-1246

*Attorneys for InnoLux Display Corporation*

      I also certify that on September 18, 2006, I caused to be served true and correct copies of the foregoing on the following by e-mail:

Robert C. Scheinfeld
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY  10112

*Attorneys for Hitachi Displays, Ltd.*

Richard D. Kelly
Andrew M. Ollis
OBLON, SPIVAK, McCLELLAND,
  MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA  22314

*Attorneys for Optrex America, Inc.*

Elizabeth A. Niemeyer
FINNEGAN, HENDERSON,
 FARABOW, GARRETT
 & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC  20001

York M. Faulkner
FINNEGAN, HENDERSON,
 FARABOW, GARRETT
 & DUNNER, L.L.P.
11955 Freedom Drive
Reston, VA  20190

*Attorneys for Toppoly Optoelectronics, Wintek Corp. and Wintek Electro-Optics Corporation*

Stephen S. Korniczky
PAUL, HASTINGS, JANOFSKY
 & WALKER LLP
3579 Valley Centre Drive
San Diego, CA  92130

Hamilton Loeb
PAUL, HASTINGS, JANOFSKY
 & WALKER LLP
875 15th Street, N.W.
Washington, DC  20005

*Attorneys for Samsung SDI Co., Ltd. and Samsung SDI America, Inc.*

John T. Johnson
FISH & RICHARDSON P.C.
Citigroup Center - 52nd Floor
153 East 53rd Street
New York, NY  10022-4611

*Attorneys for Casio Computer Co., Ltd.*

Alan M. Grimaldi
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004-2401

*Attorneys for Koninklijke Philips Electronics N.V., and Philips Electronics North America Corporation*

John Flock
KENYON & KENYON
One Broadway
New York, NY  10004-1050

*Attorneys for Sony Corporation, Sony Corporation of America, and ST Liquid Crystal Display Corporation*

Kevin M. O'Brien
BAKER & McKENZIE LLP
815 Connecticut Avenue, N.W.
Washington, DC  20006

*Attorneys for BOE Hydis Technology Co., Ltd.*

Robert L. Hails, Jr.
KENYON & KENYON
1500 K Street, N.W.
Washington, DC  20005-1257

*Attorneys for Sony Corporation, Sony Corporation of America, and ST Liquid Crystal Display Corporation*

David J. Lender
Steven J. Rizzi
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153

*Attorneys for Matsushita Electrical Industrial Co. and Matsushita Electrical Corporation of America*

Stuart Lubitz
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067

*Attorneys for Seiko Epson Corporation, Citizen Watch Co., Ltd. and Citizen Displays Co., Ltd.*

Peter J. Wied
PAUL, HASTINGS, JANOFSKY
  & WALKER, LLP
515 South Flower Street, 25th Floor
Los Angeles, CA  90071

*Attorneys for Quanta Display Inc.*

Lawrence Rosenthal
Matthew W. Siegal
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY  10038-4982

*Attorneys for Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc.*

Dan C. Hu
TROP PRUNER & HU, P.C.
1616 South Voss Road
Suite 750
Houston, TX  77057-2631

*Attorneys for Arima Display Corporation*

Donald R. McPhail
DUANE MORRIS LLP
1667 K Street, N.W., Suite 700
Washington, DC  20006

*Attorneys for InnoLux Display Corporation*

*/s/ Maria Granovsky*

Maria Granovsky (#4709)