EXHIBIT A

**2734**


 Amazon.com
1050 South Columbia Ave
Campbellsville, KY 42718

David Nielsen
405 Eubank Blvd. NE
Albuquerque, NM 87123
United States



http://www.amazon.com

**Your Account**

**Billing Address:**
David Nielsen
405 Eubank Blvd. NE
Albuquerque, NM 87123
United States

**Shipping Address:**
David Nielsen
405 Eubank Blvd. NE
Albuquerque, NM 87123
United States

raaa51419/-2-/std-us/2072757  SDF

For detailed information about this and other orders, please visit Your Account. You can also print invoices, change your e-mail address and payment settings, alter your communication preferences, and much more – 24 hours a day – at http://www.amazon.com/your-account.

### Returns Are Easy!

Visit http://www.amazon.com/returns to return any item – including gifts – in unopened or original condition within 30 days for a full refund (other restrictions apply). Please have your order ID ready.

**Your order of September 21, 2005 (Order ID 104-1283711-3803928)**

314-OTH-AVX-DVD-D2010

| Qty. | Item | Item Price | Total |
|---|---|---|---|
| | **IN THIS SHIPMENT** | | |
| 1 | **Audiovox D2010 10.2" Widescreen Ultraslim Portable DVD Player** <br> Electronics <br> (** P-3-C89D2 **)  B0002DG0PO | $298.99 | $298.99 |
| 1 | **Audiovox D1420 4.2" Portable DVD Player with Built In Rechargeable Battery** <br> Electronics <br> (** P-4-H232D12 **)  B0007XB1YE <br> 315-OTH-AVX-DVD-D1420 | $129.99 | $129.99 |

**Thanks for shopping at Amazon.com, and please come again!**

| | |
|---|---|
| Subtotal | $428.98 |
| Shipping & Handling | $10.30 |
| Shipment Total | $439.28 |
| Paid via Visa | $439.28 |
| Balance due | $0.00 |

As you requested, we've sent this part of your order to ensure quicker service. The other items will ship separately.


and you're done.

# EXHIBIT B



Order anytime @ 1-800-843-2489

Cart | Order Status | My Account

**What's New** | **Services** | **Outlet** | **Gift Cards** | **Shop by Brand** | **Weekly Ad** | **Store Locator**

TV & Video ▾ | Audio / MP3 ▾ | PCs ▾ | Cameras ▾ | Car ▾ | Home, Office & Phones ▾ | Games & Toys ▾ | Movies &

Search [_____] [All products]

🕐 **24 minutes** or **$24 gift card** **PICKUP GUARANTEE**℠

# How To Get It

Order anytime @ 1-800

Home > Search: audiovox > TV & Video > DVD Players and Recorders > Availability Information for ADV DT102DOPKG

✉ Email a friend

**Audiovox 10.2" Portable DVD/LCD Shuttle System (DT102DOPKG)**
ADV DT102DOPKG
• 10.2" widescreen LCD
• Built-in dual speakers
• Docking station included
• IF wireless headphones
• Rechargeable battery
• AC/car adapter

~~$799.99~~
🛒 **See sale price in cart**

ⓘ See full product details     ❓ Learn more about free in-store pickup

See availability information and store locations
**You will be able to review any choices made here during checkout.**

See places to get it
19801 [go]

**Get it today with free in-store pickup**

Make your purchase online and pick up your product today at your local store

▶ Show more stores

**Wilimington/Concord**
Approx: 5 miles
4130 Concord Pike, Wilimington, DE 19803
Details & directions
[add to cart]
and pick up at this store

**Christiana**
Approx: 6 miles
700 Center Boulevard, Newark, DE 19702
Details & directions
[add to cart]
and pick up at this store

**State Road**
Approx: 17 miles
400 South State Road, Springfield, PA 19064
Details & directions
[add to cart]
and pick up at this store

**Have it shipped**

Arrival estimates & shipping cost

Standard: $3.33 (Arrives: 9/20/06 - 9/28/06)
3-day: $5.32 (Arrives: 9/19/06 - 9/20/06)
2-day: $15.61 (Arrives: 9/18/06 - 9/19/06)
Express: $26.71 (Arrives: 9/15/06 )

More shipping information

[add to cart]
and have it shipped

**Shop by phone: 1-800-843-2489**

Give us a call and let one of our friendly product advisors assist you with your purchase.

