EXHIBIT O

Surely the glory of journalism is its transience - Malcolm Muggeridge

Monday September 11, 2006



SEARCH
TECH FINDER
REVIEWS
WEEK TO DATE
EARLIER
SOFTWARE
MEMORY
MICROPROCESSORS
MOBILE/PDA
GRAPHICS
SERVERS
CHANNEL
SET TOP BOXES
CONSOLES
INQ JOBS
ABOUT US
MESSAGE BOARD
LOGIN
WHITE PAPERS

RSS

Edited by Mike Magee Phone +44 208 248 2800

Published by VNU Business Publications

Terms and Conditions of use.

To advertise in Europe e-mail here

To advertise in Asia email here.

To advertise in North America email here.

Join the INQbot Mail List for a weekly guide to our news stories: Subscribe/unsubscribe here.

# Hon Hai's profits almost double on Ipod boost

An apple for the teacher

By INQUIRER staff: Friday 01 September 2006, 05:53

**TAIWANESE** giant Hon Hai (Foxconn) delivered a net profit of $388 million for its second quarter, up 43 per cent compared to Q2 last year.

And the giant said that demand for mobile players but more particularly for the iPod helped boost its revenues and profits.

As well as churning out iPods for Apple, Hon Hai also does contract work for Motorola phones and for the Playstation.

Earlier this week the firm backed down from an attempt to financially ruin two Chinese hacks who wrote about poor working conditions in its factories in June.

Ads by Google                        Advertise on this site

**iPod mini 4GB MP3 Players**
Compare Colors, Prices, and Sizes" Get Product
Reviews & Store Ratings
www.pricegrabber.com


**iPod Drive Replacement**
Fixed Overnight, Shipped Nationwide Faster Than Apple
Warranty Program!
www.iPodResQ.com


**Free iPod for you**
Take a survey and receive a free Apple iPod. Limit one
per house.
freeipod.shopherefree.net

**Home**    **Discuss on our Forum**    **Flame Author**

Case 1:04-cv-01338-JJF    Document 571-6    Filed 09/19/2006    Page 4 of 23

✉ **Recommend this article**    🖨 **Print**

**Top INQ Stories**
1. 1080P is history, the industry wants 4096x2160
2. Quad Core Kentsfield runs amok
3. Microsoft Vista is still a mess
4. German coppers crack down on TOR servers
5. Vista tests leave us all in the dark

© 2006 VNU Business Publications Ltd.

# EXHIBIT P



EXHIBIT Q



FOXCONN®

Home    Contact us    Site map    Search    Sign in

Products
News
Sales
Technical
Jobs
About Foxconn
S E R

**About Foxconn**

Introduction
Strategy
Financial
Connectors & Cable
Assemblies
PC Enclosures
Mold Making & Tooling
Research & Development
Quality & Speed
Innovation
Global Network
Vision

## Global Network



Foxconn's ability to deliver "Built - to - Order" products quickly, and its superb time - to - market and global inventory control abilities are Foxconn's other significant competitive advantages.

Foxconn puts significant emphasis on global production and distribution logistics. Besides the home base in Taiwan, Foxconn has major distribution centers in many key cities in Asia, Europe, and America.

Foxconn's principal manufacturing operations are based in Taiwan and mainland China. It has also set up production facilities in Europe and the United States. Foxconn is now in the process of setting up new production facilities in Ireland, and is also considering Central America as a production center.

In Taiwan, its production plant and head office are located in Tucheng, near Taipei. In mainland China, *Foxconn has production facilities located in two areas* — Shenzhen, in the Guangdong Province and Kunshan in the Jiangsu Province.

In Europe, Foxconn production operations are located in Scotland, the United Kingdom, and Mullingar, Ireland. In the United States Foxconn has established production facilities in Los Angeles (Cypress),Houston and Kansas City.

Foxconn will continue to build its global distribution and production operations to meet any future requirements.

Terms of use | Privacy | Disclaimer          (C) 2000, 2006, Foxconn Electronics, Inc., All Rights Reserved.

