EXHIBIT V

WINDOW ON STATE GOVERNMENT

CAROLE KEETON STRAYHORN    Texas Comptroller of Public Accounts



Corporation Search Results

# Franchise Tax Certification of Account Status

## This Certification Not Sufficient for Filings with Secretary of State

Do **not** include a certification from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see Publication 98-336d, Requirements to Dissolve, Merge or Convert a Texas Entity.

| Certification of Account Status | Officers And Directors Information |
|---|---|
| Company Information: | **INNOLUX CORPORATION**<br>2525 BROCKTON DR STE 300<br>AUSTIN, TX 78758-4411 |
| Status: | **IN GOOD STANDING NOT FOR DISSOLUTION OR WITHDRAWAL through May 15, 2007** |
| Registered Agent: | CHIH-HAO LIN<br>8801 FALLBROOK DR.<br>HOUSTON, TX 77064 |
| Registered Agent Resignation Date: | |
| State of Incorporation: | TX |
| File Number: | 0800417146 |
| Charter/COA Date: | November 22, 2004 |
| Charter/COA Type: | Charter |
| Taxpayer Number: | 12601010452 |

Carole Keeton Strayhorn
Texas Comptroller of Public Accounts

Window on State Government
Contact Us
Privacy and Security Policy

WINDOW ON STATE GOVERNMENT                    CAROLE KEETON STRAYHORN    Texas Comptroller of Public Accounts



<u>Corporation Search Results</u>

# Franchise Tax Certification of Account Status

## This Certification Not Sufficient for Filings with Secretary of State

Do **not** include a certification from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see Publication 98-336d, <u>Requirements to Dissolve, Merge or Convert a Texas Entity</u>.

| Certification of Account Status | Officers And Directors Information |
|---|---|
| Company Information: | **FOXCONN/HON HAI LOGISTICS TEXAS LLC**<br>8803 FALLBROOK DR<br>HOUSTON, TX 77064-4856 |
| Status: | **IN GOOD STANDING NOT FOR DISSOLUTION OR WITHDRAWAL through November 15, 2006** |
| Registered Agent: | SEAN PHILLIPS<br>8801 FALLBROOK DR<br>HOUSTON, TX 77064 |
| Registered Agent Resignation Date: | |
| State of Incorporation: | TX |
| File Number: | 0707371522 |
| Charter/COA Date: | August 22, 2000 |
| Charter/COA Type: | Charter |
| Taxpayer Number: | 17606512261 |

Carole Keeton Strayhorn
Texas Comptroller of Public Accounts

<u>Window on State Government</u>
<u>Contact Us</u>
<u>Privacy and Security Policy</u>

WINDOW ON STATE GOVERNMENT                    CAROLE KEETON STRAYHORN    Texas Comptroller of Public Accounts



<u>Corporation Search Results</u>

# Franchise Tax Certification of Account Status

## This Certification Not Sufficient for Filings with Secretary of State

Do **not** include a certification from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see Publication 98-336d, <u>Requirements to Dissolve, Merge or Convert a Texas Entity</u>.

| Certification of Account Status | Officers And Directors Information |
|---|---|
| Company Information: | **FOXCONN ADVANCED TECHNOLOGY INC**<br>458 E LAMBERT RD<br>FULLERTON, CA 92835-1022 |
| Status: | **IN GOOD STANDING NOT FOR DISSOLUTION OR WITHDRAWAL through May 15, 2007** |
| Registered Agent: | DONALD SUNG<br>8801 FALLBROOK DR.<br>HOUSTON, TX 77064 |
| Registered Agent Resignation Date: | |
| State of Incorporation: | WY |
| File Number: | 0800126892 |
| Charter/COA Date: | September 18, 2002 |
| Charter/COA Type: | COA |
| Taxpayer Number: | 17529812145 |

Carole Keeton Strayhorn
Texas Comptroller of Public Accounts

<u>Window on State Government</u>
<u>Contact Us</u>
<u>Privacy and Security Policy</u>

