EXHIBIT X



Order anytime @ 1-800-843-2489

| Cart | Order Status | My Account |

**What's New**  |  **Services**  |  **Outlet**  |  **Gift Cards**  |  **Shop by Brand**  |  **Weekly Ad**  |  **Store Locator**

TV & Video ▾  |  Audio / MP3 ▾  |  PCs ▾  |  Cameras ▾  |  Car ▾  |  Home, Office & Phones ▾  |  Games & Toys ▾  |  Movies &

Search [                    ] All products ▾

**24 minutes** or **$24 gift card** **PICKUP GUARANTEE**℠          ❯ se

# Monitors

Order anytime @ 1-80

Home  >  Search: ViewSonic  >  PCs  >  Monitors

✉ Email a friend

**Shop by**

**Type of monitor**

Flat-panel LCD    Widescreen (2)
(3)

**Price**

$200-$399 (3)    Over $600 (2)

**Or shop by**

Screen size

▶ **View All Monitors**

**Accessories & Add-ons**

Surge Protectors and UPS

Video Cards and Adapters

---

Showing **1 - 5** of **5** Matching Items
Page    1

💡 Click & Learn abo
Monitors

Sort by:  **Price** ▾   **Customer rating** ▾   **Top sellers** ▾          [ compare selected



**ViewSonic Monitor (VP930B)**

•Flat-panel LCD
•19" SXGA display
•1280 x 1024 resolution

•8-millisecond response
•Two analog inputs
•Digital DVI-D input

**$324.99**
after $55.00 savings
**Web Only Special**

[ add to

| Not yet rated | **How to Get It** 19801 ( go ) | ✔ View shipping options ❌ Not available in stores | ☐ Compar |

---



**ViewSonic Monitor (VA1912WB)**

•Flat-panel LCD
•19" WXGA+ display
•1440 x 900 resolution

•Fast response
•Digital/analog input
•For PC and Mac®

~~$249.99~~
🛒 See sale price in cart

**Web Only Special**
$50 Mfr combined purchase rebate available

[ add to

| Customer rating [███] 4.4 | **How to Get It** 19801 ( go ) | ✔ View shipping options ✔ Get it today: check in-store availability ✔ Learn more about free in-store pickup | ☐ Compar |

---



**ViewSonic Monitor (VP2130B)**

•Flat-panel LCD
•21.3" UXGA display
•1680 x 1200 resolution

•8-millisecond response
•Pro-grade controls
•Digital/analog input

**$649.99**
after $20.00 savings
**Web Only Special**

[ add to

| Not yet rated | **How to Get It** 19801 ( go ) | ✔ View shipping options ❌ Not available in stores | ☐ Compar |

---

**ViewSonic Monitor (VX922)**

•Flat-panel LCD
•19" SXGA display
•1280 x 1024 resolution

•2-millisecond response
•Easily adjustable
•Digital/analog inputs

**$288.99**
after $46.01 savings
**Web Only Special**

[ add to

| Customer rating | **How to Get It** | ✔ View shipping options | ☐ Compar |

| �in 5.0 | 19801 [ go ] | ✖ Not available in stores |
|---|---|---|



**ViewSonic Monitor (VP2330WB)**

- Flat-panel LCD
- 23" WUXGA display
- 1920 x 1200 resolution
- 8-millisecond response
- View docs side-by-side
- Digital/analog input

**$1099.99**
after $100.00 rebates
**Web Only Special**

 add to

| Not yet rated | **How to Get It**<br>19801 [ go ] | ⊘ View shipping options<br>✖ Not available in stores | ☐ Compar... |
|---|---|---|---|

Showing **1 - 5** of **5 Matching Items**
Page    **1**

💡 Click & Learn ab...
Monitors


**This week's offers**
Sign up for the hottest news and deals

email address
[ sign up ]

**Deals**
Financing
Sales & rebates
Outlet
Weekly ad
Catalog

**Service**
Pay my bill
24/24 Pickup Guarantee
Protection plans
Additional services
Request a catalog
Partsearch

**Trust**
Guaranteed securi...
Privacy policy
Automatic price pr...

About Circuit City    Business Sales    Affiliates    Careers    Investor info & Newsroom    Contact us    Tax-exempt

© 1996-2006 Circuit C...

Terms of use

EXHIBIT Y



Buy Online or Contact Us: 1-800-449-3355

Products    Services    Support    Purchase Help    Account

Desktops | Notebooks | Printers & Ink | Electronics & Accessories | Dell Outlet

**Dell recommends Windows® XP Professional**

**You are here:** 🇺🇸 USA > Home & Home Office > Accessories > Monitors & Accessories > Monitors > Flat Panel LCD Monitors > 19 Inch

# UltraSharp 1907FP 19-inch Flat Panel LCD Monitor with Height Adjustable Stand

**Product Details**



## $309.00
As low as **$10/month**[1]



Apply Now | Learn More
Minimum monthly price varies based on account balance.Click for details

Usually Ships: Within 24 Hours





**Related Products**



**Monster Cable Produc Inc
ScreenClean Display Cleaning Kit
$19.95**

As low as **$1/month**[1]
 More Details



**TiVo
Series2 80-Hour Digita Video Recorder
$219.00**
+ $150.00 mail-in rebate

As low as **$7/month**[1]
 More Details



**TrippLite
10-Outlet Home Theat Surge Suppressor
$59.95**

As low as **$2/month**[1]
 More Details

**Purchase related items without purchasing featured product.**click l

**Overview**

LCD's and CRT's sizes are measured differently, do you know the difference?

