IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-1338-KAJ |
| v. | ) ) | Consolidated |
| APPLE COMPUTER, INC., et al., | ) ) | |
| Defendants. | ) | |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. ("Honeywell") and defendant InnoLux Display Corporation ("IDC"), subject to the approval of the Court, that the time for IDC to file its Reply in support of IDC's Motion to Dismiss for Lack of Personal Jurisdiction (D.I. 536) is extended to and including September 29, 2006.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | DUANE MORRIS LLP |
| | |
| */s/ Maria Granovsky (#4709)* | */s/ Daniel V. Folt (#3143)* |
| Thomas C. Grimm (#1098) | Daniel V. Folt (#3143) |
| Leslie A. Polizoti (#4299) | Gary W. Lipkin (#4044) |
| Maria Granovsky (#4709) | 1100 North Market Street |
| 1201 N. Market Street | 12th Floor |
| P.O. Box 1347 | Wilmington, DE  19801 |
| Wilmington, DE  19899-1347 | dfolt@duanemorris.com |
| (302) 658-9200 | gwlipkin@duanemorris.com |
| tgrimm@mnat.com | *Attorneys for Defendant InnoLux Display* |
| lpolizoti@mnat.com | *Corporation* |
| mgranovsky@mnat.com | |
| *Attorneys for Honeywell International Inc.* | |
| *and Honeywell Intellectual Properties Inc.* | |

SO ORDERED this _______ day of September 2006.

_____________________________________________
United States District Judge

536411

CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Elizabeth L. Brann, Christopher E. Chalsen, Hua Chen, Jay C. Chiu, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Kevin C. Ecker, Amy Elizabeth Evans, York M. Faulkner, Maxwell A. Fox, Terry D. Garnett, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Angie Hankins, Richard L. Horwitz, Dan C. Hu, John T. Johnson, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, Matthew W. King, Stephen S. Korniczky, Gary William Lipkin, Hamilton Loeb, Robert Maier, David J. Margules, David Ellis Moore, Carolyn E. Morris, Arthur I. Neustadt, Elizabeth A. Niemeyer, Kevin M. O'Brien, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, Alana A. Prills, Steven J. Rizzi, Lawrence Rosenthal, Avelyn M. Ross, Philip A. Rovner, Diana M. Sangelli, Robert C. Scheinfeld, Carl E. Schlier, Chad Michael Shandler, John W. Shaw, Matthew W. Siegal, Neil P. Sirota, Monte Terrell Squire, William J. Wade, Peter J. Wied, Roderick B. Williams, Vincent K. Yip, Edward R. Yoches.

*/s/ Maria Granovsky*

Maria Granovsky (#4709)
mgranovsky@mnat.com

536411