# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Maria Granovsky
302 351 9168
302 498 6234 Fax
mgranovsky@mnat.com

September 26, 2006

**BY E-FILING**

The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE  19801

      Re:    *Honeywell, et al. v. Apple Computer, et al.*, Consol. C.A. No. 04-1338-KAJ

Dear Judge Jordan:

      At the conclusion of the telephone conference conducted by the Court on September 14, 2006, Your Honor requested that a proposed discovery order reflecting the dates discussed by the parties during the conference be prepared.  Therefore, we are enclosing herewith for the Court's consideration the proposed discovery order that is acceptable to all parties.

      Respectfully,

      /s/ Maria Granovsky

      Maria Granovsky (#4709)

MG
Enclosure
cc:    Dr. Peter T. Dalleo, Clerk (via hand delivery - w/encl.)
        CM/ECF list (via e-filing - w/encl.)