IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et al., <br><br> Defendants. | ) ) ) ) ) C.A. No. 04-1338 (KAJ) ) ) ) CONSOLIDATED ) ) ) ) ) |

## DISCOVERY ORDER

Whereas, upon Plaintiffs' request, the Court conducted a telephone conference on September 14, 2006 in the above-referenced matter to discuss the schedule for the Defendants' production of documents to Plaintiffs and the Defendants' supplementation of certain responses to Plaintiffs' interrogatories;

IT IS HEREBY ORDERED:

**1.    Deadlines for initiation and substantial completion of document production.**

Individual Defendants will initiate and substantially complete document production based on the following schedule:

| **Defendant** | **Deadline for Initiation of Document Production** | **Deadline for Substantial Completion of Document Production** |
|---|---|---|
| Arima Display | October 10, 2006 | October 30, 2006 |
| Casio Computer Co., Ltd. | N/A | October 30, 2006 |
| BOE-HYDIS Technology Co., Ltd. | N/A | October 30, 2006 |
| Fuji Defendants | September 30, 2006 | October 30, 2006 |
| Hitachi Displays, Ltd. | N/A | October 30, 2006 |
| Philips Defendants | N/A | October 30, 2006 |
| Samsung SDI Defendants | N/A | October 30, 2006 |

| Defendant | Deadline for Initiation of Document Production | Deadline for Substantial Completion of Document Production |
|---|---|---|
| Sony | N/A | October 30, 2006 |
| Seiko Epson Corp. and Sanyo Epson Imaging Devices | September 30, 2006 | October 30, 2006 |
| Toppoly Optoelectronics Corp. | N/A | October 30, 2006 |
| Wintek Defendants | September 30, 2006 | October 30, 2006 |

**2.    Deadlines for providing supplemental responses to contention interrogatories that are independent of information provided by Honeywell and on which Defendants bear the burden of proof.**

Individual Defendants will, subject to further supplementation, provide supplemental responses to Plaintiffs' contention interrogatories that are independent of information provided by Honeywell on which Defendants bear the burden of proof based on the following deadlines:

| Defendant | Deadline for providing supplemental responses to contention interrogatories on laches and invalidity. |
|---|---|
| Arima Display | October 6, 2006 |
| Casio Computer Co., Ltd. | September 28, 2006 |
| Citizen Defendants | September 30, 2006 |
| Hitachi Displays, Ltd. | September 22, 2006 |
| Philips Defendants | October 13, 2006 |
| Seiko Epson Corp. and Sanyo Epson Imaging Devices | September 30, 2006 |
| Toppoly Optoelectronics Corp. | October 6, 2006 |
| Wintek Defendants | October 6, 2006 |

SO ORDERED:

_____
United States District Court Judge

Dated:_____

538631

2