IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-1338-KAJ |
| v. | ) ) | Consolidated |
| APPLE COMPUTER, INC., et al., | ) ) | |
| Defendants. | ) | |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. ("Honeywell") and defendant InnoLux Display Corporation ("IDC"), subject to the approval of the Court, that the time for IDC to file its Reply in support of IDC's Motion to Dismiss for Lack of Personal Jurisdiction (D.I. 536) is extended to and including October 6, 2006.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP          DUANE MORRIS LLP

/s/ Maria Granovsky                                                      /s/ Gary W. Lipkin
Thomas C. Grimm (#1098)                                       Daniel V. Folt (#3143)
Leslie A. Polizoti (#4299)                                          Gary W. Lipkin (#4044)
Maria Granovsky (#4709)                                         1100 North Market Street
1201 N. Market Street                                                12th Floor
P.O. Box 1347                                                             Wilmington, DE  19801
Wilmington, DE  19899-1347                                   dfolt@duanemorris.com
(302) 658-9200                                                           gwlipkin@duanemorris.com
tgrimm@mnat.com                                                    *Attorneys for Defendant InnoLux Display*
lpolizoti@mnat.com                                                   *Corporation*
mgranovsky@mnat.com
*Attorneys for Honeywell International Inc.*
*and Honeywell Intellectual Properties Inc.*

2

SO ORDERED this _____ day of _____ 2006.

_____
United States District Judge