UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL INC., et al.,

*Plaintiffs,*
*Counterclaim-Defendants,*

vs.

CIVIL ACTION NO. 04-1338 (KAJ)

APPLE COMPUTER INC., et al.,

*Defendants,*
*Counterclaim-Plaintiffs.*

## STIPULATION OF DISMISSAL

On this day came on to be considered the above-entitled and numbered cause, and the Court being advised that the Plaintiffs have settled and resolved their differences with Defendants ST LIQUID CRYSTAL DISPLAY CORPORATION and SONY CORPORATION OF AMERICA, and have entered into an Agreement setting out the terms and conditions of the settlement, having an effective date of September, 26, 2006 ("Agreement"), and as part of such Agreement have consented to the entry of an Order approving this Stipulation;

Now therefore, upon the consent of the Parties hereto, it is hereby Ordered, Adjudged and Decreed that:

1. This Court has jurisdiction over the subject matter of and the Parties to this action and venue is properly laid.

2. The Court shall retain and hereby retains continuing exclusive jurisdiction over the Parties and the subject matter hereto for the purpose of interpreting and enforcing the Agreement.

3.   As a result of the Agreement, ST LIQUID CRYSTAL DISPLAY CORPORATION and SONY CORPORATION OF AMERICA no longer have an interest in the subject matter of this action and therefore are hereby dismissed as Defendants by the Plaintiffs. It is understood and agreed, however, that SONY CORPORATION shall remain in the litigation in its capacity as a stayed End-Product Maker.

4.   Each Party hereto shall bear its own costs and attorneys' fees incurred in this action.

DATED: October 6, 2006

| MORRIS, NICHOLS, ARSHT & TUNNEL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Thomas C. Grimm<br>Thomas C. Grimm (I.D. No. 1098)<br>Leslie A. Polizoti (I.D. No. 4299)<br>Maria Granovsky (I.D. No. 4709)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Tel. (302) 658-9200<br>tgrimm@mnat.com<br>*Attorneys for Defendants*<br>*Honeywell International Inc.*<br>*and Honeywell Intellectual Properties Inc.* | /s/ Karen E. Keller<br>John Shaw (I.D. No. 3362)<br>Karen E. Keller (I.D. No. 4489)<br>The Brandywine Building<br>1000 West St.<br>Wilmington, DE 19801<br>Tel. (302) 571-6600<br>kkeller@ycst.com<br>*Attorneys for Defendants ST-LCD,*<br>*Sony Corporation of America,*<br>*and Sony Corporation* |

SO ORDERED this _____ day of _____, 2006.

_____
Honorable Kent A. Jordan
United States District Judge