## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL INC. and )
HONEYWELL INTELLECTUAL PROPERTIES INC., )
                              )
                Plaintiffs, )
                              )
                v. )      C.A. No. 04-1338-KAJ
                              )
APPLE COMPUTER, INC; *et al.*, )
                              )
                Defendants )

## DECLARATION OF GARY W. LIPKIN IN SUPPORT OF INNOLUX DISPLAY CORPORATION'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, GARY W. LIPKIN, declare under penalty of perjury under the laws of the State of Delaware that the following is true and correct:

1.     I am one of the attorneys representing Innolux Display Corporation ("IDC") in this action. I submit this declaration in support of IDC's Reply Brief in Support of Its Motion to Dismiss for Lack of Personal Jurisdiction. I make this declaration based upon personal knowledge of which I am competent to testify.

2.     A true and correct copy of the webpage http://www.fih-foxconn.com/about/affiliates.aspx, which was printed on October 6, 2006, is attached hereto as Exhibit "A."

3.     A true and correct copy of HHPI's 2005 Financial Annual Report is attached hereto as Exhibit "B."

Dated:  October 6, 2006

_____
Gary W. Lipkin (#4044)

DM1\696972.1

## CERTIFICATE OF SERVICE

I, Gary W. Lipkin, hereby certify that on October 6, 2006, I filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following counsel of record:

John W. Shaw
Monte T. Squire
Young, Conaway, Stargatt
  & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19899

William J. Wade
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Karen L. Pascale
Young, Conaway, Stargatt & Taylor
The Brandywine Building, 17th Fl.
1000 West Street
Wilmington, Delaware 19801

Philip A. Rovner
Potter, Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, Delaware 19899

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, Delaware 19899

David Margules
John M. Seaman
Bouchard, Margules &
Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 18th Floor
P.O. Box 1347
Wilmington, Delaware 19899

Robert J. Katzenstein
Robert Karl Beste, III
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Fl.
Wilmington, DE 19899

William J. Marsden, Jr.
Raymond N. Scott, Jr.
Fish & Richardson, P.C.
919 North Market Street, Ste. 1100
Wilmington, DE 19899

Richard L. Horwitz
David E. Moore
Potter, Anderson & Corroon LLP
Hercules Plaza, 6th Fl.
1313 N. Market Street
Wilmington, DE 19899

/s/ Gary W. Lipkin (Del. I.D. No. 4044)

DM1\681017.1