# EXHIBIT A

Home

FIH

FIH | SERVICES | VERTICAL INTEGRATION | INVE

HON HAI
COMPANY RANKINGS
GLOBAL
HON-HAI GROUP COMPANIES
RECENT DEVELOPEMENTS
CAREERS

## Hon Hai Group Members and Capabilities

| | |
|---|---|
| **Hon Hai Precision** | • Vertical integration in computer, communication, and consumer electronics. One of the world's top connector companies. |
| **Foxconn Technology** | • Leading Magneseum Alloy manufacturer<br>• Thermal modules<br>• Consumer electronics |
| **Foxconn International Holdings** | • Full-service wireless product development provider, inlcuding de manufacturing and assembly, deliv post-sale support and repair |
| **Foxsemicon** | • Semiconductor equipment components, modules, subsystems |
| **CMCS** | • Dedicated to the design and manufacture of GSM/GPRS product the OEM/ODB business |
| **Pan-International** | • Handset accessories<br>• Print circuit boards<br>• USB disks<br>• Peripheral devices |
| **InnoLux Display** | • Leading vertical integrated moni company with advanced TFT LCD p cell phone LCM, and portable LCM production technology.<br>• TFT LCD panels<br>• Cell phone LCMs<br>• Portable LCMs |
| **Altus Technology** | • Fully integrated camera module provider and industry leader in the design, manufacture and test of im sensor products. |

---

©2005. FIH Foxconn, Inc.

home  | contact | sitemap |