IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 04-1338-KAJ <br> (Consolidated) |

## **STIPULATION OF DISMISSAL**

On this day came on to be considered the above-entitled and numbered cause, and the Court being advised that the Plaintiffs have settled and resolved their differences with Defendants INTERNATIONAL DISPLAY TECHNOLOGY CO. LTD. (identified as INTERNATIONAL DISPLAY TECHNOLOGY in the First Amended Complaint and the Answer to the First Amended Complaint) and INTERNATIONAL DISPLAY TECHNOLOGY USA, INC., and have entered into an Agreement setting out the terms and conditions of the settlement, having an effective date of August 2, 2006 ("Agreement"), and as part of such agreement have consented to the entry of an Order approving this Stipulation;

Now therefore, upon the consent of the Parties hereto, it is hereby Ordered, Adjudged and Decreed that:

1.  This Court has jurisdiction over the subject matter of, and the Parties, to this action and venue is properly laid.

2.  The Court shall retain and hereby retains continuing exclusive jurisdiction over the Parties and the subject matter hereto for the purpose of interpreting and enforcing the Agreement.

3.      As a result of the Agreement, INTERNATIONAL DISPLAY TECHNOLOGY CO. LTD. and INTERNATIONAL DISPLAY TECHNOLOGY USA, INC., are hereby dismissed, without prejudice, as Defendants by the Plaintiffs.

4.      Each Party hereto shall bear its own costs and attorneys' fees incurred in this action.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

FISH & RICHARDSON, P.C.

*/s/ Thomas C. Grimm*
Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
Maria Granovsky (#4709)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
lpolizoti@mnat.com
mgranovsky@mnat.com
  *Attorneys for Honeywell International Inc.*
  *and Honeywell Intellectual Properties Inc.*

*/s/ William J. Marsden, Jr.*
William J. Marsdcn, Jr. (#2247)
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
(302) 652-5070
marsden@fr.com
  *Attorneys for International Display*
  *Technology and International Display*
  *Technology USA, Inc.*

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Kent A. Jordan
UNITED STATES DISTRICT JUDGE

540430

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Elizabeth L. Brann, Christopher E. Chalsen, Hua Chen, Jay C. Chiu, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Kevin C. Ecker, Amy Elizabeth Evans, York M. Faulkner, Maxwell A. Fox, Terry D. Garnett, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Angie Hankins, Richard L. Horwitz, Dan C. Hu, John T. Johnson, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, Matthew W. King, Stephen S. Korniczky, Gary William Lipkin, Hamilton Loeb, Robert Maier, David J. Margules, David Ellis Moore, Carolyn E. Morris, Arthur I. Neustadt, Elizabeth A. Niemeyer, Kevin M. O'Brien, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, Alana A. Prills, Steven J. Rizzi, Lawrence Rosenthal, Avelyn M. Ross, Philip A. Rovner, Diana M. Sangelli, Robert C. Scheinfeld, Carl E. Schlier, Chad Michael Shandler, John W. Shaw, Matthew W. Siegal, Neil P. Sirota, Monte Terrell Squire, William J. Wade, Peter J. Wied, Roderick B. Williams, Vincent K. Yip, Edward R. Yoches.

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19801
(302) 658-9200
tgrimm@mnat.com