



## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al., <br><br> *Plaintiffs,* <br> *Counterclaim-Defendants,* <br><br> vs. <br><br><br> APPLE COMPUTER INC., et al., <br><br> *Defendants,* <br> *Counterclaim-Plaintiffs.* | CIVIL ACTION NO. 04-1338 (KAJ) |

### STIPULATION OF DISMISSAL

On this day came on to be considered the above-entitled and numbered cause, and the Court being advised that the Plaintiffs have settled and resolved their differences with Defendants ST LIQUID CRYSTAL DISPLAY CORPORATION and SONY CORPORATION OF AMERICA, and have entered into an Agreement setting out the terms and conditions of the settlement, having an effective date of September, 26, 2006 ("Agreement"), and as part of such Agreement have consented to the entry of an Order approving this Stipulation;

Now therefore, upon the consent of the Parties hereto, it is hereby Ordered, Adjudged and Decreed that:

1. This Court has jurisdiction over the subject matter of and the Parties to this action and venue is properly laid.

2. The Court shall retain and hereby retains continuing exclusive jurisdiction over the Parties and the subject matter hereto for the purpose of interpreting and enforcing the Agreement.

3. As a result of the Agreement, ST LIQUID CRYSTAL DISPLAY CORPORATION and SONY CORPORATION OF AMERICA no longer have an interest in the subject matter of this action and therefore are hereby dismissed as Defendants by the Plaintiffs. It is understood and agreed, however, that SONY CORPORATION shall remain in the litigation in its capacity as a stayed End-Product Maker.

4. Each Party hereto shall bear its own costs and attorneys' fees incurred in this action.

DATED: October 6, 2006

| MORRIS, NICHOLS, ARSHT & TUNNEL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Thomas C. Grimm | /s/ Karen E. Keller |
| Thomas C. Grimm (I.D. No. 1098) | John Shaw (I.D. No. 3362) |
| Leslie A. Polizoti (I.D. No. 4299) | Karen E. Keller (I.D. No. 4489) |
| Maria Granovsky (I.D. No. 4709) | The Brandywine Building |
| 1201 N. Market Street | 1000 West St. |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1347 | Tel. (302) 571-6600 |
| Tel. (302) 658-9200 | kkeller@ycst.com |
| tgrimm@mnat.com | *Attorneys for Defendants ST-LCD,* |
| *Attorneys for Defendants* | *Sony Corporation of America,* |
| *Honeywell International Inc.* | *and Sony Corporation* |
| *and Honeywell Intellectual Properties Inc.* | |

SO ORDERED this 10th day of Oct, 2006.

_____
Honorable Kent A. Jordan
United States District Judge