IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL INC., and    )
HONEYWELL INTELLECTUAL PROPERTIES    )
INC.,                                )
                                     )
              Plaintiffs,            )        Civil Action No. 04-1338-KAJ
                                     )        (Consolidated)
     v.                              )
                                     )
APPLE COMPUTER, INC., et al.,        )
                                     )
              Defendants.            )

**ORDER**

At Wilmington this **12**th day of **October, 2006**,

IT IS ORDERED that the status teleconference presently set for

**October 31, 2006 at 4:30 p.m.** is hereby rescheduled to **October 31, 2006 at 4:00**

**p.m.**  Counsel for plaintiffs shall initiate the call.


                                      _____
                                      UNITED STATES DISTRICT JUDGE