**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL, INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., | : | |
| | : | |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 04-1338-KAJ |
| | : | |
| APPLE COMPUTER, INC., et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |
| HONEYWELL INTERNATIONAL, INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., | : | |
| | : | |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 04-1337-KAJ |
| | : | |
| AUDIOVOX COMMUNICATIONS CORP., et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |
| OPTREX AMERICA, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-1536-KAJ |
| | : | |
| HONEYWELL INTERNATIONAL, INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |

**<u>ORDER</u>**

At Wilmington this **19th** day of **October, 2006**.

Pursuant to the Court's Order of August 8, 2006, a teleconference is scheduled for **Wednesday, November 15, 2006 at 5:00 p.m. Eastern Time** with Magistrate Judge Thynge.  The purpose of the teleconference is to discuss the mediation sessions scheduled for the weeks of December 11 and December 18, 2006.  At present, the mediation sessions between the plaintiffs and defendants are according to the following schedule:

| | | |
|---|---|---|
| Monday, December 11, 2006 | BOE Hydis | 8:30 am |
| Tuesday, December 12, 2006 | Hitachi (if needed) | 8:30 am |
| Wednesday, December 13, 2006 | Wintek | 8:30 am |
| Thursday, December 14, 2006 | Arima | 8:30 am - 2:30 pm |
| | Philips | 3:00 pm - 9:00 pm |
| Monday, December 18, 2006 | Samsung | 8:30 am - 2:30 pm |
| | Epson | 3:00 pm - 9:00 pm |
| | (Sanyo/Seiko) | |
| Tuesday, December 19, 2006 | Optrex | 8:30 am - 2:30 pm |
| | Fuji | 3:00 pm - 9:00 pm |
| Thursday, December 21, 2006 | Citizen | 8:30 am - 2:30 pm |
| | Toppoly | 3:00 pm - 9:00 pm |

The teleconference of November 15, 2006 will include the above schedule and any changes or modifications to it, the submissions due date, and the identity of party representatives attending the mediations.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE