IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., : : : : : Plaintiffs, : : v. : : APPLE COMPUTER, INC., et al., : : Defendants. : | Civil Action No. 04-1338-KAJ |

## ORDER

At Wilmington this **19th** day of **October, 2006**.

IT IS ORDERED that the continuation of the mediation process involving the Honeywell and Casio parties shall occur on **Tuesday, November 14, 2006 beginning at 9:00 a.m. Eastern Time.** Dress for the mediation shall be casual.

As a result of previous teleconferences with the Magistrate Judge to allow appropriate review and discussions, any further information for mediation purposes shall be exchanged between the parties no later than **October 31, 2006.** All other provisions of the Court's May 24, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE