**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-1338-KAJ |
| v. | ) ) ) | |
| APPLE COMPUTER, INC., et al., | ) ) | |
| Defendants. | ) | |

**MOTION FOR WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 83.7, undersigned counsel, on behalf of the law firms of Potter Anderson & Corroon and Baker & McKenzie LLP ("PAC" and "BM"), request leave of Court to withdraw from the representation of Defendant BOE HYDIS Technology Co., Ltd. ("BOE HYDIS") in the above-captioned matter. The conditions permitting withdrawal pursuant to Rule 1.16(b) of the Delaware Lawyers' Rules of Professional Conduct are satisfied.

PAC's and BM's withdrawal is permitted because (1) the continued representation of BOE HYDIS will result in an unreasonable financial burden and (2) BOE HYDIS has failed substantially to fulfill an obligation to PAC and BM. See Delaware Lawyers' Rules of Professional Conduct Rule 1.16(b)(5) and (6). Specifically, BOE HYDIS recently filed an action in a Korean court for protection from creditors, and a court Administrator has been appointed. That Administrator has informed PAC and BM that BOE HYDIS is unable to pay their fees going forward. Additionally, BOE HYDIS already is in arrearage to PAC and BM for significant unpaid costs and fees. For

these reasons, it would impose a significant financial hardship upon PAC and BM to continue to represent BOE HYDIS in this matter.

In accordance with the requirements of Local Rule 83.7, undersigned counsel certify that written notice advising BOE HYDIS of counsel's proposed withdrawal was sent to BOE HYDIS at its last known address via registered mail, fax and Federal Express on October 13, 2006, ten days prior to the filing of this motion.

It is therefore requested that attorneys Richard L. Horwitz and David E. Moore of Potter Anderson & Corroon LLP, and attorneys Kevin M. O'Brien (*pro hac vice*) and Jennifer Ancona Semko (*pro hac vice*) of Baker & McKenzie LLP, and their respective firms, be withdrawn as counsel of record for BOE HYDIS in this matter.

Pursuant to Local Rule 7.1.1, on October 23, 2006, counsel for BOE HYDIS informed counsel for Honeywell about the relief sought in this motion, but counsel for Honeywell has not responded as of the time of filing of this motion.

OF COUNSEL:

Kevin M. O'Brien
Jennifer Ancona Semko
BAKER & McKENZIE LLP
815 Connecticut Avenue, NW
Washington, D.C. 20006
Tel: (202) 452-7000

Dated: October 24, 2006

757111/29979

POTTER ANDERSON & CORROON LLP

By: */s/ Richard L. Horwitz*
  Richard L. Horwitz (#2246)
  David E. Moore (#3983)
  Hercules Plaza, 6th Floor
  1313 N. Market Street
  Wilmington, Delaware 19801
  Tel: (302) 984-6000
  rhorwitz@potteranderson.com
  dmoore@potteranderson.com

*Attorneys for Defendant*
*BOE HYDIS Technology Co., Ltd.*

IT IS SO ORDERED, this ____ day of _____, 2006.

_____
    United States District Court Judge

757111

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on October 24, 2006, the within

document was served via hand delivery and electronic mail and was electronically filed

with the Clerk of the Court using CM/ECF which will send notification of such filing(s)

to the following and the document is available for viewing and downloading from

CM/ECF:

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899
provner@potteranderson.com

William J. Wade
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
wade@rlf.com

John W. Shaw
Karen Keller
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
jshaw@ycst.com
kkeller@ycst.com

Frederick L. Cottrell, III
Chad Michael Shandler
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
Cottrell@rlf.com
shandler@rlf.com

Adam W. Poff
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
apoff@ycst.com

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market St., Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
halkowski@fr.com

Thomas C. Grimm
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
tgrimm@mnat.com
lpolizoti@mnat.com

Francis DiGiovanni
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
fdigiovanni@cblh.com

Amy Evans
Cross & Simon, LLC
913 N. Market Street, Suite 1001
P.O. Box 1380
Wilmington, DE  19899-1380
aevans@crosslaw.com

Karen L. Pascale
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899
kpascale@ycst.com

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
marsden@fr.com

Paul A. Bradley
Thomas D. Walsh
McCarter & English, LLP
919 N. Market Street, Suite 1800
Wilmington, DE  19899
pbradley@mccarter.com
twalsh@mccarter.com

Matthew Neiderman
Duane Morris LLP
1100 N. Market Street
Suite 1200
Wilmington, DE  19801
mneiderman@duanemorris.com

Robert J. Katzenstein
Smith, Katzenstein, & Furlow
800 Delaware Avenue, 7th Fl.
P.O. Box 410
Wilmington, DE  19899
rkatzenstein@skfdelaware.com

Arthur G. Connolly, III
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899
ac3@cblhlaw.com

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com

David J. Margules
John M. Seaman
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801
dmargules@bmf-law.com
jseaman@bmf-law.com

Monte Terrell Squire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899
msquire@ycst.com

2

Gary William Lipkin
Duane Morris LLP
1100 N. Market Street
Suite 1200
Wilmington, DE  19801
gwlipkin@duanemorris.com

By:  */s/ Richard L. Horwitz*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

709365