IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC.<br>and HONEYWELL INTELLECTUAL<br>PROPERTIES INC., | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. No. 04-1338-KAJ |
| v. | )<br>) | (Consolidated) |
| APPLE COMPUTER, INC., et al., | )<br>) | |
| Defendants. | ) | |

## HONEYWELL'S OPPOSITION TO MOTION OF BOE HYDIS' COUNSEL
## TO WITHDRAW THEIR APPEARANCE

Honeywell opposes the motion filed by Potter Anderson & Corroon and Baker & McKenzie LLP to withdraw their respective representation of BOE Hydis.

Honeywell objects to the instant motion because it would leave the status of Honeywell's claims against BOE Hydis uncertain. The motion is based on two facts: (1) BOE Hydis has failed to pay its attorneys' fees, and (2) BOE Hydis has filed some type of bankruptcy proceeding in Korea. However, the requested withdrawal leaves too much uncertainty about what will happen to Honeywell's claims if this Court permits counsel to withdraw. First, there has been no arrangement for substitute counsel to represent BOE Hydis in this case. Second, notwithstanding BOE Hydis' purported Korean bankruptcy proceeding, there has been no filing in this Court regarding any notice or suggestion of bankruptcy -- the nature of that proceeding is simply unknown. Third, the withdrawal provides no indication of how Honeywell's action will proceed against BOE Hydis or whether, instead, it should be stayed. Therefore, under these circumstances, Honeywell opposes the motion to withdraw.

If the Court considers granting the motion, Honeywell respectfully requests that the following conditions be required before Potter Anderson & Corroon and Baker & McKenzie LLP be allowed to withdraw:

1. Current counsel will provide Honeywell with contact information for BOE Hydis' replacement counsel;

2. Current counsel will file in this Court the appropriate documents reflecting the Korean bankruptcy-equivalent proceeding to inform Honeywell and the Court of the nature of the proceeding; and

3. Current counsel will submit a definitive plan for keeping the case moving forward against BOE Hydis or, if BOE Hydis seeks to be stayed or removed from this proceeding as a defendant, the Court should lift the stay with respect to BOE Hydis' customers.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
Maria Granovsky (#4709)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
lpolizoti@mnat.com
mgranovsky@mnat.com
   *Attorneys for Honeywell International Inc.*
   *and Honeywell Intellectual Properties Inc.*

OF COUNSEL:

Martin R. Lueck
Matthew L. Woods
Stacie E. Oberts
Michael D. Okerlund
Denise S. Rahne
Peter N. Surdo
Marta M. Chou
ROBINS, KAPLAN, MILLER
   & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
(612) 349-8500

Anthony A. Froio
Marc N. Henschke
Alan E. McKenna
Jeremy C. McDiarmid
ROBINS, KAPLAN, MILLER
  & CIRESI L.L.P.
111 Huntington Avenue, Suite 1300
Boston, MA  02199
(617) 267-2300

October 27, 2006
543431

CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Elizabeth L. Brann, Christopher E. Chalsen, Hua Chen, Jay C. Chiu, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Kevin C. Ecker, Amy Elizabeth Evans, York M. Faulkner, Maxwell A. Fox, Terry D. Garnett, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Angie Hankins, Richard L. Horwitz, Dan C. Hu, John T. Johnson, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, Matthew W. King, Stephen S. Korniczky, Gary William Lipkin, Hamilton Loeb, Robert Maier, David J. Margules, David Ellis Moore, Carolyn E. Morris, Arthur I. Neustadt, Elizabeth A. Niemeyer, Kevin M. O'Brien, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, Alana A. Prills, Steven J. Rizzi, Lawrence Rosenthal, Avelyn M. Ross, Philip A. Rovner, Diana M. Sangelli, Robert C. Scheinfeld, Carl E. Schlier, Chad Michael Shandler, John W. Shaw, Matthew W. Siegal, Neil P. Sirota, Monte Terrell Squire, William J. Wade, Peter J. Wied, Roderick B. Williams, Vincent K. Yip, Edward R. Yoches.

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)

543431