IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 04-1338-KAJ (Consolidated) |
| v. | ) ) ) | |
| APPLE COMPUTER, INC., et al., | ) ) ) | |
| Defendants. | ) | |

### ORDER

At Wilmington this **1ˢᵗ** day of **November, 2006**,

IT IS ORDERED that a teleconference relating to the motion to withdraw as counsel (D.I. 610) has been scheduled for **November 6, 2006 at 4:00 p.m.** with the undersigned. **Counsel for BOE-Hydis Technology Co. Ltd. shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE