EXHIBIT A

# Seoul Central District Court
# First Bankruptcy Division
# Decision

Case:   2006 Hoi Hap 11        Corporate Rehabilitation Procedure

Applicant/Debtor:   BOE HYDIS TECHNOLOGY CO., LTD. (the "Debtor")
San 136-1 Bubal-eub, Ami-ri, Icheon-si,
Representative Directors: Byoung Doo Choi, Hae Sung Park & Yan Shun Chen

Attorneys:   Law Firm Bae, Kim & Lee
In Man Kim, Hyun Wook Park, Bo Youl Hur, Jin Hong Park & Jee Lee Na Kim

## Decision

1. The Debtor must not repay a fee/charge for performance received or discharge a security interest with respect of any and all monetary claims based on the facts arising prior to September 12, 2006 (11:00 a.m.).

2. The Debtor must not do any of the following: transfer of ownership, creation of security rights, leasing, etc. with respect to its property worth more than 10 million Won and its registered properties such as real estate, car, heavy machinery, patent right, etc.

3. The Debtor must not discount its bills or notes.

4. The Debtor must not hire an employee except for production assistants and laborers.

5. If approved by this court in advance, restrictions on the Debtor will be lifted.

## Reasoning of Decision

This court holds as above pursuant to Article 43(1) of the Act on Rehabilitation and Bankruptcy of the Debtor since sufficient grounds are found.

September 12, 2006.

Chief Judge Jin Sung Lee

Judge Tae Jun Park

Judge Jin Am Joo

[English Translation of Delegation of Authority Order]

## Seoul Central District Court
## First Bankruptcy Division
## Decision

Case:   2006 Hoi Hap 11        Corporate Rehabilitation Procedure

Applicant/Debtor:       BOE HYDIS TECHNOLOGY CO., LTD. (the "Debtor")
                        San 136-1 Bubal-eub, Ami-ri, Icheon-si,

Receiver:       Hae Sung Park

## Decision

1. The Receiver shall obtain court approval on the following activities:

   a. Transfer of ownership, establishment of a security right or the right to lease, or disposition of property that is an object of the registry and record such as real estate, car, heavy machinery and patent right, etc.;
   b. Transfer of the property valued more than 1,000,000 won, and establishment of a security right, the right to lease, or disposition of property that is not the object of a registry or record except for disposition of goods, product, raw materials in relation to the continuous and regular course of business provided that such disposition shall be reported monthly;
   c. Receipt of payment or business in the amount exceeding 10,000,000 won;
   d. Making payment in the amount exceeding 10,000,000 won; provided that reimbursement, rehabilitation credit or collateral rights less than 10,000,000 won shall be subject to court approval. However, payment of national and local tax, utility bill (gas, electricity, water), telephone bill, national pension, allotted charge for promotion of employment of the disabled, allotted charges for vocational training, development charge, health insurance premium and industrial disaster premium are exempt from such court approval provided that such payment is reported monthly;

e. Termination of contract, mandatory allotment, donation, purchase, sale, exchange, loan for consumption, lease, employment, contract, assignment or bailment that are likely to cause payment of more than 10,000,000 won;

f. Borrowing in any forms for any purpose;

g. Opening a checking account, receipt or issuance of a bill or note;

h. Termination or cancellation of executory contract pursuant to Article 119 of the Act on Rehabilitation and Bankruptcy of the Debtor;

i. Filing a lawsuit, designation of counsels, reconciliation or other litigation related activities; provided, however, that creation of provisional seizure or attachment on the debtor's property for collection of accounts receivable are excluded so long as the status of such provisional seizure or attachment is reported every three month;

j. Paying or hiring of an employee of a managerial level or above;

k. Relinquishment of a right;

l. Cancellation of objection to secured or unsecured rehabilitation claims;

m. Recognition of claims for common benefit or right of repossession

n. Making a transaction with Debtor or himself on behalf of the 3rd party;

o. Discharge of an employee for management reason; and

p. All other activities that are not deemed to be regular business of the company including but not limited to reduction of capital, issuance of new company stocks or debentures, merger, disposition or reorganization of the Debtor, or distribution of profit or payment of interest.

