IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC.; and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C. A. No. 04-1338-KAJ |
| v. | ) ) | |
| APPLE COMPUTER, INC., *et al.* | ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 3, 2006, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

DEFENDANT FUJI PHOTO FILM U.S.A., INC.'S SECOND SUPPLEMENTAL
OBJECTIONS AND RESPONSE TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

| BY HAND DELIVERY AND E-MAIL | BY E-MAIL |
|---|---|
| Thomas C. Grimm, Esq. | Thomas L. Halkowski, Esq. |
| Leslie A. Polizoti, Esq. | Fish & Richardson P.C. |
| Morris, Nichols, Arsht & Tunnell | 919 N. Market Street |
| 1201 N. Market Street | Suite 1100 |
| P.O. Box 1347 | P.O. Box 1114 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899 |
| tgrimm@mnat.com | halkowski@fr.com |
| lpolizoti@mnat.com | |

**BY E-MAIL**
William J. Wade, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
wade@rlf.com

**BY E-MAIL**
Robert J. Katzenstein, Esq.
800 Delaware Avenue, 7th Fl.
P.O. Box 410
Wilmington, DE 19899
rkatzenstein@skfdelaware.com

**BY E-MAIL**
Gary William Lipkin, Esq.
Duane Morris LLP
1100 N. Market Street
Suite 1200
Wilmington, DE 19801
gwlipkin@duanemorris.com

**BY E-MAIL**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

**BY E-MAIL**
Karen L. Pascale, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801
kpascale@ycst.com

**BY E-MAIL**
David J. Margules, Esq.
John M. Seaman, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
dmargules@bmf-law.com
jseaman@bmf-law.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Lawrence Rosenthal
Matthew W. Siegal
Angie M. Hankins
Kevin C. Ecker
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038
(212) 806-5400

Dated: November 6, 2006
760034

By:   /s/ Philip A. Rovner
      Philip A. Rovner (#3215)
      Hercules Plaza
      P.O. Box 951
      Wilmington, DE 19899-0951
      (302) 984-6000
      provner@potteranderson.com

*Attorneys for Defendants*
*Fuji Photo Film Co., Ltd. and*
*Fuji Photo Film U.S.A., Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, hereby certify that, on November 6, 2006, the within document was electronically filed with the Clerk of the Court using CM-ECF which will send notification of such filing to the following; the document was served by E-mail on the following; and the document is available for viewing and downloading from CM-ECF:

Thomas C. Grimm, Esq.
Leslie A. Polizoti, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
tgrimm@mnat.com
lpolizoti@mnat.com

William J. Wade, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
wade@rlf.com

Robert J. Katzenstein, Esq.
800 Delaware Avenue, 7th Fl.
P.O. Box 410
Wilmington, DE 19899
rkatzenstein@skfdelaware.com

Thomas L. Halkowski, Esq.
Fish & Richardson P.C.
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE 19899
halkowski@fr.com

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Karen L. Pascale, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801
kpascale@ycst.com

| | |
|---|---|
| Gary William Lipkin, Esq.<br>Duane Morris LLP<br>1100 N. Market Street<br>Suite 1200<br>Wilmington, DE  19801<br>gwlipkin@duanemorris.com | David J. Margules, Esq.<br>John M. Seaman, Esq.<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE  19801<br>dmargules@bmf-law.com<br>jseaman@bmf-law.com |

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000
E-mail:  provner@potteranderson.com

759311