

Potter Anderson & Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
302 984-6140 Direct Phone
302 658-1192 Fax

November 29, 2006

**BY E-FILE**

The Honorable Kent A. Jordan
United States District Court
  for the District of Delaware
U.S. Courthouse
844 King Street
Wilmington, Delaware 19801

> Re:  Honeywell International, Inc., *et al.*, v. Apple Computer, Inc., *et al.*,
>      D. Del., C.A. No. 04-1338-KAJ

Dear Judge Jordan:

On behalf of all parties, we submit this joint letter to follow up on our call to Chambers yesterday afternoon regarding the parties' request that the tutorial, presently scheduled for December 22, 2006, be postponed indefinitely.

As Mr. Grimm (on Honeywell's behalf) and I (on behalf of the Manufacturer Defendants) explained, pursuant to the Scheduling Order, the claim construction hearing is not scheduled to proceed until August 30, 2007, giving the parties and the Court plenty of time to reschedule the tutorial should the need arise. A proposed Stipulation is attached for the Court's review.

Should Your Honor have any questions, counsel are available at the Court's convenience.

Respectfully,

/s/ Thomas C. Grimm            /s/ Philip A. Rovner

Thomas C. Grimm               Philip A. Rovner
tgrimm@mnat.com               provner@potteranderson.com

PAR/mes/764358
Enc.
cc:  All Local Counsel of Record – By ECF