IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and ) <br> HONEYWELL INTELLECTUAL PROPERTIES INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> APPLE COMPUTER, INC.; *et al.*, ) <br> ) <br> Defendants. ) | C.A. No. 04-1338-KAJ <br> Consolidated |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc. and the Manufacturer Defendants, subject to the approval of the Court, that the tutorial scheduled for December 22, 2006 (D. I. 376, ¶ 9) is indefinitely postponed.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP        POTTER ANDERSON & CORROON LLP

By: /s/ Thomas C. Grimm
    Thomas C. Grimm (#1098)
    Leslie A. Polizoti (#4299)
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347
    (302) 658-9200
    tgrimm@mnat.com
    lpolizoti@mnat.com

Attorneys for Honeywell International Inc. and
Honeywell Intellectual Properties, Inc.

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    provner@potteranderson.com

On behalf of the Manufacturer Defendants

SO ORDERED this _____ day of _____, 2006.

_____
United States District Judge

764364