# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Leslie A. Polizoti
302 351 9415
302 425 3084 Fax
lpolizoti@mnat.com

November 30, 2006

**BY HAND**

The Honorable Kent A. Jordan
U.S. District Court, District of Delaware
844 N. King Street
Lockbox 10
Wilmington, DE 19801

      Re:    *Honeywell International Inc., et al. v. Apple Computer, Inc., et al.*
              C.A. No. 04-1338-KAJ (consolidated)

Dear Judge Jordan:

      Enclosed is a Commission concerning Honeywell's deposition of Fuji in this matter. Fuji and Honeywell have just this week come to agreement as to the dates for this deposition. Because the depositions are scheduled to occur in Japan, the U.S. Embassy requires an original a month in advance of the depositions (by December 11). Therefore, we would greatly appreciate the Court's assistance in signing and sealing the enclosed Commission, so that we may forward it to the Embassy.

                           Respectfully,

                           /s/ Leslie A. Polizoti

                           Leslie A. Polizoti (#4299)

Enclosure

cc:    Dr. Peter T. Dalleo, Clerk of the Court (by hand)
        Matthew L. Woods, Esquire (by e-mail)
        John W. Shaw, Esquire (by hand)
        William J. Wade, Esquire (by hand)
        Karen L. Pascale, Esquire (by hand)

The Honorable Kent A. Jordan
November 30, 2006
Page 2

    Philip A. Rovner, Esquire (by hand)
    Thomas L. Halkowski, Esquire (by hand)
    David J. Margules, Esquire (by hand)
    Robert Katzenstein, Esquire (by hand)
    Daniel V. Folt, Esquire (by hand)
    Richard L. Horwitz, Esquire (by hand)
    Robert C. Scheinfeld, Esquire (by e-mail)
    Andrew M. Ollis, Esquire (by e-mail)
    Elizabeth A. Niemeyer, Esquire (by e-mail)
    Stephen S. Kornicky, Esquire (by e-mail)
    York M. Faulkner, Esquire (by e-mail)
    Hamilton Loeb, Esquire (by e-mail)
    John T. Johnson, Esquire (by e-mail)
    Alan M. Grimaldi, Esquire (by e-mail)
    John Flock, Esquire (by e-mail)
    Stuart Lubitz, Esquire (by e-mail)
    Lawrence Rosenthal, Esquire (by e-mail)
    Dan C. Hu, Esquire (by e-mail)
    Donald R. McPhail, Esquire (by e-mail)
    Seong Yoon Jeong (of BOE-Hydis) (by Federal Express)

546772