IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et al., <br><br> Defendants. | ) ) ) ) ) C.A. No. 04-1338 (KAJ) ) ) CONSOLIDATED ) ) ) ) ) |

**TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES**
**UNITED STATES EMBASSY, TOKYO, JAPAN**

Upon the application of Plaintiffs, Honeywell International, Inc. and Honeywell Intellectual Properties Inc., and pursuant to Article 17 of the United States-Japan Consular Convention, it is ordered that the deposition on notice of the following witness be taken at the United States Embassy in Tokyo, Japan:

For Defendants Fuji Photo Film Co., LTD; Fuji Photo Film U.S.A., Inc.:

Kenji Saito
Engineering Associate, Engineering & Designing Division, Electronic Imaging Products Division
Fuji Photo Film Corporation, Ltd.
Asaka Technology Development Center
13-45 Senzui, 3-Chome
Asaka-shi, Saitama 351-8585 JAPAN

Commencing on or about January 11, 2007 at 8:30 a.m. and terminating on or about January 12, 2007 4:30 p.m. and to mark any documentary exhibits in connection therewith.

Counsel for Defendants Fuji Photo Film Co., LTD and Fuji Photo Film U.S.A., Inc. who will participate in said deposition are:

Matthew Siegal
Lawrence Rosenthal

Kevin Ecker
Stroock, Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

of America.

    Counsel for Plaintiffs who will participate in said deposition are:

Matthew Woods
Denise Rahne
Peter Surdo
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402

    Honeywell's translator will be:

Jared Taylor
2705 Green Holly Springs Court
Oakton, VA 22124

    The Proceedings will be reported by:

Stirewalt & Associates
Richard Stirewalt
Ryan Michael Stirewalt
Michael Domin
Anne Sager
P.O. Box 416
Deerwood, MN 56444

Please cause the testimony of said witness to be reduced to writing and the deposition signed by said witness and annex said deposition testimony to your commission and close the same under your seal and make return thereof to this Court with all convenient speed.

Date: 12/1/06

Judge Kent A. Jordan
United States District Court Judge

547634