## Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Leslie A. Polizoti
302 351 9415
302 425 3084 Fax
lpolizoti@mnat.com

December 11, 2006

**BY HAND**

The Honorable Kent A. Jordan
U.S. District Court, District of Delaware
844 N. King Street
Lockbox 10
Wilmington, DE 19801

    Re: *Honeywell International Inc., et al. v. Apple Computer, Inc., et al.*
           C.A. No. 04-1338-KAJ (consolidated)

Dear Judge Jordan:

      Enclosed is a Commission concerning Honeywell's depositions of Hitachi in this matter. Hitachi and Honeywell have just come to agreement as to the dates for these depositions. Because the depositions are scheduled to occur in Japan, the U.S. Embassy requires an original one month in advance of the depositions (by December 23). Therefore, we would greatly appreciate the Court's assistance in signing and sealing the enclosed Commission, so that we may forward it to the Embassy.

                                  Respectfully,

                                    */s/ Leslie A. Polizoti*

                                  Leslie A. Polizoti (#4299)

Enclosure

cc:    Dr. Peter T. Dalleo, Clerk of the Court (by hand)
        Matthew L. Woods, Esquire (by e-mail)
        John W. Shaw, Esquire (by hand)
        William J. Wade, Esquire (by hand)
        Karen L. Pascale, Esquire (by hand)

The Honorable Kent A. Jordan
December 11, 2006
Page 2

    Philip A. Rovner, Esquire (by hand)
    Thomas L. Halkowski, Esquire (by hand)
    David J. Margules, Esquire (by hand)
    Robert Katzenstein, Esquire (by hand)
    Daniel V. Folt, Esquire (by hand)
    Richard L. Horwitz, Esquire (by hand)
    Robert C. Scheinfeld, Esquire (by e-mail)
    Andrew M. Ollis, Esquire (by e-mail)
    Elizabeth A. Niemeyer, Esquire (by e-mail)
    Stephen S. Kornicky, Esquire (by e-mail)
    York M. Faulkner, Esquire (by e-mail)
    Hamilton Loeb, Esquire (by e-mail)
    John T. Johnson, Esquire (by e-mail)
    Alan M. Grimaldi, Esquire (by e-mail)
    John Flock, Esquire (by e-mail)
    Stuart Lubitz, Esquire (by e-mail)
    Lawrence Rosenthal, Esquire (by e-mail)
    Dan C. Hu, Esquire (by e-mail)
    Donald R. McPhail, Esquire (by e-mail)
    Seong Yoon Jeong (of BOE-Hydis) (by Federal Express)

548873