IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 04-1338 (KAJ) <br><br> CONSOLIDATED |

**TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES
UNITED STATES EMBASSY, TOKYO, JAPAN**

Upon the application of Plaintiffs, Honeywell International, Inc. and Honeywell Intellectual Properties Inc. ("Honeywell"), and pursuant to Article 17 of the United States-Japan Consular Convention, it is ordered that the depositions on notice of the following witnesses to be taken at the United States Embassy in Osaka, Japan:

For Defendant Hitachi Displays, Ltd.:

1. Mr. Yoshiyuki Tsukizaki
   General Manager, Design Department No. 2, FPD Design Division
   Hitachi Displays, Ltd.
   3300 Hayano, Mobara-shi
   Chiba-ken, 297-8622 JAPAN

2. Shigeki Nishizawa
   Hitachi Displays, Ltd.
   3300, Hayano, Mobara-shi, Chiba-ken, 297-8622 Japan

3. Mr. Hiroshi Yoshioka
   General Manager, Product Planning Department No. 3
   Hitachi Displays, Ltd.
   AKS Bldg., 3, Kandaneribei-cho
   Chiyoda-ku, Tokyo, 101-0022 JAPAN

4.  Mr. Eijiro Sato
    Manager, IP Licensing Department II, Intellectual Property Group
    Hitachi, Ltd.
    6-1, Marunouchi, 1-chome
    Chiyoda-ku, Tokyo, 100-8220 Japan

5.  Hiroyuki Kato
    Hitachi Displays, Ltd.
    3300, Hayano, Mobara-shi, Chiba-ken, 297-8622 Japan

6.  Akira Kojima
    Hitachi Displays, Ltd.
    AKS Bldg., 3, Kandaneribei-cho, Chiyoda-ku, Tokyo, 101-1002 Japan

7.  Tanaka Toshihiko
    Hitachi Displays, Ltd.
    3300, Hayano, Mobara-shi, Chiba-ken, 297-8622 Japan

Commencing on or about January 23, 24 and 26, 2007 at 8:30 a.m. and to mark any documentary exhibits in connection therewith.

Counsel for Defendants, Hitachi Displays, Ltd. who will participate in said depositions are:

Neil Sirota
Robert Scheinfeld
Robert Maier
Baker Botts L.L.P.
30 Rockerfeller Plaza
New York, NY 10112

of America.

Counsel for Plaintiffs who will participate in said depositions are:

Matthew Woods
Denise Rahne
Peter Surdo
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402

Honeywell's translator will be:

Jared Taylor
2705 Green Holly Springs Court
Oakton, VA 22124

The Proceedings will be reported by:

Stirewalt & Associates
Richard Stirewalt
Ryan Michael Stirewalt
Michael Domin
Anne Sager
P.O. Box 416
Deerwood, MN 56444

Please cause the testimony of said witnesses to be reduced to writing and the depositions signed by said witnesses and annex said deposition testimony to your commission and close the same under your seal and make return thereof to this Court with all convenient speed.

Date: December 12, 2006

Judge Kent A. Jordan
United States District Court Judge

548871