# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

January 18, 2007

**BY E-FILING & E-MAIL**

The Honorable Mary Pat Thynge
United States Magistrate Judge
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE  19801

      Re:   *Honeywell, et al. v. Apple Computer, et al.*, C.A. No. 04-1338-\*\*\*

Dear Magistrate Judge Thynge:

      This is a joint letter on behalf of Honeywell and the Manufacturer Defendants in the above-captioned matter, which was assigned previously to Judge Jordan.

      First, the parties to this letter jointly request that all of the dates in the Scheduling Order (D.I. 376) be pushed back by three months to insure that the parties have ample time to fully discover the case. If the Court is amenable to this request, counsel will work together to draft an amended scheduling order which we will submit to Your Honor for the Court's consideration.

      Second, the parties to this letter jointly request that the Court schedule a conference (the Manufacturer Defendants prefer a teleconference) at the Court's earliest convenience. The Manufacturer Defendants propose that expert reports on damages be postponed until after completion of the initial jury trial, which Judge Jordan limited to the issues of validity and enforceability of the patent-in-suit. Honeywell opposes any such postponement. Indeed, Honeywell believes that the time has come to lift the stay of Honeywell's claims against the customer defendants so that full information about the sales between the module makers and their customers may be discovered and brought to bear with regard to a number of issues relevant to this case.

The Honorable Mary Pat Thynge
January 18, 2007
Page 2

      For these reasons, the parties to this letter respectfully request a conference at the Court's earliest convenience and an opportunity to provide the Court in advance with a short, four-page letter setting forth their respective positions regarding strategies for efficiently handling the remainder of the case.

                              Respectfully,

                              Thomas C. Grimm (#1098)

TCG
cc:    Dr. Peter T. Dalleo, Clerk (by hand)
        Philip A. Rovner, Esquire (by e-mail)
        Matthew L. Woods, Esquire (by e-mail)
        CM/ECF list (by e-filing)