## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL, INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 04-1338-KAJ |
| APPLE COMPUTER, INC., et al., | : : : | |
| Defendants. | : : | |
| HONEYWELL INTERNATIONAL, INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 04-1337-KAJ |
| AUDIOVOX COMMUNICATIONS CORP., et al., | : : : | |
| Defendants. | : : | |
| OPTREX AMERICA, INC., | : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 04-1536-KAJ |
| HONEYWELL INTERNATIONAL, INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., | : : : : | |
| Defendants. | : | |

## **ORDER**

At Wilmington this **18**[th] day of **January, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, January 25, 2007 at 3:00 p.m. Eastern Time** with Judge Thynge **to be initiated by Thomas C. Grimm, Esquire.** Counsel are permitted to provide Judge Thynge with a **four (4) page, double-spaced, 12 pt. font** letter setting forth their respective positions regarding the strategies for the efficient handling of the remainder of this case. Counsel are also to provide Judge Thynge with a draft of an amended scheduling order. The letters and draft scheduling order shall be due on or before **Wednesday, January 24, 2007.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE