IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : : | C.A. No. 04-1337-*** |
| AUDIOVOX COMMUNICATIONS CORP., et al., | : : : | |
| Defendants. | : : | |
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : : | C.A. No.: 04-1338-*** |
| APPLE COMPUTER, INC.; et al. | : : : | |
| Defendants. | : : | |
| OPTREX AMERICA, INC. | : : | |
| Plaintiff, | : : | |
| v. | : : : | C.A. No.: 04-1536 -*** |
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPETIES INC., | : : : : | |
| Defendants. | : : | |

## SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW THE APPEARANCE of Paul A. Bradley, Esquire formerly of McCarter & English LLP as counsel for Audiovox Corporation and Audiovox Electronics Corporation.

PLEASE ENTER THE APPEARANCE of William F. Taylor Jr. of McCarter & English LLP as counsel for Audiovox Corporation and Audiovox Electronics Corporation.

| MARON & MARVEL, P.A. | MCCARTER & ENGLISH, LLP |
|---|---|
| /s/Paul A. Bradley | [signature] |
| Paul A. Bradley, Esq. (DE Bar ID No. 2156) | William F. Taylor, Jr. (DE Bar ID No. 2936) |
| 1201 N. Market Street | 919 North Market Street, P.O. Box 111 |
| 9th Floor | Wilmington, DE 19899; ((302) 984-6300 |
| Wilmington, DE 19801 | Attorneys for Defendants Audiovox Corporation |
| (302) 425-5177 | and Audiovox Electronics Corporation |
| Date:_____ | Date: 1/23/07 |

## CERTIFICATE OF SERVICE

I, William F. Taylor, Jr., hereby certify that on January, 23, 2007, a true and correct copy of the foregoing *Substitution of Counsel* was caused to be served via U.S. First Class Mail on the following attorneys of record:

Paul A. Bradley, Esq.
Maron & Marvel
1201 N. Market Street,
9th Floor
Wilmington, DE 19801

John W. Shaw, Esq.
Karen Keller, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywiine Building
1000 West Street
17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

Thomas C. Grimm, Esq.
Leslie A. Polizoti, Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market St.
P. O. Box 1347
Wilmington, DE 19899

William J. Wade, Esq.
Richards, Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE 19899-0551

Thomas L. Halkowski, Esq.
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmignton, DE 19899-1114

Robert J. Katzenstein, Esq.
Smith, Katzenstein, & Furlow
800 Delaware Ave., 7th Floor
P. O. Box 410
Wilmington, DE 19899

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Makret Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899

Adam W. Poff
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Bldg.
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899-0391

Amy Evans, Esq.
Cross & Simon, LLC
913 N. Market Street, Suite 1001
P. O. Box 1380
Wilmington, DE 19899-1380

Frederick L. Cottrell, III, Esq.
Chad Michael Shandler, Esq.
Richards Layton & Finger
One Rodney Square
P. O. Box 551
Wilmington, DE 19899-0551

Francis DiGiovanni, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899
Karen L. Pascale
Young Conaway Stargatt & Taylor
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, DE 19899

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899-1114

Gary William Lipkin, Esq.
Duane Morris, LLP
1100 N. Market Street
Suite 1200
Wilmington, DE 19801

Steven J. Balick, Esq.
John G. Day, Esq.
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19899

Monte Terrell Squire, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th

Matthew Neiderman, Esq.
Duane Morris LLP
1100 N. Market St.
Suite 1200
Wilmington, DE 19801

Arthur G. Connolly, III, Esq.
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899

David J. Margules, Esq.
John M. Seaman, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Ave., Suite 1400
Wilmington, DE 19801

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Makret Street
Wilmington, DE 19899

_____
William F. Taylor, Jr. (DE Bar ID No. 2936)