# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

January 24, 2007

**BY E-FILING**

The Honorable Mary Pat Thynge
United States Magistrate Judge
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *Honeywell International Inc., et al. v. Apple Computer, Inc., et al.*
            C.A. No. 04-1338-KAJ (Consolidated)

Dear Magistrate Judge Thynge:

    I have attached a jointly proposed Scheduling Order No. 2, which counsel for the Manufacturer Defendants have approved, pushing back all future dates by three months.

                                Respectfully,

                                Thomas C. Grimm

Enclosure
cc:    All Counsel of Record—All Defendants (via e-filing, w/encl.)
       Matthew L. Woods, Esquire (via e-mail, w/encl.)
       Seong Yoon Jeong, BOE Hydis Technology (via Fed. Ex., w/encl.)