IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> CASIO COMPUTER CO., LTD. & CASIO INC. <br><br> Defendants | No. 04-1338-*** |

### AMENDED STIPULATION OF DISMISSAL

On this day came on to be considered the above-entitled and numbered cause, and the Court being advised that the Plaintiffs have settled and resolved their differences with Defendants CASIO COMPUTER CO., LTD. and CASIO INC., and have entered into an Agreement setting out the terms and conditions of the settlement, having an effective date of December 13, 2006 ("Agreement"), and as part of such agreement have consented to the entry of an Order approving this Stipulation;

And Whereas pursuant to 28 U.S.C. § 636 Plaintiffs and Defendants CASIO COMPUTER CO., LTD. and CASIO INC. hereby consent to the jurisdiction of United States Magistrate Judge Mary Pat Thynge: (1) with respect to those claims brought in this action by Plaintiffs against CASIO COMPUTER CO., LTD. and/or CASIO INC. and not with respect to any other claim in this action; and (2) for the purpose of interpreting and enforcing the Agreement;

Now therefore, upon the consent of the Parties hereto, it is hereby Ordered, Adjudged and

Decreed that:

1. This Court has jurisdiction over the subject matter of, and the Parties to, this action and venue is properly laid.

2. The Court shall retain and hereby retains continuing exclusive jurisdiction over the Parties and the subject matter hereto for the purpose of interpreting and enforcing the Agreement.

3. As a result of the Agreement, CASIO COMPUTER CO., LTD. and CASIO INC. are hereby dismissed as Defendants by the Plaintiffs.

4. Each Party hereto shall bear its own costs and attorneys' fees incurred in this action.

Ordered this 25 day of January 2007.

_____
Magistrate Judge Mary Pat Thynge

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FISH & RICHARDSON P.C. |
|---|---|
| /s/ Leslie A. Polizoti | /s/ Thomas L. Halkowski |
| Thomas C. Grimm (#1098) | Thomas Halkowski (#4099) |
| Leslie A. Polizoti (#4299) | 919 N. Market Street, Suite 1100 |
| 1201 North Market Street | P.O. Box 1114 |
| Wilmington, DE 19801 | Wilmington, DE 19899-1114 |
| (302) 658-9200 | 302-652-5070 |
| *Attorneys for Plaintiffs Honeywell Int'l Inc. and Honeywell Intellectual Properties, Inc.* | *Attorneys for Defendants Casio Computer Co., Ltd. and Casio Inc.* |

80041339.doc