# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

February 1, 2007

**BY E-FILING**

The Honorable Mary Pat Thynge
United States Magistrate Judge
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *Honeywell International Inc., et al. v. Apple Computer, Inc., et al.*
            C.A. No. 04-1338-*** (Consolidated)

Dear Magistrate Judge Thynge:

    As you requested during the January 25, 2007 hearing, enclosed is an Order setting an in-person conference on February 22. Robert Benson, counsel for the Seiko defendants (which are manufacturers) and for Kyocera Wireless (which is a customer) has requested permission to participate telephonically, and speak on behalf of his clients if necessary, because he will be out of the country on February 22. Honeywell does not object.

                              Respectfully,

                              Thomas C. Grimm

Enclosure
cc:    All Counsel of Record—All Defendants (via e-filing & e-mail, w/encl.)
        Matthew L. Woods, Esquire (via e-mail, w/encl.)