IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 04-1338-*** ) (consolidated with ) C.A. Nos. 04-1337 and 04-1536) ) ) ) |

### ORDER SETTING CONFERENCE

At Wilmington this _2_ day of _February_, 2007.

IT IS ORDERED that an in-person conference is scheduled for **Thursday, February 22, 2007 at 4:30 p.m. Eastern Time** with United States Magistrate Judge Thynge to discuss the status of this case.

Those parties wishing to attend the conference telephonically may do so by contacting Timothy Vezeau of Katten Muchin Rosenman LLP at (312) 902-5516 or timothy.vezeau@kattenlaw.com. Mr. Vezeau will initiate the call. If the Customer Defendants intend to designate counsel to speak on their behalf, that counsel must attend the conference in person.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

UNITED STATES MAGISTRATE JUDGE

715401