IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> KONINKLIJKE PHILIPS ELECTRONICS N.V. and PHILIPS CONSUMER ELECTRONICS NORTH AMERICA and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, <br><br> Defendants. | C.A. No. 04-1338-*** <br> (Consolidated) |

## STIPULATION OF DISMISSAL

On this day came on to be considered the above-entitled and numbered cause, and the Court being advised that the Plaintiffs have settled and resolved their differences with Defendants KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS CONSUMER ELECTRONICS NORTH AMERICA and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, and have entered into an Agreement setting out the terms and conditions of the settlement, having an effective date of December 20, 2006 ("Agreement"), and as part of such agreement have consented to the entry of an Order approving this Stipulation;

And Whereas pursuant to 28 U.S.C. § 636 Plaintiffs and Defendants KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS CONSUMER ELECTRONICS NORTH AMERICA and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION hereby consent to the jurisdiction of United States Magistrate Judge Mary Pat Thynge:  (1) with respect to those claims brought in this action by Plaintiffs against Defendants KONINKLIJKE PHILIPS

ELECTRONICS N.V., PHILIPS CONSUMER ELECTRONICS NORTH AMERICA and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION and not with respect to any other claim in this action; and (2) for the purpose of interpreting and enforcing the Agreement;

Now therefore, upon the consent of the Parties hereto, it is hereby Ordered, Adjudged and Decreed that:

1. This Court has jurisdiction over the subject matter of, and the Parties, to this action and venue is properly laid.

2. The Court shall retain and hereby retains continuing exclusive jurisdiction over the Parties and the subject matter hereto for the purpose of interpreting and enforcing the Agreement.

3. As a result of the Agreement, Defendants KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS CONSUMER ELECTRONICS NORTH AMERICA and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION no longer have an interest in the subject matter of this action and therefore are hereby dismissed as Defendants by the Plaintiffs.  Further, Plaintiffs are hereby dismissed as Cross-Defendants by Cross-Plaintiff PHILIPS ELECTRONICS NORTH AMERICA CORPORATION.

4.     Each Party hereto shall bear its own costs and attorneys' fees incurred in this action.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Leslie A. Polizoti* | */s/ David E. Moore* |
| Thomas C. Grimm (#1098)<br>Leslie A. Polizoti (#4299)<br>Maria Granovsky (#4709)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>lpolizoti@mnat.com<br>    *Attorneys for Honeywell International Inc.*<br>    *and Honeywell Intellectual Properties Inc.* | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 351<br>Wilmington, DE 19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>    *Attorneys for Koninklijke Philips Electronics N.V., Philips Consumer Electronics North America (a division of Philips Electronics North America Corporation) and Philips Electronics North America Corporation* |

SO ORDERED this _____ day of _____, 2007.

                                                            Magistrate Judge Thynge

734372.1

# CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Elizabeth L. Brann, Christopher E. Chalsen, Hua Chen, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Kevin C. Ecker, Amy Elizabeth Evans, York M. Faulkner, Maria Granovsky, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Angie Hankins, Richard L. Horwitz, Dan C. Hu, John T. Johnson, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, Matthew W. King, Stephen S. Korniczky, Gary William Lipkin, Hamilton Loeb, Robert L. Maier, David J. Margules, David Ellis Moore, Carolyn E. Morris, Arthur I. Neustadt, Elizabeth A. Niemeyer, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, John F. Presper, Alana A. Prills, Steven J. Rizzi, Lawrence Rosenthal, Avelyn M. Ross, Philip A. Rovner, Diana M. Sangelli, Robert C. Scheinfeld, Carl E. Schlier, Chad Michael Shandler, John W. Shaw, Matthew W. Siegal, Neil P. Sirota, Monte Terrell Squire, William J. Wade, Roderick B. Williams, Edward R. Yoches.

I also certify that on February 8, 2007, I caused to be served true and correct copies of the foregoing on the following as indicated below:

**BY E-MAIL:**

John W. Shaw
Monte T. Squire
YOUNG CONAWAY STARGATT
  & TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
jshaw@ycst.com

*Attorneys for Sony Corporation*

William J. Wade
RICHARDS LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551
wade@rlf.com

*Attorneys for Arima Display Corporation*

Karen L. Pascale
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
The Brandywine Building, 17th floor
1000 West Street
Wilmington, DE 19801
kpascale@ycst.com

*Attorneys for Optrex America, Inc.*

Philip A. Rovner
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
provner@potteranderson.com

