

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> KONINKLIJKE PHILIPS ELECTRONICS N.V. and PHILIPS CONSUMER ELECTRONICS NORTH AMERICA and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, <br><br> Defendants. | C.A. No. 04-1338-*** <br> (Consolidated) |

RECEIVED FEB - 9 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## STIPULATION OF DISMISSAL

On this day came on to be considered the above-entitled and numbered cause, and the Court being advised that the Plaintiffs have settled and resolved their differences with Defendants KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS CONSUMER ELECTRONICS NORTH AMERICA and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, and have entered into an Agreement setting out the terms and conditions of the settlement, having an effective date of December 20, 2006 ("Agreement"), and as part of such agreement have consented to the entry of an Order approving this Stipulation;

And Whereas pursuant to 28 U.S.C. § 636 Plaintiffs and Defendants KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS CONSUMER ELECTRONICS NORTH AMERICA and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION hereby consent to the jurisdiction of United States Magistrate Judge Mary Pat Thynge: (1) with respect to those claims brought in this action by Plaintiffs against Defendants KONINKLIJKE PHILIPS

ELECTRONICS N.V., PHILIPS CONSUMER ELECTRONICS NORTH AMERICA and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION and not with respect to any other claim in this action; and (2) for the purpose of interpreting and enforcing the Agreement;

Now therefore, upon the consent of the Parties hereto, it is hereby Ordered, Adjudged and Decreed that:

1. This Court has jurisdiction over the subject matter of, and the Parties, to this action and venue is properly laid.

2. The Court shall retain and hereby retains continuing exclusive jurisdiction over the Parties and the subject matter hereto for the purpose of interpreting and enforcing the Agreement.

3. As a result of the Agreement, Defendants KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS CONSUMER ELECTRONICS NORTH AMERICA and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION no longer have an interest in the subject matter of this action and therefore are hereby dismissed as Defendants by the Plaintiffs. Further, Plaintiffs are hereby dismissed as Cross-Defendants by Cross-Plaintiff PHILIPS ELECTRONICS NORTH AMERICA CORPORATION.

4. Each Party hereto shall bear its own costs and attorneys' fees incurred in this action.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Leslie A. Polizoti | /s/ David E. Moore |
| Thomas C. Grimm (#1098)<br>Leslie A. Polizoti (#4299)<br>Maria Granovsky (#4709)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>lpolizoti@mnat.com<br>*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.* | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>P.O. Box 351<br>Wilmington, DE 19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>*Attorneys for Koninklijke Philips Electronics N.V., Philips Consumer Electronics North America (a division of Philips Electronics North America Corporation) and Philips Electronics North America Corporation* |

SO ORDERED this 12 day of February, 2007.

_____
Magistrate Judge Thynge

734372.1