IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 04-1338-*** ) (consolidated) ) ) **JURY TRIAL DEMANDED** ) ) ) ) |

**STIPULATION AND ORDER OF DISMISSAL**

Plaintiffs HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC. and Defendant TPO DISPLAYS CORPORATION[1] (collectively "the Parties") have settled this action and entered into an Agreement having an effective date of January 31, 2007 ("Agreement"), which sets out the terms and conditions of that settlement. As part of the Agreement, the Parties stipulate as follows:

1.  The Parties consent to the jurisdiction of United States Magistrate Judge Mary Pat Thynge under 28 U.S.C. § 636 (a) with respect to those claims brought in this action by Plaintiffs against Defendant TPO Displays Corporation and not with respect to any other claim in this action and (b) for the purpose of interpreting and enforcing the Agreement.

2.  This Court has jurisdiction over (a) the subject matter of this action and (b) the Parties to this action; and venue is properly laid.

3.  For the purpose of interpreting and enforcing the Agreement, this Court retains continuing exclusive jurisdiction over the Parties and the subject matter hereto.

---

[1]   On June 5, 2006, named-defendant Toppoly Optoelectronics Corporation changed the English language translation of its name to TPO Displays Corporation.

4. As a result of the Agreement, Defendant TPO Displays Corporation is hereby dismissed as Defendant from this action.

5. Each Party to this Stipulation shall bear its own costs and attorneys' fees incurred in this action.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Leslie A. Polizoti<br>Thomas C. Grimm (#1098)<br>Leslie A. Polizoti (#4299)<br>Maria Granovsky (#4709)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>lpolizoti@mnat.com | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>dmoore@potteranderson.com |
| *Attorneys for Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties Inc.* | *Attorneys for Defendant TPO Displays Corporation* |

SO ORDERED this _12_ day of February, 2007.

_____
United States Magistrate Judge

734627.1