# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC; *et al.*, <br><br> Defendants | ) ) ) ) ) ) ) C.A. No. 04-1338-MPT ) ) ) ) ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Donald R. McPhail, Esq. of Duane Morris LLP, to represent Defendant InnoLux Display Corp. in this matter.

DATED: February 16, 2007

**DUANE MORRIS LLP**

/s/ Daniel V. Folt
Daniel V. Folt (Del. I.D. No. 3143)
Gary W. Lipkin (Del. I.D. No. 4044)
1100 North Market Street, 12th Floor
Wilmington, Delaware 19801
Tel:    302.657.4900
Fax:   302.657.4901
E-Mail:   dfolt@duanemorris.com
              gwlipkin@duanemorris.com

**OF COUNSEL:**

Donald R. McPhail
**DUANE MORRIS LLP**
1667 K Street, NW
Suite 700
Washington, DC 20006
(202) 776-7800
E-Mail: drmcphail@duanemorris.com

Attorneys for Defendant InnoLux Display Corp.