# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and<br>HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>                Plaintiffs,<br><br>    v.<br><br>APPLE COMPUTER, INC; *et al.*,<br><br>                Defendants | )<br>)<br>)<br>)<br>)<br>)  C.A. No.  04-1338-MPT<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

The foregoing application by Duane Morris LLP, attorneys for defendant, for an Order admitting Donald R. McPhail, Esq. to practice in this action *pro hac vice*, is hereby GRANTED.

IT IS SO ORDERED this ____ day of _____, 2007.


                                                            _____
                                                            The Honorable Mary Pat Thynge