**CERTIFICATE OF SERVICE**

      I, Gary W. Lipkin, hereby certify that on February 16, 2007, I filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to all counsel of record.

      /s/ Gary W. Lipkin (Del. I.D. No. 4044)
      Gary W. Lipkin

DM1\681017.1