# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

February 28, 2007

**BY E-FILING**

The Honorable Mary Pat Thynge
United States Magistrate Judge
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re: *Honeywell International Inc., et al. v. Apple Computer, Inc., et al.,*
         D. Del., C.A. No. 04-1338-\*\*\*
         *Honeywell International Inc., et al. v. Audiovox Communications Corp., et al.,*
         D. Del., C.A. No. 04-1337-\*\*\*
         *Optrex America, Inc. v. Honeywell International Inc., et al.,*
         D. Del. C.A. No. 04-1536-\*\*\*

Dear Magistrate Judge Thynge:

    Honeywell intends to respond to Mr. Rovner's February 28, 2007 letter, and will do so as soon as we are able to confer with our co-counsel, who is in depositions today.

                           Respectfully,

                           */s/ Thomas C. Grimm*

                           Thomas C. Grimm (#1098)
                           tgrimm@mnat.com

cc:    All Counsel of Record – By CM/ECF