EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-1338-KAJ (Consolidated) |
| v. | ) ) | |
| APPLE COMPUTER, INC., et al., | ) ) | |
| Defendants. | ) ) | |
| HONEYWELL INTERNATIONAL INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 04-1337-KAJ |
| AUDIOVOX CORPORATION, et al., | ) ) | |
| Defendants. | ) ) | |
| OPTREX AMERICA, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-1536-KAJ |
| HONEYWELL INTERNATIONAL INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

## **STIPULATED PROTECTIVE ORDER**

Whereas pretrial discovery in this action will necessarily involve the disclosure of trade secrets or confidential research, development, product or commercial information by the undersigned parties and by other non-parties from whom discovery may be sought; and

18.    **Other Proceedings.**

By entering this Protective Order and limiting the disclosure of information in this case, the Court does not intend to preclude another court from finding that information may be relevant and subject to disclosure in another case. Any person or party subject to this Order who may be subject to a motion to disclose another party's CONFIDENTIAL, CONFIDENTIAL— ATTORNEYS' EYES ONLY or HIGHLY CONFIDENTIAL—OUTSIDE ATTORNEYS' EYES ONLY information pursuant to this Order shall promptly notify that party of the motion so that it may have an opportunity to appear and be heard on whether such information should be disclosed.

19.    **Inadvertent Disclosure Of Work Product Or Privileged Information: Procedure And Waiver.**

19.1    If the producing party at any time notified the non-producing party in writing that it has inadvertently produced documents and/or things that are protected from disclosure under attorney-client privilege, work-product immunity, and/or any other applicable privilege or immunity from disclosure, the non-producing party shall return or destroy all physical and electronic copies of such documents and/or things to the producing party within five (5) business days of receipt of such notice and shall not further disclose or use such items, or information learned exclusively therefrom, for any purpose until further order of the Court. Upon being notified by the producing party pursuant to this section, counsel for the non-producing party shall use his or her best efforts to retrieve all copies of the documents or things at issue.

19.2    The return of any discovery item to the producing party shall not in any way preclude the non-producing party from moving the Court for a ruling that: (a) the document or

Dated this _____ day of September 2006.

MORRIS, NICHOLS, ARSHT & TUNNELL

FISH & RICHARDSON P.C.

By: /s/ Thomas C. Grimm
      Thomas C. Grimm
      Leslie A. Polizoti
      1201 N. Market Street
      P.O. Box 1347
      Wilmington, DE 19899-1347
      (302) 658-9200
      tgrimm@mnat.com
      lpolizoti@mnat.com

*Attorneys for Plaintiffs Honeywell International Inc. and Honeywell Intellectual Properties, Inc. in C.A. Nos. 04-1338 and 04-1536*

By: /s/ Thomas L. Halkowski
      Thomas L. Halkowski
      919 N. Market Street
      Suite 1100
      P.O. Box 1114
      Wilmington, DE 19899-1114
      (302) 652-5070
      halkowski@fr.com

*Attorneys for Casio Computer Co., Ltd.*

YOUNG CONAWAY STARGATT & TAYLOR LLP

RICHARDS LAYTON & FINGER

By: /s/ John W. Shaw
      John W. Shaw
      Monte T. Squire
      1000 West Street, 17th Floor
      Wilmington, DE 19899
      (302) 571-6600
      jshaw@ycst.com
      msquire@ycst.com

*Attorneys for Sony Corporation, Sony Corporation of America, ST Liquid Crystal Display and Quanta Display Inc.*

By: /s/ William J. Wade
      William J. Wade
      One Rodney Square
      P. O. Box 551
      Wilmington, DE 19899
      (302) 651-7700
      wade@rlf.com

*Attorneys for Arima Display Corporation*

YOUNG CONAWAY STARGATT &
TAYLOR LLP


By: /s/ Karen L. Pascale
    Karen L. Pascale
    The Brandywine Bldg.
    1000 West Street, 17th Floor
    Wilmington, DE 19899
    (302) 571-6600
    kpascale@ycst.com

*Attorneys for Optrex America, Inc.*


POTTER ANDERSON & CORROON LLP


By: /s/ Richard L. Horwitz
    Richard L. Horwitz
    David E. Moore
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for BOE Hydis Technology Co., Ltd.,*
*Hitachi Displays, Ltd., Toppoly*
*Optoelectronics Corp., Koninklijke Philips*
*Electronics NV, Philips Electronics North*
*America Corp., Philips Consumer Electronics*
*North America, Wintek Corp., Wintek Electro-*
*Optics Corporation, Samsung SDI America,*
*Inc. and Samsung SDI Co., Ltd.*


POTTER ANDERSON & CORROON LLP


By: /s/ Philip A. Rovner
    Philip A. Rovner
    Hercules Plaza
    P. O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com

*Attorneys for Fuji Photo Film Co., Ltd. and*
*Fuji Photo Film U.S.A., Inc.*


BOUCHARD MARGULES &
FRIEDLANDER, P.A.


By: /s/ David Margules
    David Margules
    John M. Seaman
    222 Delaware Avenue, Suite 1400
    Wilmington, DE 19801
    (302) 573-3500
    dmargules@bmf-law.com
    jseaman@bmf-law.com

*Attorneys for Citizen Watch Co., Ltd. and*
*Citizen Displays Co., Ltd.*

21

SMITH KATZENSTEIN & FURLOW LLP          DUANE MORRIS LLP


By:  /s/ Robert J. Katzenstein          By:  /s/ Gary William Lipkin
     Robert J. Katzenstein                  Gary William Lipkin
     Robert Karl Beste, III                 1100 N. Market Street
     800 Delaware Avenue, 7th Floor         Suite 1200
     P. O. Box 410                          Wilmington, DE  19801
     Wilmington, DE  19899                  (302) 657-4903
     (302) 652-8400                         gwlipkin@duanemorris.com
     rkatzenstein@skfdelaware.com
     rkb@skfdelaware.com              *Attorneys for Innolux Display Corporation*

*Attorneys for Seiko Epson Corporation and
Sanyo Epson Imaging Devices*

ASHBY & GEDDES


By: /s/ Steven J. Balick
     Steven J. Balick
     John G. Day
     222 Delaware Avenue
     P. O. Box 1150
     Wilmington, DE  19899
     (302) 654-1888
     sbalick@ashby-geddes.com
     jday@ashby-geddes.com

*Attorneys for Honeywell International Inc.
and Honeywell Intellectual Properties, Inc. in
C.A. 04-1337*


SO ORDERED:


Dated: Sept. 19, 2006                    _____
                                         United States District Court Judge

22