# EXHIBIT B

Case 1:04-cv-01338-JJF    Document 722-3    Filed 03/01/2007    Page 1 of 17

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

DENISE S. RAHNE
612-349-8433

October 4, 2006

**VIA FEDERAL EXPRESS**

Robert J. Benson
HOGAN & HARTSON L.L.P.
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

Re:   Honeywell, Inc., et al. v. Apple, et al.
      Our File No.: 019896-0229

Dear Mr. Benson:

I am writing in response to your email of October 3, 2006 regarding the inadvertent production of documents by your office. Your email to me stated the bates range at issue is SEC 004428 – SEC 008066. Our office received 3 boxes of documents from your office. Blue slip sheets were used to distinguish the composition of each of the documents. In attempting to segregate the documents you identified, we have found that SEC 008066 stops in the middle of a document composition made by your office. Consequently, I am returning to you the bates range SEC 004428 – SEC 008142.

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Denise S. Rahne

DSR/crk
Enclosures

## Gustafson, Stacy D.

**From:** Rahne, Denise S.
**Sent:** Tuesday, October 24, 2006 11:41 AM
**To:** Benson, Robert J.
**Cc:** Gustafson, Stacy D.; Okerlund, Michael D.; Softich, Amy N.
**Subject:** RE: Privileged docs

Hi Robert,

I have directed our paralegal to return and/or destroy any versions of the documents bearing the following bates ranges:

SEC 000995-001001
SEC 001008-001022
SEC 001023-001037

Next Tuesday at 9 Pacific/11 Central is fine for our call. I will plan to call you.

Denise

---

**From:** Benson, Robert J. [mailto:RJBenson@HHLAW.com]
**Sent:** Monday, October 23, 2006 3:24 PM
**To:** Rahne, Denise S.
**Subject:** Privileged docs

Denise,

Following-up on our call from this morning, you are correct, the pages you referenced do contain privileged work product. Please return those pages to us and otherwise follow the procedures outlined in paragraph 19.1 of the protective order.

We are looking over this particular range of prior art, and will be redacting handwritten notations from other pages as well. We will send you, within the next few days, redacted versions of the same pages, to substitute for the pages produced.

As for the conference call, could we do 9 a.m. California time, next Tuesday, 10/31?

Thanks for your professional courtesy in these matters.

Best regards,
Robert


Robert J. Benson, Partner
HOGAN & HARTSON L.L.P.
1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067
direct +1.310.785.4629 | mobile +1.310.869.4379 | fax +1.310.785.4601


11/8/2006

This electronic message transmission contains information from this law firm which m
If you have received this electronic transmission in error, please notify us by tele

11/8/2006

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500 Fax: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

CARRIE R. KETTERLING, CLA
Senior Paralegal
612-349-8530

October 31, 2006

**VIA FEDERAL EXPRESS**

Clarence Snodgrass
Hogan & Hartson, LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

  Re: Honeywell International, Inc. v. Apple, et al.
    Our File No.: 019896-0229

Dear Mr. Snodgrass:

Pursuant to your letter of October 25, 2006, enclosed please find the SEC documents that were unintentionally produced to us. We have replaced these documents with the redacted pages you provided to us. In addition we have replaced all images of the unintentionally produced documents.

If you have any questions, please feel free to contact our office.

        Sincerely,

        ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

        Carrie R. Ketterling, CLA
        Senior Paralegal

/crk
Enclosures

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

CARRIE R. KETTERLING, CLA
Senior Paralegal
612-349-8530

November 2, 2006

**VIA FACSIMILE**

Clarence Snodgrass
Hogan & Hartson, LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

Re: Honeywell International, Inc. v. Apple, et al.
Our File No.: 019896-0229

Dear Mr. Snodgrass:

Pursuant to your letter of October 26, 2006, we have deleted and replaced all images of the Citizen unintentionally produced documents.

If you have any questions, please feel free to contact our office.

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Carrie R. Ketterling, CLA
Senior Paralegal

/crk
Enclosures

```
** JOB STATUS REPORT **           AS OF  NOV 02 2006 21:23      PAGE. 01
                                           R. K. M. & C.  LLP
        JOB #792

        DATE  TIME       TO/FROM         MODE    MIN/SEC   PGS    STATUS
  001  11/02 21:22     913107854601     EC--S    00' 18"   002     OK
```

# ROBINS, KAPLAN, MILLER & CIRESI LLP

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500 Fax: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

FROM:   Carrie R. Ketterling

The information contained in this facsimile message is privileged and confidential information intended for the use of the addressee listed below and no one else. If you are not the intended recipient or the employee or agent responsible to deliver this message to the intended recipient, please do not use this transmission in any way, but contact the sender by telephone.

