# EXHIBIT A

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

Carrie R. Ketterling, CLA
Senior Paralegal
612-349-8530

November 27, 2006

**VIA FACSIMILE AND MAIL**

Diana Sangalli
Trop Pruner & Hu
1616 South Voss Road, Suite 750
Houston, TX 77057-2631

Michael Autuoro
Fish & Richardson, P.C.
Citigroup Center - 52nd Floor
153 East 53rd Street
New York, NY 10022-4611

David Ben-Meir
Hogan & Hartson, LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067-6047

Lawrence Rosenthal
Stroock, Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Neil Sirota
Baker Botts LLP
30 Rockefeller Plaza
New York, NY 10112

Alexander Gasser
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

Elizabeth Brann
Paul, Hastings, Janofsky & Walker LLP
3579 Valley Centre Dr.
San Diego, CA 92130

Robert Benson
Hogan & Hartson LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

Elizabeth Niemeyer
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
901 New York Ave., N.W.
Washington, DC 20001

Re: Honeywell International Inc., et al. v. Apple Computer, et al.
C.A. No. 04-1338 (KAJ) Consolidated
Our File No.: 019896-0229

MP3 20203373.1

ATLANTA · BOSTON · LOS ANGELES · MINNEAPOLIS · NAPLES · SAINT PAUL · WASHINGTON, D.C.

Diana Sangalli
Michael Autuoro
David Ben-Meir
Lawrence Rosenthal
Neil Sirota
Alexander Gasser
Elizabeth Brann
Robert Benson
Elizabeth Niemeyer
November 27, 2006
Page 2

Dear Counsel:

In accordance with paragraph 6 of the Stipulated Protective Order, Honeywell International Inc. and Honeywell Intellectual Properties Inc. hereby serves notice that it intends to disclose information designated as "confidential" under the Protective Order to Dennis Wilwerding, Julie Davis and Ian Lewin, to facilitate their services as a consulting and/or testifying expert and to Jared Taylor to assist in his services as a translator for the Japan depositions in the above-referenced matter. Mr. Wilwerding, Ms. Davis, Mr. Lewin and Mr. Taylor's signed Undertakings and resumes are enclosed.

I have also enclosed the signed Undertakings from the individuals employed by the court reporting firm of Stirewalt & Associates who will be traveling to Japan for the depositions scheduled at the U.S. Embassy.

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Carrie R. Ketterling, CLA
Senior Paralegal

/crk
Enclosures

MP3 20203373.1

# Curriculum Vitae of DENNIS JOSEPH WILWERDING

Home Address:
6840 So. Prince Way
Littleton, Colorado 80120

Born: October 23, 1943
Married: 5 Children 7 Grandchildren
Wife: Mary Lou

**EDUCATION:**
Creighton University, Omaha Nebraska 1961-1964
1966 - BS Math/Physics Double Major, Philosophy Minor
Marquette University, Milwaukee Wisconsin 1965-1968
1966 - BS Electrical Engineering
1968 - MS Automatic Control
Continuing Education Courses in Engineering Economics, Supervision and Management

**HONORS AND AWARDS:**
1966   Elected to Eta Kappa Nu, Tau Beta PI and Sigma XI Scholastic Honorary Societies
1969   Junior Chamber of Commerce Spoke and Sparkplug Awards
1979   Honeywell STAR Inventor Award
1982   Engineering Fellow, Honeywell Engineering Achievement Award
1986   Honeywell Engineering Achievement Award
1987   Honeywell Senior Fellow
1996   Honeywell Reach Award for successful Sony litigation

**PATENTS**
Forty Two Issued United States Patents, - List available on request.
Many Foreign counterpart patents

**WITNESSING**
Thirty three days of expert and fact depositions, 11 days of trial testimony

**PUBLICATIONS:**
Electronic Focus for Cameras - Co-Authored with N. Stauffer - Scientific Honeyweller, Vol 3 No 1 March 1982
Through the Camera Lens (TCL) Presentation and paper at the 1982 Honeywell Wide Microelectronics Conference
Linear vs Matrix Array Vision Sensors, Design News, November 1986. Republished in Switzerland

**COMMUNITY ACTIVITIES**
1988 - 1989 Saint Mary's School PTO executive committee member
1989 - 1998 Saint Mary's Pastoral Council member
2002 – 2004 Saint Mark Parish Stewardship Committee
2004 – Present Saint Mark Pastoral Council member
2004 – Present Saint Mark Marriage Preparation Team Leader

**ORGANIZATIONS:**
1985 - 2004   Institute of Electrical and Electronic Engineers
1985 - 2003   Society of Manufacturing Engineers
1990 - 2000   Optical Society of America

NOV 27 2006 16:58 FR R.K.M.& C. LLP    612 339 4181 TO 917034132220    P.04

**EMPLOYMENT HISTORY:**

1992- Present **Wilwerding Consulting** Technical patent analysis and expert witness

