## APPENDIX

### Figures from the '371 Patent

    For ease of reference, this Appendix provides the various illustrations of the '371 patent, which are annotated to distinguish among the display designs shown therein. Lens arrays are displayed in yellow.



'371 Patent, Fig. 1 (identified as prior art)    '371 Patent, Fig. 2 (annotated)



'371 Patent, Fig. 4A (not claimed)    '371 Patent, Fig. 7    '371 Patent, Fig. 10 (not claimed)