# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | |
|---|---|---|
| KAREN L. PASCALE<br>DIRECT DIAL: (302) 571-5001<br>DIRECT FAX: (302) 576-3516<br>kpascale@ycst.com | THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DELAWARE 19801<br><br>P.O. BOX 391<br>WILMINGTON, DELAWARE 19899-0391 | (302) 571-6600<br>(302) 571-1253 FAX<br>(800) 253-2234 (DE ONLY)<br>www.youngconaway.com |

March 16, 2007

**BY E-FILING**

The Honorable Mary Pat Thynge
United States District Court
844 King Street
Wilmington, DE 19801

      Re: *Honeywell International Inc., et al v. Apple Computer Inc., et al.*
          C.A. Nos. 04-1337, -1338, and -1536-\*\*\*

Dear Judge Thynge:

    Pursuant to Local Rule 7.1.4, Optrex America, Inc. respectfully requests the opportunity to present oral argument on Plaintiffs' Motion for a Protective Order Precluding the Disclosure of Confidential Information to Optrex America, Inc.'s Proposed Expert/Consultant (D.I. 713).

    Optrex respectfully suggests that if Your Honor agrees to hear the parties on this motion, it might be most convenient to do so during the telephone conference which has already been scheduled for Thursday, March 22, at 3:00 p.m. EDT, regarding Honeywell's motion to compel worldwide sales information from Optrex.

    We thank the Court for its consideration of this request.

                                      Respectfully submitted,

                                      Karen L. Pascale (No. 2903)

cc: Dr. Peter T. Dalleo, Clerk (by hand)
    All Counsel of Record (by e-filing and e-mail)
    Thomas C. Grimm, Esquire (by hand)
    Matthew L. Woods, Esquire (by e-mail)
    Andrew M. Ollis, Esquire (by e-mail)