# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

THOMAS C. GRIMM
302 351 9595
302 351 4661 FAX
tgrimm@mnat.com

March 19, 2007

**BY E-FILING**

The Honorable Mary Pat Thynge
United States Magistrate Judge
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Honeywell, et al. v. Apple Computer, et al.*, C.A. No. 04-1338-***

Dear Magistrate Thynge:

We received a copy of Ms. Pascale's March 16, 2007 letter requesting that Plaintiffs' Motion for Protective Order Precluding the Disclosure of Confidential Information to Optrex America Inc's Proposed Expert/Consultant be heard on Thursday, March 22 at 3:30 p.m., the time presently set to hear Honeywell's discovery dispute with Optrex. On behalf of Honeywell, this is to inform the Court that Honeywell has no objection to hearing both matters at the same time, should the Court desire to do so.

                                  Sincerely,

                                  */s/ Thomas C. Grimm*

                                Thomas C. Grimm (#1098)

TCG
cc:    Dr. Peter T. Dalleo, Clerk (by hand)
        CM/ECF list (by e-filing)
766927.