IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-1338-*** |
| v. | ) ) | (Consolidated) |
| APPLE COMPUTER, INC., et al., | ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' NOTICE OF RULE 30(b)(6) DEPOSITION OF
<u>DEFENDANTS CITIZEN WATCH CO., LTD. AND CITIZEN DISPLAY CO., LTD.</u>**

PLEASE TAKE NOTICE that, in accordance with Rules 26, 30(b)(6), and 32 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Citizen Watch Co., Ltd. and Citizen Display Co., Ltd. through one or more of their officers, directors, managing agents, or other persons who consent to testify on their behalf and who are most knowledgeable with respect to the deposition subjects set forth in Schedule B at the time and place as set forth below.

Said deposition will be taken on May 7 and 8, 2007, starting at 9:00 a.m., at Hogan & Hartson LLP, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067, or at such other time and place as may be agreed to by the parties.  The deposition will continue until completed as provided in the Federal Rules of Civil Procedure.  The deposition will be taken before a court reporter, notary public, or other person authorized by law to administer oaths, and will be recorded stenographically and by videotape.  You are invited to attend and cross-examine.

- 2 -

OF COUNSEL:

Martin R. Lueck
Matthew L. Woods
Stacie E. Oberts
Denise S. Rahne
Peter N. Surdo
Marta M. Chou
ROBINS, KAPLAN, MILLER
  & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
(612) 349-8500

Anthony A. Froio
Marc N. Henschke
Alan E. McKenna
Jeremy C. McDiarmid
ROBINS, KAPLAN, MILLER
  & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA  02199
(617) 267-2300

March 27, 2007
778840

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maria Granovsky*
_____
Thomas C. Grimm (#1098)
Leslie A. Polizoti (#4299)
Maria Granovsky (#4709)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
lpolizoti@mnat.com
mgranovsky@mnat.com
  *Attorneys for Honeywell International Inc.*
  *and Honeywell Intellectual Properties Inc.*

## Schedule B

1.  All facts related to any claims of laches and/or estoppel raised by you in this case, including, but not limited to:

    (a) Identification of all modules (including, but not limited to "Accused Modules") related to your laches claim;

    (b) Annual sales of modules identified in (a) above, in terms of number of units and revenue, including whether such sales are in the United States;

    (c) The distribution channels for each module identified in (a) above;

    (d) A description of whether the sales identified in response to (b) above in the United States were of uninstalled component modules, or were modules incorporated into an end product (and if so, what end product);

    (e) For all years referenced in (b) above, identification and discussion of the advertising that identifies or describes the use of two lens arrays/prism films wherein at least one of those lens arrays/prism films is rotated;

    (f) Statements or actions by Honeywell indicating that it would not file suit against you for infringement of the '371 patent;

    (g) Any communications, conduct, or omissions that have misled you and upon which you relied regarding Honeywell's intent to enforce the '371 patent.

2. All presentations and public displays, including but not limited to those at meetings of the Society for Information Display, in which you publicly discussed or disclosed the components of modules employing two lens arrays/prism films wherein at least one of the arrays/films is rotated, and identification of all documents pertaining thereto.

3. Any evidentiary or economic prejudice you have suffered as a result of any alleged delay in the filing of this suit, including but not limited to any studies of the costs, feasibility and marketability of alternative designs available at the time you began to use modules employing at least two lens arrays/prism films wherein at least one of said arrays/films is rotated.

4. The technical steps or tests useful or necessary to evaluate and determine whether an LCD module contains two lens arrays, at least one of which is rotated, as opposed to other backlighting structures.

5. All information communicated or provided to your customers regarding the internal components of your LCD modules, specifically whether such modules contain two lens arrays, at least one of which is rotated.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Elizabeth L. Brann, Christopher E. Chalsen, Hua Chen, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Kevin C. Ecker, Amy Elizabeth Evans, York M. Faulkner, Maria Granovsky, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Angie Hankins, Richard L. Horwitz, Dan C. Hu, John T. Johnson, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, Matthew W. King, Stephen S. Korniczky, Gary William Lipkin, Hamilton Loeb, Robert L. Maier, David J. Margules, David Ellis Moore, Carolyn E. Morris, Arthur I. Neustadt, Elizabeth A. Niemeyer, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, John F. Presper, Alana A. Prills, Steven J. Rizzi, Lawrence Rosenthal, Avelyn M. Ross, Philip A. Rovner, Diana M. Sangelli, Robert C. Scheinfeld, Carl E. Schlier, Chad Michael Shandler, John W. Shaw, Matthew W. Siegal, Neil P. Sirota, Monte Terrell Squire, William J. Wade, Roderick B. Williams, Edward R. Yoches.

