# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

March 29, 2007

**VIA E-FILING**

The Honorable Mary Pat Thynge
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE  19801

      Re:    *Honeywell International Inc., et al. v. Apple Computer, Inc. et al.*
              C.A. No. 04-1338-*** (Consolidated)

Dear Magistrate Judge Thynge:

      As you requested during the March 26, 2007, telephonic hearing, enclosed is a copy of Sperry Corporation's Employee Confidential Information and Invention Agreement. Robert Smith-Gillespie was hired by Sperry Corporation in 1985, and Honeywell acquired Sperry Aerospace Group in 1986.

                              Respectfully,

                                /s/ Thomas C. Grimm

                                Thomas C. Grimm (#1098)

Enclosure
cc:     Dr. Peter T. Dalleo, Clerk (by hand – w/encl.)
          Counsel of Record (via e-filing & e-mail – w/encl.)
          Karen L. Pascale, Esq. (via e-filing, e-mail & hand delivery – w/encl.)
          Matthew L. Woods, Esq. (via e-mail – w/encl.)