IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et al., <br><br> Defendants. | ) ) ) ) ) C.A. No. 04-1338-*** ) ) CONSOLIDATED ) ) ) ) ) |

## NOTICE OF SERVICE

I certify that on April 18, 2007, copies of *1) Plaintiffs' Second Set of Interrogatories to Defendant Citizen Displays Co., Ltd. (No. 18); 2) Plaintiffs' Second Set of Interrogatories to Defendant Citizen Watch Co., Ltd. (No. 18); 3) Plaintiffs' Third Set of Interrogatories to Defendant Hitachi Displays, Ltd. (No. 17); 4) Honeywell's Third Set of Interrogatories to Optrex America, Inc. (No. 18); 5) Plaintiffs' Second Set of Interrogatories to Wintek Electro-Optics Corporation (No. 17); 6) Plaintiffs' Third Set of Interrogatories to Wintek Corp. (No. 18); 7) Plaintiffs' Third Set of Interrogatories to Fuji Photo Film U.S.A., Inc. (No. 18); 8) Plaintiffs' Third Set of Interrogatories to Fuji Photo Film Co., Ltd. (No. 18); 9) Plaintiffs' Third Set of Interrogatories to Samsung SDI America, Inc. (No. 18); and 10) Plaintiffs' Third Set of Interrogatories to Samsung SDI Co., Ltd. (No. 18)* were caused to be served upon counsel of record in the manner indicated:

**BY HAND & E-MAIL:**

| | |
|---|---|
| John W. Shaw<br>Monte T. Squire<br>YOUNG CONAWAY STARGATT<br>  & TAYLOR LLP<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19899-0391<br><br>*Attorneys for Sony Corporation* | William J. Wade<br>RICHARDS LAYTON & FINGER<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE  19899-0551<br><br>*Attorneys for Arima Display Corporation* |
| Karen L. Pascale<br>YOUNG CONAWAY STARGATT<br>  & TAYLOR, LLP<br>The Brandywine Building, 17th floor<br>1000 West Street<br>Wilmington, DE  19801<br><br>*Attorneys for Optrex America, Inc.* | Philip A. Rovner<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE  19899<br><br>*Attorneys for Fuji Photo Film Co., Ltd.*<br>*and Fuji Photo Film U.S.A., Inc.* |
| David J. Margules<br>John M. Seaman<br>BOUCHARD MARGULES<br>  & FRIEDLANDER, P.A.<br>222 Delaware Ave., Suite 1400<br>Wilmington DE 19801<br><br>*Attorneys for Citizen Watch Co., Ltd.*<br>*and Citizen Displays Co., Ltd.* | Robert J. Katzenstein<br>Robert Karl Beste, III<br>SMITH, KATZENSTEIN<br>  & FURLOW LLP<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE  19899<br><br>*Attorneys for Seiko Epson Corporation* |

Daniel V. Folt  
Gary W. Lipkin  
DUANE MORRIS LLP  
1100 North Market Street, 12th Floor  
Wilmington, DE 19801-1246  

*Attorneys for InnoLux Display Corporation*

Richard L. Horwitz  
David E. Moore  
POTTER ANDERSON & CORROON LLP  
Hercules Plaza, 6th Floor  
1313 N. Market Street  
P.O. Box 951  
Wilmington, DE 19899  

*Attorneys for Hitachi Displays, Ltd., Wintek Corp., Wintek Electro-Optics Corporation, Samsung SDI America, Inc. and Samsung SDI Co., Ltd.*

**BY E-MAIL:**

Robert C. Scheinfeld  
Neil P. Sirota  
BAKER BOTTS L.L.P.  
30 Rockefeller Plaza  
New York, NY 10112  
robert.scheinfeld@bakerbotts.com  
neil.sirota@bakerbotts.com  

*Attorneys for Hitachi Displays, Ltd.*

Andrew M. Ollis  
OBLON, SPIVAK, McCLELLAND,  
  MAIER & NEUSTADT, P.C.  
1940 Duke Street  
Alexandria, VA 22314  
aollis@oblon.com  

*Attorneys for Optrex America, Inc.*

Elizabeth A. Niemeyer  
FINNEGAN, HENDERSON,  
  FARABOW, GARRETT  
  & DUNNER, L.L.P.  
901 New York Avenue, N.W.  
Washington, DC 20001  
elizabeth.niemeyer@finnegan.com  

York M. Faulkner  
FINNEGAN, HENDERSON,  
  FARABOW, GARRETT  
  & DUNNER, L.L.P.  
11955 Freedom Drive  
Reston, VA 20190  
york.faulkner@finnegan.com  

