IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL INC.   )
and HONEYWELL INTELLECTUAL   )
PROPERTIES INC.,   )
   )
     Plaintiffs,   )
   )   C.A. No. 04-1338-***
   v.   )   (Consolidated)
   )
SEIKO EPSON CORPORATION   )
and EPSON IMAGING DEVICES   )
CORPORATION,   )
   )
     Defendants.   )

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, the Court being advised that the Plaintiffs have settled and resolved their differences with Defendants SEIKO EPSON CORPORATION and EPSON IMAGING DEVICES CORPORATION (including its predecessor, Sanyo Epson Imaging Devices Corp.), and have entered into an Agreement setting out the terms and conditions of the settlement, having an effective date of April 4, 2007 ("Agreement"), and as part of that Agreement have consented to the entry of an Order approving this Stipulation;

AND WHEREAS pursuant to 28 U.S.C. § 636 Plaintiffs and Defendants SEIKO EPSON and EPSON IMAGING DEVICES (together the "Parties") hereby consent to the jurisdiction of United States Magistrate Judge Mary Pat Thynge: (1) with respect to those claims brought in this action by Plaintiffs against Defendants SEIKO EPSON CORPORATION and EPSON IMAGING DEVICES CORPORATION and not with respect to any other claim brought by Plaintiffs in this action; and (2) for the purpose of interpreting and enforcing the Agreement;

NOW THEREFORE, upon the consent of the Parties hereto, it is hereby Ordered, Adjudged and Decreed that:

1.    This Court has jurisdiction over the subject matter of, and the Parties, to this action and venue is properly laid.

2.    The Court shall retain and hereby retains continuing exclusive jurisdiction over the Parties and the subject matter hereto for the purpose of interpreting and enforcing the Agreement.

3.    As a result of the Agreement, Defendants SEIKO EPSON and EPSON IMAGING DEVICES no longer have an interest in the subject matter of this action and therefore are hereby dismissed as Defendants in this action.  Further, Plaintiffs are hereby dismissed as Cross-Defendants for all claims alleged against Plaintiffs by Cross-Plaintiff SEIKO EPSON CORPORATION.

4.    Each Party hereto shall bear its own costs and attorneys' fees incurred in this action.


MORRIS, NICHOLS, ARSHT                    SMITH, KATZENSTEIN & FURLOW LLP
  & TUNNELL LLP

*/s/ Leslie A. Polizoti*                    */s/ Robert J. Katzenstein*
_____          _____
Thomas C. Grimm (#1098)                   Robert J. Katzenstein (#378)
Leslie A. Polizoti (#4299)                Robert Karl Beste, III (#3931)
Maria Granovsky (#4709)                   800 Delaware Avenue, 7th Floor
1201 N. Market Street                     P.O. Box 410
P.O. Box 1347                             Wilmington, DE  19899
Wilmington, DE  19899-1347                (302) 652-8400
(302) 658-9200                            rjk@skfdelaware.com
tgrimm@mnat.com                           rkb@skfdelaware.com
lpolizoti@mnat.com                         *Attorneys for Defendants Seiko Epson*
mgranovsky@mnat.com                        *Corporation and Epson Imaging Devices*
 *Attorneys for Honeywell International Inc.*   *Corporation*
 *and Honeywell Intellectual Properties Inc.*
 *in Civil Action No. 04-1338-\*\*\**

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

_____
Steven J. Balick (#2114)
John G. Day (#2403)
Lauren E. Maguire (#4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
  *Attorneys for Honeywell International Inc.*
  *and Honeywell Intellectual Properties Inc.*
  *in Civil Action No. 04-1337-***

Dated: April 23, 2007

SO ORDERED this ____ day of April, 2007.


_____
United States Magistrate Judge

784363

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 23, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: John R. Alison, Parker H. Bagley, Robert J. Benson, Robert Karl Beste, III, Elizabeth L. Brann, Christopher E. Chalsen, Hua Chen, Arthur G. Connolly, III, Frederick L. Cottrell, III, Francis DiGiovanni, Thomas M. Dunham, Kevin C. Ecker, Amy Elizabeth Evans, York M. Faulkner, Maria Granovsky, Christopher J. Gaspar, Alexander E. Gasser, Alan M. Grimaldi, Thomas C. Grimm, Thomas Lee Halkowski, Angie Hankins, Richard L. Horwitz, Dan C. Hu, John T. Johnson, Robert J. Katzenstein, Nelson M. Kee, Richard D. Kelly, Matthew W. King, Stephen S. Korniczky, Gary William Lipkin, Hamilton Loeb, Robert L. Maier, David J. Margules, David Ellis Moore, Carolyn E. Morris, Arthur I. Neustadt, Elizabeth A. Niemeyer, Andrew M. Ollis, Karen L. Pascale, Adam Wyatt Poff, Leslie A. Polizoti, John F. Presper, Alana A. Prills, Steven J. Rizzi, Lawrence Rosenthal, Avelyn M. Ross, Philip A. Rovner, Diana M. Sangelli, Robert C. Scheinfeld, Carl E. Schlier, Chad Michael Shandler, John W. Shaw, Matthew W. Siegal, Neil P. Sirota, Monte Terrell Squire, William J. Wade, Roderick B. Williams, Edward R. Yoches.

