

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> SEIKO EPSON CORPORATION and EPSON IMAGING DEVICES CORPORATION, <br><br> Defendants. | C.A. No. 04-1338-*** <br> (Consolidated) |

**STIPULATION AND ORDER OF DISMISSAL**

WHEREAS, the Court being advised that the Plaintiffs have settled and resolved their differences with Defendants SEIKO EPSON CORPORATION and EPSON IMAGING DEVICES CORPORATION (including its predecessor, Sanyo Epson Imaging Devices Corp.), and have entered into an Agreement setting out the terms and conditions of the settlement, having an effective date of April 4, 2007 ("Agreement"), and as part of that Agreement have consented to the entry of an Order approving this Stipulation;

AND WHEREAS pursuant to 28 U.S.C. § 636 Plaintiffs and Defendants SEIKO EPSON and EPSON IMAGING DEVICES (together the "Parties") hereby consent to the jurisdiction of United States Magistrate Judge Mary Pat Thynge: (1) with respect to those claims brought in this action by Plaintiffs against Defendants SEIKO EPSON CORPORATION and EPSON IMAGING DEVICES CORPORATION and not with respect to any other claim brought by Plaintiffs in this action; and (2) for the purpose of interpreting and enforcing the Agreement;

NOW THEREFORE, upon the consent of the Parties hereto, it is hereby Ordered, Adjudged and Decreed that:

1.  This Court has jurisdiction over the subject matter of, and the Parties, to this action and venue is properly laid.

2.  The Court shall retain and hereby retains continuing exclusive jurisdiction over the Parties and the subject matter hereto for the purpose of interpreting and enforcing the Agreement.

3.  As a result of the Agreement, Defendants SEIKO EPSON and EPSON IMAGING DEVICES no longer have an interest in the subject matter of this action and therefore are hereby dismissed as Defendants in this action. Further, Plaintiffs are hereby dismissed as Cross-Defendants for all claims alleged against Plaintiffs by Cross-Plaintiff SEIKO EPSON CORPORATION.

4.  Each Party hereto shall bear its own costs and attorneys' fees incurred in this action.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SMITH, KATZENSTEIN & FURLOW LLP |
|---|---|
| */s/ Leslie A. Polizoti* | */s/ Robert J. Katzenstein* |
| Thomas C. Grimm (#1098)<br>Leslie A. Polizoti (#4299)<br>Maria Granovsky (#4709)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>tgrimm@mnat.com<br>lpolizoti@mnat.com<br>mgranovsky@mnat.com<br>*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc. in Civil Action No. 04-1338-\*\*\** | Robert J. Katzenstein (#378)<br>Robert Karl Beste, III (#3931)<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899<br>(302) 652-8400<br>rjk@skfdelaware.com<br>rkb@skfdelaware.com<br>*Attorneys for Defendants Seiko Epson Corporation and Epson Imaging Devices Corporation* |

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

---

Steven J. Balick (#2114)
John G. Day (#2403)
Lauren E. Maguire (#4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
  *Attorneys for Honeywell International Inc.*
  *and Honeywell Intellectual Properties Inc.*
  *in Civil Action No. 04-1337-****

Dated: April 23, 2007

SO ORDERED this __24__ day of April, 2007.

_____
United States Magistrate Judge

784363