## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2007, I electronically filed the foregoing **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF. I also caused a copy of the same to be served upon the following recipients by Email and U.S. Mail.

Thomas C. Grimm
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801
tgrimm@mnat.com
lpolizoti@mnat.com

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
provner@potteranderson.com

William J. Wade
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801
wade@rlf.com

Adam W. Poff
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
apoff@ycst.com

Matthew Neiderman
Duane Morris LLP
1100 N. Market Street
Suite 1200
Wilmington, DE 19801
mneiderman@duanemorris.com

John W. Shaw
Karen Keller
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
kkeller@ycst.com

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market St., Suite 1100
Wilmington, DE 19801
halkowski@fr.com

Frederick L. Cottrell, III
Chad Michael Shandler
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801
cottrell@rlf.com
shandler@rlf.com

Francis DiGiovanni
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
fdigiovanni@cblh.com

Robert J. Katzenstein
Smith, Katzenstein, & Furlow
800 Delaware Avenue, 7th Fl.
Wilmington, DE 19801
rkatzenstein@skfdelaware.com

{BMF-W0051397.}

Amy Evans
Cross & Simon, LLC
913 N. Market Street, Suite 1001
Wilmington, DE 19801
aevans@crosslaw.com

Arthur G. Connolly, III
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
ac3@cblhlaw.com

Steven J. Balick
John G. Day
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19801
sbalick@ashby-geddes.com
jday@ashby-geddes.com

Gary William Lipkin
Duane Morris LLP
1100 N. Market Street
Suite 1200
Wilmington, DE 19801
gwlipkin@duanemorris.com

Karen L. Pascale
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
kpascale@ycst.com

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801
marsden@fr.com

William F. Taylor, Jr.
Thomas D. Walsh
McCarter & English, LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801
wtaylor@mccarter.com
twalsh@mccarter.com

Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Monte Terrell Squire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899
msquire@ycst.com

BOUCHARD MARGULES & FRIEDLANDER, P.A.

*/s/ John M. Seaman*
David J. Margules (Bar No. 2554)
John M. Seaman (Bar No. 3868)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Tel: (302) 573-3508
Fax: (302) 573-3501
E-mail: dmargules@bmf-law.com
E-mail: jseaman@bmf-law.com

*Attorneys for Defendants Citizen Watch Co., Ltd. and Citizen Displays Co. Ltd.*