THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

- - -

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL, INC., et al., | : | CIVIL ACTIONS |
| Plaintiffs, | : | |
| v. | : | |
| APPLE COMPUTER, INC., et al., | : | NO. 04-1338-*** |
| Defendants. | : | |
| ----------------------------------------------------------------- | : | |
| HONEYWELL INTERNATIONAL, INC., et al., | : | |
| Plaintiffs, | : | |
| v. | : | |
| AUDIOVOX COMMUNICATIONS CORP., et al., | : | NO. 04-1337-*** |
| Defendants. | : | |
| ----------------------------------------------------------------- | : | |
| OPTREX AMERICA, INC., | : | |
| Plaintiff, | : | |
| v. | : | |
| HONEYWELL INTERNATIONAL, INC., et al., | : | NO. 04-1536-*** |
| Defendants. | : | |

- - -

**TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES
UNITED STATES EMBASSY, OSAKA, JAPAN**

Upon the application of Plaintiff, Honeywell International, Inc. and Honeywell Intellectual Properties Inc., and pursuant to Article 17 of the United States-Japan Consular Convention, it is ordered that the deposition on notice of the following witness to be taken at the United States Embassy in Osaka, Japan:

1

For Defendants Fuji Photo Film Co., LTD:

**Toshihisa Iida**
Manager, International Marketing, Digital Imaging Products Division
Fuji Photo Film Corporation, Ltd.
26-30 Nishiazabu, 2-Chome Minato-ku
Tokyo 106-8620 Japan

**Atsushi Nakamura**
Senior Technical Manager
Intellectual Property Legal Division
R&D Management HQ of Fuji Japan
Fuji Photo Film Corporation, Ltd.
26-30 Nishiazabu 2-Chome, Minato-ku
Tokyo 106-8620 Japan

**Munetoshi Mohre**
Products Research & Development Center
Electronic Imaging Products Division
Fuji Photo Film Corporation, Ltd.
Asaka Technology Development Center
13-45 Senzui 3-Chome, Asaka-shi
Saitama 351-8585 Japan


Commencing on or about May 24, 2007 at 8:30 a.m. and terminating on or about May 25, 2007

4:30 p.m. and to mark any documentary exhibits in connection therewith.

Counsel for Defendants Fuji Photo Film Co., LTD who will participate in said deposition are:

**Matthew Siegal**
**Lawrence Rosenthal**
**Ian DiBernardo**
Stroock, Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038


Counsel for Plaintiffs who will participate in said deposition are:

**Alan McKenna**
Robins, Kaplan, Miller & Ciresi L.L.P.
800 Boyston
25th Floor
Boston, MA 02199-7080

**Pete Surdo**
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402

Honeywell's translator will be:

**Jared Taylor**
2705 Green Holly Springs Court
Oakton, VA 22124

Fuji's check interpreter will be:

**William Lise**
New-Tech, Ltd.
Rm 405, 1-403-4 Kosugimachi
Nakahara-ku,
Kawasaki 211-0063 Japan

Representative from Fuji:

**Leiko Manabe**

The Proceedings will be reported by:

**Richard Stirewalt**
**Ryan Michael Stirewalt**
**Michael Domin**
**Anne Sager**
Stirewalt & Associates
P.O. Box 416
Deerwood, MN 56444

Please cause the testimony of said witness to be reduced to writing and the deposition signed by said witness and annex said deposition testimony to your commission and close the same under your seal and make return thereof to this Court with all convenient speed.

Date: _____     _____
                                 United States Magistrate Judge