IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL, INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 04-1338-*** |
| APPLE COMPUTER, INC., et al., | : : : | |
| Defendants. | : : | |
| HONEYWELL INTERNATIONAL, INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., | : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 04-1337-*** |
| AUDIOVOX COMMUNICATIONS CORP., et al., | : : : | |
| Defendants. | : : | |
| OPTREX AMERICA, INC., | : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 04-1536-*** |
| HONEYWELL INTERNATIONAL, INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., | : : : : | |
| Defendants. | : | |

**ORDER**

At Wilmington this **27th** day of **April, 2007**.

IT IS ORDERED that a teleconference has been scheduled with Judge Thynge for **Thursday, May 17, 2007 at 11:00 a.m. Eastern Time** to discuss the discovery disputes between Honeywell and Optrex, Hitachi, and Fuji <u>only</u>.  **Plaintiffs' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE