

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

www.potteranderson.com

May 1, 2007

**VIA ELECTRONIC FILING**

The Honorable Mary Pat Thynge
United States District Court for the District of Delaware
844 N. King Street, Room 6100
Wilmington, Delaware 19801

  Re: **Honeywell International Inc., et al. v. Audiovox Communications Corp., et al.**
    **C.A. No. 04-1337-\*\*\***
    **Honeywell International Inc., et al. v. Apple Computer, Inc., et al..**
    **C.A. No. 04-1338-\*\*\***
    **Optrex America, Inc. v. Honeywell International Inc., et al.**
    **C.A. No. 04-1536-\*\*\***

Dear Magistrate Judge Thynge:

  I am writing on behalf of defendant Hitachi Displays, Ltd. to inform the Court that Hitachi Displays, Ltd. hereby formally joins (1) Fuji's April 10, 2007 letter motion for an order compelling production of the valuation document and related documents that Honeywell is withholding (D.I. 763) and (2) Optrex's April 10, 2007 letter motion for an order compelling certain discovery from Honeywell relating to Honeywell's "hit rate." (D.I. 765).

  Counsel are available at the Court's convenience to discuss these matters.

         Respectfully,

         */s/ Richard L. Horwitz*

         Richard L. Horwitz

792482

cc: Clerk of the Court (via hand delivery)
   All Local Counsel of Record (via ECF and hand delivery)