IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) C.A. No. 04-1338 *** |
| Plaintiffs, | ) ) **DEMAND FOR JURY TRIAL** |
| v. | ) ) |
| APPLE COMPUTER, INC., et al., | ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I hereby certify that on April 24, 2007, counsel for defendants Citizen Watch Co., Ltd. and Citizen Displays co. Ltd. ("Citizen") caused copies of Citizen's *Responses and Objections to Plaintiffs' Second Set of Document Requests* to be served on the following by email and U.S. Mail:

Thomas C. Grimm
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801
tgrimm@mnat.com
lpolizoti@mnat.com

John W. Shaw
Karen Keller
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
jshaw@ycst.com
kkeller@ycst.com

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
provner@potteranderson.com

Thomas L. Halkowski
Fish & Richardson P.C.
919 N. Market St., Suite 1100
Wilmington, DE 19801
halkowski@fr.com

{BMF-W0052604.}

| | |
|---|---|
| William J. Wade<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801<br>wade@rlf.com | Frederick L. Cottrell, III<br>Chad Michael Shandler<br>Richards, Layton & Finger<br>One Rodney Square<br>Wilmington, DE 19801<br>cottrell@rlf.com<br>shandler@rlf.com |
| Adam W. Poff<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>apoff@ycst.com | Francis DiGiovanni<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>fdigiovanni@cblh.com |
| Matthew Neiderman<br>Duane Morris LLP<br>1100 N. Market Street<br>Suite 1200<br>Wilmington, DE 19801<br>mneiderman@duanemorris.com | Robert J. Katzenstein<br>Smith, Katzenstein, & Furlow<br>800 Delaware Avenue, 7th Fl.<br>Wilmington, DE 19801<br>rkatzenstein@skfdelaware.com |
| Amy Evans<br>Cross & Simon, LLC<br>913 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>aevans@crosslaw.com | Karen L. Pascale<br>Young Conaway Stargatt & Taylor LLP<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>kpascale@ycst.com |
| Arthur G. Connolly, III<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>ac3@cblhlaw.com | William J. Marsden, Jr.<br>Fish & Richardson, P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801<br>marsden@fr.com |
| Steven J. Balick<br>John G. Day<br>Ashby & Geddes<br>222 Delaware Avenue<br>17th Floor<br>Wilmington, DE 19801<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com | William F. Taylor, Jr.<br>Thomas D. Walsh<br>McCarter & English, LLP<br>919 N. Market Street, Suite 1800<br>Wilmington, DE 19801<br>wtaylor@mccarter.com<br>twalsh@mccarter.com |

Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

|  |  |
|---|---|
| OF COUNSEL:<br>Stuart Lubitz<br>David H. Ben-Meir<br>HOGAN & HARTSON, LLP<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, California<br>90067-6047 | BOUCHARD MARGULES & FRIEDLANDER, P.A.<br><br>*/s/ John M. Seaman*<br>David J. Margules (Bar No. 2554)<br>John M. Seaman (Bar No. 3868)<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>Tel:   (302) 573-3508<br>Fax:   (302) 573-3501<br>E-mail: dmargules@bmf-law.com<br>E-mail: jseaman@bmf-law.com<br><br>*Attorneys for Defendants*<br>*Citizen Watch Co., Ltd. and*<br>*Citizen Displays Co., Ltd.* |

DATED:  May 2, 2007