IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 04-1338-*** ) (consolidated) ) ) **JURY TRIAL DEMANDED** ) ) ) ) |

## NOTICE OF SERVICE

The undersigned counsel for defendants Samsung SDI Co., Ltd. and Samsung SDI America, Inc. hereby certifies that copies of the following documents were caused to be served on May 2, 2007, upon the following attorneys of record at the following addresses as indicated:

> SAMSUNG SDI CO., LTD.'S RESPONSE TO PLAINTIFF'S SECOND SET OF DOCUMENT REQUESTS
>
> SAMSUNG SDI AMERICA, INC.'S RESPONSE TO PLAINTIFF'S SECOND SET OF DOCUMENT REQUESTS

### VIA HAND DELIVERY & ELECTRONIC MAIL

Thomas C. Grimm, Esq.
Leslie A. Polizoti, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
tgrimm@mnat.com
lpolizoti@mnat.com

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899
provner@potteranderson.com

| | |
|---|---|
| Karen L. Pascale, Esq.<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Bldg., 17th Fl.<br>1000 West Street<br>Wilmington, DE 19801<br>kpascale@ycst.com | David J. Margules, Esq.<br>John M. Seaman, Esq.<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>dmargules@bmf-law.com<br>jseaman@bmf-law.com |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Stephen S. Korniczky
Elizabeth L. Brann
PAUL HASTINGS JANOFSKY &
WALKER LLP
3579 Valley Centre Drive
San Diego, CA 92130
Tel: (858) 720-2500
Fax: (858) 720-2555

Hamilton Loeb
PAUL HASTINGS JANOFSKY &
WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
Tel: (202) 551-1700
Fax: (202) 551-1705

Dated: May 2, 2007
792801 / 29140

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendants Samsung SDI Co., Ltd.
and Samsung SDI America, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 2, 2007, the within document was served via hand delivery and electronic mail, and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Thomas C. Grimm, Esq.
Leslie A. Polizoti, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
tgrimm@mnat.com
lpolizoti@mnat.com

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899
provner@potteranderson.com

Karen L. Pascale, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801
kpascale@ycst.com

David J. Margules, Esq.
John M. Seaman, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
dmargules@bmf-law.com
jseaman@bmf-law.com

By: /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

785096