# YOUNG CONAWAY STARGATT & TAYLOR, LLP

KAREN L. PASCALE
DIRECT DIAL: (302) 571-5001
DIRECT FAX: (302) 576-3516
kpascale@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

May 2, 2007

**BY E-FILING**

The Honorable Mary Pat Thynge
United States District Court
844 King Street
Wilmington, DE 19801

    Re: *Honeywell International Inc., et al v. Apple Computer Inc., et al.*
        C.A. Nos. 04-1337, -1338, and -1536-*** (Consolidated)

Dear Judge Thynge:

    I write to inform the Court that Optrex America, Inc. ("Optrex") formally joins Fuji's April 10, 2007 letter motion for an order compelling production of the valuation document and related documents from Honeywell ("Fuji discovery dispute no. 1") (D.I. 763).

    Optrex understands that this motion, along with Fuji's second April 10, 2007 letter motion for an order compelling production of data, documents, and things related to "teardowns" (i.e., dismantling of products) performed by Honeywell ("Fuji discovery dispute no. 2") (D.I. 764), and Optrex's own letter motion for an order compelling certain discovery from Honeywell relating to Honeywell's "hit rate" (*see* D.I. 765), will be addressed during the telephone conference which has been scheduled for 11:00 a.m. on Thursday, May 17, 2007.

Respectfully,

*/s/ Karen L. Pascale*
Karen L. Pascale
Delaware Bar No. 2903

cc:  Dr. Peter T. Dalleo, Clerk (by hand)
      CM/ECF list (by e-filing)
      Thomas C. Grimm, Esquire (by hand)
      Matthew L. Woods, Esquire (by e-mail)
      Andrew M. Ollis, Esquire (by e-mail)