# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

ATTORNEYS AT LAW

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500 Fax: 612-339-4181
www.rkmc.com

MATTHEW L. WOODS
612-349-8272

May 17, 2007

**VIA E-MAIL**

Elizabeth A. Niemeyer, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue NW
Washington, DC 20001

Re: Honeywell International, Inc., et al. v. Apple Computer, Inc., et al.
Civil Action No. 04-1338 (KAJ) (Consolidated)
Our File No. 019896-0229

Dear Elizabeth:

As you have likely heard, several of the Manufacturer Defendants and Honeywell had a hearing before Judge Thynge on certain discovery issues. In the process, Judge Thynge raised an issue regarding a still pending motion of Honeywell to amend the Complaint in this matter, filed in July of last year. According to Judge Thynge's records, Wintek is the only remaining defendant who had objected to that proposed amendment. She asked me to inquire whether Wintek maintains its opposition to the pending motion.

Out of courtesy to Judge Thynge's schedule, please let me know Wintek's position as soon as possible.

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Matthew L. Woods

MLW/sdg
cc: Stacie E. Oberts, Esq.
Anthony A. Froio, Esq.
Thomas C. Grimm, Esq.