05/22/2007  13:21   2024084400                FINNEGAN HENDERSON                          PAGE  02



901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

**FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP**

**ELIZABETH A. NIEMEYER**
202.408.4238
elizabeth.niemeyer@finnegan.com

May 22, 2007

Mr. Matthew L. Woods
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

**Via Facsimile**
612.339.4181

Re:   *Honeywell Int'l et al. v. Apple Computer et al.*,
      C.A. No. 04-1338-KAJ (D. Del.)

Dear Matt:

I write in response to your May 17, 2007 letter regarding Wintek's and WEOC's positions regarding Honeywell's motion for leave to file a second amended complaint. Wintek and WEOC maintain the position set forth in their August 11, 2006 partial opposition to Honeywell's motion for leave.

Sincerely,

*[signature]*

Elizabeth A. Niemeyer