IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 04-1338-*** (consolidated) <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned counsel for defendants Samsung SDI Co., Ltd. and Samsung SDI America, Inc. hereby certifies that copies of the following documents were caused to be served on June 4, 2007, upon the following attorneys of record at the following addresses as indicated:

> RESPONSE TO PLAINTIFFS' SECOND SET OF REQUESTS FOR ADMISSION TO SAMSUNG SDI CO., LTD. (NO. 22)
>
> RESPONSE TO PLAINTIFFS' THIRD SET OF REQUEST FOR PRODUCTION OF DOCUMENTS TO SAMSUNG SDI AMERICA, INC. (NO. 57)
>
> SAMSUNG SDI CO., LTD.'S OBJECTIONS AND RESPONSE TO PLAINTIFFS' THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO SAMSUNG SDI CO., LTD. (NO. 57)
>
> SAMSUNG SDI AMERICA, INC.'S OBJECTIONS AND RESPONSE TO PLAINTIFFS' NOTICE OF RULE 30(B)(6) DEPOSITION OF DEFENDANT SAMSUNG SDI AMERICA, INC.
>
> SAMSUNG SDI CO., LTD.'S OBJECTIONS AND RESPONSE TO PLAINTIFFS' NOTICE OF RULE 30(B)(6) DEPOSITION OF DEFENDANT SAMSUNG SDI CO., LTD.

**VIA HAND DELIVERY AND ELECTRONIC MAIL**

Thomas C. Grimm, Esq.
Leslie A. Polizoti, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
tgrimm@mnat.com
lpolizoti@mnat.com

Karen L. Pascale, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801
kpascale@ycst.com

OF COUNSEL:

Stephen S. Korniczky
Elizabeth L. Brann
PAUL HASTINGS JANOFSKY &
WALKER LLP
3579 Valley Centre Drive
San Diego, CA 92130
Tel: (858) 720-2500

Hamilton Loeb
PAUL HASTINGS JANOFSKY &
WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
Tel: (202) 551-1700

Dated: June 4, 2007
799157 / 29140

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899
provner@potteranderson.com

David J. Margules, Esq.
John M. Seaman, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
dmargules@bmf-law.com
jseaman@bmf-law.com

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant Samsung SDI Co., Ltd. and Samsung SDI America, Inc.*

Case 1:04-cv-01338-JJF    Document 822    Filed 06/04/2007    Page 3 of 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 4, 2007, the within document was served via hand delivery and electronic mail, and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Thomas C. Grimm, Esq.
Leslie A. Polizoti, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
tgrimm@mnat.com
lpolizoti@mnat.com

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899
provner@potteranderson.com

Karen L. Pascale, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801
kpascale@ycst.com

David J. Margules, Esq.
John M. Seaman, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
dmargules@bmf-law.com
jseaman@bmf-law.com

By: /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

785096