Case 1:04-cv-01338-***   Document 824-2   Filed 06/04/2007   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., ) ) ) ) Plaintiffs, ) ) v. ) ) APPLE COMPUTER, INC., et al., ) ) Defendants. ) | C.A. No. 04-1338-*** (Consolidated) |

**TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES**
**UNITED STATES EMBASSY, TOKYO, JAPAN**

Upon the application of Plaintiffs, Honeywell International Inc. and Honeywell Intellectual Properties Inc., and pursuant to Article 17 of the United States-Japan Consular Convention, it is ordered that the depositions on notice of the following witnesses to be taken at the United States Embassy in Tokyo, Japan:

1. Mr. Yoshiyuki Tsukizaki
   General Manager, Design Department No. 2, FPD Design Division
   Hitachi Displays, Ltd.
   3300 Hayano, Mobara-shi
   Chiba-ken, 297-8622 Japan

2. Hiroyuki Kato
   Hitachi Displays, Ltd.
   3300, Hayano, Mobara-shi, Chiba-ken, 297-8622 Japan

3. Akira Kojima
   Hitachi Displays, Ltd.
   AKS Bldg., 3, Kandaneribei-cho, Chiyoda-ku, Tokyo, 101-1002 Japan

4. Toshihiko Tanaka
   Hitachi Displays, Ltd.
   3300, Hayano, Mobara-shi, Chiba-ken, 297-8622 Japan

Commencing on or about July 2, 2007 at 8:30 a.m. and terminating on or about July 6, 2007 at 4:30 p.m. and to mark any documentary exhibits in connection therewith.

Counsel for Defendants Hitachi Displays, Ltd. who will participate in said depositions are:

Neil Sirota
Robert Scheinfeld
Robert Maier
Baker Botts L.L.P.
30 Rockerfeller Plaza
New York, NY 10112

Counsel for Plaintiffs who will participate in said depositions are:

Alan McKenna
Robins, Kaplan, Miller & Ciresi L.L.P.
800 Boylston, 25th Floor
Boson, MA 02199-7080

Peter Surdo
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Ave.
Minneapolis, MN 55402

Representatives from Hitachi Displays, Inc. who will participate in said depositions are:

Mr. Toyokazu Nagano
Mr. Masao Hatakeyama
Ms. Yuko Wakai
Ms. Mayu Sasaki

Honeywell's translator will be:

Jared Taylor
2705 Green Holly Springs Court
Oakton, VA 22124

Hitachi's check interpreter will be:

William Lise
New-Tech, Ltd

The Proceedings will be reported by:

Stirewalt & Associates
Richard Stirewalt
Ryan Michael Stirewalt
Michael Domin
Anne Sager
P.O. Box 416
Deerwood, MN 56444

Please cause the testimony of said witness to be reduced to writing and the deposition signed by said witness and annex said deposition testimony to your commission and close the same under your seal and make return thereof to this Court with all convenient speed.

Date: 6/5/07

United States Magistrate Judge

849511