**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and, HONEYWELL INTELLECTUAL PROPERTIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 04-1338-KAJ ) ) ) ) ) ) ) ) |

**SUBSTITUTION OF COUNSEL**

PLEASE ENTER THE APPEARANCE of Matt Neiderman, Esq. of Duane Morris LLP, as attorney for Defendant, Innolux Display Corporation and withdraw the appearance of Gary W. Lipkin, Esq. in the above-captioned action.

**DUANE MORRIS LLP**                                   **DUANE MORRIS LLP**

/s/ Matt Neiderman                                           /s/ Gary W. Lipkin
Matt Neiderman (Bar I.D. No. 4018)              Gary W. Lipkin (Bar I.D. No. 4044)
1100 N. Market St., Suite 1200                       1100 N. Market St., Suite 1200
Wilmington, DE 19801                                     Wilmington, DE 19801
(302) 657-4900                                                  (302) 657-4900

2

**CERTIFICATE OF SERVICE**

I, Matt Neiderman, do hereby certify that on June 14, 2007, I caused the foregoing document to be served on all counsel of record via e-filing.

/s/ Matt Neiderman
Matt Neiderman (Bar I.D. No. 4018)