IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE COMPUTER, INC., *et al.*,<br><br>Defendants. | C.A. No. 04-1338-***<br>(consolidated)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned counsel for defendants Samsung SDI Co., Ltd. and Samsung SDI America, Inc. hereby certifies that copies of the following documents were caused to be served on June 26, 2007, upon the following attorneys of record at the following addresses as indicated:

> RESPONSE TO PLAINTIFFS' SECOND SET OF REQUESTS FOR ADMISSION TO SAMSUNG SDI AMERICA, INC. (NO. 22)
>
> RESPONSE TO PLAINTIFFS' FOURTH SET OF INTERROGATORIES TO SAMSUNG SDI AMERICA, INC. (NO. 19)
>
> SAMSUNG SDI CO., LTD.'S RESPONSE TO PLAINTIFFS' FOURTH SET OF INTERROGATORIES TO SAMSUNG SDI CO., LTD. (NO. 19)

**VIA HAND DELIVERY AND ELECTRONIC MAIL**

| | |
|---|---|
| Thomas C. Grimm, Esq.<br>Leslie A. Polizoti, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>tgrimm@mnat.com<br>lpolizoti@mnat.com | Philip A. Rovner<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19899<br>provner@potteranderson.com |

**VIA HAND DELIVERY AND ELECTRONIC MAIL (cont'd)**

Karen L. Pascale, Esq.  
Young, Conaway, Stargatt & Taylor, LLP  
The Brandywine Bldg., 17th Fl.  
1000 West Street  
Wilmington, DE 19801  
kpascale@ycst.com

David J. Margules, Esq.  
John M. Seaman, Esq.  
Bouchard Margules & Friedlander, P.A.  
222 Delaware Avenue, Suite 1400  
Wilmington, DE 19801  
dmargules@bmf-law.com  
jseaman@bmf-law.com

OF COUNSEL:

Stephen S. Korniczky  
Elizabeth L. Brann  
PAUL HASTINGS JANOFSKY &  
WALKER LLP  
3579 Valley Centre Drive  
San Diego, CA 92130  
Tel: (858) 720-2500

Hamilton Loeb  
PAUL HASTINGS JANOFSKY &  
WALKER LLP  
875 15th Street, N.W.  
Washington, D.C. 20005  
Tel: (202) 551-1700

Dated: June 26, 2007  
803812 / 29140

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore  
    Richard L. Horwitz (#2246)  
    David E. Moore (#3983)  
    Hercules Plaza, 6th Floor  
    1313 N. Market Street  
    Wilmington, DE 19801  
    Tel: (302) 984-6000  
    rhorwitz@potteranderson.com  
    dmoore@potteranderson.com

*Attorneys for Defendant Samsung SDI Co., Ltd. and Samsung SDI America, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 26, 2007, the within document was served via hand delivery and electronic mail, and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| Thomas C. Grimm, Esq.<br>Leslie A. Polizoti, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>tgrimm@mnat.com<br>lpolizoti@mnat.com | Philip A. Rovner<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19899<br>provner@potteranderson.com |
| Karen L. Pascale, Esq.<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Bldg., 17th Fl.<br>1000 West Street<br>Wilmington, DE 19801<br>kpascale@ycst.com | David J. Margules, Esq.<br>John M. Seaman, Esq.<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>dmargules@bmf-law.com<br>jseaman@bmf-law.com |

By: /s/ David E. Moore
    Richard L. Horwitz
    David E. Moore
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

785096