# EXHIBIT A

# CONFIDENTIAL EXHIBIT

# EXHIBIT B

# CONFIDENTIAL EXHIBIT

# EXHIBIT C

# CONFIDENTIAL EXHIBIT

# EXHIBIT D

# CONFIDENTIAL EXHIBIT