IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC. : <br> and HONEYWELL INTELLECTUAL : <br> PROPERTIES, INC., : <br>          : <br>          Plaintiffs,   : <br>          : <br> v.        : <br>          : <br> APPLE COMPUTER, INC., et al., : <br>          : <br>          Defendants.  : | Civil Action No. 04-1338-*** |

## ORDER

At Wilmington this **21st** day of **August, 2007,**

IT IS ORDERED that a continued mediation has been scheduled between **plaintiffs and the Wintek defendants only** for **Monday, August 27, 2006** at **11:00 a.m.** There shall be no submissions of the parties. All other provisions of the Court's November 16, 2006 Order remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE