## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 04-1338-*** (consolidated) |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| APPLE COMPUTER, INC., *et al.*, | ) ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

The undersigned counsel for defendant Wintek Corporation hereby certifies that copies of

the following documents were caused to be served on August 24, 2007, upon the following

attorneys of record at the following addresses as indicated:

WINTEK CORPORATION'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO HONEYWELL INTERNATIONAL INC. AND HONEYWELL INTELLECTUAL PROPERTIES INC.'S FIRST SET OF INTERROGATORIES TO WINTEK CORPORATION

WINTEK CORPORATION'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO HONEYWELL'S SECOND SET OF INTERROGATORIES TO WINTEK CORPORATION (NO. 17 [SIC: 19])

WINTEK CORPORATION'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO HONEYWELL INTERNATIONAL INC. AND HONEYWELL INTELLECTUAL PROPERTIES INC.'S INTERROGATORY NO. 18 [SIC: 20]

WINTEK CORPORATION'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO HONEYWELL INTERNATIONAL INC. AND HONEYWELL INTELLECTUAL PROPERTIES INC.'S INTERROGATORY NO. 19 [SIC: 21]

**VIA HAND DELIVERY AND ELECTRONIC MAIL**

Thomas C. Grimm
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
tgrimm@mnat.com
lpolizoti@mnat.com

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899
provner@potteranderson.com

Karen L. Pascale
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801
kpascale@ycst.com

David J. Margules
John M. Seaman
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
dmargules@bmf-law.com
jseaman@bmf-law.com

OF COUNSEL:

John R. Alison
E. Robert Yoches
Elizabeth A. Niemeyer
FINNEGAN, HENDERSON, FARABOW
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
Tel.: (202) 408-4000

York M. Faulkner
FINNEGAN, HENDERSON, FARABOW
GARRETT & DUNNER, L.L.P.
11955 Freedom Drive
Reston, VA 20190
Tel.: (571) 203-2700

POTTER ANDERSON & CORROON LLP

By:  */s/ Richard L. Horwitz*
        Richard L. Horwitz (#2246)
        David E. Moore (#3983)
        Hercules Plaza, 6th Floor
        1313 N. Market Street
        Wilmington, DE 19899
        Tel.: (302) 984-6000
        rhorwitz@potteranderson.com
        dmoore@potteranderson.com

*Attorneys for Defendant*
*Wintek Corporation*

Dated: August 24, 2007
814768 / 29017

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on August 24, 2007, the attached

document was electronically filed with the Clerk of the Court using CM/ECF which will

send notification to the registered attorney(s) of record that the document has been filed

and is available for viewing and downloading.

I hereby certify that on August 24, 2007, I have Electronically Mailed the

document to the following person(s):

Thomas C. Grimm
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
tgrimm@mnat.com
lpolizoti@mnat.com

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899
provner@potteranderson.com

Karen L. Pascale
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801
kpascale@ycst.com

David J. Margules
John M. Seaman
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
dmargules@bmf-law.com
jseaman@bmf-law.com

By: /s/ Richard L. Horwitz
    Richard L. Horwitz
    David E. Moore
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

785096