IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et al., <br><br> Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : C.A. No. 04-1338-*** <br> : <br> : <br> : <br> : <br> : |

**STIPULATION OF DISMISSAL**

On this day came on to be considered the above-entitled and numbered cause, and the Court being advised that the Plaintiffs have settled and resolved their differences with Defendants HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI DISPLAY DEVICES, LTD.; and HITACHI ELECTRONIC DEVICES (USA) INC. and have entered into an Agreement setting out the terms and conditions of the settlement, having an effective date of July 27, 2007 ("Agreement"), and as part of such agreement have consented to the entry of an Order approving this Stipulation;

Now therefore, upon the consent of the Parties hereto, it is hereby Ordered, Adjudged and Decreed that:

1. This Parties consent to the jurisdiction of this Court for purposes of entering this dismissal, and venue is properly laid.

2.  The Court shall retain and hereby retains continuing exclusive jurisdiction over the Parties and the subject matter hereto for the purpose of interpreting and enforcing the Agreement.

3.  As a result of the Agreement, HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI DISPLAY DEVICES, LTD.; and HITACHI ELECTRONIC DEVICES (USA) INC. are hereby dismissed as Defendants by the Plaintiffs without prejudice.

4.  Each Party hereto shall bear its own costs and attorneys' fees incurred in this action.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| /s/ Thomas C. Grimm | /s/ Richard L. Horwitz |
| Thomas C. Grimm (#1098) | Richard L. Horwitz (#2246) |
| Leslie A. Polizoti (#4299) | David E. Moore (#3983) |
| 1201 N. Market Street | Hercules Plaza, 6th Floor |
| P.O. Box 1347 | 1313 N. Market Street |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19801 |
| Tel: (302) 658-9200 | Tel: (302) 984-6000 |
| tgrimm@mnat.com | rhorwitz@potteranderson.com |
| lpolizoti@mnat.com | dmoore@potteranderson.com |
| *Attorneys for Plaintiffs* *Honeywell International Inc. and Honeywell Intellectual Properties Inc.* | *Attorneys for Defendants* *Hitachi, Ltd.; Hitachi Displays, Ltd.; Hitachi Display Devices, Ltd.; and Hitachi Electronics Devices (USA) Inc.* |

SO ORDERED this _____ day of _____, 2007.

_____
Magistrate Judge Mary Pat Thynge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on August 27, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on August 27, 2007, I have Electronically Mailed the document to the following person(s):

Thomas C. Grimm
Leslie A. Polizoti
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
tgrimm@mnat.com
lpolizoti@mnat.com

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899
provner@potteranderson.com

Karen L. Pascale
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801
kpascale@ycst.com

David J. Margules
John M. Seaman
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
dmargules@bmf-law.com
jseaman@bmf-law.com

By: /s/ Richard L. Horwitz
    Richard L. Horwitz
    David E. Moore
    Potter Anderson & Corroon LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

785096