IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL INC.; and )
HONEYWELL INTELLECTUAL PROPERTIES )
INC., )
                                                                  )
Plaintiffs, )
) C. A. No. 04-1338-***
v. )
)
APPLE COMPUTER, INC., *et al.* )
)
Defendants. )

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, true and correct copies of the following documents were served on the following counsel of record in the manner indicated:

EXPERT REPORT ON PRODUCT DESCRIPTIONS AND NON-INFRINGEMENT FOR DEFENDANTS FUJIFILM CORPORATION AND FUJIFILM U.S.A., INC. BY DR. ELLIOTT SCHLAM

EXPERT REPORT FOR DEFENDANTS FUJIFILM CORPORATION, FUJIFILM U.S.A., INC., SAMSUNG SDI CO., LTD., SAMSUNG SDI AMERICA, INC. AND OPTREX AMERICA INC. ON INVALIDITY AND UNENFORCEABILITY BY DR. ELLIOTT SCHLAM

### BY E-MAIL (W/O EXHIBITS) AND FEDERAL EXPRESS (W/EXHIBITS) – 9/4/07

        Matthew L. Woods, Esq.
        Stacie E. Oberts, Esq.
        Robins, Kaplan, Miller & Ciresi L.L.P.
        2800 LaSalle Plaza
        800 LaSalle Avenue
        Minneapolis, MN 55402-2015

<table>
<tr><td>

**BY E-MAIL (W/O EXHIBITS) 9/4/07**
**FEDERAL EXPRESS (W/EXHIBITS)**
**9/5/07**

Elizabeth L. Brann, Esq.
Martin R. Bader, Esq.
Paul, Hastings, Janofsky & Walker LLP
3579 Valley Centre Drive
San Diego, CA 92130

</td><td>

**BY E-MAIL (W/O EXHIBITS) 9/4/07**
**FEDERAL EXPRESS (W/EXHIBITS)**
**9/5/07**

Andrew M. Ollis, Esq.
Richard D. Kelly, Esq.
Alexander E. Gasser, Esq.
John F. Presper, Esq.
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314

</td></tr>
<tr><td>

**BY E-MAIL (W/O EXHIBITS) 9/4/07**
**FEDERAL EXPRESS (W/EXHIBITS)**
**9/5/07**

York M. Faulkner, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
11955 Freedom Drive
Reston, VA 20190

</td><td>

**BY E-MAIL (W/O EXHIBITS) 9/4/07**
**FEDERAL EXPRESS (W/EXHIBITS) 9/5/07**

David H. Ben-Meir, Esq.
Hogan & Hartson LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6047

</td></tr>
</table>

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Lawrence Rosenthal
Matthew W. Siegal
Ian G. DiBernardo
Angie M. Hankins
Kevin C. Ecker
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038
(212) 806-5400

Dated: September 6, 2007
816727

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    provner@potteranderson.com

*Attorneys for Defendants*
*FUJIFILM Corporation and*
*FUJIFILM U.S.A., Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, hereby certify that, on September 6, 2007, the within document was electronically filed with the Clerk of the Court using CM-ECF which will send notification of such filing to the following; the document was served by E-mail on the following; and the document is available for viewing and downloading from CM-ECF:

Thomas C. Grimm, Esq.
Leslie A. Polizoti, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
tgrimm@mnat.com
lpolizoti@mnat.com

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Karen L. Pascale, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801
kpascale@ycst.com

David J. Margules, Esq.
John M. Seaman, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
dmargules@bmf-law.com
jseaman@bmf-law.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: provner@potteranderson.com

759311