IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>WINTEK CORPORATION and WINTEK ELECTRO-OPTICS CORPORATION,<br><br>Defendants. | C.A. No. 04-1338-***<br>(Consolidated) |

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, the Court being advised that the Plaintiffs have settled and resolved their differences with Defendants WINTEK CORPORATION and WINTEK ELECTRO-OPTICS CORPORATION (collectively, "the Wintek Defendants"), and have entered into an Agreement setting out the terms and conditions of the settlement, having an effective date of September 21, 2007 ("Agreement"), and as part of that Agreement have consented to the entry of an Order approving this Stipulation;

AND WHEREAS pursuant to 28 U.S.C. § 636 Plaintiffs and the Wintek Defendants (together "the Parties") hereby consent to the jurisdiction of United States Magistrate Judge Mary Pat Thynge: (1) with respect to those claims brought in this action by Plaintiffs against the Wintek Defendants and not with respect to any other claim brought by Plaintiffs in this action; and (2) for the purpose of interpreting and enforcing the Agreement;

NOW THEREFORE, upon the consent of the Parties hereto, it is hereby Ordered, Adjudged and Decreed that:

1. This Court has jurisdiction over the subject matter of, and the Parties to, this action and venue is properly laid.

2. The Court shall retain and hereby retains continuing exclusive jurisdiction over the Parties and the subject matter hereto for the purpose of interpreting and enforcing the Agreement.

3. As a result of the Agreement, the Wintek Defendants no longer have an interest in the subject matter of this action and therefore are hereby dismissed without prejudice as Defendants by Plaintiffs.

4. Each Party hereto shall bear its own costs and attorneys' fees incurred in this action.

| | |
|---|---|
| MORRIS NICHOLS ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| */s/ Thomas C. Grimm* | */s/ David E. Moore* |
| Thomas C. Grimm (#1098) | Richard L. Horwitz (#2246) |
| Benjamin J. Schladweiler (#4601) | David E. Moore (#3983) |
| Maria Granovsky (#4709) | Hercules Plaza, 6th Floor |
| 1201 N. Market Street | 1313 N. Market Street |
| P.O. Box 1347 | P.O. Box 951 |
| Wilmington, DE 19899-1347 | Wilmington, DE 19899 |
| (302) 658-9200 | (302) 984-6000 |
| tgrimm@mnat.com | rhorwitz@potteranderson.com |
| bschladweiler@mnat.com | dmoore@potteranderson.com |
| mgranovsky@mnat.com | *Attorneys for Wintek Corporation* |
| *Attorneys for Honeywell International Inc.* | *and Wintek Electro-Optics Corporation* |
| *and Honeywell Intellectual Properties Inc.* | |
| *in Civil Action No. 04-1338-\*\*\** | |

ASHBY & GEDDES

*/s/ Steven J. Balick*

_____
Steven J. Balick (#2114)
John G. Day (#2403)
Lauren E. Maguire (#4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
*Attorneys for Honeywell International Inc.*
*and Honeywell Intellectual Properties Inc.*
*in Civil Action No. 04-1337-\*\*\**

Dated: October 3, 2007


SO ORDERED this ____ day of _____, 2007.


_____
United States Magistrate Judge

1247212