IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC.; and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., *et al.* <br><br> Defendants. | C. A. No. 04-1338-*** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 17, 2007, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

DEFENDANT FUJIFILM CORPORATION'S FOURTH SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

**BY HAND DELIVERY AND E-MAIL**

Thomas C. Grimm, Esq.
Leslie A. Polizoti, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
tgrimm@mnat.com
lpolizoti@mnat.com

**BY E-MAIL**

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

**BY E-MAIL**

Karen L. Pascale, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801
kpascale@ycst.com

**BY E-MAIL**

David J. Margules, Esq.
John M. Seaman, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
dmargules@bmf-law.com
jseaman@bmf-law.com

                                      POTTER ANDERSON & CORROON LLP

OF COUNSEL:                           By:  /s/ Philip A. Rovner
                                             Philip A. Rovner (#3215)
Lawrence Rosenthal                  Hercules Plaza
Matthew W. Siegal                   P.O. Box 951
Ian G. DiBernardo                   Wilmington, DE  19899-0951
Angie M. Hankins                    (302) 984-6000
Kevin C. Ecker                        provner@potteranderson.com
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane                     *Attorneys for Defendants*
New York, NY  10038             *FUJIFILM Corporation and*
(212) 806-5400                       *FUJIFILM U.S.A., Inc.*

Dated: October 17, 2007
826203

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

<u>CERTIFICATE OF SERVICE</u>

I, hereby certify that, on October 17, 2007, the within document was electronically filed with the Clerk of the Court using CM-ECF which will send notification of such filing to the following; the document was served by E-mail on the following; and the document is available for viewing and downloading from CM-ECF:

Thomas C. Grimm, Esq.
Leslie A. Polizoti, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
tgrimm@mnat.com
lpolizoti@mnat.com

Karen L. Pascale, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801
kpascale@ycst.com

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

David J. Margules, Esq.
John M. Seaman, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
dmargules@bmf-law.com
jseaman@bmf-law.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: provner@potteranderson.com

759311