IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC.; and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br>  Plaintiffs, <br><br>  v. <br><br> APPLE COMPUTER, INC., *et al*. <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C. A. No. 04-1338-*** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 18, 2007, true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

DEFENDANT FUJIFILM U.S.A., INC.'S FOURTH SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

**BY HAND DELIVERY AND E-MAIL**

Thomas C. Grimm, Esq.
Leslie A. Polizoti, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
tgrimm@mnat.com
lpolizoti@mnat.com

**BY E-MAIL**

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

**BY E-MAIL**

Karen L. Pascale, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE  19801
kpascale@ycst.com

**BY E-MAIL**

David J. Margules, Esq.
John M. Seaman, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801
dmargules@bmf-law.com
jseaman@bmf-law.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Lawrence Rosenthal
Matthew W. Siegal
Ian G. DiBernardo
Angie M. Hankins
Kevin C. Ecker
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038
(212) 806-5400

Dated: October 18, 2007
826518

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302) 984-6000
    provner@potteranderson.com

*Attorneys for Defendants*
*FUJIFILM Corporation and*
*FUJIFILM U.S.A., Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

<u>**CERTIFICATE OF SERVICE**</u>

I, hereby certify that, on October 18, 2007, the within document was electronically filed with the Clerk of the Court using CM-ECF which will send notification of such filing to the following; the document was served by E-mail on the following; and the document is available for viewing and downloading from CM-ECF:

| | |
|---|---|
| Thomas C. Grimm, Esq.<br>Leslie A. Polizoti, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>tgrimm@mnat.com<br>lpolizoti@mnat.com | Richard L. Horwitz, Esq.<br>David E. Moore, Esq.<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE  19899<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| Karen L. Pascale, Esq.<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Bldg., 17th Fl.<br>1000 West Street<br>Wilmington, DE  19801<br>kpascale@ycst.com | David J. Margules, Esq.<br>John M. Seaman, Esq.<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE  19801<br>dmargules@bmf-law.com<br>jseaman@bmf-law.com |

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000
E-mail:  provner@potteranderson.com

759311