IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., | : : : : |
| Plaintiffs, | : : |
| v. | : :  Civil Action No. 04-1338-KAJ |
| APPLE COMPUTER, INC., et al., | : : : |
| Defendants. | : |

## ORDER

At Wilmington this **2nd** day of **November, 2007,**

IT IS ORDERED that a teleconference has been scheduled for **Thursday, November 8, 2007 at 9:00 a.m.** with Magistrate Judge Thynge to address a discovery dispute. **Karen L. Pascale, Esquire shall initiate the teleconference call.** The Court expects the parties to continue in their efforts to resolve their discovery dispute.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE