# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL INC.          )
and HONEYWELL INTELLECTUAL            )
PROPERTIES INC.,                      )
                                      )
            Plaintiffs,               )
                                      )        C.A. No. 04-1338-***
      v.                              )        (Consolidated)
                                      )
APPLE COMPUTER, INC., et al.,         )
                                      )
            Defendants.               )

## [PROPOSED] ORDER

WHEREAS, Plaintiffs have filed a Motion for Leave to File a Revised Second Amended Complaint for the purpose of removing from the Second Amended Complaint any reference to previously-named defendants who have settled and have been dismissed from the case;

WHEREAS, the Court finding good cause for the Motion;

IT IS HEREBY ORDERED this _____ day of _____, 2007, that Honeywell's Revised Motion for Leave to File a Revised Second Amended Complaint is GRANTED.

_____
UNITED STATES DISTRICT COURT JUDGE

1299843