IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-1338-*** |
| v. | ) ) | (Consolidated) |
| APPLE COMPUTER, INC., et al., | ) ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

WHEREAS, Plaintiffs have filed a Motion for Leave to File a Revised Second Amended Complaint for the purpose of removing from the Second Amended Complaint any reference to previously-named defendants who have settled and have been dismissed from the case;

WHEREAS, the Court finding good cause for the Motion;

IT IS HEREBY ORDERED this _7_ day of _November_ ___, 2007, that Honeywell's Revised Motion for Leave to File a Revised Second Amended Complaint is GRANTED.

_____
UNITED STATES DISTRICT COURT JUDGE

1299843