IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., : : : : : | |
| Plaintiffs, : : | |
| v. : : | Civil Action No. 04-1338-*** |
| APPLE COMPUTER, INC., et al., : : | |
| Defendants. : | |

## ORDER

At Wilmington this **13th** day of **November, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, November 21, 2007 at 11:45 a.m. Eastern Time** with Magistrate Judge Thynge to address a discovery dispute. **David E. Moore, Esquire shall initiate the teleconference call.** The Court expects the parties to continue in their efforts to resolve their discovery dispute.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE