IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) C.A. No. 04-1338 MPT <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

I hereby certify that on November 13, 2007 counsel for defendants Citizen Watch Co., Ltd. and Citizen Displays Co. Ltd. ("Citizen") caused copies of **Defendant Citizen Watch Co., Ltd.'s and Defendant Citizen Displays Co., Ltd.'s Second Set of Requests For Production (Nos. 22-26)** to be served on the following by email:

Thomas C. Grimm
Benjamin J. Schladweiler
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801
tgrimm@mnat.com
bschladweiler@mnat.com

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
provner@potteranderson.com

Karen L. Pascale
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
kpascale@ycst.com

Richard Horwitz
David E. Moore
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
provner@potteranderson.com
rhorwitz@potteranderson.com

{BMF-W0074036.}

|                                    | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
|---|---|

BOUCHARD MARGULES & FRIEDLANDER, P.A.

*/s/ Dominick T. Gattuso*
David J. Margules (Bar No. 2554)
Dominick T. Gattuso (Bar No.3630)

OF COUNSEL:

Stuart Lubitz
David H. Ben-Meir
HOGAN & HARTSON, LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, California
90067-6047

222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Tel:   (302) 573-3500
Fax:   (302) 573-3501
E-mail: dmargules@bmf-law.com
E-mail: dgattuso@bmf-law.com

*Attorneys for Defendants
Citizen Watch Co., Ltd. and
Citizen Displays Co., Ltd.*

DATED: November 13, 2007

{BMF-W0074036.}                                    2