IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et al., <br><br> Defendants. | ) ) ) ) ) C.A. No. 04-1338-*** ) ) CONSOLIDATED ) ) ) ) ) |

## NOTICE OF SERVICE

I certify that on November 29, 2007, copies of (1) *Plaintiffs' Objections and Responses to Defendant FUJIFILM U.S.A., Inc.'s First Set of Interrogatories*; and (2) *Plaintiffs' Objections and Responses to Defendant FUJIFILM Corporation's Second Set of Requests for Production of Documents and Things* were caused to be served upon counsel of record in the manner indicated:

**BY HAND & E-MAIL:**

| | |
|---|---|
| Karen L. Pascale <br> YOUNG CONAWAY STARGATT <br>   & TAYLOR, LLP <br> The Brandywine Building, 17th floor <br> 1000 West Street <br> Wilmington, DE  19801 <br><br> *Attorneys for Optrex America, Inc.* | Philip A. Rovner <br> POTTER ANDERSON & CORROON LLP <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> P.O. Box 951 <br> Wilmington, DE  19899 <br><br> *Attorneys for FUJIFILM Corporation and FUJIFILM U.S.A., Inc.* |

David J. Margules  
John M. Seaman  
BOUCHARD MARGULES  
 & FRIEDLANDER, P.A.  
222 Delaware Ave., Suite 1400  
Wilmington DE 19801  

*Attorneys for Citizen Watch Co., Ltd.  
and Citizen Displays Co., Ltd.*

Richard L. Horwitz  
David E. Moore  
POTTER ANDERSON & CORROON LLP  
Hercules Plaza, 6th Floor  
1313 N. Market Street  
P.O. Box 951  
Wilmington, DE 19899  

*Attorneys for Samsung SDI America, Inc.  
and Samsung SDI Co., Ltd.*

Daniel V. Folt  
Matt Neiderman  
DUANE MORRIS LLP  
1100 North Market Street, 12th Floor  
Wilmington, DE 19801-1246  

*Attorneys for InnoLux Display Corporation*

**BY E-MAIL:**

Andrew M. Ollis  
OBLON, SPIVAK, McCLELLAND,  
 MAIER & NEUSTADT, P.C.  
1940 Duke Street  
Alexandria, VA 22314  
aollis@oblon.com  

*Attorneys for Optrex America, Inc.*

Lawrence Rosenthal  
Matthew W. Siegal  
STROOCK & STROOCK & LAVAN LLP  
180 Maiden Lane  
New York, NY 10038-4982  
lrosenthal@stroock.com  
msiegal@stroock.com  

*Attorneys for FUJIFILM Corporation  
and FUJIFILM U.S.A., Inc.*

Stephen S. Korniczky  
Elizabeth L. Brann  
PAUL, HASTINGS, JANOFSKY  
  & WALKER LLP  
3579 Valley Centre Drive  
San Diego, CA  92130  
stephen.korniczky@paulhastings.com  
elizabeth.brann@paulhastings.com  

Hamilton Loeb  
PAUL, HASTINGS, JANOFSKY  
  & WALKER LLP  
875 15th Street, N.W.  
Washington, DC  20005  
hamiltonloeb@paulhastings.com  

*Attorneys for Samsung SDI Co., Ltd.*  
*and Samsung SDI America, Inc.*  

Stuart Lubitz  
HOGAN & HARTSON LLP  
1999 Avenue of the Stars, Suite 1400  
Los Angeles, CA  90067  
slubitz@hhlaw.com  

*Attorneys for Citizen Watch Co., Ltd.*  
*and Citizen Displays Co., Ltd.*  

Donald R. McPhail  
DUANE MORRIS LLP  
1667 K Street, N.W., Suite 700  
Washington, DC  20006  
drmcphail@duanemorris.com  

*Attorneys for InnoLux Display Corporation*

**BY FEDERAL EXPRESS**

Mr. Seong Yoon Jeong
Assistant Manager
Technology Planning Group
BOE HYDIS TECHNOLOGY CO., LTD.
San 136-1, Ami-ri, Bubal-eub
Ichon-si, Gyeonggi-do 467-701
Republic of Korea

