IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., : : : : | |
| Plaintiffs, : : | |
| v. : : | Civil Action No. 04-1338-*** |
| APPLE COMPUTER, INC., et al., : : | |
| Defendants. : | |

## ORDER

At Wilmington this **12th** day of **December, 2007**.

IT IS ORDERED that a teleconference has been scheduled for **Monday, January 7, 2008 at 11:00 a.m.** with Magistrate Judge Thynge to address a discovery matter. **Philip A. Rovner, Esquire shall initiate the teleconference call.** The Court expects the parties to continue in their efforts to resolve their discovery matter.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE