IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) | |
| | ) | C.A. No. 04-1338-*** |
| Plaintiffs, | ) | |
| | ) | CONSOLIDATED |
| v. | ) | |
| | ) | |
| APPLE COMPUTER, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' NOTICE OF RULE 30(b)(6)
DEPOSITION OF DEFENDANT OPTREX AMERICA, INC.**

PLEASE TAKE NOTICE that, in accordance with Rules 26, 30(b)(6), and 32 of the Federal Rules of Civil Procedure, Honeywell International Inc. and Honeywell Intellectual Properties Inc. will take the deposition of Defendant Optrex America, Inc. through one or more of its officers, directors, managing agents, or other persons who consent to testify on its behalf and who are most knowledgeable with respect to the deposition subjects set forth in Schedule A and the document request set forth in Schedule B at the time and place as set forth below.

PLEASE TAKE FURTHER NOTICE that, Optrex America, Inc. is commanded/requested to bring to the deposition the documents set forth in Schedule B.

Said deposition will be taken on Wednesday, January 30, 2008, at 9:00 a.m. and will be taken at the law offices of Robin, Kaplan, Miller & Ciresi L.L.P., 800 Boylston Street, 25th Floor, Boston, Massachusetts 02199-7080 or at such other time and place as may be agreed to by the parties. The deposition will continue until completed as provided in the Federal Rules of Civil Procedure. The deposition will be taken before a court reporter, notary public, or other

person authorized by law to administer oaths, and will be recorded stenographically and by videotape.  You are invited to attend and cross-examine.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)
Benjamin J. Schladweiler (#4601)
Maria Granovsky (#4709)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
bschladweiler@mnat.com
mgranovsky@mnat.com
    *Attorneys for Plaintiffs*

OF COUNSEL:

Martin R. Lueck
Matthew L. Woods
Stacie E. Oberts
Denise S. Rahne
Peter N. Surdo
Marta M. Chou
ROBINS, KAPLAN, MILLER
    & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
(612) 349-8500

Anthony A. Froio
Marc N. Henschke
Alan E. McKenna
Michael J. Garko
ROBINS, KAPLAN, MILLER
    & CIRESI L.L.P.
800 Boyleston Street, 25th Floor
Boston, MA  02199
(617) 267-2300

December 28, 2007
1348275

## SCHEDULE A

1.      The Documents identified in the Requests set forth in Schedule B.

2.      The transfer of Optrex Corporation ("Optrex") shares to Japan Industrial Partners Inc. Fund II and Fund II Parallel ("Japan Indus.") or any other parties by Asahi Glass Co., Ltd. ("Asahi"), Mitsubishi Electric Corporation, or others.

3.      Any communications regarding the transfer of Optrex shares to Japan Indus. or any other third parties by Asahi, Mitsubishi, or others.

4.      The nature of all Optrex financial or operating losses identified by Asahi in the December 25, 2007 press release

5.      The valuation of the Delaware action in the negotiations for the  transfer of Optrex shares to Japan Indus. or any other third parties.

6.      The purchase price of Optrex shares in the transfer to Japan Indus. or any other third parties.

7.      The effect of the Delaware action on the purchase price of Optrex shares in the transfer to Japan Indus. or any other third parties.

8.      The allocation of the financial risk associated with the Delaware action subsequent to the transfer of Optrex shares to Japan Indus. or any other third parties.

9.      All entities with an ownership interest in Optrex and the nature of the ownership interest.

10.      Any inquiries made by others about the impact of the Delaware action of the transfer of Optrex shares to Japan Indus. or any other third parties.

11.      Any communications regarding the Delaware action with any parties to the transfer of Optrex shares to Japan Indus. or any other third parties.

## SCHEDULE B

1.    All Documents Referring or Relating to the Asahi Glass Co., Ltd. ("Asahi") Board of Directors' decision to transfer all of its shares of the Optrex Corporation ("Optrex") to Japan Industrial Partners Inc.  Fund II  and Fund II Parallel ("Japan Indus.") or other third parties.

