# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

January 9, 2008

**BY E-FILING**

The Honorable Mary Pat Thynge
United States Magistrate Judge
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    *Honeywell, et al. v. Apple Computer, et al.*,
             C.A. No. 04-1338-*** (Consolidated)

Dear Judge Thynge:

      I write to follow-up on the teleconference held by the Court on Monday, January 7, to discuss, among other things, Honeywell's production of documents regarding the licenses to the patent-in-suit taken by several former parties to this action.

      First, during the conference, Your Honor asked when the Court addressed previously the issue of discovery from the Customer Defendants. We have determined that it was raised during the hearing on February 22, 2007 (Tab A). Also, for the benefit of the Court, we are providing copies of the parties' letter brief submissions on this issue (Tab B).

      Second, during the conference, counsel for Fuji acknowledged that Honeywell had produced all of the license agreements and certain other documents relating to the licenses such as letters and emails scheduling meetings, but represented that Honeywell had not produced any substantive documents concerning the negotiations of those licenses. That is incorrect. The proof is in the 3,500 pages of documents that Honeywell has produced. To give Your Honor a flavor for the type of substantive documents produced by Honeywell, I am enclosing three examples: HW021509-514, HW026388-395, and HW026670-676, which are confidential and filed separately under seal (Tab C).

The Honorable Mary Pat Thynge
January 9, 2008
Page 2

      We did not wish to burden the Court by providing to Your Honor all of the substantive documents Honeywell produced to Fuji, but, of course, Honeywell would be happy to provide to the Court more or all of the substantive documents for the Court's review.

Respectfully,

*Thomas C. Grimm*

Thomas C. Grimm (#1098)

TCG
cc:    Dr. Peter T. Dalleo, Clerk (by hand, w/encls.)
       CM/ECF list (by e-filing, w/encls.)
       Non-Stayed Defendants (by e-filing & e-mail, w/encls.)

518293