# EXHIBIT A

# ROBINS, KAPLAN, MILLER & CIRESI LLP

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
tel: 612-349-8500 fax: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

**ANGELA COPE, RP**
Paralegal
612-349-8530

October 2, 2007

**VIA FEDERAL EXPRESS**

Angie M. Hankins, Esq.
Matthew W. Siegal, Esq.
Lawrence Rosenthal, Esq.
Kevin C. Ecker, Esq.
Stroock, Stroock & Laven LLP
180 Maiden Lane
New York, NY 10038

Re:    Honeywell International Inc., et al. v. Apple, et al.
Civil Action No. 04-1338(KAJ) (consolidated)
Our File No.: 019896-0229

Dear Counsel:

Enclosed is a CD containing Honeywell's supplemental document production to Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc., Bates Nos. HW026616-HW027248.

Additionally, note that these documents are being produced pursuant to the Protective Order and have been designated accordingly.

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Angela Cope, RP
Paralegal

Enclosure

MP3 20244187.1

T L A N T A · B O S T O N · L O S  A N G E L E S · MINNEAPOLIS · N A P L E S · S A I N T  P A U L · W A S H I N G T O N , D . C .

# ROBINS, KAPLAN, MILLER & CIRESI LLP

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500  Fax: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

ANGELA COPE, RP
Paralegal
612-349-8530

November 1, 2007

**VIA FEDERAL EXPRESS**

Lawrence Rosenthal, Esq.
Angie M. Hankins, Esq.
Matthew W. Siegal, Esq.
Kevin C. Ecker, Esq.
Stroock, Stroock & Laven LLP
180 Maiden Lane
New York, NY  10038

      Re:    Honeywell International Inc., et al. v. Apple, et al.
             Civil Action No. 04-1338(KAJ) (consolidated)
             Our File No.:  019896-0229

Dear Counsel:

Enclosed is a CD containing courtesy copies of the following:

1.     File Histories for U.S. Patent Nos. 5,128,783 and 5,161,041 (Abileah);

2.     Transcript of the deposition of Arnold Hodes, taken June 26, 2007, with exhibits;

3.     Transcript of the deposition of Toshihisa Iida, taken May 24, 2007, with exhibits;

4.     Transcripts of the depositions of Tae Hyeog Jung (volumes I, II and III), taken May 2, 2007, May 3, 2007 and September 10, 2007, with exhibits;

5.     Transcript of the deposition of Joo Youl Kim, taken May 4, 2007, with exhibits;

6.     Transcripts of the depositions of Satoshi Kobayashi (volumes I, II, III, IV and V), taken January 24-25, 2007, April 11-12, 2007 and June 12, 1007, with exhibits;

7.     Transcript of the deposition of Heung Ju Kwon, taken May 1, 2007, with exhibits;

8.     Transcripts of the depositions of James Little (volumes I and II), taken January 26, 2007 and May 2, 2007, with exhibits;

Lawrence Rosenthal, et al.
November 1, 2007
Page 2

9.    Transcript of the deposition of Michele Marsh, taken January 26, 2007, with exhibits;

10.   Transcript of the deposition of Munetoshi Mohri, taken May 25, 2007;

11.   Transcripts of the depositions of Natsushi Nakamura (volumes I and II), taken June 24-25, 2007, with exhibits;

12.   Transcript of the deposition of Darin Pepple, taken June 28, 2007, with exhibits;

13.   Transcripts of the depositions of Kenji Saito (volumes I, II and III), taken January 11-12, 2007, and March 21, 2007, with exhibits; and

14.   Transcript of the deposition of Mitsuyuki Saito, taken April 12, 1007, with exhibits.


                        Sincerely,

                        ROBINS, KAPLAN, MILLER & CIRESI L.L.P.


                        Angela Cope, RP
                        Paralegal

Enclosure

c:    Peter N Surdo, Esq. (w/o encls.)

