# EXHIBIT F

## FULLY REDACTED