IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC.; and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., *et al.* <br><br> Defendants. | C. A. No. 04-1338-JJF |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on February 8, 2008, true and correct copies of the following document were served on the following counsel of record in the manner indicated:

SUPPLEMENTAL EXPERT REPORT FOR DEFENDANTS FUJIFILM CORPORATION, FUJIFILM U.S.A., INC., SAMSUNG SDI CO., LTD., SAMSUNG SDI AMERICA, INC. AND OPTREX AMERICA INC. ON INVALIDITY AND UNENFORCEABILITY BY DR. ELLIOTT SCHLAM

### BY E-MAIL AND OVERNIGHT DELIVERY

Matthew L. Woods, Esq.
Stacie E. Oberts, Esq.
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

**BY E-MAIL**

| | |
|---|---|
| Elizabeth L. Brann, Esq.<br>Stephen S. Korniczky, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>3579 Valley Centre Drive<br>San Diego, CA 92130 | Andrew M. Ollis, Esq.<br>Alexander E. Gasser, Esq.<br>Oblon, Spivak, McClelland, Maier & Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, VA 22314 |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Lawrence Rosenthal
Matthew W. Siegal
Ian G. DiBernardo
Angie M. Hankins
Kevin C. Ecker
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038
(212) 806-5400

Dated: February 12, 2008
816727

By: /s/ Philip A. Rovner
     Philip A. Rovner (#3215)
     Hercules Plaza
     P.O. Box 951
     Wilmington, DE 19899-0951
     (302) 984-6000
     provner@potteranderson.com

*Attorneys for Defendants*
*FUJIFILM Corporation and*
*FUJIFILM U.S.A., Inc.*

2

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, hereby certify that, on February 12, 2008, the within document was electronically filed with the Clerk of the Court using CM-ECF which will send notification of such filing to the following; and the document is available for viewing and downloading from CM-ECF:

Thomas C. Grimm, Esq.
Benjamin J. Schladweiler, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
tgrimm@mnat.com
bschladweiler@mnat.com

Karen L. Pascale, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801
kpascale@ycst.com

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

David J. Margules, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
dmargules@bmf-law.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
E-mail: provner@potteranderson.com

759311