IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> vs. <br><br> APPLE COMPUTER, INC. et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 04-1338-JJF <br> (Consolidated) |

### MOTION FOR ADMISSION PRO HAC VICE OF ROSE HICKMAN

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Rose Hickman, of Hogan & Harson, LLP, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067-6047, (310) 785-4600, to represent Defendants Citizen Watch Co., Ltd. and Citizen Displays Co. Ltd. in this matter.

BOUCHARD MARGULES & FRIEDLANDER, P.A.

OF COUNSEL:

Stuart Lubitz
David H. Ben-Meir
Robert J. Benson
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6047
Tel: (310) 785-4600

Dated: April 4, 2008

   /s/ Sean M. Brennecke
David Margules (Bar No. 2554)
Sean M. Brennecke (Bar No. 4686)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Tel: (302) 573-3508
Fax: (302) 573-3501
E-mail: dmargules@bmf-law.com
E-mail: sbrennecke@bmf-law.com

*Attorneys for Defendants
Citizen Watch Co., Ltd. and Citizen Displays Co. Ltd.*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of April, 2008, that counsel's motion for admission *pro hac vice* is granted.

_____
United States District Judge

{BMF-W0089791.}