IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL INC. )
and HONEYWELL INTELLECTUAL )
PROPERTIES INC., )
     )
         Plaintiffs, )     C.A. No. 04-1338-JJF
     )     (Consolidated)
         vs. )
     )
APPLE COMPUTER, INC. et al., )
     )
         Defendants. )

## MOTION FOR ADMISSION PRO HAC VICE OF DAVID H. BEN-MEIR

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of David H. Ben-Meir, of Hogan & Harson, LLP, 1999 Avenue of the Stars, Suite

1400, Los Angeles, CA 90067-6047, (310) 785-4600, to represent Defendants Citizen Watch Co.,

Ltd. and Citizen Displays Co. Ltd. in this matter.

         BOUCHARD MARGULES & FRIEDLANDER, P.A.

OF COUNSEL:            /s/ Sean M. Brennecke
         David Margules (Bar No. 2554)
Stuart Lubitz         Sean M. Brennecke (Bar No. 4686)
David H. Ben-Meir         222 Delaware Avenue, Suite 1400
Robert J. Benson         Wilmington, DE 19801
HOGAN & HARTSON LLP         Tel: (302) 573-3508
1999 Avenue of the Stars, Suite 1400         Fax: (302) 573-3501
Los Angeles, CA 90067-6047         E-mail: dmargules@bmf-law.com
Tel: (310) 785-4600         E-mail: sbrennecke@bmf-law.com

         *Attorneys for Defendants*
Dated: April 4, 2008         *Citizen Watch Co., Ltd. and Citizen Displays Co. Ltd.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of April, 2008, that counsel's

motion for admission *pro hac vice* is granted.

         _____
         United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

David H. Ben-Meir
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067-6047
Tel: (310) 785-4600

Dated: April 3, 2008

{BMF-W0089788.}