# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**Thomas L. Halkowski**
302 778-8407

Email
halkowski@fr.com

April 14, 2008

**VIA ECF**
The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *Honeywell International Inc., et al. v. Apple Computer, Inc., et al.*
USDC-D. Del. - C.A. No. 04-1338 KAJ (Consolidated)

Dear Judge Farnan:

Per Your Honor's instructions at the April 2, 2008, status conference in this matter, enclosed please find a proposed order addressing the licensing issue regarding certain customer defendants. After exchanging a number of drafts amongst the parties, the Plaintiffs and Apple reached agreement upon the proposed order this afternoon. Please be advised, however, that given the large number of defendants and the difficulty in coordinating a group response, not all of the relevant entities have yet expressed their agreement with the language of the proposed order.[1]

Respectfully,

/s/ Thomas L. Halkowski

Thomas L. Halkowski

TLH:sb

Enclosure

cc    Clerk of Court (via hand)
      Counsel of Record (via ECF)

---

[1] To date, Audiovox Communications, Dell, Eastman Kodak, Hartford Computer, Navman, Olympus Corp. & Olympus America Inc., Pentax (now Hoya), Sony, Sony Ericcson Mobile Communications AB & Sony Ericcson Mobile Communications USA Inc. have all concurred with the proposed order, and no defendant has objected to it.