

*Phone:*  (302) 425-6410
*Fax:*    (302) 428-5132
*Email:*  Poppiti@BlankRome.com

April 17, 2008

Thomas C. Grimm, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

Richard Horwitz, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801

Amy Elizabeth Evans, Esquire
Cross & Simon LLC
913 North Market Street
11th Floor
Wilmington, DE 19801

Frederick L. Cottrell, III, Esquire
Richards Layton & Finger
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Robert J. Katzenstein, Esquire
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, Suite 1000
Wilmington, DE 19801

Arthur G. Connolly, III, Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801

John W. Shaw, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Matthew Neiderman, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

David J. Margules, Esquire
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

    Re:    **Honeywell International Inc. et al. v. Apple Computer Inc. et al.**
             C.A. No. 1:04-cv-01338-JJF

Dear Counsel:

    Consistent with Judge Farnan's direction to me, please be advised that I informed his Honor on April 16, 2008 that my firm is adverse to Dell Inc. in a matter presently pending in the Eastern District of Texas, Tyler Division, involving different patents. I also advised him that my firm is also representing Honeywell International Inc. in multi-defendant asbestos tort related actions presently pending in Western and Southwestern State County Courts in Ohio – Honeywell is not considered to be a primary defendant.



All Counsel
April 17, 2008
Page 2

     I told Judge Farnan, with respect to same, that no work is being accomplished out of my Firm's Wilmington office and that I have not had, nor will I have, any involvement with either matter.

     If counsel deems it necessary, my Firm is prepared to establish a timely and effective screening procedure prior to the time I begin work as Special Master to ensure that, through a "cone of silence," no confidential information that may come into my possession will be shared with those involved in the referenced matters and that I am not informed in any way of the status of or facts relating to these matters.

     I also asserted respectfully to the Court that I was satisfied I would be able to discharge the responsibilities of a Special Master in a fair and impartial manner and that I did not believe that my ability to do so might reasonably be questioned in light of the above information.

     As I would like to establish a date for an initial conference in the matter, please advise my secretary of all available dates for the week of April 21, 2008 for a conference to be held in the J. Caleb Boggs Federal Building, unless counsel agree that a teleconference would be more convenient. I expect we should be able to conclude our business within a two hour time frame. I, of course, am prepared to discuss the subject of this letter during the conference or earlier if counsel believe it necessary.

     Yours very truly,

     Vincent J. Poppiti
     Special Master (DE # 100614)

VJP/mcm

cc:    The Honorable Joseph J. Farnan (via hand delivery)