**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., and HONEYWELL INTELLECTUAL PROPERTIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AUDIOVOX COMMUNICATIONS CORP., AUDIOVOX ELECTRONICS CORP., NIKON CORPORATION, NIKON INC., NOKIA CORPORATION, NOKIA INC., SANYO ELECTRIC CO., LTD., and SANYO NORTH AMERICA,<br><br>Defendants. | C.A. No. 04-1337-JFF |
| HONEYWELL INTERNATIONAL, INC., and HONEYWELL INTELLECTUAL PROPERTIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE COMPUTER, INC.; ARGUS a/k/a HARTFORD COMPUTER GROUP, INC.; CASIO COMPUTER CO., LTD.; CASIO, INC.; CONCORD CAMERAS; DELL INC.; EASTMAN KODAK COMPANY; FUJI PHOTO FILM CO., LTD.; FUJI PHOTO FILM U.S.A., INC.; FUJITSU LIMITED; FUJITSU AMERICA, INC.; FUJITSU COMPUTER PRODUCTS OF AMERICA, INC.; KYOCERA WIRELESS CORP.; MATSUSHITA ELECTRICAL INDUSTRIAL CO.; MATSUSHITA ELECTRICAL CORPORATION OF AMERICA; NAVMAN NZ LIMITED; NAVMAN U.S.A. INC.; OLYMPUS CORPORATION; OLYMPUS AMERICA, INC.; PENTAX CORPORATION; PENTAX U.S.A., INC.; SONY | C.A. No. 04-1338-JFF |

CORPORATION, SONY CORPORATION OF AMERICA; SONY ERICSSON MOBILE COMMUNICATIONS AB; SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.; TOSHIBA CORPORATION; and TOSHIBA AMERICA, INC.

        Defendants.

_____

HONEYWELL INTERNATIONAL INC., AND HONEYWELL INTELLECTUAL PROPERTIES INC.,

        Plaintiff,

        v.

CITIZEN WATCH CO., LTD. AND CITIZEN DISPLAYS CO., LTD.,

        Defendants.

_____

C.A. No. 05-0874-JFF

## **PROPOSED ORDER**

      WHEREAS the Court has considered the Motion of Defendants Citizen Watch Co., Ltd. and Citizen Displays Co., Ltd. ("Citizen") for Summary Judgment of Non-Infringement (the "Motion") as to the claims of infringement by Honeywell International and Honeywell Intellectual Properties Inc. of U.S. Patent No. 5,280,371 (the "'371 Patent"); and

      WHEREAS Citizen is entitled to judgment as a matter of law on the Motion;

      IT IS HEREBY ORDERED this _____ day of _____, 2008 that:

      1.      The Motion is GRANTED;

      2.      The Court grants Citizen's First Counterclaim and declares and adjudicates that Citizen has not and does not infringe the '371 Patent; and

2

3. The complaint against Citizen is dismissed with prejudice.

                                                                                        _____
                                                                                           U.S. District Court Judge