IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., and HONEYWELL INTELLECTUAL PROPERTIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUDIOVOX COMMUNICATIONS CORP., AUDIOVOX ELECTRONICS CORP., NIKON CORPORATION, NIKON INC., NOKIA CORPORATION, NOKIA INC., SANYO ELECTRIC CO., LTD., and SANYO NORTH AMERICA, <br><br> Defendants. | C.A. No. 04-1337 (JFF) |
| HONEYWELL INTERNATIONAL, INC., and HONEYWELL INTELLECTUAL PROPERTIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC.; ARGUS a/k/a HARTFORD COMPUTER GROUP, INC.; CASIO COMPUTER CO., LTD.; CASIO, INC.; CONCORD CAMERAS; DELL INC.; EASTMAN KODAK COMPANY; FUJI PHOTO FILM CO., LTD.; FUJI PHOTO FILM U.S.A., INC.; FUJITSU LIMITED; FUJITSU AMERICA, INC.; FUJITSU COMPUTER PRODUCTS OF AMERICA, INC.; KYOCERA WIRELESS CORP.; MATSUSHITA ELECTRICAL INDUSTRIAL CO.; MATSUSHITA ELECTRICAL CORPORATION OF AMERICA; NAVMAN NZ LIMITED; NAVMAN U.S.A. INC.; OLYMPUS CORPORATION; OLYMPUS AMERICA, INC.; PENTAX CORPORATION; PENTAX U.S.A., INC.; SONY CORPORATION, SONY CORPORATION OF AMERICA; SONY ERICSSON MOBILE | C.A. No. 04-1338 (JFF) |

| | |
|---|---|
| COMMUNICATIONS AB; SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.; TOSHIBA CORPORATION; and TOSHIBA AMERICA, INC.<br><br>                Defendants. | |
| HONEYWELL INTERNATIONAL INC., AND HONEYWELL INTELLECTUAL PROPERTIES INC.,<br>                Plaintiff,<br><br>                vs.<br><br>CITIZEN WATCH CO., LTD. AND CITIZEN DISPLAYS CO., LTD.,<br><br>                Defendants. | Case No.   1:05 CV 00874 JFF |

## DECLARATION OF DAVID BEN-MEIR IN SUPPORT OF DEFENDANTS CITIZEN WATCH CO., LTD. AND CITIZEN DISPLAYS CO., LTD.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

I, DAVID BEN-MEIR, hereby state as follows:

1. I am an attorney at law and licensed to practice law in the State of California, and am a partner of the law firm of Hogan & Hartson, LLP, counsel of record for Defendant Citizen Watch Co., Ltd. and Citizen Display Co., Ltd. (together "Citizen") in this action. I have personal knowledge of the facts set forth herein and if called and sworn as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Answers to Citizen Watch Co., Ltd. And Citizen Displays Co., Ltd's First Set of Interrogatories (No. 1-9).

\\\LA - 081700/000064 - 354009 v3

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiff's First Supplemental Objections and Responses to Citizen Watch Co., Ltd. And Citizen Displays Co., Ltd's Interrogatories No. 1-2.

4. Attached hereto as Exhibit C are true and correct copies of excerpts from the transcript of the March 15, 2007 deposition of Satoshi Kimura.

5. Attached hereto as Exhibit D are true and correct copies of excerpts from the transcript of the March 14-15, 2007 deposition of Terumoto Kimura.

6. Attached hereto as Exhibit E is a true and correct copy of correspondence between Amy Softich, counsel for Plaintiffs, and me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in  Tokyo, Japan , this 22nd day of April, 2008.

David Ben-Meir