# SEALED EXHIBIT A
# TO DECLARATION
# OF TERUMOTO KIMURA

# FILED SEPARATELY
# WITH THE COURT

{BMF-W0092553.}