IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., and HONEYWELL INTELLECTUAL PROPERTIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUDIOVOX COMMUNICATIONS CORP., AUDIOVOX ELECTRONICS CORP., NIKON CORPORATION, NIKON INC., NOKIA CORPORATION, NOKIA INC., SANYO ELECTRIC CO., LTD., and SANYO NORTH AMERICA, <br><br> Defendants. | C.A. No. 04-1337 (***) |
| HONEYWELL INTERNATIONAL, INC., and HONEYWELL INTELLECTUAL PROPERTIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC.; ARGUS a/k/a HARTFORD COMPUTER GROUP, INC.; CASIO COMPUTER CO., LTD.; CASIO, INC.; CONCORD CAMERAS; DELL INC.; EASTMAN KODAK COMPANY; FUJI PHOTO FILM CO., LTD.; FUJI PHOTO FILM U.S.A., INC.; FUJITSU LIMITED; FUJITSU AMERICA, INC.; FUJITSU COMPUTER PRODUCTS OF AMERICA, INC.; KYOCERA WIRELESS CORP.; MATSUSHITA ELECTRICAL INDUSTRIAL CO.; MATSUSHITA ELECTRICAL CORPORATION OF AMERICA; NAVMAN NZ LIMITED; NAVMAN U.S.A. INC.; OLYMPUS CORPORATION; OLYMPUS AMERICA, INC.; PENTAX CORPORATION; PENTAX U.S.A., INC.; SONY CORPORATION, SONY CORPORATION OF AMERICA; SONY ERICSSON MOBILE | C.A. No. 04-1338 (***) |

\\\LA - 081700/000064 - 359320 v1

|  |  |
|---|---|
| COMMUNICATIONS AB; SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.; TOSHIBA CORPORATION; and TOSHIBA AMERICA, INC.<br><br>　　　　　Defendants. |  |
| HONEYWELL INTERNATIONAL INC., AND HONEYWELL INTELLECTUAL PROPERTIES INC.,<br>　　　　　Plaintiff,<br><br>　　　　vs.<br><br>CITIZEN WATCH CO., LTD. AND CITIZEN DISPLAYS CO., LTD.,<br><br>　　　　　Defendants. | Case No.　1:05 CV 00874 *** |

## DECLARATION OF AKIHIRO TAKEUCHI IN SUPPORT OF DEFENDANTS CITIZEN WATCH CO., LTD. AND CITIZEN DISPLAYS CO., LTD.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

I, AKIHIRO TAKEUCHI, hereby state as follows:

1. I make this Declaration based on personal knowledge, I am over the age of 18, and I am competent to testify to the matters set forth herein.

2. I am an employee of Citizen Displays Co., Ltd.

3. Prior to December 12, 2005, I had inquired of Masayuki Arai, of Taiwan International Procurement Office of Panasonic Industrial Sales Taiwan Co., Ltd. ("Mr. Arai"), whether any X300 Panasonic handsets with LCD modules supplied by Citizen were ever sold in the North American market.

\\\LA - 081700/000064 - 359320 v1

4. Mr. Arai responded to my inquiry on December 12, 2005, and wrote that no such sales occurred in North America.

5. On December 15, 2005, Mr. Arai informed me via email that he had inquired again regarding whether any such sales occurred in North America, and he found that 1,000 of the X300 handsets were shipped in December, 2004.

6. Mr. Arai's email of December 15, 2005 was the first notice I received from Panasonic that any of the X300 handsets entered North America.

7. Upon information and belief, this was the first notice that any employee at Citizen Watch Co., Ltd. or Citizen Displays Co., Ltd. had that any of the X300 handsets had entered North America.

8. Attached hereto as Exhibit A is a true and correct copy of email correspondence between myself and Mr. Arai between December 12, 2005 and December 15, 2005, referenced above.

9. Attached hereto as Exhibit B is a true and correct copy of an email I received from Morris Yu of Quanta Computer on October 21, 2004, requesting a stop to all assembly production of Citizen's K1122H-HL modules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in _Tokyo, Japan_, this _13th_ day of _December_ 2007.

_____
Akihiro Takeuchi