IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., and HONEYWELL INTELLECTUAL PROPERTIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUDIOVOX COMMUNICATIONS CORP., AUDIOVOX ELECTRONICS CORP., NIKON CORPORATION, NIKON INC., NOKIA CORPORATION, NOKIA INC., SANYO ELECTRIC CO., LTD., and SANYO NORTH AMERICA, <br><br> Defendants. | C.A. No. 04-1337 (***) |
| HONEYWELL INTERNATIONAL, INC., and HONEYWELL INTELLECTUAL PROPERTIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC.; ARGUS a/k/a HARTFORD COMPUTER GROUP, INC.; CASIO COMPUTER CO., LTD.; CASIO, INC.; CONCORD CAMERAS; DELL INC.; EASTMAN KODAK COMPANY; FUJI PHOTO FILM CO., LTD.; FUJI PHOTO FILM U.S.A., INC.; FUJITSU LIMITED; FUJITSU AMERICA, INC.; FUJITSU COMPUTER PRODUCTS OF AMERICA, INC.; KYOCERA WIRELESS CORP.; MATSUSHITA ELECTRICAL INDUSTRIAL CO.; MATSUSHITA ELECTRICAL CORPORATION OF AMERICA; NAVMAN NZ LIMITED; NAVMAN U.S.A. INC.; OLYMPUS CORPORATION; OLYMPUS AMERICA, INC.; PENTAX CORPORATION; PENTAX U.S.A., INC.; SONY CORPORATION, SONY CORPORATION OF AMERICA; SONY ERICSSON MOBILE | C.A. No. 04-1338 (***) |

| | |
|---|---|
| COMMUNICATIONS AB; SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.; TOSHIBA CORPORATION; and TOSHIBA AMERICA, INC.<br><br>        Defendants. | |
| HONEYWELL INTERNATIONAL INC., AND HONEYWELL INTELLECTUAL PROPERTIES INC.,<br>        Plaintiff,<br><br>        vs.<br><br>CITIZEN WATCH CO., LTD. AND CITIZEN DISPLAYS CO., LTD.,<br><br>        Defendants. | Case No.   1:05 CV 00874 *** |

## DECLARATION OF TAKUJI NAKAO IN SUPPORT OF DEFENDANTS CITIZEN WATCH CO., LTD. AND CITIZEN DISPLAYS CO., LTD.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

I, TAKUJI NAKAO, hereby state as follows:

1. I make this Declaration based on personal knowledge, I am over the age of 18, and I am competent to testify to the matters set forth herein.

2. I became an employee of Citizen Displays Co., Ltd. on April 1, 2005. Before that, I was an Engineering Department employee of the Liquid Crystal Device Division for Citizen Watch Co., Ltd.

3. At all times prior to December 2005, Citizen was informed by Matsushita that the RANDO module was not intended for shipment to the United States. The RANDO module is also known as the K1122H-HL LCD module.

4. Attached hereto as Exhibit A is a true and correct copy of an email memorandum I sent to members of the Engineering Department on March 10, 2005. This memorandum confirmed that "information from Matsushita indicated that RANDO is not intended for shipment to the United States."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in _Tokyo, Japan_____, this 6th day of _December_, 2007.

中尾卓司
_____
Takuji Nakao