# SEALED EXHIBIT A TO DECLARATION OF TAKUJI NAKAO

# FILED SEPARATELY WITH THE COURT

{BMF-W0092553.}