IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., and HONEYWELL INTELLECTUAL PROPERTIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUDIOVOX COMMUNICATIONS CORP., AUDIOVOX ELECTRONICS CORP., NIKON CORPORATION, NIKON INC., NOKIA CORPORATION, NOKIA INC., SANYO ELECTRIC CO., LTD., and SANYO NORTH AMERICA, <br><br> Defendants. | C.A. No. 04-1337 (***) |
| HONEYWELL INTERNATIONAL, INC., and HONEYWELL INTELLECTUAL PROPERTIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC.; ARGUS a/k/a HARTFORD COMPUTER GROUP, INC.; CASIO COMPUTER CO., LTD.; CASIO, INC.; CONCORD CAMERAS; DELL INC.; EASTMAN KODAK COMPANY; FUJI PHOTO FILM CO., LTD.; FUJI PHOTO FILM U.S.A., INC.; FUJITSU LIMITED; FUJITSU AMERICA, INC.; FUJITSU COMPUTER PRODUCTS OF AMERICA, INC.; KYOCERA WIRELESS CORP.; MATSUSHITA ELECTRICAL INDUSTRIAL CO.; MATSUSHITA ELECTRICAL CORPORATION OF AMERICA; NAVMAN NZ LIMITED; NAVMAN U.S.A. INC.; OLYMPUS CORPORATION; OLYMPUS AMERICA, INC.; PENTAX CORPORATION; PENTAX U.S.A., INC.; SONY CORPORATION, SONY CORPORATION OF AMERICA; SONY ERICSSON MOBILE | C.A. No. 04-1338 (***) |

|  |  |
|---|---|
| COMMUNICATIONS AB; SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.; TOSHIBA CORPORATION; and TOSHIBA AMERICA, INC.<br><br>            Defendants. |  |
| HONEYWELL INTERNATIONAL INC., AND HONEYWELL INTELLECTUAL PROPERTIES INC.,<br>            Plaintiff,<br><br>vs.<br><br>CITIZEN WATCH CO., LTD. AND CITIZEN DISPLAYS CO., LTD.,<br><br>            Defendants. | Case No.    1:05 CV 00874 *** |

### DECLARATION OF CAROL LU IN SUPPORT OF DEFENDANTS CITIZEN WATCH CO., LTD. AND CITIZEN DISPLAYS CO., LTD.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

I, CAROL LU, hereby state as follows:

1.      I make this Declaration based on personal knowledge, I am over the age of 18, and I am competent to testify to the matters set forth herein.

2.      Prior to April 30, 2007, I was an employee of Citizen Systems (H.K.), Taiwan Branch, which was a group company of Citizen Watch Co., Ltd.

3.      On September 14, 2006, I sent an email to Morris Yu at Quanta Computer, requesting that the excess materials for the RA1 module remaining in stock at Citizen's factories be destroyed.   The RA1 module is also known as the K1122H-HL module.

4. I spoke to Elaine Yang at Quanta Computer between September 14, 2006 and September 20, 2006, and explained to her that Citizen could not accept any orders for the RA1 modules.

5. On September 20, 2006, I explained again that Citizen could not accept any orders for the RA1 modules.

6. Elaine Yang authorized Citizen to destroy the excess RA1 modules on September 20, 2006.

7. Attached hereto as Exhibit A is a true and correct copy of my email correspondence with Mr. Yu and Ms. Yang, referenced above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in _Taipei, Taiwan_, this _6th_ day of _November_ 2007.

_Carol Lu_
Carol Lu