# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., and HONEYWELL INTELLECTUAL PROPERTIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUDIOVOX COMMUNICATIONS CORP., AUDIOVOX ELECTRONICS CORP., NIKON CORPORATION, NIKON INC., NOKIA CORPORATION, NOKIA INC., SANYO ELECTRIC CO., LTD., and SANYO NORTH AMERICA, <br><br> Defendants. | C.A. No. 04-1337-JFF |
| HONEYWELL INTERNATIONAL, INC., and HONEYWELL INTELLECTUAL PROPERTIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC.; ARGUS a/k/a HARTFORD COMPUTER GROUP, INC.; CASIO COMPUTER CO., LTD.; CASIO, INC.; CONCORD CAMERAS; DELL INC.; EASTMAN KODAK COMPANY; FUJI PHOTO FILM CO., LTD.; FUJI PHOTO FILM U.S.A., INC.; FUJITSU LIMITED; FUJITSU AMERICA, INC.; FUJITSU COMPUTER PRODUCTS OF AMERICA, INC.; KYOCERA WIRELESS CORP.; MATSUSHITA ELECTRICAL INDUSTRIAL CO.; MATSUSHITA ELECTRICAL CORPORATION OF AMERICA; NAVMAN NZ LIMITED; NAVMAN U.S.A. INC.; OLYMPUS CORPORATION; OLYMPUS AMERICA, INC.; PENTAX CORPORATION; PENTAX U.S.A., INC.; SONY | C.A. No. 04-1338-JFF |

|  |  |
|---|---|
| CORPORATION, SONY CORPORATION OF AMERICA; SONY ERICSSON MOBILE COMMUNICATIONS AB; SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.; TOSHIBA CORPORATION; and TOSHIBA AMERICA, INC.<br><br>Defendants. |  |
| HONEYWELL INTERNATIONAL INC., AND HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>Plaintiff,<br><br>v.<br><br>CITIZEN WATCH CO., LTD. AND CITIZEN DISPLAYS CO., LTD.,<br><br>Defendants. | C.A. No. 05-0874-JFF |

**STATEMENT RELATED TO MOTION OF DEFENDANTS
CITIZEN WATCH CO., LTD. AND CITIZEN DISPLAYS CO., LTD.
<u>FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT</u>**

Pursuant to the Court's Memorandum Order on Summary Judgment, counsel for defendants Citizen Watch Co., Ltd. and Citizen Displays Co., Ltd. (collectively, "Citizen") hereby certify that no genuine issue of material fact exists with regard to the facts argued in support of Citizen's Motion for Summary Judgment of Non-Infringement.

|  |  |
|---|---|
| | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
| | /s/ David J. Margules |
| | David J. Margules (Bar No. 2254) |
| | Evan O. Williford (Bar No. 4162) |
| | 222 Delaware Avenue, Suite 1400 |
| OF COUNSEL: | Wilmington, DE 19801 |
| Stuart Lubitz | Tel:   (302) 573-3508 |
| David H. Ben-Meir | Fax:   (302) 573-3501 |
| HOGAN & HARTSON, LLP | E-mail:dmargules@bmf-law.com |
| 1999 Avenue of the Stars | E-mail: ewilliford@bmf-law.com |
| Suite 1400 | *Attorneys for Defendants Citizen Watch Co., Ltd. and* |
| Los Angeles, California 90067 | *Citizen Displays Co., Ltd.* |

DATED: April 25, 2008