# SEALED EXHIBIT A
# TO DECLARATION
# OF TAKUJI NAKAO

# FILED SEPARATELY
# WITH THE COURT