# SEALED EXHIBIT A
# TO DECLARATION
# OF CAROL LU

# FILED SEPARATELY
# WITH THE COURT