# SEALED EXHIBIT A
# TO DECLARATION
# OF AKIHIRO TAKEUCHI

# FILED SEPARATELY
# WITH THE COURT

{BMF-W0092553.}

# SEALED EXHIBIT B
# TO DECLARATION
# OF AKIHIRO TAKEUCHI

# FILED SEPARATELY
# WITH THE COURT

{BMF-W0092553.}