# SEALED EXHIBIT C
# TO DECLARATION
# OF DAVID BEN-MEIR

# FILED SEPARATELY
# WITH THE COURT

{BMF-W0092553.}

# SEALED EXHIBIT D
# TO DECLARATION
# OF DAVID BEN-MEIR

# FILED SEPARATELY
# WITH THE COURT

{BMF-W0092553.}