# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC.<br>and HONEYWELL INTELLECTUAL<br>PROPERTIES INC., <br><br>   Plaintiffs,<br><br>         vs.<br><br>APPLE COMPUTER, INC. et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 04-1338-JJF<br>) (Consolidated)<br>)<br>)<br>)<br>)<br>)<br>) |

**CITIZEN WATCH CO., LTD. AND CITIZEN DISPLAYS CO., LTD'S JOINDER IN DEFENDANTS OPTREX'S, FUJIFILM'S AND SAMSUNG SDI'S OPENING MEMORANDUM OF LAW IN SUPPORT OF THEIR PROPOSED CLAIM CONSTRUCTION**

Defendants Citizen Watch Co., Ltd. and Citizen Displays Co., Ltd. (collectively "Citizen") join Defendants Optrex's, Fujifilm's and Samsung SDI's Opening Memorandum of Law in Support of their Proposed Claim Construction, D.I. 1016.

                              BOUCHARD MARGULES & FRIEDLANDER, P.A.

                              /s/ David J. Margules
OF COUNSEL:                   David J. Margules (Bar No. 2254)
Stuart Lubitz                 Evan O. Williford (Bar No. 4162)
David H. Ben-Meir             222 Delaware Avenue, Suite 1400
HOGAN & HARTSON, LLP          Wilmington, DE 19801
1999 Avenue of the Stars      Tel:   (302) 573-3508
Suite 1400                    Fax:   (302) 573-3501
Los Angeles, California 90067 E-mail: dmargules@bmf-law.com
                              E-mail: ewilliford@bmf-law.com
DATED: April 30, 2008         *Attorneys for Defendants Citizen Watch Co., Ltd. and Citizen Displays Co., Ltd.*