IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC.; and HONEYWELL INTELLECTUAL PROPERTIES INC.;<br><br>Plaintiffs,<br><br>v.<br><br>APPLE COMPUTER, INC., et al.<br><br>Defendants. | Civil Action No. 04-1338 JJF<br>(Consolidated)<br><br>**PUBLIC VERSION** |

**DECLARATION OF ALEXANDER E. GASSER IN SUPPORT OF DEFENDANTS OPTREX'S, FUJIFILM'S AND SAMSUNG SDI'S OPENING MEMORANDUM OF LAW IN SUPPORT OF THEIR PROPOSED CLAIM CONSTRUCTION**

Karen L. Pascale (#2903)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kpascale@ycst.com

*Attorneys for Optrex America, Inc.*

OF COUNSEL:

Richard D. Kelly
Andrew M. Ollis
Alexander E. Gasser
Oblon, Spivak, McClelland,
  Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

Philip A. Rovner (#3215)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com

*Attorneys for FUJIFILM Corporation and*
  *FUJIFILM U.S.A. Inc.*

OF COUNSEL:

Lawrence Rosenthal
Ian G. DiBernardo
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
(212) 806-5400

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
rhorwitz@potteranderson.com

*Attorneys for Samsung SDI Co., Ltd. and
    Samsung SDI America, Inc.*

OF COUNSEL:

Stephen S. Korniczky
Elizabeth L. Brann
Paul, Hastings, Janofsky & Walker LLP
3579 Valley Centre Drive
San Diego, CA 92130
(858) 720-2500

Public Version: May 2, 2008

Alexander Gasser hereby declares:

1. I offer this declaration in support of the Opening Memorandum on Claim Construction (Markman) by the defendants FUJIFILM Corporation, FUJIFILM U.S.A., Inc., Optrex America Inc., Samsung SDI Co., Ltd., and Samsung SDI America, Inc.

2. I am an attorney at law admitted to practice before Courts of the State of Wisconsin, the United States District Court for the Eastern District of Wisconsin, United States Courts of Appeals for the Seventh and Federal Circuits, and the United States Patent and Trademark office. I am of counsel for defendant Optrex America, Inc. in this matter and I am admitted to practice pro hac vice before this Court in this case.

3. Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 5,280,371, which has been previously marked with Optrex production bates numbers OAI 0025629-25643. Exhibit 1 has further been previously designated as Defendants' deposition exhibit no. 27.

4. Attached as Exhibit 2 is a true and correct copy of a document identified as an IBM Technical Disclosure Bulletin vol. 33 no. 9 - February 1991, titled, "High Efficiency Back Light for LCD." This exhibit has been previously marked as deposition exhibit 483.

5. Attached as Exhibit 3 is a true and correct copy of a document marked as Defendants' deposition exhibit 90, which includes the prosecution history of U.S. patent no. 5,280,371, each page of which has been individually numbered such as to present continuous pagination throughout the entire prosecution history.

6. Attached as Confidential Exhibit 4 are true and correct copies of excerpts from the opening report of Mr. Wilwerding, specifically, the title page, and pages 1 and 6 thereafter.

7.    Attached as Exhibit 5 is a true and correct copy of an article identified as "S7-7 Directional Diffuser Lens Array for Backlit LCDs," Japan Display '92, pp. 259-262. This exhibit has been previously marked as Defendant's deposition exhibit 63, and has also been previously marked with Honeywell production bates numbers HW004221-4224.

8.    Attached as Confidential Exhibit 6 are true and correct copies of excerpts from the transcript to the deposition of Dr. Lewin, taken March 6, 2008, specifically, pages 147-149 and 385-387.

9.    Attached as Exhibit 7 is a true and correct copy of a Merriam-Webster Online definition of "slight" dated March 4, 2008, marked as deposition exhibit 536 at the March 6, 2008, deposition of Dr. Ian Lewin.

10.   I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2008

_____

Alexander E. Gasser

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Philip A. Rovner, hereby certify that, on May 2, 2008, the within document was electronically filed with the Clerk of the Court using CM-ECF which will send notification of such filing to the following; that the document was served on the following counsel as indicated; and the document is available for viewing and downloading from CM-ECF:

**BY E-MAIL AND HAND DELIVERY**

Thomas C. Grimm, Esq.
Benjamin J. Schladweiler, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
tgrimm@mnat.com
bschladweiler@mnat.com

Karen L. Pascale, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE  19801
kpascale@ycst.com

Matthew Neiderman, Esq.
Duane Morris LLP
1100 N. Market Street
Suite 1200
Wilmington, DE  19801
mneiderman@duanemorris.com

**BY E-MAIL AND HAND DELIVERY**

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

David J. Margules, Esq.
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801
dmargules@bmf-law.com

/s/ Philip A. Rovner
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000
E-mail:  provner@potteranderson.com