# EXHIBIT 2

To
**DECLARATION OF ALEXANDER E. GASSER
IN SUPPORT OF
DEFENDANTS OPTREX'S, FUJIFILM'S AND
SAMSUNG SDI'S OPENING MEMORANDUM OF LAW
IN SUPPORT OF THEIR PROPOSED CLAIM CONSTRUCTION**



# IBM Technical Disclosure Bulletin

Vol. 33 no. 9 February 1991



Honeywell v Apple
Date 2-20-08
EXHIBIT 483

PUBLIC LIBRARY
CITY OF DENVER

IBM Technical Disclosure Bulletin

Volume 33   Number 9   February 1991

IBM Technical Disclosure Bulletin is published monthly by International Business Machines Corporation, Armonk, New York 10504.
Officers: John F. Akers, Chairman of the Board; Jack D. Kuehler, President; Robert M. Ripp, Treasurer; John E. Hickey, Secretary.

Inquiries should be directed to Intellectual Property Law, International Business Machines Corporation, Armonk, New York 10504.

● Copyright International Business Machines Corporation 1991. Printed in U.S.A. The publication of these technical disclosures does not constitute a grant of any license under any patent.

© IBM Corp.

**IBM Technical Disclosure Bulletin**    Vol. 33 No. 9 February 1991

HIGH EFFICIENCY BACK LIGHT FOR LCD



FIG. 1

FIG. 2

Disclosed is a technique for a high efficiency back light system. This technique is widely applicable to all types of liquid crystal displays (LCDs).

To achieve high efficiency back light, as shown in Fig. 1, the structure disclosed herein uses a micro-prism-plate, edge lighting-type light guide and thin light scattering film in combination. Fig. 2 shows a structure of the micro-prism-plate. Emitted light from the surface of the light guide has an angle perpendicular to the surface. This light beam deflects to normal direction to the surface by the micro-prism plate. The light scattering film is employed to eliminate interference pattern of the micro-prism-plate and LCD's pixel arrangement pattern as shown Fig. 3.

HIGH EFFICIENCY BACK LIGHT FOR LCD - Continued



FIG. 3

FIG. 4

    With this technique, emitted light from the back light system has strong intensity distribution to the normal direction to the back light surface as shown in Fig. 4.

    Liquid crystal display's application is mostly portable area. This requires low power consumption. Most of the power of the LCD module is consumed at back light system. Therefore, the technique disclosed herein is a very effective means to achieve a low power consumption LCD module.