# EXHIBIT 6

## To
## DECLARATION OF ALEXANDER E. GASSER
## IN SUPPORT OF
## DEFENDANTS OPTREX'S, FUJIFILM'S AND
## SAMSUNG SDI'S OPENING MEMORANDUM OF LAW
## IN SUPPORT OF THEIR PROPOSED CLAIM CONSTRUCTION

CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 147

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - -

HONEYWELL INTERNATIONAL INC. and
HONEYWELL INTELLECTUAL PROPERTIES
INC,

                    Plaintiffs,
                            C.A. No. 04-1338-KAJ
        v.
                            (Consolidated)
APPLE COMPUTER, INC., et al.,


                    Defendants.

- - - - - - - - - - - - - - - - - -



        DEPOSITION OF IAN LEWIN

        VOLUME II, PAGES 147 - 408

            MARCH 6, 2008



        (The following is the continued deposition

of IAN LEWIN, taken pursuant to the Federal Rules of

Civil Procedure, via videotape, at the offices of

Robins, Kaplan, Miller & Ciresi, LLP, 2800 LaSalle

Plaza, 800 LaSalle Avenue, Minneapolis, Minnesota,

commencing at approximately 8:31 a.m. on March 6,

2008.)

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

8bc16cb0-e04e-4c13-a67a-00e8ff2ed656

CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 148

```
 1    APPEARANCES:
 2         On Behalf of the Plaintiffs:
 3              Matthew L. Woods and Peter N. Surdo
                ROBINS, KAPLAN, MILLER & CIRESI, LLP
 4              2800 LaSalle Plaza
                800 LaSalle Avenue
 5              Minneapolis, Minnesota    55402
 6         On Behalf of the Defendant Optrex America, Inc.:
 7              Andrew M. Ollis
                OBLON, SPIVAK, MCCLELLAND, MAIER &
 8              NEUSTADT, P.C.
                1940 Duke Street
 9              Alexandria, Virginia   22314
10         On Behalf of Samsung:
11              Stephen S. Korniczky and Elizabeth L. Brann
                PAUL HASTINGS JANOFSKY & WALKER LLP
12              3579 Valley Centre Drive
                San Diego, California   92130
13
           On Behalf of Fuji Film:
14
                Lawrence Rosenthal and Ian G. DiBernardo
15              STROOCK & STROOCK & LAVAN LLP
                180 Maiden Lane
16              New York, New York   10038
17    ALSO APPEARING:
18              Michael J. Domin, Videographer
19              Elliott Schlam
20              Robert D. Smith-Gillespie
21
22
23
24
25
```

8bc16cb0-e04e-4c13-a67a-00e8ff2ed656

CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY

Page 149

1                              I N D E X

2    EXHIBITS                  DESCRIPTION              PAGE MARKED

3    Ex    527    Lewin's Expert Witness Cases

4                 Related to Patents                       150

5          528    Seminar M-9:  Principles of LCD

6                 Backlighting, presentation to

7                 SID                                      172

8          529    U.S. Patent 4,277,817                    245

9          530    SID 1990 Seminar Lecture Notes,

10                Volume I, May 14, 1990                   2867

11         531    U.S. Patent 5,414,599                    315

12         532    Vikuity Display Enhancement

13                Brochure                                 344

14         533    U.S. Patent 4,804,253                    345

15         534    Japanese Unexamined Patent

16                Application Publication H2-212880    353

17         535    U.S. Patent 5,076,661                    367

18         536    Merriam-Webster definition of

19                "slight"                                 386

20         537    Merriam-Webster definition of

21                "few"                                    387

22

     WITNESS                   EXAMINATION BY             PAGE
23
     Ian Lewin                 Mr. Ollis                   150
24                             Mr. Rosenthal               228
                               Mr. Woods                   400
25                             Mr. Rosenthal               403

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

8bc16cb0-e04e-4c13-a67a-00e8ff2ed656

CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 385

1   asked and answered.

2       A.    I can assure you this was the last thing

3   that I spent last night thinking about.

4       Q.    But you were informed by the contents of the

5   specification, were you not, as to the meaning of

6   "slight misalignment?"

7       A.    Yes.

8       Q.    And you saw the word "few degrees," did you

9   not?

10      A.    Yes.

11      Q.    What does the word "few" mean to you?

12      A.    Slight.

13      Q.    Then -- well if they have identical

14  meanings, what is -- what -- what in -- in --

15          Stepping aside from this patent, when -- if

16  you saw the word "slight," what would that mean to

17  you?

18      A.    Stepping aside from the patent?  I haven't

19  really thought about what the word means, whether it

20  has any meaning other than the normal English usage.

21      Q.    And what is your --

22      A.    It -- it -- it is defined in the patent as

23  two to 16 degrees, and that really to me is -- is

24  the -- the consideration.

25      Q.    What is the normal-English-usage meaning of

8bc16cb0-e04e-4c13-a67a-00e8ff2ed656

CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 386

1    "slight?"

2        A.    I would prefer to look that up in a

3    dictionary, but I presume it's something like

4    "somewhat."

5            MR. ROSENTHAL:  Will the reporter please

6    mark this document.

7            MR. WOODS:  Well prepared.

8            (Exhibit 536 was marked for

9            identification.)

10   BY MR. ROSENTHAL:

11       Q.    Obviously, we anticipated perhaps that you

12   might want to see a dictionary.  This is an online

13   Merriam-Webster dictionary.  Are you familiar with

14   Merriam-Webster dictionary?

15       A.    I have heard of this dictionary, and I'm

16   deeply grateful for you producing this reference.

17       Q.    All right.  And so does this help you to --

18            Oh.  First of all, the Exhibit No. --

19            MR. ROSENTHAL:  What was that again?

20            THE REPORTER:  536.

21       Q.    -- Exhibit 536 is an online printout of the

22   definition of "slight" from Merriam-Webster OnLine.

23       A.    Yes.

24            MR. WOODS:  Do we know, counsel, just so I

25   can interpose an objection, do -- do -- was this

8bc16cb0-e04e-4c13-a67a-00e8ff2ed656

CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

Page 387

1    generated from 1990, 1992, 1994?

2            MR. ROSENTHAL:  2008.

3            MR. WOODS:  2008.  Okay.

4            MR. ROSENTHAL:  All right.

5        Q.    Does the word "slight" --

6            Does this help you understand what the word

7    "slight" means in normal English usage?

8        A.    Yes, it does, tremendously.

9        Q.    And what does it mean?

10        A.    Well it has two general forms of meaning,

11    "having a slim or delicate build : not stout or

12    massive in body : lacking in strength or substance :

13    deficient in weight, solidity, or importance."  And

14    the second definition would be "small of its kind or

15    in amount."

16        Q.    And the examples are "a slight chance" and

17    "a slight odor."

18        A.    Yes.

19        Q.    And do you think these definitions have

20    changed between 1989 and today?

21        A.    I am not a linguistics expert.  I know of no

22    reason that they would have done.

23            MR. ROSENTHAL:  Please mark this document.

24            (Exhibit 537 was marked for

25            identification.)

STIREWALT & ASSOCIATES

MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

8bc16cb0-e04e-4c13-a67a-00e8ff2ed656