# EXHIBIT 7

**To**

**DECLARATION OF ALEXANDER E. GASSER
IN SUPPORT OF
DEFENDANTS OPTREX'S, FUJIFILM'S AND
SAMSUNG SDI'S OPENING MEMORANDUM OF LAW
IN SUPPORT OF THEIR PROPOSED CLAIM CONSTRUCTION**

va=slight - Definition from the Merriam-Webster Online Dictionary                    Page 1 of 2



**Merriam-Webster**

**Merriam-Webster OnLine**

ARE YOU HEAVY OR HEALTHY?

| Height | Age 18-37 |
|--------|-----------|
| 5'1" | 100-133 |
| 5'2" | 104-136 |
| 5'3" | 109-142 |

Also Visit: | Unabridged | Encyclopedia Britannica | Visual **NEW** | ESL: | Learner's | for

⦿ Dictionary  ○ Thesaurus  ○ Spanish/English  ○ Medical

- Home
- Visit Our Sites
- Premium Services
- Downloads
- Word of the Day
- Word Games
- Open Dictionary
- Spelling Bee Hive
- Word for the Wise
- Online Store
- Help
- About Us

## va=slight

3 entries found.

slight[1,adjective]
slight[2,transitive verb]
slight[3,noun]

Main Entry: ¹**slight** ◄))
Pronunciation: \'slīt\
Function: *adjective*
Etymology: Middle English, smooth, slight, probably from Old English *sliht-* (in *eorth-slihtes* level with the ground); akin to Old High German *sleht* smooth, *slīhhan* to glide — more at SLICK
Date: 14th century

**1 a :** having a slim or delicate build : not stout or massive in body **b :** lacking in strength or substance : FLIMSY, FRAIL **c :** deficient in weight, solidity, or importance : TRIVIAL <a *slight* movie>
**2 :** small of its kind or in amount <a *slight* chance> <a *slight* odor of gas>

**synonyms** see THIN
— **slight·ly** *adverb*
— **slight·ness** *noun*

Learn more about "slight" and related topics at Britannica.com

Sponsored Links

**Slight Definition**
What Is **Slight**? Find Out w/the Dictionary Toolbar
Dictionary.alottoolbars.com

**Pronunciation Symbols**

Honeywell v Apple
Date 3-5-08
EXHIBIT 536