**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AUDIOVOX COMMUNICATIONS CORP., et al.,<br><br>    Defendants.<br>_____ | C.A. No. 04-1337-JFF |
| HONEYWELL INTERNATIONAL, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE COMPUTER, INC., et al.,<br><br>    Defendants.<br>_____ | C.A. No. 04-1338-JFF |
| HONEYWELL INTERNATIONAL INC., et al., ,<br><br>    Plaintiff,<br><br>    v.<br><br>CITIZEN WATCH CO., LTD. AND CITIZEN DISPLAYS CO., LTD.,<br><br>    Defendants.<br>_____ | C.A. No. 05-0874-JFF |

          BOUCHARD MARGULES & FRIEDLANDER, P.A.
          David J. Margules (Bar No. 2254)
          Evan O. Williford (Bar No. 4162)
          222 Delaware Avenue, Suite 1400
          Wilmington, DE 19801
          (302) 573-3508
          E-mail: dmargules@bmf-law.com
          E-mail: ewilliford@bmf-law.com
          *Attorneys for Defendants Citizen Watch Co., Ltd. and*
          *Citizen Displays Co., Ltd.*

# EXHIBIT A
# TO THE DECLARATION
# OF AKIHIRO TAKEUCHI [D.I. 1005]

# REDACTED IN ITS ENTIRETY

{BMF-W0092945.}

# EXHIBIT B
# TO THE DECLARATION
# OF AKIHIRO TAKEUCHI [D.I. 1005]

# REDACTED IN ITS ENTIRETY