# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AUDIOVOX COMMUNICATIONS CORP., et al., <br><br> Defendants. <br> _____ | C.A. No. 04-1337-JFF |
| HONEYWELL INTERNATIONAL, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et al., <br><br> Defendants. <br> _____ | C.A. No. 04-1338-JFF |
| HONEYWELL INTERNATIONAL INC., et al., , <br><br> Plaintiff, <br><br> v. <br><br> CITIZEN WATCH CO., LTD. AND CITIZEN DISPLAYS CO., LTD., <br><br> Defendants. <br> _____ | C.A. No. 05-0874-JFF |

BOUCHARD MARGULES & FRIEDLANDER, P.A.
David J. Margules (Bar No. 2254)
Evan O. Williford (Bar No. 4162)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3508
E-mail:  dmargules@bmf-law.com
E-mail:  ewilliford@bmf-law.com
  *Attorneys for Defendants Citizen Watch Co., Ltd. and*
  *Citizen Displays Co., Ltd.*

{BMF-W0092950.}

# EXHIBIT A
# TO THE DECLARATION
# OF TAKUKI NAKAO [D.I. 1006]

# REDACTED IN ITS ENTIRETY

{BMF-W0092950.}