```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE
```

HONEYWELL INTERNATIONAL INC. and    :
HONEYWELL INTELLECTUAL PROPERTIES,  :
INC.,                               :
            Plaintiffs,             :
                                    :
   v.                               : Civil Action No. 04-1338-JJF
                                    :
APPLE COMPUTER, INC., et al.,       : CONSOLIDATED CASE
                                    :
            Defendants.             :

## O R D E R

WHEREAS, on February 15, 2007, Plaintiffs, Honeywell International Inc. And Honeywell Intellectual Properties, Inc., filed a Motion for Protective Order Precluding the Disclosure of Confidential Information to Optrex America, Inc.'s Proposed Expert/Consultant (D.I. 713);

WHEREAS, this Motion was fully briefed on March 9, 2007, and has been pending for over 13 months;

WHEREAS, the above-captioned action was recently transferred and is now pending before the Court;

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall inform the Court within ten days of the date of this Order whether this matter still requires the Court's attention.

May 9, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE