IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
HONEYWELL INTERNATIONAL INC.,    :
et al.,                          :
                                 :
         Plaintiffs,             :
                                 :
     v.                          : Civil Action No. 04-1338-JJF
                                 :      CONSOLIDATED
APPLE COMPUTER, INC., et al,     :
                                 :
         Defendants.             :
```

## O R D E R

WHEREAS, it has been determined that, in order to more efficiently and expeditiously administer justice and assist the parties to amicably resolve the dispute regarding whether Defendant InnoLux Display Corporation has submitted to the jurisdiction of the Court, and waived its jurisdictional defense by filing a claim construction brief pending before this Court, it is appropriate and necessary to appoint a Special Master to issue a Report and Recommendation;

NOW THEREFORE, IT IS HEREBY ORDERED that Vincent J. Poppiti, Esquire is appointed as Special Master to assist in the handling of this matter.  The Court is informed that Vincent J. Poppiti, Esquire is unavailable until May 27, 2008.


 May 16, 2008                    _____
    DATE                        UNITED STATES DISTRICT JUDGE