IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 04-1338- JJF <br> (Consolidated) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Honeywell plaintiffs and defendants Citizen Watch Co. Ltd. and Citizen Displays Co. Ltd. ("Citizen"), subject to the approval of the Court, that Honeywell's Counter-Statement in response to Citizen's Motion for Summary Judgment of Non-Infringement and Citizen's Response to the Counter-Statement, as required by the Court's Order regarding procedures on summary judgment, shall be filed on June 2, 2008 and June 20, 2008, respectively.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BOUCHARD MARGULES & FRIEDLANDER, P.A. |
|---|---|
| */s/ Thomas C. Grimm (#1098)* | */s/ David J. Margules (#2254)* |
| Thomas C. Grimm (#1098) <br> Benjamin J. Schladweiler (#4601) <br> 1201 N. Market Street, P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 <br> tgrimm@mnat.com <br> *Attorneys for Plaintiffs* | David J. Margules (#2254) <br> 222 Delaware Avenue, Suite 1400 <br> Wilmington, DE 19801 <br> (302) 573-3500 <br> dmargules@bmf-law.com <br> *Attorneys for Citizen Watch Co. Ltd. and Citizen Displays Co. Ltd.* |

SO ORDERED this ____ day of _____, 2008.

_____
United States District Judge

2339512

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered participants.

I also certify that on May 23, 2008, I caused to be served true and correct copies of the foregoing on the following as indicated below:

**BY E-MAIL:**

Karen L. Pascale
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
The Brandywine Building, 17th floor
1000 West Street
Wilmington, DE  19801
kpascale@ycst.com

*Attorneys for Optrex America, Inc.*

Matt Neiderman
DUANE MORRIS LLP
1100 North Market Street, 12th Floor
Wilmington, DE  19801-1246
MNeiderman@duanemorris.com

*Attorneys for InnoLux Display Corporation*

Andrew M. Ollis
OBLON, SPIVAK, McCLELLAND,
  MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA  22314
aollis@oblon.com

*Attorneys for Optrex America, Inc.*

Philip A. Rovner
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899
provner@potteranderson.com

*Attorneys for FUJIFILM Corporation
and FUJIFILM U.S.A., Inc.*

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com

*Attorneys for Samsung SDI America, Inc.
and Samsung SDI Co., Ltd.*

Stuart Lubitz
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
slubitz@hhlaw.com

*Attorneys for Citizen Watch Co., Ltd.
and Citizen Displays Co., Ltd.*

Stephen S. Korniczky
Elizabeth L. Brann
PAUL, HASTINGS, JANOFSKY
  & WALKER LLP
3579 Valley Centre Drive
San Diego, CA  92130
stephenkorniczky@paulhastings.com
elizabethbrann@paulhastings.com

*Attorneys for Samsung SDI Co., Ltd.
and Samsung SDI America, Inc.*

Lawrence Rosenthal
Matthew W. Siegal
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY  10038-4982
lrosenthal@stroock.com
msiegal@stroock.com

*Attorneys for FUJIFILM Corporation
and FUJIFILM U.S.A., Inc.*

Hamilton Loeb
PAUL, HASTINGS, JANOFSKY
  & WALKER LLP
875 15th Street, N.W.
Washington, DC  20005
hamiltonloeb@paulhastings.com

*Attorneys for Samsung SDI Co., Ltd.
and Samsung SDI America, Inc.*

Donald R. McPhail
DUANE MORRIS LLP
1667 K Street, N.W., Suite 700
Washington, DC  20006
drmcphail@duanemorris.com

*Attorneys for InnoLux Display Corporation*

*/s/ Thomas C. Grimm (#1098)*

_____
Thomas C. Grimm (#1098)
tgrimm@mnat.com

2339512