IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-1338- JJF |
| v. | ) ) | (Consolidated) |
| APPLE COMPUTER, INC., et al., | ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the

Honeywell plaintiffs and defendants Citizen Watch Co. Ltd. and Citizen Displays Co. Ltd.

("Citizen"), subject to the approval of the Court, that Honeywell's Counter-Statement in

response to Citizen's Motion for Summary Judgment of Non-Infringement and Citizen's

Response to the Counter-Statement, as required by the Court's Order regarding procedures on

summary judgment, shall be filed on June 2, 2008 and June 20, 2008, respectively.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm (#1098)*

Thomas C. Grimm (#1098)
Benjamin J. Schladweiler (#4601)
1201 N. Market Street, P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
  *Attorneys for Plaintiffs*

BOUCHARD MARGULES & FRIEDLANDER, P.A.

*/s/ David J. Margules (#2254)*

David J. Margules (#2254)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
(302) 573-3500
dmargules@bmf-law.com
*Attorneys for Citizen Watch Co. Ltd.*
*and Citizen Displays Co. Ltd.*

SO ORDERED this day of May , 2008.

_____
United States District Judge

2339512