IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL INC.; and )
HONEYWELL INTELLECTUAL PROPERTIES )
INC.; )
            Plaintiffs, )
)
v. )
)
APPLE COMPUTER, INC., et al. )
)
            Defendants. )

Public Version- Filed June 9, 2008

Civil Action No. 04-1338-JJF
Civil Action No. 04-1337-JJF
Civil Action No. 04-1536-JJF
[CONSOLIDATED]

**OPPOSITION DECLARATION OF ALEXANDER E. GASSER IN SUPPORT OF
DEFENDANTS OPTREX'S, FUJIFILM'S, SAMSUNG SDI'S, AND CITIZEN'S
OPPOSITION MEMORANDUM OF LAW
IN SUPPORT OF THEIR PROPOSED CLAIM CONSTRUCTION**

Karen L. Pascale (#2903)
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
kpascale@ycst.com
*Attorneys for Optrex America, Inc.*

OF COUNSEL:

Richard D. Kelly
Andrew M. Ollis
Alexander A. Gasser
OBLON, SPIVAK, MCCLELLAND,
  MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

Philip A. Rovner (#3215)
POTTER, ANDERSON & CORROON
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
provner@potteranderson.com
*Attorneys for FUJIFILM Corporation and
FUJIFILM U.S.A. Inc.*

OF COUNSEL:

Lawrence Rosenthal
Ian G. DiBernardo
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038-4982
(212) 806-5400

| | |
|---|---|
| Richard L. Horwitz (#2246) <br> David E. Moore (#3983) <br> POTTER, ANDERSON & CORROON <br> 6th Floor, Hercules Plaza <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> (302) 984-6000 <br> rhorwitz@potteranderson.com <br> *Attorneys for Samsung SDI Co., Ltd. and Samsung SDI America, Inc.* <br><br> OF COUNSEL: <br><br> Stephen S. Korniczky <br> Elizabeth L. Brann <br> PAUL HASTINGS JANOFSKY & WALKER LLP <br> 3579 Valley Centre Drive <br> San Diego, CA 92130 <br> (858) 720-2500 | David J. Margules (#2254) <br> BOUCHARD MARGULES & FRIEDLANDER, P.A. <br> 222 Delaware Avenue, Suite 1400 <br> Wilmington, DE 19801 <br> (302) 573-3500 <br> dmargules@bmf-law.coms <br> *Attorneys for Citizen Watch Co. Ltd. and Citizen Displays Co. Ltd.* <br><br> OF COUNSEL: <br><br> David H. Ben-Meir <br> Rose A. Hickman <br> HOGAN & HARTSON LLP <br> 1999 Avenue of the Stars <br> Suite 1400 <br> Los Angeles, CA 90067-6047 <br> (310) 785-4600 |

June 2, 2008

Alexander Gasser hereby declares:

1. I offer this declaration in support of the Responsive Memorandum on Claim Construction (Markman) by the defendants FUJIFILM Corporation, FUJIFILM U.S.A., Inc., Optrex America Inc., Samsung SDI Co., Ltd., Samsung SDI America, Inc., Citizen Watch Co., Ltd., and Citizen Displays Co., Ltd

2. I am an attorney at law admitted to practice before Courts of the State of Wisconsin, the United States District Court for the Eastern District of Wisconsin, United States Courts of Appeals for the Seventh and Federal Circuits, and the United States Patent and Trademark office. I am counsel for defendant Optrex America, Inc. in this matter, and I am admitted to practice pro hac vice before this Court in this case.

3. I am the same Alexander E. Gasser, who provided a declaration dated April 25, 2008, supporting the Opening Memorandum on Claim Construction (Markman) by the defendants FUJIFILM Corporation, FUJIFILM U.S.A., Inc., Optrex America Inc., Samsung SDI Co., Ltd., and Samsung SDI America, Inc.

4. The numbering of exhibits attached to this declaration continues from the seven exhibits attached to my April 25, 2008 declaration, to avoid duplicate exhibit numbers.

5. Attached as Confidential Exhibit 8 is a true and correct copy of a document titled Plaintiffs' Answers to Defendant Samsung SDI Co., Ltd.'s Second Set of Interrogatories to Honeywell, dated April 12, 2007.

6. Attached as Confidential Exhibit 9 are true and correct copies of excerpts from the transcript to the deposition of Mr. Daniel D. Syroid, taken February 5, 2007, specifically, pages 1, 2, and 83-85.

7. Attached as Exhibit 10 is a true and correct copy of an article identified as "Seminar M-9: Principles of LCD Backlighting," SID 1993, pp. M-9/1 to M-9/40, by Ian Lewin. This exhibit has been previously marked as Defendants' deposition exhibit 528.

8. Attached as Exhibit 11 is a true and correct copy of an article identified as "LCDs: The Backlighting Challenge," LD+A, July 1994, pp. 34-38, by Ian Lewin.

9. Attached as Exhibit 12 is a true and correct copy of an article identified as "19.3: The Development of a High Performance LCD Backlighting System," SID 1994 Digest, pp. 289-292, by I. Lewin, J. O'Farrell, and J. Greer.

