**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and<br>HONEYWELL INTELLECTUAL PROPERTIES INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE COMPUTER, INC; et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>C.A. No. 04-1338-JJF<br><br>CONSOLIDATED |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE on this 13th day of June, 2008, that copies of InnoLux Display Corporation's Responses to Plaintiff's First Set of Requests for Production and First Set of Interrogatories were served in the manner indicated below on the following counsel of record:

**BY HAND AND E-MAIL**

Thomas C. Grimm, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
tgrimm@mnat.com

**BY E-MAIL**

| | |
|---|---|
| Karen L. Pascale<br>Young, Conaway, Stargatt & Taylor, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19801<br>kpascale@ycst.com | Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmingon, Delaware 19899<br>rhorwitz@potteranderson.com |

| | |
|---|---|
| Phillip A. Rovner<br>Potter Anderson & Corroon LLP<br>1313 N. Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, Delaware 19899<br>provner@potteranderson.com | David J. Margules<br>Bouchard Margules & Friedlander, P.A.<br>222 Delaware Avenue, Suite 1400<br>Wilmington, Delaware 19801<br>dmargules@BMF-law.com |
| Lawrence Rosenthal<br>Matthew W. Siegal<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, New York 10038<br>lrosenthal@stroock.com<br>msiegal@stroock.com | Andrew M. Ollis<br>Oblon, Spivak, McClelland, Maier &<br>Neustadt, P.C.<br>1940 Duke Street<br>Alexandria, Virginia 22314<br>aollis@oblon.com |
| Steven S. Korniczky<br>Elizabeth L. Brann<br>Paul, Hastings, Janofsky & Walker, LLP<br>3579 Valley Centre Drive<br>San Diego, California 92130<br>stephenkorniczky@paulhastings.com<br>elizabethbrann@paulhastings.com | Stuart Lubitz<br>Hogan & Hartson LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, California 90067<br>slubitz@hhlaw.com |
| Hamilton Loeb<br>Paul, Hastings, Janofsky & Walker, LLP<br>875 15th Street N.W.<br>Washington, D.C. 20005<br>hamiltonloeb@paulhastings.com | |

**DUANE MORRIS, LLP**

/s/ Matt Neiderman
Matt Neiderman (Del. Bar No. 4018)
Duane Morris LLP
1100 N. Market St., Suite 1200
Wilmington, Delaware 19801
302.657.4900
mneiderman@duanemorris.com

DM1\1347965.1