IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-1338- JJF |
| v. | ) ) ) | (Consolidated) |
| APPLE COMPUTER, INC., et al., | ) ) | **PUBLIC VERSION** |
| Defendants. | ) ) | |

**REVISED DECLARATION OF MATTHEW L. WOODS IN SUPPORT OF
PLAINTIFFS' COUNTER-STATEMENT OF FACTS**

OF COUNSEL:

Martin R. Lueck
Matthew L. Woods
Stacie E. Oberts
Denise S. Rahne
Peter N. Surdo
Amy N. Softich
Daniel M. White
ROBINS, KAPLAN, MILLER
   & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
(612) 349-8500

Anthony A. Froio
Marc N. Henschke
Alan E. McKenna
Michael J. Garko
ROBINS, KAPLAN, MILLER
   & CIRESI L.L.P.
800 Boylston Street, 25th Floor
Boston, MA  02199
(617) 267-2300

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Thomas C. Grimm (#1098)
Benjamin J. Schladweiler (#4601)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com

*Attorneys for Plaintiffs*

Confidential Version Filed: June 2, 2008

Public Version Filed: June 13, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., et al. <br><br> Defendants. | C.A. No. 04-1338-JJF <br> (Consolidated) |

**REVISED DECLARATION OF MATTHEW L. WOODS IN SUPPORT OF
PLAINTIFFS' COUNTER STATEMENT OF FACTS**

I, MATTHEW L. WOODS, do hereby state as follows:

1. I am an attorney at law and licensed to practice law in the State of Minnesota, and a partner of the law firm of Robins, Kaplan, Miller & Ciresi, LLP, counsel of record for Plaintiff Honeywell International, Inc. and Honeywell Intellectual Properties, Inc. (together "Honeywell") in this action. I have personal knowledge of the facts set forth herein and /or am familiar with the records and correspondence of others maintained in the file on this matter and referenced herein. If called and sworn as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of PLAINTIFFS' [Verified] ANSWERS TO CITIZEN WATCH CO., LTD. AND CITIZEN DISPLAYS CO., LTD.'S FIRST SET OF INTERROGATORIES (NO. 1-9) dated November 6, 2006, and served on Citizen on November 6, 2006.

3. Attached hereto as Exhibit B is a true and correct copy of a June 13, 2005 letter from Steven Rizzi, counsel for Matsushita Electrical Industrial Co., Ltd. and Panasonic

Corporation of North America (*fka* Matsushita Electric Corporation of America), to Matthew Woods.

4. Attached hereto as Exhibit C is a true and correct copy of a May 27, 2005 letter from Matthew Woods to all counsel of record.

5. Attached hereto as Exhibit D is a true and correct copy of the Transcript of the September 9, 2005 Telephone Conference with Judge Jordan.

6. Attached hereto as Exhibit E is a true and correct copy of a May 18, 2005 letter from Matthew Woods to all counsel of record.

7. Attached hereto as Exhibit F is a true and correct copy of an October 28, 2005 letter from Steven Rizzi to Matthew Woods.

8. Attached hereto as Exhibit G is a true and correct copy of a December 21, 2005 letter from Matthew Woods to all counsel of newly named defendants, often referred to as the "Manufacturer Defendants".

9. Attached hereto as Exhibit H is a true and correct copy of a December 30, 2005 letter from Richard Horwitz, writing on behalf of number of Defendants to include Matshushita and Citizen Systems America, to Matthew Woods.

10. Attached hereto as Exhibit I is a true and correct copy of PLAINTIFF HONEYWELL'S STATUS REPORT filed on January 9, 2006.

11. Attached hereto as Exhibit J is a true and correct copy of the Transcript of the March 13, 2006 Telephone Conference with Judge Jordan.

12. Attached hereto as Exhibit K is a true and correct copy of RESPONSES AND OBJECTIONS OF DEFENDANTS CITIZEN WATCH CO., LTD. AND CITIZEN DISPLAYS CO., LTD. TO PLAINTIFFS' FIRST SET OF INTERROGATORIES dated May 19, 2006.

13.  Attached hereto as Exhibit L is a true and correct copy of PLAINTIFFS' FIRST SET OF INTERROGATORIES TO MATSUSHITA ELECTRIC CORPORATION OF AMERICA dated March 29, 2006, served on March 29, 2006.

14.  Attached hereto as Exhibit M is a true and correct copy of a letter from Thomas Grimm, counsel for Honeywell, to Judge Thynge filed January 24, 2007.

15.  Attached hereto as Exhibit N is a true and correct copy of the Transcript of the January 25, 2007 Telephone Conference with Judge Thynge.

