# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
———
(302) 658-9200
(302) 658-3989 fax

Thomas C. Grimm
(302) 351-9585
(302) 425-4661 fax
tgrimm@mnat.com

June 17, 2008

**BY E-FILING, E-MAIL
& HAND DELIVERY**                                              **DM 2**

The Honorable Vincent J. Poppiti
Blank Rome
1201 N. Market Street, Suite 800
Wilmington, DE 19801

      Re:    *Honeywell International Inc., et al. v. Apple Computer, Inc., et al.*
            C.A. No. 04-1338-JJF (Consolidated)

Dear Judge Poppiti:

      Following the Court's Order of May 16, 2008, referring the dispute regarding whether defendant InnoLux Display Corporation has submitted to the jurisdiction of the Court, and waived its jurisdictional defense, to you as Special Master, the parties submitted letter briefs on May 23, 2008 and May 29, 2008, respectively.

      I write simply to inquire whether Your Honor needs any further information or argument from counsel for the parties on this issue.

                                  Respectfully,

                                  */s/ Thomas C. Grimm*

                                  Thomas C. Grimm (#1098)

TCG
cc:    Dr. Peter T. Dalleo, Clerk (by e-filing)
        Matt Neiderman, Esq. (via e-filing & e-mail)
        Donald R. McPhail, Esq. (via e-mail)
        Matthew L. Woods, Esq. (via e-mail)
        All Counsel of Record (by e-filing and/or e-mail)
        (see attached Certificate of Service)