IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC. *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 04-1338-JJF (Consolidated) ) ) ) ) |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs and defendants Citizen Watch Co. Ltd. and Citizen Displays Co. Ltd. ("Citizen"), subject to the approval of the Court, that the due date for Citizen's response to plaintiffs' Counter-Statement in response to Citizen's Motion for Summary Judgment of Non-Infringement shall be extended to June 27, 2008.

/s/ Thomas C. Grimm
Thomas C. Grimm (#1098)
Benjamin J. Schladweiler (#4601)
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street, PO Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
bschladweiler@mnat.com
 *Attorneys for plaintiffs*

/s/ Evan Williford
David J. Margules (#2254)
Evan O. Williford (#4162)
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801
(302) 573-3500
dmargules@bmf-law.com
ewilliford@bmf-law.com
 *Attorneys for Citizen Watch Co. Ltd. and Citizen Displays Co. Ltd.*

SO ORDERED this _____ day of June, 2008.

_____
United States District Judge

{BMF-W0098170.}