# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
———
(302) 658-9200
(302) 658-3989 fax

Julia Heaney
(302) 351-9221
jheaney@mnat.com


June 25, 2008


**BY E-FILING, E-MAIL**
**& HAND DELIVERY**                                                                                          **DM 2**


The Honorable Vincent J. Poppiti
Blank Rome
1201 N. Market Street
Suite 800
Wilmington, DE 19801

        Re:    *Honeywell International Inc., et al. v. Apple Computer, Inc., et al.*
              C.A. No. 04-1338-JJF (Consolidated)

Dear Judge Poppiti:

      I write on behalf of Honeywell International Inc. and Honeywell Intellectual Properties Inc. (collectively, "Honeywell"). Counsel for Honeywell has reviewed and analyzed the "jurisdictional consent" case law your Honor referenced during the telephonic hearing of June 23, 2008. In view of Your Honor's findings during the hearing and based on the facts currently known at this time, Honeywell does not intend to further pursue briefing and argument relating to whether InnoLux Display Corporation ("InnoLux") consented to the jurisdiction of this Court.

      As ordered, Honeywell will prepare a draft Report and Recommendation Order for Your Honor's consideration. Honeywell will present this draft to counsel for InnoLux, and thereafter file it with Your Honor by close of business Friday June 27, 2008.

Special Master Vincent J. Poppiti
June 25, 2008
Page 2

       Thank you for your attention and assistance in this matter.  Please let us know if you have any questions or concerns.

       Respectfully,

       */s/ Julie Heaney*

       Julia Heaney (#3052)

JH/bms

cc:    Dr. Peter T. Dalleo, Clerk (by e-filing)
       Matt Neiderman, Esq. (via e-filing & e-mail)
       Donald R. McPhail, Esq. (via e-mail)
       Matthew L. Woods, Esq. (via e-mail)
       Donald R. McPhail (via e-mail)
       All Counsel of Record (by e-filing and/or e-mail)
       (see attached Certificate of Service)

2383814.1