# SEALED EXHIBITS A-C TO THE SUPPLEMENTAL AFFIDAVIT OF DAVID BEN-MEIR

# FILED SEPARATELY WITH THE COURT

{BMF-W0099521.}