IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., and HONEYWELL INTELLECTUAL PROPERTIES, INC., <br><br>        Plaintiffs,<br><br>        v.<br><br>AUDIOVOX COMMUNICATIONS CORP., AUDIOVOX ELECTRONICS CORP., NIKON CORPORATION, NIKON INC., NOKIA CORPORATION, NOKIA INC., SANYO ELECTRIC CO., LTD., and SANYO NORTH AMERICA,<br><br>        Defendants.<br>_____ | C.A. No. 04-1337 (JFF)<br><br>**PUBLIC VERSION** |
| HONEYWELL INTERNATIONAL, INC., and HONEYWELL INTELLECTUAL PROPERTIES, INC.,<br><br>        Plaintiffs,<br><br>        v.<br><br>APPLE COMPUTER, INC.; ARGUS a/k/a HARTFORD COMPUTER GROUP, INC.; CASIO COMPUTER CO., LTD.; CASIO, INC.; CONCORD CAMERAS; DELL INC.; EASTMAN KODAK COMPANY; FUJI PHOTO FILM CO., LTD.; FUJI PHOTO FILM U.S.A., INC.; FUJITSU LIMITED; FUJITSU AMERICA, INC.; FUJITSU COMPUTER PRODUCTS OF AMERICA, INC.; KYOCERA WIRELESS CORP.; MATSUSHITA ELECTRICAL INDUSTRIAL CO.; MATSUSHITA ELECTRICAL CORPORATION OF AMERICA; NAVMAN NZ LIMITED; NAVMAN U.S.A. INC.; OLYMPUS CORPORATION; OLYMPUS AMERICA, INC.; PENTAX CORPORATION; PENTAX U.S.A., INC.; SONY CORPORATION, SONY CORPORATION OF AMERICA; SONY ERICSSON MOBILE | C.A. No. 04-1338 (JFF) |

|   |   |
|---|---|
| COMMUNICATIONS AB; SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC.; TOSHIBA CORPORATION; and TOSHIBA AMERICA, INC.<br><br>        Defendants.<br>_____<br><br>HONEYWELL INTERNATIONAL INC., AND HONEYWELL INTELLECTUAL PROPERTIES INC.,<br>        Plaintiff,<br><br>                vs.<br><br>CITIZEN WATCH CO., LTD. AND CITIZEN DISPLAYS CO., LTD.,<br><br>        Defendants.<br>_____ |  <br><br><br><br><br><br><br><br><br><br>Case No.   1:05 CV 00874 JFF |

## SUPPLEMENTAL DECLARATION OF DAVID BEN-MEIR IN SUPPORT OF DEFENDANTS CITIZEN WATCH CO., LTD. AND CITIZEN DISPLAYS CO., LTD.'S <u>MOTION FOR SUMMARY JUDGMENT</u>

I, DAVID BEN-MEIR, hereby state as follows:

1.      I am an attorney at law and licensed to practice law in the State of California, and am a partner of the law firm of Hogan & Hartson, LLP, counsel of record for Defendant Citizen Watch Co., Ltd. and Citizen Display Co., Ltd. (together "Citizen") in this action.  I have personal knowledge of the facts set forth herein and if called and sworn as a witness, could and would testify competently thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of Citizen's Responses and Objections to Plaintiffs' First Set of Document Requests.

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiffs' Notice of Rule 30(b)(6) Deposition of Citizen.

4. Attached hereto as Exhibit C is a true and correct copy of Citizen's First Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories, No. 11.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in _Los Angeles_, this 27th day of _June_, 2008.

_____
David Ben-Meir