# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

July 8, 2008

Ms. Deborah Krett, Case Manager
Ms. Nicole Selmyer, Courtroom Deputy
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE  19801

**BY E-FILING &
HAND-DELIVERY**

RE:  Request for Permission to Have Electronic Equipment in Courtroom 4B
for *Markman* hearing in the matter *Honeywell International Inc., et al. v.
Apple Computer Inc., et al.*, C.A. 04-1338-JJF (Consolidated)

Dear Ms. Krett & Ms. Selmyer:

We are scheduled to appear for a *Markman* hearing before Judge Farnan in Courtroom 4B on July 10, 2008, and request permission to bring laptops, a projector & screen, flat panel displays, a visualizer, cables, switches and other accessories into the courtroom to assist with the presentation during the hearing.  We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court, as well as the United States Marshal's policy, regarding electronic devices.

We have enclosed a proposed Order.

Sincerely yours,

*Thomas C. Grimm*

Thomas C. Grimm

Enclosure
cc:   Dr. Peter T. Dalleo, Clerk (by hand, w/encl.)
      David Thomas, United States Marshal (by hand, w/encl.)
      Keith Ash, Chief Security Officer (by hand, w/encl.)
      All Counsel of Record (via e-filing, w/encl.)
      Counsel for Non-Stayed Defendants (via e-filing & e-mail, w/encl.)
      Matthew L. Woods, Esq. (via e-mail, w/encl.)