IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: )<br>)<br>PERMISSION FOR COUNSEL TO )<br>POSSESS AND UTILIZE A LAPTOP )<br>COMPUTER DURING COURT )<br>PROCEEDINGS IN COURTROOM 4B )<br>OF THE J. CALEB BOGGS FEDERAL )<br>BUILDING ) | C.A. No. 04-1338 (JJF)<br>(Consolidated) |

### ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, the attached list of equipment, for proceedings commencing on July 10, 2008 at 2:30 p.m. Counsel shall comply with the inspection provisions of the United States Marshal.

<u>Counsel for Plaintiffs Honeywell International Inc. & Honeywell Intellectual Properties Inc.</u>
    Thomas C. Grimm
    Matthew L. Woods
    Stacie E. Oberts
    Peter N. Surdo
    David Brafman

<u>Representative(s) from Aquipt: National Litigation Technology Services</u>
    on behalf of all parties.

_____         _____
DATE                                                               Joseph J. Farnan, Jr.
                                                                                    United States District Court Judge

Honeywell v. Apple, C.A. 04-1338 (JJF) (Consolidated)

List of Equipment for July 10, 2008 Markman Hearing

- Epson 8300I Projector
- DaLite Projectostand with Skirt (25"x17")
- 7.5'x10' Fastfold Screen (150")
- (6) 17' Flat Panel Displays
- Wolfvision Visualizer VZ-8 Plus
- DaLite Projectostand with Skirt (25"x17")
- Fender 150W Speakers (1 pair)
- (2) CAP-1 Computer Audio Patch (mono)
- (2) VGA Switch
- VGA Distribution Amp- to al displays & projector
- (2) Technology Table with skirt (one for each side)
- All necessary cables, adapters, extension cords, surge protectors, & gaffers tape
- Laptops for use by Counsel

2398041