IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>PERMISSION FOR COUNSEL TO<br>POSSESS AND UTILIZE A LAPTOP<br>COMPUTER DURING COURT<br>PROCEEDINGS IN COURTROOM 4B<br>OF THE J. CALEB BOGGS FEDERAL<br>BUILDING | C.A. No. 04-1338-JJF<br>(CONSOLIDATED) |

## ORDER

The attorneys and staff listed below are each permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, a laptop computer and cables for the *Markman* hearing commencing at 2:30 p.m. on July 10, 2008. Counsel shall comply with the inspection provisions of the United States Marshal.

*For Optrex America, Inc.*

> Richard D. Kelly, Esquire
> Andrew M. Ollis, Esquire
> Alexander E. Gasser, Esquire
> Stacey Campbell

*For FUJIFILM Corporation and FUJIFILM U.S.A. Inc.*

> Lawrence Rosenthal, Esquire
> Ian G. DiBernardo, Esquire

*For Samsung SDI America, Inc. and Samsung SDI Co., Ltd.*

> Stephen S. Korniczky, Esquire
> Elizabeth L. Brann, Esquire

DATED: _____           _____
                                 JOSEPH J. FARNAN, JR.
                                 United States District Court Judge