# YOUNG CONAWAY STARGATT & TAYLOR, LLP

KAREN L. PASCALE
DIRECT DIAL: (302) 571-5001
DIRECT FAX: (302) 576-3516
kpascale@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

July 9, 2008

**BY E-FILING**
**AND HAND DELIVERY**

Ms. Deborah Krett, Case Manager
Ms. Nicole Selmyer, Courtroom Deputy
(for the Honorable Joseph J. Farnan, Jr.)
United States District Court
844 King Street
Wilmington, DE 19801

Re: *Honeywell International Inc., et al v. Apple Computer Inc., et al.*
C.A. No. 04-1338-JJF (Consolidated)

Dear Ms. Krett and Ms. Selmyer:

We are scheduled to appear for a *Markman* hearing before Judge Farnan at 2:30 p.m. on Thursday, July 10, 2008, and request permission on behalf of the manufacturer defendants to bring laptop computers and cables into Courtroom 4B to assist in the presentation during the hearing. The parties have agreed to share the additional equipment required for the parties' presentations, which is being brought in by the plaintiff as outlined in Mr. Grimm's letter and enclosure of July 8, 2008 (D.I. 1070 in C.A, No. 04-1338). A proposed Order is attached hereto.

We are aware of the Court's October 20, 2004 Order and agree to comply with the policies and procedures instituted by the Court as well as the United States Marshal's policy regarding electronic devices.

Sincerely,

*/s/ Karen L. Pascale*

Karen L. Pascale
Delaware Bar No. 2903

Enclosure
cc: Dr. Peter T. Dalleo, Clerk (by hand, w/encl.)
    David Thomas, United States Marshal (by hand, w/encl.)
    Keith Ash, Chief Court Security Officer (by hand, w/encl.)
    CM/ECF list (by e-filing, w/encl.)
    Thomas C. Grimm, Esquire (by hand, w/encl.)
    Matthew L. Woods, Esquire (by e-mail, w/encl.)