IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: )<br>)<br>PERMISSION FOR COUNSEL TO )<br>POSSESS AND UTILIZE A LAPTOP )<br>COMPUTER DURING COURT )<br>PROCEEDINGS IN COURTROOM 4B )<br>OF THE J. CALEB BOGGS FEDERAL )<br>BUILDING ) | C.A. No. 04-1338 (JJF)<br>(Consolidated) |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, the attached list of equipment, for proceedings commencing on July 10, 2008 at 2:30 p.m. Counsel shall comply with the inspection provisions of the United States Marshal.

Counsel for Plaintiffs Honeywell International Inc. & Honeywell Intellectual Properties Inc.
    Thomas C. Grimm
    Matthew L. Woods
    Stacie E. Oberts
    Peter N. Surdo
    David Brafman

Representative(s) from Aquipt: National Litigation Technology Services
    on behalf of all parties.

\_\_\_7-9-08\_\_\_
DATE

_____
Joseph J. Farnan, Jr.
United States District Court Judge