**BOUCHARD MARGULES & FRIEDLANDER**
A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

DAVID J. MARGULES

DIRECT DIAL
(302) 573-3530
DMARGULES@BMF-LAW.COM

July 9, 2008

BY CM/ECF FILING

The Honorable Joseph J. Farnan, Jr.
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:    *Honeywell International, Inc., et al. v. Apple Computer, Inc., et al.*
           C.A. No. 04-1338-JJF (Consolidated)

Dear Judge Farnan:

    I write on behalf of Defendants Citizen Watch Co., Ltd. and Citizen Displays Co., Ltd. (collectively "Citizen") to advise the Court, respectfully, that Citizen will not be attending tomorrow's claim construction hearing. While Citizen obviously has an interest in the outcome of the hearing, its accrued legal fees already far outstrip any conceivable liability it might having – assuming Plaintiffs can prove their case (which they cannot). As such, Citizen relies on the other Defendants' written and oral submissions.

                                                Respectfully,

                                               David J. Margules
                                             (Bar No. 2254)

cc:    Clerk of the Court (by CM/ECF)
        All Counsel of Record (by CM/ECF)

{BMF-W0100420.}