## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: | : |
| PERMISSION FOR COUNSEL TO | : |
| POSSESS AND UTILIZE A LAPTOP | : |
| COMPUTER DURING COURT | :   C.A. No. 04-1338-JJF |
| PROCEEDINGS IN COURTROOM 4B | :   (CONSOLIDATED) |
| OF THE J. CALEB BOGGS FEDERAL | : |
| BUILDING | : |

### ORDER

The attorneys and staff listed below are each permitted to bring into the J. Caleb Boggs

Federal Courthouse, for use in Courtroom 4B, a laptop computer and cables for the *Markman*

hearing commencing at 2:30 p.m. on July 10, 2008.  Counsel shall comply with the inspection

provisions of the United States Marshal.

*For Optrex America, Inc.*
> Richard D. Kelly, Esquire
> Andrew M. Ollis, Esquire
> Alexander E. Gasser, Esquire
> Stacey Campbell

*For FUJIFILM Corporation and FUJIFILM U.S.A. Inc.*
> Lawrence Rosenthal, Esquire
> Ian G. DiBernardo, Esquire

*For Samsung SDI America, Inc. and Samsung SDI Co., Ltd.*
> Stephen S. Korniczky, Esquire
> Elizabeth L. Brann, Esquire

DATED: July 9, 2008

JOSEPH J. FARNAN, JR.
United States District Court Judge