IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., et al., <br> Plaintiffs, <br> Counter-Defendants, <br><br> vs. <br><br> APPLE COMPUTER INC., et al., <br> Defendants, <br> Counterclaim Plaintiffs. | C.A. No. 04-1338-JJF |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael M. Shen, Esquire, of the law firm of Kenyon & Kenyon LLP to represent Defendant Sony Corporation in this matter.

Pursuant to the Standing Order for District Court Fund, effective January 1, 2005, the annual fee of $25.00 per attorney, is enclosed with this motion.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

/s/ Monté T. Squire

John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
The Brandywine Building
1000 West Street
Wilmington, DE 19801
Tel. (302) 571-6600
msquire@ycst.com

*Attorneys for Defendant Sony Corporation*

Dated: July 24, 2008

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for the admission *pro hac vice* of Michael M. Shen, Esquire. is granted.

Date:  July ____, 2008

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Michael M. Shen, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the District of Columbia. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: July 24, 2008

Michael M. Shen
KENYON & KENYON LLP
1500 K Street, NW
Washington, DC 20005-1257
Tel: 202-220-4200
Fax: 202-220-4201