

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

July 25, 2008

**VIA ELECTRONIC FILING**

The Honorable Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre, Suite 800
1201 North Market Street
Wilmington, DE 19801

Re: Honeywell International, Inc., et al. v. Apple Computer, Inc., et al.,
C.A. No. 04-1338-JJF (Consolidated)

Dear Judge Poppiti:

On behalf of Dell, this letter replies to Honeywell's letter of July 18th concerning the dismissal of Dell from this litigation. Like many of the Affected Defendants, all of Dell's manufacturers of Accused Products have been licensed. These licenses between Honeywell and Dell's manufacturers are clear on their face-and inure to the benefit of the manufacturers customers, like Dell. The letters submitted today by Apple and Sony aptly address licensing issues that are common to all customer defendants, and Dell agrees with and joins the positions set forth in those letters.

As previously noted it its letter of July 18th, Dell has agreed to provide a declaration verifying the manufactures of Dell's accused products. The only apparent point of disagreement between Honeywell and Dell is who should bear the burden of obtaining a declaration from the manufacturers that Honeywell has licensed under the patents-in-suit. Honeywell alone is in the position to judge whether the declarations are sufficient to meet its needs and Honeywell alone should bear the burden of obtaining those assurances from the manufacturers. That said, Dell is certainly willing to engage its manufacturers in a dialogue about this matter and assist Honeywell in obtaining the necessary declarations. In fact, Dell has already contacted each manufacturer in an effort to facilitate these discussions however, Dell is limited in its ability to obtain manufacturer assurances where Honeywell will judge the sufficiency of the assurances. Because

The Honorable Vincent J. Poppiti
July 25, 2008
Page 2

Honeywell negotiated the licenses, Honeywell is in the best position, not Dell or the other Affected Defendants, to negotiate and obtain these declarations.

Respectfully,

/s/ David E. Moore

David E. Moore

DEM/msb
876083 / 28596

cc:   Clerk of the Court (via hand delivery)
      All Counsel of Record (via electronic mail)