# CONNOLLY BOVE LODGE & HUTZ LLP
ATTORNEYS AT LAW

Arthur G. Connolly, III
Partner

DIRECT DIAL: (302) 888 6318
DIRECT FAX: (302) 658 0380
EMAIL: AConnollyIII@cblh.com
REPLY TO: Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

July 25, 2008

**Via E-Filing, E-Mail**
**& Hand Delivery**
The Honorable Vincent J. Poppiti
Blank Rome
1201 N. Market Street, Suite 800
Wilmington, DE 19801

Re:   *Honeywell International Inc., et al v. Apple Computer, Inc. et al.,*
   C.A. No. 04-1338-JJF (Consolidated)

Dear Special Master Poppiti:

We write on behalf of stayed customer-defendants Navman NZ Limited and Navman U.S.A., Inc. (collectively "Navman") in response to Honeywell's letter of July 18, 2008. For the purpose of brevity, Navman adopts the position taken by Apple Computer, Inc. in its response of today's date as that position relates to Navman and the accused Navman products.

Respectfully,

/s/Arthur G. Connolly, III

Arthur G. Connolly, III (#2667)

AGCIII
cc:   Dr. Peter T. Dalleo (by e-filing)
   Mary LeVan (by e-mail)
   Carrie David (by e-mail)
   All Counsel of Record (by e-filing and e-mail)

#625446_1
13042*1