# THIS IS A SEALED DOCUMENT.
## Exhibit B