# BOUCHARD MARGULES & FRIEDLANDER

A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

DAVID J. MARGULES

DIRECT DIAL
(302) 573-3530
DMARGULES@BMF-LAW.COM

July 30, 2008

**VIA CM/ECF FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
For the District of Delaware
844 North King Street
Wilmington, DE 19808

    Re:   *Honeywell International, Inc., et al. v. Apple Computer, Inc., et al.*
           C.A. No. 04-1338-JJF (Consolidated)

Dear Judge Farnan:

    We write on behalf of Defendants Citizen Watch Co., Ltd. and Citizen Displays Co., Ltd. (collectively "Citizen") in the above-referenced matter. At the April 2, 2008 hearing, the Court granted Citizen immediate leave to file a Motion for Summary Judgment of Non-Infringement. Citizen filed its Motion on April 25, 2008, Honeywell filed its Counter-Statement of Material Facts on June 2, 2008, and Citizen filed its Response to the Honeywell's Counter-Statement on June 27, 2008. Citizen's Motion has now been fully briefed in accordance with the Court's posted Summary Judgment Procedures.

    We understood the Court to have instructed the parties jointly to submit possible hearing dates for the Court's approval. Exhibit A, p. 20, lines 16-18. Honeywell is unwilling to do so, stating it does not believe oral argument is consistent with Your Honor's standing order.

    We respectfully request oral argument and are generally available at the Court's convenience.

Respectfully submitted,

David J. Margules
(Bar No. 2254)

{BMF-W0102911.}

The Honorable Joseph J. Farnan, Jr.
July 30, 2008
Page 2

cc:     Clerk of the Court (by CM/ECF)
        All Counsel of Record (by CM/ECF)

{BMF-W0102911.}