# BOUCHARD MARGULES & FRIEDLANDER

A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

DAVID J. MARGULES

August 1, 2008

DIRECT DIAL
(302) 573-3530
DMARGULES@BMF-LAW.COM

**VIA CM/ECF FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
For the District of Delaware
844 North King Street
Wilmington, DE 19808

Re:   *Honeywell International, Inc., et al. v. Apple Computer, Inc., et al.*
      C.A. No. 04-1338-JJF (Consolidated)

Dear Judge Farnan:

We write on behalf of Defendants Citizen Watch Co., Ltd. and Citizen Displays Co., Ltd. (collectively "Citizen") in the above-referenced matter. On July 30, we wrote to the Court in connection with our pending Motion for Summary Judgment. We inadvertently sent an early draft of the letter, rather than the final version, for which we apologize to the Court and counsel.

Rather than requesting that a hearing be scheduled, it was our intent state that, if the Court believes an oral hearing would facilitate a resolution of Citizen's Motion, Citizen requests that the Court so inform the parties, at which time, if the Court deems it appropriate, Citizen would be pleased to work with Honeywell to identify several potential hearing dates from which the Court could select one.

We received the Court's Order referring "all matters through and including Summary Judgment" to the Special Master. Accordingly, we are copying the Special Master.

Respectfully submitted,

David J. Margules
(Bar No. 2254)

cc:   Clerk of the Court (by CM/ECF)
      All Counsel of Record (by CM/ECF)
      The Honorable Vincent J. Poppiti (by CM/ECF)

{BMF-W0103206.}