# Morris, Nichols, Arsht & Tunnell LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

THOMAS C. GRIMM
(302) 351-9585
(302) 425-4661 FAX
tgrimm@mnat.com

August 12, 2008

**BY E-FILING, E-MAIL
& HAND DELIVERY**                                                **DM 1**

The Honorable Vincent J. Poppiti
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

> Re:  *Honeywell International Inc., et al. v. Apple Computer, Inc., et al.*
>      *C.A. No. 04-1338-JJF (Consolidated)*

Dear Judge Poppiti:

Honeywell is mindful that Your Honor currently is deciding the issue of the scope of Accused Products in this matter, but felt compelled to inform Your Honor about recent developments which may impact the schedule that was set at the end of July.

Two days after the July 30th teleconference, Honeywell served the Affected Defendants with a Notice of Deposition, and attendant document requests, pursuant to Federal Rule of Civil Procedure 30(b)(6). Honeywell scheduled these depositions for the second half of this month in order to meet the briefing deadlines set at the teleconference. As it currently stands, not one defendant has committed to the production of any witness and some defendants have objected to the production of a witness under any circumstances.

Regardless of how Your Honor resolves the Accused Products issue, Honeywell will need limited discovery along the lines previously discussed in order to prepare the appropriate record for the September briefing on the Defendants' motion. While Honeywell will continue the ongoing meet and confer process to hopefully resolve this issue, we wanted to advise Your Honor promptly, given the compressed schedule, that we will likely need additional guidance with regard to Honeywell's right to conduct discovery prior to the briefing on this issue.

The Honorable Vincent J. Poppiti
August 12, 2008
Page 2

Respectfully,

Thomas C. Grimm (#1098)

TCG

cc:    Dr. Peter T. Dalleo, Clerk (by hand)
       All Counsel of Record (by e-filing and/or e-mail)
       (see attached Certificate of Service)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 12, 2008, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on August 12, 2008 upon the following parties:

| | |
|---|---|
| SPECIAL MASTER | Vincent J. Poppiti, Esq.<br>**poppiti@blankrome.com** |
| | Elizabeth Oestreich<br>**oestreich@blankrome.com** |
| | Mary Levan<br>**levan@blankrome.com** |
| | Carrie David<br>**david-c@blankrome.com** |
| REPRESENTING HONEYWELL INTERNATIONAL INC.<br>AND HONEYWELL INTELLECTUAL PROPERTIES INC.<br><br>(C.A. 04-1337) | Steven J. Balick<br>**sbalick@ashby-geddes.com**<br><br>John G. Day<br>**jday@ashby-geddes.com**<br><br>Lauren E. Maguire<br>**lmaguire@ashby-geddes.com** |
| REPRESENTING AUDIOVOX ELECTRONICS<br>CORPORATION<br><br>(C.A. 04-1337) | William F. Taylor, Jr.<br>**wtaylor@mccarter.com** |
| REPRESENTING AUDIOVOX COMMUNICATIONS CORP.<br><br>(C.A. 04-1337) | Matt Neiderman<br>**mneiderman@duanemorris.com**<br><br>D. Joseph English<br>**djenglish@duanemorris.com** |

REPRESENTING NIKON CORPORATION
AND NIKON INC.

(C.A. 04-1337)

Richard L. Horwitz
**rhorwitz@potteranderson.com**

David E. Moore
**dmoore@potteranderson.com**

William J. Marsden, Jr. (NIKON INC.)
**marsden@fr.com**

Barry W. Graham
**barry.graham@finnegan.com**

Darren M. Jiron
**darren.jiron@finnegan.com**

REPRESENTING NOKIA CORPORATION
AND NOKIA INC.

