IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLE COMPUTER, INC., et al.<br><br>    Defendants. | C.A. No. 04-1338 JJF |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 14, 2008, a true and correct copy of

**RESPONSES AND OBJECTIONS OF APPLE COMPUTER, INC. TO PLAINTIFFS'**

**NOTICE OF RULE 30(b)(6) DEPOSITION OF APPLE, INC.** were caused to be served on

the following attorneys via e-mail:

Steven J. Balick
John G. Day
Lauren E. Maguire
**Ashby & Geddes**
sbalick@asnby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Honeywell International, Inc.
and Honeywell Intellectual Properties, Inc.*

William F. Taylor, Jr.
**McCarter & English, LLP**
wtaylor@mccarter.com

*Attorneys for Audiovox Electronics Corp.*

Matt Neiderman
**Duane Morris LLP**
mneiderman@duanemorris.com

D. Joseph English
**Duane Morris LLP**
djenglish@duanemorris.com

*Attorneys for Audiovox Communications Corp.*

Richard L. Horwitz
David E. Moore
**Potter Anderson & Corroon LLP**
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Barry W. Graham
**Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.**
barry.graham@finnegan.com

Darren M. Jiron
**Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.**
darren.jiron@finnegan.com

*Attorneys for Nikon Corporation and Nikon Inc.*

William J. Marsden, Jr.
**Fish & Richardson P.C.**
marsden@fr.com

Lauren A. Degnan
Andrew R. Kopsidas
**Fish & Richardson P.C.**
degnan@fr.com
kopsidas@fr.com

*Attorneys for Nokia Corporation and Nokia, Inc.*

Richard L. Horwitz
David E. Moore
**Potter Anderson & Corroon LLP**
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Hamilton Loeb
Carolyn E. Morris
Alana A. Prills
**Paul, Hastings, Janofsky & Walker LLP**
hamiltonloeb@paulhastings.com
carolynmorris@paulhastings.com
alanaprills@paulhastings.com

Stephen S. Korniczky
Elizabeth L. Brann
**Paul, Hastings, Janofsky & Walker LLP**
stephenkorniczky@paulhastings.com
elizabethbrann@paulhastings.com

*Attorneys for Samsung SDI Co., Ltd. and Samsung SDI America, Inc. (also 04-1338 case)*

Richard L. Horwitz
David E. Moore
**Potter Anderson & Corroon LLP**
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Timothy J. Vezeau
Michael A. Dorfman
**Katten Muchin Rosenman LLP**
timothy.vezeau@kattenlaw.com
michael.dorfman@kattenlaw.com

Richard P. Bauer
**Katten Muchin Rosenman LLP**
richard.bauer@kattenlaw.com

*Attorneys for Sanyo Electric Co., Ltd. and Sanyo North America*

Robert J. Katzenstein
**Smith, Katzenstein & Furlow LLP**
rjk@skfdelaware.com

Robert J. Benson
**Hogan & Hartson LLP**
rjbenson@hhlaw.com

*Attorneys for Seiko Epson Corporation*

Thomas C. Grimm
Benjamin J. Schladweiler
**Morris Nichols Arsht & Tunnell**
tgrimm@mnat.com
bschladweiler@mnat.com

Martin R. Lueck
Matthew L. Woods
Stacie E. Oberts
Denise S. Rahne
Peter N. Surdo
Amy N. Softich
Daniel M. White
**Robins, Kaplan, Miller Ciresi L.L.P.**
mrlueck@rkmc.com
mlwoods@rkmc.com
seoberts@rkmc.com
dsrahne@rkmc.com
pnsurdo@rkmc.com
ansoftich@rkmc.com
dmwhite@rkmc.com

Anthony A. Froio
Alan E. McKenna
Michael J. Garko
**Robins, Kaplan, Miller & Ciresi, L.L.P.**
aafroio@rkmc.com
aemckenna@rkmc.com
mjgarko@rkmc.com


*Attorneys for Honeywell International, Inc. and Honeywell Intellectual Properties, Inc.*

Richard H. Cross, Jr.
Amy Evans
**Cross & Simons, LLC**
rcross@crosslaw.com
aevans@crosslaw.com

Brian D. Roche
**Reed Smith LLP**
broche@reedsmith.com

*Attorneys for Argus*

3

David J. Margules
**Bouchard, Margules & Friedlander, P.A.**
dmargules@bmf-law.com

David Ben-Meir
Stuart Lubitz
Rose Hickman
**Hogan & Hartson LLP**
dhben-meir@hhlaw.com
slubitz@hhlaw.com
rahickman@hhlaw.com

*Attorneys for Citizen Watch Co., Ltd. and Citizen Displays Co., Ltd.*

Richard L. Horwitz
David E. Moore
**Potter Anderson & Corroon LLP**
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Roderick B. Williams
Avelyn M. Ross
**Vinson & Elkins**
rickwilliams@velaw.com
aross@velaw.com

