

*Phone:*     *(302) 425-6410*
*Fax:*       *(302) 428-5132*
*Email:*     *Poppiti@BlankRome.com*

August 15, 2008

**BY CM/ECF FILING**

David J. Margules, Esquire
Bouchard, Margules & Friedlander
Suite 1400
222 Delaware Avenue
Wilmington, DE 19801

    Re:    **Honeywell International Inc. et al. v. Apple Computer Inc. et al.
C.A. No. 1:04-cv-01338-JJF**

Dear Mr. Margules:

    Thank you for your correspondence of April 15, 2008. I am aware of the status of Citizen's pending Motion for Summary Judgment. While I am mindful of your request to clarify the procedural status of the matter before my anticipated correspondence of next week and ultimately at the September 4, 2008 hearing, in the interest of efficiency I intend to proceed as I have advised.

                                                   Yours very truly,

                                                   Vincent J. Poppiti
                                                   Special Master

VJP/mcm

cc:    ALL DELAWARE LOCAL COUNSEL