

*Phone:*   *(302) 425-6410*
*Fax:*     *(302) 428-5132*
*Email:*   *Poppiti@BlankRome.com*

August 15, 2008

**BY CM/ECF FILING**

ALL DELAWARE COUNSEL

    Re:    **Honeywell International Inc. et al. v. Apple Computer Inc. et al.
C.A. No. 1:04-cv-01338-JJF**

Dear Counsel:

As a follow-up to my e-mail to counsel yesterday, I write to confirm that consistent with Judge Farnan's Order of Reference dated August 1, 2008, I will be communicating with counsel during the course of next week for the purpose of setting a schedule for submissions.

Also, I have scheduled an in person hearing in courtroom 6A on September 4, 2008 at 1:00 p.m. in this regard.

                                                          Yours very truly,

                                                          Vincent J. Poppiti
                                                          Special Master

VJP/mcm