# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

Thomas L. Halkowski
302 778-8407

Email
halkowski@fr.com

August 15, 2008

**VIA E-MAIL AND HAND DELIVERY**
Judge Vincent J. Poppiti
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Re:   *Honeywell Int'l Inc., et al. v. Apple Computer, Inc., et al.*
      USDC-D. Del., C.A. No. 04-1338 JJF (Consolidated)

Dear Judge Poppiti:

Attached please find briefing previously submitted by defendants concerning Honeywell's effort to impose unduly burdensome discovery demands with respect to the alleged commercial success of the claimed inventions. [Exhs. A and B hereto.]

Honeywell's discovery demands do not, in any event, provide a legitimate basis for refusing to dismiss Apple from the case. As discussed in prior letter briefs to the Court, Apple should be dismissed from this suit based on the fact that the LCD module suppliers for all of Apple's accused products have been licensed by Honeywell and dismissed from this suit. To the extent that Honeywell later identifies discoverable information that is within Apple's control, it can be pursued under the Federal Rules of Civil Procedure governing third-party discovery.

Respectfully,

*/s/ Thomas L. Halkowski*

Thomas L. Halkowski

TLH:sb

cc   Clerk of Court (via hand delivery)
     Counsel of Record (via ECF and e-mail)