## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC.<br>and HONEYWELL INTELLECTUAL<br>PROPERTIES INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APPLE COMPUTER, INC., et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　　C.A. No. 04-1338-JJF<br>)　　(Consolidated)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on Aug 18, 2008, copies of:

**Responses and Objections of Sony Corporation to Plaintiffs' Notice of Rule 30(b)(6) Deposition of Defendant Sony Corporation**

were served upon the following counsel of record as indicated below:

### *By E-Mail and Hand Delivery*

The Honorable Vincent J. Poppiti
Special Master
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

### *By E-Mail*

| | |
|---|---|
| REPRESENTING HONEYWELL INTERNATIONAL INC. AND HONEYWELL INTELLECTUAL PROPERTIES INC.<br>(C.A. 04-1337) | Steven J. Balick<br>sbalick@ashby-geddes.com<br>John G. Day<br>jday@ashby-geddes.com<br>Lauren E. Maguire<br>lmaguire@ashby-geddes.com |
| REPRESENTING AUDIOVOX ELECTRONICS CORPORATION<br>(C.A. 04-1337) | William F. Taylor, Jr.<br>wtaylor@mccarter.com |

| | |
|---|---|
| REPRESENTING AUDIOVOX COMMUNICATIONS CORP.<br>(C.A. 04-1337) | Matt Neiderman<br>mneiderman@duanemoris.com<br>D. Joseph English<br>djenglish@duanemorris.com |
| REPRESENTING NIKON CORPORATION AND NIKON INC.<br>(C.A. 04-1337) | Richard L. Horwitz<br>rhorwitz@potteranderson.com<br>David E. Moore<br>dmoore@potteranderson.com<br>William J. Marsden, Jr. (NIKON INC.)<br>marsden@fr.com<br>Barry W. Graham<br>barry.graham@finnegan.com<br>Darren M. Jiron<br>darren.jiron@finnegan.com |
| REPRESENTING NOKIA CORPORATION AND NOKIA INC.<br>(C.A. 04-1337) | Thomas L. Halkowski<br>halkowski@fr.com<br>William J. Marsden, Jr. marsden@fr.com<br>Lauren A. Degnan<br>degnan@fr.com<br>Andrew R. Kopsidas<br>kopsidas@fr.com |
| REPRESENTING SAMSUNG SDI CO., LTD.<br>(THIRD-PARTY DEFENDANT)<br>(C.A. 04-1337) | Richard L. Horwitz<br>rhorwitz@potteranderson.com<br>David E. Moore<br>dmoore@potteranderson.com<br>Alana A. Prills<br>alanaprills@paulhastings.com<br>Carolyn E. Morris<br>carolynmorris@paulhastings.com<br>Elizabeth L. Brann<br>elizabethbrann@paulhastings.com<br>Hamilton Loeb<br>hamiltonloeb@paulhastings.com<br>Stephen S. Korniczky<br>stephenkorniczky@paulhastings.com |
| REPRESENTING SANYO ELECTRIC CO., LTD. AND SANYO NORTH AMERICA<br>(C.A. 04-1337) | Richard L. Horwitz<br>rhorwitz@potteranderson.com<br>David E. Moore<br>dmoore@potteranderson.com<br>Michael A. Dorfman<br>Michael.dorfman@kattenlaw.com<br>Timothy J. Vezeau<br>timothy.vezeau@kattenlaw.com<br>Richard P. Bauer<br>richard.bauer@kattenlaw.com |
| REPRESENTING SEIKO EPSON CORPORATION<br>(C.A. 04-1337) | Robert J. Katzenstein<br>rjk@skfdelaware.com<br>Robert J. Benson<br>rjbenson@hhlaw.com |

2

| | |
|---|---|
| REPRESENTING HONEYWELL INTERNATIONAL, INC. AND HONEYWELL INTELLECTUAL PROPERTIES, INC. (C.A.04-1338) | Thomas C. Grimm<br>tgrimm@mnat.com<br>Matthew L. Woods<br>mlwoods@rkmc.com<br>Alan E. McKenna<br>aemckenna@rkmc.com<br>Stacie E. Oberts<br>seoberts@rkmc.com |
| REPRESENTING APPLE (C.A.04-1338) | Thomas L. Halkowski<br>halkowski@fr.com<br>Kelly C. Hunsaker<br>hunsaker@fr.com<br>Frank E. Scherkenbach<br>scherkenbach@fr.com |
| REPRESENTING ARGUS (C.A.04-1338) | Richard H. Cross, Jr.<br>rcross@crosslaw.com<br>Amy Evans<br>aevans@crosslaw.com<br>Brian D. Roche<br>broche@reedsmith.com |
| REPRESENTING CASIO (C.A.04-1338) | Thomas L. Halkowski<br>halkowski@fr.com<br>John T. Johnson<br>jjohnson@fr.com |
| REPRESENTING CITIZEN WATCH CO., LTD. AND CITIZEN DISPLAYS CO., LTD. (C.A.04-1338) | David J. Margules<br>dmargules@bmf-law.com<br>Stuart Lubitz<br>slubitz@hhlaw.com<br>David H. Ben-Meir<br>dhben-meir@hhlaw.com<br>Rose Hickman<br>rahickman@hhlaw.com |
| REPRESENTING CONCORD (C.A. 04-1338) | Richard L. Horwitz<br>rhorwitz@potteranderson.com<br>David E. Moore<br>dmoore@potteranderson.com<br>Scott L. Lampert<br>by facsimile only: (954) 989-4103 |
| REPRESENTING DELL (C.A.04-1338) | Richard L. Horwitz<br>rhorwitz@potteranderson.com<br>David E. Moore<br>dmoore@potteranderson.com<br>Avelyn M. Ross<br>aross@velaw.com<br>Willem G. Schuurman<br>bschuurman@velaw.com<br>Roderick B. Williams<br>rickwilliams@velaw.com |

