IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) | |
| Plaintiffs, | ) | Civ. No. 04-1338-JJF |
| v. | ) ) | (Consolidated) |
| APPLE COMPUTER INC., et al., | ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a true and correct copy of the following document

**RESPONSES AND OBJECTIONS OF SONY ERICSSON MOBILE COMMUNICATIONS AB AND SONY ERICSSON MOBILE COMMUNICATIONS USA, INC. TO PLAINTIFFS' NOTICE OF RULE 30(b)(6) DEPOSITION** was served as

follows upon the following attorneys of record on August 18, 2008:


| | |
|---|---|
| REPRESENTING HONEYWELL INTERNATIONAL INC. AND HONEYWELL INTELLECTUAL PROPERTIES INC. (CA. 04-1337) | Steven J. Balick sbalick@ashby-geddes.com  John G. Day jday@ashby-geddes.com  Lauren B. Maguire lmaguire@ashby-geddes.com |
| REPRESENTING AUDIOVOX ELECTRONICS CORPORATION (C.A. 04-1337) | William F. Taylor, Jr. wtaylor@mccarter.com |

629960_1                                                     1

| | |
|---|---|
| REPRESENTING AUDIOVOX COMMUNICATIONS CORP. (C.A. 04-1337) | Matt Neiderman<br>mneiderman@duanemorris.com<br><br>D. Joseph English<br>djenglish@duanemorris.com |
| REPRESENTING NIKON CORPORATION AND NIKON INC. (C.A. 04-1337) | Richard L. Horwitz<br>rhorwitz@potteranderson.com<br><br>David B. Moore<br>dmoore@potteranderson.com<br><br>William J. Marsden, Jr. (NIKON INC.)<br>marsden@fr.com<br><br>Barry W. Graham<br>barry.graham@finnegan.com<br><br>Darren M. Jiron<br>darren.jiron@finnegan.com |
| REPRESENTING NOKIA CORPORATION AND NOKIA INC. (C.A. 04-1337) | Thomas L. Halkowski<br>Halkowski@fr.com<br><br>William J. Marsden, Jr.<br>marsden@fr.com<br><br>Lauren A. Degnan<br>degnan@fr.com<br><br>Andrew R. Kopsidas<br>kopsidas@fr.com |

| | |
|---|---|
| REPRESENTING SAMSUNG SDI CO., LTD. (THIRD-PARTY DEFENDANT) (CA. 04-1337) | Richard L. Horwitz rhorwitz@potteranderson.com |
| | David B. Moore dmoore@potteranderson.com |
| | Alana A. Prills alanaprills@paulhastings.com |
| | Carolyn B. Morris carolynmorris@paulhastings.com |
| | Elizabeth L. Brann elizabethbrann@paulhastings.com |
| | Hamilton Loeb hamiltonloeb@paulhastings.com |
| | Stephen S. Korniczky stephenkorniczky@paulhastings.com |
| REPRESENTING SANYO ELECTRIC CO., LTD. AND SANYO NORTH AMERICA (C.A. 04-1337) | Richard L. Horwitz rhorwitz@potteranderson.com |
| | David B. Moore dmoore@potteranderson.com |
| | Michael A. Dorftnan Michael.dorfman@kattenlaw.com |
| | Timothy J. Vezeau timothy.vezeau@kattenlaw.com |
| | Richard P. Bauer richard.bauer@kattenlaw.com |
| REPRESENTING SEIKO EPSON CORPORATION (C.A. 04-1337) | Robert J. Katzenstein rjk@skfdelaware.com |
| | Robert J. Benson rjbenson@hhlaw.com |

629960_1                                    3

| | |
|---|---|
| REPRESENTING HONEYWELL INTERNATIONAL, INC. AND HONEYWELL INTELLECTUAL PROPERTIES, INC (C.A. 04-1338) | Thomas C. Grimm<br>tgrimm@mnat.com<br><br>Matthew L. Woods<br>mlwoods@rkmc.com<br><br>Alan E. McKenna<br>aemckenna@rkmc.com<br><br>Stacie E. Oberts<br>seoberts@rkmc.com |
| REPRESENTING APPLE (C.A.04-1338) | Thomas L. Halkowski<br>halkowski@fr.com<br><br>Kelly C. Hunsaker<br>hunsaker@fr.com<br><br>Frank B. Scherkenbach<br>scherkenbach@fr.com |
| REPRESENTING ARGUS (C.A.04-1338) | Richard H. Cross, Jr.<br>rcross@crosslaw.com<br><br>Amy Evans<br>aevans@crosslaw.com<br><br>Brian D. Roche<br>broche@reedsmith.com |
| REPRESENTING CASIO (C.A.04-1338) | Thomas L. Halkowski<br>halkowski@fr.com<br><br>John T. Johnson<br>jjohnson@fr.com |

629960_1

4

| | |
|---|---|
| REPRESENTING CITIZEN WATCH CO., LTD. AND CITIZEN DISPLAYS CO., LTD. (C.A.04-1338) | David J. Margules dmargules@bmf-law.com |
| | Stuart Lubitz slubitz@hhlaw.com |
| | David H. Ben-Meir dhben-meir@hhlaw.com |
| | Rose Hickman rahickman@hhlaw.com |
| REPRESENTING CONCORD (C.A.04-1338) | Richard L. Horwitz rhorwitz@potteranderson.com |
| | David B. Moore dmoore@potteranderson.com |
| | **Scott L. Lampert** **by facsimile only: (954) 989-4103** |
| REPRESENTING DELL (C.A.04-1338) | Richard L. Horwitz rhorwitz@potteranderson.com |
| | David B. Moore dmoore@potteranderson.com |
| | Avelyn M. Ross aross@velaw.com |
| | Willem G. Schuurman bschuurman@velaw.com |
| | Roderick B. Williams rickwilliams@velaw.com |

