IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HONEYWELL INTERNATIONAL INC.          )
and HONEYWELL INTELLECTUAL            )
PROPERTIES INC.,                      )
                                      )
              Plaintiffs,             )
                                      )          C.A. No. 04-1338- JJF
      v.                              )          (Consolidated)
                                      )
APPLE COMPUTER, INC., et al.,         )
                                      )
              Defendants.             )

## ORDER

WHEREAS, the Special Master issued a Report and Recommendations Regarding DM-1 on August 13, 2008;

WHEREAS, by Order dated August 15, 2008, Judge Joseph J. Farnan reduced the time permitted by Fed.R.Civ.P. 53(g)(2) within which to file objections or a motion to adopt or modify the Special Master's Report and Recommendations; and

WHEREAS, the Parties agree that it is in the interest of judicial economy to toll the effect of Judge Farnan's August 15, 2008 Order, pending further consideration of matters brought to the Special Master's attention;

**NOW THEREFORE, IT IS HEREBY RECOMMENDED THAT THE COURT:**

1.      Toll the effect of its August 15, 2008 Order pending a further Report and Recommendation by the Special Master.

ENTERED this _____ day of _____, 2008

_____
Vincent J. Poppiti (#100614)
Special Master

SO ORDERED this ___ day of _____, 2008.

_____
United States District Court Judge