IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and  HONEYWELL INTELLECTUAL PROPERTIES INC. | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 04-1338-JJF  (Consolidated) |
| APPLE COMPUTER, INC; et al., | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on August 19, 2008 a true and correct copy of Responses and Objections of Audiovox Communications Corp. to Plaintiff's Notice of Rule 30(b)(6) Deposition was served upon the following attorneys of record as follows:

**BY E-MAIL AND HAND DELIVERY**
The Honorable Vincent J. Poppiti
Special Master
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

**BY E-MAIL**

| | |
|---|---|
| REPRESENTING HONEYWELL INTERNATIONAL INC. AND HONEYWELL INTELLECTUAL PROPERTIES INC. (CA. 04-1337) | Steven J. Balick  sbalick@ashby-geddes.com  John G. Day  jday@ashby-geddes.com  Lauren B. Maguire  lmaguire@ashby-geddes.com |
| REPRESENTING AUDIOVOX ELECTRONICS CORPORATION (C.A. 04-1337) | William F. Taylor, Jr.  wtaylor@mccarter.com |
| REPRESENTING SONY ERICSSON MOBILE COMMUNICATIONS AB AND SONY ERICSSON MOBILE COMMUNICATIONS (USA) INC. (C.A. 04-1338) | Francis DiGiovanni  fdigiovanni@cblh.com |

| | |
|---|---|
| REPRESENTING NIKON CORPORATION AND NIKON INC. (C.A. 04-1337) | Richard L. Horwitz rhorwitz@potteranderson.com David B. Moore dmoore@potteranderson.com William J. Marsden, Jr. marsden@fr.com Barry W. Graham barry.graham@finnegan.com Darren M. Jiron darren.jiron@finnegan.com |
| REPRESENTING NOKIA CORPORATION AND NOKIA INC. (C.A. 04-1337) | Thomas L. Halkowski Halkowski@fr.com William J. Marsden, Jr. marsden@fr.com Lauren A. Degnan degnan@fr.com Andrew R. Kopsidas kopsidas@fr.com |
| REPRESENTING SAMSUNG SDI CO., LTD. (THIRD-PARTY DEFENDANT) (CA. 04-1337) | Richard L. Horwitz rhorwitz@potteranderson.com David B. Moore dmoore@potteranderson.com Alana A. Prills alanaprills@paulhastings.com Carolyn B. Morris carolynmorris@paulhastings.com Elizabeth L. Brann elizabethbrann@paulhastings.com Hamilton Loeb hamiltonloeb@paulhastings.com Stephen S. Korniczky stephenkorniczky@paulhastings.com |
| REPRESENTING SANYO ELECTRIC CO., LTD. AND SANYO NORTH AMERICA (C.A. 04-1337) | Richard L. Horwitz rhorwitz@potteranderson.com David B. Moore dmoore@potteranderson.com Michael A. Dorftnan Michael.dorfman@kattenlaw.com Timothy J. Vezeau timothy.vezeau@kattenlaw.com Richard P. Bauer richard.bauer@kattenlaw.com |

2

| | |
|---|---|
| REPRESENTING SEIKO EPSON CORPORATION<br>(C.A. 04-1337) | Robert J. Katzenstein<br>rjk@skfdelaware.com<br>Robert J. Benson<br>rjbenson@hhlaw.com |
| REPRESENTING HONEYWELL INTERNATIONAL, INC. AND HONEYWELL INTELLECTUAL PROPERTIES, INC<br>(C.A. 04-1338) | Thomas C. Grimm<br>tgrimm@mnat.com<br>Matthew L. Woods<br>mlwoods@rkmc.com<br>Alan E. McKenna<br>aemckenna@rkmc.com<br>Stacie E. Oberts<br>seoberts@rkmc.com |
| REPRESENTING APPLE<br>(C.A.04-1338) | Thomas L. Halkowski<br>halkowski@fr.com<br>Kelly C. Hunsaker<br>hunsaker@fr.com<br>Frank B. Scherkenbach<br>scherkenbach@fr.com |
| REPRESENTING ARGUS<br>(C.A.04-1338) | Richard H. Cross, Jr.<br>rcross@crosslaw.com<br>Amy Evans<br>aevans@crosslaw.com<br>Brian D. Roche<br>broche@reedsmith.com |
| REPRESENTING CASIO<br>(C.A.04-1338) | Thomas L. Halkowski<br>halkowski@fr.com<br>John T. Johnson<br>jjohnson@fr.com |
| REPRESENTING CITIZEN WATCH CO., LTD. AND CITIZEN DISPLAYS CO., LTD.<br>(C.A.04-1338) | David J. Margules<br>dmargules@bmf-law.com<br>Stuart Lubitz<br>slubitz@hhlaw.com<br>David H. Ben-Meir<br>dhben-meir@hhlaw.com<br>Rose Hickman<br>rahickman@hhlaw.com |

