IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 04-1338-JJF (Consolidated) |
| v. | ) ) | |
| APPLE COMPUTER INC., et al., | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 22, 2008, a copy of Defendant Hartford Computer Group, Inc.'s Responses and Objections to Plaintiffs' Notice of Rule 30(b)(6) Deposition was caused to be served upon the following counsel via e-mail:

Thomas C. Grimm
Benjamin Schladweiler
Morris, Nichols, Arsht & Tunnell
tgrimm@mnat.com
bschladweiier@mnat.com

*Attorneys for Honeywell International Inc., and Honeywell Intellectual Properties Inc.*

Steven J. Balick, Esq.
John G. Day, Esq.
Lauren E. Maguire
Ashby & Geddes
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties, Inc. (04-1337)*

Matthew L. Woods
Stacie E. Oberts
Alan E. McKenna
Robins, Kaplan, Miller Ciresi L.L.P.
mlwoods@rkmc.com
seoberts@rkmc.com
aemckenna@rkmc.com

*Attorneys for Honeywell International, Inc. and Honeywell Intellectual Properties, Inc.*

Thomas L. Halkowski
Kelly C. Hunsaker
Frank E. Scherkenbach
Fish & Richardson P.C.
halkowski@fr.com
hunsaker@fr.com
scherkenbach@fr.com

*Attorneys for Apple Computer, Inc.*

William J. Marsden, Jr.
Lauren A. Degnan
Andrew R. Kopsidas
Fish & Richardson P.C.
marsden@fr.com
degnan@fr.com
kopsidas@fr.com

*Attorneys for Nokia Corporation and Nokia Inc.*

William F. Taylor, Jr., Esq.
McCarter & English, LLP
wtaylor@mccarter.com

*Attorneys for Audiovox Electronics Corporation*

Matt Neiderman, Esq.
D. Joseph English
Duane Morris LLP
mneiderman@duanemorris.com
djenglish@duanemorris.com

*Attorneys for Audiovox Communications Corp.*

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Barry W. Graham
Darren M. Jiron
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
barry.graham@finnegan.com
darren.jiron@finnegan.com

William J. Marsden
Fish & Richardson P.C.
marsden@fr.com

*Attorneys for Nikon Corporation and Nikon Inc.*

CHILIB-2199789.1-

MPBREGEN

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>Hamilton Loeb<br>Carolyn E. Morris<br>Alana A. Prills<br>Stephen S. Korniczky<br>Elizabeth L. Brann<br>Paul, Hastings, Janofsky &<br>   Walker LLP<br>hamiltonloeb@paulhastings.com<br>carolynmorris@paulhastings.com<br>alanaprills@paulhastings.com<br>stephenkorniczky@paulhastings.com<br>elizabethbrann@paulhastings.com<br><br>*Attorneys for Samsung SDI Co., Ltd. and Samsung SDI America, Inc.* | David J. Margules, Esq.<br>Bouchard Margules & Friedlander, P.A.<br>dmargules@bmf-law.com<br><br>David Ben-Meir<br>Stuart Lubitz<br>Rose Hickman<br>Hogan & Hartson LLP<br>dhben-meir@hhlaw.com<br>slubitz@bhlaw.com<br>rahickman@hhlaw.com<br><br>*Attorneys for Citizen Watch Co., Ltd. and Citizen Displays Co., Ltd*<br><br>Robert J. Katzenstein<br>Smith, Katzenstein & Furlow LLP<br>rjk@skfdelaware.com<br><br>Robert J. Benson<br>Hogan & Hartson LLP<br>rjbenson@hhlaw.com<br><br>*Attorneys for Seiko Epson Corporation* |
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>Timothy J. Vezeau<br>Michael A. Dorfman<br>Richard P. Bauer<br>Katten Muchin Rosenman LLP<br>timothy.vezeau@kattenlaw.com<br>michael.dorfman@kattenlaw.com<br>richard.bauer@kattenlaw.com<br><br>*Attorneys for Sanyo Electric Co., Ltd. and Sanyo North America* | Philip A. Rovner<br>Potter Anderson & Corroon, LLP<br>provner@potteranderson.com<br><br>Angie M. Hankins<br>Matthew Siegal<br>Lawrence Rosenthal<br>Strook, Stroock & Lavan LLP<br>ahankins@stroock.com<br>msiegal@stroock.com<br>lrosenthal@stroock.com<br><br>*Attorneys for FujiFilm Corporation and FujiFilm USA, Inc.* |

