IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC.; and HONEYWELL INTELLECTUAL PROPERTIES INC.;<br><br>Plaintiffs,<br><br>v.<br><br>APPLE COMPUTER, INC., et al.<br><br>Defendants. | Civil Action No. 04-1338 JJF<br>(Consolidated) |

## NOTICE OF WITHDRAWAL OF ATTORNEY

PLEASE TAKE NOTICE that, with the consent and approval of defendants FUJIFILM Corporation and FUJIFILM U.S.A., Inc. ("FUJI"), attorney Kevin C. Ecker, Esq. of Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038, hereby withdraws his appearance as counsel for FUJI. All other attorneys involved in the case from Stroock & Stroock & Lavan LLP and Potter Anderson & Corroon LLP continue to represent FUJI.

POTTER ANDERSON & CORROON LLP

By: _/s/ Philip A. Rovner_
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
provner@potteranderson.com

*Attorneys for Defendants*
*FUJIFILM Corporation and*
*FUJIFILM U.S.A., Inc.*

OF COUNSEL:

Lawrence Rosenthal
Matthew W. Siegal
Ian G. DiBernardo
Angie M. Hankins
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038
(212) 806-5400

Dated: August 29, 2008
878627