## BOUCHARD MARGULES & FRIEDLANDER

A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

DAVID J. MARGULES

DIRECT DIAL
(302) 573-3530
DMARGULES@BMF-LAW.COM

August 29, 2008

**BY E-FILE, HAND DELIVERY AND E-MAIL**

The Honorable Vincent J. Poppiti
Blak Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

  Re: *Honeywell Int's Inc., et al. v. Apple Computer, Inc., et al.*
     USDC-D.Del., C.A. No. 04-1338 JJF (Consolidated)

Dear Judge Poppiti:

  I write on behalf of Citizens Defendants in connection with next week's hearing. I have been able to arrange my schedule to be present in the event that Your Honor wishes to discuss or hear argument on Citizens' Motion for Summary Judgment. In addition, if it is not inconvenient for Your Honor, we respectfully request that lead counsel, David Ben-Meir, be permitted to participate by telephone.

          Respectfully,

          /s/ David J. Margules

          David J. Margules

Dictated but not read

Cc: Clerk of Court (via hand delivery)
   Counsel of record (via CM-ECF)

{BMF-W0106539.}