IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE COMPUTER, INC., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 04-1338-JJF |
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUDIOVOX COMMUNICATIONS CORP., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 04-1337-JJF |
| OPTREX AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 04-1536-JJF |



| | |
|---|---|
| HONEYWELL INTERNATIONAL INC. and HONEYWELL INTELLECTUAL PROPERTIES INC., <br><br> Plaintiffs, <br> v. <br><br> CITIZEN WATCH CO. LTD., *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 05-874-JJF <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned counsel for defendants Nikon Corporation and Nikon Inc. hereby certifies that copies of the following documents were caused to be served on September 8, 2008, upon the following attorneys of record at the following addresses as indicated:

> SUPPLEMENTAL RESPONSES AND OBJECTIONS OF
> NIKON CORPORATION AND NIKON INC. TO PLAINTIFFS'
> NOTICE OF RULE 30(B)(6) DEPOSITION OF NIKON CORP.
> AND NIKON INC.

### VIA HAND DELIVERY & ELECTRONIC MAIL

The Honorable Vincent J. Poppiti
Special Master
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE  19801
poppiti@blankrome.com

Thomas C. Grimm
Benjamin Schladweiler
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
tgrimm@mnat.com
bschladweiler@mnat.com
*Attorneys for Honeywell International Inc., and Honeywell Intellectual Properties Inc.*

Steven J. Balick, Esq.
John G. Day, Esq.
Lauren E. Maguire
Ashby & Geddes
500 Delaware Avenue, 8th FL.
P.O. Box 1150
Wilmington, DE  19899
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com
*Attorneys for Honeywell International Inc. and Honeywell Intellectual Properties, Inc.*

Richard H. Cross, Jr., Esq.
Amy Evans, Esq.
Cross & Simon, LLC
913 N. Market Street
Suite 1001
P. O. Box 1380
Wilmington, DE  19899-1380
rcross@crosslaw.com
aevans@crosslaw.com
*Attorneys for Argus*

Matt Neiderman, Esq.
Duane Morris LLP
1100 N. Market Street
Suite 1200
Wilmington, DE  19801
mneiderman@duanemorris.com
*Attorneys for Audiovox Communications Corp.Innolux Display Corporation and*

Frederick L. Cottrell, III, Esq.
Chad M. Shandler, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
Cottrell@rlf.com
shandler@rlf.com
*Attorneys for Eastman Kodak Company*

Thomas L. Halkowski, Esq.
Fish & Richardson P.C.
919 N. Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE  19899
halkowski@fr.com
*Attorneys for Apple Computer, Inc.*

William F. Taylor, Jr., Esq.
McCarter & English, LLP
919 N. Market Street
Suite 1800
P. O. Box 111
Wilmington, DE  19899
wtaylor@mccarter.com
*Attorneys for Audiovox Electronics Corporation*

David J. Margules, Esq.
Sean M. Brennecke
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE  19801
dmargules@bmf-law.com
sbrennecke@bmf-law.com
*Attorneys for Citizen Watch Co., Ltd. and Citizen Displays Co., Ltd.*

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE  19899
provner@potteranderson.com
*Attorney for FUJIFILM Holdings Corporation, and FUJIFILM U.S.A., Inc.*

3

Robert J. Katzenstein, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Fl.
P.O. Box 410
Wilmington, DE 19899
rkatzenstein@skfdelaware.com
*Attorneys for Kyocera Wireless Corp.*

William J. Wade, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
wade@rlf.com
*Attorneys for Matsushita Electrical Industrial Co., Matsushita Electrical Corporation of America*

Arthur G. Connolly, III, Esq.
Brian M. Gottesman, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building – 8th Fl
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
ac3@cblhlaw.com
bgottesman@cblhlaw.com
*Attorneys for Navman NZ Limited, Navman U.S.A. Inc.*

William J. Marsden, Jr., Esq.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899-1114
marsden@fr.com
*Attorneys for Nokia Corporation Nokia Inc.*

John W. Shaw, Esq.
Young, Conaway, Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
jshaw@ycst.com
*Attorneys for Olympus Corporation, Olympus America, Inc. and Sony Corporation*

Karen L. Pascale, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801
kpascale@ycst.com
*Attorneys for third party defendant Optrex America, Inc.*

Adam Wyatt Poff, Esq.
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
apoff@ycst.com
*Attorneys for Pentax Corporation, Pentax of America, Inc.*

