# EXHIBIT A

| Citizen's Motion for Summary Judgment | | | |
|---|---|---|---|
| | **Honeywell's Proposal** | **Citizen's Proposal** | **Special Master Proposal[1]** |
| Parties to Reassess Potential for Mediation | As soon as possible | As soon as possible | |
| Oral Argument and Ruling on Citizen's Motion Re: Disputed Facts | October 2, 2008 | October 2, 2008 | October 2, 2008 |
| Honeywell's Legal Brief (if necessary) | November 3, 2008 | November 3, 2008 | November 3, 2008 |
| Citizen's Reply Brief (if necessary) | November 21, 2008 | November 21, 2008 | |
| Oral Argument and Ruling on Citizen's Motion (if necessary) | TBD | TBD | TBD |

---

[1] A blank field in this column indicates that the entry was not part of the Special Master's proposal.

**Proposed Schedule for Trial of Manufacturer Defendants**

| | Pre-*Markman* Matters | | |
|---|---|---|---|
| | **Honeywell's Proposal** | **Defendants' Proposal** | **Special Master Proposal** |
| Honeywell and Manufacturer Defendants to serve all outside counsel for customer defendants with confidential versions of their respective Markman papers, expert reports, expert deposition transcripts, and Markman demonstratives | Already done | September 16, 2008 | |
| Honeywell to serve all Customer Defendants with the following:<br><br>(a)  Honeywell's detailed infringement contentions (i.e., a limitation-by-limitation chart comparing the asserted claims against the accused products);<br><br>(b)  All discovery materials produced by Honeywell in this case (written responses and documents produced), all inventor deposition transcripts;<br><br>(c)  Detailed description as to why Honeywell believes each Customer Defendant having one or more licensed suppliers does | (a) Honeywell has agreed to provide its infringement contention responses produced during discovery to Manufacturer-Defendants.<br><br>(b) Honeywell has already sent all of its *Markman*-related materials and validity expert discovery to the customer defendants.  Additional materials are unnecessary to evaluating the claim construction record.<br><br>(c) Such descriptions have already been provided as part of the meet-and-confer and informal process currently in place.  In addition, part (c) is irrelevant to | September 23, 2008 | |

| | Pre-*Markman* Matters | | |
|---|---|---|---|
| | **Honeywell's Proposal** | **Defendants' Proposal** | **Special Master Proposal** |
| not have a license (or other ground for non-liability) due to the license. | claim construction. | | |
| Opening Briefs Regarding Parties' Exchange of All Communications with Customer Defendants Regarding Accused Products (limited to 4 pages per August 13, 2008 Order) | September 18, 2008 | September 26, 2008 | September 26, 2008 |
| Responsive Briefs re: same | September 25, 2008 | October 10, 2008 | October 10, 2008 |
| Hearing on parties' exchange of all communications with customer defendants—decision at hearing | October 2, 2008 | October 22, 2008 | October 22, 2008 |
| Hearing on Honeywell's pending motion for discovery regarding commercial success from Customer Defendants—decision at hearing | Honeywell has proposed alternative procedures for alleviating the need to conduct commercial success discovery. *See* § II of Honeywell's Cover Letter.<br><br>Hearing, if necessary, on October 2, 2009, and production of same to be consistent with Honeywell's production date (October 15, 2008) | October 2, 2008 | October 22, 2008 |
| Hearing on FUJIFILM's pending motion to compel Honeywell's production of its teardown information on modules it found to infringe but omitted from the chart produced in response to | This event was not part of Special Master's Proposal. If heard, then October 2, 2008 | October 2, 2008 | |

