# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 fax

Thomas C. Grimm
(302) 351-9585
(302) 425-4661 fax
tgrimm@mnat.com

September 12, 2008

**BY E-FILING, E-MAIL
& HAND DELIVERY**

The Honorable Vincent J. Poppiti
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, DE 19801

Re:  *Honeywell International Inc., et al. v. Apple Computer, Inc., et al.*
     C.A. No. 04-1338-JJF, 04-1337- JJF (Consolidated)

Dear Judge Poppiti:

I am enclosing herewith the parties' jointly proposed order regarding a schedule concerning the Affected Defendants.

Respectfully,

*/s/ Thomas C. Grimm*

Thomas C. Grimm (#1098)

TCG
Enclosures
cc:  Dr. Peter T. Dalleo, Clerk (by hand, w/encls.)
     All Counsel of Record (by e-filing and/or e-mail, w/encls.)
     (see attached Certificate of Service)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 12, 2008, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on September 12, 2008 upon the following parties:

| | |
|---|---|
| SPECIAL MASTER | Vincent J. Poppiti, Esq.<br>**poppiti@blankrome.com** |
| | Elizabeth A. Sloan<br>**sloan@blankrome.com** |
| | Tara L. Laster<br>**laster@blankrome.com** |
| | Mary Levan<br>**levan@blankrome.com** |
| | Carrie David<br>**david-c@blankrome.com** |
| REPRESENTING HONEYWELL INTERNATIONAL INC. AND HONEYWELL INTELLECTUAL PROPERTIES INC.<br><br>(C.A. 04-1337) | Steven J. Balick<br>**sbalick@ashby-geddes.com**<br><br>John G. Day<br>**jday@ashby-geddes.com**<br><br>Lauren E. Maguire<br>**lmaguire@ashby-geddes.com** |
| REPRESENTING AUDIOVOX ELECTRONICS CORPORATION<br><br>(C.A. 04-1337) | William F. Taylor, Jr.<br>**wtaylor@mccarter.com** |
| REPRESENTING AUDIOVOX COMMUNICATIONS CORP.<br><br>(C.A. 04-1337) | Matt Neiderman<br>**mneiderman@duanemorris.com**<br><br>D. Joseph English<br>**djenglish@duanemorris.com** |

REPRESENTING NIKON CORPORATION
AND NIKON INC.

(C.A. 04-1337)

Richard L. Horwitz
**rhorwitz@potteranderson.com**

David E. Moore
**dmoore@potteranderson.com**

Barry W. Graham
**barry.graham@finnegan.com**

Darren M. Jiron
**darren.jiron@finnegan.com**

REPRESENTING NOKIA CORPORATION
AND NOKIA INC.

(C.A. 04-1337)

Thomas L. Halkowski
**halkowski@fr.com**

William J. Marsden, Jr.
**marsden@fr.com**

Lauren A. Degnan
**degnan@fr.com**

Andrew R. Kopsidas
**kopsidas@fr.com**

REPRESENTING SAMSUNG SDI CO., LTD.
(THIRD-PARTY DEFENDANT)

(C.A. 04-1337)

Richard L. Horwitz
**rhorwitz@potteranderson.com**

David E. Moore
**dmoore@potteranderson.com**

Alana A. Prills
**alanaprills@paulhastings.com**

Carolyn E. Morris
**carolynmorris@paulhastings.com**

Elizabeth L. Brann
**elizabethbrann@paulhastings.com**

Hamilton Loeb
**hamiltonloeb@paulhastings.com**

Stephen S. Korniczky
**stephenkorniczky@paulhastings.com**

REPRESENTING SANYO ELECTRIC CO., LTD.
AND SANYO NORTH AMERICA

(C.A. 04-1337)

Richard L. Horwitz
**rhorwitz@potteranderson.com**

David E. Moore
**dmoore@potteranderson.com**

Michael A. Dorfman
**Michael.dorfman@kattenlaw.com**

Timothy J. Vezeau
**timothy.vezeau@kattenlaw.com**

Richard P. Bauer
**richard.bauer@kattenlaw.com**

REPRESENTING SEIKO EPSON CORPORATION

(C.A. 04-1337)

Robert J. Katzenstein
**rjk@skfdelaware.com**

Robert J. Benson
**rjbenson@hhlaw.com**

REPRESENTING APPLE

(C.A.04-1338)

Thomas L. Halkowski
**halkowski@fr.com**

Kelly C. Hunsaker
**hunsaker@fr.com**

Frank E. Scherkenbach
**scherkenbach@fr.com**

REPRESENTING ARGUS/HARTFORD

(C.A.04-1338)

Richard H. Cross, Jr.
**rcross@crosslaw.com**

Amy Evans
**aevans@crosslaw.com**

Brian D. Roche
**broche@reedsmith.com**

Michael P. Bregenzer
**mbregenzer@reedsmith.com**

REPRESENTING CASIO

(C.A.04-1338)

Thomas L. Halkowski
**halkowski@fr.com**

John T. Johnson
**jjohnson@fr.com**

REPRESENTING CITIZEN WATCH CO., LTD.
AND CITIZEN DISPLAYS CO., LTD.

