

BLANK ROME LLP
COUNSELORS AT LAW

| | |
|---|---|
| *Phone:* | *(302) 425-6410* |
| *Fax:* | *(302) 428-5132* |
| *Email:* | *Poppiti@BlankRome.com* |

September 17, 2008

ALL DELAWARE COUNSEL

> Re:　**Honeywell International Inc. et al. v. Apple Computer Inc. et al.**
> **C.A. No. 1:04-cv-01338-JJF**

Dear Counsel:

Attached are the charts for both Track 1 and Track 2 which I intend to file with Judge Farnan not later than close of business on September 23, 2008. Please note this is a date change from the date I gave to you yesterday.

While I have been pulling and reviewing filings from Pacer related to some pending motions, and knowing that papers already submitted to me contain some of the pending motions as attachments/exhibits, in the interest of both efficiency and completeness, I am asking that counsel who filed the original pending motion coordinate the submittal of all papers and relevant transcripts related to the motion with me not later than close of business on September 23, 2008.

Please recall that all submittals are to be made in triplicate paper copy – e-mail will not be necessary for these submittals. Submittals shall be accompanied by a transmittal letter which shall be docketed with the Court in C.A. No. 1:04-cv-01338-JJF. All materials that have been docketed should not be redocketed. Any new materials must be identified in the transmittal letter and docketed.

If you have any questions in this regard please contact Carrie David at (302) 425-6462 or e-mail her at david-c@blankrome.com.

SO ORDERED this 17th day of September, 2008.

Vincent J. Poppiti
Special Master

062038.00619/40176724v.1

062038.0061/35878509v.1

**TRACK 1**

| Citizen's Motion for Summary Judgment | |
|---|---|
| **Event** | **Special Master Proposal** |
| Oral Argument and Ruling on Citizen's Motion Re: Disputed Facts (if necessary) | September 29, 2008 |
| Honeywell's Legal Brief (if necessary) | November 3, 2008 |
| Citizen's Reply Brief (if necessary) | November 21, 2008 |
| Oral Argument and Ruling on Citizen's Motion (if necessary) | TBD |
| Exceptions to Ruling (limited to 7 pages) | 7 days after ruling |
| Replies to Exceptions (limited to 5 pages) | 5 days after exceptions |

**Proposed Schedule for Trial of Manufacturer Defendants**

| Discovery Matters Unrelated to *Markman* | |
|---|---|
| **Event** | **Special Master Proposal** |
| Opening Briefs Regarding Parties' Exchange of All Communications with Customer Defendants Regarding Accused Products (limited to 4 pages per August 13, 2008 Order) | September 26, 2008 |
| Responsive Briefs re: same (limited to 4 pages per August 13, 2008 Order) | October 10, 2008 |
| Honeywell to produce all communications with customer defendants regarding accused products, to the extent not already done | October 15, 2008 |
| Hearing on parties' exchange of all communications with customer defendants—decision at hearing | October 22, 2008 |
| Hearing on Honeywell's pending motion for discovery regarding commercial success from Customer Defendants—decision at hearing | October 22, 2008 |

TRACK 1

## Discovery Matters Unrelated to *Markman*

| Event | Special Master Proposal |
|---|---|
| Hearing on FUJIFILM's pending motion to compel Honeywell's production of its teardown information on modules it found to infringe but omitted from the chart produced in response to Magistrate Judge Thynge's May 17, 2007 oral order (D.I. 848; **851**) (contingent on grant of Honeywell's motion for commercial success discovery) | October 22, 2008 |
| Hearing on Manufacturer Defendants' request for Discovery from Honeywell regarding modules Honeywell dismantled but found not to infringe '371 patent (contingent on grant of Honeywell's motion for commercial success discovery) | October 22, 2008 |
| Hearing on enforcement of Magistrate Thynge's Order of May 17, 2007 granting further deposition of Ted Wood re 50% hit rate (if necessary) | October 22, 2008 |
| Hearing on Samsung SDI's pending motion to compel discovery previously withheld by Honeywell as common interest privilege | October 22, 2008 |
| Discovery schedule regarding commercial success – Honeywell to show why it needs more than 45 days to complete discovery | TBD at October 22, 2008 hearing |
| Exceptions to rulings at October 22, 2008 hearing (limited to 7 pages) | October 29, 2008 |
| Replies to Exceptions (limited to 5 pages) | November 5, 2008 |

## Stipulation To *Markman*

| Event | Special Master Proposal |
|---|---|
| Honeywell to provide *Markman* related discovery including infringement contentions to all Customer Defendants | October 1, 2008 |
| Customer Defendants to file stipulation to Judge Farnan's *Markman* decision | 7 days after *Markman* ruling |

