# BLANK ROME LLP
COUNSELORS AT LAW

*Phone:* (302) 425-6410
*Fax:* (302) 428-5132
*Email:* Poppiti@BlankRome.com

September 18, 2008

**VIA ELECTRONIC FILING**
**AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street
Lock Box 27
Wilmington, DE 19801

Re: Honeywell International Inc. et al. v. Apple Computer, Inc et al.,
C.A. No. 04-1338 JJF (Consolidated)

Dear Judge Farnan:

The parties have advised that they will not file an application pursuant to Fed. R. Civ. P. 53(g)(2) regarding the Special Master's August 13, 2008 Report and Recommendation Regarding DM 1 as supplemented by the Order dated this day, September 18, 2008, and docketed simultaneously herewith.

The Special Master, therefore, suggests that the Court may consider the execution of the September 18, 2008 Order at the pleasure of the Court.

Yours respectfully,

Vincent J. Poppiti
Special Master
(DSBA 100614)

VJP:mcl
Enclosure

cc:   All Counsel of Record