**Circuit City store**

**Monday-Thursday**
10 a.m.-9 p.m.

**Friday-Saturday**
10 a.m.-10 p.m.

**Sunday**
10 a.m.-8 p.m.

Individual stores may v
slightly from this sched
particularly during the l
season and on Sunday
see the details for each
up to date information.

All Circuit City Express
operate according to n
and close hours.

**save** **This week's offers**
Sign up for the hottest news and deals
email address [_____]
[sign up]

**Deals**
Financing
Sales & rebates
Outlet
Weekly ad
Catalog

**Service**
Pay my bill
24/24 Pickup Guarantee
Protection plans
Additional services
Request a catalog
Partsearch

**Trust**
Guaranteed securi
Privacy policy
Automatic price pr

Partners | Business Sales | Affiliates | Careers | Investor info & Newsroom | Contact us | Tax-exempt

© 1996-2006 Circuit City S
Terms of use | Site map | About C

EXHIBIT C



**HOOVERS** ™  **Intelligence. Insight. Results. Learn More Or Subscribe Now:**
**Phone: 866-281-9171**

A D&B COMPANY

# Hon Hai Precision Industry Co., Ltd.

2 Tzu Yu St., Tu-Cheng City       Phone: +886-2-2268-3466
Taipei, Taiwan                    Fax: +886-2-2268-6204
http://www.foxconn.com

Hoover's coverage by Jeff Dorsch

## Overview

Hon Hai Precision Industry may be the biggest company you never heard of. The company,
more commonly known by its trade name, Foxconn, is one of the world's largest contract
electronics manufacturers. It manufactures computer, consumer electronics, and
communications products, including connectors, cable assemblies, enclosures, flat-panel
displays, game consoles, motherboards, and servers. Hon Hai also provides design engineering
and mechanical tooling services. The company's customers include Apple, Cisco, Dell, Nokia,
and Sony. CEO Terry Gou founded Hon Hai in 1974 to make plastic switches for televisions.

   **Sample Overview**

## Key Numbers

Key financials for Hon Hai Precision Industry Co., Ltd.

| | |
|---|---|
| **Company Type** | Public (Taiwan: Full Quote   ) |
| **Fiscal Year-End** | December |
| **2004 Sales (mil.)** | $16,935.7 |
| **1-Year Sales Growth** | 43.4% |
| **2004 Net Income (mil.)** | $930.5 |
| **1-Year Net Income Growth** | 26.2% |
| **2004 Employees** | 166,509 |
| **1-Year Employee Growth** | 78.8% |

   **Get more Key Numbers**

**TIP:** Want to stay abreast of the latest in **IPO** news? and start receiving exclusive Hoover's content
delivered straight to your inbox. Each newsletter is delivered weekly to help you stay ahead of the

Case 1:04-cv-01338-JJF    Document 571-2    Filed 09/19/2006    Page 7 of 30

competition.

## Key People

Key people and executives for Hon Hai Precision Industry Co., Ltd.

| | |
|---|---|
| **Chairman and CEO** | Terry T.M. Gou<br>(Subscribers see complete biographies -- view sample) |

**TIP:** Use **Build Executive List** to target decision makers by industry, geography, sales, **net income**, and number of employees.

## Top Competitors

Top competitors of Hon Hai Precision Industry Co., Ltd.

Flextronics

Sanmina-SCI

Solectron

**There are 24 competitors for Hon Hai; see more.**

**TIP:** Analyze the **Competitive Landscape** to view a head-to-head comparison of a firm's profitability, operations, growth, and valuation versus that of its top three competitors.

## Industry Information

Primary and secondary industries for Hon Hai Precision Industry Co., Ltd.