# EXHIBIT R

Foxconn Electronics Inc. -- Contact Us

**FOXCONN®**

Products
News
Sales
Technical
Jobs
About Foxconn
SER

Home     Contact us     Site map     Search     Sign in

**Contact Us Online Form**
The fields in blue are required.

**Your Information**

Name:

Email:

Fax:

**Your Company**

Company Name :

Phone Number :

Company Web Site :

Your PN :

Application :

Design Location :

Purchasing Location :

Purposes
(Check all that apply) :
☐ New Requirement
☐ Second Source
☐ Cost Reduction
☐ Delivery Problems
☐ Other

Foxconn Electronics Inc. -- Contact Us

**Your Product Need**

Product Description :

Similar to Foxconn PN :

Target Price :

Quote Quantity :

Annual Usage :



**The Competition**

Name :

PN :

Price :

Status :     - Select One -



**Your Schedule**

                    Date                    Quantity

Drawings :

Samples :

Approval :



Remarks

Foxconn Electronics Inc. -- Contact Us

Select the country(or area) & product group you would like to send you information to :

South China

Computer DS

**Submit**  **Reset**

Terms of use | Privacy | Disclaimer

(C) 2000, 2006, Foxconn Electronics, Inc., All Rights Reserved.

EXHIBIT S



Home | News | Store | Call Center | Support | About us | Developer Program | Services

help | login | forget password | register

### iPAQ HW65xx Pocket







iPAQ Pocket PC Parts Store. The sole HP authorized Worldwide (B2B, B2C) distributor of iPAQ spare parts and accessories for all of your iPAQ development and repair needs

Do you have any question, concern? Would you like to purchase services from Foxconn Global Services? If so, Contact us by e-mail or phone.



 2415
 2755
 4355
 5100
 1715
 4705





Global Services Center
Turnkey Services Provider

About Foxconn | Terms of Use | Disclaimer | Privacy

Best Configuration 800 × 600 & MS Exploer 5.0
ipaqwebmaster@foxconn.com

☐?

**iPAQ PARTS**

Hello! Peter Surdo

**FOXCONN** ®

Home | News | Store | Call Center | Support | About us | Developer Program | Services

help | update | logout

location>>purchase



The fields marked with "⊕" are required.

## Please check your shipping address information for our prompt and correct delivery

First Name: ⊕ [_____]          City: ⊕ [_____]

Last Name: ⊕ [_____]          State/Province : [_____]

email: ⊕ [_____]          Postal Code: ⊕ [_____]

Telephone: ⊕ [_____]          Country: ⊕ [ UNITED STATES ]

Fax: [_____]

Ship To Address1: ⊕ [_____]

Ship To Address2: [_____]

Bill To Address: ⊕ [_____]

Remark: [_____]

**If order amount is less than $50, you will be charged an additional $25 as services fee , do you accept the above condition ?**  ( Note: If you only order P/N 3S677-001 KIT, CD-Developer Source, the $25 services

fee is not applicable . )

○ No, I decline it.

◉ Yes, I accept it.

## Do you want to update your Information?

○ No. I want to save my old information

◉ Yes. I want update my new information



BACK    NEXT

About Foxconn | Terms of Use | Disclaimer | Privacy

Best Configuration 800 × 600 & MS Exploer 5.0
ipaqwebmaster@foxconn.com

# EXHIBIT T

**Surdo, Peter N.**

| | |
|---|---|
| **From:** | ipaqservices_cn@foxconn.com |
| **Sent:** | Sunday, September 10, 2006 7:37 PM |
| **To:** | Surdo, Peter N. |
| **Subject:** | iPAQ Parts Store : Register Notice |

Dear  Peter Surdo,

Welcome!  Thank you for registering at the iPAQ Parts
Store(http://www.services.foxconn.com)! Below you will find your Login ID and Password.
You are now able to order products from the iPAQ Parts Store.


Login ID: PeterSurdo
Password: stylus

The delivery term of purchasing at iPAQ Parts Store is Ex-work.We will prepay shipping fee
and add it into total amount in case you do not have freight Account No. to collect it.
(The total amount will be advised by Payment Notice e-mail)

Thank You,
iPAQ Parts Store
(products and services are subject to Foxconn terms)

EXHIBIT U



| HOME | FINANCE | NEWS | EVENTS | INSIDE OUTSOU |
|------|---------|------|--------|---------------|
| INDUSTRY DIRECTORY | ARCHIVES | WHITE PAPERS | WEBINARS | NEWSLETTER S |



**Newsletter Subscriptions**

Enter Email

[ Free Sign-Up ]

Ads by Google

**All Contract Manufacturer**
All Contract Manufacturing
Savings Find Contract Manufacturing Here!
Contract.Mnf.AlltheIndust