CAROLE KEETON STRAYHORN    Texas Comptroller of Public Accounts



<u>Corporation Search Results</u>

# Franchise Tax Certification of Account Status

## This Certification Not Sufficient for Filings with Secretary of State

Do **not** include a certification from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see Publication 98-336d, <u>Requirements to Dissolve, Merge or Convert a Texas Entity</u>.

| Certification of Account Status | Officers And Directors Information |
|---|---|
| Company Information: | **FOXCONN ASSEMBLY LLC**<br>8807 FALLBROOK DR<br>HOUSTON, TX 77064-4856 |
| Status: | **IN GOOD STANDING NOT FOR**<br>**DISSOLUTION OR WITHDRAWAL**<br>**through November 15, 2006** |
| Registered Agent: | SEAN PHILLIPS<br>8807 FALLBROOK DRIVE<br>HOUSTON, TX 77064 |
| Registered Agent Resignation Date: | |
| State of Incorporation: | TX |
| File Number: | 0800030168 |
| Charter/COA Date: | January 1, 2002 |
| Charter/COA Type: | Charter |
| Taxpayer Number: | 17606995078 |

Carole Keeton Strayhorn
Texas Comptroller of Public Accounts

<u>Window on State Government</u>
<u>Contact Us</u>
<u>Privacy and Security Policy</u>

WINDOW ON STATE GOVERNMENT                    CAROLE KEETON STRAYHORN   Texas Comptroller of Public Accounts



Corporation Search Results

# Franchise Tax Certification of Account Status

## This Certification Not Sufficient for Filings with Secretary of State

Do **not** include a certification from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see Publication 98-336d, Requirements to Dissolve, Merge or Convert a Texas Entity.

| Certification of Account Status | Officers And Directors Information |
|---|---|

| | |
|---|---|
| Company Information: | **FOXCONN CORPORATION**<br>8801 FALLBROOK DR<br>HOUSTON, TX 77064-4856 |
| Status: | **IN GOOD STANDING NOT FOR DISSOLUTION OR WITHDRAWAL through November 15, 2006** |
| Registered Agent: | SEAN PHILLIPS<br>8801 FALLBROOK DR<br>HOUSTON, TX 77064 |
| Registered Agent Resignation Date: | |
| State of Incorporation: | TX |
| File Number: | 0130280000 |
| Charter/COA Date: | February 16, 1994 |
| Charter/COA Type: | Charter |
| Taxpayer Number: | 17604277099 |

Carole Keeton Strayhorn
Texas Comptroller of Public Accounts

Window on State Government
Contact Us
Privacy and Security Policy

WINDOW ON STATE GOVERNMENT                                    CAROLE KEETON STRAYHORN     Texas Comptroller of Public Accounts



<u>Corporation Search Results</u>

# Franchise Tax Certification of Account Status

## This Certification Not Sufficient for Filings with Secretary of State

Do **not** include a certification from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see Publication 98-336d, <u>Requirements to Dissolve, Merge or Convert a Texas Entity</u>.

| Certification of Account Status | Officers And Directors Information |
|---|---|
| Company Information: | **FOXCONN ELECTRONICS INC**<br>468 E LAMBERT RD<br>FULLERTON, CA 92835-1022 |
| Status: | **IN GOOD STANDING NOT FOR DISSOLUTION OR WITHDRAWAL through November 15, 2006** |
| Registered Agent: | WIN-LING TU<br>2525 BROCKTON DRIVE, SUITE 300<br>AUSTIN, TX 78758 |
| Registered Agent Resignation Date: | |
| State of Incorporation: | CA |
| File Number: | 0800424094 |
| Charter/COA Date: | December 9, 2004 |
| Charter/COA Type: | COA |
| Taxpayer Number: | 17704738115 |

Carole Keeton Strayhorn
Texas Comptroller of Public Accounts

<u>Window on State Government</u>
<u>Contact Us</u>
<u>Privacy and Security Policy</u>