Not sure of the difference between "flat panel" and "flat screen"?

Impress one and all with the Dell™ UltraSharp™ 1907FP 19-inch Flat Panel LCD Monitor. The slim black bezel design fits into most working environments and on most desktops. Its stand lock down mechanism allows locking of monitor into place at the lowest height which can allow easy transportation of display. The combination of advanced LCD technology and the range of added features make the UltraSharp™ 1907FP the perfect display for any user. With the included height adjustable stand, you can adjust the display to your exact comfort level and help reduce eye and neck strain. Dell-branded monitors undergo exhaustive testing for performance, reliability, durability and compatibility with Dell™ systems.

Want more info on Dell's monitors? Go to Dell's Monitor Information Center

The connectors for this monitor are as follows:

# Tech Specs

## Features

100 mm VESA Mounting, Height Adjustable
Stand Included, Slim Black Bezel, Stand
Lock Down Mechanism, Kensington
Security Port, 8 ms Response time

## Display Type

LCD Monitor

## Diagonal Size

19"

## Viewable Size

19"

## Height

19.23" (Extended); 14.11" (Compressed)

## Depth

With Stand: 7.16"; Without Stand: 2.6"

## Width

19"

## Weight

---

## Highlights

- 1280x1024 pixel resolution for clear, sharp images
- 8 ms (gray-to-gray) response time enables crisp and clear images
- Viewing angles of 130° vertical and 140° horizontal
- Digital DVI-D and analog inputs
- 5 USB 2.0 high speed ports for connecting peripheral devices
- Supported by Dell™ Technical Support

Manufacturer Part# : DC323
Dell Part# : 320-4568

---



Bottom View

1. AC Power Cord Connector
2. DC Power Connector for Dell Soundbar
3. DVI Connector
4. VGA Connector
5. USB Upstream Port
6. Two USB Downstream Ports
7. Two USB Downstream Ports

| | |
|---|---|
| 16.15" | With Stand Assembly and Cables: 15.6 lbs;<br>Without Stand Assembly: 11.02 lbs |
| **Image Max H-View Angle**<br>140° | **Image Max V-View Angle**<br>130° |
| **Connectivity Technology**<br>Cable | **Dimensions (WxDxH)**<br>With Stand: 16.15" x 7.16" x 14.11" - 19.23";<br>Without Stand: 16.15" x 2.6" x 13.31" |
| **Dot Pitch**<br>0.294 mm (Pixel Pitch) | **Factory Preset Resolution Modes**<br>720x400 pixels @ 28.3 MHz, 640x480<br>pixels @ 25.2 MHz, 640x480 pixels @ 31.5<br>MHz, 800x600 pixels @ 49.5 MHz,<br>1024x768 pixels @ 65.0 MHz, 1024x768<br>pixels @ 78.8 MHz, 1152x864 pixels @ 108<br>MHz, 1280x1024 pixels @ 135 MHz |
| **Image Brightness**<br>300 cd/m² (typical) | **Image Contrast Ratio**<br>700:1 |
| **Max Resolution**<br>1280x1024 Pixels at 75 Hz | **Max Sync Rate (V x H)**<br>76 Hz x 81 kHz |
| **Port(s) Total ( Free ) / Connector Type**<br>5 x USB 2.0 Ports / Analog/DVI-D<br>Connectors | **Voltage Required**<br>100 to 240 VAC, 50 Hz to 60 Hz |

---

**You are here:** ▓ USA > Home & Home Office > Accessories > Monitors & Accessories > Monitors > Flat Panel LCD Monitors > 19 Inch

---

Prices, specifications, availability and terms of offer may change without notice. Taxes, fees, shipping and handling charges are extra, and vary. N discounts. Valid for new U.S. online purchases through the Dell Home Systems Electronics & Accessories site only. Offer does not apply to and is purchased through the online systems configurator, refurbished items, or spare parts. Purchase limit of 10 same items per order. Dell cannot be re reserves the right to cancel orders arising from such errors.

[1] Financing offered by CIT Bank to qualified U.S. residents. Taxes, fees and shipping & handling charges are extra and vary. Minimum monthly pa account balance.