2. Whether or not to grant a court approval on such activities set forth under subparagraphs 1-b to 1-j above shall be determined by Mr. Soo Sin Lee, Mr. Jae Keun Lim and Mr. Jung Nam Seo of the Court Management Committee; provided that Mr. Soo Sin Lee shall make an independent determination and that Mr. Jae Keun Lim shall take his place in a case where Mr. Soo Sin Lee is absent. When Mr. Lim is absent, Mr. Jung Nam Seo will be responsible for making such decision. However, determination on the matters in the following may not be made by foregoing persons other than the court:

a. receipt of business of a third party among activities as set forth in sub-paragraph 1-c above;

b. repayment of secured or unsecured rehabilitation claims among activities as set forth in sub-paragraph 1-d above;

c. withdrawal of filing, reconciliation, relinquishment or recognition of claims,

  withdrawal from litigation among activities as set forth in sub-paragraph 1-i above; and

  d. employment or payment of directors or statutory auditors among activities as set forth in sub-paragraph 1-j above.

3. The Receiver shall make monthly report to the court about the result of delegated activities as set forth in Paragraph 2.

4. Filing date of the property list and a balance sheet stipulated by Article 91 of the Act on Rehabilitation and Bankruptcy of the Debtor, and filing date of investigation report under Article 92 thereof shall be due on January 10, 2007.

5. The Receiver shall file a monthly report which covers business, management status of property following the commencement of the rehabilitation procedure before 20th day of next month. Provided, however, that quarterly report shall include a copy of a balance sheet and a statement of profit and loss, and shall be filed with the Creditors Committee.

6. The Receiver shall file an annual report of the Debtor with the court following the commencement of the rehabilitation procedure within three months after the close of each financial year.

## Grounds of Decision

This court holds as above pursuant to the Articles 61, 18, 91, 92 and 93 of the Act on Rehabilitation and Bankruptcy of the Debtor and Articles 29 (1) and 30(1)(2) of the Supreme Court Regulation.

      September 29, 2006. AM 10:30


      Chief Judge Jin Sung Lee

  Judge Tae Jun Park

Judge Jin Am Joo

## Assets and Liabilities

(Unit: million Won)

| Classification | 2003. 12. 31. | 2004. 12. 31. | 2005. 12. 31. | 2006. 6. 30. |
|---|---|---|---|---|
| **Total Assets** | **644,099** | **709,710** | **706,891** | **544,239** |
| **Current Assets** | **228,977** | **167,369** | **226,974** | **133,226** |
| Cash and Cash Equivalents | 176,280 | 98,627 | 165,044 | 81,644 |
| Inventories | 52,697 | 68,742 | 61,930 | 51,583 |
| **Non-current Assets** | **415,122** | **542,342** | **479,917** | **411,013** |
| Investment Assets | 23,174 | 142,225 | 128,837 | 92,926 |
| Tangible Assets | 399,200 | 404,654 | 353,236 | 320,012 |
| Intangible Assets | -7,252 | -4,537 | -2,156 | -1,925 |
| **Total Liabilities** | **390,897** | **446,385** | **585,308** | **541,849** |
| Current liabilities | 123,647 | 151,942 | 188,791 | 257,897 |
| Non- current liabilities | 267,251 | 294,443 | 396,517 | 283,952 |
| **Total Shareholder's Equity** | **253,202** | **263,325** | **121,583** | **2,390** |
| Capital stock | 88,115 | 88,115 | 88,745 | 91,197 |
| Capital surplus | 88,065 | 88,065 | 88,695 | 91,147 |
| Retained earning | 76,980 | 101,990 | -40,309 | -159,541 |
| Capital adjustment | 41 | -14845 | -15,548 | -20,414 |

## Sales, Profit and Loss

(Unit: million Won)

| Classification | 2003 | 2004 | 2005 | 2006. 6. |
|---|---|---|---|---|
| **Sales** | **796,558** | **745,387** | **506,399** | **142,470** |
| Cost of Goods Sold | 641,288 | 681,248 | 570,029 | 199,932 |
| Gross profit | 155,270 | 64,139 | -63,630 | -57,462 |
| Selling and administrative expenses | 59,073 | 63,907 | 67,130 | 29,885 |
| **Operating profit** | **96,197** | **232** | **-130,761** | **-87,347** |
| Non-operating income | 24,208 | 89,016 | 51,333 | 27,817 |
| Non-operating expense | 42,585 | 64,237 | 62,872 | 59,701 |
| Ordinary profit | 77,640 | 25,010 | -142,299 | -119,232 |
| Net profit | 76,980 | 25,010 | -142,299 | -119,232 |

Case 1:04-cv-01338-JJF   Document 621-2   Filed 11/03/2006   Page 10 of 17

[English Translation of Commencement Order]