*Attorneys for Fuji Photo Film Co., Ltd.
and Fuji Photo Film U.S.A., Inc.*


David J. Margules
John M. Seaman
BOUCHARD MARGULES
  & FRIEDLANDER, P.A.
222 Delaware Ave., Suite 1400
Wilmington DE 19801
dmargules@BMF-law.com

*Attorneys for Citizen Watch Co., Ltd. and Citizen Displays Co., Ltd.*


Gary W. Lipkin
DUANE MORRIS LLP
1100 North Market Street, 12th Floor
Wilmington, DE 19801-1246
GWLipkin@duanemorris.com

*Attorneys for InnoLux Display Corporation*


Robert C. Scheinfeld
Neil P. Sirota
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
robert.scheinfeld@bakerbotts.com
neil.sirota@bakerbotts.com

*Attorneys for Hitachi Displays, Ltd.*


Robert J. Katzenstein
Robert Karl Beste, III
SMITH, KATZENSTEIN
  & FURLOW LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
rjk@skfdelaware.com

*Attorneys for Seiko Epson Corporation*


Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
rhorwitz@potteranderson.com

*Attorneys for Hitachi Displays, Ltd., Toppoly Optoelectronics Corp., Koninklijke Philips Electronics N.V., Philips Electronics North America Corp., Wintek Corp., Wintek Electro-Optics Corporation, Samsung SDI America, Inc. and Samsung SDI Co., Ltd.*


Andrew M. Ollis
OBLON, SPIVAK, McCLELLAND,
  MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
aollis@oblon.com

*Attorneys for Optrex America, Inc.*

3

| | |
|---|---|
| Elizabeth A. Niemeyer<br>FINNEGAN, HENDERSON,<br>  FARABOW, GARRETT<br>  & DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, DC  20001<br>elizabeth.niemeyer@finnegan.com | Stephen S. Korniczky<br>Elizabeth L. Brann<br>PAUL, HASTINGS, JANOFSKY<br>  & WALKER LLP<br>3579 Valley Centre Drive<br>San Diego, CA  92130<br>stephenkorniczky@paulhastings.com<br>elizabethbrann@paulhastings.com |
| York M. Faulkner<br>FINNEGAN, HENDERSON,<br>  FARABOW, GARRETT<br>  & DUNNER, L.L.P.<br>11955 Freedom Drive<br>Reston, VA  20190<br>york.faulkner@finnegan.com | Hamilton Loeb<br>PAUL, HASTINGS, JANOFSKY<br>  & WALKER LLP<br>875 15th Street, N.W.<br>Washington, DC  20005<br>hamiltonloeb@paulhastings.com |
| *Attorneys for Toppoly Optoelectronics, Wintek Corp. and Wintek Electro-Optics Corporation* | *Attorneys for Samsung SDI Co., Ltd. and Samsung SDI America, Inc.* |
| Alan M. Grimaldi<br>HOWREY LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC  20004-2401<br>grimaldia@howrey.com | John Flock<br>KENYON & KENYON<br>One Broadway<br>New York, NY  10004-1050<br>jflock@kenyon.com |
| *Attorneys for Koninklijke Philips Electronics N.V., and Philips Electronics North America Corporation* | *Attorneys for Sony Corporation* |
| Stuart Lubitz<br>HOGAN & HARTSON LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA  90067<br>slubitz@hhlaw.com | Lawrence Rosenthal<br>Matthew W. Siegal<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY  10038-4982<br>lrosenthal@stroock.com<br>msiegal@stroock.com |
| *Attorneys for Seiko Epson Corporation, Citizen Watch Co., Ltd. and Citizen Displays Co., Ltd.* | *Attorneys for Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc.* |

4

| | |
|---|---|
| Dan C. Hu<br>TROP PRUNER & HU, P.C.<br>1616 South Voss Road<br>Suite 750<br>Houston, TX  77057-2631<br>hu@tphm.com<br><br>*Attorneys for Arima Display Corporation* | Donald R. McPhail<br>DUANE MORRIS LLP<br>1667 K Street, N.W., Suite 700<br>Washington, DC  20006<br>drmcphail@duanemorris.com<br><br>*Attorneys for InnoLux Display Corporation* |

**BY FEDERAL EXPRESS**

Mr. Seong Yoon Jeong
Assistant Manager
Technology Planning Group
BOE HYDIS TECHNOLOGY CO., LTD.
San 136-1, Ami-ri, Bubal-eub
Ichon-si, Gyeonggi-do 467-701
Republic of Korea

            */s/ Leslie A. Polizoti*
            Leslie A. Polizoti (#4299)
            MORRIS, NICHOLS, ARSHT & TUNNELL LLP
            Wilmington, DE  19801
            (302) 658-9200
            lpolizoti@mnat.com