DATE:   November 2, 2006

TO:  NAME:                     FACSIMILE NO.:           TELEPHONE NO.:

     Clarence Snodgrass        1-310-785-4601
     Hogan & Hartson, LLP

FILE NO.:   019896-0229

NUMBER OF PAGES INCLUDING COVER SHEET:   2

If transmission problems occur, or you are not the intended recipient, please call 612-349-8730 or contact _____ at _____.

MESSAGE:

ATLANTA   BOSTON   LOS ANGELES   | MINNEAPOLIS |   NAPLES   SAINT PAUL   SANTA ANA   WASHINGTON, D.C.

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

CARRIE R. KETTERLING, CLA
Senior Paralegal
612-349-8530

January 9, 2007

<u>**VIA FEDERAL EXPRESS**</u>

Elizabeth Niemeyer
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Ave., N.W.
Washington, DC 20001

    Re:   Honeywell International, Inc., et al. v. Apple Computer, Inc., et al.
           Our File No.: 019896-0229

Dear Ms. Niemeyer:

Enclosed please find your CD containing the TPO 55106-55150 privilege document. Please provide us with another CD which contains everything in bates range TPO-0050033-TPO-0081999 minus the TPO 55106-55150 privilege document. All electronic and paper copies of this document have been destroyed.

                                  Sincerely,

                                  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                                  Carrie R. Ketterling, CLA
                                  Senior Paralegal

/crk
Enclosure

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500 Fax: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

Carrie R. Ketterling, CLA
612-349-8530

January 23, 2007

*Via Facsimile*

Andrew M. Ollis, Esq.
Alexander E. Gasser, Esq.
Richard D. Kelly, Esq.
Thomas J. Fisher, Esq.
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

Re:  Honeywell International, Inc., et al. v. Apple Computer, Inc., et al.
     Civil Action No. 04-1338 (KAJ) (Consolidated)
     Our File No. 019896-0229

Dear Counsel:

As a follow up to my letter to you today, please be advised that I inadvertently stated that we would be returning the CD which contains the privilege document to you. This statement was an error because the document was received in hard copy form and not on a CD. I apologize for this confusion. All electronic and hard copies of OAI0015233-15241 have been destroyed.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

*[signature] for Carrie Ketterling*

Carrie R. Ketterling, CLA
Senior Paralegal

MP3 20210694.1

ATLANTA · BOSTON · LOS ANGELES · MINNEAPOLIS · NAPLES · SAINT PAUL · WASHINGTON, D.C.

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LASALLE PLAZA
800 LASALLE AVENUE
MINNEAPOLIS, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

**FROM:** Carrie R. Ketterling

The information contained in this facsimile message is privileged and confidential information intended for the use of the addressee listed below and no one else. If you are not the intended recipient or the employee or agent responsible to deliver this message to the intended recipient, please do not use this transmission in any way, but contact the sender by telephone.

DATE:    January 24, 2007

TO:    NAME:    **FACSIMILE NO.:**    TELEPHONE NO.:

Andrew M. Ollis, Esq.    **703-413-2220**    703-413-3000
Alexander E. Gasser, Esq.
Richard D. Kelly, Esq.
Thomas J. Fisher, Esq.
Oblon, Spivak, McClelland, Maier
& Neustadt, P.C.

FILE NO.:    019896-0229

NUMBER OF PAGES INCLUDING COVER SHEET:    2

**If transmission problems occur, or you are not the intended recipient, please call 612-349-8730 or contact Carrie Ketterling at 612-349-8530.**

MESSAGE:

Original Will Follow By Federal Express

ATLANTA    BOSTON    LOS ANGELES    MINNEAPOLIS    NAPLES    SAINT PAUL    WASHINGTON, D.C.

```
** JOB STATUS REPORT **           AS OF  JAN 24 2007 13:46      PAGE.01
                                        R. K. M. & C.  LLP

     JOB #746
     DATE  TIME          TO/FROM        MODE    MIN/SEC    PGS    STATUS
001  1/24  13:45         917034132220   EC--S   00'15"     002    OK
```

| ROBINS, KAPLAN, MILLER & CIRESI LLP | 2800 LASALLE PLAZA<br>800 LASALLE AVENUE<br>MINNEAPOLIS, MN 55402-2015<br>TEL: 612-349-8500 FAX: 612-339-4181<br>www.rkmc.com |
|---|---|

ATTORNEYS AT LAW

FROM:    Carrie R. Ketterling

The information contained in this facsimile message is privileged and confidential information intended for the use of the addressee listed below and no one else. If you are not the intended recipient or the employee or agent responsible to deliver this message to the intended recipient, please do not use this transmission in any way, but contact the sender by telephone.

DATE:       January 24, 2007

TO:    NAME:                               FACSIMILE NO.:       TELEPHONE NO.:

       Andrew M. Ollis, Esq.               703-413-2220         703-413-3000
       Alexander E. Gasser, Esq.
       Richard D. Kelly, Esq.
       Thomas J. Fisher, Esq.
       Oblon, Spivak, McClelland, Maier
       & Neustadt, P.C.

FILE NO.:   019896-0229

NUMBER OF PAGES INCLUDING COVER SHEET:   2

**If transmission problems occur, or you are not the intended recipient, please call 612-349-8730 or contact Carrie Ketterling at 612-349-8530.**

MESSAGE:

Original Will Follow By Federal Express

ATLANTA    BOSTON    LOS ANGELES    MINNEAPOLIS    NAPLES    SAINT PAUL    WASHINGTON, D.C.

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

**CARRIE R. KETTERLING, CLA**
Senior Paralegal
612-349-8530

February 14, 2007

<u>**VIA FACSIMILE 310-785-4601**</u>

Robert Benson
Hogan & Hartson
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067

Re: Honeywell International, Inc., et al. v. Apple Computer, Inc., et. al.
Our File No.: 019896-0229

Dear Mr. Benson:

Pursuant to your letter of February 8, 2006, please be advised that I have destroyed SEC498503-504 by placing the document in our firm's shredding bin. No other copies exist.

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Carrie R. Ketterling, CLA
Senior Paralegal

/crk

```
** JOB STATUS REPORT **           AS OF  FEB 14 2007 16:01      PAGE. 01
                                         R. K. M. & C.  LLP

     JOB #172
      DATE  TIME       TO/FROM        MODE    MIN/SEC   PGS   STATUS
001   2/14  16:00    913107854601    EC---S   00'14"    002     OK
```

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LASALLE PLAZA
800 LASALLE AVENUE
MINNEAPOLIS, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

**FROM:**   Carrie R. Ketterling

The information contained in this facsimile message is privileged and confidential information intended for the use of the addressee listed below and no one else. If you are not the intended recipient or the employee or agent responsible to deliver this message to the intended recipient, please do not use this transmission in any way, but contact the sender by telephone.

DATE:       February 14, 2007

TO:     NAME:                    **FACSIMILE NO.:**       TELEPHONE NO.:
        Robert Benson            310-785-4601
        Hogan & Hartson

FILE NO.:   019896-0229

NUMBER OF PAGES INCLUDING COVER SHEET:   1

**If transmission problems occur, or you are not the intended recipient, please call 612-349-8730 or contact_____ at _____.**

MESSAGE:

ATLANTA    BOSTON    LOS ANGELES    MINNEAPOLIS    NAPLES    SAINT PAUL    WASHINGTON, D.C.

**BAKER BOTTS** LLP

30 ROCKEFELLER PLAZA  
NEW YORK, NEW YORK  
10112-4498  
212.408.2500  
FAX 212.408.2501

AUSTIN  
BAKU  
DALLAS  
DUBAI  
HONG KONG  
HOUSTON  
LONDON  
MOSCOW  
**NEW YORK**  
RIYADH  
WASHINGTON

November 17, 2006

Robert L. Maier  
212.408.2538  
FAX 212.259.2538  
robert.maier@bakerbotts.com

<u>**VIA E-MAIL AND FEDEX**</u>

Matthew L. Woods  
Robins, Kaplan, Miller & Ciresi L.L.P.  
2800 LaSalle Plaza  
800 LaSalle Avenue  
Minneapolis, MN 55402-2015

Re: Honeywell International Inc. *et al.* v. Hitachi, Ltd. *et al.*  
<u>Dist. Del. C.A. No. 04-1338-KAJ</u>

Dear Matt:

I write in response to an e-mail we received this afternoon from your paralegal, Michael Burnett, regarding three CDs bearing bates ranges **HIT0279562-HIT0312194** that were inadvertently produced to Honeywell on November 3, 2006.