- 2005 – Present Patent infringement analysis and technical expert witness for RKM&C for Honeywell vs most LCD manufacturers, backlighting optical design.
- 2004- 2006 Patent portfolio analysis and infringement analysis for Honeywell HBC
- 2005 Patent analysis and support for RKM&C Multi- focal length contact lens patent.
- 2000-2003 Fact & expert witness for RKM&C for plaintiff, Honeywell vs. JVC. Autofocus system and sensor patent infringement analysis. Jury Verdict in Honeywell's favor of $30 million, 3 days trial testimony.
- 2003 Patent infringement analysis for Faegre & Benson, non contact wheel alignment
- 2003 Patent infringement analysis for IP Value for British Telecom video A/D patents
- 2001 Patent infringement analysis for Faegre&Benson for plaintiff Behavioral Intervention Inc.
- 2001 Patent infringement analysis for RKM&C for plaintiff Saint Clair Intellectual Properties vs Sony.
- 1999-2000 Expert Witness for RKM&C for the plaintiff, Drexler vs Sony, Drexler vs Dolby
- 1999-2000 Patent analysis and infringement analysis for USWest.
- 1998-1999 For USWest, Analysis of the patent portfolio for the split of US West and MediaOne.
- 1998-1999 M&G, FirePuck vs. NHL et al. Expert witness for a defendant. Settled out of court.
- 1994-1997 Technical expert for RKM&C for the plaintiff, Graco vs Durotech litigation regarding airless paint sprayers, Durotech admits infringement, agrees to binding arbitration.
- 1995-1996 Technical support for RKM&C, Poloroid vs Yashica camera patent infringement analysis.
- 1994-1995 Expert witness for M&G for the plaintiff, SquareD vs Medar litigation regarding resistance welding machines, Medar settled out of court.
- 1993 Technical expert for Faegre&Benson, Lifetouch camera suit.

1992 - 1999  **Office of General Counsel - Honeywell**
**Senior Engineering Fellow**

Staff technical support and technical expert and infringement analysis for several additional Honeywell patent issues including Lemelson patents, ring laser gyros, fiber optic gyros, process control transmitters and web inspection machines.
Analyzed and classified Honeywell's entire patent portfolio.
Technical expert on several autofocus patent cases resulting in settlements to Honeywell in excess of $320 million.
Expert witness for Honeywell - Fuji litigation on Re 29,599 patent; 8 days of depositions. Fuji paid Honeywell $15 million
Technical support on Honeywell - Foxboro litigation, won by Honeywell, $1.1 million
Technical support and expert witness for "501 patent litigation, all cases except JVC (unresolved) settled in Honeywell's favor for over $30 million.
Presented patent training to the engineering staff at most Honeywell divisions.

**Engineering Manager - Senior Engineering Fellow**
Responsible for concepting and advanced development of new products
Transferred 3 products to development and manufacturing with a group of 4 personnel
Fact and expert witness for the Honeywell vs Minolta litigation regarding autofocus; 8 days of trial testimony, 22 days of fact and expert depositions. The case resulted $96 million judgement in Honeywell's favor.

1987 - 1988   **Honeywell Micro Switch    Engineering Manager - Senior Fellow**
Responsible for the design and development of intelligent sensor products.
Placed 3 microprocessor based vision products and 5 lighting products in production
Efficiently managed a group of 4 engineers and 3 support personnel.
Responsible for market analysis and product definition of all products
Carried Staff Engineering responsibility for the electrical design of all products
Primary problem solver for installation and applications.
Consultant to the Solid State Electronics Division of Honeywell.

1982 - 1986   **Honeywell Visitronics    Staff Engineer - Engineering Fellow**
Electrical engineering and engineering technical management responsibility
- Designed several microprocessor based optical sensor product lines
Optical, electronic and production consultant to Solid State Electronics Division Honeywell
- Increased TCL packaging yields from 60% to 85% in one year
- Increased Test yields from 65% to 90% in one year

1978 - 1982   **Honeywell Visitronic    Engineering Supervisor - Program Manager**
Directed a five million dollar development program (TCL autofocus) involving both Visitronic and Solid State Divisions in 4 separate facilities.
Responsible for system design, sales and application support and test equipment design and development for the first commercially available autofocus systems.
Programs resulted in over $100,000,000 revenue on sales of 11,000,000 sensors to Japan through 1988.
System designed 4 custom integrated circuits (CCD's, A/D's, camera interface / controllers).
Developed computer controlled optical alignment and optical/electronic test equipment.
Provided applications and sales support in both Germany and Japan.

1970 - 1978   **Honeywell Photographic Products Division    Senior Engineer**
Project Engineer for five (5) products.
Designed first correct exposure indicator for automatic flash systems.
Designed first remote automatic exposure controller.
Designed two high efficiency high power low cost switching converters.

1969 - 1970   **Honeywell Ordnance Division    Design Engineer**
Designed an environmentally sealed position sensing switch.
Ran a feasibility design and analysis program on environmentally driven power supplies.

1968 - 1969 **Honeywell Ordnance Division    Production Engineer**
$130,000 in accomplished cost reductions and an additional $180,000 in proposed cost reductions in a 10 month period against an imposed goal of $50,000 per year.