I also certify that on March 27, 2007, I caused to be served true and correct copies of the foregoing on the following as indicated below:

**BY HAND & E-MAIL:**

| | |
|---|---|
| John W. Shaw<br>Monte T. Squire<br>YOUNG CONAWAY STARGATT<br>  & TAYLOR LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899-0391<br>jshaw@ycst.com<br><br>*Attorneys for Sony Corporation* | William J. Wade<br>RICHARDS LAYTON & FINGER<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899-0551<br>wade@rlf.com<br><br>*Attorneys for Arima Display Corporation* |
| Karen L. Pascale<br>YOUNG CONAWAY STARGATT<br>  & TAYLOR, LLP<br>The Brandywine Building, 17th floor<br>1000 West Street<br>Wilmington, DE  19801<br>kpascale@ycst.com<br><br>*Attorneys for Optrex America, Inc.* | Philip A. Rovner<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE  19899<br>provner@potteranderson.com<br><br>*Attorneys for Fuji Photo Film Co., Ltd.*<br>*and Fuji Photo Film U.S.A., Inc.* |
| David J. Margules<br>John M. Seaman<br>BOUCHARD MARGULES<br>  & FRIEDLANDER, P.A.<br>222 Delaware Ave., Suite 1400<br>Wilmington DE 19801<br>dmargules@BMF-law.com<br><br>*Attorneys for Citizen Watch Co., Ltd.*<br>*and Citizen Displays Co., Ltd.* | Robert J. Katzenstein<br>Robert Karl Beste, III<br>SMITH, KATZENSTEIN<br>  & FURLOW LLP<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE  19899<br>rjk@skfdelaware.com<br><br>*Attorneys for Seiko Epson Corporation* |

2

| | |
|---|---|
| Gary W. Lipkin<br>DUANE MORRIS LLP<br>1100 North Market Street, 12th Floor<br>Wilmington, DE  19801-1246<br>GWLipkin@duanemorris.com<br><br>*Attorneys for InnoLux Display Corporation* | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE  19899<br>rhorwitz@potteranderson.com<br><br>*Attorneys for Hitachi Displays, Ltd., Wintek Corp., Wintek Electro-Optics Corporation, Samsung SDI America, Inc.  and Samsung SDI Co., Ltd.* |

**BY E-MAIL:**

| | |
|---|---|
| Robert C. Scheinfeld<br>Neil P. Sirota<br>BAKER BOTTS L.L.P.<br>30 Rockefeller Plaza<br>New York, NY  10112<br>robert.scheinfeld@bakerbotts.com<br>neil.sirota@bakerbotts.com<br><br>*Attorneys for Hitachi Displays, Ltd.* | Andrew M. Ollis<br>OBLON, SPIVAK, McCLELLAND,<br>  MAIER & NEUSTADT, P.C.<br>1940 Duke Street<br>Alexandria, VA  22314<br>aollis@oblon.com<br><br>*Attorneys for Optrex America, Inc.* |

| | |
|---|---|
| Elizabeth A. Niemeyer<br>FINNEGAN, HENDERSON,<br>  FARABOW, GARRETT<br>  & DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, DC  20001<br>elizabeth.niemeyer@finnegan.com | Stephen S. Korniczky<br>Elizabeth L. Brann<br>PAUL, HASTINGS, JANOFSKY<br>  & WALKER LLP<br>3579 Valley Centre Drive<br>San Diego, CA  92130<br>stephenkorniczky@paulhastings.com<br>elizabethbrann@paulhastings.com |
| York M. Faulkner<br>FINNEGAN, HENDERSON,<br>  FARABOW, GARRETT<br>  & DUNNER, L.L.P.<br>11955 Freedom Drive<br>Reston, VA  20190<br>york.faulkner@finnegan.com | Hamilton Loeb<br>PAUL, HASTINGS, JANOFSKY<br>  & WALKER LLP<br>875 15th Street, N.W.<br>Washington, DC  20005<br>hamiltonloeb@paulhastings.com |
| *Attorneys for Wintek Corp. and Wintek Electro-Optics Corporation* | *Attorneys for Samsung SDI Co., Ltd. and Samsung SDI America, Inc.* |
| John Flock<br>KENYON & KENYON<br>One Broadway<br>New York, NY  10004-1050<br>jflock@kenyon.com | Stuart Lubitz<br>HOGAN & HARTSON LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA  90067<br>slubitz@hhlaw.com |
| *Attorneys for Sony Corporation* | *Attorneys for Seiko Epson Corporation, Citizen Watch Co., Ltd. and Citizen Displays Co., Ltd.* |
| Lawrence Rosenthal<br>Matthew W. Siegal<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY  10038-4982<br>lrosenthal@stroock.com<br>msiegal@stroock.com | Dan C. Hu<br>TROP PRUNER & HU, P.C.<br>1616 South Voss Road<br>Suite 750<br>Houston, TX  77057-2631<br>hu@tphm.com<br><br>*Attorneys for Arima Display Corporation* |
| *Attorneys for Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc.* | |

4

| | |
|---|---|
| Donald R. McPhail<br>DUANE MORRIS LLP<br>1667 K Street, N.W., Suite 700<br>Washington, DC  20006<br>drmcphail@duanemorris.com<br><br>*Attorneys for InnoLux Display Corporation* | **BY FEDERAL EXPRESS**<br><br>Mr. Seong Yoon Jeong<br>Assistant Manager<br>Technology Planning Group<br>BOE HYDIS TECHNOLOGY CO., LTD.<br>San 136-1, Ami-ri, Bubal-eub<br>Ichon-si, Gyeonggi-do 467-701<br>Republic of Korea |

*/s/ Maria Granovsky*
_____
Maria Granovsky (#4709)

778840

5