*Attorneys for Wintek Corp. and Wintek Electro-Optics Corporation*

Stephen S. Korniczky  
Elizabeth L. Brann  
PAUL, HASTINGS, JANOFSKY  
  & WALKER LLP  
3579 Valley Centre Drive  
San Diego, CA 92130  
stephen korniczky@paulhastings.com  
elizabeth.brann@paulhastings.com  

Hamilton Loeb  
PAUL, HASTINGS, JANOFSKY  
  & WALKER LLP  
875 15th Street, N.W.  
Washington, DC 20005  
hamiltonloeb@paulhastings.com  

*Attorneys for Samsung SDI Co., Ltd. and Samsung SDI America, Inc.*

John Flock
KENYON & KENYON
One Broadway
New York, NY  10004-1050
jflock@kenyon.com

*Attorneys for Sony Corporation*

Stuart Lubitz
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
slubitz@hhlaw.com

*Attorneys for Seiko Epson Corporation, Citizen Watch Co., Ltd. and Citizen Displays Co., Ltd.*

Lawrence Rosenthal
Matthew W. Siegal
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY  10038-4982
lrosenthal@stroock.com
msiegal@stroock.com

*Attorneys for Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc.*

Dan C. Hu
TROP PRUNER & HU, P.C.
1616 South Voss Road
Suite 750
Houston, TX  77057-2631
hu@tphm.com

*Attorneys for Arima Display Corporation*

Donald R. McPhail
DUANE MORRIS LLP
1667 K Street, N.W., Suite 700
Washington, DC  20006
drmcphail@duanemorris.com

*Attorneys for InnoLux Display Corporation*

**BY FEDERAL EXPRESS**

Mr. Seong Yoon Jeong
Assistant Manager
Technology Planning Group
BOE HYDIS TECHNOLOGY CO., LTD.
San 136-1, Ami-ri, Bubal-eub
Ichon-si, Gyeonggi-do 467-701
Republic of Korea

|  |  |
|---|---|
| OF COUNSEL:<br><br>Martin R. Lueck<br>Matthew L. Woods<br>Stacie E. Oberts<br>Denise S. Rahne<br>Peter N. Surdo<br>Marta M. Chou<br>ROBINS, KAPLAN, MILLER<br>  & CIRESI L.L.P.<br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN  55402-2015<br>(612) 349-8500<br><br>Anthony A. Froio<br>Marc N. Henschke<br>Alan E. McKenna<br>Jeremy C. McDiarmid<br>ROBINS, KAPLAN, MILLER<br>  & CIRESI L.L.P.<br>800 Boyleston Street, 25th Floor<br>Boston, MA  02199<br>(617) 267-2300<br><br>April 18, 2007<br>515565 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Maria Granovsky*<br>_____<br>Thomas C. Grimm (#1098)<br>Leslie A. Polizoti (#4299)<br>Maria Granovsky (#4709)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>tgrimm@mnat.com<br>lpolizoti@mnat.com<br>mgranovsky@mnat.com<br>  *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Elizabeth L. Brann, Christopher E. Chalsen, Hua Chen, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Kevin C. Ecker, Amy Elizabeth Evans, York M. Faulkner, Maria Granovsky, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Angie Hankins, Richard L. Horwitz, Dan C. Hu, John T. Johnson, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, Matthew W. King, Stephen S. Korniczky, Gary William Lipkin, Hamilton Loeb, Robert L. Maier, David J. Margules, David Ellis Moore, Carolyn E. Morris, Arthur I. Neustadt, Elizabeth A. Niemeyer, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, John F. Presper, Alana A. Prills, Steven J. Rizzi, Lawrence Rosenthal, Avelyn M. Ross, Philip A. Rovner, Diana M. Sangelli, Robert C. Scheinfeld, Carl E. Schlier, Chad Michael Shandler, John W. Shaw, Matthew W. Siegal, Neil P. Sirota, Monte Terrell Squire, William J. Wade, Roderick B. Williams, Edward R. Yoches.