I also certify that on April 23, 2007, I caused to be served true and correct copies of the foregoing on the following as indicated below:

**BY E-MAIL:**

John W. Shaw
Monte T. Squire
YOUNG CONAWAY STARGATT
    & TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
jshaw@ycst.com

*Attorneys for Sony Corporation*

William J. Wade
RICHARDS LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE  19899-0551
wade@rlf.com

*Attorneys for Arima Display Corporation*

Karen L. Pascale
YOUNG CONAWAY STARGATT
    & TAYLOR, LLP
The Brandywine Building, 17th floor
1000 West Street
Wilmington, DE  19801
kpascale@ycst.com

*Attorneys for Optrex America, Inc.*

Philip A. Rovner
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899
provner@potteranderson.com

*Attorneys for Fuji Photo Film Co., Ltd.*
*and Fuji Photo Film U.S.A., Inc.*

David J. Margules
John M. Seaman
BOUCHARD MARGULES
  & FRIEDLANDER, P.A.
222 Delaware Ave., Suite 1400
Wilmington DE 19801
dmargules@BMF-law.com

*Attorneys for Citizen Watch Co., Ltd.*
*and Citizen Displays Co., Ltd.*


Gary W. Lipkin
DUANE MORRIS LLP
1100 North Market Street, 12th Floor
Wilmington, DE  19801-1246
GWLipkin@duanemorris.com

*Attorneys for InnoLux Display Corporation*


Robert C. Scheinfeld
Neil P. Sirota
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY  10112
robert.scheinfeld@bakerbotts.com
neil.sirota@bakerbotts.com

*Attorneys for Hitachi Displays, Ltd.*


Robert J. Katzenstein
Robert Karl Beste, III
SMITH, KATZENSTEIN
  & FURLOW LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899
rjk@skfdelaware.com

*Attorneys for Seiko Epson Corporation*


Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com

*Attorneys for Hitachi Displays, Ltd., Wintek*
*Corp., Wintek Electro-Optics Corporation,*
*Samsung SDI America, Inc.  and Samsung*
*SDI Co., Ltd.*


Andrew M. Ollis
OBLON, SPIVAK, McCLELLAND,
  MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA  22314
aollis@oblon.com

*Attorneys for Optrex America, Inc.*

Elizabeth A. Niemeyer
FINNEGAN, HENDERSON,
  FARABOW, GARRETT
  & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001
elizabeth.niemeyer@finnegan.com

York M. Faulkner
FINNEGAN, HENDERSON,
  FARABOW, GARRETT
  & DUNNER, L.L.P.
11955 Freedom Drive
Reston, VA  20190
york.faulkner@finnegan.com

*Attorneys for Wintek Corp. and Wintek
Electro-Optics Corporation*


John Flock
KENYON & KENYON
One Broadway
New York, NY  10004-1050
jflock@kenyon.com

*Attorneys for Sony Corporation*


Lawrence Rosenthal
Matthew W. Siegal
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY  10038-4982
lrosenthal@stroock.com
msiegal@stroock.com

*Attorneys for Fuji Photo Film Co., Ltd.
and Fuji Photo Film U.S.A., Inc.*

Stephen S. Korniczky
Elizabeth L. Brann
PAUL, HASTINGS, JANOFSKY
  & WALKER LLP
3579 Valley Centre Drive
San Diego, CA  92130
stephenkorniczky@paulhastings.com
elizabethbrann@paulhastings.com

Hamilton Loeb
PAUL, HASTINGS, JANOFSKY
  & WALKER LLP
875 15th Street, N.W.
Washington, DC  20005
hamiltonloeb@paulhastings.com

*Attorneys for Samsung SDI Co., Ltd.
and Samsung SDI America, Inc.*


Stuart Lubitz
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
slubitz@hhlaw.com

*Attorneys for Seiko Epson Corporation, Citizen
Watch Co., Ltd. and Citizen Displays Co., Ltd.*


Dan C. Hu
TROP PRUNER & HU, P.C.
1616 South Voss Road
Suite 750
Houston, TX  77057-2631
hu@tphm.com

*Attorneys for Arima Display Corporation*

Donald R. McPhail
DUANE MORRIS LLP
1667 K Street, N.W., Suite 700
Washington, DC 20006
drmcphail@duanemorris.com

*Attorneys for InnoLux Display Corporation*

**BY FEDERAL EXPRESS**

Mr. Seong Yoon Jeong
Assistant Manager
Technology Planning Group
BOE HYDIS TECHNOLOGY CO., LTD.
San 136-1, Ami-ri, Bubal-eub
Ichon-si, Gyeonggi-do 467-701
Republic of Korea


*/s/ Leslie A. Polizoti*

Leslie A. Polizoti (#4299)
lpolizoti@mnat.com

784363