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

          */s/ Maria Granovsky*
          _____
          Thomas C. Grimm (#1098)
          Benjamin J. Schladweiler (#4601)
          Maria Granovsky (#4709)
          1201 N. Market Street
          P.O. Box 1347
OF COUNSEL:         Wilmington, DE  19899-1347
          (302) 658-9200
Martin R. Lueck         tgrimm@mnat.com
Matthew L. Woods        bschladweiler@mnat.com
Stacie E. Oberts         mgranovsky@mnat.com
Denise S. Rahne           *Attorneys for Plaintiffs*
Peter N. Surdo
Marta M. Chou
ROBINS, KAPLAN, MILLER
  & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
(612) 349-8500

Anthony A. Froio
Marc N. Henschke
Alan E. McKenna
Michael J. Garko
ROBINS, KAPLAN, MILLER
  & CIRESI L.L.P.
800 Boyleston Street, 25th Floor
Boston, MA  02199
(617) 267-2300

November 29, 2007
515565

4

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered participants.

I also certify that on November 29, 2007, I caused to be served true and correct copies of the foregoing on the following as indicated below:

**BY HAND & E-MAIL:**

Karen L. Pascale
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
The Brandywine Building, 17th floor
1000 West Street
Wilmington, DE  19801

*Attorneys for Optrex America, Inc.*

Philip A. Rovner
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899

*Attorneys for FUJIFILM Corporation
and FUJIFILM U.S.A., Inc.*

David J. Margules
John M. Seaman
BOUCHARD MARGULES
  & FRIEDLANDER, P.A.
222 Delaware Ave., Suite 1400
Wilmington DE 19801

*Attorneys for Citizen Watch Co., Ltd.
and Citizen Displays Co., Ltd.*

Daniel V. Folt
Matt Neiderman
DUANE MORRIS LLP
1100 North Market Street, 12th Floor
Wilmington, DE  19801-1246

*Attorneys for InnoLux Display Corporation*

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899

*Attorneys for Samsung SDI America, Inc.*
*and Samsung SDI Co., Ltd.*


**BY E-MAIL:**

Andrew M. Ollis
OBLON, SPIVAK, McCLELLAND,
  MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA  22314
aollis@oblon.com

*Attorneys for Optrex America, Inc.*

Lawrence Rosenthal
Matthew W. Siegal
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY  10038-4982
lrosenthal@stroock.com
msiegal@stroock.com

*Attorneys for FUJIFILM Corporation*
*and FUJIFILM U.S.A., Inc.*

Stephen S. Korniczky
Elizabeth L. Brann
PAUL, HASTINGS, JANOFSKY
  & WALKER LLP
3579 Valley Centre Drive
San Diego, CA  92130
stephen korniczky@paulhastings.com
elizabeth.brann@paulhastings.com

Hamilton Loeb
PAUL, HASTINGS, JANOFSKY
  & WALKER LLP
875 15th Street, N.W.
Washington, DC  20005
hamiltonloeb@paulhastings.com

*Attorneys for Samsung SDI Co., Ltd.*
*and Samsung SDI America, Inc.*

Donald R. McPhail
DUANE MORRIS LLP
1667 K Street, N.W., Suite 700
Washington, DC  20006
drmcphail@duanemorris.com

*Attorneys for InnoLux Display Corporation*

2

Stuart Lubitz
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
slubitz@hhlaw.com

*Attorneys Citizen Watch Co., Ltd.
and Citizen Displays Co., Ltd.*

**BY FEDERAL EXPRESS**

Mr. Seong Yoon Jeong
Assistant Manager
Technology Planning Group
BOE HYDIS TECHNOLOGY CO., LTD.
San 136-1, Ami-ri, Bubal-eub
Ichon-si, Gyeonggi-do 467-701
Republic of Korea

*/s/ Maria Granovsky*
_____
Maria Granovsky (#4709)
mgranovsky@mnat.com

515565

3