2.    All Communications between Optrex and Asahi, Japan Indus., Mitsubishi Electric Corporation, any Mitsubishi entity, or others regarding the transfer of Optrex shares to Japan Indus. or any third parties.

3.    All Documents Referring or Relating to the Delaware action during the negotiations preceding the transfer of Your shares to Japan Indus. including, but not limited to valuation of the Delaware action.

4.    All Documents Referring or Relating to the effect of the Delaware action on the purchase price of Optrex shares paid by Japan Indus. or any third parties.

5.    All Documents Referring or Relating to the allocation of the financial risk associated with the Delaware action subsequent to the transfer of Your shares to Japan Indus.

6.    Documents sufficient to show how the financial risk associated with the Delaware action is allocated in Optrex' financial statements subsequent to the transfer of Optrex shares to Japan Indus. or any third parties.

7.    All Documents Referring or Relating to the financial and operating losses referred to in the Asahi press release dated December 25, 2007.

8.    All Documents Referring or Relating to inquires made by others regarding the impact of the Delaware action on the transfer of Optrex shares.

9.    Documents sufficient to identify which companies have an ownership interest in Optrex and the nature of their respective ownership interest.

10.     All Documents Referring or Relating to the reasons for the transfer of the Optrex shares.

11.     All Documents Referring or Relating to the consideration for the transfer of the Optrex shares.

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered participants.

I also certify that on December 28, 2007, I caused to be served true and correct copies of the foregoing on the following as indicated below:

**BY HAND & E-MAIL:**

Karen L. Pascale
YOUNG CONAWAY STARGATT
 & TAYLOR, LLP
The Brandywine Building, 17th floor
1000 West Street
Wilmington, DE  19801

*Attorneys for Optrex America, Inc.*

David J. Margules
John M. Seaman
BOUCHARD MARGULES
 & FRIEDLANDER, P.A.
222 Delaware Ave., Suite 1400
Wilmington DE 19801

*Attorneys for Citizen Watch Co., Ltd.
and Citizen Displays Co., Ltd.*

Philip A. Rovner
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899

*Attorneys for FUJIFILM Corporation
and FUJIFILM U.S.A., Inc.*

Daniel V. Folt
Matt Neiderman
DUANE MORRIS LLP
1100 North Market Street, 12th Floor
Wilmington, DE  19801-1246

*Attorneys for InnoLux Display Corporation*

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

*Attorneys for Samsung SDI America, Inc.*
*and Samsung SDI Co., Ltd.*


**BY E-MAIL:**

Andrew M. Ollis
OBLON, SPIVAK, McCLELLAND,
  MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
aollis@oblon.com

*Attorneys for Optrex America, Inc.*


Stephen S. Korniczky
Elizabeth L. Brann
PAUL, HASTINGS, JANOFSKY
  & WALKER LLP
3579 Valley Centre Drive
San Diego, CA 92130
stephen korniczky@paulhastings.com
elizabeth.brann@paulhastings.com

Hamilton Loeb
PAUL, HASTINGS, JANOFSKY
  & WALKER LLP
875 15th Street, N.W.
Washington, DC 20005
hamiltonloeb@paulhastings.com

*Attorneys for Samsung SDI Co., Ltd.*
*and Samsung SDI America, Inc.*

Lawrence Rosenthal
Matthew W. Siegal
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038-4982
lrosenthal@stroock.com
msiegal@stroock.com

*Attorneys for FUJIFILM Corporation*
*and FUJIFILM U.S.A., Inc.*


Donald R. McPhail
DUANE MORRIS LLP
1667 K Street, N.W., Suite 700
Washington, DC 20006
drmcphail@duanemorris.com

*Attorneys for InnoLux Display Corporation*

Stuart Lubitz
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
slubitz@hhlaw.com

*Attorneys Citizen Watch Co., Ltd.*
*and Citizen Displays Co., Ltd.*

**BY FEDERAL EXPRESS**

Mr. Seong Yoon Jeong
Assistant Manager
Technology Planning Group
BOE HYDIS TECHNOLOGY CO., LTD.
San 136-1, Ami-ri, Bubal-eub
Ichon-si, Gyeonggi-do 467-701
Republic of Korea

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)