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

**ANGELA COPE, RP**
Paralegal
612-349-8530

November 9, 2007

**VIA FEDERAL EXPRESS**

Lawrence Rosenthal, Esq.
Angie M. Hankins, Esq.
Matthew W. Siegal, Esq.
Kevin C. Ecker, Esq.
Stroock, Stroock & Laven LLP
180 Maiden Lane
New York, NY 10038

Re:    Honeywell International Inc., et al. v. Apple, et al.
       Civil Action No. 04-1338(KAJ) (consolidated)
       Our File No.: 019896-0229

Dear Counsel:

Enclosed are several CDs containing courtesy copies of the following:

1.    Documents produced to Honeywell by Optrex, as follows:

            OAI 0018227-OAI 0027089
            OAI 0027090-OAI 0033810
            OAI 0033811-OAI 0035769
            OAI 0035770-OAI 0044016
            Honeywell Case Asahi Reports 2000, 2001, 2002, 2003, 2004 & 2004
                 OAI Business Report Year End (OAI 0121789)
            OAI 0044017-OAI 0053261
            Oblon-Optrex Opposing Counsel Doc Range, 3/1/2007 (OAI 0054268-
                 OAI 0104025)
            Oblon-Optrex Opposing Counsel Doc Range, 3/1/2007 (OAI 0104026-
                 OAI 0121515)
            OAI 0121800-OAI 0126044
            HAT 00448-HAT00820
            HAT 00001-HAT 00447

Lawrence Rosenthal, et al.
November 9, 2007
Page 2

2.      Documents produced to Honeywell by Citizen, as follows:

        CTZN 000001-CTZN 001572
        CTZN 001573-CTZN 001762

3.      Documents produced to Honeywell by Samsung, as follows:

        SDI_0000427-SDI_0001103
        SDI_0001104-SDI_0001114
        SDI_0001115-SDI_0001590
        SDI_0001591-SDI_0003150
        SDI_0003151-SDI_0003465
        SDI_0003466-SDI_0004402
        SDI_0004403-SDI_0005040
        SDI_0005041-SDI_0005938

4.      Exhibits to the following depositions (the transcripts of which Honeywell produced to Citizen at HW027009-HW027247).  NOTE:  There were no exhibits marked at the deposition of Akira Kojima.

      a.      Chun-Ming Huang (volumes I & II), taken January 26 & 29, 2007;

      b.      Shu-I Lee, taken January 25, 2007;

      c.      Mei-Ling Tooley, taken March 7, 2007;

      d.      Hiroyuki Kato, taken January 26, 2007;

      e.      Toshihiko Tanaka, taken January 26, 2007; and

      f.      Yoshiyuki Tzukizaki (volumes I & II), taken January 24-25, 2007.

                  Sincerely,

                  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

                  Angela Cope, RP
                  Paralegal

Enclosures

c:      Peter N Surdo, Esq. (w/o encls.)

# EXHIBIT B

# BAKER BOTTS LLP

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112-4498

TEL  +1 212.408.2500
FAX  +1 212.408.2501
www.bakerbotts.com

AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
**NEW YORK**
RIYADH
WASHINGTON

August 28, 2007

**VIA E-MAIL**

Robert L. Maier
212.408.2538
FAX 212.259.2538
robert.maier@bakerbotts.com

Matthew L. Woods
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Re:    Honeywell International Inc. *et al.* v. Hitachi, Ltd. *et al.*
       Dist. Del. C.A. No. 04-1338-KAJ

Dear Matt:

   We are in receipt of Ms. Cope's letter of today's date, and will advise when we have completed our destruction of the Honeywell documents and information.  We also request that, per Paragraph 21 of the Protective Order, Honeywell return or confirm destruction of all paper and electronic copies of Hitachi's Confidential, Confidential Attorneys' Eyes Only and Highly Confidential-Outside Attorneys' Eyes Only documents produced in the above-referenced matter.

              Very truly yours,

              Robert L. Maier

cc:  Alan E. McKenna, Esq.
     Neil P. Sirota, Esq.

NY02:594954.1

# EXHIBIT C

## FULLY REDACTED

# EXHIBIT D

| Date of Production | Documents Produced | Document Nos. |
|---|---|---|
| August 16, 2006 | Sanyo, CMO, NEC, QED settlement and negotiation documents | HW000201-HW000217 HW001147-HW001167; HW004416-HW004954 HW018586-HW018590 |
| November 10, 2006 | Toshiba, Sanyo, Epson and AUO settlement and negotiation documents | HW019652-HW019845 HW021354-HW021372 |
| November 29, 2006 | QED settlement and negotiation documents | HW021373-HW021654 |
| May 30, 2007 | Sharp, Samsung, Arima settlement and negotiation documents | HW022387-HW022555 |
| June 5, 2007 | SEID and Arima settlement and negotiation documents | HW022556-HW022568 |
| June 11, 2007 | Casio settlement and negotiation documents | HW023711-HW023910 |
| July 10, 2007 | TPO, QDI, ID Tech, HannStar and Philips negotiation and settlement documents | HW024544-HW025471 |
| July 27, 2007 | Samsung SEC settlement and negotiation documents | HW026231-HW026307 |
| August 23, 2007 | Hitachi settlement and negotiation documents | HW026308-HW026582 |
| August 27, 2007 | Hitachi settlement and negotiation documents (complete set, includes pages missing from prior production) | HW026583-HW026615 |
| October 2, 2007 | Epson settlement and negotiation documents | HW026616-HW027008 |
| October 24, 2007 | Wintek settlement and negotiation documents | HW027249-HW027582 |