10. Attached as Exhibit 13 is a true and correct copy of an article identified as "Backlighting for Direct-View LCDs," Information Display, November 1997, Vol. 13 no. 11, pp. 32-36, by Ian Lewin, with index thereto.

11. Attached as Confidential Exhibit 14 are true and correct copies of excerpts from the transcript to the deposition of Mr. David Brafman, taken December 21, 2006, specifically, pages 1-3, and 61-62.

12. Attached as Confidential Exhibit 15 are true and correct copies of excerpts from the transcript to the deposition of Ms. Karen E. Jachimowicz, taken February 19, 2007, specifically, pages 1-2, and 12-13.

13. Attached as Exhibit 16 is a true and correct copy of the Federal Circuit Court of Appeals Opinion, Akeva LLC v. Adidas - Salomon AG, 208 Fed. Appx. 861, 2006 U.S. App. LEXIS 28195 (Fed. Cir. 2006)(non-precedential), as downloaded from LEXIS.

14. Attached as Confidential Exhibit 17 are true and correct copies of excerpts from the transcript to the deposition of Mr. Dennis J. Wilwerding, taken March 5, 2008, specifically, pages 278-279, 281-286, and 328-330.

15. Attached as Confidential Exhibit 18 are true and correct copies of excerpts from the transcript to the deposition of Dr. Ian Lewin, taken March 5, 2008, specifically, pages 1-2, 49-58, and 70.

16. Attached as Exhibit 19 are true and correct copies of the title page and § 2111 of the Manual of Patent Examining Procedure, 8th edition, Revision 6, September 2007.

17. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2008            _____

Alexander E. Gasser

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, hereby certify that on June 9, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the CM/ECF counsel of record.

I further certify that on June 9, 2008, I caused a copy of the foregoing document to be served upon the following counsel of record as indicated below:

### *By E-Mail*

Thomas C. Grimm [tgrimm@mnat.com]
Benjamin J. Schladweiler [bschladweiler@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899-1347
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

Steven J. Balick [sbalick@ashby-geddes.com]
John G. Day [jday@ashby-geddes.com]
ASHBY & GEDDES
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

Philip A. Rovner [provner@potteranderson.com]
POTTER, ANDERSON & CORROON
6th Floor, Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801
*Attorneys for FUJIFILM Corporation and FUJIFILM U.S.A. Inc.*

Richard L. Horwitz [rhorwitz@potteranderson.com]
David E. Moore [dmoore@potteranderson.com]
POTTER ANDERSON & CORROON
6th Floor, Hercules Plaza
1313 N. Market Street
P.O. Box. 951
Wilmington, DE 19801
*Attorneys for Samsung SDI America, Inc., and Samsung SDI Co., Ltd.*

David J. Margules [dmargules@bmf-law.com]
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
*Attorneys for Citizen Watch Co., Ltd., and Citizen Displays Co., Ltd.*

Matt Neiderman [MNeiderman@duanemorris.com]
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
*Attorneys for InnoLux Display Corporation*


Martin R. Lueck [MRLueck@rkmc.com]
Matthew L. Woods [MLWoods@rkmc.com]
Jacob S. Zimmerman [JSZimmerman@rkmc.com]
Marta M. Chou [MMChou@rkmc.com]
Stacie E. Oberts, Esquire [SEOoberts@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

Alan E. McKenna [AEMckenna@rkmc.com]
Anthony A. Froio [AAFroio@rkmc.com]
ROBINS, KAPLAN, MILLER & CIRESI LLP
111 Huntington Avenue, Suite 1300
Boston, MA 02199-7610
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties Inc.*

Lawrence Rosenthal [lrosenthal@stroock.com]
Ian G. DiBernardo [idibernardo@stroock.com]
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038
*Attorneys for FUJIFILM Corporation and FUJIFILM U.S.A. Inc.*

Stephen S. Korniczky [stephenkorniczky@paulhastings.com]
Elizabeth L. Brann [elizabethbrann@paulhastings.com]
PAUL, HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive
San Diego, CA 92130
*Attorneys for Samsung SDI America, Inc., and Samsung SDI Co., Ltd.*

David H. Ben-Meir [dhben-meir@hhlaw.com]
HOGAN & HARTSON LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
*Attorneys for Citizen Watch Co., Ltd., and Citizen Displays Co., Ltd.*

Donald R. McPhail [DRMcPhail@duanemorris.com]
DUANE MORRIS LLP
1667 K Street, N.W.
Washington, DC 20006-1608
*Attorneys for InnoLux Display Corporation*

          YOUNG CONAWAY STARGATT & TAYLOR LLP

          */s/ Karen L. Pascale*

June 9, 2008
          Karen L. Pascale (#2903) [kpascale@ycst.com]
          The Brandywine Building
          1000 West Street, 17th Floor
          Wilmington, DE 19801
          (302) 571-6600
              *Attorneys for Optrex America, Inc.*