16.  Attached hereto as Exhibit O is a true and correct copy of a September 11, 2006 letter from Clarence Snodgrass, paralegal for Citizen, to Stacie Oberts, counsel for Honeywell.

17.  Attached hereto as Exhibit P is a true and correct copy of a December 21, 2007 letter from David Ben-Meir, counsel for Citizen, to Denise Rahne, counsel for Honeywell.

18  Attached hereto as Exhibit Q is a true and correct copy of a January 22, 2008 letter from David Ben-Meir to Amy Softich, counsel for Honeywell.

19.  Attached hereto as Exhibit R is a true and correct copy of an April 29, 2008 letter from Matthew Woods to David Ben-Meir, and copied to Steven Rizzi.

20.  Attached hereto as Exhibit S is a true and correct copy of an April 29, 2008 email from David Ben-Meir to Matthew Woods.

21.  Attached hereto as Exhibit T is a true and correct copy of April 30, 2008 emails between Matthew Woods and David Ben-Meir, and copied to Steven Reiss, counsel for Matsushita.

22.  Since the case against Matsushita was stayed by Judge Jordan in May 2006, Matsushita has not been actively involved in this matter on any regular basis, and has not participated (aside from the disclosures pursuant to Judge Jordan's Orders) in regular discovery.

For example, Honeywell's first interrogatories to Matsushita, referenced in paragraph 8 above remain unanswered, and no Matsushita representative has been deposed in this case.

23.  Honeywell's motion seeking discovery from the Customer Defendants, including Matsushita (D.I. 724; *see also* D.I. 732) remains pending.

24.  As of this date, Matsushita has not clarified to Honeywell what its position is with regard to Citizen's pending Motion for Summary Judgment of Non-Infringement, nor has it stated whether it still maintains the position it asserted as its Sixth Defense: Third Party Liability in paragraph 61 of its answer to Honeywell's Complaint (D.I. 92; D.I. 93.)

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of June, 2008.

_____
Matthew L. Woods

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to all registered participants.

I also certify that on June 13, 2008, I caused to be served true and correct copies of the foregoing on the following as indicated below:

**BY E-MAIL:**

Karen L. Pascale
YOUNG CONAWAY STARGATT
  &amp; TAYLOR, LLP
The Brandywine Building, 17th floor
1000 West Street
Wilmington, DE  19801
kpascale@ycst.com

Richard D. Kelly
Andrew M. Ollis
OBLON, SPIVAK, McCLELLAND,
  MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, VA  22314
rkelly@oblon.com
aollis@oblon.com

*Attorneys for Optrex America, Inc.*


Matt Neiderman
DUANE MORRIS LLP
1100 North Market Street, 12th Floor
Wilmington, DE  19801-1246
MNeiderman@duanemorris.com

Donald R. McPhail
DUANE MORRIS LLP
1667 K Street, N.W., Suite 700
Washington, DC  20006
drmcphail@duanemorris.com

*Attorneys for InnoLux Display Corporation*

Richard L. Horwitz
David E. Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Stephen S. Korniczky
Elizabeth L. Brann
PAUL, HASTINGS, JANOFSKY
  & WALKER LLP
3579 Valley Centre Drive
San Diego, CA  92130
stephenkorniczky@paulhastings.com
elizabethbrann@paulhastings.com

Hamilton Loeb
PAUL, HASTINGS, JANOFSKY
  & WALKER LLP
875 15th Street, N.W.
Washington, DC  20005
hamiltonloeb@paulhastings.com

*Attorneys for Samsung SDI America, Inc. and Samsung SDI Co., Ltd.*

| | |
|---|---|
| Philip A. Rovner<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE  19899<br>provner@potteranderson.com<br><br>Lawrence Rosenthal<br>Matthew W. Siegal<br>STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY  10038-4982<br>lrosenthal@stroock.com<br>msiegal@stroock.com<br><br>*Attorneys for FUJIFILM Corporation*<br>*and FUJIFILM U.S.A., Inc.* | David J. Margules<br>BOUCHARD MARGULES<br>  & FRIEDLANDER, P.A.<br>222 Delaware Ave., Suite 1400<br>Wilmington DE 19801<br>dmargules@BMF-law.com<br><br>Stuart Lubitz<br>David H. Ben-Meir<br>Rose Hickman<br>HOGAN & HARTSON LLP<br>1999 Avenue of the Stars, Suite 1400<br>Los Angeles, CA  90067<br>slubitz@hhlaw.com<br>dhben-meir@hhlaw.com<br>rahickman@hhlaw.com<br><br>*Attorneys for Citizen Watch Co., Ltd.*<br>*and Citizen Displays Co., Ltd.* |

*/s/ Thomas C. Grimm*

_____
Thomas C. Grimm (#1098)
tgrimm@mnat.com

734570