(C.A. 04-1337)

Thomas L. Halkowski
**halkowski@fr.com**

William J. Marsden, Jr.
**marsden@fr.com**

Lauren A. Degnan
**degnan@fr.com**

Andrew R. Kopsidas
**kopsidas@fr.com**

REPRESENTING SAMSUNG SDI CO., LTD.
(THIRD-PARTY DEFENDANT)

(C.A. 04-1337)

Richard L. Horwitz
**rhorwitz@potteranderson.com**

David E. Moore
**dmoore@potteranderson.com**

Alana A. Prills
**alanaprills@paulhastings.com**

Carolyn E. Morris
**carolynmorris@paulhastings.com**

Elizabeth L. Brann
**elizabethbrann@paulhastings.com**

Hamilton Loeb
**hamiltonloeb@paulhastings.com**

Stephen S. Korniczky
**stephenkorniczky@paulhastings.com**

| | |
|---|---|
| REPRESENTING SANYO ELECTRIC CO., LTD. AND SANYO NORTH AMERICA<br><br>(C.A. 04-1337) | Richard L. Horwitz<br>**rhorwitz@potteranderson.com**<br><br>David E. Moore<br>**dmoore@potteranderson.com**<br><br>Michael A. Dorfman<br>**Michael.dorfman@kattenlaw.com**<br><br>Timothy J. Vezeau<br>**timothy.vezeau@kattenlaw.com**<br><br>Richard P. Bauer<br>**richard.bauer@kattenlaw.com** |
| REPRESENTING SEIKO EPSON CORPORATION<br><br>(C.A. 04-1337) | Robert J. Katzenstein<br>**rjk@skfdelaware.com**<br><br>Robert J. Benson<br>**rjbenson@hhlaw.com** |
| REPRESENTING APPLE<br><br>(C.A.04-1338) | Thomas L. Halkowski<br>**halkowski@fr.com**<br><br>Kelly C. Hunsaker<br>**hunsaker@fr.com**<br><br>Frank E. Scherkenbach<br>**scherkenbach@fr.com** |
| REPRESENTING ARGUS<br><br>(C.A.04-1338) | Richard H. Cross, Jr.<br>**rcross@crosslaw.com**<br><br>Amy Evans<br>**aevans@crosslaw.com**<br><br>Brian D. Roche<br>**broche@reedsmith.com** |
| REPRESENTING CASIO<br><br>(C.A.04-1338) | Thomas L. Halkowski<br>**halkowski@fr.com**<br><br>John T. Johnson<br>**jjohnson@fr.com** |

REPRESENTING CITIZEN WATCH CO., LTD.
AND CITIZEN DISPLAYS CO., LTD.

(C.A.04-1338)

David J. Margules
**dmargules@bmf-law.com**

Stuart Lubitz
**slubitz@hhlaw.com**

David H. Ben-Meir
**dhben-meir@hhlaw.com**

Rose Hickman
**rahickman@hhlaw.com**

REPRESENTING CONCORD

(C.A.04-1338)

Richard L. Horwitz
**rhorwitz@potteranderson.com**

David E. Moore
**dmoore@potteranderson.com**

Scott L. Lampert
**by facsimile only:  (954) 989-4103**

REPRESENTING DELL

(C.A.04-1338)

Richard L. Horwitz
**rhorwitz@potteranderson.com**

David E. Moore
**dmoore@potteranderson.com**

Avelyn M. Ross
**aross@velaw.com**

Willem G. Schuurman
**bschuurman@velaw.com**

Roderick B. Williams
**rickwilliams@velaw.com**

REPRESENTING EASTMAN KODAK

(C.A.04-1338)

Frederick L. Cottrell, III
**cottrell@rlf.com**

Chad M. Shandler
**shandler@rlf.com**

Neal Slifkin
**nslifkin@harrisbeach.com**

Paul J. Yesawich, III
**pyesawich@harrisbeach.com**

Laura W. Smalley
**lsmalley@harrisbeach.com**

REPRESENTING FUJIFILM CORPORATION
AND FUJIFILM U.S.A., INC.

(C.A.04-1338)

Philip A. Rovner
**provner@potteranderson.com**

Angie M. Hankins
**ahankins@stroock.com**

Matthew W. Siegal
**msiegal@stroock.com**

Lawrence Rosenthal
**lrosenthal@stroock.com**

REPRESENTING FUJITSU

(C.A.04-1338)

Richard L. Horwitz
**rhorwitz@potteranderson.com**

David E. Moore
**dmoore@potteranderson.com**

Christopher E. Chalsen
**cchalsen@milbank.com**

Christopher J. Gaspar
**cgaspar@milbank.com**

REPRESENTING HOYA (FORMERLY PENTAX)

(C.A.04-1338)