*Attorneys for Dell Inc.*

Philip A. Rovner
**Potter Anderson & Corroon, LLP**
provner@potteranderson.com

Angie M. Hankins
Matthew Siegal
Lawrence Rosenthal
**Strook, Stroock & Lavan LLP**
ahankins@stroock.com
msiegal@stroock.com
lrosenthal@stroock.com
*Attorneys for FujiFilm Corporation and FujiFilm USA, Inc.*

Richard L. Horwitz
David E. Moore
**Potter Anderson & Corroon LLP**
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Concord Cameras*

Frederick L. Cottrell, III
Chad Michael Shandler
**Richards, Layton & Finger**
cottrell@rlf.com
shandler@rlf.com

Neal Slifkin
Paul J. Yesawich, III
**Harris Beach PLLC**
nslifkin@harrisbeach.com
pyesawich@harrisbeach.com

*Attorneys for Eastman Kodak*

Richard L. Horwitz
David E. Moore
**Potter Anderson & Corroon LLP**
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Chris E. Chalsen
Christopher J. Gaspar
**Milbank Tweed Hadley &
    McCloy LLP**
cchalsen@milbank.com
cgaspar@milbank.com

*Attorneys for Fujitsu America, Inc., Fujitsu Computer Products of America, Inc., and Fujitsu Limited*

4

Adam W. Poff
**Young Conaway Stargatt & Taylor LLP**
apoff@ycst.com

Neil F. Greenblum
Michael J. Fink
P. Branko Pejic
**Greenblum & Bernstein, P.L.C.**
ngreenblum@gbpatent.com
bpejic@gbpatent.com

*Attorneys for Hoya Corporation (Pentax)*

Robert J. Katzenstein
Robert K. Beste, III
**Smith, Katzenstein & Furlow LLP**
rjk@skfdelaware.com
rkb@skfdelaware.com

David Ben-Meir
Stuart Lubitz
Rose Hickman
**Hogan & Hartson LLP**
dhben-meir@hhlaw.com
slubitz@hhlaw.com
rahickman@hhlaw.com

*Attorneys for Kyocera Wireless Corp*

Arthur G. Connolly, III
Brian M. Gottesman
**Connolly, Bove, Lodge & Hutz**
aconnollyIII@cblh.com
bgottesman@cblh.com

Bradford P. Lyerla
**Marshall, Gertein & Borun LLP**
blyerla@marshallip.com

*Attorneys for Navman USA, Inc. and Navman NZ Limited*

Matt Neiderman
**Duane Morris LLP**
mneiderman@duanemorris.com

Donald R. McPhail
**Duane Morris LLP**
djenglish@duanemorris.com

*Attorneys for Innolux Display Corporation*

William J. Wade
**Richards, Layton & Finger**
wade@rlf.com

Steven A. Reiss
David J. Lender
**Weil Gotshal & Manges, LLP**
steven.reiss@weil.com
david.lender@weil.com

*Attorneys for Matsushita Electrical Corporation of America and Matsushita Electrical Industrial Co.*

John W. Shaw
Monté T. Squire
**Young Conaway Stargatt & Taylor LLP**
jshaw@ycst.com
msquire@ycst.com

Richard M. Rosati
George E. Badenoch
**Kenyon & Kenyon, LLP**
rrosati@kenyon.com

*Attorneys for Olympus America, Inc. and Olympus Corporation*

5

| | |
|---|---|
| Karen P. Pascale<br>**Young Conaway Stargatt & Taylor LLP**<br>kpascale@ycst.com | John W. Shaw<br>**Young Conaway Stargatt &<br>   Taylor LLP**<br>jshaw@ycst.com |
| Thomas J. Fisher<br>Alexander E. Gasser<br>Richard D. Kelly<br>Andrew M. Ollis<br>John F. Presper<br>**Oblon Spivak McClelland<br>   Maier & Neustadt, P.C.**<br>tfisher@oblon.com<br>agasser@oblon.com<br>rkelley@oblon.com<br>aollis@oblon.com<br>jpresper@oblon.com | John Flock<br>**Kenyon & Kenyon, LLP**<br>jflock@kenyon.com<br><br>Robert L. Hails, Jr.<br>**Kenyon & Kenyon, LLP**<br>rhails@kenyon.com<br><br>*Attorneys for Sony Corporation* |
| *Attorneys for Optrex America, Inc.* | |
| Francis DiGiovanni<br>**Connolly, Bove, Lodge & Hutz**<br>fdigiovanni@cblh.com<br><br>*Attorneys for Sony Ericsson* | Richard L. Horwitz<br>David E. Moore<br>**Potter Anderson & Corroon LLP**<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>Arthur I. Neustadt<br>Carl E. Schlier<br>**Oblon Spivak McClelland<br>   Maier & Neustadt, P.C.**<br>aneustadt@oblon.com<br>cshlier@oblon.com<br><br>*Attorneys for Toshiba America and<br>Toshiba Corporation* |

Dated:  August 14, 2008            FISH & RICHARDSON P.C.

By: */s/ Thomas L. Halkowski*
    Thomas L. Halkowski
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE  19899-1114
    Tel:  (302) 652-5070
    Fax:  (302) 652-0607

Attorneys for Defendant
APPLE, INC.

80066659.doc