| | |
|---|---|
| REPRESENTING EASTMAN KODAK<br>(C.A.04-1338) | Frederick L. Cottrell, III<br>cottrell@rlf.com<br>Chad M. Shandler<br>shandler@rlf.com<br>Neal Slifkin<br>nslifkin@hanisbeach.com<br>Paul J. Yesawich, III<br>pyesawich@harrisbeach.com<br>Laura W. Smalley<br>lsmalley@harrisbeach.com |
| REPRESENTING FUJIFILM CORPORATION<br>AND FUJIFILM U.S.A., INC.<br>(C.A.04-1338) | Philip A. Rovner<br>provner@potteranderson.com<br>Angie M. Hankins<br>ahankins@stroock.com<br>Matthew W. Siegal<br>msiegal@stroock.com<br>Lawrence Rosenthal<br>lrosenthal@stroock.com |
| REPRESENTING FUJITSU<br>(C.A.04-1338) | Richard L. Horwitz<br>rhorwitz@potteranderson.com<br>David E. Moore<br>dmoore@potteranderson.com<br>Parker H. Bagley<br>pbagley@milbank.com<br>Christopher E. Chalsen<br>cchalsen@milbank.com<br>Christopher J. Gaspar<br>cgaspar@milbank.com |
| REPRESENTING HOYA (FORMERLY PENTAX)<br>(C.A.04-1338) | Adam W. Poff<br>apoff@ycst.com<br>Michael J. Fink<br>mfink@gbpatent.com<br>Neil F. Greenblum<br>ngreenblum@gbpatent.com<br>P. Branko Pejic<br>bpejic@bgpatent.com |
| REPRESENTING INNOLUX DISPLAY CORPORATION<br>(C.A.04-1338) | Matt Neiderman<br>mneiderman@duanemorris.com<br>Donald R. McPhail<br>drmcphail@duanemorris.com |
| REPRESENTING KYOCERA<br>(C.A.04-1338) | Robert J. Katzenstein<br>rjk@skfdelaware.com<br>Robert K. Beste, III<br>rkb@skfdelaware.com<br>Stuart Lubitz<br>slubitz@hhlaw.com<br>David H. Ben-Meir<br> dhben-meir@hhlaw.com<br>Rose Hickman<br>rahickman@hhlaw.com |

REPRESENTING MEI/MEC (MATSUSHITA)
(C.A.04-1338)

William J. Wade
wade@rlf.com
Steven A. Reiss
steven.reiss@weil.com
David J. Lender
david.lender@weil.com

REPRESENTING NAVMAN
(C.A.04-1338)

Arthur G. Connolly, III
aconnollyIII@cblh.com
Brian M. Gottesman
bgottesman@cblh.com
Bradford P. Lyerla
blyerla@marshallip.com

REPRESENTING OLYMPUS
(C.A.04-1338)

John W. Shaw
jshaw@ycst.com
Richard M. Rosati
rrosati@kenyon.com
George E. Badenoch
gbadenoch@kenyon.com

REPRESENTING OPTREX
(THIRD-PARTY PLAINTIFF)
(C.A.04-1338 AND 04-1536)

Karen L. Pascale
kpascale@ycst.com
Thomas J. Fisher
tfisher@oblon.com
Alexander E. Gasser
agasser@oblon.com
Richard D. Kelly
rkelly@oblon.com
Andrew M. Ollis
aollis@oblon.com
John F. Presper
jpresper@oblon.com

REPRESENTING SAMSUNG SDI CO., LTD.
AND SAMSUNG SDI AMERICA, INC.
(C.A.04-1338)

Richard L. Horwitz
rhorwitz@potteranderson.com
David E. Moore
dmoore@potteranderson.com
Alana A. Prills
alanaprills@paulhastings.com
Carolyn E. Morris
carolynmorris@paulhastings.com
Elizabeth L. Brann
elizabethbrann@paulhastings.com
Hamilton Loeb
hamiltonloeb@paulhastings.com
Stephen S. Korniczky
stephenkorniczky@paulhastings.com

5

REPRESENTING SONY CORPORATION
(C.A.04-1338)

John W. Shaw
jshaw@ycst.com
John Flock
jflock@kenyon.com
Robert L. Hails, Jr.
rhails@kenyon.com
Michael Shen
mshen@kenyon.com

REPRESENTING SONY ERICSSON
(C.A.04-1338)
REPRESENTING TOSHIBA
(C.A.04-1338)

Francis DiGiovanni
fdigiovanni@cblh.com
Richard L. Horwitz
rhorwitz@potteranderson.com
David E. Moore
dmoore@potteranderson.com
Arthur I. Neustadt
aneustadt@oblon.com
Carl E. Schlier
cschlier@oblon.com

PLEASE TAKE FURTHER NOTICE that on August 18, 2008, a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the counsel of record indicated above.

Additionally, on August 18, 2008, copies of this Notice of Service were served on counsel of record in the manner indicated above.

/s/ Monté T. Squire
John W. Shaw (No. 3362)
Monté T. Squire (No. 4764)
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building, 17th Floor
1000 West St.
Wilmington, DE 19801
(302) 571-6600
msquire@ycst.com

OF COUNSEL:

*Attorneys for Defendant Sony Corporation*

John Flock
Robert Hails
Michael M. Shen
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Tel. (212) 425-7200

Dated: August 18, 2008

6