| | |
|---|---|
| REPRESENTING EASTMAN KODAK<br>(C.A.04-1338) | Frederick L. Cottrell, III<br>cottrell@rlf.com<br><br>Chad M. Shandler<br>shandler@rlf.com<br><br>Neal Slifkin<br>nslifkin@harrisbeach.com<br><br>Paul J. Yesawich, III<br>pyesawich@harrisbeach.com<br><br>Laura W. Smalley<br>lsmalley@harrisbeach.com |
| REPRESENTING FUJIFILM CORPORATION<br>AND FUJIFILM U.S.A., INC.<br>(C.A.04-1338) | Philip A. Rovner<br>provner@jpotteranderson.com<br><br>Angie M. Hankins<br>ahankins@stroock.com<br><br>Matthew W. Siegal<br>msiegal@stroock.com<br><br>Lawrence Rosenthal<br>frosenthal@sfroock.com |
| REPRESENTING FUJITSU<br>(C.A.04-1338) | Richard L. Horwitz<br>rhorwitz@potteranderson.com<br><br>David B. Moore<br>dmoore@potteranderson.com<br><br>Parker H. Bagley<br>pbagley@milbank.com<br><br>Christopher B. Chalsen<br>cchalsen@milbank.com<br><br>Christopher J. Gaspar<br>cgaspar@milbank.com |

| | |
|---|---|
| REPRESENTING HOYA<br>(FORMERLY PENTAX)<br>(C.A.04-1338) | Adam W. Poff<br>apoff@ycst.com<br><br>Michael J. Fink<br>mfink@gbpatent.com<br><br>Neil F. Greenblum<br>ngreenblum@gbpatent.com<br><br>P. Branko Pejic<br>bpejic@gbpatent.com |
| REPRESENTING INNOLUX DISPLAY<br>CORPORATION<br>(C.A.04-1338) | Matt Neiderman<br>mneiderman@duanemorris.com<br><br>Donald R. McPhail<br>drmcphail@duanemorris.com |
| REPRESENTING KYOCERA<br>(C.A.04-1338) | Robert J. Katzenstein<br>rjk@skfdelaware.com<br><br>Robert K. Beste, III<br>rkb@skfdelaware.com<br><br>Stuart Lubitz<br>slubitz@hhlaw.com<br><br>David H. Ben-Meir<br>dhben-meir@hhlaw.com<br><br>Rose Hickman<br>rahickman@hhlaw.com |
| REPRESENTING MEI/MBC (MATSUSHITA)<br>(C.A.04-1338) | William J. Wade<br>wade@rlf.com<br><br>Steven A. Reiss<br>steven.reiss@weil.com<br><br>David J. Lender<br>david.lender@weil.com |

| | |
|---|---|
| REPRESENTING NAVMAN<br>(C.A.04-1338) | Arthur G. Connolly, III<br>aconnollyIII@cblh.com<br><br>Brian M. Gottesman<br>bgottesman@cblh.com<br><br>Bradford P. Lyerla<br>blyerla@marshallip.com |
| REPRESENTING OLYMPUS<br>(C.A.04-l 338) | John W. Shaw<br>jshaw@ycst.com<br><br>Richard M. Rosati<br>rrosati@kenyon.com<br><br>George B. Badenoch<br>gbadenoch@kenyon.com |
| REPRESENTING OPTREX<br>(THIRD-PARTY PLAINTIFF)<br>(C.A.04-1338 AND 04-1536) | Karen L. Pascale<br>kpascale@ycst.com<br><br>Thomas J. Fisher<br>tfisher@oblon.com<br><br>Alexander B. Gasser<br>agasser@oblon.com<br><br>Richard D. Kelly<br>rkelly@oblon.com<br><br>Andrew M. Ollis<br>aollis@oblon.com<br><br>John F. Presper<br>jpresper@oblon.com |

| | |
|---|---|
| REPRESENTING SAMSUNG SDI CO., LTD. AND SAMSUNG SDI AMERICA, INC. (C.A.04-1338) | Richard L. Horwitz<br>rhorwitz@potteranderson.com<br><br>David B. Moore<br>dmoore@potteranderson.com<br><br>Alana A. Prills<br>alanaprills@paulhastings.com<br><br>Carolyn B. Morris<br>carolynmorris@paulhastings.com<br><br>Elizabeth L. Brann<br>elizabethbrann@paulhastings.com<br><br>Hamilton Loeb<br>hamiltonloeb@paulhastings.com<br><br>Stephen S. Korniczky<br>stephenkorniczky@pau1hastings.com |
| REPRESENTING SONY CORPORATION (C.A.04-1338) | John W. Shaw<br>jshaw@ycst.com<br><br>John Flock<br>jflock@kenyon.com<br><br>Robert L. Hails, Jr.<br>rhails@kenyon.com |
| REPRESENTING SONY ERICSSON (C.A.04-1338) | Francis DiGiovanni<br>fdigiovanni@cblh.com |

| | |
|---|---|
| REPRESENTING TOSHIBA<br>(C.A.04-1338) | Richard L. Horwitz<br>rhorwitz@potteranderson.com<br><br>David B. Moore<br>dmoore@potteranderson.com<br><br>Arthur I. Neustadt<br>aneustadt@oblon.com<br><br>Carl B. Schlier<br>cschlier@oblon.com |

      PLEASE TAKE FURTHER NOTICE that on August 18, 2008, this Notice of Service was filed with the Clerk of the Court using CM/ECF and served as indicated above.

/s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
(302) 658-9141
fdigiovanni@cblh.com

*Attorney for Sony Ericsson Mobile Communications AB and Sony Ericsson Mobile Communications (USA) Inc.*

629960_1                                                10