| | |
|---|---|
| REPRESENTING CONCORD<br>(C.A.04-1338) | Richard L. Horwitz<br>rhorwitz@potteranderson.com<br>David B. Moore<br>dmoore@potteranderson.com<br>**Scott L. Lampert**<br>**by facsimile only: (954) 989-4103** |
| REPRESENTING DELL<br>(C.A.04-1338) | Richard L. Horwitz<br>rhorwitz@potteranderson.com<br>David B. Moore<br>dmoore@potteranderson.com<br>Avelyn M. Ross<br>aross@velaw.com<br>Willem G. Schuurman<br>bschuurman@velaw.com<br>Roderick B. Williams<br>rickwilliams@velaw.com |
| REPRESENTING EASTMAN KODAK<br>(C.A.04-1338) | Frederick L. Cottrell, III<br>cottrell@rlf.com<br>Chad M. Shandler<br>shandler@rlf.com<br>Neal Slifkin<br>nslifkin@harrisbeach.com<br>Paul J. Yesawich, III<br>pyesawich@harrisbeach.com<br>Laura W. Smalley<br>lsmalley@harrisbeach.com |
| REPRESENTING FUJIFILM CORPORATION<br>AND FUJIFILM U.S.A., INC.<br>(C.A.04-1338) | Philip A. Rovner<br>provner@jpotteranderson.com<br>Angie M. Hankins<br>ahankins@stroock.com<br>Matthew W. Siegal<br>msiegal@stroock.com<br>Lawrence Rosenthal<br>frosenthal@sfroock.com |

| | |
|---|---|
| REPRESENTING FUJITSU<br>(C.A.04-1338) | Richard L. Horwitz<br>rhorwitz@potteranderson.com<br>David B. Moore<br>dmoore@potteranderson.com<br>Parker H. Bagley<br>pbagley@milbank.com<br>Christopher B. Chalsen<br>cchalsen@milbank.com<br>Christopher J. Gaspar<br>cgaspar@milbank.com |
| REPRESENTING HOYA<br>(FORMERLY PENTAX)<br>(C.A.04-1338) | Adam W. Poff<br>apoff@ycst.com<br>Michael J. Fink<br>mfink@gbpatent.com<br>Neil F. Greenblum<br>ngreenblum@gbpatent.com<br>P. Branko Pejic<br>bpejic@gbpatent.com |
| REPRESENTING KYOCERA<br>(C.A.04-1338) | Robert J. Katzenstein<br>rjk@skfdelaware.com<br>Robert K. Beste, III<br>rkb@skfdelaware.com<br>Stuart Lubitz<br>slubitz@hhlaw.com<br>David H. Ben-Meir<br>dhben-meir@hhlaw.com<br>Rose Hickman<br>rahickman@hhlaw.com |
| REPRESENTING MEI/MBC (MATSUSHITA)<br>(C.A.04-1338) | William J. Wade<br>wade@rlf.com<br>Steven A. Reiss<br>steven.reiss@weil.com<br>David J. Lender<br>david.lender@weil.com |
| REPRESENTING NAVMAN<br>(C.A.04-1338) | Arthur G. Connolly, III<br>aconnollyIII@cblh.com<br>Brian M. Gottesman<br>bgottesman@cblh.com<br>Bradford P. Lyerla<br>blyerla@marshallip.com |

| | |
|---|---|
| REPRESENTING OLYMPUS<br>(C.A.04-l338) | John W. Shaw<br>jshaw@ycst.com<br>Richard M. Rosati<br>rrosati@kenyon.com<br>George B. Badenoch<br>gbadenoch@kenyon.com |
| REPRESENTING OPTREX<br>(THIRD-PARTY PLAINTIFF)<br>(C.A.04-1338 AND 04-1536) | Karen L. Pascale<br>kpascale@ycst.com<br>Thomas J. Fisher<br>tfisher@oblon.com<br>Alexander B. Gasser<br>agasser@oblon.com<br>Richard D. Kelly<br>rkelly@oblon.com<br>Andrew M. Ollis<br>aollis@oblon.com<br>John F. Presper<br>jpresper@oblon.com |
| REPRESENTING SAMSUNG SDI CO., LTD.<br>AND SAMSUNG SDI AMERICA, INC.<br>(C.A.04-1338) | Richard L. Horwitz<br>rhorwitz@potteranderson.com<br>David B. Moore<br>dmoore@potteranderson.com<br>Alana A. Prills<br>alanaprills@paulhastings.com<br>Carolyn B. Morris<br>carolynmorris@paulhastings.com<br>Elizabeth L. Brann<br>elizabethbrann@paulhastings.com<br>Hamilton Loeb<br>hamiltonloeb@paulhastings.com<br>Stephen S. Korniczky<br>stephenkorniczky@pau1hastings.com |
| REPRESENTING SONY CORPORATION<br>(C.A.04-1338) | John W. Shaw<br>jshaw@ycst.com<br>John Flock<br>jflock@kenyon.com<br>Robert L. Hails, Jr.<br>rhails@kenyon.com |

| | |
|---|---|
| REPRESENTING SONY ERICSSON<br>(C.A.04-1338)<br>REPRESENTING TOSHIBA<br>(C.A.04-1338) | Francis DiGiovanni<br>fdigiovanni@cblh.com<br>Richard L. Horwitz<br>rhorwitz@potteranderson.com<br>David B. Moore<br>dmoore@potteranderson.com<br>Arthur I. Neustadt<br>aneustadt@oblon.com<br>Carl B. Schlier<br>cschlier@oblon.com |

PLEASE TAKE FURTHER NOTICE that on August 19, 2008, a true and correct copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the counsel of record indicated above.

Additionally, on August 19, 2008, copies of this Notice of Service were served on counsel of record in the manner indicated above.

                                          **DUANE MORRIS LLP**

                                          /s/ Aimee M. Czachorowski
                                          Aimee M. Czachorowksi (Del. I.D. No. 4670)
                                          1100 North Market Street, 12th Floor
                                          Wilmington, DE  19801
                                          Tel:  302.657.4927
                                          E-Mail: amczachorowski@duanemorris.com

DM1\1381754.1