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Chris Chalsen
Christopher J. Gaspar
Parker H. Bagley
Milbank Tweed Hadley &
    McCloy LLP
cchalsen@milbank.com
cgaspar@milbank.com
pbagley@milbank.com

*Attorneys for Fujitsu America, Inc., Fujitsu Computer Products of America, Inc., and Fujitsu Limited*

Adam W. Poff
Young Conaway Stargatt & Taylor LLP
apoff@ycst.com

Neil F. Greenblum
Michael J. Fink
P. Branko Pejic
Greenblum & Bernstein, P.L.C.
ngreenblum@gbpatent.com
bpejic@gbpatent.com

*Attorneys for Hoya Corporation (Pentax)*

Donald R. McPhail
Matt Neiderman
Duane Morris LLP
dnncphail@duanemorris.com
mneiderman@duanemorris.com

*Attorneys for Innolux Display Corporation*

William J. Wade
Richards, Layton & Finger
wade@rlf.com

Steven A. Reiss
David J. Lender
Weil Gotshal & Manges, LLP
steven.reiss@weil.com
david.lender@weil.com

*Attorneys for Matsushita Electrical Corporation of America and Matsushita Electrical Industrial Co.*

Robert J. Katzenstein
Robert K. Beste, III
Smith, Katzenstein & Furlow LLP
rjk@skfdelaware.com
rkb@skfdelaware.com

David Ben-Meir
Stuart Lubitz
Rose Hickman
Hogan & Hartson LLP
dhben-meir@hhlaw.com
slubitz@hhlaw.com
rahickman@hhlaw.com

*Attorneys for Kyocera Wireless Corp*

Arthur G. Connolly, III
Brian M. Gottesman
Connolly, Bove, Lodge & Hutz
aconnollyIII@cblh.com
bgottesman@cblh.com

Bradford P. Lyerla
Marshall, Gertein & Borun LLP
blyerla@marshallip.com

*Attorneys for Navman USA, Inc. and Navman NZ Limited*

John W. Shaw
Monté T. Squire
Young Conaway Stargatt &
    Taylor LLP
jshaw@ycst.com
msquire@ycst.com

Richard M. Rosati
George E. Badenoch
Kenyon & Kenyon, LLP
rrosati@kenyon.com
gbadenoch@kenyon.com

*Attorneys for Olympus America, Inc. and Olympus Corporation*

Francis DiGiovanni
Connolly, Bove, Lodge & Hutz
fdigiovanni@cblh.com

*Attorneys for Sony Ericsson*

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Scott L. Lampert
Scott_Lampert@concord-camera.com

*Attorneys for Concord Cameras*

Karen P. Pascale
Young Conaway Stargatt & Taylor LLP
kpascale@ycst.com

Thomas J. Fisher
Alexander E. Gasser
Richard D. Kelly
Andrew M. Ollis
John F. Presper
Oblon Spivak McClelland
    Maier & Neustadt, P.C.
tfisher@oblon.com
agasser@oblon.com
rkelley@oblon.com
aollis@oblon.com
jpresper@oblon.com

*Attorneys for Optrex America, Inc.*

John W. Shaw
Young Conaway Stargatt &
    Taylor LLP
jshaw@ycst.com

John Flock
Robert L. Hails, Jr.
Kenyon & Kenyon, LLP
jflock@kenyon.com
rhails@kenyon.com

*Attorneys for Sony Corporation*

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Arthur I. Neustadt
Carl E. Schlier
Oblon Spivak McClelland
    Maier & Neustadt, P.C.
aneustadt@oblon.com
cshlier@oblon.com

*Attorneys for Toshiba America and Toshiba Corporation*

- 5 -

CHILIB-2199789.1-
MPBREGEN

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Roderick B. Williams
Avelyn M. Ross
Vinson & Elkins
rickwilliams@velaw.com
aross@velaw.com

*Attorneys for Dell Inc.*

Frederick L. Cottrell, III
Chad Michael Shandler
Richards, Layton & Finger
cottrell@rlf.com
shandler@rlf.com

Neal Slifkin
Paul J. Yesawich, III
Harris Beach PLLC
nslifkin@harrisbeach.com
pyesawich@harrisbeach.com

*Attorneys for Eastman Kodak*


Dated: August 22, 2008
        Wilmington, Delaware

                                        CROSS & SIMON, LLC


                                        By:       /s/Amy Evans
                                            Amy Evans (No. 3829)
                                            913 North Market Street, 11th Floor
                                            P.O. Box 1380
                                            Wilmington, Delaware 19899-1380
                                            (302) 777-4200
                                            (302) 777-4224 (Facsimile)