Francis DiGiovanni, Esq.
N. Richard Powers, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building – 8th Fl
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
fdigiovanni@cblh.com
rpowers@cblh.com
*Attorneys for Sony Ericsson Mobile Communications AB, Sony Ericsson Mobile Communications (USA) Inc.*

**VIA ELECTRONIC MAIL**

Martin R. Lueck
Matthew L. Woods
Stacie E. Oberts
Denise S. Rahne
Peter N. Surdo
Amy N. Softich
Daniel M. White
Robins, Kaplan, Miller Ciresi L.L.P.
mrlueck@rkmc.com
mlwoods@rkmc.com
seoberts@rkmc.com
dsrahne@rkmc.com
pnsurdo@rkmc.com
ansoftich@rkmc.com
dmwhite@rkmc.com

Anthony A. Froio
Alan E. McKenna
Michael J. Garko
Robins, Kaplan, Miller & Ciresi, L.L.P.
aafroio@rkmc.com
aemckenna@rkmc.com
mjgarko@rkmc.com

*Attorneys for Honeywell International, Inc.
and Honeywell Intellectual Properties, Inc.*

David Ben-Meir
Stuart Lubitz
Rose Hickman
Hogan & Hartson LLP
dhben-meir@hhlaw.com
slubitz@hhlaw.com
rahickman@hhlaw.com

*Attorneys for Citizen Watch Co., Ltd. and
Citizen Displays Co., Ltd.*

Kelly C. Hunsaker
Fish & Richardson
hunsaker@fr.com

Frank E. Scherkenbach
Fish & Richardson
scherkenbach@fr.com

*Attorneys for Apple Computer Inc.*

Brian D. Roche
Michael P. Bregenzer
Reed Smith LLP
broche@reedsmith.com
mbregenzer@reedsmith.com

*Attorneys for Argus*

D. Joseph English
Duane Morris LLP
djenglish@duanemorris.com

*Attorneys for Audiovox Communications Corp.*

Scott L. Lampert, Esq.
Concord Camera Corp.
Scott_Lampert@concord-camera.com

*Attorneys for Concord Camera Corp.*

5

Roderick B. Williams
Avelyn M. Ross
Vinson & Elkins
rickwilliams@velaw.com
aross@velaw.com

*Attorneys for Dell Inc.*


Lawrence Rosenthal
Matthew Siegal
Ian G. DiBernardo
Angie M. Hankins
Strook, Stroock & Lavan LLP
lrosenthal@stroock.com
msiegal@stroock.com
idibernardo@stroock.com
ahankins@stroock.com

*Attorneys for FujiFilm Corporation and FujiFilm USA, Inc.*

Neil F. Greenblum
Michael J. Fink
P. Branko Pejic
Greenblum & Bernstein, P.L.C.
ngreenblum@gbpatent.com
bpejic@gbpatent.com

*Attorneys for Hoya Corporation (Pentax)*

David Ben-Meir
Stuart Lubitz
Rose Hickman
Hogan & Hartson LLP
dhben-meir@hhlaw.com
slubitz@hhlaw.com
rahickman@hhlaw.com

*Attorneys for Kyocera Wireless Corp*

Neal Slifkin
Paul J. Yesawich, III
Laura Smalley
Harris Beach PLLC
nslifkin@harrisbeach.com
pyesawich@harrisbeach.com
lsmalley@harrisbeach.com

*Attorneys for Eastman Kodak*

Chris E. Chalsen
Christopher J. Gaspar
Milbank Tweed Hadley &
   McCloy LLP
cchalsen@milbank.com
cgaspar@milbank.com

*Attorneys for Fujitsu America, Inc., Fujitsu Computer Products of America, Inc., and Fujitsu Limited*


Donald R. McPhail
Duane Morris LLP
drmcphail@duanemorris.com

*Attorneys for Innolux Display Corporation*


Steven A. Reiss
David J. Lender
Weil Gotshal & Manges, LLP
steven.reiss@weil.com
david.lender@weil.com

*Attorneys for Matsushita Electrical Corporation of America and Matsushita Electrical Industrial Co.*

6

Bradford P. Lyerla
Marshall, Gertein & Borun LLP
blyerla@marshallip.com

*Attorneys for Navman USA, Inc. and Navman NZ Limited*

Lauren A. Degnan
Andrew R. Kopsidas
Fish & Richardson P.C.
degnan@fr.com
kopsidas@fr.com