- 3 -

| | Pre-*Markman* Matters | | |
|---|---|---|---|
| | **Honeywell's Proposal** | **Defendants' Proposal** | **Special Master Proposal** |
| Magistrate Judge Thygne's May 17, 2007 oral order (D.I. 848; **851**) (contingent on grant of Honeywell's motion for commercial success discovery) | | | |
| Hearing on Manufacturer Defendants' request for Discovery from Honeywell regarding modules Honeywell dismantled but found not to infringe '371 patent (contingent on grant of Honeywell's motion for commercial success discovery) | This event was not part of Special Master's Proposal. If heard, then October 2, 2008 | October 2, 2008 | |
| Hearing on enforcement of Magistrate Thygne's Order of May 17, 2007 granting further deposition of Ted Wood re 50% hit rate (if necessary) | This event was not part of Special Master's Proposal. If heard, then October 2, 2008 | October 2, 2008 | |
| Hearing on Samsung SDI's pending motion to compel discovery previously withheld by Honeywell as common interest privilege | October 2, 2008 | October 22, 2008 | October 22, 2008 |
| Discovery schedule regarding commercial success | TBD at October 2, 2008 hearing. *See* §§ II, IV, of Honeywell's Cover Letter. | TBD at October 2, 2008 hearing (if necessary, but no more than 45 days) | TBD at October 2, 2008 hearing |
| Honeywell to produce all communications with customer | October 15, 2008 | October 15, 2008 | October 15, 2008 |

| | Pre-*Markman* Matters | | |
|---|---|---|---|
| | **Honeywell's Proposal** | **Defendants' Proposal** | **Special Master Proposal** |
| defendants regarding accused products, to the extent not already done | | | |

| Supplemental *Markman* Briefing and Final *Markman* Ruling | | | |
|---|---|---|---|
| | **Honeywell's Proposal[2]** | **Defendants' Proposal** | **Special Master Proposal** |
| Customer Defendants may request supplemental claim construction briefing regarding Preliminary *Markman* ruling; Customer Defendants must make showing of what discovery is needed not already of record | October 1, 2008 | The latter of 7 days after final ruling on Customer Defendants Motions to Dismiss or 7 days after the Preliminary Markman ruling[3] | The latter of 7 days after final ruling on Customer Defendants Motions to Dismiss or 7 days after the Preliminary Markman ruling. |
| Hearing on Customer Defendants' request for consideration of supplemental claim construction briefing and additional discovery related to claim construction – decision at hearing | October 2, 2008 | The latter of 9 days after final ruling on Customer Defendants Motions to Dismiss or 9 days after Preliminary Markman ruling[4] | The latter of 9 days after final ruling on Customer Defendants Motions to Dismiss or 9 days after Preliminary Markman ruling |
| Customer Defendants to conduct discovery regarding claim construction and filing of supplemental claim construction brief (same page limits as that for opening claim construction brief). | October 23, 2008 | 30 days from hearing on Customer Defendants' request for consideration of supplemental claim construction briefing | 45 days from hearing on Customer Defendant's request for consideration of supplemental claim construction briefing |
| Honeywell to file opposition claim construction brief (same page limits as that for opposition claim construction brief). | November 4, 2008 | 10 days from Customer Defendants' supplemental claim construction brief | 10 days from Customer Defendants supplemental claim construction brief |
| Final *Markman* Ruling | TBD by Judge Farnan | TBD by Judge Farnan | |

---

[2] For the purpose of setting proposed dates, Honeywell's proposal assumes a Preliminary *Markman* Ruling date of September 29, 2008
[3] All references to days are calendar days.
[4] Defendants propose that the Preliminary Markman ruling automatically becomes the Final Markman ruling if (a) the Customer Defendants do not request supplemental claim construction briefing or (b) the Customer Defendant's request for supplemental claim construction briefing is denied.  As stated at the hearing on September 4, 2008, depending upon the date that such contingencies become a reality, Honeywell submits that it may be necessary to set a reasonable date certain for the triggering of the expert phase.

| Post-Final-*Markman* Matters | | | |
|---|---|---|---|
| Parties to supplement interrogatory responses, responses to requests for admission, and document requests | November 26, 2008 | 14 days after Judge Farnan's Final Markman ruling | 14 days after Judge Farnan's Markman ruling |
| Parties to make election regarding willfulness, including opinions of counsel, and production thereof. | November 26, 2008 | 14 days after Judge Farnan's Final Markman ruling | |