(C.A.04-1338)

David J. Margules
**dmargules@bmf-law.com**

Stuart Lubitz
**slubitz@hhlaw.com**

David H. Ben-Meir
**dhben-meir@hhlaw.com**

Rose Hickman
**rahickman@hhlaw.com**

REPRESENTING CONCORD CAMERA

(C.A.04-1338)

Richard L. Horwitz
**rhorwitz@potteranderson.com**

David E. Moore
**dmoore@potteranderson.com**

Scott L. Lampert
**by facsimile only:  (954) 989-4103**

REPRESENTING DELL

(C.A.04-1338)

Richard L. Horwitz
**rhorwitz@potteranderson.com**

David E. Moore
**dmoore@potteranderson.com**

Avelyn M. Ross
**aross@velaw.com**

Willem G. Schuurman
**bschuurman@velaw.com**

Roderick B. Williams
**rickwilliams@velaw.com**

REPRESENTING EASTMAN KODAK

(C.A.04-1338)

Frederick L. Cottrell, III
**cottrell@rlf.com**

Chad M. Shandler
**shandler@rlf.com**

Neal Slifkin
**nslifkin@harrisbeach.com**

Paul J. Yesawich, III
**pyesawich@harrisbeach.com**

Laura W. Smalley
**lsmalley@harrisbeach.com**

REPRESENTING FUJIFILM CORPORATION
AND FUJIFILM U.S.A., INC.

(C.A.04-1338)

Philip A. Rovner
**provner@potteranderson.com**

Angie M. Hankins
**ahankins@stroock.com**

Matthew W. Siegal
**msiegal@stroock.com**

Lawrence Rosenthal
**lrosenthal@stroock.com**

REPRESENTING FUJITSU

(C.A.04-1338)

Richard L. Horwitz
**rhorwitz@potteranderson.com**

David E. Moore
**dmoore@potteranderson.com**

Christopher E. Chalsen
**cchalsen@milbank.com**

Christopher J. Gaspar
**cgaspar@milbank.com**

REPRESENTING HOYA (FORMERLY PENTAX)

(C.A.04-1338)

Adam W. Poff
**apoff@ycst.com**

Michael J. Fink
**mfink@gbpatent.com**

Neil F. Greenblum
**ngreenblum@gbpatent.com**

P. Branko Pejic
**bpejic@gbpatent.com**

REPRESENTING INNOLUX DISPLAY CORPORATION

(C.A.04-1338)

Matt Neiderman
**mneiderman@duanemorris.com**

Donald R. McPhail
**drmcphail@duanemorris.com**

REPRESENTING KYOCERA

(C.A.04-1338)

Robert J. Katzenstein
**rjk@skfdelaware.com**

Robert K. Beste, III
**rkb@skfdelaware.com**

Stuart Lubitz
**slubitz@hhlaw.com**

David H. Ben-Meir
**dhben-meir@hhlaw.com**

Rose Hickman
**rahickman@hhlaw.com**

REPRESENTING MEI/MEC (MATSUSHITA)

(C.A.04-1338)

William J. Wade
**wade@rlf.com**

Steven A. Reiss
**steven.reiss@weil.com**

David J. Lender
**david.lender@weil.com**

REPRESENTING NAVMAN

(C.A.04-1338)

Arthur G. Connolly, III
**aconnollyIII@cblh.com**

Brian M. Gottesman
**bgottesman@cblh.com**

Bradford P. Lyerla
**blyerla@marshallip.com**

REPRESENTING OLYMPUS

(C.A.04-1338)

John W. Shaw
**jshaw@ycst.com**

Andrew A. Lundgren
**alundgren@ycst.com**

Richard M. Rosati
**rrosati@kenyon.com**

George E. Badenoch
**gbadenoch@kenyon.com**

REPRESENTING OPTREX
(THIRD-PARTY PLAINTIFF)

(C.A.04-1338 AND 04-1536)

Karen L. Pascale
**kpascale@ycst.com**

Thomas J. Fisher
**tfisher@oblon.com**

Alexander E. Gasser
**agasser@oblon.com**

Richard D. Kelly
**rkelly@oblon.com**

Andrew M. Ollis
**aollis@oblon.com**

John F. Presper
**jpresper@oblon.com**

| | |
|---|---|
| REPRESENTING SAMSUNG SDI CO., LTD. AND SAMSUNG SDI AMERICA, INC. (C.A.04-1338) | Richard L. Horwitz<br>**rhorwitz@potteranderson.com**<br><br>David E. Moore<br>**dmoore@potteranderson.com**<br><br>Alana A. Prills<br>**alanaprills@paulhastings.com**<br><br>Carolyn E. Morris<br>**carolynmorris@paulhastings.com**<br><br>Elizabeth L. Brann<br>**elizabethbrann@paulhastings.com**<br><br>Hamilton Loeb<br>**hamiltonloeb@paulhastings.com**<br><br>Stephen S. Korniczky<br>**stephenkorniczky@paulhastings.com** |
| REPRESENTING SONY CORPORATION (C.A.04-1338) | John W. Shaw<br>**jshaw@ycst.com**<br><br>Andrew A. Lundgren<br>**alundgren@ycst.com**<br><br>John Flock<br>**jflock@kenyon.com**<br><br>Robert L. Hails, Jr.<br>**rhails@kenyon.com**<br><br>Michael M. Shen<br>**mshen@kenyon.com** |
| REPRESENTING SONY ERICSSON (C.A.04-1338) | Francis DiGiovanni<br>**fdigiovanni@cblh.com** |

REPRESENTING TOSHIBA

(C.A.04-1338)

Richard L. Horwitz
**rhorwitz@potteranderson.com**

David E. Moore
**dmoore@potteranderson.com**

Arthur I. Neustadt
**aneustadt@oblon.com**

Carl E. Schlier
**cschlier@oblon.com**

and by facsimile upon the following:

REPRESENTING CONCORD CAMERA CORP.

(C.A.04-1338)

Scott L. Lampert
**(954) 989-4103**

The undersigned also hereby certifies that on September 12, 2008, true and correct copies of the foregoing were caused to be served by hand, in triplicate, upon the Special Master:

The Honorable Vincent J. Poppiti
BLANK ROME LLP
201 North Market Street
Suite 800
Wilmington, DE  19801-4226

/s/ *Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)