- 2 -

**TRACK 1**

062038.0061935878509v.1

| Post-*Markman* Matters | |
| --- | --- |
| **Event** | **Special Master Proposal** |
| Parties to supplement interrogatory responses, responses to requests for admission, and document requests | 14 days after Judge Farnan's *Markman* ruling |
| Parties to make election regarding willfulness, including opinions of counsel, and production thereof. | 14 days after Judge Farnan's *Markman* ruling |

| Expert Discovery | |
| --- | --- |
| **Event** | **Special Master Proposal** |
| Parties to report to each other whether they will supplement their expert reports on invalidity and unenforceability | 10 days after the latter of the *Markman* Ruling or completion of discovery related to commercial success |
| Service of Reports on Which Each Party Has Burden | Expert reports on issues where each party has the burden 30 days after the latter of the *Markman* ruling or completion of discovery related to commercial success |
| Service of Expert Reports Responding to those where Each Party has Burden | Service of expert reports in response to opening reports 30 days after service of opening reports |
| Conclusion of Expert Discovery | 21 days after responsive expert reports<br>• Invalidity depositions limited to new opinions relating to *Markman* Ruling and commercial success discovery, and limited to 4.0 hours per expert;<br>• Infringement expert depositions limited to 4.0 hours, per expert, per party; and<br>Damages expert depositions limited to 4 hours per defendant on Defendant-specific issues, an additional joint 3.5 hours on common issues (*e.g.*, expert's understanding *Georgia Pacific* factors) |

TRACK 1

| | Case Dispositive Motions | |
|---|---|
| **Event** | **Special Master Proposal** |
| Opening Briefs (limited to 20 pages) | 21 days after close of expert discovery |
| Oppositions to Opening Briefs (limited to 20 pages) | 14 days after filing opening briefs |
| Reply Briefs (limited to 10 pages) | 10 days after filing opposition briefs |
| Hearing on Case Dispositive Motions | TBD after Markman ruling |
| Rulings on Case Dispositive Motions | TBD after Markman ruling |
| Exceptions to Rulings on Case Dispositive Motions (limited to 7 pages) | 7 days after the Rulings on the Case Dispositive motions |
| Replies to Exceptions to Rulings on Case Dispositive Motions (limited to 5 pages) | 5 days after the Exceptions to Rulings |

- 4 -

062038.0061935878509v.1

TRACK 1

| Motions in Limine and Trial-Readiness | Honeywell's Proposal | Defendants' Proposal | Special Master Proposal |
|---|---|---|---|
| Parties exchange Preliminary Versions of their parts of the Pretrial Order | May 7, 2009 | April 27, 2009 | TBD by Judge Farnan |
| Parties exchange objections and supplementation to Preliminary Versions of the Pretrial Order | May 14, 2009 | May 4, 2009 | TBD by Judge Farnan |
| Parties Meet-and-Confer Regarding Pretrial Order issues | May 18, 2009 | May 6, 2009 | TBD by Judge Farnan |
| Status Conference Regarding Remaining Schedule | May 21, 2009 | May 15, 2009 | TBD by Judge Farnan |
| Motions in Limine/*Daubert* Motions | June 4, 2009 | May 22, 2009 | TBD by Judge Farnan |
| Responses to Motions in Limine/*Daubert* Motions | June 11, 2009 | June 3, 2009 | TBD by Judge Farnan |
| Hearings on Motions in Limine/*Daubert* Motions | June 18, 2009 | | TBD by Judge Farnan |
| Rulings on Motions in limine/*Daubert* Motions | TBD | Provided on a rolling basis no later than June 12, 2009 | TBD by Judge Farnan |

| Pretrial Conference | Honeywell's Proposal | Defendants' Proposal | Special Master Proposal |
|---|---|---|---|
| Honeywell Provides its Parts of the Pretrial Order | June 25, 2009 | June 8, 2009 | TBD by Judge Farnan |
| Defendants Provide their Parts of the Pretrial Order | July 1, 2009 | June 15, 2009 | TBD by Judge Farnan |
| Final Pretrial Order | July 8, 2009 | June 22, 2009 | TBD by Judge Farnan |
| Pretrial Conference | July 10, 2009 | Week of June 29, 2009 | TBD by Judge Farnan |