Electronics
   **Contract Electronics Manufacturing** (primary)
      Electronic Components
         Electronic Connectors

**TIP:** See what companies are creating the biggest impact each week with Hoover's Hottest Companies newsletter. and start receiving exclusive Hoover's content delivered straight to your inbox. Each

Case 1:04-cv-01338-JJF    Document 571-2    Filed 09/19/2006    Page 8 of 30

newsletter is delivered weekly to help you stay ahead of the competition.

## Rankings

See how Hon Hai Precision Industry Co., Ltd. ranks in standard industry listings such as Fortune 500, S&P 500, and Dow Jones

#436 in FT Global 500

**TIP:** Hoover's subscribers have **access to FORTUNE 500 and other rankings** that make targeted list building easy.

Privacy Policy | Copyright © 2006, Hoover's, Inc., All Rights Reserved

EXHIBIT D



# State of Delaware
### The Official Website for the First State



Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Local Sites

State Directory | Help | Search Delaware : 　〔GO〕　　Citizen Services | Business Services | Visitor Info.

**Department of State: Division of Corporations**

---

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions   View Search Results

---

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3979024 | Incorporation Date / Formation Date: | 06/02/2005 (mm/dd/yyyy) |
| Entity Name: | FOXCONN TECH CORP. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | OFFSHORE INCORPORATIONS (DELAWARE) LIMITED | | |
| Address: | 1220 N. MARKET STREET SUITE 806 | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19801 |
| Phone: | | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information 〔 Submit 〕

〔 Back to Entity Search 〕

To contact a Delaware Online Agent click here.

---

https://sos-res.state.de.us/tin/controller

EXHIBIT E



HOME          FINANCE          NEWS          EVENTS          INSIDE OUTSOU

INDUSTRY DIRECTORY    ARCHIVES      WHITE PAPERS    WEBINARS        NEWSLETTER S

emsnow
Newsletter
Subscriptions

Enter Email

Free Sign-Up

Ads by Google

**All Contract
Manufacturer**
All Contract
Manufacturing
Savings Find
Contract
Manufacturing
Here!
Contract.Mnf.AlltheIndust

**iPodMedic Nano
LCD**
Brand New color
Nano LCD
Replacements for
$49.95
ipodmedic.com

**15 Lcd**
Low Prices on 15"
LCD Monitors. In
Stock & Ready to
Ship! Shop Now
www.tigerdirect.com

**PCB Electronics
Assembly**
Prototype,
Production,
Overseas BGA,
Lead Free/RoHS,
San Jose/China
www.Meritronics.com

Advertise on this site

Email Newsletters
Sign-Up NOW!          Newsletter



# Hon Hai to increase investment in Innolux

*by*
**Jul 13, 2004**

*Hon Hai Precision Ind. Co. Ltd will increase investment in its Taiwan TFT-LCD subsidiary InnoLux Display Corp. Shareholders quickly approved the investment plan, which will expand the company's stakes in Innolux from 6 percent to 33 percent.*

According to Hon Hai Chairman Terry Gou, the company will be supplying half of Hon Hai's demand for TFT-LCD panels. The subsidiary's 5G plant is expected to be completed soon and will commence production of 14- and 15-inch TFT-LCD panels with an initial monthly capacity of 65,000 units.

Innolux is currently producing 1.8-inch panels for handsets and 7-inch panels for car products in its 4.5G plant.

### Send this Story to Someone

Your e-mail:

Their e-mail:

Comments:

[ Email This Story ]

[ Printer Friendly Page ]

### News Publishing Archives Home

- **About EMSNow**
- **Advertise**
- **Chinese Version**
- **Events**
- **Finance**
- **Industry Directory**
- **My EMSnow**
- **News Publishing**
- **Newsletter Central**
- **Webinars**

**Home** | **Site Index** | **Privacy Policy** | **Terms of Use** | **Feedback** | **Advertising**

11/02 1/03 3/03 4/03 5/03 7/03 8/03 10/03 11/03 12/03 2/04 3/04 4/04 5/04 6/04 7/04 8/04 9/04 10/04 11/04 12/04 1/05
4/05 5/05 6/05 7/05 8/05 9/05 10/05 11/05 12/05 1/06 2/06 3/06 4/06 5/06 6/06