**Open Frame Touch TFT LCD**
Range 6" to 37"
TFT LCD Option for Video input and TV Tuner
www.i-techcompany.com

**Industrial LCD Monitors**
Panel, Open , Chassis & Rack LCD IP65 & Touch option, 6.4" to 42"
www.Industrialimage.net

**Industrial Display**
Open/Panel/Rack/C
Custom Rugged/
NEMA/IP65 TFT
LCD
www.aispro.com

Advertise on this site

Email Newsletters Sign-Up NOW!    Newsletter

# Hon Hai breaks ground on new plant

*by*
**May 22, 2003**



ems/
Newsl
Subscrip

Enter Emai

[ Free Sig

Add free El
news to yo

*Taiwan's largest maker of computer components, Hon Hai Precision Industry Co, broke ground on an advanced fifth-generation flat-panel display manufacturing plant yesterday.*

The plant is to be constructed in Miaoli's Chunan Science-based Industrial Park in a move that is expected to propel the technology giant into the manufacture of full computer systems. The new company, Innolux Display Corp, aims to start producing panels by the fourth quarter of next year.

Analysts welcomed the news yesterday.

"In my opinion, they're doing the right thing," said Frank Su, an analyst at BNP Paribas in Taipei.

"In the future all chips including the central processing unit and memory will be built onto the panel," the analyst said.

Hon Hai's chairman Terry Kuo is targeting the future "system-on-panel" market. Future computer systems integrated into the central panel of the flat screen should hit the mainstream market in around three years, which explains why Hon Hai is eager to enter the flat-panel industry now, Su said.

Hon Hai also announced yesterday it plans to invest in chipmaker Fox Semicon Integrated Tech Inc, which is expected to provide the chip technology that will be integrated into Innolux's panels for the future systems.

Chips produced by Fox Semicon are currently shrouded in secrecy, as they may be attempting to protect intellectual property, according to Su.

Another analyst has also had difficulty finding out about the chipmaker.

"Fox Semicon is a new investment developing new products, so Hon Hai and Fox Semicon are not disclosing much information," said William Fong, an analyst at Primasia Securities Co.

As early as 1998, Japan's Sharp Corp developed a flat-screen display that integrated into the panel the silicon chips needed to drive the images and video on the display. Sharp's continuous grain silicon (CGS) TFT-LCD paints circuits onto the fabric of the panel, eliminating the need for a separate piece of silicon in the body of the display and making it much faster.

The opening of a flat-panel factory also acts to plug a hole in Hon Hai's supply chain.

"Until now Hon Hai has been able make all the components for a full computer system, except for the thin-film transistor liquid crystal display (TFT-LCD) panel," Fong said.

"Now they can produce full systems and computer and TV displays. This move gives them a more stable supply of flat panels," he said.

Hon Hai will invest a total of NT$10 billion in the Innolux TFT-LCD panel factory this year, a source at the company told the Taipei Times yesterday on condition of anonymity.

Hon Hai will inject a total of NT$5 billion into Fox Semicon and NT$35 billion into Innolux, a joint statement from the three companies said yesterday without giving a timeframe for the investments.

Chinese-language media speculated yesterday that Hon Hai chairman Kuo would kick in half the investment cash himself.

Kuo has deep pockets, ranking 256th on this year's Forbes magazine list of billionaires with a personal fortune of an estimated US$1.6 billion.

Hon Hai spokesman Edmund Ding did not return repeated telephone and e-mail requests for comment yesterday.

The news comes as the government-funded Market Intelligence Center reported yesterday that Taiwan shipped 7.28 million flat panels in the first quarter of this year.

The research body forecasts growth of 8.8 percent to 7.9 million panels shipped by Taiwanese companies by the end of this quarter.

Hon Hai's shares fell slightly on the TAIEX yesterday, closing 0.4 percent, or NT$0.5 down, at NT$111.5.

Source: Taipei Times

### Send this Story to Someone

Your e-mail:

Their e-mail:

Comments:

Email This Story

Printer Friendly Page

### News Publishing Archives Home

- **About EMSNow**
- **Finance**
- **Newsletter Central**
- **Advertise**
- **Industry Directory**
- **Webinars**
- **Chinese Version**
- **My EMSnow**
- **Events**
- **News Publishing**

**Home** | **Site Index** | **Privacy Policy** | **Terms of Use** | **Feedback** | **Advertising**
11/02 1/03 3/03 4/03 5/03 7/03 8/03 10/03 11/03 12/03 2/04 3/04 4/04 5/04 6/04 7/04 8/04 9/04 10/04 11/04 12/04 1/05
4/05 5/05 6/05 7/05 8/05 9/05 10/05 11/05 12/05 1/06 2/06 3/06 4/06 5/06 6/06





© 2002-2006 EMSNow Media, LLC. All Rights Reserved.
Email EMSNow