WINDOW ON STATE GOVERNMENT                    CAROLE KEETON STRAYHORN    Texas Comptroller of Public Accounts



<u>Corporation Search Results</u>

# Franchise Tax Certification of Account Status

## This Certification Not Sufficient for Filings with Secretary of State

Do **not** include a certification from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see Publication 98-336d, <u>Requirements to Dissolve, Merge or Convert a Texas Entity</u>.

| Certification of Account Status | Officers And Directors Information |
|---|---|
| Company Information: | **FOXCONN EMS INC**<br>8807 FALLBROOK DR<br>HOUSTON, TX 77064-4856 |
| Status: | **IN GOOD STANDING NOT FOR DISSOLUTION OR WITHDRAWAL through November 15, 2006** |
| Registered Agent: | SEAN PHILLIPS<br>8801 FALLBROOK DRIVE<br>HOUSTON, TX 77040 |
| Registered Agent Resignation Date: | |
| State of Incorporation: | CA |
| File Number: | 0013175606 |
| Charter/COA Date: | March 29, 2000 |
| Charter/COA Type: | COA |
| Taxpayer Number: | 19545804031 |

Carole Keeton Strayhorn
Texas Comptroller of Public Accounts

<u>Window on State Government</u>
<u>Contact Us</u>
<u>Privacy and Security Policy</u>



Corporation Search Results

# Franchise Tax Certification of Account Status

## This Certification Not Sufficient for Filings with Secretary of State

Do **not** include a certification from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see Publication 98-336d, Requirements to Dissolve, Merge or Convert a Texas Entity.

| Certification of Account Status | Officers And Directors Information |
|---|---|

Company Information:

**FOXCONN INTEGRATION INC**
8809 FALLBROOK DR STE A
HOUSTON, TX 77064-4856

Status:

**NO STANDING, FRANCHISE RESPONSIBILITY ENDED**

Registered Agent:

TAMMY LEE
6455 CLARA RD., STE 100
HOUSTON, TX 77041

Registered Agent Resignation Date:

State of Incorporation:          TX

File Number:          0142700400

Charter/COA Date:          December 20, 1996

Charter/COA Type:          Charter

Taxpayer Number:          17605220940

---

Carole Keeton Strayhorn
Texas Comptroller of Public Accounts

Window on State Government
Contact Us
Privacy and Security Policy

WINDOW ON STATE GOVERNMENT                          CAROLE KEETON STRAYHORN    Texas Comptroller of Public Accounts



Corporation Search Results

# Franchise Tax Certification of Account Status

## This Certification Not Sufficient for Filings with Secretary of State

Do **not** include a certification from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see Publication 98-336d, Requirements to Dissolve, Merge or Convert a Texas Entity.

| Certification of Account Status | Officers And Directors Information |
|---|---|
| Company Information: | **FOXCONN PRECISION COMPONENTS CO LTD**<br>8809B FALLBROOK DR<br>HOUSTON, TX 77064-4856 |
| Status: | **NO STANDING, FRANCHISE RESPONSIBILITY ENDED** |
| Registered Agent: | TAMMY LEE<br>10515 OKANELLA ST STE 800<br>HOUSTON, TX 77041 |
| Registered Agent Resignation Date: | |
| Country of Incorporation: | CHN |
| File Number: | 0013002806 |
| Charter/COA Date: | December 23, 1999 |
| Charter/COA Type: | COA |
| Taxpayer Number: | 15222070813 |

Carole Keeton Strayhorn
Texas Comptroller of Public Accounts

Window on State Government
Contact Us
Privacy and Security Policy

WINDOW ON STATE GOVERNMENT    CAROLE KEETON STRAYHORN    Texas Comptroller of Public Accounts



<u>Corporation Search Results</u>

# Franchise Tax Certification of Account Status

## This Certification Not Sufficient for Filings with Secretary of State

Do **not** include a certification from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see Publication 98-336d, <u>Requirements to Dissolve, Merge or Convert a Texas Entity</u>.