Copyright 1999-2006 Dell Inc.
Battery Recall | About Dell | Conditions of Sale and Site Terms | Privacy Policy | Contact Us | Site Map | Visit ID

Large Text
sn SNP7



**Dell recommends Windows® XP Professional**

# Estimate Shipping & Handling and Tax

✱ Indicates Required Fields

✱ City
Wilmington

✱ State
Delaware

✱ Zip Code
19801

4-digit Ext.
–

**Shipping & Handling Method**

◉ 3-5 Day Delivery $19.00 – $19.00 = $0.00

◯ 2nd Business Day Delivery $23.00

◯ Next Business Day Delivery $27.00

**Estimate Tax And Shipping & Handling**

The Home & Home Office site and offers contained herein valid only for end users and not for resellers and/or online auctions. Pricing, specifications change without notice. Taxes, fees, shipping and handling and any applicable restocking charges are extra, and vary. U.S. Dell Home Systems Co. m customer please. Dell cannot be responsible for pricing or other errors, and reserves the right to cancel orders arising from such errors.

Copyright 1999-2006 Dell Inc.
Battery Recall | About Dell | Conditions of Sale and Site Terms | Privacy Policy | Contact Us | Site Map | Visit ID

Large Text
sn PCM8


™

Buy Online or Call

**Products    Services    Support    Purchase Help**

Desktops | Notebooks | Printers & Ink | Electronics & Accessories | Dell Outlet

**Dell recommends Windows® XP Professional**

# My Cart

**Welcome!**  Registered members sign in now to retrieve an old cart or to save this cart. Not registered? Then select Create An Account to enjoy membership benefits like saved carts and faster checkout with pre-filled forms.

▸ Sign In   ▸ Create An Account

⊙ **Continue Shopping**

**Need Help?**
Chat with a Product Advisor for help building your system. Product Advisors are available from 7am to 10pm.
Chat Now

| Cart | Wish List |

Summary View | ▸ Detail View                          🖳 Save Cart   🖶 Print Cart   ✉ E-mail Cart

⊙  **Please review the contents of your order for accuracy before placing your order**
   - Specific information about each item in your cart is available by selecting the "Detailed View" tab

| Cart Items | Qty | Unit Price | Total | |
|---|---|---|---|---|
| **1907FP**<br>▸ System Details | | | $309.00 | 🖳 Move Item to My Wish List<br>🗑 Remove Item |
| **Monitor 15 in - 20 in**<br>19 in Dell 1907FP Ultrasharp™ Flat Panel Monitor<br>▸ Forget Something? | 1<br>Update Total | $309.00 | | ⚙ See Great Add-Ons |
| ↳ **3Yr Ltd. Warranty, 3 yr Advanced Exchange**<br>▸ Product Details | 1 | $0.00 | | |

**Additional Discounts and Coupons**

Get free ground (3-5 day) shipping on peripheral items over $49!
**Limited Time Offer!** View Details

**Coupon Entry**

⊙ Sign in to retrieve coupons from your account        OR

                                              Enter coupon number

                                              ⊙ Apply Coupon

Note: Coupon savings are only applied to items you have added to your cart.



Sub-total                          $309.00

Shipping & Handling                 $19.00          Estimate Shipping
                                                    & Handling and
Shipping & Handling Discount        -$19.00         Tax

Tax                                  $0.00

Total Price[1]                     $309.00

As low as **$10/month** [2]

| Apply Now | Learn More
Minimum monthly payment
varies based on account balance.

Checkout

Save Cart    Print Cart    E-mail Cart

DELL PREFERRED ACCOUNT (DPA): Offered by CIT Bank to qualified U.S. residents with approved credit. Creditworthiness determined by lender
any other applicable charges are extra, and vary. Monthly payments based on pre-rebate price. Minimum monthly payments of $15 or 3% of accoun
Qualifying for the Dell Preferred Account does not guarantee eligibility for No Interest or other promotional financing features. Qualifications vary by |
PROMOTIONAL FEATURE: FOR BEST- QUALIFIED DPA CUSTOMERS, as determined by lender. Available on purchases made from 09/07/2006
during the promotional period and will be added to your account if balance not paid by 01/01/2007. Minimum monthly payments are required. For ac
account balance and new purchases will be subject to the Standard Rate (18.24% - 29.99% variable APR, which can increase or decrease, as of 06
creditworthiness).

[1] Configuration, pricing, tax, shipping & handling and monthly payment information above is estimated and presented for your convenience only. All
information is subject to change without notice. Final order specifications and amounts, including tax and shipping & handling, will be communicated
Dell will not be responsible for typographical or other errors or omissions regarding prices or other information. Products displayed are available to U
United States. All sales are subject to Dell's Term and Conditions of Sale.

[2] Financing offered by CIT Bank to qualified U.S. residents. Taxes, fees and shipping & handling charges are extra and vary. Minimum monthly payr
account balance.

Copyright 1999-2006 Dell Inc.
Battery Recall | About Dell | Conditions of Sale and Site Terms | Privacy Policy | Contact Us | Site Map | Visit ID

Large Text

sn CM12