# Seoul Central District Court
# First Bankruptcy Division
# Decision

Case:   2006 Hoi Hap 11        Corporate Rehabilitation Procedure

Applicant/Debtor:   BOE HYDIS TECHNOLOGY CO., LTD. (the "Debtor")
San 136-1 Bubal-eub, Ami-ri, Icheon-si,
Representative Directors: Byoung Doo Choi, Hae Sung Park & Yan Shun Chen

Attorneys:   Law Firm Bae, Kim & Lee
In Man Kim, Hyun Wook Park, Bo Youl Hur, Jin Hong Park & Jee Lee Na Kim

## Decision

1. This court commences the corporate rehabilitation procedure for the Debtor.

2. This court appoints Hae Sung Park (Resident Registration Number: 590625-1051521; Address: Suit No. 302, Grandbill 211-dong, #111 Koomi-dong, Bundang-gu, Sungnam-si) as receiver for the Debtor.

3. The term of the receiver expires at the end of the month in which this court approves the corporate rehabilitation plan of this case.

4. Lists of secured creditors, unsecured creditors and shareholders of the Debtor should be filed with this court from September 29, 2006 to November 7, 2006.

5. The secured claims, unsecured claims and shares of the Debtor should be filed with this court from November 8, 2006 to November 28, 2006.

6. The investigation period of the secured claims and unsecured claims of the Debtor

1

commences from November 29, 2006 and ends on December 19, 2006.

7. The date and place of the first meeting of the interested parties of this case are as follows:

    (a) Date: January 19, 2007 (15:00)
    (b) Place: Number 1 Courtroom, Annex to Seoul Central Courthouse

## Reasoning of Decision

1. Facts

The following facts have been found based on this court's review of the case records, interview with the representatives of the Debtor and on-site verification.

A. Purpose of Business

The Debtor was founded in November, 2002 following Chinese BOE Technology Group Co., Ltd.'s acquisition of the entire business of Hyundai Display Technology Inc.(hereinafter "Hydis") from Hynix Semiconductor Inc.(previously Hyundai Electronics Co., Ltd.). Thereafter, Hydis and the Debtor have been engaged in the manufacturing and sales business of TFT-LCD (Thin Film Transistor Liquid Crystal Display) and have manufactured and sold Liquid Crystal Display Device Products.

B. Capital and Stockholder

The Debtor is a non-listed corporation. The total number of issued shares of the Debtor is 18,239,470 (par value per share: 5,000 Won) and the paid-in capital is 91,197,350,000 Won. Chinese BOE Technology Group Co., Ltd. owns the entire issued stocks of the Debtor.

C. Assets, Liabilities and Sales, Profit and Loss

For the assets, liabilities and sales, profit and loss of the Debtor for the period of from the year of 2003 to the first half of 2006, please see the chart attached at the end of this decision.

D. Failure Causes

As the leading companies in the TFT-LCD industry have invested and manufactured LCD products in great quantum since the second half of 2004, the market started to suffer oversupply of TFT-LCD products for lap top computers and monitors, which are the main products of the Debtor. Such oversupply of products brought down the prices of the Debtor's products, which in turn caused a fall of the Debtor's profitability and rate of return and in the long run, a sharp drop of the sales and operating profits of the Debtor. In the meantime, the Debtor tried to shift its product line to the more profitable small and medium sized TFT-LCD products for laptop- and mobile-applications. However, the Debtor couldn't swiftly conduct research and development (R&D) necessary for such shift and adjust its sales activities according to such product line change. Because of such delay in the R&D and sales initiatives, the Debtor could not timely accomplish the product change. The Debtor has been suffering liquidity problems since early 2006 due to the continuous drop in sales volume and the huge loss resulted from the delayed product line shift and lack of new profit sources.

As even BOE Technology Group Co., Ltd., the parent company of the Debtor, did not provide funds to the Debtor, the Debtor became financially insolvent and had to default on the promissory note in the amount of 2.8 billion Won, which was due on September 10, 2006.

2. Judgment

Based on the foregoing facts, the Debtor cannot pay all of its debts without experiencing difficulties in the continuation of its business. Thus, this court hereby holds that there are sufficient grounds to commence the corporate rehabilitation procedure pursuant to Article 34(1) of the Act on Rehabilitation and Bankruptcy of the Debtor (the "Act") and this court has not found no grounds to reject the Debtor's petition for corporate rehabilitation procedure commencement as prescribed in Article 42 of the Act.