These CDs contain documents that are subject to third-party confidentiality restrictions. We are presently consulting with the relevant third-parties to obtain clearance to produce these documents. Accordingly, please return the referenced CDs and confirm destruction of all copies (including any paper copies generated and any related data maintained electronically).

Very truly yours,

Robert L. Maier

cc: Alan E. McKenna, Esq.

NY02:567535.1

**Hubred, Kelly A.**

| | |
|---|---|
| From: | Burnett, Michael Z. |
| Sent: | Monday, November 20, 2006 7:37 AM |
| To: | JUN.SA@bakerbotts.com |
| Cc: | Ketterling, Carrie R.; McKenna, Alan E.; McDiarmid, Jeremy C.; Schermerhorn, Scott D.; Hubred, Kelly A. |
| Subject: | RE: Honeywell LCD Litigation - missing Hitachi documents |

Hello Jun,
I have forwarded a copy of your e-mail to our Minneapolis office asking them to return the three CDs to you and destroy any paper copies that may have been generated, as well as any related data that may have been uploaded to our database.
Let me know if you have any questions.

Michael

---

**From:** JUN.SA@bakerbotts.com [mailto:JUN.SA@bakerbotts.com]
**Sent:** Friday, November 17, 2006 5:16 PM
**To:** Burnett, Michael Z.
**Subject:** RE: Honeywell LCD Litigation - missing Hitachi documents

Hello Michael,

The three cds bearing bates ranges **HIT 0279562-HIT0312194,** were inadvertently produced. Please return all copies of the CDs and destroy any paper copies generated from CDs, and any related data uploaded to your database. I apologize for the inconvenience.


**Jun Sa**
Paralegal
**BAKER BOTTS** L.L.P.
30 Rockefeller Plaza
New York, NY 10112

212.408.2646 | direct
212.259.2446 | fax

CONFIDENTIALITY NOTICE. This email message and any attachments may be confidential and may be subject to the attorney-client privilege or other privilege. If you are not the intended recipient, please do not read, copy or re-send this email message or its attachments; immediately notify the sender by reply email or by collect call to 212.408.2500; and delete this email message and any attachments. Thank you for your assistance.

-----Original Message-----
**From:** Burnett, Michael Z. [mailto:MZBurnett@rkmc.com]
**Sent:** Friday, November 17, 2006 2:56 PM

**To:** Sa, Jun Myong
**Cc:** McDiarmid, Jeremy C.; McKenna, Alan E.; Ketterling, Carrie R.; Schermerhorn, Scott D.; Hubred, Kelly A.
**Subject:** Honeywell LCD Litigation - missing Hitachi documents

>>>> Please read the confidentiality statement below <<<<

Hello Jun,

I refer you to your letter of 3 November 2006, in regard to the latest production of Hitachi documents. In your letter, you mention you were producing three CDs bearing the bates range HIT 0279562 to HIT 0289820. I have been informed by our Litigation Case Support Department that that bates range pertains to only the first CD (CD Volume 23).
The second and third CDs bear the bates ranges of HIT 0289821 - HIT 0304568 (CD Volume 24), and HIT 0304569 - HIT 0312194 (CD Volume 25) respectively.

In order to avoid any confusion in the future concerning this production, it would be appreciated, if you would provide me with a revised letter indicating the correct and complete bates ranges for the documents Hitachi produced to Honeywell on the 3rd of November 2006.
Please call me should you have any questions.
Regards,
Michael

Michael Z. Burnett
Litigation Paralegal
Robins, Kaplan, Miller & Ciresi L.L.P.
800 Boylston Street
Suite 2500
Boston, MA  02199
dir: 617-859-2703
main: 617-267-2300
fax: 617-267-8288
e-mail: mzburnett@rkmc.com

_____

Information contained in this e-mail transmission is privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

11/21/2006

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins, Kaplan, Miller & Ciresi L.L.P.
http://www.rkmc.com

11/21/2006