I also certify that on April 18, 2007, I caused to be served true and correct copies of the foregoing on the following as indicated below:

**BY HAND & E-MAIL:**

John W. Shaw
Monte T. Squire
YOUNG CONAWAY STARGATT
  & TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

*Attorneys for Sony Corporation*

William J. Wade
RICHARDS LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551

*Attorneys for Arima Display Corporation*

Karen L. Pascale
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
The Brandywine Building, 17th floor
1000 West Street
Wilmington, DE  19801

*Attorneys for Optrex America, Inc.*

Philip A. Rovner
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899

*Attorneys for Fuji Photo Film Co., Ltd.
and Fuji Photo Film U.S.A., Inc.*

| | |
|---|---|
| David J. Margules<br>John M. Seaman<br>BOUCHARD MARGULES<br>  & FRIEDLANDER, P.A.<br>222 Delaware Ave., Suite 1400<br>Wilmington DE 19801<br><br>*Attorneys for Citizen Watch Co., Ltd.*<br>*and Citizen Displays Co., Ltd.* | Robert J. Katzenstein<br>Robert Karl Beste, III<br>SMITH, KATZENSTEIN<br>  & FURLOW LLP<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE  19899<br><br>*Attorneys for Seiko Epson Corporation* |
| Daniel V. Folt<br>Gary W. Lipkin<br>DUANE MORRIS LLP<br>1100 North Market Street, 12th Floor<br>Wilmington, DE  19801-1246<br><br>*Attorneys for InnoLux Display Corporation* | Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE  19899<br><br>*Attorneys for Hitachi Displays, Ltd., Wintek Corp., Wintek Electro-Optics Corporation, Samsung SDI America, Inc.  and Samsung SDI Co., Ltd.* |

**BY E-MAIL**:

| | |
|---|---|
| Robert C. Scheinfeld<br>Neil P. Sirota<br>BAKER BOTTS L.L.P.<br>30 Rockefeller Plaza<br>New York, NY  10112<br>robert.scheinfeld@bakerbotts.com<br>neil.sirota@bakerbotts.com<br><br>*Attorneys for Hitachi Displays, Ltd.* | Andrew M. Ollis<br>OBLON, SPIVAK, McCLELLAND,<br>  MAIER & NEUSTADT, P.C.<br>1940 Duke Street<br>Alexandria, VA  22314<br>aollis@oblon.com<br><br>*Attorneys for Optrex America, Inc.* |

3

| | |
|---|---|
| Elizabeth A. Niemeyer<br>FINNEGAN, HENDERSON,<br>  FARABOW, GARRETT<br>  & DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, DC  20001<br>elizabeth.niemeyer@finnegan.com<br><br>York M. Faulkner<br>FINNEGAN, HENDERSON,<br>  FARABOW, GARRETT<br>  & DUNNER, L.L.P.<br>11955 Freedom Drive<br>Reston, VA  20190<br>york.faulkner@finnegan.com<br><br>*Attorneys for Wintek Corp. and Wintek Electro-Optics Corporation* | Stephen S. Korniczky<br>Elizabeth L. Brann<br>PAUL, HASTINGS, JANOFSKY<br>  & WALKER LLP<br>3579 Valley Centre Drive<br>San Diego, CA  92130<br>stephen_korniczky@paulhastings.com<br>elizabeth.brann@paulhastings.com<br><br>Hamilton Loeb<br>PAUL, HASTINGS, JANOFSKY<br>  & WALKER LLP<br>875 15th Street, N.W.<br>Washington, DC  20005<br>hamiltonloeb@paulhastings.com<br><br>*Attorneys for Samsung SDI Co., Ltd. and Samsung SDI America, Inc.* |
| John Flock<br>KENYON & KENYON<br>One Broadway<br>New York, NY  10004-1050<br>jflock@kenyon.com<br><br>*Attorneys for Sony Corporation* | Stuart Lubitz<br>HOGAN & HARTSON LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA  90067<br>slubitz@hhlaw.com<br><br>*Attorneys for Seiko Epson Corporation, Citizen Watch Co., Ltd. and Citizen Displays Co., Ltd.* |
| Lawrence Rosenthal<br>Matthew W. Siegal<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY  10038-4982<br>lrosenthal@stroock.com<br>msiegal@stroock.com<br><br>*Attorneys for Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc.* | Dan C. Hu<br>TROP PRUNER & HU, P.C.<br>1616 South Voss Road<br>Suite 750<br>Houston, TX  77057-2631<br>hu@tphm.com<br><br>*Attorneys for Arima Display Corporation* |

4

| | |
|---|---|
| Donald R. McPhail<br>DUANE MORRIS LLP<br>1667 K Street, N.W., Suite 700<br>Washington, DC 20006<br>drmcphail@duanemorris.com<br><br>*Attorneys for InnoLux Display Corporation* | **BY FEDERAL EXPRESS**<br><br>Mr. Seong Yoon Jeong<br>Assistant Manager<br>Technology Planning Group<br>BOE HYDIS TECHNOLOGY CO., LTD.<br>San 136-1, Ami-ri, Bubal-eub<br>Ichon-si, Gyeonggi-do 467-701<br>Republic of Korea |

*/s/ Maria Granovsky*

---
Maria Granovsky (#4709)
mgranovsky@mnat.com

515565