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

CARRIE R. KETTERLING, CLA
612-349-8530

August 16, 2006

***Via Federal Express***

Angie M. Hankins, Esq.
Matthew W. Siegal, Esq.
Lawrence Rosenthal, Esq.
Kevin C. Ecker, Esq.
Stroock, Stroock & Laven LLP
180 Maiden Lane
New York, NY 10038

Re:     ***Honeywell International Inc., et al. v. Apple Computer, Inc., et al.***
        Civil Action No. 04-1338 (KAJ)

        ***Honeywell International Inc., et al. v. Audiovox Communications Corp., et al.***
        Civil Action No. 04-1337 (KAJ)

        ***Optrex America, Inc. v. Honeywell International Inc., et al.***
        Civil Action No. 04-1536 (KAJ)

        Our File No. 019896-0229

Dear Counsel:

Enclosed is Honeywell's document production to Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc., Bates No. HW 000001-HW 019545. If you have any questions regarding this production, please contact Denise S. Rahne or Michael D. Okerlund at 612-349-8500.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Carrie R. Ketterling, CLA
Senior Paralegal

CRK/cd
Enclosure

MP3 20190958.1

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

ATTORNEYS AT LAW

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500  FAX: 612-339-4181
www.rkmc.com

**CARRIE R. KETTERLING, CLA**
Senior Paralegal
612-349-8530

November 10, 2006

**VIA FEDERAL EXPRESS**

Angie M. Hankins, Esq.
Matthew W. Siegal, Esq.
Lawrence Rosenthal, Esq.
Kevin C. Ecker, Esq.
Stroock, Stroock & Laven LLP
180 Maiden Lane
New York, NY 10038

Re:   ***Honeywell International Inc., et al. v. Apple, et al.***
      Civile Action No. 04-1338(KAJ) (consolidated)
      Our File No.: 019896-0229

Dear Counsel:

Enclosed is Honeywell's supplemental document production to Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc., Bates No. HW 021323-HW 021372.  These documents are being produced pursuant to the Protective Order and have been designated accordingly.

If you have any questions regarding this production, please contact Denise S. Rahne or Michael D. Okerlund at 612-349-8500.

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

*(for Carrie Ketterling)*

Carrie R. Ketterling, CLA
Senior Paralegal

/crk
Enclosure

MP3 20201731.1

TLANTA · BOSTON · LOS ANGELES · MINNEAPOLIS · NAPLES · SAINT PAUL · WASHINGTON, D.C.

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

CARRIE R. KETTERLING, CLA
612-349-8530

November 29, 2006

*Via Federal Express*

Angie M. Hankins, Esq.
Matthew W. Siegal, Esq.
Lawrence Rosenthal, Esq.
Kevin C. Ecker, Esq.
Stroock, Stroock & Laven LLP
180 Maiden Lane
New York, NY 10038

Re:  *Honeywell International Inc., et al. v. Apple Computer, Inc., et al.*
     Civil Action No. 04-1338 (KAJ) (consolidated)
     Our File No. 019896-0229

Dear Counsel:

Enclosed is Honeywell's supplemental document production to Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc., Bates Nos. HW 021373-HW 021694.  These documents are being produced pursuant to the Protective Order and have been designated accordingly.

If you have any questions regarding this production, please contact Denise S. Rahne or Michael D. Okerlund at 612-349-8500.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Carrie R. Ketterling, CLA
Senior Paralegal

/crk
Enclosure

MP3 20203854.1

TLANTA · BOSTON · LOS ANGELES · MINNEAPOLIS · NAPLES · SAINT PAUL · WASHINGTON, D.C.

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

CARRIE R. KETTERLING, CLA
Senior Paralegal
612-349-8530

May 30, 2007

***Via Federal Express***

Angie M. Hankins, Esq.
Matthew W. Siegal, Esq.
Lawrence Rosenthal, Esq.
Kevin C. Ecker, Esq.
Stroock, Stroock & Laven LLP
180 Maiden Lane
New York, NY 10038

Re:    ***Honeywell International Inc., et al. v. Apple Computer, Inc., et al.***
       Civil Action No. 04-1338 (KAJ) (consolidated)
       Our File No. 019896-0229

Dear Counsel:

Enclosed is a CD containing Honeywell's supplemental document production to Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc., Bates Nos. HW022387-HW022555. These documents are being produced pursuant to the Protective Order and have been designated accordingly.