Adam W. Poff
**apoff@ycst.com**

Michael J. Fink
**mfink@gbpatent.com**

Neil F. Greenblum
**ngreenblum@gbpatent.com**

P. Branko Pejic
**bpejic@bgpatent.com**

REPRESENTING INNOLUX DISPLAY CORPORATION

(C.A.04-1338)

Matt Neiderman
**mneiderman@duanemorris.com**

Donald R. McPhail
**drmcphail@duanemorris.com**

REPRESENTING KYOCERA

(C.A.04-1338)

Robert J. Katzenstein
**rjk@skfdelaware.com**

Robert K. Beste, III
**rkb@skfdelaware.com**

Stuart Lubitz
**slubitz@hhlaw.com**

David H. Ben-Meir
**dhben-meir@hhlaw.com**

Rose Hickman
**rahickman@hhlaw.com**

REPRESENTING MEI/MEC (MATSUSHITA)

(C.A.04-1338)

William J. Wade
**wade@rlf.com**

Steven A. Reiss
**steven.reiss@weil.com**

David J. Lender
**david.lender@weil.com**

| | |
|---|---|
| REPRESENTING NAVMAN<br><br>(C.A.04-1338) | Arthur G. Connolly, III<br>**aconnollyIII@cblh.com**<br><br>Brian M. Gottesman<br>**bgottesman@cblh.com**<br><br>Bradford P. Lyerla<br>**blyerla@marshallip.com** |
| REPRESENTING OLYMPUS<br><br>(C.A.04-1338) | John W. Shaw<br>**jshaw@ycst.com**<br><br>Richard M. Rosati<br>**rrosati@kenyon.com**<br><br>George E. Badenoch<br>**gbadenoch@kenyon.com** |
| REPRESENTING OPTREX<br>(THIRD-PARTY PLAINTIFF)<br><br>(C.A.04-1338 AND 04-1536) | Karen L. Pascale<br>**kpascale@ycst.com**<br><br>Thomas J. Fisher<br>**tfisher@oblon.com**<br><br>Alexander E. Gasser<br>**agasser@oblon.com**<br><br>Richard D. Kelly<br>**rkelly@oblon.com**<br><br>Andrew M. Ollis<br>**aollis@oblon.com**<br><br>John F. Presper<br>**jpresper@oblon.com** |

REPRESENTING SAMSUNG SDI CO., LTD.
AND SAMSUNG SDI AMERICA, INC.

(C.A.04-1338)

Richard L. Horwitz
**rhorwitz@potteranderson.com**

David E. Moore
**dmoore@potteranderson.com**

Alana A. Prills
**alanaprills@paulhastings.com**

Carolyn E. Morris
**carolynmorris@paulhastings.com**

Elizabeth L. Brann
**elizabethbrann@paulhastings.com**

Hamilton Loeb
**hamiltonloeb@paulhastings.com**

Stephen S. Korniczky
**stephenkorniczky@paulhastings.com**

REPRESENTING SONY CORPORATION

(C.A.04-1338)

John W. Shaw
**jshaw@ycst.com**

John Flock
**jflock@kenyon.com**

Robert L. Hails, Jr.
**rhails@kenyon.com**

REPRESENTING SONY ERICSSON

(C.A.04-1338)

Francis DiGiovanni
**fdigiovanni@cblh.com**

REPRESENTING TOSHIBA

(C.A.04-1338)

Richard L. Horwitz
**rhorwitz@potteranderson.com**

David E. Moore
**dmoore@potteranderson.com**

Arthur I. Neustadt
**aneustadt@oblon.com**

Carl E. Schlier
**cschlier@oblon.com**

and by facsimile upon the following:

REPRESENTING CONCORD CAMERA CORP.          Scott L. Lampert
                                           **(954) 989-4103**
(C.A.04-1338)

       The undersigned also hereby certifies that on August 12, 2008, true and correct

copies of the foregoing were caused to be served by hand, <u>in triplicate</u>, upon the Special Master:

The Honorable Vincent J. Poppiti
BLANK ROME LLP
201 North Market Street
Suite 800
Wilmington, DE  19801-4226

 

                                                                _Thomas C. Grimm_
                                      Thomas C. Grimm (#1098)