*Attorneys for Nokia Corporation and Nokia, Inc.*

Bradford P. Lyerla
Marshall, Gertein & Borun LLP
blyerla@marshallip.com

*Attorneys for Navman USA, Inc. and Navman NZ Limited*

Hamilton Loeb
Carolyn E. Morris
Alana A. Prills
Paul, Hastings, Janofsky &
   Walker LLP
hamiltonloeb@paulhastings.com
carolynmorris@paulhastings.com
alanaprills@paulhastings.com

Stephen S. Korniczky
Elizabeth L. Brann
Paul, Hastings, Janofsky &
   Walker LLP
stephenkorniczky@paulhastings.com
elizabethbrann@paulhastings.com

*Attorneys for Samsung SDI Co., Ltd. and Samsung SDI America, Inc.*

Barry W. Graham
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
barry.graham@finnegan.com

Darren M. Jiron
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
darren.jiron@finnegan.com

*Attorneys for Nikon Corporation, Nikon Inc.*

Thomas J. Fisher
Alexander E. Gasser
Richard D. Kelly
Andrew M. Ollis
John F. Presper
Oblon Spivak McClelland
   Maier & Neustadt, P.C.
tfisher@oblon.com
agasser@oblon.com
rkelley@oblon.com
aollis@oblon.com
jpresper@oblon.com

*Attorneys for Optrex America, Inc.*

Timothy J. Vezeau
Michael A. Dorfman
Katten Muchin Rosenman LLP
timothy.vezeau@kattenlaw.com
michael.dorfman@kattenlaw.com

Richard P. Bauer
Katten Muchin Rosenman LLP
richard.bauer@kattenlaw.com

*Attorneys for Sanyo Electric Co., Ltd. and Sanyo North America*

Robert J. Benson
Hogan & Hartson LLP
rjbenson@hhlaw.com

*Attorneys for Seiko Epson Corporation*

7

John Flock
Kenyon & Kenyon, LLP
jflock@kenyon.com

Robert L. Hails, Jr.
Kenyon & Kenyon, LLP
rhails@kenyon.com

*Attorneys for Sony Corporation*

OF COUNSEL:

Barry W. Graham
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Phone: (202) 408-4017

Darren M. Jiron
FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Phone: (571) 203-2729

Dated:  September 8, 2008
881429/28576

Arthur I. Neustadt
Carl E. Schlier
Oblon Spivak McClelland
    Maier & Neustadt, P.C.
aneustadt@oblon.com
cshlier@oblon.com

*Attorneys for Toshiba America and*
*Toshiba Corporation*

POTTER ANDERSON & CORROON LLP

By:  */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899-0951
    Phone: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendants*
*Nikon Corporation and Nikon Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 8, 2008, the within document was served via hand delivery and electronic mail and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

| | |
|---|---|
| The Honorable Vincent J. Poppiti<br>Special Master<br>Blank Rome LLP<br>1201 N. Market Street, Suite 800<br>Wilmington, DE 19801<br>poppiti@blankrome.com | Thomas C. Grimm<br>Benjamin Schladweiler<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>tgrimm@mnat.com<br>bschladweiler@mnat.com<br>*Attorneys for Honeywell International Inc.,*<br>*and Honeywell Intellectual Properties Inc.* |
| Steven J. Balick, Esq.<br>John G. Day, Esq.<br>Lauren E. Maguire<br>Ashby & Geddes<br>500 Delaware Avenue, 8th FL.<br>P.O. Box 1150<br>Wilmington, DE 19899<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br>*Attorneys for Honeywell International Inc. and*<br>*Honeywell Intellectual Properties, Inc.* | Thomas L. Halkowski, Esq.<br>Fish & Richardson P.C.<br>919 N. Market Street<br>Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899<br>halkowski@fr.com<br>*Attorneys for Apple Computer, Inc.* |

Richard H. Cross, Jr., Esq.
Amy Evans, Esq.
Cross & Simon, LLC
913 N. Market Street
Suite 1001
P. O. Box 1380
Wilmington, DE 19899-1380
rcross@crosslaw.com
aevans@crosslaw.com
*Attorneys for Argus*

Matt Neiderman, Esq.
Duane Morris LLP
1100 N. Market Street
Suite 1200
Wilmington, DE 19801
mneiderman@duanemorris.com
*Attorneys for Audiovox Communications Corp.Innolux Display Corporation and*

Frederick L. Cottrell, III, Esq.
Chad M. Shandler, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
Cottrell@rlf.com
shandler@rlf.com
*Attorneys for Eastman Kodak Company*