| Expert Discovery | | | |
|---|---|---|---|
| | **Honeywell's Proposal** | **Defendants' Proposal** | **Special Master Proposal** |
| Parties to report to each other whether they will supplement their expert reports on invalidity and unenforceability | November 13, 2008 (limited to invalidity)[5]<br><br>*See* §§ II, IV, of Honeywell's Cover Letter. | 10 days after the latter of the final Markman Ruling or completion of discovery related to commercial success | 10 days after the latter of the Final Markman Ruling or completion of discovery related to commercial success |
| Service of Reports on Which Each Party Has Burden | December 15, 2008<br><br><br><br><br>*See* §§ II, IV, of Honeywell's Cover Letter. | Expert Reports on issues where each party has the burden 30 days after the latter of the final Markman Ruling or completion of discovery related to commercial success | Expert reports on issues where each party has the burden 40 days after the latter of the Final Markman ruling or completion of discovery related to commercial success |
| Service of Expert Reports Responding to those where Each Party | January 20, 2009<br><br>*See* §§ II, IV, of Honeywell's Cover | Service of expert reports in response to opening reports 30 days after service of opening | Service of expert reports in response to opening reports 30 days after service of opening |

---

[5] Honeywell does not believe that there is any basis in the Court's pending *Markman* ruling to supplement unenforceability opinions, given that this defense is based upon claims not before the Court.

- 7 -

| Expert Discovery | | | |
|---|---|---|---|
| | **Honeywell's Proposal** | **Defendants' Proposal** | **Special Master Proposal** |
| has Burden | Letter. | reports | reports |
| Conclusion of Expert Discovery | February 10, 2009<br><br>For infringement, depositions to last 4 hours per defendant. *E.g.*, Honeywell takes the Defendants' infringement experts for 4 hours for each defendant that an expert opines about. Defendants will take the corresponding amount of time with Honeywell's infringement experts.<br><br>For damages, 4 hours per defendant on Defendant-specific issues, an additional joint 3.5 hours on common issues (*e.g.*, expert's understanding *Georgia Pacific* factors).<br><br>For supplemental invalidity, depositions to be limited to 4 hours per expert. | 21 days after responsive expert reports<br>• Invalidity depositions limited to new opinions relating to Markman Ruling and commercial success discovery, and limited to 7.0 hours per expert;<br>• Infringement expert depositions limited to 4.0 hours, per expert, per party; and<br>Total deposition hours of Honeywell's damages expert: 3.5 hours plus 4 hours for each defendant participating in the deposition. | 45 days after responsive reports<br>• Invalidity depositions limited to new opinions relating to Markman Ruling and commercial success discovery, and limited to (__) hrs per expert; and<br>• Infringement and damages expert depositions limited to (__) hrs per expert |

| Case Dispositive Motions | | | |
|---|---|---|---|
| | **Honeywell's Proposal** | **Defendants' Proposal** | **Special Master Proposal** |
| Opening Briefs and Certifications | February 26, 2009 (on a Limited Number of Issues) | 21 days after close of expert discovery | 21 days after close of expert discovery |

- 8 -

| | Case Dispositive Motions | | |
|---|---|---|---|
| | **Honeywell's Proposal** | **Defendants' Proposal** | **Special Master Proposal** |
| Counter-Statements and Certifications | March 6, 2009 | 14 days after filing opening briefs | 21 days after filing opening briefs |
| Responses to Counter-Statements | March 10, 2009 | 7 days after filing counter-statement | 17 days after filing opening briefs |
| Special Master's Determination Whether Disputed Facts Exist | March 12, 2009 | TBD | TBD |
| If Special Master decides that there are no factual disputes, then the parties shall file Responses to Case Dispositive motions | March 20, 2009 | 14 days after Special Master decides there are no material factual disputes | 21 days after Special master decides there are no material factual disputes |
| Reply Briefs | March 26, 2009 | 10 days after Responses are filed | 17 days after Responses are filed |
| Hearing on Case Dispositive Motions | April 1, 2009 | TBD | TBD |
| Rulings on Case Dispositive Motions | April 8, 2009 | TBD | TBD |
| Exceptions to Rulings on Case Dispositive Motions | April 13, 2009 | 10 days after the Rulings on the Dispositive Motions (including a determination that factual disputes exist) | 14 days after the Rulings on the Case Dispositive motions (including a determination that factual disputes exist) |
| Replies to Exceptions to Rulings on Case Dispositive Motions | April 17, 2009 | 5 days after the Exceptions to Rulings | 7 days after the Exceptions to Rulings |