062038.00619/3387856v.1

TRACK 1

|  | July 13-30, 2009 | July 13-30, 2009 | July 13-30, 2009 |
|---|---|---|---|
| Commence Trial on all Issues Against all Manufacturer Defendants | | | |

| Innolux | Special Master Proposal |
|---|---|
| Deadline for Honeywell to Conclude Jurisdictional Discovery | November 26, 2008 |
| InnoLux to Renew its Motion to Dismiss | November 28, 2008 |
| Honeywell's Opposition to InnoLux's Renewed Motion to Dismiss (limited to 20 pages) | December 9, 2008 |
| InnoLux's Reply (limited to 10 pages) | December 16, 2008 |
| Hearing | December 19, 2008 |
| Ruling | TBD |
| Substantive Fact Discovery | Being considered |
| Exceptions to Ruling (limited to 7 pages) | 7 days from Ruling |
| Replies to Exceptions (limited to 5 pages) | 5 days from Exceptions |
| Expert Discovery | Same Schedule as All Manufacturer Defendants |
| Dispositive Briefing and Trial | Same Schedule as All Manufacturer Defendants |

- 6 -

TRACK 2

## Citizen's Motion for Summary Judgment

| Event | Special Master Proposal |
|---|---|
| Oral Argument and Ruling on Citizen's Motion Re: Disputed Facts (if necessary) | September 29, 2008 |
| Honeywell's Legal Brief (if necessary) | November 3, 2008 |
| Citizen's Reply Brief (if necessary) | November 21, 2008 |
| Oral Argument and Ruling on Citizen's Motion (if necessary) | TBD |
| Exceptions to Ruling (limited to 7 pages) | 7 days after ruling |
| Replies to Exceptions (limited to 5 pages) | 5 days after exceptions |

## Proposed Schedule for Trial of Manufacturer Defendants

### Pre-*Markman* Matters

| Event | Special Master Proposal |
|---|---|
| Opening Briefs Regarding Parties' Exchange of All Communications with Customer Defendants Regarding Accused Products (limited to 4 pages per August 13, 2008 Order) | September 26, 2008 |
| Responsive Briefs re: same (limited to 4 pages per August 13, 2008 Order) | October 10, 2008 |
| Honeywell to produce all communications with customer defendants regarding accused products, to the extent not already done | October 15, 2008 |
| Hearing on parties' exchange of all communications with customer defendants—decision at hearing | October 22, 2008 |
| Hearing on Honeywell's pending motion for discovery regarding commercial success from Customer Defendants—decision at hearing | October 22, 2008 |

- 1 -

TRACK 2

| Pre-*Markman* Matters | |
|---|---|
| **Event** | **Special Master Proposal** |
| Hearing on FUJIFILM's pending motion to compel Honeywell's production of its teardown information on modules it found to infringe but omitted from the chart produced in response to Magistrate Judge Thyge's May 17, 2007 oral order (D.I. 848; **851**) (contingent on grant of Honeywell's motion for commercial success discovery) | October 22, 2008 |
| Hearing on Manufacturer Defendants' request for Discovery from Honeywell regarding modules Honeywell dismantled but found not to infringe '371 patent (contingent on grant of Honeywell's motion for commercial success discovery) | October 22, 2008 |
| Hearing on enforcement of Magistrate Thyge's Order of May 17, 2007 granting further deposition of Ted Wood re 50% hit rate (if necessary) | October 22, 2008 |
| Hearing on Samsung SDI's pending motion to compel discovery previously withheld by Honeywell as common interest privilege | October 22, 2008 |
| Discovery schedule regarding commercial success – Honeywell to show why it needs more than 45 days to complete discovery | TBD at October 22, 2008 hearing |
| Exceptions to rulings at October 22, 2008 hearing (limited to 7 pages) | October 29, 2008 |
| Replies to Exceptions (limited to 5 pages) | November 5, 2008 |

- 2 -

TRACK 2

## Supplemental *Markman* Briefing and Final *Markman* Ruling

| Event | Special Master Proposal |
|---|---|
| Honeywell to provide *Markman* related discovery including infringement contentions to all Customer Defendants | October 1, 2008 |
| Customer Defendants may request supplemental claim construction briefing regarding Preliminary *Markman* ruling; Customer Defendants must make showing of what discovery is needed not already of record | The latter of 7 days after final ruling on Customer Defendants Motions to Dismiss or 7 days after the Preliminary Markman ruling. |
| Hearing on Customer Defendants' request for consideration of supplemental claim construction briefing and additional discovery related to claim construction –decision at hearing | The latter of 9 days after final ruling on Customer Defendants Motions to Dismiss or 9 days after Preliminary Markman ruling |
| Completion of Customer Defendants' discovery regarding claim construction | 30 days from hearing on Customer Defendant's request for consideration of supplemental claim construction briefing |
| Filing of supplemental claim construction brief (same page limits as that for opening claim construction brief) | 15 days from completion of Customer Defendants' discovery regarding claim construction |
| Honeywell to file opposition claim construction brief (same page limits as that for opposition claim construction brief) | 10 days from Customer Defendants supplemental claim construction brief |
| Final *Markman* Ruling | TBD by Judge Farnan |