© 2002-2006 EMSNow Media, LLC. All Rights Reserved.
Email EMSNow





EXHIBIT F



Industry    Industrie
Canada     Canada

Canadä

| Français | Contact Us | Help | Search | Canada Site |
| Home | Site Map | What's New | About Us | Registration |


strategis.gc.ca  ▸ **STAT-USA Market Research Reports**

**Search:**
- ▸ All Products
- ▸ Country Commercial Guides
- ▸ Industry Sector Analysis
- ▸ International Market Insights
- ▸ World FactBook

**Language Notice and Content Disclaimer:**
The information found below was provided to Industry Canada by STAT-USA, and is supplied in English only. Industry Canada assumes no responsibility for the accuracy or timeliness of the information. Any views or opinions expressed are those of the authors. **Industry Canada re-publishes U.S. trade opportunities (in International Market Insights) as a courtesy to assist Canadian companies identify potential markets, and not as a recommendation or endorsement of any specific company.**

## Rising Capital Spending for Advanced TFT-LCD Panel Production in Taiwan

International Market Insight [IMI]                                    ID: 114707

☐ Regions: **EAP;Asia;East Asia;ADB**
☐ Country: **Taiwan**
☐ Divisions [County]: **T'ai-pei**

☐ Industry: **Information & Communication**
☐ Sector: **Electronic Components**

by: **Shirley Wang**                           Report Date: **03/07/2003**
approver: **Eric McDonald**                     Expires: **12/31/2003**

INTERNATIONAL COPYRIGHT, U.S. & FOREIGN COMMERCIAL SERVICE AND U.S. DEPARTMENT OF STATE, 2003. ALL RIGHTS RESERVED OUTSIDE OF THE UNITED STATES.

Increase export sales opportunities for U.S. exporters.

Rising Capital Spending for Advanced TFT-LCD Panel Production in Taiwan

1. Taiwan thin film transistor-liquid crystal display (TFT-LCD) panel makers are making ever effort to expand production capacity by building fifth-generation TFT-LCD panel plants and installing new production lines in the existing facilities to increase their market competitiveness worldwide. Six fifth-generation TFT-LCD panel plants are either under construction or proposed with mass production to begin either in 2003 or early 2004. Capital expenditures for the year 2003 by local panel makers will be tremendous. A total of more than US$4.3 billion has already been earmarked by seven large panel manufacturers for production capacity expansion. Local demand for advanced TFT-LCD production facilities will be promising. This move is expected to provide foreign firms with excellent sales opportunities in the Taiwan market.

2. Among the seven large panel makers, AU Optronics Inc., one of Taiwan's leading optical product manufacturers, will spend over US$1.0 billion in equipment

installations at its second fifth-generation TFT-LCD panel plant and at the color filter plant for the fifth-generation TFT-LCDs. The second fifth-generation TFT-LCD plant, located in Long Tan, Taoyuan, is scheduled to begin trial production in March 2003 with initial output of 7,000 glass substrates for TFT-LCD panels. The production volume is expected to reach about 50,000 units by the end of 2003. Each glass substrate can be cut into 12 pieces of 17-inch TFT-LCD panels.

Other leading TFT-LCD companies such as Chi Mei Optoelectronics Corp., Chunghwa Picture Tubes, Ltd. and HannStar Display Corp. are also speeding up capital investment in their fifth-generation TFT-LCD factories located at the Tainan Science-Based Industrial Park (TSBIP). During 2003, Chi Mei plans to spend US$725 million in equipment purchases for its new fifth-generation panel plant and another US$145 in expanding its existing facilities by adding more production lines. Chi Mei's fifth-generation panel plant will start volume production in the third quarter of 2003. Chi Mei will also invest about US$1.8 billion to build a six-generation plant for TFT-LCD panels in TSBIP in the foreseeable future. Chunghwa Picture will invest about US$580 million in its 4.5-generation panel plant, which is scheduled to begin production in the second quarter of 2003. Estimated total capital spending by HannStar for its fifth-generation panel plant will reach approximately US$700 million in 2003, an increase of 531.6 percent from the previous year. Construction of this panel plant will finish in the first quarter of 2004. HannStar will also break ground on a US$260 million joint venture with SinTek Optoelectronics Corp. in March 2003 for making color filters for fifth-generation TFT-LCDs. The color-filter plant is scheduled to begin volume production in the first quarter of 2004 with initial output of 60,000 1,200mm x 1,300mm color filters a month.