| Certification of Account Status | Officers And Directors Information |
|---|---|
| Company Information: | **FOXCONN TECHNOLOGY CO LTD**<br>2525 BROCKTON<br>AUSTIN, TX 78785-0001 |
| Status: | **IN GOOD STANDING NOT FOR DISSOLUTION OR WITHDRAWAL through November 15, 2006** |
| Registered Agent: | WIN-LING TU<br>2525 BROCKTON<br>AUSTIN, TX 78785 |
| Registered Agent Resignation Date: | |
| Country of Incorporation: | TWN |
| File Number: | 0800340716 |
| Charter/COA Date: | May 11, 2004 |
| Charter/COA Type: | COA |
| Taxpayer Number: | 19802150771 |

Carole Keeton Strayhorn
Texas Comptroller of Public Accounts

<u>Window on State Government</u>
<u>Contact Us</u>
<u>Privacy and Security Policy</u>

WINDOW ON STATE GOVERNMENT                          CAROLE KEETON STRAYHORN    Texas Comptroller of Public Accounts



<u>Corporation Search Results</u>

# Franchise Tax Certification of Account Status

## This Certification Not Sufficient for Filings with Secretary of State

Do **not** include a certification from this Web site as part of a filing with the Secretary of State for dissolution, merger, withdrawal, or conversion. The Secretary of State will reject a filing that uses the certification from this site.

To obtain a certificate that is sufficient for dissolution, merger, or conversion, see Publication 98-336d, <u>Requirements to Dissolve, Merge or Convert a Texas Entity.</u>

| Certification of Account Status | Officers And Directors Information |
|---|---|

| | |
|---|---|
| Company Information: | **FTC TECHNOLOGY INC**<br>2525 BROCKTON DR STE 300<br>AUSTIN, TX 78758-4411 |
| Status: | **IN GOOD STANDING NOT FOR DISSOLUTION OR WITHDRAWAL through November 30, 2006** |
| Registered Agent: | WIN-LING TU<br>2525 BROCKTON, SUITE 300<br>AUSTIN, TX 78758 |
| Registered Agent Resignation Date: | |
| State of Incorporation: | TX |
| File Number: | 0800540219 |
| Charter/COA Date: | September 2, 2005 |
| Charter/COA Type: | Charter |
| Taxpayer Number: | 32018119902 |

EXHIBIT W

Buy the HP Monitor (VS15) and other Monitors at circuitcity.com



**Order anytime @ 1-800-843-2489**

Cart | Order Status | My Account | Help

What's New | Services | Outlet | Gift Cards | Shop by Brand | Weekly Ad | Store Locator | Catalog

TV & Video ▾ | Audio / MP3 ▾ | PCs ▾ | Cameras ▾ | Car ▾ | Home, Office & Phones ▾ | Games & Toys ▾ | Movies & Music ▾

Search | All products ▾ | go

**24 minutes** or **$24 gift card** PICKUP GUARANTEE™  ⏵ see details

# HP

Home > PCs > Monitors > Product Information for HP VS15

✉ Email a friend    🖶 Print

**HP Monitor (VS15)**
HP  VS15
• Flat-panel LCD
• 15" XGA display
• 1024 x 768 resolution
• Analog input
• Integrated speakers
• Tilting screen

Price:  ~~$229.99~~
🛒 See sale price in cart
$50.00 rebates available

**add to cart**

🔍 Enlarge

📷 More images    🧊 3D View

**How to Get It**
19801  go
✓ View shipping options
✓ Get it today: check in-store availability
✓ Learn more about free in-store pickup

Stores:  show more stores
✓ Wilimington/Concord - in stock
✓ Christiana - in stock
✓ State Road - in stock

Highlights | Customer reviews | How to get it | Specifications | Accessories | Click & Learn

**Protect it!**
Circuit City Advantage Protection Plan for 2 years on HP VS15
$34.99
**add to cart**

⏵ More protection plans

## Customer ratings
Based on 28 ratings

Features ▬▬▬ 4.5
Image quality ▬▬▬ 4.6
Design ▬▬▬ 4.6
Cost-Benefit ▬▬▬ 4.3

## Features
**HP Monitor (VS15)**

**Beautiful picture:** This 15" XGA display features TFT active matrix technology and a contrast ratio of 450:1, ensuring that the picture will be crisp and bright. Featuring 1280 x 1024 resolution and able to display 16 million colors, this screen will make the most of your digital photos and games.