3. Conclusion

As this case petition has been filed with sufficient grounds for the commencement of a corporate rehabilitation procedure, we commence the procedure for the Debtor, and pursuant to Articles 50(1), 74(1), and 74(2) of the Act, we appoint Hae Sung Park, one

of the representative directors of the Debtor, as the receiver for the Debtor. The term of his receivership is determined in consideration of the opinion of the Creditors' Committee and the Management Committee.

This court sets the filing periods, investigation period and the date of first meeting of the interested parties, as specified the first page of this decision pursuant to Article 50(1) of the Act.

September 29, 2006. (10:30 a.m.)

Chief Judge Jin Sung Lee

Judge Tae Jun Park

Judge Jin Am Joo

## Assets and Liabilities

(Unit: million Won)

| Classification | 2003. 12. 31. | 2004. 12. 31. | 2005. 12. 31. | 2006. 6. 30. |
|---|---|---|---|---|
| **Total Assets** | **644,099** | **709,710** | **706,891** | **544,239** |
| **Current Assets** | **228,977** | **167,369** | **226,974** | **133,226** |
| Cash and Cash Equivalents | 176,280 | 98,627 | 165,044 | 81,644 |
| Inventories | 52,697 | 68,742 | 61,930 | 51,583 |
| **Non-current Assets** | **415,122** | **542,342** | **479,917** | **411,013** |
| Investment Assets | 23,174 | 142,225 | 128,837 | 92,926 |
| Tangible Assets | 399,200 | 404,654 | 353,236 | 320,012 |
| Intangible Assets | -7,252 | -4,537 | -2,156 | -1,925 |
| **Total Liabilities** | **390,897** | **446,385** | **585,308** | **541,849** |
| Current Liabilities | 123,647 | 151,942 | 188,791 | 257,897 |
| Non- current Liabilities | 267,251 | 294,443 | 396,517 | 283,952 |
| **Total Shareholder's Equity** | **253,202** | **263,325** | **121,583** | **2,390** |
| Capital Stock | 88,115 | 88,115 | 88,745 | 91,197 |
| Capital Surplus | 88,065 | 88,065 | 88,695 | 91,147 |
| Retained Earning | 76,980 | 101,990 | -40,309 | -159,541 |
| Capital Adjustment | 41 | -14845 | -15,548 | -20,414 |

## Sales, Profit and Loss

(Unit: million Won)

| Classification | 2003 | 2004 | 2005 | 2006. 6. |
|---|---|---|---|---|
| **Sales** | **796,558** | **745,387** | **506,399** | **142,470** |
| Cost of Goods Sold | 641,288 | 681,248 | 570,029 | 199,932 |
| Gross Profit | 155,270 | 64,139 | -63,630 | -57,462 |
| Sales and Administrative Expenses | 59,073 | 63,907 | 67,130 | 29,885 |
| **Operating Profits** | **96,197** | **232** | **-130,761** | **-87,347** |
| Non-operating Income | 24,208 | 89,016 | 51,333 | 27,817 |
| Non-operating Expense | 42,585 | 64,237 | 62,872 | 59,701 |
| Ordinary Profit | 77,640 | 25,010 | -142,299 | -119,232 |
| Net Profit | 76,980 | 25,010 | -142,299 | -119,232 |

**Seoul Central District Court**
**First Bankruptcy Division**
**Decision**

Case:   2006 Hoi Hap 11      Corporate Rehabilitation Procedure

Applicant/Debtor:   BOE HYDIS TECHNOLOGY CO., LTD. (the "Debtor")
San 136-1 Bubal-eub, Ami-ri, Icheon-si,
Representative Directors: Byoung Doo Choi, Hae Sung Park & Yan Shun Chen

Attorneys:   Law Firm Bae, Kim & Lee
In Man Kim, Hyun Wook Park, Bo Youl Hur, Jin Hong Park & Jee Lee Na Kim

## Decision

Until the commencement order is issued for this petition, all secured creditors and unsecured creditors are prohibited from, based on secured or unsecured rehabilitation claims, doing foreclosure, preliminary attachment, preliminary injunction against disposition, and auction procedures for exercise of security rights.

## Reasoning of Decision

This court holds as above pursuant to Article 45(1) of the Act on Rehabilitation and Bankruptcy of the Debtor since sufficient grounds are found.

September 12, 2006.

Chief Judge Jin Sung Lee

Judge Tae Jun Park

Judge Jin Am Joo