Also included on the CD is HW012185-HW012187. This document replaces the previous document produced because it is a cleaner copy.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Carrie R. Ketterling, CLA
Senior Paralegal

Enclosure

MP3 20221404.1

ATLANTA · BOSTON · LOS ANGELES · MINNEAPOLIS · NAPLES · SAINT PAUL · WASHINGTON, D.C.

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

CARRIE R. KETTERLING, CLA
Senior Paralegal
612-349-8530

June 5, 2007

***Via Federal Express***

Angie M. Hankins, Esq.
Matthew W. Siegal, Esq.
Lawrence Rosenthal, Esq.
Kevin C. Ecker, Esq.
Stroock, Stroock & Laven LLP
180 Maiden Lane
New York, NY 10038

Re:   ***Honeywell International Inc., et al. v. Apple Computer, Inc., et al.***
      Civil Action No. 04-1338 (KAJ) (consolidated)
      Our File No. 019896-0229

Dear Counsel:

Enclosed is a CD containing Honeywell's supplemental document production to Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc., Bates Nos. HW022556-HW022742. These documents are being produced pursuant to the Protective Order and have been designated accordingly.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Carrie R. Ketterling, CLA
Senior Paralegal

Enclosure

MP3 20228397.1

## Hubred, Kelly A.

| | |
|---|---|
| **From:** | Hubred, Kelly A. |
| **Sent:** | Monday, June 11, 2007 4:31 PM |
| **To:** | 'dhben-meir@hhlaw.com'; 'ahankins@stroock.com'; 'msiegal@stroock.com'; 'lrosenthal@stroock.com'; 'kecker@stroock.com'; 'neil.sirota@bakerbotts.com'; 'robert.scheinfeld@bakerbotts.com'; 'robert.maier@bakerbotts.com'; 'aollis@oblon.com'; 'agasser@oblon.com'; 'rkelly@oblon.com'; 'tfisher@oblon.com'; 'stephenkorniczky@paulhastings.com'; 'elizabethbrann@paulhastings.com'; 'elizabeth.niemeyer@finnegan.com' |
| **Cc:** | Woods, Matthew L.; Oberts, Stacie E.; Rahne, Denise S. |
| **Subject:** | HW Production 06/11/2007 |
| **Attachments:** | HW0021.zip |

Dear Counsel,
Attached please find Honeywell's supplemental document production, Bates Nos. HW023711-HW023910.  These documents are being produced pursuant to the Protective Order and have been designated accordingly.

Sincerely,
Kelly Hubred


Kelly Hubred
Case Assistant
Robins, Kaplan, Miller & Ciresi L.L.P.
Office phone:  (612) 349-0120
E-mail address: KAHubred@rkmc.com

# ROBINS, KAPLAN, MILLER & CIRESI LLP

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500 Fax: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

**KELLY A. HUBRED**
Case Assistant
612-349-0120

July 10, 2007

*Via Federal Express*

Angie M. Hankins, Esq.
Matthew W. Siegal, Esq.
Lawrence Rosenthal, Esq.
Kevin C. Ecker, Esq.
Stroock, Stroock & Laven LLP
180 Maiden Lane
New York, NY 10038

Re:  *Honeywell International Inc., et al. v. Apple Computer, Inc., et al.*
     Civil Action No. 04-1338 (KAJ) (consolidated)
     Our File No. 019896-0229

Dear Counsel:

Enclosed is a CD containing Honeywell's supplemental document production to Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc., Bates Nos. HW024544-HW025471.   These documents are being produced pursuant to the Protective Order and have been designated accordingly.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Kelly A. Hubred
Case Assistant

Enclosure

MP3 20232875.1

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

**KELLY A. HUBRED**
Case Assistant
612-349-0120

July 27, 2007

**Via Federal Express**

Angie M. Hankins, Esq.
Matthew W. Siegal, Esq.
Lawrence Rosenthal, Esq.
Kevin C. Ecker, Esq.
Stroock, Stroock & Laven LLP
180 Maiden Lane
New York, NY 10038

Re:    *Honeywell International Inc., et al. v. Apple Computer, Inc., et al.*
       Civil Action No. 04-1338 (KAJ) (consolidated)
       Our File No. 019896-0229

Dear Counsel:

Enclosed is a CD containing Honeywell's supplemental document production to Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc., Bates Nos. HW026231-HW026307. These documents are being produced pursuant to the Protective Order and have been designated accordingly.