Robert J. Katzenstein, Esq.
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Fl.
P.O. Box 410
Wilmington, DE 19899
rkatzenstein@skfdelaware.com
*Attorneys for Kyocera Wireless Corp.*

William F. Taylor, Jr., Esq.
McCarter & English, LLP
919 N. Market Street
Suite 1800
P. O. Box 111
Wilmington, DE 19899
wtaylor@mccarter.com
*Attorneys for Audiovox Electronics Corporation*

David J. Margules, Esq.
Sean M. Brennecke
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
dmargules@bmf-law.com
sbrennecke@bmf-law.com
*Attorneys for Citizen Watch Co., Ltd. and Citizen Displays Co., Ltd.*

Philip A. Rovner
Potter Anderson & Corroon LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19899
provner@potteranderson.com
*Attorney for FUJIFILM Holdings Corporation, and FUJIFILM U.S.A., Inc.*

William J. Wade, Esq.
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
wade@rlf.com
*Attorneys for Matsushita Electrical Industrial Co., Matsushita Electrical Corporation of America*

2

Arthur G. Connolly, III, Esq.
Brian M. Gottesman, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building – 8th Fl
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
ac3@cblhlaw.com
bgottesman@cblhlaw.com
*Attorneys for Navman NZ Limited, Navman U.S.A. Inc.*

John W. Shaw, Esq.
Young, Conaway, Stargatt & Taylor LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
jshaw@ycst.com
*Attorneys for Olympus Corporation, Olympus America, Inc. and Sony Corporation*

Adam Wyatt Poff, Esq.
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
apoff@ycst.com
*Attorneys for Pentax Corporation, Pentax of America, Inc.*

William J. Marsden, Jr., Esq.
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P. O. Box 1114
Wilmington, DE 19899-1114
marsden@fr.com
*Attorneys for Nokia Corporation Nokia Inc.*

Karen L. Pascale, Esq.
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Bldg., 17th Fl.
1000 West Street
Wilmington, DE 19801
kpascale@ycst.com
*Attorneys for third party defendant Optrex America, Inc.*

Francis DiGiovanni, Esq.
N. Richard Powers, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building – 8th Fl
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
fdigiovanni@cblh.com
rpowers@cblh.com
*Attorneys for Sony Ericsson Mobile Communications AB, Sony Ericsson Mobile Communications (USA) Inc.*

3

I further certify that on September 8, 2008, the attached document was Electronically Mailed to the following person(s):

Martin R. Lueck
Matthew L. Woods
Anthony A. Froio
Stacie E. Oberts
Alan E. McKenna
Michael J. Garko
Denise S. Rahne
Peter N. Surdo
Amy N. Softich
Daniel M. White
Robins, Kaplan, Miller Ciresi L.L.P.
mrlueck@rkmc.com
mlwoods@rkmc.com
aafroio@rkmc.com
seoberts@rkmc.com
aemckenna@rkmc.com
mjgarko@rkmc.com
dsrahne@rkmc.com
pnsurdo@rkmc.com
ansoftich@rkmc.com
dmwhite@rkmc.com

*Attorneys for Honeywell International, Inc. and Honeywell Intellectual Properties, Inc.*

David Ben-Meir
Stuart Lubitz
Rose Hickman
Hogan & Hartson LLP
dhben-meir@hhlaw.com
slubitz@hhlaw.com
rahickman@hhlaw.com

*Attorneys for Citizen Watch Co., Ltd. and Citizen Displays Co., Ltd.*

Kelly C. Hunsaker
Fish & Richardson
hunsaker@fr.com

Frank E. Scherkenbach
Fish & Richardson
scherkenbach@fr.com

*Attorneys for Apple Computer Inc.*

Brian D. Roche
Michael P. Bregenzer
Reed Smith LLP
broche@reedsmith.com
mbregenzer@reedsmith.com

*Attorneys for Argus*

D. Joseph English
Duane Morris LLP
djenglish@duanemorris.com

*Attorneys for Audiovox Communications Corp.*

Scott L. Lampert, Esq.
Concord Camera Corp.
Scott_Lampert@concord-camera.com

*Attorneys for Concord Camera Corp.*

4

Roderick B. Williams
Avelyn M. Ross
Vinson & Elkins
rickwilliams@velaw.com
aross@velaw.com