- 9 -

| Motions in Limine and Trial-Readiness | | | |
|---|---|---|---|
| | **Honeywell's Proposal** | **Defendants' Proposal** | **Special Master Proposal** |
| Parties exchange Preliminary Versions of their parts of the Pretrial Order | May 7, 2009<br><br>*See* § VI of Honeywell's Cover Letter. | April 27, 2009 | 21 days after rulings on Case Dispositive motions |
| Parties exchange objections and supplementation to Preliminary Versions of the Pretrial Order | May 14, 2009 | May 4, 2009 | 7 days after exchange of Preliminary Versions of Pretrial Orders |
| Parties Meet-and-Confer Regarding Pretrial Order issues | May 18, 2009 | May 6, 2009 | 7 days after exchange of objections and supplementation to Preliminary Version of Pretrial Orders |
| Status Conference Regarding Remaining Schedule | May 21, 2009 | | To be determined by Judge Farnan |
| Motions in Limine/*Daubert* Motions | June 4, 2009 | May 15, 2009 | 14 days after Status Conference |
| Responses to Motions in Limine/*Daubert* Motions | June 11, 2009 | May 22, 2009 | 21 days after Status Conference |
| Hearings on Motions in Limine/*Daubert* Motions | June 18, 2009 | June 3, 2009 | |
| Rulings on Motions in limine/*Daubert* Motions | TBD | Provided on a rolling basis no later than June 12, 2009 | |
| Exceptions to Rulings on Motions in limine/*Daubert* Motions | TBD | On a rolling basis, no later than 3 days after the ruling comes in, but no later than June 15, 2009 | |
| Responses to Exceptions to Rulings on Motions | TBD | On a rolling basis, three | |

- 10 -

| | | | |
|---|---|---|---|
| in limine/*Daubert* Motions | | days after the corresponding Exception, but no later than June 18, 2009 | |

| | Pretrial Conference | | |
|---|---|---|---|
| | **Honeywell's Proposal** | **Defendants' Proposal** | **Special Master Proposal** |
| Honeywell Provides its Parts of the Pretrial Order | June 25, 2009 | June 8, 2009 | 56 days after final rulings on Case Dispositive motions |
| Defendants Provide their Parts of the Pretrial Order | July 1, 2009 | June 15, 2009 | 18 days after Honeywell's parts of the Pretrial Order |
| Final Pretrial Order | July 8, 2009 | June 22, 2009 | 16 days after service of Defendants parts of the Pretrial Order |
| Pretrial Conference | July 10, 2009 | Week of June 29, 2009 | |
| Commence Trial on all Issues Against all Manufacturer Defendants | July 13-30, 2009 | July 13-30, 2009 | July |

| | InnoLux | | |
|---|---|---|---|
| | **Honeywell's Proposal** | **InnoLux's Proposal** | **Special Master Proposal** |
| Deadline for Honeywell to Conclude Jurisdictional Discovery | November 26, 2008 | November 26, 2008 | September 30, 2008 |
| InnoLux to Renew its Motion to Dismiss | November 28, 2008 | November 28, 2008 | October 1, 2008 |
| Honeywell's Opposition to InnoLux's Renewed Motion to Dismiss | December 9, 2008 | December 9, 2008 | October 13, 2008 |
| InnoLux's Reply | December 16, 2008 | December 16, 2008 | October 20, 2008 |
| Hearing | December 19, 2008 | December 16, 2008 | October 22, 2008 |
| Ruling | TBD | TBD | TBD |

- 11 -

| | | | |
|---|---|---|---|
| Substantive Fact Discovery | Completed by November 26, 2008 | InnoLux Opposes | |
| Expert Discovery | Same Schedule as All Manufacturer Defendants | | See Case Dispositive Motions and Trial above |
| Dispositive Briefing and Trial | Same Schedule as All Manufacturer Defendants | | |