- 3 -

062038.00619/35878497v.1

TRACK 2

| Post-Final-*Markman* Matters | |
|---|---|
| **Event** | **Special Master Proposal** |
| Parties to supplement interrogatory responses, responses to requests for admission, and document requests | 14 days after Judge Farnan's Final *Markman* ruling |
| Parties to make election regarding willfulness, including opinions of counsel, and production thereof. | 14 days after Judge Farnan's Final *Markman* ruling |

| Expert Discovery | |
|---|---|
| **Event** | **Special Master Proposal** |
| Parties to report to each other whether they will supplement their expert reports on invalidity and unenforceability | 10 days after the latter of the Final *Markman* Ruling or completion of discovery related to commercial success |
| Service of Reports on Which Each Party Has Burden | Expert reports on issues where each party has the burden 40 days after the latter of the Final *Markman* ruling or completion of discovery related to commercial success |
| Service of Expert Reports Responding to those where Each Party has Burden | Service of expert reports in response to opening reports 30 days after service of opening reports |
| Conclusion of Expert Discovery | 21 days after responsive expert reports<br>• Invalidity depositions limited to new opinions relating to *Markman* Ruling and commercial success discovery, and limited to 4.0 hours per expert;<br>• Infringement expert depositions limited to 4.0 hours, per expert, per party; and<br>• Damages expert depositions limited to 4 hours per defendant on Defendant-specific issues, an additional joint 3.5 hours on common issues (*e.g.*, expert's understanding *Georgia Pacific* factors) |

062038.00619/35878497v.1

TRACK 2

| Case Dispositive Motions | |
|---|---|
| **Event** | **Special Master Proposal** |
| Opening Briefs (limited to 20 pages) | 21 days after close of expert discovery |
| Oppositions to Opening Briefs (limited to 20 pages) | 14 days after filing opening briefs |
| Reply Briefs (limited to 10 pages) | 10 days after filing opposition briefs |
| Hearing on Case Dispositive Motions | TBD after Markman ruling |
| Rulings on Case Dispositive Motions | TBD after Markman ruling |
| Exceptions to Rulings on Case Dispositive Motions (limited to 7 pages) | 7 days after the Rulings on the Case Dispositive motions |
| Replies to Exceptions to Rulings on Case Dispositive Motions (limited to 5 pages) | 5 days after the Exceptions to Rulings |

| Motions in Limine and Trial-Readiness | |
|---|---|
| **Event** | **Special Master Proposal** |
| Parties exchange Preliminary Versions of their parts of the Pretrial Order | TBD by Judge Farnan |
| Parties exchange objections and supplementation to Preliminary Versions of the Pretrial Order | |
| Parties Meet-and-Confer Regarding Pretrial Order issues | TBD by Judge Farnan |

- 5 -

062038.00619/35878497v.1

TRACK 2

| Event | Pretrial Conference | Special Master Proposal |
|---|---|---|
| Status Conference Regarding Remaining Schedule | | TBD by Judge Farnan |
| Motions in Limine/*Daubert* Motions | | TBD by Judge Farnan |
| Responses to Motions in Limine/*Daubert* Motions | | TBD by Judge Farnan |
| Hearings on Motions in Limine/*Daubert* Motions | | TBD by Judge Farnan |
| Rulings on Motions in limine/*Daubert* Motions | | TBD by Judge Farnan |
| Honeywell Provides its Parts of the Pretrial Order | | TBD by Judge Farnan |
| Defendants Provide their Parts of the Pretrial Order | | TBD by Judge Farnan |
| Final Pretrial Order | | TBD by Judge Farnan |
| Pretrial Conference | | TBD by Judge Farnan |
| Commence Trial on all Issues Against all Manufacturer Defendants | | November 2009 |

- 6 -

062038.00619/35878497v.1

TRACK 2

| Innolux | |
|---|---|
| **Event** | **Special Master Proposal** |
| Deadline for Honeywell to Conclude Jurisdictional Discovery | November 26, 2008 |
| InnoLux to Renew its Motion to Dismiss | November 28, 2008 |
| Honeywell's Opposition to InnoLux's Renewed Motion to Dismiss (limited to 20 pages) | December 9, 2008 |
| InnoLux's Reply (limited to 10 pages) | December 16, 2008 |
| Hearing | December 19, 2008 |
| Ruling | TBD |
| Substantive Fact Discovery | Being considered |
| Exceptions to Ruling (limited to 7 pages) | 7 days from Ruling |
| Replies to Exceptions (limited to 5 pages) | 5 days from Exceptions |
| Expert Discovery | Same Schedule as All Manufacturer Defendants |
| Dispositive Briefing and Trial | Same Schedule as All Manufacturer Defendants |

- 7 -