In 2003, Quanta Display Inc. will pour about US$435 million into its fifth-generation TFT-LCD panel plant, which will begin volume production in mid-2003. Innolux Display Corp, a subsidiary of Taiwan's Hon Hai Group, is scheduled to start construction of a fifth-generation TFT-LCD panel plant in April 2003. Innolux's new plant will be completed and begin mass production in the fourth quarter of 2004, making the company the fifth maker of fifth-generation panels in Taiwan. The plant will be located in Chunan, northern Taiwan and cost about US$667 million. Capital spending by Innolux for the year 2003 is estimated at US$290 million. Meanwhile, Toppoly Optoelectronics Corp. will make US$435 million capital investment in production capacity expansion.

Capital Expenditures by Large Local Panel Makers in 2003
(Unit in US$ Million)

| Name of Firms | Capital Expenditure in 2002 | Capital Expenditure in 2003 | Growth Rate (%) |
|---|---|---|---|
| AU Optronics Corp. | $464.0 | $1,015.0 | 118.8% |
| Chi Mei Optoelectronics Corp. | $290.0 | $870.0 | 200.0% |
| Chunghwa Picture Tubes, Ltd. | $232.0 | $580.0 | 150.0% |
| HannStar Display Corp. | $110.0 | $696.0 | 531.6% |
| Quanta Display Inc. | $290.0 | $435.0 | 50.0% |

| | | | |
|---|---|---|---|
| Toppoly Optoelectronics Corp. | $580.0 | $435.0 | -25.0% |
| Innolux Display Corp. | - | $290.0 | - |
| Total | $1,966.0 | $4,321.0 | 219.8% |

Exchange Rate Used: US$1.00=NT$34.50

3.  Contact Information:  U.S. firms wishing to learn more about the information are encouraged to contact the following individuals for assistance:

Eric McDonald, Commercial Officer
E-mail: eric.mcdonald@mail.doc.gov

or
Shirley Wang, Commercial Specialist
E-mail: shirley.wang@mail.doc.gov

American Institute in Taiwan
Commercial Section
Rm. 3207, No. 333, Keelung Road, Sec. 1
Taipei, Taiwan
Tel: 886-2-2720-1550
Fax: 886-2-2757-7162

**Postscript**:  The American Institute in Taiwan is a private non-profit corporation established to carry out relations between the people of the United States and the people on Taiwan.  AIT's Commercial Section is charged with the mission of helping U.S. firms export their goods and services to Taiwan.  To accomplish this mission we conduct a number of services on behalf of the U.S. Department of Commerce.  AIT's Commercial Section offers a variety of resources and services (including market research, international partner search, advocacy, trade mission and trade shows) to assist U.S. companies entering the Taiwan market.

The AIT Commercial Section can be reached at phone: 886-2-2720-1550, fax: 886-2-2757-7162.  The AIT Commercial Section is also on the World Wide Web at the following address: http://www.ait.org.tw.  If this report has alerted you to a commercial opportunity in Taiwan and you subsequently pursue it with successful results, please let us know.  We track successes and want to know how our market reports and services are being used.

For additional information regarding market research specific to your products and services, ask about our **Flexible Market Research** and **Customized Market Analysis** programs by contacting us at **1-800-USA-TRAD(E)** or www.export.gov or www.buyusa.com. Both reports provide timely, customized, reliable answers to your inquiries about a market and its receptivity to your products and services.

To the best of our knowledge, the information contained in this report is accurate as of the date published. However, **The Department of Commerce** does not take responsibility for actions readers may take based on the information contained herein. Readers should always conduct their own due diligence before entering into business ventures or other commercial arrangements. **The Department of Commerce** can assist companies in these endeavors.