**Accessories**



**Overall** 4.5

Read customer reviews

Rate this item

## Customer reviews

**Best LCD bought in years!** I bought this LCD for $220 and it was the best deal on a good name brand lcd I could find, and I got a great monitor for my money, its super bright

Read entire review

**Excellent picture, mediocre sound**

Read entire review



**Slim profile:** This display is wall-mountable and VESA® compatible, so you can detach it from its stand and put it up the wall (hardware sold separately). No matter where you put it, the slim design will save space.

**Comfortable viewing:** This screen features 5 to 30-degree tilt control for *optimum positioning. The anti-glare screen and customizable settings let you work or play comfortably.*

**Stylish design:** The integrated speakers and unobtrusive side button controls give this monitor—and any desktop—a sleek, clean look.

**Easy set-up:** Setting up this monitor is as easy as hooking up the cable and turning it on.

**Compatibility:** Microsoft® Windows® 98/ME/2000/XP

**Recommended**



ColorVision Spyder2express™ (S2E100)
**$69.99**
add to cart



eVGA GeForce™ FX 5200 Video Card (128P1N309DX)
**$59.99**
add to cart



IOGEAR® MiniView™ Compact KVM Switch Kit (GCS14)
**$69.94**
add to cart

save **This week's offers** Sign up for the hottest news and deals

email address

sign up

## Deals
Financing
Sales & rebates
Outlet
Weekly ad
Catalog

## Service
Pay my bill
24/24 Pickup Guarantee
Protection plans
Additional services
Request a catalog
Partsearch

## Trust
Guaranteed security
Privacy policy
Automatic price protection

About Circuit City    Business Sales    Affiliates    Careers    Investor info & Newsroom    Contact us    Tax-exempt

© 1996-2006 Circuit City Stores, Inc.

Terms of use    Site map



Order anytime @ 1-800-843-2489

| Cart | Store Locator | Help

## Checkout: 3 easy steps   1   2   3

**Are you a registered user?** Sign in and speed through checkout:  **sign in**

 **Pickup & shipping preferences**

**Tell us how you'd like to get each item:**

❓ Learn more about free
in-store pickup

Change ZIP code for more availability options     19801   ( go )

**HP Monitor (VS15)**
HP   VS15

this item is available for
shipping and in-store pickup

Pick up at Wilimington/Concord ▾

**Wilimington/Concord** Store #3158
4130 Concord Pike
Wilimington, DE 19803
(302) 475-4081

Details & directions

**Enter your email address**

Your email address will be used to send a confirmation message after your order has been processed.

**Email** [_____]

☑ **Yes**, I want to receive e-mail about new products and specials!
Privacy Policy

( **continue to next step** )

---

### Order Summary

| HP Monitor (VS15) | Price | $219.99 |
| HP VS15 | Qty | 1 |
| | Total | $219.99 |
| | Price Before $50.00 in Rebates | |

**Charges for this order:**

| | Subtotal | $219.99 |
| | Estimated Shipping | $3.21 |
| | Estimated tax | $0.00 |
| | **Total** | **$223.20** |

**100% safe - we guarantee it.**
We are so confident in our security that we
guarantee you'll pay nothing if unauthorized
charges are made to your credit card as a result of
shopping at circuitcity.com
▶ Learn more

---

Automatic price protection  |  Guaranteed security  |  Privacy policy



Order anytime @ 1-800-843-2489

Cart | Order Status | My Account

What's New | Services | Outlet | Gift Cards | Shop by Brand | Weekly Ad | Store Locator