Very truly yours,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

*Kelly A. Hubred*

Kelly A. Hubred
Case Assistant

Enclosure

MP3 20235154.1

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500 Fax: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

**ANGELA COPE, RP**
Paralegal
612-349-8530

August 23, 2007

**VIA FEDERAL EXPRESS**

Angie M. Hankins, Esq.
Matthew W. Siegal, Esq.
Lawrence Rosenthal, Esq.
Kevin C. Ecker, Esq.
Stroock, Stroock & Laven LLP
180 Maiden Lane
New York, NY 10038

Re:     Honeywell International Inc., et al. v. Apple, et al.
        Civil Action No. 04-1338(KAJ) (consolidated)
        Our File No.: 019896-0229

Dear Counsel:

Enclosed is a CD containing Honeywell's supplemental document production to Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc., Bates Nos. HW026308 – HW026582.

Please note that these documents are being produced pursuant to the Protective Order and have been designated accordingly.

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Angela Cope, RP
Paralegal

Enclosure

MP3 20238786.1

A T L A N T A · B O S T O N · L O S  A N G E L E S · MINNEAPOLIS · N A P L E S · S A I N T  P A U L · W A S H I N G T O N , D . C .

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

**ANGELA COPE, RP**
Paralegal
612-349-8530

August 27, 2007

**VIA FEDERAL EXPRESS**

Angie M. Hankins, Esq.
Matthew W. Siegal, Esq.
Lawrence Rosenthal, Esq.
Kevin C. Ecker, Esq.
Stroock, Stroock & Laven LLP
180 Maiden Lane
New York, NY 10038

Re:    Honeywell International Inc., et al. v. Apple, et al.
Civil Action No. 04-1338(KAJ) (consolidated)
Our File No.: 019896-0229

Dear Counsel:

Enclosed is a CD containing Honeywell's supplemental document production to Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc., Bates Nos. HW026583-HW026615. Please note that the documents on this CD include a complete copy of the documents previously produced as Bates Nos. HW026456-HW026571.

Additionally, note that these documents are being produced pursuant to the Protective Order and have been designated accordingly.

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Angela Cope, RP
Paralegal

Enclosure

# ROBINS, KAPLAN, MILLER & CIRESI LLP

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
TEL: 612-349-8500 FAX: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

**ANGELA COPE, RP**
Paralegal
612-349-8530

October 2, 2007

**VIA FEDERAL EXPRESS**

Angie M. Hankins, Esq.
Matthew W. Siegal, Esq.
Lawrence Rosenthal, Esq.
Kevin C. Ecker, Esq.
Stroock, Stroock & Laven LLP
180 Maiden Lane
New York, NY  10038

Re:    Honeywell International Inc., et al. v. Apple, et al.
Civil Action No. 04-1338(KAJ) (consolidated)
Our File No.:  019896-0229

Dear Counsel:

Enclosed is a CD containing Honeywell's supplemental document production to Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc., Bates Nos. HW026616-HW027248.

Additionally, note that these documents are being produced pursuant to the Protective Order and have been designated accordingly.

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Angela Cope, RP
Paralegal

Enclosure

MP3 20244187.1

TLANTA · BOSTON · LOS ANGELES · MINNEAPOLIS · NAPLES · SAINT PAUL · WASHINGTON, D.C.

# ROBINS, KAPLAN, MILLER & CIRESI L.L.P

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500 Fax: 612-339-4181
www.rkmc.com

ATTORNEYS AT LAW

**ANGELA COPE, RP**
Paralegal
612-349-8530

October 24, 2007

**VIA FEDERAL EXPRESS**

Angie M. Hankins, Esq.
Matthew W. Siegal, Esq.
Lawrence Rosenthal, Esq.
Kevin C. Ecker, Esq.
Stroock, Stroock & Laven LLP
180 Maiden Lane
New York, NY 10038

Re:   Honeywell International Inc., et al. v. Apple, et al.
Civil Action No. 04-1338(KAJ) (consolidated)
Our File No.: 019896-0229

Dear Counsel:

Enclosed is a CD containing Honeywell's supplemental document production to Fuji Photo Film Co., Ltd. and Fuji Photo Film U.S.A., Inc., Bates Nos. HW027249-HW027582.

Please note that these documents are being produced pursuant to the Protective Order and have been designated accordingly.

Sincerely,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Angela Cope, RP
Paralegal

Enclosure

# EXHIBIT E

## FULLY REDACTED