*Attorneys for Dell Inc.*

Lawrence Rosenthal
Matthew Siegal
Ian G. DiBernardo
Angie M. Hankins
Strook, Stroock & Lavan LLP
lrosenthal@stroock.com
msiegal@stroock.com
idibernardo@stroock.com
ahankins@stroock.com

*Attorneys for FujiFilm Corporation and FujiFilm USA, Inc.*

Neil F. Greenblum
Michael J. Fink
P. Branko Pejic
Greenblum & Bernstein, P.L.C.
ngreenblum@gbpatent.com
bpejic@gbpatent.com

*Attorneys for Hoya Corporation (Pentax)*

David Ben-Meir
Stuart Lubitz
Rose Hickman
Hogan & Hartson LLP
dhben-meir@hhlaw.com
slubitz@hhlaw.com
rahickman@hhlaw.com

*Attorneys for Kyocera Wireless Corp*

Neal Slifkin
Paul J. Yesawich, III
Laura Smalley
Harris Beach PLLC
nslifkin@harrisbeach.com
pyesawich@harrisbeach.com
lsmalley@harrisbeach.com

*Attorneys for Eastman Kodak*

Chris E. Chalsen
Christopher J. Gaspar
Milbank Tweed Hadley &
   McCloy LLP
cchalsen@milbank.com
cgaspar@milbank.com

*Attorneys for Fujitsu America, Inc., Fujitsu Computer Products of America, Inc., and Fujitsu Limited*

Donald R. McPhail
Duane Morris LLP
drmcphail@duanemorris.com

*Attorneys for Innolux Display Corporation*

Steven A. Reiss
David J. Lender
Weil Gotshal & Manges, LLP
steven.reiss@weil.com
david.lender@weil.com

*Attorneys for Matsushita Electrical Corporation of America and Matsushita Electrical Industrial Co.*

5

Bradford P. Lyerla
Marshall, Gertein & Borun LLP
blyerla@marshallip.com

*Attorneys for Navman USA, Inc. and Navman NZ Limited*

Lauren A. Degnan
Andrew R. Kopsidas
Fish & Richardson P.C.
degnan@fr.com
kopsidas@fr.com

*Attorneys for Nokia Corporation and Nokia, Inc.*

Bradford P. Lyerla
Marshall, Gertein & Borun LLP
blyerla@marshallip.com

*Attorneys for Navman USA, Inc. and Navman NZ Limited*

Barry W. Graham
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
barry.graham@finnegan.com

Darren M. Jiron
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
darren.jiron@finnegan.com

*Attorneys for Nikon Corporation, Nikon Inc.*

Thomas J. Fisher
Alexander E. Gasser
Richard D. Kelly
Andrew M. Ollis
John F. Presper
Oblon Spivak McClelland
  Maier & Neustadt, P.C.
tfisher@oblon.com
agasser@oblon.com
rkelley@oblon.com
aollis@oblon.com
jpresper@oblon.com

*Attorneys for Optrex America, Inc.*

6

Hamilton Loeb
Carolyn E. Morris
Alana A. Prills
Paul, Hastings, Janofsky &
   Walker LLP
hamiltonloeb@paulhastings.com
carolynmorris@paulhastings.com
alanaprills@paulhastings.com

Stephen S. Korniczky
Elizabeth L. Brann
Paul, Hastings, Janofsky &
   Walker LLP
stephenkorniczky@paulhastings.com
elizabethbrann@paulhastings.com

*Attorneys for Samsung SDI Co., Ltd. and Samsung SDI America, Inc.*

John Flock
Kenyon & Kenyon, LLP
jflock@kenyon.com

Robert L. Hails, Jr.
Kenyon & Kenyon, LLP
rhails@kenyon.com

*Attorneys for Sony Corporation*

Timothy J. Vezeau
Michael A. Dorfman
Katten Muchin Rosenman LLP
timothy.vezeau@kattenlaw.com
michael.dorfman@kattenlaw.com

Richard P. Bauer
Katten Muchin Rosenman LLP
richard.bauer@kattenlaw.com

*Attorneys for Sanyo Electric Co., Ltd. and Sanyo North America*

Robert J. Benson
Hogan & Hartson LLP
rjbenson@hhlaw.com

*Attorneys for Seiko Epson Corporation*

Arthur I. Neustadt
Carl E. Schlier
Oblon Spivak McClelland
   Maier & Neustadt, P.C.
aneustadt@oblon.com
cshlier@oblon.com

*Attorneys for Toshiba America and Toshiba Corporation*

                  /s/ David E. Moore
                    David E. Moore

878927

7