Case 1:04-cv-01338-JJF   Document 571-2   Filed 09/19/2006   Page 18 of 30

Created: 2005-09-01
Updated: 2006-02-28

▲
Top of Page

Important Notices

EXHIBIT G



the global source for the electronic manufacturing services industry

| HOME | FINANCE | NEWS | EVENTS | INSIDE OUTSOU |
| INDUSTRY DIRECTORY | ARCHIVES | WHITE PAPERS | WEBINARS | NEWSLETTER S |

**Email Newsletters Sign-Up NOW!**   Newsletter



**Newsletter Subscriptions**

Enter Email

[ Free Sign-Up ]

Ads by Gooooogle

**iPodMedic Nano LCD**
Brand New color
Nano LCD
Replacements for
$49.95
ipodmedic.com

**LCD Design and Production**
Years of domestic
and off-shore LCD
design/manf.
experience.
www.dciincorporated.com

**NT7534 C Library**
LCD Driver
Software for
Embedded
Microprocessor
Systems
www.easyGUI.com

**Lcd Driver**
Vast Online
Selection of
Electronic
Components & ICs
Much More
www.NewarkInOne.com

Advertise on this site

# Hon Hai to challenge NT$2 Trillion for turnover

*by*
**Jan 27, 2006**

*The combined turnover of the Hon Hai Group, the largest Taiwanese private manufacturer, topped the NT$1 trillion mark in 2005, three years ahead of the company's original schedule, and attaining the NT$2 trillion mark looks like a definite possibility for the group in the future, announced Terry Guo, chairman of the group, on Jan. 26.*

At an annual growth rate of more than 50%, the group expects to see its turnover exceed the NT$2 trillion mark by 2008, not only consolidating its status as Taiwan's largest private manufacturer but also making it the largest EMS (Electronic Manufacturing Service) maker in the world.

Guo originally set the goal for the group of attaining NT$1 trillion in turnover by 2008, when he planned to retire. With the attainment of the goal ahead of the schedule, people expressed concern about whether he would make good on his pledge to retire. However, during the joint year-end party of the group's three subsidiaries, Guo expressed his firm determination to challenge the NT$2 trillion turnover mark, without any hint about retirement.

Guo reported that Hon Hai Precision chalked up NT$670 billion worth of turnover in 2005, and Hong Kong-listed Foxconn International Holdings raked in NT$200 billion of turnover. After adding the turnover of other subsidies, the combined turnover of the group exceeded NT$1 trillion. In view of the expected fast growth of the group, especially certain subsidiaries, the NT$2 trillion turnover mark no longer appears to be a dream beyond the reach of the group.

In 2005, Hon Hai subsidiary InnoLux Co. saw rising production from its enhanced fourth-generation and fifth-generation panel production lines, as well as the inauguration of a colored filter plant, enabling its turnover to reach NT$51.3 billion, a growth of more than 16 times. Tuan Hsing-chien, president of the company, is confident that InnoLux's turnover in 2006 will double to exceed the NT$100 billion mark.

source & copyright: CENS

**Send this Story to Someone**

Your e-mail:

**emsn**
Newsl
Subscr

Enter Emai
[ Free Sig

Add free El
news to yc

Their e-mail:

Comments:

[ Email This Story ]

[ Printer Friendly Page ]

**News Publishing Archives Home**

- **About EMSNow**
- **Finance**
- **Newsletter Central**

- **Advertise**
- **Industry Directory**
- **Webinars**

- **Chinese Version**
- **My EMSnow**

- **Events**
- **News Publishing**

© 2002-2006 EMSNow Media, LLC. All Rights Reserved.
Email EMSNow





EXHIBIT H

# TAIPEI TIMES

Front Page

**Search** [          ]  Go  Advanced Search  Most Read Story  Most Viewed Photo  >>Login<<  >>Free sign up!<< NEW

Taiwan News

World News

Editorials

Sports

Business

World Business

Features

**Photo News**
**More Business**
**Johnny**

NewsWatch

**Neihu**
**Subscribe or**
**Unsubscribe**
**newsletter** NEW

Back Issue

2005

10      07

<< >>  **Full**
**List**

Advertising

🖨 Print

✉ Mail

W wiki
links NEW

## Innolux expects to turn profitable

By Lisa Wang
STAFF REPORTER
Friday, Oct 07, 2005,Page 10

Innolux Display Corp (群創光電), a Taiwanese computer flat-panel maker, yesterday said it started booking profits in the third quarter after three years of operation, paving the way for an initial public offering next year.