TV & Video ▾ | Audio / MP3 ▾ | PCs ▾ | Cameras ▾ | Car ▾ | Home, Office & Phones ▾ | Games & Toys ▾ | Movies &

Search [_____] All products ▾

⏱ **24 minutes** or **$24 gift card** **PICKUP GUARANTEE**℠ ❯ se

# Monitors

Order anytime @ 1-80(

Home > Search: Acer > PCs > Monitors

✉ Email a friend

**Shop by**

**Type of monitor**

Flat-panel LCD (4)

Flat-screen CRT (1)

**Price**

Under $200 (2)   $200-$399 (3)

**Or shop by**

Screen size

▶ **View All Monitors**

**Accessories & Add-ons**

Surge Protectors and UPS

Video Cards and Adapters

Showing **1 - 5** of **5** Matching Items
Page    1

💡 Click & Learn abc
Monitors

Sort by:   Price ▲ | Customer rating ▾ | Top sellers ▾

compare selecte



**Acer Monitor - Black/Silver (AL1716BS)**    $189.99
- Flat-panel LCD      •700:1 contrast ratio
- 17" SXGA display    •Slim design
- 1280 x 1024         •For PC and Mac®
  resolution

add to

| Customer rating | How to Get It | |
|---|---|---|
| ▰▰▰▰ 4.6 | 19801 go | ⊘ View shipping options  ⊘ Get it today: check in-store availability  ❷ Learn more about free in-store pickup |

☐ Compar

---



**Acer Monitor (AL1916ASD)**    $219.99
- Flat-panel LCD      •Analog/digital inputs    after $40.00 savings
- Slim profile        •1280 x 1024             **Web Only Special**
- 19" SXGA display      resolution
                      •For PC and Mac®

add to

| Customer rating | How to Get It | |
|---|---|---|
| ▰▰▰▰ 4.6 | 19801 go | ⊘ View shipping options  ⊘ Get it today: check in-store availability  ❷ Learn more about free in-store pickup |

☐ Compar

---



**Acer Monitor (AL1916S)**    $249.99
- Flat-panel LCD      •Anti-reflective        **Web Only Special**
- 1280 x 1024           screen
  resolution          •Ultra-slim profile
- 19" display         •For PC and Mac®

add to

| Customer rating | How to Get It | |
|---|---|---|
| ▰▰▰▰ 4.5 | 19801 go | ⊘ View shipping options  ⊘ Get it today: check in-store availability  ❷ Learn more about free in-store pickup |

☐ Compar

---

**Acer Monitor (AC713S)**    $139.99
- Flat-screen CRT     •17" display
- 1280 x 1024         •Anti-reflective
  resolution            screen

add to

| Customer rating | How to Get It | |
|---|---|---|
| ▰▰▰ 4.3 | | ⊘ View shipping options  ⊘ Get it today: check in-store availability |

☐ Compar

| 19801 | go | ❓ Learn more about free in-store pickup |



**Acer Monitor (AL1916WASD)**
- Flat-panel LCD
- 19" WXGA+ display
- 1440 x 900 resolution
- Digital/analog inputs

$219.99
after $10.00 savings
**Web Only Special**

 add to

| Customer rating | | **How to Get It** | | ☑ View shipping options | | ☐ Compare |
| 5.0 | | 19801 | go | ☑ Get it today: check in-store availability | | |
| | | | | ❓ Learn more about free in-store pickup | | |

---

Showing **1 - 5** of **5 Matching Items**
Page    **1**

💡 Click & Learn abo
Monitors


**This week's offers**
Sign up for the hottest news and deals

email address
sign up

**Deals**
Financing
Sales & rebates
Outlet
Weekly ad
Catalog

**Service**
Pay my bill
24/24 Pickup Guarantee
Protection plans
Additional services
Request a catalog
Partsearch

**Trust**
Guaranteed securi
Privacy policy
Automatic price pr

About Circuit City    Business Sales    Affiliates    Careers    Investor info & Newsroom    Contact us    Tax-exempt