Innolux primarily makes thin-film-transistor (TFT) liquid-crystal-display (LCD) screens for computers as well as monitors for its parent company, Hon Hai Precision Inc (鴻海精密), which supplies desktop computers to computer giant Dell Inc.

"Innolux should have started making profits in the third quarter, slightly lagging behind Taiwan's two largest TFT-LCD players," Innolux's president Tuan Hsing-chien (段行建) said on the sidelines of a display forum arranged by a government agency yesterday.

Tuan declined to give detailed financial results.

AU Optronics Corp (友達光電), Taiwan's top LCD screen maker, returned to profitability in the second quarter, riding on recovering demand, while No.2 player Chi Mei Optoelectronics Corp (奇美電子) expected to eke out profits a quarter later.

Market researcher DisplaySearch also turn more positive on the sector. The Austin-based

**TaipeiTimes**
**Subscribe**
**Advertise**
**Employment**
FAQ
**About Us**
**Contact Us**
**Copyright**

Best View in Mozilla

researcher yesterday raised its third-quarter outlook for the TFT-LCD industry.

Revenues for global LCD makers will grow 46 percent year-on-year to US$12.1 billion, about 8 percent higher than the researcher's previous estimate, it said in a statement.

Tuan yesterday told reporters that Innolux last week filed an application for an initial public offering (IPO) on the Taiwan Stock Exchange.

"The IPO will give Innolux easier access to raise funds in the future," Tuan said.

He expects Innolux shares will traded on the main bourse by the third or fourth quarter of next year. Innolux has not set a price to float the 2.1 billion shares outstanding.

According to stock-exchange rules, only money-making companies are qualified to list on the local stock markets.

With most of its output going to Hon Hai, Innolux would be able to weather industry downturns better than other panel players, Daniel Wang (王德善), an analyst with Primasia Securities in Taipei, said.

Innolux now has two plants — a less advanced 4.5-generation fab and a fifth-generation (5G) fab, Tuan said. The company ramped up the cost-efficient 5G plant in the second quarter, with a monthly output of 50,000 glass substrates, he said. Innolux plans to boost output to around 75,000 units per month by the third quarter of 2006, he added.

Innolux posted sales of NT$24.08 billion in the first eight months of the year, jumping from NT$1.9 billion a year ago. Tuan yesterday declined to comment on recent speculation that Innolux was in talks with Taiwan's No.3 LCD panel maker Chunghwa Picture Tubes Inc (中華映管) about a merger.

Innolux's shares, which trade on the gray market ahead of a stock-exchange listing, fell

Ads by Google

**Military Friends**
Military.com connects you to all the benefits of service for free.
www.military.com

**Free Military Locator**
Use our free veteran search to find your military friends and relatives
MilitaryConnections.com

**Uniform Dating**
Disappointed With Copy Cat Sites? Join The Real Deal For Free!
www.UniformDating.com

**Veteran Ringtone**
Send this ringtone to your phone right now!
RingRingMobile.com

Advertise on this site

0.72 percent to NT$35.87 on average yesterday.

This story has been viewed 1660 times.

Copyright © 1999-2006 The Taipei Times. All rights reserved.

EXHIBIT I

# TAIPEI TIMES

**Wed, Sep 22, 2004**    **News**    Editorials    e-Industry    e-Service    e-Education        284114395 visits

**Front Page**

**Search** [_____] Go    Advanced Search  Most Read Story  Most Viewed
Photo >> Login<< >> Free sign up!<<

**Taiwan News**

**World News**

**Advertising**
Ads by Goooooogle

**Editorials**

## Innolux Display plans 2006 IPO

☐ Print
☐ Mail
W wiki links

**Sports**

**OUTPUT BOOST:** Despite industry concerns about overcapacity, the fledgling flat-panel display maker is planning to sell shares domestically to fund expansion