© 1996-2006 Circuit C

Terms of use

Acer Monitor - Black/Silver (AL1716BS) and other Monitors at circuitcity.com



Order anytime @ 1-800-843-2489

| | Cart | Order Status | My Account |

**What's New** | **Services** | **Outlet** | **Gift Cards** | **Shop by Brand** | **Weekly Ad** | **Store Locator**

TV & Video ▾ | Audio / MP3 ▾ | PCs ▾ | Cameras ▾ | Car ▾ | Home, Office & Phones ▾ | Games & Toys ▾ | Movies &

Search [ ] All products ▾

⏱ **24** minutes or $**24** gift card **PICKUP GUARANTEE** ⁵⁴    ▶ se

## How To Get It

Order anytime @ 1-80(

Home > Search: Acer > PCs > Monitors > Availability Information for ACA AL1716BS

✉ Email a friend



**Acer Monitor - Black/Silver (AL1716BS)**    $189.99
ACA  AL1716BS
• Flat-panel LCD        • 700:1 contrast ratio
• 17" SXGA display      • Slim design
• 1280 x 1024 resolution • For PC and Mac®

▶ See full product details    ❓ Learn more about free in-store pickup

**Circuit City store**

**Monday-Thursday**
10 a.m.-9 p.m.
**Friday-Saturday**
10 a.m.-10 p.m.
**Sunday**
10 a.m.-8 p.m.

Individual stores may v
slightly from this sched
particularly during the l
season and on Sunday
see the details for each
up to date information.

All Circuit City Express
operate according to m
and close hours.

See availability information and store locations
**You will be able to review any choices made here during checkout.**

See places to get it
[19801] [ go ]

### Get it today with free in-store pickup
Make your purchase online and pick up your product today at your local store    ▶ Show more stores

**Wilimington/Concord**  4130 Concord Pike, Wilimington, DE 19803   [add to cart]
Approx: 5 miles    Details & directions    and pick up at this store

**Christiana**  700 Center Boulevard, Newark, DE 19702   [add to cart]
Approx: 6 miles    Details & directions    and pick up at this store

**State Road**  400 South State Road, Springfield, PA 19064   Out of stock
Approx: 17 miles    Details & directions    Notify me when available

### Have it shipped
Arrival estimates & shipping cost
**Standard:** $3.45 (Arrives: 9/14/06 - 9/22/06)
**3-day:** $5.44 (Arrives: 9/13/06 - 9/14/06)   More shipping information
**2-day:** $18.39 (Arrives: 9/12/06 - 9/13/06)
**Express:** $31.54 (Arrives: 9/11/06 )   [add to cart] and have it shipped

### Shop by phone: 1-800-843-2489
Give us a call and let one of our friendly product advisors assist you with your purchase.



**This week's offers**
Sign up for the hottest news and deals
[email address]
[ sign up ]

**Deals**
Financing
Sales & rebates
Outlet
Weekly ad
Catalog

**Service**
Pay my bill
24/24 Pickup Guarantee
Protection plans
Additional services
Request a catalog
Partsearch

**Trust**
Guaranteed securi
Privacy policy
Automatic price pr

About Circuit City | Business Sales | Affiliates | Careers | Investor info & Newsroom | Contact us | Tax-exempt

© 1996-2006 Circuit C

Terms of use

Buy the LG 23" LCD HDTV Monitor/DVD Player (23LX1RV) and other TV & DVD-VCR Comb...   Page 1 of 2



Order anytime @ 1-800-843-2489 | Cart | Order Status | My Account

**What's New** | **Services** ▾ | **Outlet** | **Gift Cards** | **Shop by Brand** | **Weekly Ad** | **Store Locator**

TV & Video ▾ | Audio / MP3 ▾ | PCs ▾ | Cameras ▾ | Car ▾ | Home, Office & Phones ▾ | Games & Toys ▾ | Movies &