**Business**

**World Business**

**19" LCD Monitor Sale**
Hanns-G 19" Wide LCD Monitor for $179.99. While Supplies Last - Buy!
www.tigerdirect.com

**LCD TV's**
Save On LCD TV's All Brands - Crazy Prices!
www.Faster-Results.com

**Features**

BLOOMBERG
Wednesday, Sep 22, 2004,Page 11

**Photo News**
**More Business**
**Johnny**



**Neihu**
**Subscribe or Unsubscribe newsletter**

Innolux Display Corp (群創光電), Taiwan's latest company to make liquid-crystal displays (LCDs) used in computers, said it plans to sell its first shares publicly in 2006 to help raise funds for expansion.

**"It's still too early to say whether we'll seek an overseas listing."**

**Tuan Hsing-chien, Innolux president**

**Free 20" Flat Screen TV**
We'll Ship You A 20" Flat Screen TV Free. Simply Complete Online Survey
FlatTV.ProgramRewardC



**Back Issue**
2004

09  |  22

**<<  >>  Full List**

The company will go public here, Innolux president Tuan Hsing-chien (段行建) said in an interview.

"It's still too early to say whether we'll seek an overseas listing," he said.

**Plasma TV - Compare Price**
Free, Unbiased Price Comparisons of Plasma TVs. Top Savings Here!
www.pricescan.com

Advertise on this site

**TaipeiTimes**
**Subscribe**
**Advertise**
**Employment**
FAQ
**About Us**
**Contact Us**
**Copyright**

Best View in Mozilla

Hon Hai Precision Industry Co (鴻海精密) founded Innolux, the newest of the nation's six makers of computer-sized flat-panel displays. Hon Hai, the country's largest electronics company by sales, should help Innolux run at capacity next year, when rivals struggle to prevent losses because of

excess production, analysts said.

"Hon Hai should be able to absorb all of Innolux's output," said Henry Wang, an analyst with WitsView Technology Corp (聯景科技) in Taipei. "Perhaps there will be a good story for the company's share sale after 2005."

Tuan declined to say how much would be raised from the sale.

Innolux will open its first two factories by the end of this year to make screens for desktop computer monitors and smaller products. A third plant will make color filters for the displays.

The company's plans come as Corning, the world's largest maker of glass used in the screens, said South Korean and Japanese flat-panel makers have slowed the opening of new factories because of overcapacity. Corning declined to say which companies have delayed their plans.

South Korea's Samsung Electronics Co, the world's biggest screen maker, and rivals may face losses in their display units by next year because of a supply glut that resulted from too much investment in the production of television-sized screens, investors and analysts said earlier this month.

Prices of LCDs are tumbling as consumers remain reluctant to pay up to US$5,000 for flat-screen TVs.

Consumers won't buy LCD TVs until the prices drop to about three times what it costs to buy a tube television, said investors such as Charles

Isaac, who counts shares in AU Optronics Corp (友達光電) of Taiwan among the equivalent of US$11 billion that Zurich-based Swissca Portfolio Management invests in stocks globally.

"You can't make LCDs just for the sake of making LCDs," Tuan said.

For now, Innolux will focus on producing screens for desktop monitors, the biggest market for the panels, said Tuan, who was previously president of AU Optronics, the world's third-largest LCD maker.

Sales of LCDs measuring more than 10 inches diagonally will rise 50 percent to US$36 billion this year, with monitors accounting for more than half of total shipments, according to market researcher DisplaySearch.

Innolux will spend US$693 million to boost its output this year, the world's fourth-largest investment in the industry during the period, Texas-based researcher DisplaySearch said earlier. Innolux in March signed a NT$20 billion (US$590 million) loan to expand production.

Hon Hai earlier this year said it may increase its stake in Innolux to as much as a third from about 6 percent.

The company will sell its monitor screens exclusively to Hon Hai, Tuan said.

"Hon Hai's desktop monitor business is small now,'" Tuan said. "It'll grow quickly."

He declined to provide details.

This story has been viewed 3368 times.

Copyright © 1999-2006 The Taipei Times. All rights reserved.