Search [            ] All products ▾

🕐 **24 minutes** or **$24 gift card** **PICKUP GUARANTEE**℠ ⊙ se

## LG 23" LCD HDTV Monitor with Built-In DVD Player

Order anytime @ 1-80(

Home > TV & Video > Televisions > TV-DVD-VCR Combos > Product Information for LG 23LX1RV

✉ Email a friend



**LG 23" LCD HDTV Monitor/DVD Player (23LX1RV)**
LG  23LX1RV

• 23" LCD display
• Built-in DVD player
• 550:1 contrast ratio

• HDTV monitor
• DVI input
• 1366 x 768 resolution

Price:

🛒
pr

**Purchase in-st**

 Enlarge

 More images

**How to Get It**
19801 [go] 

❌ Not available online
ℹ Available only in stores

Stores: show more s
✓ Wilimington/Conc stock
✓ Christiana - in sto(
✓ State Road - in sto

‖ **Highlights** ‖ Customer reviews ‖ How to get it ‖ Specifications ‖ Accessories ‖ Click & Learn ‖

**Protect it!**
Circuit City Advantage
Plan for 3 years on LG

$179.99
[add to cart]

▶ More protection pla

## Customer ratings
Based on **22 ratings**

| | |
|---|---|
| Picture quality | 4.7 |
| Playback quality | 4.6 |
| Features | 4.3 |
| Cost-Benefit | 4.3 |
| Overall | 4.5 |

Read customer reviews
Rate this item

## Customer reviews

**Great TV but with a twist** I read a lot of the reviews on this tv here so I decided to go look at the tv in person and loved it! Although when I unpacked the tv and got it
Read entire review

**Good TV, Bad menu & menu** TV has a very clear picture. The

## Features
### LG 23" LCD HDTV Monitor/DVD Player (23LX1RV)

**23" LCD display:** Enjoy impressive digital images from a slender TV. LCD technology also means tremendous placement flexibility and wider viewing angles, for a great picture from anywhere in the room.

**HDTV monitor:** Just add an optional HDTV receiver to access brilliant HD programming.

**Built-in DVD player:** Avoid the hassle of additional components with the convenient built-in DVD player. Progressive-scan (480p) capability means that all of your DVDs will look their best.

**Improved picture:** Super IPS Technology™ and a 550:1 contrast ratio keep even fast-motion video crisp and clear.

**Widescreen mode:** The optional 16:9 aspect mode screens your favorite films in their original cinematic format.

**A/V versatility:** DVI and HD component video inputs deliver astounding images from digital components like satellite receivers. Composite, S-video inputs and variable audio outputs make it easy to hook up video game consoles, home theater systems and more.

**Enhanced audio:** The 14-watt integrated speaker system pushes out MTS stereo sound to produce crisp, realistic audio that puts the action right in your living room.

**Convenience features:** Watch TV the way you want, thanks to custom channel labels, discrete IR codes, sleep timer, EZ Menus and more.

## Accessories
**Recommended**


OmniMo
Fixed Fla
Wall Mo
(U2FIXE
$119.99
[add to c

Case 1:04-cv-01338-LJB    Document 571-7    Filed 09/19/2006    Page 21 of 21

remote controll is horrible. You have to push the buttons on the remote very hard in order to change the channel

**Note:** Dimensions include stand

Read entire review



**This week's offers**
Sign up for the hottest news and deals

email address

sign up

**Deals**
Financing
Sales & rebates
Outlet
Weekly ad
Catalog

**Service**
Pay my bill
24/24 Pickup Guarantee
Protection plans
Additional services
Request a catalog
Partsearch

**Trust**
Guaranteed securi
Privacy policy
Automatic price pr

About Circuit City    Business Sales    Affiliates    Careers    Investor info & Newsroom    Contact us    Tax-exempt

© 1996-2006 Circuit C

Terms of use